NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

C. JOE SAYAS, JR.
LAW OFFICES OF C. JOE SAYAS, JR.
500 N. Brand Blvd., Suite 980
Glendale, CA 91203
(818) 291-0088

ATTORNEY(S) FOR: Plaintiffs

CLEAR FORM

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual, on behalf of herself and others similarly situated, Plaintiff(s), v. MENZIES AVIATION (USA), INC., a Delawar corporation; and DOES 1 through 10, inclusiv Defendant(s) | CASE NUMBER: **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** (Local Rule 7.1-1) |

TO:      THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for                    Plaintiffs

or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DORA PATRICIA AMAYA | Plaintiff |
| C. JOE SAYAS, JR. | Plaintiff's Counsel |
| KARL P EVANGELISTA | Plaintiff's Counsel |
| LAW OFFICES OF C. JOE SAYAS, JR. | Plaintiff's Counsel |

Aug. 19, 2022
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES