# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA<br><br>PLAINTIFF(S)<br><br>v.<br><br>MENZIES AVIATION USA, INC., et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22–cv–05915–MCS–MAR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ATTORNEY CASE OPENING** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

____        ____        ____

Date Filed        Doc. No.        Title of Doc.

**ERROR(S) WITH DOCUMENT:**

*Other Error(s):*

Attachments No. 1 Civil Cover Sheet and No. 2 Form CV–30 (signed) should not have been attached to Docket Entry No. 1. Each document should have been filed separately. You are not required to take any action to correct this deficiency unless the Court so directs

Clerk, U.S. District Court

Dated: August 22, 2022        By: /s/ *Estrella Liberato  Estrella_Liberato@cacd.uscourts.gov*
                                      Deputy Clerk