AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>*Plaintiff(s)*<br>v.<br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>*Defendant(s)* | Civil Action No. 2:22-cv-05915-MCS-MAR |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  MENZIES AVIATION (USA), INC.
4900 Diplomacy Road
Fort Worth, TX 76155
(Agent for Service of Process
CSC - Lawyers Incorporating Service
2710 Gateway Oaks Dr Ste 150N
Sacramento, CA 95833)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

C. Joe Sayas, Jr.
Law Offices of C. Joe Sayas, Jr.
500 N Brand Blvd Ste 980
Glendale CA 91203
(818) 291-0088

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*