| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| **C. Joe Sayas, Jr. SBN 122397**<br>**CONRADO JOE SAYAS, JR.**<br>**500 N. BRAND AVE., #980**<br>**GLENDALE, CA 91203**<br>ATTORNEY FOR    **Plaintiff** | **(818) 291-0088** | |

| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 | |
|---|---|

| SHORT TITLE OF CASE:<br>Amaya, Dora Patricia v. MENZIES AVIATION (USA), INC. | |
|---|---|

| DATE:          TIME:          DEP./DIV. | CASE NUMBER:<br>2:22-cv-05915-MCS-MAR x |
|---|---|
| **Declaration of Service** | Ref. No. or File No:<br>AMA |

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons In a Civil Action; First Amended Complaint; Notice of Assignment to United Judges; Notice to Parties of Court Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi**

On: **MENZIES AVIATION (USA), INC., a Delaware Corporation**

I served the above listed documents in accordance with FRCP 4(h) or CCP 415.20(a)

at: **2710 Gateway Oaks Dr Ste 150N,  Sacramento, CA 95833**

On: **9/21/2022**          Date: **03:52 PM**

In the above mentioned action by serving to and leaving with

**CSC Lawyers Registered Agent by leaving with Trudy Desbiens**
**Person Authorized to Accept**

A declaration of diligence and/or mailing is attached if applicable.

Person attempting service:

a. Name: **Katrina Williams**
b. Address: **1000 Corporate Center Drive Suite 110, Monterey Park, CA 91754**
c. Telephone number: **213-628-6338**
d. **The fee** for this service was: **90.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



_____

**Katrina Williams**          Date: **09/26/2022**