CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:  213.486.0065

KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Defendant
MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PARTICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-05915-MCS-MARx<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Judge:　Hon. Mark C. Scarsi<br>Ctrm.:　7C, 7th Floor<br><br>Complaint served:　September 21, 2022<br>Current response date:　October 12, 2022<br>New response date:　October 26, 2022 |

| | |
|---|---|
| 1 | WHEREAS Plaintiff Dora Patricia Amaya ("Plaintiff") filed Case No. 2:22-cv-05915-MCS-MAR against Defendant Menzies Aviation (USA), Inc. ("Defendant") on August 19, 2022; |

WHEREAS Plaintiff Dora Patricia Amaya ("Plaintiff") filed Case No. 2:22-cv-05915-MCS-MAR against Defendant Menzies Aviation (USA), Inc. ("Defendant") on August 19, 2022;

WHEREAS Plaintiff filed a First Amended Complaint against Defendant on August 30, 2022, which added Plaintiff Brayan Lozano Gonzalez as a party to this case;

WHEREAS Plaintiffs Dora Patricia Amaya and Brayan Lozano Gonzalez (collectively, "Plaintiffs") served their summons and complaint on Defendant on September 21, 2022;

WHEREAS Defendant is required to respond to Plaintiffs' complaint by October 12, 2022, twenty-one (21) days after service of the summons and complaint; and

WHEREAS Local Rule 8-3 states that "[i]f the stipulation . . . does not extend the time [to respond to the initial complaint] for more than a cumulative total of thirty (30) days from the date the response initially would have been due, the stipulation need not be approved by the judge";

THEREFORE, by and through their respective counsel of record, Plaintiffs and Defendant hereby stipulate and agree that Defendant's time to respond to Plaintiffs' complaint is extended by fourteen (14) days, with Defendant's new deadline to respond set as October 26, 2022.

IT IS SO STIPULATED AND AGREED.

///
///
///
///
///
///
///

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT
-1-   Case No. 2:22-cv-05915-MCS-MARx

Respectfully submitted,

DATED: October 12, 2022     **LAW OFFICES OF C. JOE SAYAS, JR.**

*/s/ Karl P. Evangelista*
Karl P. Evangelista
C. Joe Sayas, Jr.
Attorneys for Plaintiffs
DORA PATRICIA AMAYA AND
BRAYAN LOZANO GONZALEZ

DATED: October 12, 2022     **FOLEY & LARDNER LLP**
Christopher Ward
Kevin Jackson

*/s/ Christopher Ward*
Christopher Ward
Attorneys for Defendant
MENZIES AVIATION (USA), INC.

## SIGNATURE CERTIFICATION

Pursuant to Local Rule 5-4.3.4, the filer of this document attests that all of the signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Christopher Ward*
Christopher Ward