# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA<br><br>Plaintiff(s),<br><br>v.<br><br>MENZIES AVIATION USA, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–05915–MCS–MAR<br><br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __10/25/2022__ | __12__ | __Answer to Complaint by Menzies Aviation USA, Inc.__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

    A notice of interested parties shall be filed no later than 5 days from entry of this Order.

DATED: October 27, 2022          _/s/ Mark C. Scarsi_
                                                  United States District Judge