CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:   213.486.0065

KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:   858.792.6773

Attorneys for Defendant
MENZIES AVIATION (USA), INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PARTICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05915-MCS-MARx<br><br>**DEFENDANT MENZIES AVIATION (USA), INC.'S DISCLOSURE STATEMENT AND CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>Judge:   Hon. Mark C. Scarsi<br>Ctrm.:   7C, 7th Floor<br><br>Complaint Filed:   August 19, 2022<br>FAC Filed:   August 30, 2022 |

4875-4382-4444.1

Pursuant to Federal Rule of Civil Procedure 7.1 and Central District Local Rule 7.1-1, the undersigned, counsel of record for Defendant MENZIES AVIATION (USA), INC. ("Defendant") certifies that the following parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

1.    Plaintiff has a pecuniary interest in the outcome of this case because it is the Plaintiff who brought this action.

2.    Defendant has a pecuniary interest in the outcome of this case because they are a defendant.

3.    Menzies Aviation (USA), Inc. is wholly owned by Menzies Aviation, Inc., a Delaware corporation, which is itself wholly owned by John Menzies Limited, a foreign corporation. John Menzies Limited is itself completely privately owned and is not publicly traded anywhere in the world.

DATED: October 27, 2022          **FOLEY & LARDNER LLP**
                                 Christopher Ward
                                 Kevin Jackson


                                 /s/ Christopher Ward
                                 Christopher Ward
                                 Attorneys for Defendant
                                 MENZIES AVIATION (USA), INC.

DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES
-1-          Case No. 2:22-cv-05915-MCS-MARx

4875-4382-4444.1