**LAW OFFICES OF C. JOE SAYAS, JR.**
C. JOE SAYAS, JR. (Bar No. 122397)
KARL P. EVANGELISTA (Bar No. 250685)
500 N. Brand Boulevard, Suite 980
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

**KING CHENG MILLER & JIN, LLP**
DAVID P. KING (Bar No. 136765)
3675 Huntington Drive, Suite 200
Pasadena, California 91107
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-05915-MCS-MAR<br><br><u>CLASS ACTION</u><br><br>**DECLARATION RE: PLAINTIFFS' REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE SHOULD A HEARING BE REQUIRED**<br><br>Complaint filed:   August 19, 2022<br>Trial Date:          None Set |

///

///

///

1

# DECLARATION OF C. JOE SAYAS, JR.

I, C. Joe Sayas, Jr., hereby declare as follows:

1. I am an attorney admitted to practice before this Court and all the courts of the State of California. My law firm, the Law Offices of C. Joe Sayas, Jr., and co-counsel, King Cheng Miller & Jin, LLP jointly represent Plaintiffs Patricia Amaya and Brayan Gonzales (collectively, the "Plaintiffs") in this action. I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify thereto.

2. I am Plaintiffs' co-lead trial counsel in this case, along with co-lead counsel, David King. Mr. King and I have conferred with Defendants' counsel and have submitted the Joint Federal Rule of Civil Procedure Rule 26(f) Report in this case.

3. The Court in its Order Setting the Scheduling Conference ("Order") set the date of December 19, 2022, as hearing date for the said conference. The Order also requires that if there is a hearing, lead trial counsel must attend. Unfortunately, I will be unable to attend as I will be in Germany on that date on a pre-paid trip with my wife and children.

4. If the Court deems it necessary to hold a hearing, Plaintiffs will respectfully request that it be rescheduled to a date in January 2023, that is convenient with this Court. I have discussed this matter with Defendants' counsel, Kevin Jackson, Esq., as part of our Rule 26(f) meeting. Defendant does not object to this request for continuance.

I declare under penalty of perjury, pursuant to the laws of the State of California and the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed on the 5th day of December 2022 in Glendale, California.

      /s/ C. Joe Sayas, Jr.
      C. JOE SAYAS, JR.