UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dora Patricia Amaya, <br><br> Plaintiff, <br><br> v. <br><br> Menzies Aviation USA, Inc. et al <br><br> Defendant. | Case No. 2:22-cv-05915-MCS-MAR <br><br> **SCHEDULING ORDER** |

The Court has reviewed the parties' Joint Rule 26(f) Report and sets the dates below. The Court will set additional dates, including pretrial and trial dates, after a ruling on class certification is issued. To the extent applicable, the Court orders the parties to comply with the Order Re: Jury/Court Trial available on the Court's website, https://www.cacd.uscourts.gov/honorable-mark-c-scarsi.

///

| Event | Date |
|---|---|
| Non-Expert Discovery Cut-Off | September 18, 2023 |
| Expert Disclosure (Initial) | July 24, 2023 |
| Expert Disclosure (Rebuttal) | August 21, 2023 |
| Expert Discovery Cut-Off | October 23, 2023 |
| Deadline to File a Motion for Class Certification | April 10, 2023 |
| Deadline to File an Opposition to the Motion for Class Certification | May 1, 2023 |
| Deadline to File a Reply in Support of the Motion for Class Certification | May 22, 2023 |
| Hearing Date on Motion for Class Certification | June 12, 2023, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: December 16, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE