**LAW OFFICES OF C. JOE SAYAS, JR.**
C. JOE SAYAS, JR. (Bar No. 122397)
KARL P. EVANGELISTA (Bar No. 250685)
500 N. Brand Boulevard, Suite 980
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

**KING CHENG MILLER & JIN, LLP**
DAVID P. KING (Bar No. 136765)
3675 Huntington Drive, Suite 200
Pasadena, California 91107
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No.: 2:22-cv-05915-MCS-MAR<br>Hon. Margo A. Rocconi<br><br>**DISCOVERY MATTER**<br><br>**PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEFENDANT MENZIES AVIATION (USA), INC. TO PROVIDE CLASS LIST**<br><br>*Fed. R. Civ. Proc. Rule 33*<br><br>Date:  February 15, 2023<br>Time:  11:00 a.m.<br>Courtroom:  790 (Roybal Fed. Bldg.)<br><br>**Class Cert. Deadline:  April 10, 2023**<br><br>Complaint Filed:  August 19, 2022<br>Sched. Order:  December 16, 2022 |

1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on February 15, 2023, at 11:00 a.m., in Courtroom 790 of the above-captioned Court, located on the 7th floor of the Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California 90012, Plaintiffs Dora Patricia Amaya and Brayan Lozano Gonzalez (collectively, "Plaintiffs") will, and hereby do, move to compel Defendant Menzies Aviation (USA), Inc. (hereafter, "Defendant") to provide a supplemental interrogatory response that provides the names, job titles/positions, physical and e-mail addresses, and telephone numbers of the putative class members in this action (i.e., a class list).

Plaintiffs' Motion is brought pursuant to Rule 37(a)(3)(iii) of the Federal Rules of Civil Procedure, and is made upon the grounds that Defendant's refusal to provide the threshold witness discovery requested by Plaintiffs' Interrogatory No. 1 is without reasonable justification.

The Motion is made following the Local Rule 37-1 conference of counsel, which was held on January 5, 2023, as described in the parties' "Local Rule 37-2 Joint Stipulation Re: Plaintiffs' Motion to Compel Defendant Menzies Aviation (USA), Inc. to Provide Class List" filed concurrently with this Motion.

This Motion is made upon this Notice, the parties' Local Rule 37-2 Joint Stipulation filed concurrently herewith, all pleadings and papers on file in this action, and on such further evidence and argument that the Court may entertain at any hearing on this Motion.

Dated: January 24, 2023          **LAW OFFICES OF C. JOE SAYAS, JR. and KING CHENG MILLER & JIN, LLP**

By:     /s/ C. Joe Sayas, Jr.
        C. JOE SAYAS, JR.
        KARL P. EVANGELISTA
        Attorneys for Plaintiffs

PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEFENDANT MENZIES AVIATION (USA), INC. TO PROVIDE CLASS LIST

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

  I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 500 N. Brand Boulevard, Suite 980, Glendale, CA 91203.

  On the date of execution hereof, I caused to be served the following attached documents:

1. **PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEFENDANT MENZIES AVIATION (USA), INC. TO PROVIDE CLASS LIST; AND**
2. **LOCAL RULE 37-2 JOINT STIPULATION RE: PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEFENDANT MENZIES AVIATION (USA), INC. TO PROVIDE CLASS LIST**

on all interested parties in this action by the method indicated below and addressed as follows:

| | |
|---|---|
| **Christopher Ward, Esq.**<br>FOLEY & LARDNER, LLP<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071<br>Facsimile: (213) 486-0065<br>cward@foley.com<br>hvanhowe@foley.com | *Attorneys for Defendant, MENZIES AVIATION (USA), INC.* |
| **Kevin Jackson, Esq.**<br>FOLEY & LARDNER, LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Facsimile: (858) 792-6773<br>kjackson@foley.com<br>smoreno@foley.com | *Attorneys for Defendant, MENZIES AVIATION (USA), INC.* |

( ) **BY MAIL** as follows:
  STATE- I am readily familiar with the practice of this office's collection and processing correspondence for mailing.  Under that practice it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Glendale California, in the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

( ) **BY PERSONAL SERVICE** as follow:  I caused each such envelope to be delivered by hand to the addressee (s) noted above or on the attachment herein.

(X) **BY E-MAIL OR ELECTRONIC TRANSMISSION** as follows:  I caused a PDF version of the document to be sent via e-mail to the individuals listed herein and the parties have stipulated to treat e-mail service as "personal service."  The electronic mail

was sent to an electronic mail address maintained by the persons on whom the documents are served as last given by that/those persons. I personally requested a "delivery receipt" for this electronic mail message, and, unless disallowed by the recipient, received the same.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2023, at Los Angeles, California.

                     /s/ Cielo Guilatco
                      Cielo Guilatco

PROOF OF SERVICE