CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
   kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendant MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-05915-MCS-MARx <br><br> **DEFENDANT MENZIES AVIATION (USA), INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO COMPEL HEARING** <br><br> Date: February 15, 2023 <br> Time: 11:00 a.m. <br> Judge: Hon. Margo A. Rocconi <br> Ctrm.: 790, 7th Floor <br><br> Complaint filed: August 19, 2022 <br> FAC filed: August 30, 2022 |

1  Counsel for Defendant MENZIES AVIATION (USA), INC. ("Defendant"), in accordance with this Court's chamber rules, hereby requests permission to make a telephonic appearance at the upcoming Motion to Compel Defendant to Provide Class List hearing ("Hearing") herein set for February 15, 2023 at 11:00 a.m.

Kevin Jackson, counsel for Defendant, resides in San Diego, California. On the date of the Hearing, Mr. Jackson has childcare obligations beginning at 1:30pm, and Mr. Jackson has not been able to secure backup childcare. Unfortunately, for this reason, traveling to Los Angeles to make a personal appearance at Hearing would create a personal hardship. Accordingly, Counsel respectfully request the Court's permission to make a telephonic appearance at the scheduled Hearing.

If granted, Mr. Jackson will be available at 949-873-3580 starting 30 minutes prior to the scheduled Hearing start time and 30 minutes after the time of the scheduled Hearing.

DATED: February 13, 2023

**FOLEY & LARDNER LLP**
Christopher Ward
Kevin Jackson


*/s/ Kevin Jackson*
Kevin Jackson
Attorneys for Defendant MENZIES AVIATION (USA), INC.

DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY
-1-    Case No. 2:22-cv-05915-MCS-MARx