CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendant MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-05915-MCS-MARx<br><br>**ORDER GRANTING DEFENDANT MENZIES AVIATION (USA), INC.'S REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO COMPEL HEARING**<br><br>Date:　February 15, 2023<br>Time:　11:00 a.m.<br>Judge:　Hon. Margo A. Rocconi<br>Ctrm.:　790, 7th Floor<br><br>Complaint filed: August 19, 2022<br>FAC filed:　August 30, 2022 |

ORDER GRANTING DEFENDANT'S REQUEST TO APPEAR TELEPHONICALLY
Case No. 2:22-cv-05915-MCS-MARx

4875-0033-8511.1

Having reviewed Defendant's Counsel's Request to Appear Telephonically at the February 15, 2023 Motion to Compel Hearing, the Court hereby grants Defendant's Counsel permission to make a telephonic appearance.

Defendant's Counsel shall be available at 949-873-3580 starting 30 minutes prior to the scheduled start time of the Hearing.

**IT IS SO ORDERED.**

Dated: 2/14/2023

/s/ Margo A. Rocconi

HONORABLE MARGO A. ROCCONI
UNITED STATES MAGISTRATE JUDGE