UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   2: 22-cv-5915-MCS (MARx)                    Date: February 15, 2023

Title   *Dora Patricia Amaya v. Menzies Aviation USA, Inc., et al.*

Present: The Honorable:  Margo A. Rocconi, United States Magistrate Judge

| Erica Bustos | CS 2/15/23 |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Karl Evangelista | Kevin Jackson |

**Proceedings:**   (IN COURT) **MOTION TO COMPEL DEFENDANT MENZIES AVIATION USA, INC. TO PROVIDE CLASS LIST (ECF 23)**

Case called. Counsel state their appearances for the record. The Court hears oral argument from counsel. The matter is taken under submission.

3:00

**Initials of Preparer**   EB