**LAW OFFICES OF C. JOE SAYAS, JR.**
C. JOE SAYAS, JR. (Bar No. 122397)
KARL P. EVANGELISTA (Bar No. 250685)
500 N. Brand Boulevard, Suite 980
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

**KING CHENG MILLER & JIN, LLP**
DAVID P. KING (Bar No. 136765)
3675 Huntington Drive, Suite 200
Pasadena, California 91107
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-05915-MCS-MAR<br>Hon. Margo A. Rocconi<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF LODGING OF PARTIES' PROPOSED "STIPULATED PROTECTIVE ORDER"** |

///
///
///
///
///
///

1

NOTICE OF LODGING OF PARTIES' PROPOSED "STIPULATED PROTECTIVE ORDER"

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to the Court's Order dated February 16, 2023, Dkt. No. 28, at p. 4, plaintiffs Dora Patricia Amaya and Brayan Lozano Gonzalez (collectively, "Plaintiffs") hereby file this Notice of Lodging of the parties' agreed-upon proposed Stipulated Protective Order.

As directed by the Court, the parties' proposed Stipulated Protective Order is derived from the Court's model Protective Order provided on the website for the Honorable Margo A. Rocconi. A redlined version of the Proposed Stipulated Protective Order is also submitted herewith, in order to aid the Court in reviewing the proposed changes to the model Protective Order. The redlined portions were added and agreed to between counsel for all parties.

Dated: February 22, 2023            **LAW OFFICES OF C. JOE SAYAS, JR. and KING CHENG MILLER & JIN, LLP**

By:   /s/ C. Joe Sayas, Jr.
       C. JOE SAYAS, JR.
       KARL P. EVANGELISTA
       Attorneys for Plaintiffs