**LAW OFFICES OF C. JOE SAYAS, JR.**
C. JOE SAYAS, JR. (Bar No. 122397)
KARL P. EVANGELISTA (Bar No. 250685)
500 N. Brand Boulevard, Suite 980
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

**KING CHENG MILLER & JIN, LLP**
DAVID P. KING (Bar No. 136765)
3675 Huntington Drive, Suite 200
Pasadena, California 91107
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated, | Case No.: 2:22-cv-05915-MCS-MAR<br>Hon. Margo A. Rocconi |
| Plaintiffs, | **DISCOVERY MATTER** |
| vs. | **NOTICE OF ERRATA RE: LODGING OF PARTIES' PROPOSED "STIPULATED PROTECTIVE ORDER"** |
| MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Plaintiffs Dora Patricia Amaya and Brayan Lozano Gonzalez (collectively, "Plaintiffs") file this Notice of Errata to correct the filing of the "Notice of Lodging of Parties' Proposed 'Stipulated Protective Order,'" filed in the above-captioned matter. <u>Dkt. No. 29</u>.

Plaintiffs inadvertently failed to include a version of the parties' proposed "Stipulated Protective Order" with signatures from all parties' counsel. A signed version of same is filed concurrently herewith.

Dated: February 23, 2023

**LAW OFFICES OF C. JOE SAYAS, JR. and KING CHENG MILLER & JIN, LLP**

By:    /s/ C. Joe Sayas, Jr.
C. JOE SAYAS, JR.
KARL P. EVANGELISTA
Attorneys for Plaintiffs

## **Local Rule 5-4.3.4(a)(2) Attestation**

I attest that all other signatories listed on the "Stipulated Protective Order" filed concurrently with this Notice of Errata, and on whose behalf the filing is submitted, concur in the filing's content and have authorized its filing.

Dated: February 23, 2023                    /s/ C. Joe Sayas, Jr.
                                                          C. JOE SAYAS, JR.

NOTICE OF ERRATA RE: LODGING OF PARTIES' PROPOSED
"STIPULATED PROTECTIVE ORDER"