# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-05915-MCS-MAR<br><br>CLASS ACTION<br><br>**(Proposed) ORDER RE: STIPULATION FOR EXTENSION OF CLASS CERTIFICATION AND RELATED DEADLINES** |

///
///
///
///
///
///
///
///

1

Good cause having been shown by the parties' "Stipulation for Extension of Class Certification and Related Deadlines," the Court Orders that its December 16, 2022 Scheduling Order, Dkt. No. 22, shall be revised to state as follows:

| **Event** | **Date** |
| --- | --- |
| Deadline to File a Motion for Class Certification | April 24, 2023 |
| Deadline to File an Opposition to the Motion for Class Certification | May 15, 2023 |
| Deadline to File a Reply in Support of the Motion for Class Certification | June 5, 2023 |
| Hearing Date on Motion for Class Certification | June 26, 2023, at 9:00 a.m. |
| Expert Disclosure (Initial) | August 7, 2023 |
| Expert Disclosure (Rebuttal) | September 4, 2023 |
| Non-Expert Discovery Cut-Off | October 2, 2023 |
| Expert Discovery Cut-Off | November 6, 2023 |

**IT IS SO ORDERED.**

Dated: _____               _____
                                          HON. MARK C. SCARSI
                                          UNITED STATES DISTRICT JUDGE

(Proposed) ORDER RE: STIPULATION FOR EXTENSION OF CLASS CERTIFICATION AND RELATED DEADLINES