**NOTE CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:22-cv-05915-MCS-MAR<br><br>CLASS ACTION<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF CLASS CERTIFICATION AND RELATED DEADLINES (ECF No. 32)** |

///
///
///
///
///
///
///
///

1

(Proposed) ORDER RE: STIPULATION FOR EXTENSION OF CLASS CERTIFICATION AND RELATED DEADLINES

Good cause having been shown by the parties' "Stipulation for Extension of Class Certification and Related Deadlines," the Court Orders that its December 16, 2022 Scheduling Order, Dkt. No. 22, shall be revised to state as follows:

| Event | Date |
| --- | --- |
| Deadline to File a Motion for Class Certification | April 24, 2023 |
| Deadline to File an Opposition to the Motion for Class Certification | May 15, 2023 |
| Deadline to File a Reply in Support of the Motion for Class Certification | June 5, 2023 |
| Hearing Date on Motion for Class Certification | June 26, 2023, at 9:00 a.m. |
| ~~Expert Disclosure (Initial)~~ | ~~August 7, 2023~~ |
| ~~Expert Disclosure (Rebuttal)~~ | ~~September 4, 2023~~ |
| ~~Non-Expert Discovery Cut-Off~~ | ~~October 2, 2023~~ |
| ~~Expert Discovery Cut-Off~~ | ~~November 6, 2023~~ |

**The parties have not presented good cause to modify the expert disclosure and discovery cut-off dates, so the dates provided in the Scheduling Order remain in place.**

IT IS SO ORDERED.

Dated: March 3, 2023

*Mark C. Scarsi*
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

(Proposed) ORDER RE: STIPULATION FOR EXTENSION OF CLASS CERTIFICATION AND RELATED DEADLINES