# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:22-cv-05915-MCS-MAR<br><br>CLASS ACTION<br><br>**(Proposed) ORDER RE: STIPULATION FOR FURTHER EXTENSION OF CLASS CERTIFICATION DEADLINES AND FIRST EXTENSION OF DISCOVERY DEADLINES** |

///
///
///
///
///
///
///
///

1

(Proposed) ORDER RE: STIPULATION FOR FURTHER EXTENSION OF CLASS
CERTIFICATION DEADLINES AND FIRST EXTENSION OF DISCOVERY DEADLINES

Good cause having been shown by the parties' "Stipulation for Extension of Class Certification and Related Deadlines," the Court Orders that its December 16, 2022 Scheduling Order, Dkt. No. 22, and "Order Re: Stipulation for Extension of Class Certification and Related Deadlines," Dkt. No. 33, shall collectively be revised to state as follows:

| Event | Date |
| --- | --- |
| Deadline to File a Motion for Class Certification | May 8, 2023 |
| Deadline to File an Opposition to the Motion for Class Certification | May 29, 2023 |
| Deadline to File a Reply in Support of the Motion for Class Certification | June 19, 2023 |
| Hearing Date on Motion for Class Certification | July 10, 2023, at 9:00 a.m. |
| Expert Disclosure (Initial) | August 7, 2023 |
| Expert Disclosure (Rebuttal) | September 4, 2023 |
| Non-Expert Discovery Cut-Off | October 2, 2023 |
| Expert Discovery Cut-Off | November 6, 2023 |

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                HON. MARK C. SCARSI
                                                                UNITED STATES DISTRICT JUDGE

(Proposed) ORDER RE: STIPULATION FOR FURTHER EXTENSION OF CLASS CERTIFICATION DEADLINES AND FIRST EXTENSION OF DISCOVERY DEADLINES