# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>        Plaintiffs,<br><br>  vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>        Defendants. | Case No.: 2:22-cv-05915-MCS-MAR<br><br>CLASS ACTION<br><br>**(Proposed) ORDER RE: STIPULATION FOR FURTHER TWO-WEEK EXTENSION OF CLASS CERTIFICATION DEADLINES TO ACCOMMODATE DEFENDANT'S MANAGERS' AVAILABLE DEPOSITION SCHEDULE** |

///
///
///
///
///
///
///
///

Good cause having been shown by the parties' "Stipulation for Further Two-Week Extension of Class Certification Deadlines to Accommodate Defendant's Managers' Available Deposition Schedule," the Court Orders that its December 16, 2022 Scheduling Order, Dkt. No. 22, "Order Re: Stipulation for Extension of Class Certification and Related Deadlines," Dkt. No. 33, and "Order Re: Stipulation for Further Extension of Class Certification Deadlines and First Extension of Discovery Deadlines (ECF No. 34)," Dkt. No. 35, shall collectively be revised to state as follows:

| Event | Date |
|---|---|
| Deadline to File a Motion for Class Certification | May 22, 2023 |
| Deadline to File an Opposition to the Motion for Class Certification | June 12, 2023 |
| Deadline to File a Reply in Support of the Motion for Class Certification | July 3, 2023 |
| Hearing Date on Motion for Class Certification | July 24, 2023, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: _____

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

(Proposed) ORDER RE: STIPULATION FOR FURTHER TWO-WEEK EXTENSION OF CLASS CERTIFICATION DEADLINES TO ACCOMMODATE DEFENDANT'S MANAGERS' AVAILABLE DEPOSITION SCHEDULE