| | |
|---|---|
| **LAW OFFICES OF C. JOE SAYAS, JR.**<br>C. Joe Sayas, Jr. (SBN 122397)<br>Karl P. Evangelista (SBN 250685)<br>500 N. Brand Boulevard, Suite 980<br>Glendale, California 91203<br>Tel: 818.291.0088<br>Fax: 818.240.9955 | CHRISTOPHER WARD (SBN 238777)<br>**FOLEY & LARDNER LLP**<br>555 S. Flower Street, Suite 3300<br>Los Angeles, California 90071-2418<br>Tel: 213.972.4500<br>Fax:     213.486.0065 |
| **KING CHENG MILLER & JIN, LLP**<br>DAVID P. KING (SBN 136765)<br>3675 Huntington Drive, Suite 200<br>Pasadena, California  91107<br>Telephone: (626) 304-9001<br>Facsimile: (626) 304-9002 | KEVIN JACKSON (SBN 278169)<br>**FOLEY & LARDNER LLP**<br>11988 El Camino Real, Suite 400<br>San Diego, California 92130-2594<br>Tel:  858.847.6700<br>Fax:  858.792.6773 |
| Attorneys for Plaintiffs | Attorneys for Defendant MENZIES AVIATION (USA), INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-05915-MCS-MAR<br><br>CLASS ACTION<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** |

**TO THE HONORABLE COURT:**

　　　Plaintiffs Dora Patricia Amaya and Brayan Lozano Gonzalez (collectively, "Plaintiffs"), and Defendant Menzies Aviation (USA), Inc. (hereafter, "Defendant"), by and through their respective counsel of record, hereby stipulate and consent, in writing, within the meaning of Rule 15(a)(2) of the Federal Rules of Civil Procedure, that Plaintiffs

1

may file the proposed Second Amended Complaint described herein, a copy of which is attached hereto as Exhibit "A".

## RECITALS

WHEREAS, on August 19, 2022, Plaintiff Dora Patricia Amaya ("Plaintiff Amaya") filed the initial Complaint in this action, asserting causes of action for: (i) Failure to Pay Wages for Missed Meal Periods, (ii) Failure to Pay Wages for Missed Rest Periods, (iii) Failure to Reimburse Business Expenses, (iv) Failure to Provide Accurate, Itemized Wage Statements, (v) Waiting Time Penalties, and (vi) Unfair Competition under the California Business and Professions Code, Dkt. No. 1;

WHEREAS, on August 30, 2022, Plaintiff Amaya filed a First Amended Complaint, as a matter of course pursuant to Rule 15(a)(1) of the Federal Rules of Civil Procedure, which added Plaintiff Brayan Lozano Gonzalez ("Plaintiff Gonzalez") as an additional plaintiff in this action but asserted the same causes of action as those in Plaintiff Amaya's initial Complaint, Dkt. No. 7;

WHEREAS, on October 25, 2022, Defendant timely filed its Answer in response to Plaintiffs' First Amended Complaint, Dkt. No. 12;

WHEREAS, Plaintiffs and Defendant (collectively, the "Parties") have thereafter promptly and diligently pursued discovery, which commenced on November 7, 2022;

WHEREAS, on March 2, 2023, Plaintiffs then proffered a "Notice of Claims" under the California Labor Code Private Attorney General Act ("PAGA") to Defendant, with a copy furnished to the California Labor and Workforce Development Agency ("LWDA"), which informed both Defendant and the LWDA of Plaintiffs' intent to prosecute a private enforcement action under PAGA for the same Labor Code violations asserted in Plaintiffs' First Amended Complaint "if the [LWDA]…declines or fails to take action on this notice within the statutory period";

WHEREAS, pursuant to Section 2699.3(a)(2)(A) of the California Labor Code, Plaintiffs are statutorily-authorized to prosecute a private enforcement action under PAGA if no notice is provided, within sixty-five (65) calendar days of the postmark date of

Plaintiffs' Notice of Claims, of the LWDA's intent to investigate the alleged Labor Code violations;

WHEREAS, the Parties have agreed to stipulate, in lieu of a motion, to allow the filing of an amended complaint to add a cause of action under PAGA now that the LWDA has not given notice of an intent to investigate within sixty-five (65) calendar days from the postmark date of Plaintiffs' Notice of Claims, i.e., by May 6, 2023;

WHEREAS, on April 4, 2023, Plaintiffs' counsel informed Defendant's counsel that Plaintiff Gonzalez wished to be removed from the present case as a party-plaintiff, and that Anibal Silva, a putative class member in this action, wished to be added to the case as a plaintiff and proposed class representative;

WHEREAS, the Parties have agreed to stipulate, in lieu of a motion, to allow the filing of an amended complaint to substitute putative class member Anibal Silva as a plaintiff and proposed class representative in place of Plaintiff Gonzalez;

WHEREAS, a copy of Plaintiffs' proposed Second Amended Complaint, which would add a cause of action under PAGA, and would replace Plaintiff Brayan Lozano Gonzalez with Plaintiff Anibal Silva, is attached hereto as Exhibit "A," as required by Local Rule 15-1 of the United States District Court for the Central District of California;

**WHEREFORE, IT IS STIPULATED BY AND BETWEEN THE PARTIES HERETO THAT:**

Plaintiffs shall be allowed to file the Second Amended Complaint in the form attached hereto as Exhibit "A."

Dated: May 8, 2023        **LAW OFFICES OF C. JOE SAYAS, JR. and KING CHENG MILLER & JIN, LLP**

By:    */s/ C. Joe Sayas, Jr.*
C. JOE SAYAS, JR.
KARL P. EVANGELISTA
Attorneys for Plaintiffs Amaya and Gonzalez, and proposed plaintiff Anibal Silva

Dated: May 8, 2023          **FOLEY & LARDNER, LLP**

By:   */s/ Kevin Jackson*
CHRISTOPHER WARD
KEVIN JACKSON
Attorneys for Defendant Menzies Aviation (USA), Inc.

### Local Rule 5-4.3.4(a)(2) Attestation

I, C. Joe Sayas, Jr., hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized its filing.

Dated: May 8, 2023          */s/ C. Joe Sayas, Jr.*
C. JOE SAYAS, JR.