# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:22-cv-05915-MCS-MAR<br><br>CLASS ACTION<br><br>**(Proposed) ORDER RE: STIPULATION ALLOWING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT** |

## [Proposed] ORDER

The parties having stipulated, and good cause appearing, Plaintiffs are granted leave to file their Second Amended Complaint in the form attached as Exhibit A to the parties' "Stipulation and Order Allowing Plaintiffs to File Second Amended Complaint."

**IT IS SO ORDERED.**

Dated: _____

　　　　　　　　　　　　　　　　　　　　　HON. MARK C. SCARSI
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE