UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-05915-MCS-MAR<br><br>CLASS ACTION<br><br>ORDER RE: STIPULATION ALLOWING PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT (ECF No. 38) |

The parties having stipulated, and good cause appearing, Plaintiffs are granted leave to file their Second Amended Complaint in the form attached as Exhibit A to the parties' "Stipulation and Order Allowing Plaintiffs to File Second Amended Complaint."

**IT IS SO ORDERED.**

Dated: May 9, 2023

*[signature: Mark C. Scarsi]*

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE