**LAW OFFICES OF C. JOE SAYAS, JR.**
C. JOE SAYAS, JR. (Bar No. 122397)
KARL P. EVANGELISTA (Bar No. 250685)
500 N. Brand Boulevard, Suite 980
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

**KING CHENG MILLER & JIN, LLP**
DAVID P. KING (Bar No. 136765)
3675 Huntington Drive, Suite 200
Pasadena, California 91107
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-05915-MCS-MAR<br>Hon. Mark C. Scarsi<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION FOR CLASS CERTIFICATION**<br><br>Date: July 24, 2023<br>Time: 9:00 a.m.<br>Location: Courtroom 7C |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on July 24, 2023, at 9:00 a.m., in Courtroom 7C of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs Dora Patricia Amaya and Anibal Silva (collectively, "Plaintiffs") will, and hereby do, bring a Motion for Class Certification.

Plaintiffs' Motion is based on this Notice of Motion, the accompanying Memorandum of Points and Authorities filed in support of the Motion, the Declaration of C. Joe Sayas, Jr. served and filed herewith, Plaintiffs' and other putative class members' declarations served and filed herewith, the Declaration of Kirk Marangi, M.B.A., M.A., C.V.A. served and filed herewith, and other evidence submitted with the Motion, on all records and pleadings on file in this action, and on such evidence and arguments as may be presented at the hearing.

Dated: May 22, 2023

**LAW OFFICES OF C. JOE SAYAS, JR. and KING CHENG MILLER & JIN, LLP**

By:  /s/ C. Joe Sayas, Jr.
C. JOE SAYAS, JR.
KARL P. EVANGELISTA
Attorneys for Plaintiffs