**LAW OFFICES OF C. JOE SAYAS, JR.**
C. JOE SAYAS, JR. (Bar No. 122397)
KARL P. EVANGELISTA (Bar No. 250685)
500 N. Brand Boulevard, Suite 980
Glendale, California  91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

**KING CHENG MILLER & JIN, LLP**
DAVID P. KING (Bar No. 136765)
3675 Huntington Drive, Suite 200
Pasadena, California  91107
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-05915-MCS-MAR <br> Hon. Mark C. Scarsi <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF C. JOE SAYAS, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br><br> Date:  July 24, 2023 <br> Time:  9:00 a.m. <br> Location:  Courtroom 7C |

///
///
///
///
///

1

DECLARATION OF C. JOE SAYAS, JR. IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

## DECLARATION OF C. JOE SAYAS, JR.

I, C. Joe Sayas, Jr., hereby declare:

1.      I am an attorney admitted to practice before this Court and all the courts of the State of California.  I am counsel of record for Plaintiffs Dora Patricia Amaya and Anibal Silva (collectively, "Plaintiffs") in this action.  I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify thereto.

2.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of relevant excerpts from the transcript of the deposition of Talin Bazerkanian, who was designated by Defendant Menzies Aviation (USA), Inc. ("Menzies") as its representative deponent pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, and whose deposition was taken in this case by Plaintiffs on April 13, 2023.

3.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of relevant excerpts from the transcript of the deposition of Brian Galindo, a managerial employee of Defendant Menzies, whose deposition was taken in this case by Plaintiffs on May 3, 2023.

4.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of relevant excerpts from the transcript of the deposition of Jose A. Salcedo Garcia, a managerial employee of Defendant Menzies, whose deposition was taken in this case by Plaintiffs on May 5, 2023.

5.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of relevant excerpts from the transcript of the deposition of Lizette Medina, a managerial employee of Defendant Menzies, whose deposition was taken in this case by Plaintiffs on May 3, 2023.

6.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of relevant excerpts from the transcript of the deposition of Dave Funes, a managerial employee of Defendant Menzies, whose deposition was taken in this case by Plaintiffs on May 5, 2023.

7.      Attached hereto as <u>Exhibit 6</u> is a true and correct copy of a 4-page document titled "ATTENDANCE MANAGEMENT +POINTS POLICY," which was produced to Plaintiffs by Defendant Menzies in discovery with Bates-stamp number MENZIES_000339 through MENZIES_000342.

DECLARATION OF C. JOE SAYAS, JR. IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

8.      Attached hereto as <u>Exhibit 7</u> is a true and correct copy of a 2-page document titled "KRONOS MEAL PERIOD CLOCKING POLICY AND REMINDER OF MEAL AND REST PERIOD POLICIES AND REQUIREMENTS," which was produced to Plaintiffs by Defendant Menzies in discovery with Bates-stamp number MENZIES_000440 through MENZIES_000441.

9.      Attached hereto as <u>Exhibit 8</u> is a true and correct copy of a 5-page document which are excerpts from a document titled "EMPLOYEE HANDBOOK CALIFORNIA" which was produced to Plaintiffs by Defendant Menzies in discovery with Bates-stamp number MENZIES_000295 through MENZIES_000297, including      MENZIES 000306 through MENZIES 000307.

10.      Attached hereto as <u>Exhibit 9</u> is a true and correct copy of a 1-page document titled "LAX MISSED PUNCH FORM (MPF)," which was produced to Plaintiffs by Defendant Menzies in discovery with Bates-stamp number MENZIES_000709.

11.      During discovery this action, Plaintiffs proffered an interrogatory to Defendant Menzies requesting that it identify and provide contact information (i.e., a class list) of the putative class members in this case, as defined in Plaintiffs' operative Complaint.  By Order dated February 16, 2023, this Court ordered Menzies to provide the requested class-list information, pursuant to which Menzies produced a class list containing information for more than 5,000 class members.

12.      Upon receipt of the class-list information, my co-counsel and I caused investigation letters to be mailed by our offices to the putative class members.  Since then, communications have ensued between numerous class members and Plaintiffs' Team. Plaintiffs' Team also reached out via telephone to other putative class members to obtain information regarding their employment experiences with Menzies.

13.      Plaintiffs are submitting twenty-nine (29) declarations from non-party class members who agreed to provide declarations in support of this class certification motion. Plaintiffs are also submitting a declaration from Frederic Poag, the former exempt manager of Menzies with whom Plaintiffs' counsel spoke in the course of our investigation.  Mr. Poag's

DECLARATION OF C. JOE SAYAS, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

declaration corroborates many of the wage-and-hour violations described in the class-member declarations.

14.    Plaintiffs and the class members share a common interest in challenging Defendant Menzies' actions as alleged in the operative Complaint.  Based on my and co-counsel's interactions with them, I believe Plaintiffs understand the nature of this action and their duties and obligations as class representatives.  They have  rovided valuable information and ably assisted their counsel in the prosecution of this litigation.  I am not aware of any conflict that I, my firm, my co-counsel David King, Esq., or Plaintiffs (i.e., the proposed class representatives), would have in connection with prosecuting the present action on behalf of the proposed class of former and current employees of Defendant Menzies.

15.    I am Lead Counsel for Plaintiffs in this action.  Plaintiffs are represented by counsel highly experienced in wage-and-hour class action litigation, and in the event of certification, we will fairly and adequately protect the interests of the class.  I have worked as a civil trial attorney in California for more than 30 years, after having completed my academic degrees from the University of the Philippines and Georgetown University Law Center.  I have served as lead counsel and tried several jury and bench trials to verdict in Los Angeles, Orange, and San Bernardino Superior Courts.  I have also argued before state and federal appellate courts.  I have been honored by the Daily Journal as a Top Labor and Employment Attorney in California in 2015.  I have been consistently selected as a "Super Lawyer" by the Los Angeles Magazine, and have been a long time member of the Million Dollar Advocates Forum.  In recognition of my legal work in the area of employment and civil rights, I have received the 2018 Presidential Award for Outstanding Filipino Overseas from the Office of the President of the Philippines.

16.    My litigation firm has helped thousands of employees recover unpaid compensation, including minimum wage, overtime, employee reimbursements, meal and rest premium wages,  by pursuing class and individual actions under the California Labor Code and the federal Fair Labor Standards Act.  Since 2006, I have prosecuted private enforcement actions under the California Labor Code Private Attorney General Act of 2004 ("PAGA"),

DECLARATION OF C. JOE SAYAS, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

when the said statute was still in its early stages. Pursuing remedies under state and federal laws, my firm's efforts have led to numerous favorable settlements and recoveries for the benefit of employees. My firm, in collaboration with others, helped recover back wages for a wide cross section of employees, ranging from nurses, respiratory therapists, salespersons, guards, truck drivers, couriers, technicians, bus drivers, office workers, cashiers, janitors, caregivers, parking attendants, domestic workers, pressmen, machinists, bookkeepers, secretaries, accountants, and underwriters. Besides the present case, my law firm has been appointed and served as lead class counsel in a number of cases including the following:

- For a class of 526 truck drivers alleging misclassification as independent contractors in a class action certified by the U.S. District Court for the Central District of California. This case resulted in a $20 million eleventh hour settlement before trial and approved by the Hon. R. Gary Klausner.

- For a class of 540 misclassified port truck drivers in a class action certified by the U.S. District Court for the Central District of California. My firm obtained a summary judgment ruling adjudicating that the drivers are employees and not independent contractors. This case resulted in an $11.04 million recovery pursuant to a settlement which further required Defendants to re-classify its port truck drivers as employees, allowing the drivers to obtain employment benefits including health, retirement, medical and vacation leaves, and Workers Compensation coverage. The case was also significant for establishing a joint employer liability of an affiliated entity that ultimately paid the common fund. Here, the late Hon. Beverly Reid O'Connell of the US District Court acknowledged the "significant time and energy" that class counsel "skillfully devoted to this case."

- For a class of parking employees in a certified class action: Settled for $4.7 million.

- For a class of retirement facility caregivers and other non-exempt employees: Settled for $3.75 million.

- For a class of 190 truck drivers in a certified class action: Settled for $2.72 million.

- For a class of bus drivers denied meal and rest breaks: Settled for $2.15 million.

DECLARATION OF C. JOE SAYAS, JR. IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

- For a class of hospital employees: Settled for $1.9 million.

- For a class of supermarket employees: Settled for $1.25 million.

- For a class of laboratory couriers: Settled for $1.1 million, where the Hon. Margaret Morrow of the United States District Court remarked that "counsel achieved an excellent result" given "the factual difficulties plaintiffs faced gathering evidence to prove their claims".

- For a class of mobile radiologists and phlebotomists: Settled for $900,000.

- For a class of skilled nursing facility employees: Settled for $800,000.

- For a class of automotive service technicians: Settled for $700,000.

17.    In addition, my firm has obtained recoveries for individual low wage earning employees.  These include successful litigation on behalf of: immigrant workers discriminated against due to their race ($8.9 million); a nanny for minimum-wage violations (verdict of $827,500); a data-entry clerk for disability discrimination ($650,000); two housekeepers for overtime violations ($500,000); and a security guard for unpaid wages ($425,000).  My firm has also helped individual clients in a variety of civil cases, resulting in the following recoveries:

- For a family in a personal injury lawsuit arising from a disputed pedestrian accident: $4.6 million.

- For a group of policyholders who were sold "vanishing premium" life insurance policies and who sought relief under California's Unfair Competition Law ("UCL"): restitution valued at $3 million.

- For a group of retirees who were sold unsuitable equity indexed annuity policies without appropriate disclosures and sought relief under UCL:  $2.25 million.

- For the parents of a mentally disabled man shot and killed by a Long Beach police officer in a federal civil rights case: $2 million

- For a homeowner couple who were denied benefits by their insurance carrier for water damages to their Riverside home: $1.5 million. Another couple from Orange County recovered $650,000, while another homeowner from Los Angeles recovered $500,000 in insurance bad faith actions. The issues involved interpretation of complex

DECLARATION OF C. JOE SAYAS, JR. IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

exclusionary provisions and evaluation of insurance claims handling practices.

- For a disabled senior injured while getting off a van operated by a paratransit company: $1 million and change in the company's safety practices.

- For a wife who lost her husband in an accident where the husband rear ended a stopped vehicle on the freeway: $950,000.

18.    In this class action, I have been and will be assisted by a team of experienced lawyers who have each litigated employment cases for many years, including Karl P. Evangelista, Esq. at my firm. Mr. Evangelista has been practicing labor and employment litigation for the past 19 years. He began his practice of law in 2004, as an associate in the firm of Messing, Rudavsky & Weliky, P.C., in Boston, Massachusetts, with a concentration on plaintiff-side labor and employment litigation. Mr. Evangelista was then admitted to practice in the State of California in 2007, and joined the Law Offices of C. Joe Sayas, Jr. that same year. He received his *Juris Doctor* from Boston College Law School in 2004, and obtained his Bachelor of Arts degree, *cum laude*, with high departmental honors in History, from Clark University in Worcester, Massachusetts. For the past 19 years, Mr. Evangelista has primarily focused his litigation practice in the area of employment law, handling both individual and class action cases. He has assisted in the planning, investigation, discovery, pleadings and law-and-motion work in this matter.

19.    I am also being assisted by my able co-Lead Counsel, David P. King, Esq., of the law firm King Cheng Miller & Jin, LLP. Mr. King received his *Juris Doctor* from The University of Chicago Law School in 1984, and is an accomplished civil trial attorney with decades of litigation experience. He has also been actively assisting in planning, investigation, discovery, and law-and-motion work in this matter.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Executed on May 22, 2023 in Glendale, California.


     /s/ C. Joe Sayas, Jr.
         C. JOE SAYAS, JR.

DECLARATION OF C. JOE SAYAS, JR. IN SUPPORT OF PLAINTIFFS'
MOTION FOR CLASS CERTIFICATION

# Deposition Transcript

Case Number: 2:22-cv-05915-MCS-MAR

Date: April 13, 2023

In the matter of:

# Amaya, et al. v Menzies Aviation USA, Inc. et al.

## TALIN BAZERKANIAN - 30(b)(6)

**CERTIFIED COPY**

Reported by:

Alyssa A. Repsik

Notary Public

CONTAINS HIGHLY CONFIDENTIAL PORTIONS

Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F



```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                      -   -   -
       DORA PATRICIA AMAYA, an    ) CIVIL DIVISION
 4     individual; and BRAYAN     )
       LOZANO GONZALEZ, an        ) Case No.:
 5     individual; on behalf      ) 2:22-cv-05915-MCS-MAR
       of themselves and          )
 6     others similarly           )
       situated,                  )
 7                                )
               Plaintiffs,        )
 8                                )
         -vs-                     )
 9                                )
       MENZIES AVIATION (USA),    )
10     INC., a Delaware
       corporation; and DOES 1
11     through 10, inclusive,

12             Defendants.

13                      -   -   -

14          CONTAINS HIGHLY CONFIDENTIAL PORTIONS

15

16             REMOTE VIDEOTAPED DEPOSITION OF TALIN

17     BAZERKANIAN, 30(b)(6), located in California,

18     commencing at 9:47 A.M. PDT, on Thursday, April

19     13, 2023, before ALYSSA A. REPSIK, Court Reporter

20     and Notary Public in and for the Commonwealth of

21     Pennsylvania.

22

23

24

25
```

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

```
 1   directly supervise, do they hold office in Los
 2   Angeles?
 3        A.    No, they don't.
 4        Q.    Okay.  Are they spread out across
 5   the country?
 6        A.    Yes, they are.
 7        Q.    And what is the type of business
 8   that your employees engage in?
 9        A.    Aviation ground handling.  Aviation
10   ground handling and fueling and cargo handling
11   business.
12        Q.    What is ground hold -- holding
13   business?
14        A.    Ground-handling business.
15        Q.    Yeah.  Yes.  I'm sorry.  Ground
16   handling business.
17              What is that?
18        A.    Ground-handling business is we're
19   the middle -- we would be -- we would be
20   contracted by the airlines to handle all of
21   their ground-handling aspect at the airports,
22   meaning off-loading and loading planes and also
23   checking in passengers.
24        Q.    What about fueling?  What does that
25   consist of?
```

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

1        A.      Fueling consists of fueling
2    aircrafts.
3        Q.      And you mentioned a third one.  I
4    believe that's cargo handling, is it?
5        A.      Yes, cargo handling.
6        Q.      And what does that consist of?
7        A.      Maintaining the warehouses that
8    handle inbound and outbound cargo for the
9    airlines.
10        Q.      So primarily, or principally, the
11    type of customers that Menzies has would be
12    airline customers; is that correct?
13        A.      Yes.
14        Q.      And how many airline customers does
15    Menzies service in California?
16        A.      I can't tell you that number,
17    offhand.
18        Q.      Are you able to give us an estimate
19    of like, 7 to 10, or 10 to 20?
20        A.      It would probably be 10 to 20.
21        Q.      And all these 10 to 20 airline
22    customers are engaged in both interstate and
23    international travel?
24        A.      It just depends on the airlines.
25    They're not all the same.  Some of them are

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS   JOB NO. 564833
APRIL 13, 2023

```
 1   penalty on Menzies if ground-handling services

 2   are delayed?

 3        A.    I would have to go back and check on

 4   that.

 5        Q.    Now, there are -- we are talking

 6   about Menzies' operations in California.  Okay?

 7              In California, Menzies provides

 8   services in various airport locations; is that

 9   correct?

10        A.     Correct.

11        Q.     And what are these airports?

12        A.     Los Angeles, San Francisco, Ontario,

13   Santa Ana, San Diego, Burbank.

14        Q.    Okay.  Does Menzies provide services

15   in places other than these airports?

16        A.    Not in California.

17        Q.    Okay.  I forgot, did you mention

18   Long Beach also?

19        A.    Long Beach and Ontario is the same.

20   They're operating from the same location.

21        Q.    Okay.  And is location different

22   from station, as far as Menzies is concerned?

23        A.    I don't understand the question.

24   I'm sorry.

25        Q.    Okay.  Now, the -- let's focus only
```

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

```
 1    on California.
 2              Are there different departments
 3    within Menzies in California?
 4         A.    What do you mean by "different
 5    departments"?
 6         Q.    Other department -- is the
 7    organization divided into various departments?
 8         A.    Various department as far as what?
 9    Are you talking about different business units?
10         Q.    Okay.  What about, is there a ramp
11    operations department?
12         A.    That's a business unit, yes.
13         Q.    Okay.  What other business units do
14    you have in Menzies other than the ramp
15    operations?
16         A.    Ramp, cargo, fueling.
17         Q.    Any other business units?
18         A.    No.  That's it.
19         Q.    Is there any separate department
20    known as baggage operations?
21         A.    No.
22         Q.    Is there a separate business unit
23    called cabin-cleaning operations?
24         A.    Cabin cleaning falls under ramp.
25         Q.    So as far as you know, there are
```

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

1    only three business units at Menzies in

2    California; correct?

3        A.    Not as far as I know.  We do have

4    three business units in California.  There are

5    functions that fall under the three business

6    units, but there is three business units in

7    California.

8        Q.    I see.  Ramp operations, what are

9    the functions under this business unit?

10        A.    Ramp handling, cabin cleaning, and

11    passenger service.

12        Q.    What does ramp handling consist of?

13        A.    Loading and unloading airplanes.

14        Q.    When you say loading and unloading,

15    that includes loading and unloading of

16    passengers and their baggages; right?

17        A.    No.  It's just -- it's just loading

18    and unloading luggages.

19        Q.    Luggage.  Okay.  What about

20    passenger services?  What does that consist of?

21        A.    Passenger service consists of

22    checking in -- checking in passengers.

23        Q.    Are there passenger services that --

24    that would have -- they would have job

25    positions like passenger service agents;

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

1    correct?

2         A.    Correct.

3         Q.    And what other job positions are

4    within the passenger services function?

5         A.    Passenger services, you would have

6    individuals that they would be down at the

7    arrival hall to assist the arriving passengers

8    with the custom and border-protection

9    documents.

10            You would have agents within the

11   same group that would be boarding, working at

12   the boarding gate.

13            There would also be some that would

14   assist when it has to do with lost luggages.

15        Q.    Anything else?

16        A.    Depending on the contract, it could

17   also be some that are assisting with the flight

18   ops.

19        Q.    You say flight ops?  I'm sorry.  I

20   didn't hear that.

21        A.    Flight operation.  You're recording

22   it for the flight operation, yes.

23        Q.    Okay.

24        A.    Depending on the contract.

25        Q.    Any other employees within the

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

```
 1   passenger services unit?

 2        A.    Not that comes to mind, no.

 3        Q.    Okay.  What about the -- this

 4   function of ramp handling under the ramp

 5   operations unit?

 6              What -- what positions of

 7   employees -- what employee -- what job

 8   positions would be under this unit?

 9        A.    Ramp handling would be loading and

10   offloading the -- the baggage, and the cargo

11   from the plane.  It would be ramp -- ramp

12   agents and baggage agent -- bagger agents.

13        Q.    And I think under ramp operations

14   unit you have a third function that I missed.

15   Can you say that again?  I know you mentioned

16   ramp handling, passenger services.

17              I think you mentioned a third one.

18        A.    Are you referring to a cabin

19   cleaner?

20        Q.    Cabin cleaner.  Yes.

21        A.    That's a different department.  It's

22   the same business unit but a different

23   department, yes.

24        Q.    So you're making a distinction

25   between business unit and departments.  Is
```

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

1    there a distinction within Menzies between

2    business unit and departments?

3        A.    I'm sorry.  I didn't understand the

4    question.  What do you -- can you repeat?

5        Q.    Within Menzies is there a difference

6    between what you referred to as business unit

7    and a department?

8        A.    Yes.  The business unit is a -- a

9    business unit contains different departments

10   with the different employees and the different

11   roles, but it's one business unit when it comes

12   to the financial of it.

13            So cabin cleaning is a different

14   department completely, totally different than

15   the passenger service, totally different than

16   the ramp or bag group, but it falls within that

17   business unit.

18       Q.    Okay.  Is there any other function

19   or -- or department that falls within the

20   general category of business -- of general

21   category of ramp operations?

22       A.    No.  I think that's it.

23       Q.    Now, second business unit that you

24   mentioned is cargo.  What does that consist of?

25       A.    Maintaining the warehouses where the

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

1   cargo is inbound and where cargo gets sorted

2   out.

3        Q.    Would that also be -- would that

4   business unit also be responsible for loading

5   and offloading of cargo from airplanes?

6        A.    No, they are not.

7        Q.    So simply limited to warehousing of

8   cargo?  Is that what it is?

9        A.    Warehousing the cargo, breaking

10  down, and obvious -- breaking down and making

11  the cargo.

12       Q.    Now, you also mentioned a third

13  business unit, fueling.

14             What does that business unit do for

15  Menzies?

16       A.    It fuels the airplanes.

17       Q.    Okay.  I saw an abbreviation like

18  LAWFTEC.  What does that stand for?

19       A.    Stands for LAWFTEC.  That's our

20  consortium business.  That's a completely

21  separate business.

22       Q.    What is that business?

23       A.    It's a fueling.  It fuels the

24  consortium.  Los Angeles International Airport

25  has a group of customers that they combine

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

1      Q.    Now, is there a payroll department

2   in California?

3      A.    No, we don't have a payroll

4   department in California.

5      Q.    Who takes charge of payroll

6   functions for Menzies' employees in California?

7      A.    We don't have a payroll person in

8   California.

9      Q.    And who is the -- did you ever see

10  anyone, outside of California, who would have

11  responsibilities or payroll responsibilities

12  over California employees in California?

13     A.    Okay.  We don't have anyone in

14  California, but we do have a -- we do have a

15  payroll director who sits in Dallas, Texas,

16  that assumes responsibility for payroll for all

17  the U.S.

18     Q.    And what's the name of the payroll

19  director?

20     A.    Gracie Puckett.

21     Q.    Can you spell the last name, please?

22     A.    P-U-C-K-E-T-T.

23     Q.    And does Ms. Puckett have other

24  employees at her office who is in charge of

25  payroll?

1        A.    She has several.

2        Q.    How many, approximately?

3        A.    Probably four or five.

4        Q.    And what are the job positions of

5    the employees within the payroll office in

6    Dallas, Texas?

7        A.    I'm not sure.  I have to go back and

8    look.

9        Q.    This office that Ms. Puckett has, is

10   this called Menzies' payroll office?

11       A.    No.  It's called Menzies' corporate

12   office.

13       Q.    Okay.  And is this office

14   responsible for determining the amount of wages

15   due to California employees?

16       A.    Based on the time system and the --

17   and the timekeepers, yes.

18       Q.    And you said the same office is

19   responsible for issuing wage statements or pay

20   statements to nonexempt employees in

21   California?

22       A.    We have a third party that does

23   that:  UKG.

24       Q.    What is UKG?

25       A.    Ultipro.

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

1          A.    -- who designs the paycheck?

2          Q.    Who determines the amount or the

3    extent of information provided in the wage

4    statement?  Is that also done by the office of

5    Ms. Puckett?

6          A.    It gets determined by Menzies and

7    the law, what law needs us to have on a

8    paycheck.

9               So she doesn't just make up her mind

10   what to put on the paychecks.  We want to make

11   sure that, you know, we are complying by the

12   law and we have all the information necessary

13   on the paycheck.

14         Q.    Okay.  So what's -- what is the

15   scope of responsibility of UKG other than

16   merely sending the paychecks and the wage

17   statements?

18         A.    They do the function of the payroll.

19   We don't run the payroll in-house.  We -- we

20   have a system called Kronos that employees are

21   clocking in and out.  The records of that

22   Kronos gets pulled up by our payroll

23   individuals, payroll specialists who work for

24   Gracie Puckett in Dallas.

25              And that data gets sent out to UKG

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

```
 1   so they are able to actually, you know, pay the

 2   employees per laws and taxes and everything

 3   else.

 4              So we don't do the payroll in-house.

 5        Q.    Okay.  Okay.  But as far as the

 6   hours, the work hours of the nonexempt

 7   employees in California are concerned, that's

 8   pulled out, you said, by employees at

 9   Ms. Puckett's office and then gets transmitted,

10   you said, to UKG; is that correct?

11        A.    It's a report that gets generated

12   automatically from Kronos, which is our clock

13   system.  That report is then -- gets -- goes to

14   Gracie Puckett's department.  They review it.

15              They review it and they correspond

16   with the payroll registry and then it gets

17   released to the UKG so UKG can then identify

18   and issue individual paychecks.

19        Q.    Got it.  Got it.  Okay.  I see.

20              And let me show you Plaintiffs'

21   Exhibit 2, if we can have Exhibit 2 introduced.

22   You may have to zoom in on this document.

23              (Bazerkanian Exhibit No. 2 was

24   marked for identification.)

25   BY MR. SAYAS:
```

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

1    related and the airport.  Whatever training

2    that airport imposes on us, and also whatever

3    training that different customers impose on us.

4            For as many customers as we have,

5    every single one of them have a different

6    training modules that we have to be able to

7    teach our employees.

8            So Guillermo -- well, right now the

9    training departments main job is to make sure

10   that each employee is trained specifically for

11   the contract that they're working on, on top of

12   the Menzies' training and on top of whatever

13   the airport needs us to follow.

14       Q.    Now, is there any training at

15   Menzies which training is geared towards

16   informing employees of their rights?

17       A.    Specific training to inform the

18   employees of their rights?

19       Q.    Yes.  And I'm talking about

20   employment rights, right?  So wages, right

21   against discrimination, disability

22   accommodation, thing like those.

23            Is there --

24       A.    I -- I think I -- I think we follow

25   the law and we have the posters everywhere that

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

 1    we have possibly that we can post for our

 2    employees in their break room.

 3              And also some of our policies that

 4    we have also refers to that.  There's no

 5    specific training session for that.

 6        Q.    Okay.  I -- okay.  I understand you

 7    post information about rights of employees; is

 8    that correct?

 9        A.    Yes, these are the posters that

10    legally we have to do.  We have to post.

11        Q.    Okay.  All right.  Is there any

12    specific, you know, program that Menzies adopts

13    to educate them, put them -- put the nonexempt

14    employees in a room and inform them about their

15    rights under employment law?

16        A.    No.

17        Q.    And let's go back to Exhibit 2.

18              Crystian Perez, safety and security

19    manager.

20              What does he do for Menzies as

21    safety and security manager?

22        A.    He manages all the safety and

23    security functions of the station.

24        Q.    What does safety and security

25    functions consist of?

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

```
1   timekeeping speaks for itself as to how serious
2   we are.
3        Q.    Okay.  Now, let me show you the
4   second page of Exhibit 3 where it says, under
5   Roman numeral III, "Time clocks and failure to
6   clock in/out."
7             Can you read what's provided for
8   under "time clock and failure to clock in/out"?
9        A.    Yes, I can read it.
10       Q.    Now, "Menzies' employees are
11  required to follow established guidelines for
12  recording their actual hours worked."
13            And the guidelines there, what
14  guidelines as referred to in this statement?
15       A.    I think the guidelines are referring
16  to another policy that we have that is letting
17  the employees know that they need to clock in
18  at the beginning of their shift, and they have
19  to clock out at the end of their shift and also
20  they have to clock out for their meal breaks
21  and clock back in after their meal breaks.
22            So the guidelines would probably be
23  referred to on another policy that I think you
24  had on your exhibits as well.
25       Q.    And it says also that "A missed
```

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

1    Q.    Okay.  All right.  Now, let me --

2    let me show you that page of -- which is

3    Bates-stamped 437 -- under the heading of

4    Attendance.

5              And under Attendance, I'm reading

6    the first question here.

7                    MR. SAYAS:  If you can

8    magnify, Cielo, the -- the first question here.

9    BY MR. SAYAS:

10    Q.    What is it?  Are you able to read

11    that?

12    A.    Yes, I am.

13    Q.    Yes.  And it says, "Deliberately not

14    clocking in and/or out of Kronos or applicable

15    time and attendance recordkeeping system."

16              That is an unacceptable conduct at

17    Menzies; correct?

18    A.    It's part of -- it's part of the

19    attendance guidelines.

20    Q.    Okay.  And all nonexempt employees

21    should not deliberately not clock in or out of

22    Kronos or applicable time and attendance

23    recordkeeping system; correct?

24    A.    That's correct.

25    Q.    Otherwise, they'll be subject to

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

1    discipline if they do that; correct?

2        A.    They could be, yeah.  Depending on

3    the situation.

4        Q.    Were there nonexempt employees

5    disciplined for violating this requirement?

6        A.    I'm sure if it's -- employees have

7    deliberately not clocked out or clocked in and

8    there has been a notification on that, there

9    has been investigation and we have looked at it

10    and if it is accurate that it was done

11    deliberately, then, yes, there would be

12    discipline.

13        Q.    How many nonexempt employees have

14    been disciplined since 2018 as a result of

15    violating this policy?

16        A.    I can't answer that question.  I

17    don't know how many that has happened.

18        Q.    And there's a corresponding column

19    on why this specific requirement matters.

20            Can you read that, Ms. Bazerkanian?

21    It says, "Why it matters"?

22        A.    Okay.  I read it.

23        Q.    Okay.  And where it says, "The

24    timely and accurate reporting of your work time

25    is the best tool we have to make sure that you

1  are paid accurately and on time for all work

2  performed at Menzies Aviation."

3          Is that still -- does that still

4  apply in 2023, as far as the reason behind the

5  policy?

6      A.   Of course.  We need this tool to pay

7  the employees properly.  How else are we going

8  to know what they worked?

9      Q.   Is there any other reason for the

10 policy other than what is stated here on

11 Exhibit 4?

12     A.   No.  Is there any other reason?  I

13 mean, I know it's a question -- I shouldn't be

14 asking the question -- but there should not be

15 any other reason.

16         We ask the employees to clock in and

17 out because we want to make sure what we pay

18 them is accurate.

19     Q.   Now, whose responsibilities is it at

20 Menzies to ensure that the time records are

21 accurate?

22     A.   A, it is the employee's

23 responsibility because when they do clock out

24 it clearly tells them as to how many hours they

25 had worked.  It shows them the hours.

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

```
 1            They can also have the opportunity
 2   to look at the clock on a daily basis or weekly
 3   basis or every hour to see how many hours they
 4   have in on the system.  And if something looks
 5   wrong, it is their responsibility to come to
 6   their managers or whoever is monitoring their
 7   time cards to do so.
 8            After that, the manager will also
 9   take a look at the time cards before the
10   payroll has been run to make sure the employees
11   have punched in and out, based on corresponding
12   with their schedule.
13        Q.    Nonexempt employees are paid twice a
14   month; is that correct?
15        A.    I would not say that.  No.  It's
16   every other week.  It's a biweekly.
17        Q.    Okay.
18        A.    Sometimes -- sometimes it's more
19   than twice a month.
20        Q.    All right.  Okay.  And before
21   payment on a specific payroll period, is it the
22   responsibility of managers to review the time
23   records of employees?
24        A.    Yes, we do have managers or
25   timekeepers that they review the time cards,
```

1    not provided to a nonexempt employee, what is

2    the policy of Menzies at that point?

3         A.    We follow the California Labor Code.

4    If the employee was not able to take a break or

5    it was not provided, then they would have --

6    they would follow the protocol of filling out a

7    missed punch -- filling out a meal penalty

8    waiver and have the manager sign it.

9              And that would go, obviously, to the

10   timekeepers and they would issue the meal

11   penalty.

12        Q.    You call that a meal penalty or a

13   meal premium at Menzies?

14        A.    We don't call it.  It's the

15   California law that calls it a meal penalty,

16   yes.

17        Q.    And it's -- that meal penalty is

18   provided to an employee whenever a meal break

19   is not provided under those situations that we

20   discussed; correct?

21        A.    Whenever the employee claims that

22   they were not able to take their designated

23   unpaid meal period, yes.

24        Q.    So whenever -- you're saying that

25   whenever a nonexempt employee claims he was

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS   JOB NO. 564833
APRIL 13, 2023

1    not -- he or she was not provided a meal break,

2    then automatically Menzies pays the extra hour

3    of meal penalty?

4         A.   No, there's nothing automatic.  The

5    employee will have to -- we pull -- we

6    designate the breaks, depending on what

7    department you are, depending on what manager

8    you work for what job function you have.  For

9    instance, it can be posted, it can be

10   communicated.

11            If an employee feels they were not

12   able to take their breaks, for any reason --

13   because we don't obviously police them around

14   -- if they were not able to take it, then they

15   would go ahead and talk to their manager or

16   their immediate supervisor letting them know of

17   the circumstances and would fill out the paper.

18            And once the manager signs and the

19   employees signs their reasoning, that is when a

20   meal penalty would be issued.

21        Q.   When you say a "designated break,"

22   are you saying that meal breaks are scheduled

23   at Menzies?

24        A.   Depending on what department you

25   work, yeah.  I don't -- meal breaks can be

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

 1    that you said they can be posted, it can be

 2    conveyed to the nonexempt employees, okay.

 3              Are you saying that all meal breaks

 4    are in the form of written schedules conveyed

 5    to nonexempt employees?

 6        A.    That is -- that is exactly what I

 7    said that it's not.  It's not written

 8    conveying.  I said it depends on the

 9    department.  It depends on the unit.  It

10    depends on how big the department is.  It

11    depends on the managers and depending on the

12    function that you do.  Some of them are in

13    writing, some of them are not in writing.

14              Some of them has to do with the

15    group taking a break at a certain time

16    altogether.  Some of them are scheduled.

17              So it depends on where you work and

18    what function you do.

19        Q.    Okay.  So give me the departments or

20    units that do not have written schedules of

21    meal breaks.

22        A.    Majority of the departments, based

23    on the bare minimum schedule, have the time of

24    when employees can take a break written on the

25    schedule.

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

1          However, since we are not a factory
2    and we don't -- we're not going 8:00 to 9:00,
3    depending on the timeline and depending on the
4    work, the breaks would change or would switch.
5          Some departments are able to switch
6    the break and put it in writing and put it on
7    the TV so everybody can see it.  But some
8    departments, for example, such as cabin
9    cleaners, if they cannot take it from 10:00 to
10   12:00, then the manager will go and tell them,
11   "Okay.  Today you cannot take it, as
12   designated, from 10:00 to 12:00, but you will
13   take it from 9:30 to 10:30."
14        Q.    For -- in the case of cabin
15   cleaners, do they change every day?
16        A.    It depends on.  Do they clean cabins
17   every day at the same time?  No.  Sometimes
18   there's -- if there's a cancellation or there's
19   a delay on the plane, then we move it around.
20          We try to stick most of the time
21   with what the law says which is, you know,
22   obviously within the five hours.  And sometimes
23   we are able to do it, and sometimes we are not.
24   And that's what the meal breaks are there for.
25        Q.    When you say you're not able to do

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

1    it, are you saying you're not able to set

2    schedules?

3         A.    No.  We're not able to give the

4    breaks on that particular day on that

5    particular time that was on the schedule.

6         Q.    Okay.  And when you say the

7    schedules for cabin cleaners, you're saying

8    that this would be in writing; is that correct?

9              Did I understand you correctly?

10        A.    When we publish a schedule we

11   publish the breaks as well.  But since our

12   business -- the way our business is if the time

13   changes, then we'd communicate that to the

14   employees.

15             In the case of employees that are

16   maybe 20 or 30, then we do it manually.  We do

17   verbal communication.

18             In the case of employees if it's

19   going to affect 40, 50 people, then there's

20   different ways of communications, such as

21   verbals, such as we put it on the TV, or we

22   announce it on the radios.

23        Q.    So other than cabin cleaners, okay,

24   let's talk about other units or departments.

25             Which departments or units provide

```
 1    that, there's nothing extra that is provided to

 2    them.

 3         Q.    Again, I have to move to strike.

 4    The response is nonresponsive, other than you

 5    said -- you answered that there's none.

 6              But as far as training of

 7    supervisors and managers are concerned, has

 8    there been, like, a formal training, a webinar,

 9    or an in-house seminar where managers or

10    supervisors are taught how to schedule meal

11    breaks or how to provide meal breaks to

12    employees?

13         A.    The managers and supervisors, they

14    sign the same policy in the handbook that talks

15    about how to do it.

16              So other than that, no.

17         Q.    Now, we can go back to what we're

18    talking about, the requirement on employees to

19    clock out to start their meal breaks and to

20    clock back in when they resume working at the

21    conclusion of their breaks.

22              And the -- let me show -- I just

23    want to -- let me show you -- let me show you

24    Exhibit 8, which is the "New Time and

25    Attendance System, Kronos Workforce
```

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS   JOB NO. 564833
APRIL 13, 2023

1      A.    Yes.

2      Q.    Okay.  It shows a column of earnings

3  scale, correct, the fourth column?

4      A.    Yes.

5      Q.    And the earnings scale reflected --

6  reflect abbreviated -- or abbreviations for

7  certain descriptions of earnings at Menzies;

8  correct?

9      A.    Correct.

10      Q.    And why don't we go to that specific

11  page of Exhibit 16 which shows the meal break

12  description.

13          Do you see the meal break

14  description in that page of Exhibit 16?

15      A.    Yes, I do.

16      Q.    And the earnings code for meal break

17  is capital M, capital L, capital B; correct?

18      A.    Yep.  Correct.

19      Q.    And every -- I'm sorry.

20          Whenever you see the earnings code

21  of MLB in the payroll of any of the employees'

22  records, would that show payments for meal

23  penalties?

24      A.    That's what it refers to.

25      Q.    Now, there is another reference to

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS   JOB NO. 564833
APRIL 13, 2023

```
 1  lunch which is right above meal break.  It says
 2  "missed lunch" right above it, and with the
 3  earnings code abbreviation of MISSL in all
 4  caps.
 5          What does "missed lunch" stand for?
 6      A.    That particular one would be for, if
 7  an employee forgot to clock in and out, then
 8  they would fill out a missed punch to show that
 9  they forgot to clock in and out.
10      Q.    Okay.  And there's another item
11  there on meal break right below that.  It's
12  called -- I suppose this is "previous meal
13  break"?
14          Do you see that?
15      A.    Yeah, that's previous meal break.
16      Q.    What does that mean?
17      A.    That's if an employee did not submit
18  their meal penalty request on time after the
19  payroll is done, they can always submit it
20  later on and it'll show up on the next paycheck
21  as a previous meal break.
22      Q.    Okay.  And the previous meal break
23  has an earnings code abbreviation of MLBPR in
24  all caps; correct?
25      A.    That's what it shows, yes.
```

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

1    Q.    Now, other than the three

2  descriptions and three earnings codes that we

3  discussed on meals or lunch, is there any other

4  earnings code that you know that would pertain

5  to the payment of meal penalties?

6    A.    I've provided the description of the

7  earnings code to the legal, which this is what

8  you have, so if --

9    Q.    Okay.

10    A.    -- you haven't found any, then

11  there's not any.

12    Q.    Okay.

13    A.    I don't know if there's any other

14  code.

15    Q.    All right.  Thank you.  Is there any

16  earnings code for a rest break penalty -- I'm

17  sorry.

18          Is that what you refer to it in

19  Menzies?  You also refer to it as a rest

20  penalty or a rest break penalty?

21    A.    No.  We just call it a meal penalty.

22    Q.    Okay.  For -- in cases -- we're

23  going to be discussing rest breaks, but is it

24  the policy of Menzies to pay an extra hour of

25  penalty whenever an employee misses the

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

1  required rest break?

2      A.    Yes.  If they flag it out, of

3  course.

4      Q.    Okay.  Is there any earnings code

5  for rest break penalty?

6      A.    No.  They use the same meal code as

7  one hour-based on the employee's pay rate.

8      Q.    Is there a reason why they use the

9  same codes as the meal break?

10      A.    No specific reason.  It has the

11  same -- same functionality as the meal break

12  and the same amount, so I'm not sure why

13  another code was not created.

14      Q.    Is there any reason why there's no

15  distinction between the payment of a meal

16  penalty from a rest penalty?

17      A.    No.  I think I just answered that.

18  I'm not sure why.

19      Q.    Okay.

20      A.    The value is the same, so it could

21  just be because of that.

22      Q.    As far as you know, has Menzies ever

23  paid a rest penalty?

24      A.    I'm not sure.  If an employee has

25  requested it, then I'm certain we paid.

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

```
 1        A.    This relates just through Kronos.

 2        Q.    It would explain -- are you able to

 3   explain, generally, what Menzies' policy is

 4   with respect to use of personal cell phones at

 5   work?

 6        A.    I would probably -- I would want to

 7   do it based on the policy.  I don't want to

 8   just explain it.

 9        Q.    Sure.

10        A.    If you do have it, I'll be more than

11   happy to go over it with you.

12        Q.    We'll probably have to get that

13   after the break instead of having you wait.

14             But let me ask you this question:

15   As far as -- as far as cell phones are

16   concerned, are employees able to bring their

17   cell phones to work?

18        A.    They can bring them to work.  Yeah,

19   they can.

20        Q.    They can.  And can they receive

21   messages from HR or from supervisors or call

22   employees regarding work through the use of

23   their cell phones?

24        A.    That portion -- that question is

25   actually addressed on the Kronos' document that
```

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS   JOB NO. 564833
APRIL 13, 2023

```
 1    you have up there.
 2         Q.    Yes.
 3         A.    They can receive it to the number
 4    that they have provided to us, but they also --
 5         Q.    Yes.
 6         A.    -- if you go to the Page 1, they
 7    also are able to -- can you take the document
 8    up a little bit to Page 1, please?
 9         Q.    Is this the page you're referring
10    to?
11         A.    No.  To the first page, please.  Let
12    me see.  Sorry.  I can't see your screen
13    anymore.  Sorry.
14              MR. SAYAS:  Okay.  Can you
15    zoom this in, Cielo?
16              THE REPORTER:  We just lost
17    the witness.
18              MR. SAYAS:  Okay.
19              MR. JACKSON:  I'll give her a
20    call.
21              MR. SAYAS:  Kevin, why don't
22    we take a short break and see what we can do.
23              MR. JACKSON:  All right.  Just
24    hang tight.
25              MR. SAYAS:  Let's go off the
```

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

```
 1   record first, yeah, for a few minutes.
 2                   THE VIDEOGRAPHER:  All right.
 3   We are off the record.  The time is 3:31 p.m.
 4   Pacific time.
 5                   (A recess was taken.)
 6                   THE VIDEOGRAPHER:  Okay.  We
 7   are on the record.  The time is 3:35 p.m.
 8   Pacific time.
 9   BY MR. SAYAS:
10       Q.    We're still at Exhibit 18; right?
11                   MR. SAYAS:  Cielo, can we show
12   Exhibit 18?
13   BY MR. SAYAS:
14       Q.    Okay.  And I think you were trying
15   to say something about Exhibit 18?
16       A.    Yes.  If you can just -- in relation
17   to your question, if you can just take the
18   document up a little bit towards the bottom of
19   it?
20       Q.    Towards the bottom.
21       A.    Yeah.  Under line, it said that we
22   will be using the employees' provided cell
23   numbers, but it is completely voluntary, and it
24   says that if you are not -- and "you are not
25   required to consent to Menzies communication
```

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

```
 1   with you using your mobile number or receiving

 2   text message as a condition of your employment.

 3   Please ask your human resources if you're

 4   interested in receiving more information about

 5   how we collect and use your personal

 6   information."

 7            And if you wish -- if the employee

 8   wishes no longer to receive it, they can

 9   communicate that within human resource, as

10   well.

11      Q.    Okay.  So for the employee to

12   receive the messages, either via text messages

13   or receive phone calls from a supervisor or

14   from anyone at Menzies, that employee should

15   acknowledge the fact that he's consenting to

16   the use of the personal cell phone.

17            Is that what it's trying to say?

18      A.    No.  What it is, they consent by

19   signing this document.

20      Q.    Okay.

21      A.    It's a consent.

22      Q.    Right.

23      A.    And if they do not wish to receive

24   text message or calls, it says clearly that

25   they have to contact their human resources and
```

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

```
 1   did Menzies provide cell phones to nonexempt
 2   employees?
 3           A.    No, we don't.
 4       Q.    Did Menzies provide any type of
 5   communication device, like a walkie-talkie or a
 6   hand-held type of communication device?
 7       A.    Yes, we do.  We do provide radios
 8   that are being used during the work hours.
 9           And I should go back a little bit.
10   We also did provide sometimes on-duty cell
11   phones for our supervisors.
12       Q.    Other than supervisors, does Menzies
13   provide cell phones to other nonexempt
14   employees?
15       A.    Not that I know of, no.  It could be
16   a duty phone that maybe an agent would use it
17   to perform a task, but it's not something that
18   we provide to an individual, specific
19   individual.
20       Q.    Now, you said that Menzies has
21   provided radios.  And did Menzies provide
22   radios or make radios available to all its
23   nonexempt employees?
24       A.    No, not all.
25       Q.    And whose employees receive radios?
```

```
 1        A.    Supervisors, leads, sometimes the
 2   employees that they work as a gate agent,
 3   sometimes the employees that are on the custom
 4   hall assisting the arrival employees.
 5             It depends on the function.  Depends
 6   on where they were, what function they do.
 7   It's not a generalized item that we just give
 8   it out.
 9        Q.    Okay.  So I understand there's
10   consent provided by employees, but is it fair
11   to say that there's a company-wide practice of
12   communicating with employees, for work
13   purposes, using the employee's personal cell
14   phone?
15        A.    No.  That's not -- it's not a true
16   statement.
17        Q.    Why is that?
18        A.    Why is that?
19        Q.    Yeah.
20        A.    It's because it's on a voluntary
21   basis.  So it's not to accommodate.  It only
22   becomes common if it's not non-voluntarily.  We
23   also have a hand-held policy that I mentioned
24   before that prohibits the employees to have
25   their cell phone while at work, or to have it
```

1    that, for this particular period, she clocked

2    out here for the one meal break at 7:36, or

3    1936 hours, and basically concluded her shift

4    for that day 12 -- 045, or 12:45 a.m.  That

5    completes the shift of 10.18 hours.  But I only

6    see a meal break of one.  Okay.

7             And you said you have to examine

8    whether there's a waiver of that second meal

9    break?

10       A.    Yeah.  I'm not sure.  I mean, I can

11   see the time card, but I don't know what other

12   documentation had been submitted or not.

13            Same thing with the previous week,

14   the other time card that you put up.  There

15   were three shifts that were below six hours, so

16   on a six hour shift the break can be mutually

17   agreed to be waived in case the employee

18   doesn't want to clock out and just work five

19   and a half hours.

20            So I don't know the background on

21   it.  I can see what you're -- what you have on

22   the screen and we can read it together, but

23   what is in the background, what documents were

24   signed and was not signed, I'm not aware of it.

25       Q.    Now, you mentioned the waiver of the

TALIN BAZERKANIAN - 30(B)(6) - CONTAINS HIGHLY CONFIDENTIAL PORTIONS    JOB NO. 564833
APRIL 13, 2023

1    second meal break.  How does an employee at

2    Menzies waive a second meal break?

3         A.    It's mutual.

4         Q.    Do employees have to sign a document

5    expressing waiver of that second meal break?

6         A.    No.  If it's mutually agreed, that

7    is when the employee doesn't do the meal

8    penalty form.  So if the employee agrees to

9    mutually waive it, then they don't sign the

10   meal penalty request paper.

11              If they don't agree with the

12   operation and with the management, that is when

13   they sign so they can receive the meal penalty.

14              So it's two -- two things:  You

15   either agree to it to waive it, that's when you

16   don't -- you don't fill out the paper, or you

17   don't agree with it and you fill out the paper

18   and you request your one-hour meal penalty.

19        Q.    For that same shift of February 1st,

20   it appears that she took the meal break at 7:02

21   p.m., which is more than five hours from the

22   time she started working at 1:59 p.m.  Okay?

23        A.    Again --

24        Q.    If you read, you can see that she

25   had a meal break for, at that time, beyond the

```
 1   COMMONWEALTH OF PENNSYLVANIA          )
                                           ) SS
 2   COUNTY OF ALLEGHENY                   )

 3                    CERTIFICATE

 4    I, Alyssa A. Repsik, a notary public in and
     for the Commonwealth of Pennsylvania, do hereby
 5   certify that the witness, TALIN BAZERKANIAN,
     was by me first duly sworn to testify the
 6   truth, the whole truth, and nothing but the
     truth; that the foregoing deposition was taken
 7   at the time and place stated herein; and that
     the said deposition was recorded
 8   stenographically by me and then reduced to
     typewriting under my direction, and constitutes
 9   a true record of the testimony given by said
     witness.
10
      I further certify that I am not a relative,
11   employee or attorney of any of the parties, or
     a relative or employee of either counsel, and
12   that I am in no way interested directly or
     indirectly in this action.
13
      IN WITNESS WHEREOF, I have hereunto set my
14   hand and affixed my seal of office this 19th
     day of April 2023.
15

16

17          Alyssa A. Repsik
            Alyssa A.  Repsik, Notary Public
18          Court Reporter
            Notary Public
19          Allegheny County
            My Commission Expires March 3, 2024
20          Commission Number 129614

21

22

23

24

25
```

# Deposition Transcript

Case Number: 2:22-cv-05915-MCS-MAR

Date: May 3, 2023

In the matter of:

# Amaya, et al. v Menzies Aviation USA, Inc.

# BRIAN GALINDO



**CERTIFIED COPY**

Reported by:

Katie Wilkerson

Notary Public

Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

BRIAN GALINDO                                          JOB NO. 591518
MAY 03, 2023

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                        -   -   -
    DORA PATRICIA AMAYA, an        )Case No.:
 4  individual; and BRAYAN         )2:22-cv-05915-MCS-MAR
    LOZANO GONZALEZ, an            )
 5  individual; on behalf of       )
    themselves and others          )REMOTE VIDEOTAPED
 6  similarly situated,            )DEPOSITION OF BRIAN
                                   )GALINDO
 7              Plaintiffs,         )
                                   )
 8  Vs.                            )
                                   )
 9  MENZIES AVIATION (USA),        )
    INC., a Delaware               )
10  Corporation; and DOES 1        )
    through 10, inclusive,         )
11                                 )
                Defendants.

12

13

14                        -   -   -

15

16

17

18

19

20     REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
       WITHOUT AUTHORIZATION FROM THE CERTIFYING
21     AGENCY

22

23

24

25
```

BRIAN GALINDO
MAY 03, 2023

JOB NO. 591518

1  manager?

2       A.    Luis Madrigal.

3       Q.    Have you reported to Mr. Madrigal

4  since the time you took on the operations

5  manager position in May of 2022?

6       A.    Right.

7       Q.    As operations manager of ramp -- I

8  assume your responsibilities are for a

9  department called ramp; is that accurate?

10      A.    Correct.

11      Q.    What does the ramp department do?

12      A.    The ramp has numerous functions,

13 from loading to offloading the aircraft,

14 dealing with baggage, cargo, and everything

15 below the wing of an aircraft.

16      Q.    You said everything below the wing

17 of an aircraft?

18      A.    Correct.

19      Q.    Is the ramp department part of a

20 broader business unit?

21      A.    The ramp is in line with other

22 departments that represent ground handling, as

23 a whole, for Menzies.

24      Q.    The ramp department is part of

25 ground handling?

1        Q.    So I better understand, let's take,

2    one by one, the things that ramp does.

3                  The first thing you said is you guys

4    take care of loading and unloading the

5    aircraft.

6                  Can you tell me what you mean by

7    that?

8        A.    We're responsible, as a service

9    provider, to offload cargo from the belly of an

10   aircraft, as we call it, and load any cargo or

11   baggage to the aircraft using heavy machinery.

12       Q.    What kind of machinery?

13       A.    We call them loaders.

14       Q.    Can you describe what that is?

15       A.    A big piece of machine that has

16   multiple rollers in order for you to offload

17   actual cargo pallets and baggage containers

18   from the aircraft, depending on if it's a

19   wide-body aircraft.

20                  For a narrow-body, which is a small

21   aircraft, would be just using a belt loader,

22   that we call it, and we're offloading the bulk

23   baggage from there, or loads of baggage.

24       Q.    The belt loader is the thing where

25   you put the pieces of cargo or luggage on, and

BRIAN GALINDO
MAY 03, 2023

JOB NO. 591518

 1  narrow-body one plus four.  There's different

 2  customers and aircraft types that require more

 3  than one plus four.

 4       Q.    What are the other compositions?

 5       A.    There's aircrafts that require one

 6  plus five or one plus six.

 7       Q.    When you say one plus, you mean the

 8  one being the lead ramp agent and the second

 9  number being the number of ramp agents,

10  correct?

11       A.    Correct.

12       Q.    Besides one plus four, one plus

13  five, one plus six, do you have any other

14  compositions of ramp agents that service

15  aircrafts of Menzies' clients?

16       A.    No.

17       Q.    Basically, your ramp agents bring

18  your machine to the aircraft, you meet the

19  aircraft when they arrive, you take the cargo,

20  and baggage, in whatever form it's in, and you

21  unload them and also bring cargo to the

22  aircraft and load them to get ready for

23  departure; is that correct?

24       A.    Partially correct.

25       Q.    What did I miss?

BRIAN GALINDO
MAY 03, 2023

JOB NO. 591518

```
 1        A.    It's more than just the machinery
 2   that's brought to the aircraft.  There's
 3   numerous pieces of equipment that's brought
 4   over to service an aircraft.
 5             It's not just the heavy machinery
 6   that's brought over.
 7        Q.    What other equipment do your ramp
 8   agents bring to the aircraft?
 9        A.    Are we referring to a wide-body or a
10   narrow-body aircraft?
11        Q.    Let's start with the wide-body.
12        A.    For a wide-body aircraft, depending
13   on what the airline is bringing into LAX, it
14   requires a set number of dollies, which are
15   devices used to place the containers or cargo
16   pallets.
17        Q.    Anything else besides the dollies?
18        A.    If you're using a conventional
19   pushback, you require a towbar and a pushback.
20   If you're using a towbarless, it requires just
21   the pushback itself.
22        Q.    Can you describe what a towbar is?
23        A.    A device that you connect with the
24   aircraft-nose gear to the pushback that you
25   utilize in order to push out the aircraft onto
```

BRIAN GALINDO
MAY 03, 2023

JOB NO. 591518

1    the taxiway.

2        Q.    The pushback is the one that pushes

3    the aircraft out; is that right?

4        A.    Correct.

5        Q.    Besides the dolly, the towbar and

6    the pushback, is there any other equipment that

7    your team brings to the wide-body aircraft?

8        A.    Chocks and cones.

9        Q.    What are chocks?

10       A.    The name speaks for itself.  The

11   rubber chocks we utilize to chock the tires on

12   the aircraft to avoid it from rolling back or

13   moving forward.

14       Q.    That's C-H-O-C-K-S, right?

15       A.    Correct.

16       Q.    What are the cones for?

17       A.    Cones are a safety measure utilized

18   to protect the engines and the wing tips of the

19   aircraft.

20       Q.    It sounds to me, from your

21   description, that the ramp agents do loading

22   and unloading of an aircraft.  They also meet

23   them and put on the chocks and the cones to

24   make sure they're stable.  After they've been

25   unloaded and loaded, the ramp agents are also

BRIAN GALINDO
MAY 03, 2023

JOB NO. 591518

1   the ones that push them out to the taxiway.

2           Is that correct?

3       A.    Yes.  They push out the aircraft

4   onto the taxiway.

5       Q.    Besides all of that, is there

6   anything else that ramp agents do that we

7   haven't talked about?

8       A.    Yes.  You touched on bringing the

9   equipment to the gate.  Depending on where the

10  equipment is is where they would grab it from.

11          After the flight is done, they move

12  all the equipment they utilized for that

13  specific flight, they move to another gate or

14  take it back to the position where it needs to

15  be parked.

16          It varies, depending on the day or

17  their assignments.

18      Q.    Where do they usually get the

19  equipment initially at the start of the shift?

20      A.    It varies on what shift you're

21  referring to.

22      Q.    I'm trying to understand what the

23  daily shifts look like for an average ramp

24  agent.

25          When you come into work, do you have

BRIAN GALINDO
MAY 03, 2023

JOB NO. 591518

```
 1        Q.    How do you know someone has a set-up
 2   that they're no longer using?
 3              Do you call them up?
 4        A.    The lead would communicate with
 5   other leads or the duty manager on shift where
 6   specifically they may grab their equipment for
 7   their assigned flight.
 8        Q.    You've got to figure out where
 9   anything is and go get it?
10              Is that right?
11        A.    Yes.
12        Q.    You said you're leads are usually
13   the ones doing the service.
14              How do they communicate with the
15   other leads or duty managers?
16        A.    Via radios.
17        Q.    Are lead ramp agents assigned
18   radios?
19        A.    Yes.
20        Q.    Are any of the ramp agents assigned
21   radios, as well?
22        A.    Ramp agents are not.
23        Q.    Besides leads, do ramp agents
24   communicate with other employees in your
25   department during the regular course of their
```

BRIAN GALINDO
MAY 03, 2023

JOB NO. 591518

```
 1   shift?
 2        A.    In person, they may.
 3        Q.    Are you aware that ramp agents in
 4   LAX are often in group texts or WhatsApp
 5   messages to communicate with each other?
 6              MR. JACKSON:  Objection.
 7   Calls for speculation.
 8   BY MR. EVANGELISTA:
 9        Q.    Are you aware, Brian?
10        A.    May I proceed to answer?
11              MR. JACKSON:  Yes.
12              THE WITNESS:  I'm aware that
13   employees have the choice of being in group
14   chats or utilize their personal cell phones.
15   BY MR. EVANGELISTA:
16        Q.    Just a piece of housekeeping, at
17   certain points during the deposition your
18   lawyer may object to one of my questions.
19   That's his right.
20              Know that the purpose of those
21   objections is so the judge in our case can
22   properly rule on them, should that need arise.
23              You are always obligated to answer
24   unless you believe that doing so violates a
25   constitutional right of privilege, which your
```

BRIAN GALINDO                                        JOB NO. 591518
MAY 03, 2023

```
 1    lawyer would advise you of.

 2              Okay?

 3        A.    Understood.

 4        Q.    Are you also in those group text

 5    messages or WhatsApp messages?

 6        A.    Are you referring to with regular

 7    agents?

 8        Q.    Yes.

 9        A.    I am not.

10        Q.    How are you familiar with them?

11        A.    Like I mentioned, I am aware that

12    employees are able to use their personal

13    devices if they choose to.

14        Q.    How do you know they're on group

15    texts?

16        A.    Everybody uses their phones to

17    communicate.  If they choose to use their

18    phones to communicate, they're free to do so.

19    It's not something I mandate.

20        Q.    Did you tell your ramp agents that

21    they shouldn't use their personal cell phones

22    at work?

23        A.    That is a policy, yes.

24        Q.    My question is:  Did you tell them

25    that they shouldn't use their personal cell
```

BRIAN GALINDO
MAY 03, 2023

JOB NO. 591518

1   phones at work?

2       A.    I don't tell them because it's

3   written on the policy that they're not allowed

4   to use electronic devices on the ramp area.

5       Q.    You are aware that they do?

6       A.    On their own time, they can, yes,

7   when they're not working.

8       Q.    I'm talking about something

9   different.  I'm talking about group text

10  messages where they communicate during work

11  about work?

12      A.    They can do that at work in the

13  break room, if they you would like or in the

14  hallway when they're not servicing a flight.

15      Q.    My question is a little bit

16  different.

17            Are you aware that your ramp agents

18  communicate using their personal cell phones

19  during work and regarding work on group text

20  messages and WhatsApp?

21      A.    As I mentioned, yes.

22      Q.    We don't have to quibble.  We can

23  move on.

24            Let's go back to your

25  responsibilities as the operations manager.  Is

BRIAN GALINDO
MAY 03, 2023

JOB NO. 591518

1  planning department that create that schedule?

2      A.    Yes.

3      Q.    We talked about you couldn't change

4  the start times within 72 hours by rule.

5            Does that same no-changing rule

6  apply to the meal-break schedule?

7            Is that subject to change?

8      A.    I don't understand the question.

9            Can you repeat it?

10     Q.    Let me ask it in a different way.

11  The meal-break schedules that are reflected on

12  these sheets, are those definitely the times

13  when the employees take their meal break?

14            Does that change based on a flight

15  being delayed or if some other contingency

16  happens during the course of the shift?

17                  MR. JACKSON:  Objection.

18  Calls for peculation.  You can answer.

19                  THE WITNESS:  That varies on

20  the day.

21  BY MR. EVANGELISTA:

22     Q.    I don't understand.  What varies

23  during the day?

24     A.    The time employees would take

25  breaks.  We plan based on the schedule and

1    actual times of arrivals and departures.

2              It may vary the day of.

3         Q.    You've got to stay flexible on your

4    sheet, depending on when planes are coming in

5    and out, right?

6         A.    Correct.

7         Q.    You try to have a schedule, but if

8    the work requires an adjustment, then there's

9    an adjustment, correct?

10        A.    Correct.

11        Q.    How is that adjustment communicated

12   to the employees?

13        A.    That day of, we make adjustments to

14   allow employees to take their 10-minute,

15   30-minute and 10-minute.

16        Q.    How do you do that?

17        A.    It's posted for the employees to

18   see.  They understand when they're supposed to

19   take their breaks.

20        Q.    When you say, "posted," is it the

21   same thing at the beginning of their shift that

22   tells them what team they're on?

23        A.    Correct.

24        Q.    I thought you said sometimes that

25   changes based on what happens during the course

1    another assignment?

2        A.    It all depends on the day of missed

3    punch, based on how the operation is.  You

4    might be assigned to do something else or you

5    might not.

6        Q.    If I'm a ramp agent and I'm done

7    with this assignment, can I go take my break?

8            Do I need to make sure I have no

9    other assignment given to me after that first

10   assignment?

11       A.    Your assignment is posted on there

12   and that's your assignment that you're working

13   for that specific day.

14           You would understand what your

15   assignment is.

16       Q.    When you do get a break, your

17   procedure is you go clock out; is that correct?

18       A.    For lunch break, yes.

19       Q.    How do your employees clock out?

20       A.    With a time clock that we have

21   inside the break room.

22       Q.    The Kronos' time clock?

23       A.    Correct.

24       Q.    That's biometric.  They use a

25   thumbprint?

BRIAN GALINDO
MAY 03, 2023

JOB NO. 591518

1      A.      Correct.

2      Q.      Can someone else clock out and in

3   for an employee?

4      A.      No.

5      Q.      Are there occasions where ramp

6   agents or ramp department employees can't take

7   meal breaks during the first five hours of the

8   shift because they need to finish the loading

9   and unloading work?

10      A.      On occasions.  It depends on the

11   operation.

12      Q.      You mentioned when that happens, you

13   submit a meal penalty.

14              Is that what you said?

15      A.      Correct.

16      Q.      What is a meal penalty?  Is that a

17   form?

18      A.      Yes.  A document accessible to the

19   employees.

20      Q.      Is that what's been called a Missed

21   Punch Form?

22      A.      Correct.

23      Q.      Let's do it this way.  I want to

24   show you what's previously been identified and

25   marked as Exhibit 7 in a prior deposition.

BRIAN GALINDO
MAY 03, 2023                                                    JOB NO. 591518

1   to?  They have to continue working?

2        A.    No.  Like I mentioned, employees --

3   no matter if a flight is on the ground or if

4   they're doing something, employees are subject

5   to their rest breaks.

6        Q.    If they're out in the ramp area and

7   it's time for their rest break, they can drop

8   what they're doing and take their rest break?

9        A.    Yes.

10       Q.    We talked about meal penalties.  Is

11  there such a thing as a rest-break penalty at

12  Menzies?

13       A.    Not that I'm aware of.

14       Q.    Has any employee approached you

15  requesting a rest-break penalty?

16       A.    No.

17       Q.    Are you aware of any procedure that

18  an employee can request a rest-break penalty

19  from Menzies?

20       A.    Not that I am aware of.

21       Q.    Have you provided training to the

22  employees in the ramp department with regard to

23  the rights as to meal breaks and rest breaks?

24       A.    Employees all acknowledge the policy

25  for their breaks.

1              MR. EVANGELISTA:  Move to

2    strike.  That's non-responsive.

3    BY MR. EVANGELISTA:

4         Q.    My question was:  Did you, yourself,

5    give training to employees --

6         A.    I, myself, no.

7         Q.    Has anyone in your unit, in your

8    department, ramp, given that meal break and

9    rest-break training to the ramp department

10   employees?

11        A.    I don't know.

12        Q.    Did you instruct anyone in your

13   department to instruct the employees on meal

14   and rest breaks?

15        A.    No, I did not.

16        Q.    Are you aware if whether the ramp

17   department employees received that training

18   from HR?

19        A.    I don't know who issues any sort of

20   training.

21        Q.    Other than what's in the written

22   policies -- by written policies, I mean not

23   just the handbook, any posters or memos that

24   you guys give out -- you're not aware of any

25   training regarding meal and rest breaks; is

BRIAN GALINDO                                              JOB NO. 591518
MAY 03, 2023

1    that right?

2        A.    I personally am not.

3                    MR. EVANGELISTA:  Kevin, can

4    we go on a quick 10-minute break?

5                    THE DEFENDANT:  Sure.

6                    MR. EVANGELISTA:  Can we go

7    off the record?

8                    THE VIDEOGRAPHER:  We are now

9    off the record.  The time is 3:03 p.m. Pacific

10   Time.

11                   (Short recess taken.)

12                   THE VIDEOGRAPHER:  We are now

13   back on the record.  The time is 3:16 p.m.

14   Pacific Time.

15   BY MR. EVANGELISTA:

16       Q.    Welcome back, Mr. Galindo.  I want

17   to remind you that you're still under oath.

18             You understand that, right?

19       A.    Understood.

20       Q.    Why don't we go back on one thing.

21   Your responsibility as operations ramp manager,

22   is that for the entire LAX or just for a

23   specific terminal?

24       A.    Just the ramp at that specific

25   terminal.

BRIAN GALINDO
MAY 03, 2023

JOB NO. 591518

```
 1   Venezuela?
 2              Is that how it works?  It doesn't
 3   matter what the airline -- it isn't the
 4   aircraft?  It's the airline?
 5        A.    Correct.
 6        Q.    You said it ranges between 75 and 80
 7   minutes?
 8        A.    Those are some of the requirements
 9   from airlines.
10        Q.    Is it ever shorter than 75 minutes?
11        A.    Depending on the specific airline.
12   Like I mentioned, it varies between an hour and
13   an hour and a half that we bring employees
14   before the actual arrival of an aircraft.
15        Q.    Because you guys set up your
16   equipment?
17        A.    Correct.
18        Q.    In terms of after the arrival,
19   there's a set time when you guys have to
20   finish, right?
21        A.    Yes.  There's a scheduled departure
22   time.
23        Q.    What happens if you aren't finished
24   by their scheduled departure time?
25        A.    Menzies is issued a delay.
```

BRIAN GALINDO
MAY 03, 2023

JOB NO. 591518

1      Q.      What is a delay?

2      A.      We issue a delay.  Depending on the

3   customer contract, they can impose an SLA

4   penalty or advise us not to take any more

5   delays.

6      Q.      Did you say delayed penalty or late

7   penalty?

8      A.      SLA.

9      Q.      SLA penalty.  What is an SLA

10   penalty?

11      A.      SLA is more of a penalty inside of

12   the contract in case we do a delayed flight.

13          It's more of -- how do I say this --

14   I don't want to say it's a disciplinary action

15   towards the company, but more of, we're going

16   to charge you this percentage of the turnaround

17   rate because you delayed our flight.  Make sure

18   you don't do it next time.

19      Q.      They're going to charge you, meaning

20   the airline client is going to withhold a

21   percentage of the fee?

22      A.      Correct.

23      Q.      Do you know what SLA stands for?

24      A.      I don't.

25      Q.      Are these SLA penalties standard in

1    all of Menzies' contracts with airline clients?

2         A.    Yes.

3         Q.    Besides monetary penalties, are

4    there any other consequences for not meeting

5    the schedule of the departure of your airline

6    clients?

7         A.    Not that I'm aware of.

8         Q.    Are you aware of any airline clients

9    canceling their contract with Menzies because

10   of delays?

11                   MR. JACKSON:   Objection.

12   Calls for speculation.   Overly broad as to time

13   and location.

14   BY MR. EVANGELISTA:

15        Q.    If you know?

16        A.    Not that I'm aware of.

17        Q.    Mr. Galindo, do any of your

18   employees in the ramp department ever approach

19   you and ask how they can get compensated for

20   using their personal cell phones at work?

21        A.    Not to me personally.

22        Q.    Are you aware of them going to

23   someone else?

24        A.    No.

25        Q.    You don't know, one way or the

 1        A.      There's no operations manager for

 2    cabin.  It's duty manager.

 3        Q.      Is there only one duty manager for

 4    cabin?

 5        A.      Correct.

 6        Q.      Who is that?

 7        A.      Lizette Medina.

 8        Q.      Do you know who the operations

 9    manager is for passenger service?

10        A.      Passenger service manager is

11    Gizzella Bouverde.

12        Q.      Is Ms. Bouverde a duty manager or

13    operations manager?

14        A.      Her title is passenger service

15    manager.

16        Q.      Juan Lopez, what is his title?

17        A.      I think he's the freighter manager.

18        Q.      Is that a duty manager level or

19    operations manager level?

20        A.      It's operations manager level.

21        Q.      One last question.  We talked a

22    great deal about the Missed Punch Form that you

23    would submit for a meal-break penalty.

24            Can you actually get paid a

25    meal-break penalty if you don't submit a Missed

BRIAN GALINDO
MAY 03, 2023                                                JOB NO. 591518

1    Punch Form?

2         A.    I don't think you would be able to

3    get paid because you're not submitting a form.

4         Q.    It's a requirement for you to get

5    paid but a Missed Punch Form needs to be

6    submitted for that day, correct?

7         A.    Correct.

8                    MR. EVANGELISTA:  I'm done.

9    Kevin, do you have any questions for

10   Mr. Galindo?

11                   MR. JACKSON:  I do not.

12                   THE VIDEOGRAPHER:  If there's

13   nothing further, I can read us off the record.

14   Before that, I want to ask about transcripts.

15            Is normal turnaround time okay for

16   this deposition, as well?

17                   MR. EVANGELISTA:  What is

18   normal turnaround time?  10 days?

19                   THE VIDEOGRAPHER:  It's 10 or

20   11.  Around there.

21                   MR. EVANGELISTA:  Yes.  That

22   should be fine.

23                   THE VIDEOGRAPHER:

24   Mr. Jackson, would you like a copy of the

25   transcript?

BRIAN GALINDO
MAY 03, 2023

JOB NO. 591518

```
 1   COMMONWEALTH OF PENNSYLVANIA          )
                                           ) SS
 2   COUNTY OF ALLEGHENY                   )

 3                    CERTIFICATE

 4        I, Katie Wilkerson, a notary public in and
     for the Commonwealth of Pennsylvania, do hereby
 5   certify that the witness, BRIAN GALINDO, was by
     me first duly sworn to testify the truth, the
 6   whole truth, and nothing but the truth; that
     the foregoing deposition was taken at the time
 7   and place stated herein; and that the said
     deposition was recorded stenographically by me
 8   and then reduced to typewriting under my
     direction, and constitutes a true record of the
 9   testimony given by said witness.

10        I further certify that the inspection,
     reading and signing of said deposition were
11   waived by counsel for the respective parties
     and by the witness.

12
          I further certify that I am not a
13   relative, employee or attorney of any of the
     parties, or a relative or employee of either
14   counsel, and that I am in no way interested
     directly or indirectly in this action.

15
          IN WITNESS WHEREOF, I have hereunto set my
16   hand and affixed my seal of office this 10th
     day of May, 2023.

17

18                     Katie Wilkerson

19             Katie Wilkerson, Notary Public
                   Professional Reporter

20        My Commission Expires February 14, 2026

21

22

23

24

25
```

# Deposition Transcript

Case Number: 2:22-cv-05915-MCS-MAR

Date: May 5, 2023

In the matter of:

# Amaya, et al. v Menzies Aviation (USA), Inc.

## JOSE A. SALCEDO GARCIA

**CERTIFIED COPY**

Reported by:

Alyssa A. Repsik

Notary Public



Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

```
 1              UNITED STATES DISTRICT COURT

 2             CENTRAL DISTRICT OF CALIFORNIA

 3                        -  -  -
    DORA PATRICIA AMAYA, an   ) CIVIL DIVISION
 4  individual; and BRAYAN    )
    LOZANO GONZALEZ, an       ) Case No.:
 5  individual; on behalf     ) 2:22-cv-05915-MCS-MAR
    of themselves and         )
 6  others similarly          )
    situated,                 )
 7                            )
             Plaintiffs,      )
 8                            )
       -vs-                   )
 9                            )
    MENZIES AVIATION (USA),   )
10  INC., a Delaware          )
    corporation; and DOES 1   )
11  through 10, inclusive,    )
                              )
12           Defendants.      )

13                        -  -  -

14            REMOTE VIDEOTAPED DEPOSITION OF

15      JOSE A. SALCEDO GARCIA, located in California,

16      commencing at 1:01 P.M. PDT, on Friday, May 5,

17      2023, before ALYSSA A. REPSIK, Court Reporter

18      and Notary Public in and for the Commonwealth

19      of Pennsylvania.

20

21

22

23

24

25
```

JOSE A. SALCEDO GARCIA                                    JOB NO. 591520
MAY 05, 2023

```
 1          A.      The employees we have on the
 2    freighter.
 3          Q.      And when you say "freighter," are
 4    you talking about the specific department at
 5    Menzies?
 6          A.      Yes.
 7          Q.      Okay.  And freighter, is that
 8    part -- is that department part of a broader
 9    business unit called ground-handling unit?
10          A.      Yes, it's under ground handling.
11          Q.      Okay.  And what does the freighter
12    department do for Menzies?
13          A.      Handle cargo planes.
14          Q.      What is involved in handling cargo
15    planes?
16          A.      Excuse me?
17          Q.      What is -- what work is involved in
18    handling cargo planes?
19          A.      It's still ramp work.  Offloading
20    cargo from the aircrafts and loading cargo into
21    the aircrafts.
22          Q.      And when you say loading and
23    offloading cargo, is that the same as what ramp
24    agents do?
25          A.      Yes.  Yes.
```

1        Q.    Okay.  Is there any difference at

2    all between --

3        A.    We don't deal with --

4        Q.    -- what your freight unit -- let

5    me -- I'm sorry.

6        A.    I'm sorry.

7        Q.    I understand it's your first

8    deposition.  That's okay.  That's okay.

9            Let me -- allow me to finish the

10   question so that you're clear on the record,

11   and I will allow you to complete your answer

12   before I ask my next question, okay, so it'll

13   be clear, all right, on the record.

14            Okay.  So how -- how different are

15   the responsibilities of -- let me withdraw that

16   question.

17            Okay.  The employees you have at

18   your freight department, what would those

19   employees be?

20            What are the job titles?

21       A.    They're still rampers, but they're

22   ramp cargo agents.

23       Q.    And how different is that -- I'm

24   just trying to understand the operations, sir.

25   How different is that from the ramp agents

JOSE A. SALCEDO GARCIA
MAY 05, 2023

JOB NO. 591520

1    under the supervision of Mr. Galindo?

2        A.    Mr. Galindo's agents deal with

3    passengers.

4        Q.    Okay.

5        A.    And on our side we have no

6    passengers, only the pilots.  Other than that,

7    it's all cargo.

8        Q.    Okay.  So when you say loading and

9    offloading cargo into planes, you're talking

10   about cargo planes only; correct?

11       A.    Yes.

12       Q.    And these cargo planes, obviously,

13   do not take passengers with them; right?

14       A.    No.

15       Q.    Okay.  And I asked this from

16   Mr. Funes.  What is -- what is the difference

17   between freight and cargo?

18       A.    It's just the title I guess we use

19   to distinguish warehouse agents from the ramp

20   freighter agents.

21       Q.    Okay. Okay.  A layperson like me,

22   you know, understand freight and cargo to be

23   the same thing.

24            But there is your department, the

25   freight department, and there's the cargo

JOSE A. SALCEDO GARCIA
MAY 05, 2023

JOB NO. 591520

1   department.

2           Can you tell me the difference in

3   the type of services that your department does

4   in contrast or as compared to Mr. Funes'

5   department?

6       A.    So Mr. Funes' department, they

7   have -- they are warehouse.  So all they handle

8   is warehouse, which is the buildup and the

9   breakdown of the cargo that we load.

10          Whereas in freight it's already

11  built onto pallet sheets to go onto the planes

12  and come off the planes.

13      Q.    And the employees in your

14  department, they would consist of freighter

15  agents and freighter leads; correct?

16      A.    We are -- yes.

17      Q.    Okay.  Are there other job positions

18  within your department?

19      A.    We have freighter supervisors.

20      Q.    Any other job title or position?

21      A.    I mean, above me, operations

22  manager.

23      Q.    And who's your operations manager?

24      A.    Juan Lopez.

25      Q.    And as I understand it, you have

1  those are the -- those cargo handlers who

2  receive the cargo from your team, from your

3  freight team, are those the cargo employees of

4  Mr. Funes?

5          A.    There's different -- there's

6  Menzies, and then there's other ground

7  handlers.  We deal with different companies.

8          Q.    Okay.  I'm sorry.  With different

9  what?

10         A.    We deal with different companies.

11         Q.    Okay.  But you're part of Menzies?

12         A.    Yes.

13         Q.    Right?

14         A.    Yes.

15         Q.    When you say "deal with different

16  companies," what companies are we talking

17  about?

18         A.    AGI, WFS, TAS, T-A-S, Mercury.

19         Q.    Are those companies involved in the

20  same type of business as Menzies?

21         A.    They -- yeah, but they do warehouse.

22  They're like warehouse handlers.

23         Q.    Now, you mentioned that this -- this

24  task of offloading the cargo from the plane

25  generally involves a time period of, you know,

JOSE A. SALCEDO GARCIA                                    JOB NO. 591520
MAY 05, 2023

1    approximately two hours.

2              You can correct me if I misquote

3    you.  I want to make sure.

4        A.    Yeah, two hours.  Two hours.

5        Q.    Two hours?

6        A.    Some airlines give two hours and a

7    half.

8        Q.    Okay.  What -- and what do you call

9    the time frames?  Is this the offloading

10   period?

11       A.    It's just the schedule,

12   schedule-wise.

13       Q.    Okay.  And this offloading schedule,

14   whether it's two hours or two-and-a-half hours,

15   that's something that's required by the airline

16   customers of Menzies; right?

17       A.    Yeah, that's put by the airline.

18       Q.    Okay.  Is there any consequence if

19   the two-hour is not met?  In other words,

20   became -- becomes three hours for no fault on

21   your people's part?

22       A.    If we get delays, it's a complaint

23   towards the company.

24       Q.    I see.  And the delays, meaning if

25   there's delay in completing that offloading

```
 1         Q.    Okay.  So -- okay.  How -- who makes

 2   the decision whether the team remains there at

 3   that location where they have just completed

 4   loading to be assigned to another location?

 5              Are you the one that makes that

 6   decision?

 7         A.    Me.  Yes.  Yes.

 8         Q.    Okay.  And do you call the

 9   supervisor or the lead for that purpose?

10         A.    They are there.  We're all in the

11   same location.

12         Q.    Okay.  So you go out to the ramp

13   yourself and tell them, you know --

14         A.    Yes.  I'm there throughout the whole

15   procedure as well.  I'm part of the loading.

16         Q.    Okay.  I see.  Okay.  And -- but if

17   that team goes to another location, would that

18   mean you having to communicate with the

19   supervisor or the lead using your cell phone or

20   walkie-talkie?

21         A.    Yeah.  We have radios.

22         Q.    Okay.  And who have radios in

23   your -- in your team?

24         A.    The supervisors, the leads, and

25   myself.
```

JOSE A. SALCEDO GARCIA                          JOB NO. 591520
MAY 05, 2023

1     Q.     Okay.   What about the -- the freight

2  agents?  Do they have radios?

3     A.     No.

4     Q.     Okay.   What about the freight leads?

5  Do they have radios?

6     A.     Yes.

7     Q.     All of the freight leads have

8  radios?

9     A.     Yes.

10    Q.     Okay.  Right.  What about these

11 devices they have, the pallets, the dollies

12 they would need?

13            How do they transport this equipment

14 to another location?

15    A.     Well, the tractors.  A lot of the

16 stuff is drivable, and then the tractors -- you

17 connect the dollies to the tractors and you

18 pull those.

19    Q.     Okay.  Right.  Right.  Now, in a

20 given -- do you typically have an eight-hour

21 shift or a ten-hour shift?

22            What does a normal shift consist of?

23    A.     About ten hours.  Sometimes more,

24 sometimes less.

25    Q.     Mm-hmm.

JOSE A. SALCEDO GARCIA
MAY 05, 2023

JOB NO. 591520

```
1   planes, if we had an issue and then something
2   fell behind where cargo had to get fixed or
3   something was wrong with the cargo and we have
4   to stop operation, and stuff like that.
5           But even if the employees went over,
6   we always sent them on break.  We always give
7   them a break even after they went over.
8       Q.    But there would be occasions when
9   they had to take their meal breaks beyond the
10  fifth hour, although, as you said, they will
11  take their meal breaks after that hour;
12  correct?
13      A.    Yes.
14      Q.    And you would only authorize their
15  meal breaks once that work process of loading
16  and offloading is completed?
17      A.    Yes.
18      Q.    And as a matter of practice, if,
19  let's say, any freight agent or any freight
20  lead wanted to do -- to take a break, that
21  employee will require your permission; correct?
22      A.    If they requested it, yes.
23      Q.    That employee cannot simply, you
24  know, leave the tarmac, go inside the airport
25  to just take a meal break; correct?
```

JOSE A. SALCEDO GARCIA                                        JOB NO. 591520
MAY 05, 2023

```
 1                      MR. SAYAS:  Sure.  Sure.  I'll
 2   just have him -- I'll just have Mr. Salcedo
 3   answer the question.  Okay.  Then we'll have a
 4   break.
 5   BY MR. SAYAS:
 6        Q.    Do you have the question in mind,
 7   Mr. Salcedo?
 8        A.    Yeah.  Honestly, I wasn't aware of
 9   that.
10        Q.    You were not aware of rest breaks?
11        A.    That the rest break has to pay them
12   an hour?  We always find a way to make their
13   rest breaks available.
14        Q.    Let me make sure before you take a
15   break.
16              You're not aware that if they missed
17   a rest break, the employee should be
18   compensated at Menzies for an extra hour of
19   penalty?
20        A.    Yeah.  I didn't know that.
21                      MR. SAYAS:  Let's take a
22   ten-minute break.  We'll be -- let's be back at
23   2:35.
24                      MR. JACKSON:  Sure.
25                      MR. SAYAS:  Okay.  All right.
```

JOSE A. SALCEDO GARCIA                                    JOB NO. 591520
MAY 05, 2023

```
 1   COMMONWEALTH OF PENNSYLVANIA          )
                                           ) SS
 2   COUNTY OF ALLEGHENY                   )

 3                   CERTIFICATE

 4    I, Alyssa A. Repsik, a notary public in and
     for the Commonwealth of Pennsylvania, do hereby
 5   certify that the witness, JOSE A. SALCEDO
     GARCIA, was by me first duly sworn to testify
 6   the truth, the whole truth, and nothing but the
     truth; that the foregoing deposition was taken
 7   at the time and place stated herein; and that
     the said deposition was recorded
 8   stenographically by me and then reduced to
     typewriting under my direction, and constitutes
 9   a true record of the testimony given by said
     witness.

10
      I further certify that I am not a relative,
11   employee or attorney of any of the parties, or
     a relative or employee of either counsel, and
12   that I am in no way interested directly or
     indirectly in this action.

13
      IN WITNESS WHEREOF, I have hereunto set my
14   hand and affixed my seal of office this 11th
     day of May 2023.

15

16

17   _____

18   Alyssa A.  Repsik, Notary Public
     Court Reporter
19   Notary Public
     Allegheny County
20   My Commission Expires March 3, 2024
     Commission Number 129614

21

22

23

24

25
```

# Deposition Transcript

Case Number: 2:22-cv-05915-MCS-MAR
Date: May 3, 2023

In the matter of:

# Amaya, et al. v Menzies Aviation USA, Inc.

# LIZETTE MEDINA

**CERTIFIED COPY**

Reported by:

Katie Wilkerson

Notary Public



Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                           -  -  -
     DORA PATRICIA AMAYA, an      )Case No.:
 4   individual; and BRAYAN       )2:22-cv-05915-MCS-MAR
     LOZANO GONZALEZ, an          )
 5   individual; on behalf of     )
     themselves and others        )REMOTE VIDEOTAPED
 6   similarly situated,          )DEPOSITION OF LIZETTE
                                  )MEDINA
 7                 Plaintiffs,    )
                                  )
 8   Vs.                          )
                                  )
 9   MENZIES AVIATION (USA),      )
     INC., a Delaware             )
10   Corporation; and DOES 1      )
     through 10, inclusive,       )
11                                )
                   Defendants.
12

13

14                           -  -  -

15

16

17

18
        REPRODUCTION OF THIS TRANSCRIPT IS PROHIBITED
19      WITHOUT AUTHORIZATION FROM THE CERTIFYING
        AGENCY
20

21

22

23

24

25
```

1       A.    I have been a cabin service agent, a

2   cabin service lead and a cabin service

3   supervisor.

4       Q.    How long were you a cabin service

5   agent for Menzies?

6             You can give me an estimate.  You

7   don't have to be exact.

8       A.    About a year.

9       Q.    How long were you a cabin service

10  lead for Menzies?

11      A.    I want to say about five years.

12      Q.    How long were you a cabin service

13  supervisor?

14      A.    About a year.

15      Q.    When did you start working with

16  Menzies?

17      A.    2011.

18      Q.    You started at the LA location of

19  Menzies?

20      A.    Yes.

21      Q.    What are your work responsibilities

22  as a cabin duty manager?

23      A.    I oversee the entire cleaning

24  department.  That includes scheduling, making

25  sure they're following through with their work

LIZETTE MEDINA
MAY 03, 2023                                    JOB NO. 591517

1    duties.  Anything that pertains to the cabin

2    department, I oversee.

3         Q.    The cabin department that you

4    mentioned, is that part of the ground-handling

5    business unit at Menzies?

6         A.    Yes, it is.

7         Q.    What is that cabin team responsible

8    for at Menzies?

9         A.    We are responsible for conducting an

10   aircraft security search and the cleaning.

11   It's a two-in-one process.

12             We do the cleaning and the security

13   search.

14        Q.    What does the team or your

15   department do with respect to conducting a

16   security search?

17        A.    Receive aircrafts to make sure

18   there's no non-identifying object left behind

19   by a previous passenger and/or crew members,

20   following the guidelines that were by the TSA.

21        Q.    Is that usually done when the

22   airplane lands and all passengers have left the

23   airplane?

24        A.    Correct.  When all passengers and

25   crew members have left the aircraft.

1      Q.    That part of the security search

2  that you do, that your department does for

3  Menzies, who is specifically responsible for

4  that, in terms of the job positions or titles

5  in your department?

6      A.    Can you explain?

7      Q.    Okay.  The persons who do the

8  security search, are those handled by any

9  specific employee?

10      A.    Yes.  Cabin agents and cabin leads

11  are the ones that conduct the security search.

12      Q.    Anything else that you do, in terms

13  of doing the security search services?

14      A.    No.

15      Q.    And you also mentioned cabin

16  cleaning?

17      A.    Yes.

18      Q.    What does that consist of?

19      A.    It consists of cleaning the entire

20  interior of the aircraft, which includes

21  vacuum, restrooms, the seat that the passengers

22  sit on, the crew bunks.

23           Anything within the aircraft that

24  entails a cleaning is what we do.  So changing

25  of the linens, the blankets, pillow cases,

1    stuff in that nature.

2          Q.    Does your department also provide

3    the supplies to the airplane?

4                As a supply, I'm talking about maybe

5    food or water?

6          A.    No, we do not.

7          Q.    What about toiletries?

8          A.    No.  That is provided by each

9    airline.

10         Q.    I heard about this information at

11   Menzies.  Does your department do like a

12   short-term cleaning solution?

13         A.    The cleaning solution, meaning a

14   disinfectant?

15         Q.    Yes.

16         A.    Yes, that is purchased.

17         Q.    When you say purchased, Menzies

18   purchased it?

19         A.    Yes.

20         Q.    And then your people or employees

21   provide the actual service of applying the

22   solution into the airplane?

23         A.    Yes.  That is correct.

24         Q.    What does it mean when you talk

25   about -- when people at Menzies talk about

1    premium cabin presentation?

2         A.    Premium cabin presentation are the

3    specifications that are put in place by the

4    airlines.  Each airline has their required

5    specification on what the interior of the cabin

6    is dressed like.

7               It goes by each section:  business

8    premium economy, economy.  Stuff like that is

9    what that entails.

10        Q.    Is there a different standard for

11   first class as opposed to premium economy?

12        A.    Same standard.  The only difference

13   is the dressing on the pillows, the types of

14   blankets, stuff in that nature.

15        Q.    I heard about this platinum service

16   called the deep-cleaning programs.

17               Does your department do that?

18        A.    We do not do deep cleans.

19        Q.    What does deep-cleaning programs

20   mean?

21        A.    Deep-cleaning program a flight that

22   has a long period of ground time.  Usually it's

23   here overnight and they do a more thorough deep

24   clean.

25               All the aircrafts that we service

1    are typically turnaround flights.

2         Q.    Does your department provide any

3    type of simple maintenance, like checking tires

4    or checking the air wings on a plane?

5         A.    That would be another department.

6         Q.    What department would that be?

7         A.    You said checking the --

8         Q.    The tires?

9         A.    Of the aircraft?

10        Q.    Yes.

11        A.    That's the mechanics.

12        Q.    How many employees -- strike that.

13              Do you supervise employees?

14        A.    I do.

15        Q.    How many employees do you supervise?

16        A.    I have 91 regular employees.

17        Q.    Who do you mean by -- I'm sorry.

18        A.    I have regular employees, leads and

19    supervisors that I oversee.

20        Q.    What do you mean by regular

21    employees?

22        A.    They're the cabin agents.

23        Q.    Any other positions with you to term

24    regular employees?

25        A.    No.  That's the terminology for the

LIZETTE MEDINA
MAY 03, 2023                                                JOB NO. 591517

```
 1          A.    Yes.
 2          Q.    How does your department provide
 3  meal breaks to employees?
 4          A.    The supervisor notifies the team.
 5          Q.    When does the supervisor notify the
 6  team?
 7          A.    It varies.
 8          Q.    The schedule that you mentioned
 9  earlier, do those contain the schedule of the
10  meal breaks?
11          A.    Of the 30-minute meal breaks?
12          Q.    Yes.
13          A.    No.
14          Q.    Why is that?
15          A.    Because the arrival of the aircraft
16  varies.
17          Q.    It would be difficult for you to set
18  a schedule for meal breaks, given that
19  condition?
20          A.    Yes.
21          Q.    The manner of determining when meal
22  breaks will be taken, is that something that's
23  up to the supervisor?
24          A.    And myself when I'm on shift.
25          Q.    How do you determine when meal
```

LIZETTE MEDINA
MAY 03, 2023

JOB NO. 591517

1     breaks should be taken?

2          A.     The arrival of the aircraft.

3          Q.     Let's give an example.  Say a shift

4     starts at 1 p.m. and they're assigned on a

5     particular airline, how do you determine when

6     the meal break of each team should be taken?

7          A.     We make sure it's met before the

8     five-hour mark.

9          Q.     You would schedule a meal break, in

10    my example, before 6 p.m.

11               Is that your practice?

12         A.     That is correct.

13         Q.     Have there been occasions when,

14    because of either changes in flight arrivals or

15    flight departures, that you're not able to set

16    a meal break schedule within the fifth hour?

17         A.     It varies.

18         Q.     Have there been occasions that you

19    have not been able to schedule a meal break

20    within the first five hours?

21         A.     Not that I can recall.

22         Q.     You're saying you don't recall you

23    giving a schedule beyond the fifth hour of any

24    time?

25         A.     No.  We typically make it a goal for

1    hour or after 6 p.m.?

2         A.    No.

3                   MR. JACKSON:  Objection.

4    Calls for speculation.  It is asked and

5    answered.

6    BY MR. SAYAS:

7         Q.    Is there any specific location where

8    cabin employees are supposed to take their

9    breaks?

10        A.    Yes.  The break room.

11        Q.    The van has to bring the cabin

12   employees back to the break room for them to

13   have a meal break, correct?

14        A.    Correct.

15        Q.    The cabin-cleaning employees cannot

16   take their meal breaks inside the airplanes

17   they're cleaning, correct?

18        A.    Correct.

19        Q.    Can the cabin-cleaning employees

20   take their meal break inside the van?

21        A.    No.

22        Q.    Can the cabin-cleaning employees

23   take a meal break at any location outside of

24   the airline's airplane they're cleaning?

25        A.    I don't understand the question.

LIZETTE MEDINA
MAY 03, 2023

JOB NO. 591517

```
 1        Q.    Can the cabin-cleaning employees
 2   take their meal break within the vicinity of
 3   where the airplane is being serviced by them?
 4        A.    You mean on the ramp?
 5        Q.    On the ramp, yes.
 6        A.    No.
 7        Q.    Is that something that is prohibited
 8   by Menzies or something that's prohibited by
 9   the airport?
10        A.    By the airport.
11        Q.    Have there been occasions when the
12   van that's taking the cabin employees back to
13   the break room could not bring employees back
14   to the break room within the fifth hour?
15        A.    It varies.
16        Q.    When you say it varies, does that
17   mean there were occasions that may have
18   prevented the van from taking employees back to
19   the break room within the fifth hour?
20        A.    Yes.
21        Q.    When that happens, the employee is
22   supposed to clock out whenever they're in the
23   break room starting their meal break?
24             The employee is supposed to clock
25   out to record the start of the their meal
```

LIZETTE MEDINA
MAY 03, 2023                                                                JOB NO. 591517

1    break, correct?

2        A.      Yes.

3        Q.      When they're finished with the meal

4    break, they're supposed to clock back in to

5    show they're to start their work?

6        A.      Yes.

7        Q.      The employee will be disciplined if

8    they do not follow this timekeeping procedure,

9    correct?

10       A.      Following the attendance policy if

11   they don't use the clock.

12       Q.      The break room where the

13   cabin-cleaning employees take their lunch, is

14   that something that's near your office?

15       A.      My office is in the break room.

16       Q.      You can see the cabin-cleaning

17   employees taking their meal break inside the

18   break room, correct?

19       A.      Correct.

20       Q.      How many occasions do you recall

21   seeing the cabin-cleaning employees taking

22   their meal breaks beyond the fifth hour?

23       A.      It's very rare.

24       Q.      Do you have an estimate since you've

25   become cabin duty manager?

LIZETTE MEDINA
MAY 03, 2023

JOB NO. 591517

1    Q.    They stay there, make themselves

2    available there in the break room for the next

3    assignment after their meal break is completed?

4    A.    Yes.

5    Q.    There's mention of a turnaround

6    flight.

7    What is a turnaround flight?

8    A.    A turnaround flight is a quick turn.

9    The passengers disembark and the crew.  Then we

10    go on to clean.  Once we finish, the crew comes

11    on and then they commence to start boarding and

12    whatnot, what they have to do.  That is the

13    turnaround flight.

14    Q.    There's always the case that your

15    cabin-cleaning employees clean a turnaround

16    flight?

17    A.    No.

18    Q.    Is it generally the case or mostly

19    the case that your cabin-cleaning employees

20    clean a plane that is doing a turnaround

21    flight?

22    A.    For the most part, yes.

23    Q.    Once the crew starts or completes

24    the cleaning service, they're transported to

25    another location or the next plane it's going

1  whenever there is a meal break that's not

2  provided to any employees of Menzies that that

3  employee is entitled to a meal-break penalty?

4       A.    Yes.

5              MR. JACKSON:  Objection.

6  Calls for speculation.  Calls for legal

7  conclusion.

8  BY MR. SAYAS:

9       Q.    Do you have an understanding of what

10  a meal penalty is at Menzies?

11             MR. JACKSON:  Same objections.

12             THE WITNESS:  Yes.

13  BY MR. SAYAS:

14       Q.    What's your understanding of a meal

15  penalty?

16       A.    If the employee is not able to take

17  their break within the five hours, there's a

18  form that's available to the employee to

19  request a meal-break penalty.

20       Q.    Is that the Missed Punch Form?

21       A.    Yes.

22       Q.    I just lost the exhibit I uploaded

23  when I was cut off.  Bear with me for a second

24  while I move this back.

25              We talked about the Missed Punch

```
 1   Form.
 2              Are you able to see a document on
 3   your screen?
 4        A.    Yes.
 5        Q.    For the record, I'm showing you a
 6   Missed Punch Form already marked in a prior
 7   deposition as Exhibit 7.
 8              (Deposition Exhibit No. 7 was marked
 9   for identification.)
10        Q.    We're going to follow the same
11   exhibit number.   This is Exhibit 7.
12              You testified about a form that you
13   use.  Do you recognize Exhibit 7?
14        A.    Yes.
15        Q.    Have you used this form before?
16        A.    Yes.
17        Q.    What's the use of the missed punch
18   for at Menzies?
19        A.    It has several uses.  For example,
20   if an employee forgot to punch in for the start
21   of the shift, they would utilize this form.
22              If they're requesting a meal break,
23   they utilize this form.  For any punch that the
24   employee forgot to utilize the clock, they
25   utilize this form.
```

LIZETTE MEDINA                                                JOB NO. 591517
MAY 03, 2023

 1          They give an option to submit if

 2   they're missing a clock-in.  This is mainly

 3   used for meal break.

 4       Q.    When you say used mainly for meal

 5   break, it's used for processing a request for

 6   payment of meal penalty?

 7       A.    Yes.

 8       Q.    When did you start using the Missed

 9   Punch Form?

10       A.    It's been in the company since I can

11   remember.

12       Q.    Since 2015?

13       A.    I want to say before that.  It's

14   always been available to our employees.

15       Q.    Do you know whether this form has

16   been revised since the first time you saw it?

17       A.    I don't recall.

18       Q.    For the last how many years of your

19   cabin duty manager, have you used the same form

20   for those years?

21       A.    Yes.

22       Q.    For an employee who requests the

23   payment of meal penalty, is that something that

24   the employee requests you for?

25       A.    What do you mean?

1    question in context.

2            Your understanding of Menzies'

3    policy of rest period is that if an employee is

4    not provided the required rest break, then that

5    employee is entitled to an extra hour of

6    penalty payment; is that correct?

7        A.    Yes.

8        Q.    You understand that both meal

9    penalties and rest-break penalties have the

10   same one hour of penalty?

11           Meaning whatever the hourly rate of

12   the employee gets paid to the employee if

13   either a meal period or rest periods are not

14   provided.

15           Is that your understanding?

16       A.    Yes.

17       Q.    You understand that the meal periods

18   are different than the rest periods, correct?

19       A.    Yes.

20       Q.    You remember the Missed Punch Form,

21   Exhibit 7, that I showed you?

22       A.    Yes.

23       Q.    Having that in mind, did anyone from

24   management tell you to use the same form if

25   ever an employee requests to you for the

1    payment of a rest break that was not provided?

2         A.    No.

3         Q.    I have nothing further.

4                   MR. SAYAS:  Kevin, do you have

5    questions?

6                   MR. JACKSON:  No.

7                   MR. SAYAS:  I think we're

8    scheduled for the start of 1:30.

9                   MR. JACKSON:  Yes.

10                  THE VIDEOGRAPHER:  We are off

11   the record at -- transcripts?  Is normal

12   turnaround time going to be okay as far as

13   orders for the transcript?

14              I know, Mr. Sayas, we have your

15   video and transcript order.  Would normal

16   turnaround time be okay?

17                  MR. SAYAS:  Yes.  Okay.

18                  THE VIDEOGRAPHER:

19   Mr. Jackson, would you like a video or

20   transcript order, as well?

21                  MR. JACKSON:  No.  Thank you.

22                  THE VIDEOGRAPHER:  If there's

23   nothing else, I can read us off of the record.

24                  MR. SAYAS:  Katie, you'll be

25   here for the next one?

```
 1    COMMONWEALTH OF PENNSYLVANIA        )
                                         ) SS
 2    COUNTY OF ALLEGHENY                )

 3                    CERTIFICATE

 4         I, Katie Wilkerson, a notary public in and
      for the Commonwealth of Pennsylvania, do hereby
 5    certify that the witness, LIZETTE MEDINA, was
      by me first duly sworn to testify the truth,
 6    the whole truth, and nothing but the truth;
      that the foregoing deposition was taken at the
 7    time and place stated herein; and that the said
      deposition was recorded stenographically by me
 8    and then reduced to typewriting under my
      direction, and constitutes a true record of the
 9    testimony given by said witness.

10         I further certify that the inspection,
      reading and signing of said deposition were
11    waived by counsel for the respective parties
      and by the witness.

12
           I further certify that I am not a
13    relative, employee or attorney of any of the
      parties, or a relative or employee of either
14    counsel, and that I am in no way interested
      directly or indirectly in this action.

15
           IN WITNESS WHEREOF, I have hereunto set my
16    hand and affixed my seal of office this 9th day
      of May, 2023.

17

18
                Katie Wilkerson, Notary Public
19                 Professional Reporter

20         My Commission Expires February 14, 2026

21

22

23

24

25
```

# Deposition Transcript

Case Number: 2:22-cv-05915-MCS-MAR

Date: May 5, 2023

In the matter of:

# Amaya, et al. v Menzies Aviation (USA), Inc.

# DAVE FUNES



**CERTIFIED COPY**

Reported by:

Alyssa A. Repsik

Notary Public

Steno
Official Reporters

315 W 9th St.
Suite 807
Los Angeles, CA 90015
concierge@steno.com
(310) 573-8380
NV: FIRM #108F

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3                      -   -   -
       DORA PATRICIA AMAYA, an   ) CIVIL DIVISION
 4     individual; and BRAYAN    )
       LOZANO GONZALEZ, an       ) Case No.:
 5     individual; on behalf     ) 2:22-cv-05915-MCS-MAR
       of themselves and         )
 6     others similarly          )
       situated,                 )
 7                               )
               Plaintiffs,       )
 8                               )
          -vs-                   )
 9                               )
       MENZIES AVIATION (USA),   )
10     INC., a Delaware          )
       corporation; and DOES 1   )
11     through 10, inclusive,    )
                                 )
12             Defendants.       )

13                      -   -   -

14             REMOTE VIDEOTAPED DEPOSITION OF

15        DAVID FUNES, located in California, commencing

16        at 9:02 A.M. PDT, on Friday, May 5, 2023,

17        before ALYSSA A. REPSIK, Court Reporter and

18        Notary Public in and for the Commonwealth of

19        Pennsylvania.

20

21

22

23

24

25
```

1   enough to your computer.  I'm hearing kind of

2   like a muffled sound here a little bit.  I want

3   to see and hear you clearly.

4        A.    Is that better?

5        Q.    That's better.  Thank you.  Thank

6   you.

7              And what are your duties as cargo

8   operations manager?

9        A.    As a cargo operation manager, I

10  handle the business side of Menzies related to

11  cargo operations.

12       Q.    And what does cargo operations

13  consist of?

14       A.    Consist of a -- handling the

15  operation for two customers that we have in

16  LAX, and that is the whole side of import and

17  export of cargo to the LAX airport.

18       Q.    Okay.  You mentioned two customers.

19  I want to make sure I'm -- I get it correctly.

20             You say the import and export of

21  cargo.  Is that --

22       A.    Correct.

23       Q.    And the other one is -- the second

24  one is LAX?

25       A.    Correct.

DAVID FUNES
MAY 05, 2023

JOB NO. 591519

1    Q.    Okay.  What is -- can you describe

2    for me what import/export cargo entails?

3    A.    So what import cargo is, it's

4    related to the cargo that arrives to the U.S.

5    and you will have to break it down, right.

6    And when it comes -- the opposite

7    will be the import would be export it, which is

8    build up and send the cargo off overseas.

9    So when it comes in we determine

10    what would be import, and when it leaves it's

11    export.

12    Q.    Okay.  Okay.  And when you say

13    "customer," are you talking about airline

14    customers?

15    A.    Correct.  We are currently handling

16    two airline customers, and recently we acquired

17    one more airline customers that we're going to

18    start providing services to.

19    So to answer the question, yes, I'm

20    referring to our airline customers.

21    Q.    Okay.  And what are these airline

22    customers?

23    A.    So the airline customers are Qatar

24    and Air China, and very recently it's Amerijet.

25    Q.    So there's a total of three

DAVID FUNES                                              JOB NO. 591519
MAY 05, 2023

```
 1        A.    By a duty manager, correct.
 2        Q.    Is there any dispatcher within the
 3   cargo operations department?
 4        A.    No.  No.  There's no dispatchers
 5   there, no.
 6        Q.    Okay.  And in -- Mr. Funes, in terms
 7   of the overall or general services that your
 8   department provides to Menzies' customers, can
 9   you describe those general services for me?
10        A.    The general service, if I can be as
11   short as possible, okay, is to accept the
12   goods -- that would be the imports -- for Qatar
13   or China or Amerijet, prepare them for the
14   flights if you assign them to the export side.
15             Or -- or the goods or the cargo that
16   comes to LAX, you receive it, you break it
17   down, and you deliver it to the customer.  That
18   is the --
19        Q.    Okay.
20        A.    Yeah.
21        Q.    I'm sorry to interrupt you.
22        A.    No.  No.
23        Q.    Go ahead.  You can -- okay.
24        A.    I'm saying, yeah, it's a very
25   simplistic way to determine the import and the
```

1   export, but that's, in essence, what we do

2   here.

3        Q.    Okay.  All right.  And you're

4   educating me, sir.

5        A.    No.

6        Q.    I appreciate that.  I only know how

7   to ride airplanes, but, anyway, it's

8   interesting to know the different roles that

9   you guys play.

10       A.    Yeah.  Just -- yeah, it's a very

11  simplistic way to approach the import and

12  export, but that's, in essence, what we do

13  here.

14       Q.    When you say accept the goods from

15  any of the airline customers that you have.

16       A.    Correct.

17       Q.    Do you -- when does the process

18  start?  The --

19       A.    Yeah.  So --

20       Q.    Go ahead.

21       A.    Yeah.  Yeah.  Thank you.

22             So the process starts with receiving

23  the cargo in a warehouse and the cargo is

24  either screened or unscreened cargo.

25             So when you receive it and you

DAVID FUNES
MAY 05, 2023

JOB NO. 591519

1    come -- the forwarders send us, the drivers, to

2    deliver the goods.  We have a front counter

3    that accept the cargo.  This is where the cargo

4    agents receive the paperwork from the drivers.

5        Q.    Yeah.

6        A.    At the same time, the cargo handlers

7    examine the cargo that they bring.  We process

8    it, we accepted it, we get it ready, and it

9    leaves.

10       Q.    Okay.

11       A.    That is it.

12       Q.    I see.  I see.

13            I suppose the drivers -- the type of

14   drivers who use the Menzies' vehicles, do they

15   basically drive to the area where the plane is

16   parked?

17       A.    Well -- yeah.  So the drivers that

18   use our Menzies vehicle they are -- the

19   paperwork that you receive from the plane that

20   is arriving you need to stamp it by the U.S.

21   Customs Office.  So my drivers bring the

22   paperwork to the U.S. Custom Office.

23            The -- our drivers don't take the

24   cargo to the plane side because that's where we

25   have the freighter department.  Our cargo is

DAVID FUNES                                          JOB NO. 591519
MAY 05, 2023

1        A.    So two different drivers.

2        Q.    I see.  I see.  But when is the

3   initial -- the first time that any employee

4   from the cargo operations actually, physically,

5   receive the goods?  What's that process?

6        A.    So that process is checking.

7   Basically, the paperwork is being brought to

8   the office, so the agents will verify the

9   authenticity.

10            There's a checklist they follow that

11   includes them making copies of the documents

12   that they bring, make sure that it's clear

13   within the TSA regulations, and make sure the

14   paperwork is okay, it's authentic.  We process

15   it.

16            And on the other side we have the

17   drivers who process actually the cargo, the

18   shipments, the goods.  And that's when the

19   first point of contact is for anybody that

20   comes to the warehouse.

21        Q.    Okay.  So after the paperwork that

22   you describe has been completed, do those goods

23   get delivered to the warehouse?

24        A.    So after -- we need to confirm

25   whether or not the goods are screened or

DAVID FUNES
MAY 05, 2023

JOB NO. 591519

1    unscreened, and that determines what's the

2    locations that we assign the cargo.

3            If the cargo is not a screen,

4    they're going to be set in a place to get a

5    screen.

6            If the cargo isn't screened, we call

7    in CCFS.  It goes to the export side where we

8    have a different set of cargo handlers build it

9    up and get it ready for the plane.

10       Q.    Okay.  Okay.  So you're describing

11   two different processes, one supposedly

12   accepting the cargo --

13       A.    That's right.

14       Q.    -- and one, of course, exporting or

15   moving the goods into the same airplane;

16   correct?

17       A.    Yeah.  Correct.

18       Q.    Okay.  So these airplanes kind of

19   like -- what?  Have this -- have the purpose of

20   unloading some of the cargo and, at the same

21   time, after the unloading is completed, they'll

22   be able to load cargos in the airplane; is that

23   correct?

24       A.    Correct.  But that process that you

25   described is the passenger side when you load

 1    freighter side.  The freighter side are the

 2    guys who take the goods that we built to the

 3    aircraft, to the ICC 1s 2s, 3s, and 4s, and so

 4    forth.  So that's what we call the freighters.

 5              But in terms of the cargo in cargo

 6    business, freight and cargo is the same thing.

 7         Q.   I see.  Okay.  But in terms of the

 8    responsibilities of the employees within the

 9    cargo department and the freighter department

10    those are different; right?

11         A.   Yes.  Absolutely.  The answer is,

12    yes, freighter and cargo are different.

13         Q.   Okay.  When you say the goods that

14    you built --

15         A.   Yeah.

16         Q.   -- what does that mean?

17         A.   It means that -- when I'm referring

18    to the export side of this business when you --

19    when you bring the shipments to us, we build

20    them to get it ready in a pallet, and that

21    pallet is what you're going to send as an

22    export.

23         Q.   I see.  You put those in a pallet or

24    you put those in a container or --

25         A.   Yeah.  No, we put that in a pallet.

DAVID FUNES                                                   JOB NO. 591519
MAY 05, 2023

1    The pallets are how we build up the export.

2    And that can be many boxes, or it can be three

3    boxes.  It all depends on size and weight.

4        Q.    I see.  I see.  Okay.  Now, you

5    mentioned building up cargo or freight.  Is

6    there such a thing as breaking down cargo or

7    freight?

8        A.    The answer is yes.

9        Q.    What is breaking down cargo or

10   freight?

11       A.    Breaking down is -- we need an item

12   for something about an export and import.

13   While we build all those boxes that you build,

14   they going to be, at one point, get broken

15   down.

16            So what you call the import is what

17   I getting delivered at the warehouse is what I

18   need to break down, and that is the import

19   side.

20            It's -- the opposite of building up

21   is breaking down.

22       Q.    Okay.  Okay.

23       A.    But I do the breakdown when the --

24   with the goods that they send me from the other

25   side.

DAVID FUNES                                          JOB NO. 591519
MAY 05, 2023

1          Q.    I see.  I see.  Okay.

2                So there are -- okay.  So both --

3    most of your employees -- talking about the --

4    I'm talking about the cargo agents, the cargo

5    handlers.  Most of these folks work in the

6    warehouse.  Is that --

7          A.    All of them.  All of them.  No

8    more --

9          Q.    Okay.

10         A.    -- all of them work in the

11   warehouse, yes.  Yes.

12         Q.    I see.  Okay.  All right.

13               And I suppose when the goods come in

14   they're moved physically into the warehouse?

15   Somebody like a cargo handler or a cargo agent

16   inspects and determines the cargo; right?

17         A.    Correct.  Correct.

18         Q.    Okay.

19         A.    That's correct.

20         Q.    Do some agents or cargo handlers

21   take pictures or photos of the goods?

22         A.    No.  What they do is they receive

23   and they have breakdown sheets and they

24   checkmark whatever they're receiving.

25         Q.    I see.  Okay.

DAVID FUNES                                                    JOB NO. 591519
MAY 05, 2023

1          A.    Correct.

2          Q.    Okay.  Okay.  I see.  And you -- you

3    mentioned that -- thanks for explaining what

4    cargo handlers are doing.

5                How different are the

6    responsibilities or duties of the cargo agents

7    from the cargo handlers?

8          A.    The cargo agents are apply -- the

9    process of applying to a cargo agent position

10   is the same, and the scope of duties is

11   different because the cargo agents deal with

12   the office clerk side of this business:

13   Paperwork, photocopying, filing, fold -- it's

14   an office clerk for the warehouse.

15               Whereas the cargo handlers they are

16   the individuals who work at the warehouse

17   moving the cargo for us on forklifts or

18   receiving it or building.

19               So the scope of duties is different.

20         Q.    Are they the ones who build and

21   break down the freight or the cargo?

22         A.    Absolutely.  Those are -- yes.

23   Absolutely.  In the simplistic way, the side of

24   there is very physical work, moving the cargo

25   to ramp, get it ready; on the other side you

DAVID FUNES                                                      JOB NO. 591519
MAY 05, 2023

1    dealing with the paperwork that requires to --

2    to file, make copies of it, and have ready --

3         Q.    Okay.

4         A.    -- in cabinets.  It's very office

5    work related.  Yeah.

6         Q.    I see.  Okay.  And the -- the cargo

7    agents that are involved in the preparation of

8    the paperwork, do they also work in the

9    warehouse?

10        A.    They don't work -- they do not work

11   in the warehouse.  They work in the office next

12   to the warehouse.

13        Q.    Okay.  There's an office next to the

14   warehouse?

15        A.    Correct.

16        Q.    Is there a separate office for the

17   export warehouse and the import warehouse?

18        A.    No.  It's the same office.

19        Q.    Okay.  Okay  So the same office --

20   who -- who handles this office?  Who heads this

21   office?

22        A.    Who is in this office?

23        Q.    Yes.

24        A.    It's the cargo agent.

25        Q.    Other than a cargo agent.  I'm

DAVID FUNES                                    JOB NO. 591519
MAY 05, 2023

1   requirement associated with it, but you also

2   mentioned another phase, which is delivering

3   cargo.

4            Is there a separate time requirement

5   for that?

6        A.    Absolutely.  The answer to your

7   question is yes.

8        Q.    And what is the time requirement for

9   that?

10       A.    When -- when cargo arrive to LAX we

11  have a number of hours given to us to have it

12  ready for the customers.  Every customer will

13  require to receive that cargo within eight

14  hours.  When the flight landed and park, after

15  offloading you have eight hours.

16            Eight hours to break down the

17  pallet, and the customer will send the drivers

18  to pick up the goods that you broke down.

19       Q.    Okay.  And who -- who determined

20  that eight-hour requirement?

21       A.    It's determined by the SLA, the

22  service-level agreement that we have with the

23  airlines.  And the two airlines we have

24  agreed -- with Amerijet we don't do any of

25  that, but with Air China and with Qatar we had

1    agreed, our commercial manager have agreed to
2    an SLA, the SLA to break down cargo is eight
3    hours.
4         Q.    Is there any consequence to Menzies
5    if, for any reason, irrespective of the fault
6    of Menzies, the eight-hour time requirement is
7    not met?
8         A.    I am not fully aware of the
9    consequences financially, but I know that we --
10   this is how we -- we review our KPIs how long
11   it takes us to break down a pallet.
12              The consequences of not meeting the
13   SLA will be, obviously, documented and will
14   affect our SLA KPIs.
15        Q.    What are KPIs?
16        A.    It's how you rate your performance.
17   Performance factors that affect your KPI will
18   be not made in the SLA, and that will be one of
19   the reasons not meeting the -- not breaking
20   down a pallet within eight hours.
21        Q.    Are those -- are KPIs some sort of a
22   standard or metrics for a performance?
23        A.    Metrics for performance.  That's
24   what they are.
25        Q.    Does KPI stand for anything?

1   They cannot just leave.

2       Q.   Okay.  And so that employee who

3   wishes to take a meal break basically has to at

4   least notify only the duty manager and not the

5   supervisor or lead?

6       A.   Duty manager or the supervisor on

7   duty at that time.

8       Q.   Okay.  Can the supervisor or manager

9   say no to that request for a meal break?

10      A.   It would have to be asked by the

11  manager, not the supervisor.  The manager will

12  have to determine based on his or her judgment

13  to reassign the lunch break.  But that's

14  something that a manager do.

15      Q.   And that manager or supervisor

16  saying no to the employee's request?

17      A.   Have they ever said no to the -- I

18  won't be able to answer if people say no, but

19  every case is different.  It all depends.

20      Q.   Yeah.  I'm talking about the -- the

21  scope of that manager's or supervisor's

22  authority, as far as practice in -- if you

23  know, as far as practice in your department is

24  concerned, can that duty manager/supervisor

25  refuse to, you know, allow the employee to take

DAVID FUNES                                                    JOB NO. 591519
MAY 05, 2023

1    a meal break, and say, can't you, like, maybe

2    you can do it in the next hour, or maybe you

3    can do it in the second hour?

4         A.    The standards of the duty managers

5    will establish very clearly they are allowed to

6    move the lunch breaks, yes.

7              To answer the question, yes, a

8    manager would do it.

9         Q.    Okay.   And under what -- what are

10   the standards by which the manager can modify

11   the meal break schedule?

12        A.    If you have, for instance, a cargo

13   handler receiving freight at Dock 11 and you're

14   in the process to receiving it, you inspecting

15   one box, but it turned out to be 11 boxes, the

16   delay will obviously be notified to the

17   managers.

18              So the manager will make the

19   adjustments on the goal based on the

20   circumstances, that will be take it half an

21   hour later, or take it 45 minutes later, take

22   it 20 minutes later, but everybody is notified

23   on the shift that the manager will be the first

24   point of contact if -- if they handling any

25   freight would require us to move the lunch

1    break, yeah.

2        Q.    I see.  The operations of your cargo

3    department, are those on a 24-hour basis?

4        A.    Yes and no.  The export -- export

5    is, yes, we build up 24/7, but the import side

6    closes at 11:00 p.m. and reopens at 6:00 a.m.

7        Q.    Okay.  Okay.  Why is that?  The

8    import is more regulated?

9        A.    It's the agreement that we reach

10   with the airlines.  It's something that the

11   commercial managers agreed on.

12              But, yeah, we conduct business 24/7

13   but on the export side.

14       Q.    Okay.  Okay.  I see.  All right.

15   Now, in -- in preparing the -- the schedules,

16   do the managers prepare those shift schedules

17   and meal break schedules with a consideration

18   of the flight arrival times and flight

19   departure times?

20       A.    So -- so the schedules are given to

21   the employees by Kronos.  For instance, the

22   last schedule that we run was six months ago.

23   It hasn't changed.  And it only would change if

24   the flight schedule would change.

25              So the schedule that we currently

```
 1   briefed before -- that's a scope of duties that
 2   I'm not familiar what is the financial penalty
 3   of certain things.
 4              I do know about the SLA that I think
 5   I briefly describe before, but not that I'm
 6   aware of, to be quite frank.
 7        Q.    Okay.  Have you had discussions with
 8   any other manager at Menzies regarding --
 9   regarding any of the penalties imposed by
10   airlines on Menzies --
11        A.    No.
12        Q.    -- whenever there were?
13        A.    No.  No.
14        Q.    Okay.  Now, you're aware that all
15   the employees are required to clock in and
16   clock out; correct?
17        A.    Correct.
18        Q.    Okay.  And, of course, as we
19   mentioned, they had to clock out for meal
20   breaks and clock back in after completing their
21   meal breaks?
22        A.    Yes.
23        Q.    Is that correct?
24        A.    Yes.  Correct.
25        Q.    Okay.  Is there a Kronos' time
```

1   Calls for speculation.  Calls for legal

2   conclusion.

3             You can answer.

4                  THE WITNESS:  I won't be able

5   to answer that.

6   BY MR. SAYAS:

7        Q.    Okay.  Has anyone requested the

8   payment of compensation for missing a rest

9   break?

10                  MR. JACKSON:  Objection.

11  Calls for speculation.

12  BY MR. SAYAS:

13       Q.    I'm talking about cargo?

14       A.    For cargo?  No.  Not that I'm aware

15  of.

16       Q.    Okay.  And do you know if any of

17  your duty managers has used Exhibit 7 or a

18  Missed Punch Form in determining whether an

19  employee at cargo is entitled to one hour of

20  compensation for missing a rest period?

21                  MR. JACKSON:  Objection --

22                  THE WITNESS:  Not that I know

23  of.

24                  MR. JACKSON:  Dave, just give

25  me a second to get my objections in.  Okay?

DAVID FUNES                                                    JOB NO. 591519
MAY 05, 2023

1    You're doing great, but just give me a beat so

2    we can have a clean record for Alyssa.

3              So that was objection.  Calls for

4    speculation.  And you can answer.

5                   THE WITNESS:  No.

6    BY MR. SAYAS:

7        Q.    Okay.  Is that no, you don't know?

8        A.    I just don't know.

9        Q.    Okay.  All right.  Just to -- just

10   to leave this issue, Mr. Funes, are you aware

11   of any employee who has received compensation

12   at Menzies for any missed rest break?

13       A.    No.

14                MR. JACKSON:  Objection.

15   Calls for speculation.

16   BY MR. SAYAS:

17       Q.    You can answer, subject to counsel's

18   objection.

19              You can answer, Mr. Funes.

20       A.    Yeah.  I'm not aware of.

21       Q.    Okay.  And just a little

22   clarification on the work performed by your

23   cargo handlers.

24              For the entire duration of their

25   shift they work simply inside the warehouse?

```
 1   COMMONWEALTH OF PENNSYLVANIA            )
                                            ) SS
 2   COUNTY OF ALLEGHENY                     )

 3                       CERTIFICATE

 4     I, Alyssa A. Repsik, a notary public in and
     for the Commonwealth of Pennsylvania, do hereby
 5   certify that the witness, DAVID FUNES, was by
     me first duly sworn to testify the truth, the
 6   whole truth, and nothing but the truth; that
     the foregoing deposition was taken at the time
 7   and place stated herein; and that the said
     deposition was recorded stenographically by me
 8   and then reduced to typewriting under my
     direction, and constitutes a true record of the
 9   testimony given by said witness.

10     I further certify that I am not a relative,
     employee or attorney of any of the parties, or
11   a relative or employee of either counsel, and
     that I am in no way interested directly or
12   indirectly in this action.

13     IN WITNESS WHEREOF, I have hereunto set my
     hand and affixed my seal of office this 11th
14   day of May 2023.

15

16

17           Alyssa A.  Repsik, Notary Public
             Court Reporter
18           Notary Public
             Allegheny County
19           My Commission Expires March 3, 2024
             Commission Number 129614

20

21

22

23

24

25
```



Incorporating **Simplicity USA** and **ASIG**

# ATTENDANCE MANAGEMENT +POINTS POLICY

This policy is applicable to Menzies Aviation and its subsidiaries (hereinafter referred to as "The Company")**.**

### Policy:

Timely and regular attendance is an expectation of performance for all employees. To ensure adequate staffing, positive employee morale, and to meet expected productivity standards throughout the organization, employees will be held accountable for adhering to their workplace schedule.  In the event an employee is unable to meet this expectation, he/she must obtain approval from their supervisor in advance of any requested schedule changes.  This approval generally includes requests to use planned paid time off, as well as late arrivals to or early departures from work.  Departments have discretion to evaluate extraordinary circumstances of an incomplete shifts, absence or failure to clock-in or clock-out and determine whether or not to count the incident as an occurrence.  HR Business Partners are available to advise supervisors regarding the evaluation of extenuating circumstances.

Employees will have the opportunity to earn +Points to be exchanged for PTO for perfect attendance and working on designated company holidays; Group 1 eligible employees are exempt from +Points.  Requests for PTO redeemed under this policy will be subject to the same approval rules as normal PTO.  +Points that are not converted into PTO during the calendar year will be paid out in the 2nd pay period in December at 1 hour per positive +Points.  Employees who fail to meet Attendance guidelines will be subject to the progressive discipline.  +Points will be deducted for Attendance infractions as detailed below.

### Policy Exceptions:

Points for incomplete shifts and/or absences will not be assessed for any time off the Company is legally obligated to provide under any federal, state or local laws such as the Family and Medical Leave Act and the Americans with Disabilities Act if the employee provides the required paperwork for certification to substantiate the occurrence, or for any applicable state or local paid sick leave law.  To avoid point assessment, the employee must be covered and comply with applicable law and the employee must submit all necessary paperwork to request approval for the absence or leave.  The Company will comply with all obligations under any applicable federal, state and local laws.  Qualified employees with a disability and employees on FMLA-covered leave are not required to produce medical documentation to remove points for each individual ADA-related or FMLA-related leave when multiple leaves relate to the same documented disability, illness or injury.

### Procedure:

**I.    Sufficient Notice (2 hours or more)**

An employee is deemed absent when he/she is unavailable for work as assigned/scheduled and such time off was not approved in advance as required by department notification procedure (Section VI.)

**II.    Incomplete Shift**

It will be considered an incomplete shift if an employee is not available for work for the entirety of the scheduled shift as described below:



- Fails to report to work at the assigned/scheduled work time;
- Leaves work area prior to the end of the assigned/scheduled work time without prior supervisory approval;
- Takes an extended meal or break period without approval;
- Is not prepared to begin work at the assigned/scheduled start time.

## III.    Time Clocks and Failure to Clock In/Out

Employees are required to follow established guidelines for recording their actual hours worked.  A missed clock in/out is a violation of this policy and includes:

- Failure to clock in/out on their designated time clock at the beginning and/or end of their assigned shift;
- CA, ORD and M&O employees - Failure to clock in/out on their designated time clock for the meal break.  All other employees will adhere to the Auto Deduct & Missed Break Reporting Policy;
- Failure to accurately and timely report time worked;
- Clocking in/out early (or late) of assigned shift without prior approval.

## IV.    Pattern Infractions

Infractions that occur and form a definite pattern.  Absences or Incomplete Shifts occurring;

- Before/after approved time off or regular days off;
- On the same day of the week;
- When scheduled for overtime;

This is not the full list of potential patterns; however, the above should provide a guide of the type of pattern infractions which can be assessed.

## V.    Insufficient Notice / No Show (Less than 2 hours or no notice)

Failure to report to work or appropriately call-in for an absence, unless the absence is for paid sick leave purposes as allowed by state or local law.

**\*Note: Three (3) consecutive days of no call, no show will be considered job abandonment, and voluntary resignation.**

## VI.    Departmental Notification Procedure

Unless applicable law provides otherwise, employees are expected to follow departmental notification procedures or contact their manager 2 hours ahead of time if they will be late for work, will not be at work, or are requesting time away from work.  Employees must request and get approval in advance from their supervisor or designee and in accordance with departmental procedure if they wish to arrive early or leave early from an assigned shift.

At the time of notification/call, the employee must notify their supervisor when an absence is due to a documented/approved leave of absence (e.g. Military Leave, FMLA) in order to ensure appropriate tracking of leave utilization and absenteeism.

An employee who fails to call in and report to work as scheduled (No Call/No Show) for three consecutively scheduled work days will be viewed as having abandoned their position and will be considered a voluntary resignation.  The supervisor should consult with Human Resources for all incidents of no call no show.

Incidents of not following the departmental notification procedures, including No Call/No Show, will be addressed in accordance with the Progressive Development policy.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

## VII.  Progressive Development Process

Supervisors should monitor their employees' attendance on a regular basis and address unsatisfactory attendance in a timely and consistent manner.  If supervisors notice a pattern of unscheduled usage of paid time off banks, unless that usage is related to paid sick leave, they should discuss this concern with the employee.

For situations involving suspension or termination of employment, the supervisor should consult with Human Resources prior to implement disciplinary action.

The following grid is designed to provide guidelines when addressing the employee's development in a rolling 12-month period, provided that the reason for an infraction is not protected under FMLA or ADAAA or allowable under an applicable state or local paid sick leave law.

| Point Assessment Per Occurrence |
| --- |
| Sufficient Notice 2 hrs or more = -1 point<br>***Holiday absence points are doubled*** |
| Lateness/Incomplete Shift/unprepared for work =-.5 point |
| Insufficient notice/No Show less than 2 hours = -2.5 points<br>***Holiday absence points are doubled*** |
| Failure to use time clock = -.5 points |
| Pattern Infractions = double points |
| Perfect Attendance Calendar Month |
| Holiday Worked |

| Total Points | Development Step and Action |
| --- | --- |
| -3 Points | Coaching |
| -4 Points | Level 1 Written Warning |
| -5 Points | Level 2 Written Warning |
| -6 Points | Final Warning |
| -7 Points | Termination |
| +2 Points | |
| +2 Points | |

*Consecutive absences of two (2) or more days due to illness of an employee will be counted as one (1) absence with appropriate documentation from the treating physician.  The total days for the continuous absence will be condensed to -1 point once the medical documentation is provided and approved.

### New Hire Introductory Period:

Employees in their introductory period (first 90 days of employment) will be expected to make correction to their attendance record after receiving a verbal warning.  If correction is not made, a final warning will be issued at -3.5 points accrual, and termination may result upon the next point infraction.  Should the introductory period be extended, this rule still applies.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

**+ Points:**

Two points (2 points) will be added to the +Points Attendance balance for every full calendar month of perfect attendance (no absence, incomplete shift, no call no show or failure to use time clock) assessed from the last point assessment. Group 1 eligible employees are exempt from +Points.

One year from the date of infraction, the negative points associated with the infraction will be removed. For example, if an employee reports late for work on August 8, 2018, -.5 point is added to his/her point total. On August 8, 2019, .5 point will be added back to his/her total at that time.

If an employee works their scheduled day of holiday, 2 points will be added to his/her existing Attendance +Points balance.

**Holidays:**

If an employee calls out of work the day before, the day of, or the day after a holiday, the manager will review the circumstances of the absence in connection with Human Resources. Based on this review, the manager has the discretion to determine whether to count the incident as a regular occurrence, double the points for calling out on a holiday or go directly to issuing a Written Warning for the holiday-related call out. If an employee is already on a discipline level, they can progress to the next level. If an employee was scheduled off, is called and comes in to work a holiday, 2 points will be added to his/her existing Attendance +Points.

I, _____, acknowledge that I have read the above policy and understand that it is my responsibility to follow the Absence Management Policy. I understand that I will be held accountable for non-compliance.


_____          _____
Employee Signature                                Date


EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



# KRONOS MEAL PERIOD CLOCKING POLICY AND REMINDER OF MEAL AND REST PERIOD POLICIES AND REQUIREMENTS

As part of the transition to the new Kronos Workforce Dimensions (Kronos) timekeeping and attendance management system for all employees within the Menzies Aviation family of businesses, some employees will be subject to changes regarding their mandatory meal periods and how such meal periods are recoded in Menzies' records. Effective from the date on which Kronos goes live at your location (which local management will confirm) it will be mandatory for all employees to clock out at the beginning of their meal period and clock back in at the conclusion of the meal period. This requirement will not apply to any employee covered by a collective bargaining agreement that requires a different practice,

In connection with this transition an explanatory brochure on the key features of Kronos has been issued to all employees, and is available on request from your locations HR representative. In addition, Menzies takes this opportunity to remind all employees of its policies regarding meal and rest periods, as well as what you are expected to do if you do not take a meal or rest period:

### Meal Periods

Non-exempt employees who work more than five (5) hours in a workday are entitled to an unpaid, duty-free meal period of at least 30 minutes. If you work more than ten (10) hours in a workday, you are entitled to a second, unpaid meal period of at least 30 minutes. Depending on the circumstances, you may be able to waive your right to a meal period for shifts lasting less than six (6) hours or to a second meal period for shifts lasting longer than ten (10) hours if you take the first meal period of the shift. If you are issued a Company radio, cell phone, or other handheld communication device to perform your job responsibilities, you are not required to keep that device with you during any meal period, and if you choose to keep your communication device with you during your meal period, you are not required to respond to any calls received during your meal period until after you have completed your full duty-free meal period.

Non-exempt employees must clock out for their meal periods and clock back in at the end of the meal period, but not sooner than 30 minutes after the meal period began. Non-exempt employees must not perform any work for at least 30 full, consecutive minutes during a meal period. Failure to comply with these requirements may result in disciplinary action.

Meal periods are mandatory, and non-exempt employees may not skip a meal period for any reason or take a meal period at a time other than when scheduled, without permission from their manager or supervisor. If a non-exempt employee misses a meal period for any reason, takes less than a 30-minute duty-free meal period, or does not take the meal period at the scheduled time, the employee must immediately notify his or her manager or supervisor.

### Rest Periods

Non-exempt employees are authorized and permitted to take one 10-minute paid rest break for every four hours worked or major portion thereof. Rest breaks should be taken as close to the middle of each four-hour work period as practicable. The Company encourages employees to take all authorized rest breaks each workday. If you work more than six hours in a day, then you are authorized and permitted to take two paid rest breaks each day. If you work six hours or fewer, then you are authorized and permitted to



take one paid rest break each day.  If you work more than 10 hours in a day, then you are authorized and permitted to take an additional rest break.  Employees working fewer than 3-1/2 hours in a day are not entitled to a rest break.

Non-exempt employees do not clock out for their rest periods.  If you are issued a Company radio, cell phone, or other handheld communication device to perform your job responsibilities, you are not required to keep that device with you during any rest period, and if you choose to keep your communication device with you during your rest period, you are not required to respond to any calls received during your rest period until after you have completed your full duty-free rest period.

Rest periods are mandatory and non-exempt employees must immediately notify their manager or supervisor if they do not receive a rest period for every four (4) hours of work or major fraction thereof.

**Missed Punch Form**
Meal and rest period times should be posted so that you can see in advance when Menzies Aviation provides these breaks to you.  If you do not take a meal or rest period during any shift for any reason, you are required to complete a Missed Punch Form so that your time records can be updated, and any other corrective action can be taken.

**Questions**
Please direct any questions regarding Kronos clocking and attendance procedures and/or Menzies' meal and rest period policies to your local human resources representative.

_____
Employee Signature

_____
Date

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF




MENZIES
AVIATION

EMPLOYEE HANDBOOK

California

Employee Handbook (California) | v1/Rev 1 |  © Menzies Aviation 2018

MENZIES_000295

## TABLE OF CONTENTS

1.1 Purposes Of This Handbook ..................................................................................... 4

1.2 Company Values ...................................................................................................... 4

2.1 Employment-At-Will ................................................................................................. 5

2.2 Introductory Period .................................................................................................. 5

2.3 Employment Eligibility Verification .......................................................................... 5

2.4 Equal Employment Opportunity .............................................................................. 5

2.5 Zero Tolerance For Discrimination And Harassment .............................................. 6

2.6 Reasonable Accommodation ................................................................................... 8

2.7 Open Door Policy ..................................................................................................... 8

2.8 Safety Policy ............................................................................................................ 8

2.9 Security Policy ......................................................................................................... 9

2.10 Use Of Electronic Devices ................................................................................... 10

2.11 Training ................................................................................................................ 10

2.12 Railway Labor Act Notice .................................................................................... 11

3.1 Part-Time and Full-Time Employees .................................................................... 12

3.2 Exempt And Non-Exempt Employees ................................................................... 12

3.3 Working Hours and Days ....................................................................................... 12

3.4 Meal Periods .......................................................................................................... 12

3.5 Rest Periods .......................................................................................................... 13

3.6 Employee Rest ...................................................................................................... 13

3.7 Overtime ................................................................................................................ 14

3.8 Transfers and Promotions ..................................................................................... 14

3.9 Payroll Schedules .................................................................................................. 15

3.10 Employee Pay ...................................................................................................... 15

3.11 Personnel Records .............................................................................................. 15

4.1 Code of Conduct .................................................................................................... 16

4.2 Progressive Discipline ........................................................................................... 17

4.3 Attendance ............................................................................................................ 18

4.4 Alcohol and Drug Abuse ....................................................................................... 18

4.5 Uniform Attire & Appearance ................................................................................ 20

4.6 Conflict of Interest ................................................................................................. 21

5.1 Health And Welfare Benefit Plan .......................................................................... 22

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

5.2 Eligibility ..................................................................................................... 22

5.3 Benefit Election Period .................................................................................. 22

5.4 COBRA ........................................................................................................ 23

5.5 Vacation, Sick Leave And Paid Time Off ......................................................... 23

5.6 Family and Medical Leave Act ........................................................................ 23

5.7 Pregnancy Disability Leave ............................................................................ 25

5.8 Bereavement Leave ....................................................................................... 26

5.9 Military Leave ............................................................................................... 26

5.10 Voting Time Off ........................................................................................... 26

5.11 Time Off For School Activities ...................................................................... 26

5.12 Workers' Compensation ............................................................................... 27

6.1 Internet Use ................................................................................................. 28

6.2 E-Mail Use .................................................................................................... 29

6.3 Voice Mail .................................................................................................... 29

6.4 Monitoring Of Email And Internet Usage ........................................................ 29

6.5 Use Of Company Property .............................................................................. 29

6.6 Confidential Information Security .................................................................... 30

6.7 Non-Solicitation/Disclosure ........................................................................... 31

6.8 Bulletin Board .............................................................................................. 31

6.9 Travel .......................................................................................................... 31

6.10 Claiming Business Expenses ......................................................................... 31

6.11 Personal Belongings .................................................................................... 31

6.12 Media Communications ................................................................................ 32

7.1 Resignation, Termination and Layoff .............................................................. 32

7.2 Exit Interview ............................................................................................... 32

7.3 Terminations ................................................................................................ 32

7.4 Layoff .......................................................................................................... 32

7.5 Final Paycheck ............................................................................................. 32

7.6 Employment References ................................................................................. 33

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



# SECTION 1 - INTRODUCTION

## 1.1 Purposes Of This Handbook

This Employee Handbook is intended to explain some of the key terms and conditions of employment on a non-exempt basis with the Menzies Aviation family of companies, which includes Menzies Aviation, Aeroground, ASIG and Simplicity (USA).   This version of the Employee Handbook supersedes all previously issued handbooks.

Every employee is expected to read this Employee Handbook carefully as it is a valuable reference for understanding your employment.  The Company reserves the right to revise, modify, delete, and/or add to any and all policies, procedures, work rules, or benefits stated in this Employee Handbook or in any other document.  No oral statements or representations can in any way alter the provisions of this Employee Handbook.   This Employee Handbook is not a contract of employment.

Not all Company policies and procedures are set out in this Employee Handbook.  We have summarized only some of the more important ones.  Additionally, if your employment is subject to a different contract setting forth terms and conditions of employment, in the event of a conflict between that contract and the provisions of this Employee Handbook, the contract will govern.  If you have any questions or concerns about this Employee Handbook or any other policy or procedure please ask your local Human Resources representative.

## 1.2 Company Values

**Spirit** is our way of doing business. It represents the core values that our employees must adhere to in doing their job. These values are:
**S**afety and Security
We take responsibility for the safety and security of ourselves, our customers, and our co-workers.
**P**assion
We work hard and enjoy our job, we do it to the best of our ability, and we put the customer at the heart of everything we do.
**I**nnovation
We encourage and reward ability and creativity, look for better ways to do our job, and have a "can do" attitude open to new ideas.
**R**eliability
We take pride in our work, we do it well, and we follow through on commitments to consistently deliver the best to our customers.
**I**ntegrity
We treat others with dignity and respect, we are trustworthy, and we act with high professional, moral, and ethical standards in supporting Company goals, values, and decision-making.
**T**eamwork
We participate and involve others in team efforts, we cooperate with others and share resources, we see things from the "other point" of view, and we take responsibility to fix mistakes so that they don't happen again.



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

MENZIES_000298

## SECTION 2 – GENERAL EMPLOYMENT POLICIES

### 2.1 Employment-At-Will

Employment with the Company is at-will, meaning that either you or the Company can terminate your employment at any time, with or without cause or notice. This policy of at-will employment is the sole and entire agreement between you and Company as to the duration of employment and the circumstances under which employment can be terminated.

Nothing in this Employee Handbook or any other Company policy alters or modifies the at-will nature of your employment. This policy of at-will employment may not be modified orally or in writing by any individual or document other than by a written employment agreement signed by the Senior Vice President, Americas. The Company's policy of at-will employment further allows it in its sole discretion to modify or change any terms or conditions of employment, including, but not limited to, assigning duties to employees outside their customary assignments.

### 2.2 Introductory Period

The first 90 days of employment are considered an Introductory Period. During this period, your supervisor will work with you to help you perform your job successfully. This period provides you with the opportunity to evaluate your job satisfaction and provides the Company with the opportunity to evaluate your performance. Employees who complete the Introductory Period are not automatically entitled to a salary increase, transfer, promotion, job reclassification, or continued employment.

### 2.3 Employment Eligibility Verification

U.S. immigration law prohibits employers from recruiting, hiring, or continuing to employ undocumented immigrants who are not eligible to work in the United States. The Immigration Reform and Control Act (IRCA) establishes employment eligibility verification procedures that all employers must follow when filling a job vacancy. IRCA also prohibits employers from discriminating in recruitment, hiring, or discharge on the basis of national origin or citizenship status.

The U.S. Citizenship and Immigration Services within the Department of Homeland Security administers and enforces regulations implementing IRCA's requirement that employers verify employees' legal authorization to work. Under the regulations, employers must obtain from each new employee certification of identity and authorization to work in the United States. If you are not legally authorized to work in the United States or become unauthorized, you must inform Human Resources immediately.

### 2.4 Equal Employment Opportunity

The Company is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful and all individuals employed by Menzies Aviation are prohibited

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.

## 2.5 Zero Tolerance For Discrimination And Harassment

Pursuant to its policy of equal employment opportunity, the Company is committed to compliance with all applicable laws providing equal employment opportunities and has therefore adopted a policy of zero tolerance with respect to workplace discrimination and harassment. This policy of zero tolerance for discrimination and harassment applies to all individuals at every level of the Company's operations and prohibits harassment or discrimination against any employee whether or not the incidents occur on Company premises and whether or not the incidents occur during working hours. Supervisors, co-workers and third-parties with whom Company employees encounter through their job duties are prohibited from engaging in unlawful behavior under both federal law and the California Fair Employment and Housing Act ("FEHA").

**Sexual Harassment**
The Company's policy of zero tolerance for discrimination and harassment includes a zero tolerance policy with respect to unlawful sexual harassment. Sexual harassment is a form of unlawful sex discrimination that occurs when an employee is subject to unwelcome sexual attention or conduct affecting the terms or conditions of employment. Sexual harassment includes sexually oriented conduct which is sufficiently pervasive or severe and that unreasonably interferes with an employee's job performance or creates an intimidating, hostile, or offensive working environment. Examples of unlawful sexual harassment include unwanted sexual attention from co-workers of a persistent or offensive nature, promises to an employee to reward an employee if he or she complies with a sexually-oriented request or a threat of adverse treatment for refusing a sexually-oriented request, engaging in sexually suggestive and unwelcome behavior in the workplace, such as touching another employee, making sexually explicit commentary, leering or ogling at another employee, commenting inappropriately on a co-worker's physical appearance, displaying, storing, or transmitting pornographic or sexually oriented messages or materials in the workplace or using Company equipment or facilities to do so, making sexual or romantic advances toward an employee who has previously rejected such advances, and/or retaliating against an employee for reporting or threatening to report sexual harassment, or for participating in a Company investigation into an allegation of sexual harassment.

**Other Types Of Unlawful Harassment**
The Company's policy of zero tolerance for discrimination and harassment also includes a zero tolerance policy with respect to unlawful harassment on the basis of race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, veteran status, marital status, medical condition including genetic characteristics, sexual orientation, gender expression or identity, or any other category protected by federal, state, or local law. Such harassment may include behavior similar to unlawful sexual harassment, such as making threats or racially motivated slurs, epithets, derogatory jokes or commentary, displaying derogatory or offensive posters, photographs, cartoons or drawings, making offensive or racially-motivated gestures, and/or retaliation for reporting harassment or threatening to report harassment.



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

## Employee Responsibilities

You **must** immediately report, preferably in writing, every instance of perceived discrimination or harassment to your supervisor or Human Resources, regardless of whether you or someone else is the subject of the discrimination or harassment. If you are not comfortable making such a report or complaint to anyone at your location, you **must** report your concerns to the Regional HR Director in the first instance. You should provide as much detail as possible in your complaint or report and include names, dates, descriptions, documents and actual events or statements made so that the Company can perform as thorough an investigation as possible and take appropriate remedial measures where inappropriate conduct has been found to have occurred. The Company will make reasonable efforts to protect the privacy of any employee who makes a complaint or report of discrimination or harassment or who supplies any information pertaining to an allegation of discrimination or harassment, but, due to the Company's obligation to thoroughly investigate all allegations of discrimination or harassment, it cannot guarantee complete confidentiality with respect to any allegation or report of discrimination or harassment.

Employees may also direct any complaints of harassment or discrimination to the California Department of Fair Employment and Housing ("DFEH") or to the Equal Employment Opportunity Commission ("EEOC").  Contact information for the DFEH and the EEOC field office nearest an employee's work location can be found in the telephone directory.

## Supervisor/Manager Responsibilities

Supervisors and managers must deal quickly and fairly with all allegations of discrimination or harassment, whether or not there has been a written or formal complaint. This responsibility requires that a supervisor or manager receiving a complaint or report of discrimination or harassment, or witnessing conduct that may constitute unlawful harassment, to immediately report the fact of the complaint and any supporting information to Human Resources, ensure that an investigation is immediately commenced, and take appropriate corrective action pursuant to guidance provided by Human Resources. Supervisors and managers who tolerate discrimination or harassment and/or who fail to comply with any the responsibilities listed above will be subject to disciplinary action, up to and including termination of employment.

## Investigation

Every good faith complaint of discrimination and harassment will be followed by a fair, complete and timely investigation.  The investigation will be as thorough as possible based on the information provided to the Company. Menzies Aviation will attempt to keep the investigation as confidential as is reasonably possible and will disclose information pertaining to a complaint or report of discrimination or harassment on a strict "need to know" basis, but cannot guarantee complete confidentiality due to its obligation to thoroughly investigate every allegation of discrimination and harassment.  Interference with an investigation into a complaint of alleged harassment or discrimination is prohibited, and will result in disciplinary action up to and including termination of employment.  Likewise, a complaint of harassment or discrimination that is found to have been made in bad faith will subject the complainer to disciplinary action, up to and including termination of employment.  However, where the investigation into a complaint of alleged harassment or discrimination does not reveal a violations of this policy, that does not necessarily mean the complaint was made in bad faith.



**Discipline**

Employees found to have violated the Company's policy of zero tolerance with respect to discrimination and harassment are subject to disciplinary action, up to and including immediate termination of employment.

**Prohibition On Retaliation**

The Company will not tolerate retaliation toward any individual who submits a complaint of discrimination or harassment, who provides any information pertaining to an alleged incident of discrimination or harassment or who participates in an investigation into an alleged incident of discrimination or harassment. Any individual found to have retaliated against anyone for making a complaint or providing information relating to an alleged incident of harassment or discrimination will be disciplined, up to and including discharge from employment.

## 2.6 Reasonable Accommodation

The Company will not discriminate against qualified individuals with disabilities in any aspect of the employment relationship, and will attempt to reasonably accommodate a qualified individual with a known physical or mental disability to enable the employee to perform the essential functions of his or her job, unless doing so would create an undue hardship or pose a direct threat to the employee or others. The Company further will not discriminate against any individual based on his or her sincerely held religious beliefs and practices, and will attempt to reasonably accommodate an individual's sincerely held religious beliefs and practices.

Employees who believe they require or who are requesting an accommodation related to their disability in order to perform the essential functions of the job or an accommodation for their sincerely held religious beliefs and practices should contact both their supervisors and the Human Resources Department and describe the specific accommodation requested or required. The Company will communicate directly with the employee to explore possible accommodations and attempt to work out a mutually agreeable resolution.

## 2.7 Open Door Policy

The Company strives to maintain a positive work environment for all of its employees, and therefore maintains an open door policy and encourages employees to feel free to bring forward and discuss openly any work related concerns. No employee will be retaliated against for bringing forward any work-related concerns pursuant to this open door policy.

## 2.8 Safety Policy

Employee safety is the Company's top priority. Employees must comply with all safety regulations, whether established by the Company or by federal, state, or local law. Employees must report any/all safety hazards to their direct supervisors or the safety department.

The Company maintains a comprehensive Safety Manual that is regularly updated to ensure employees are aware of the most up-to-date safety standards. Employees are responsible for being familiar with the standards and protocols contained in that Safety Manual. However, due to the critical importance of safety in all that the Company does, highlights of the Safety Program are also repeated in this Handbook.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



**Safety Guidelines**

Employees must adhere to the following safety guidelines:

- Employees in job classifications requiring heavy lifting must use safe lifting techniques
- Employees must follow all equipment operating instructions as outlined by the manufacturer, as well as training received from the Company
- Employees must never use equipment or perform a job they are not trained to do
- Employees must use, and shall not deactivate, safety devices provided by the Company or an equipment manufacturer
- Employees who operate motor vehicles must be licensed to drive and must abide by all applicable driving rules and regulations
- Employees must follow all safety rules established in their initial classroom and on-the-job training

**Dangerous Goods**

Employees frequently work around dangerous goods and hazardous materials. As part of an employee's initial training, they will undergo dangerous goods and hazardous materials training as required by the Occupational Safety and Health Act (OSHA), the Department of Transportation (DOT) and the Environmental Protection Agency (EPA).

Employees must adhere to the following regulations:

- Employees shall only handle dangerous goods specified in their training.
- Employees must not handle any dangerous goods container that appears to be leaking or compromised. Immediately contact a supervisor if this is observed.

Never attempt to clean up a spill. Contact a supervisor so the spill can be cleaned by the proper authorities. If unsure of what dangerous or hazardous material is present, contact a supervisor immediately. Employees must never attempt to dispose of any dangerous or hazardous material.

## 2.9 Security Policy

The Company conducts business in a controlled security environment. As an employee, you play a critical role in helping keep our nation's airports safe and secure. You are an important part of a homeland defense team that includes the airport authority, U.S. Customs and Border Protection, the Transportation Security Administration (TSA), the Federal Aviation Administration (FAA), our airline partners, and local law enforcement.

To protect the property and safety of employees, customers, passengers, and the airports we serve, the Company reserves the right to conduct a search of an employee's work area, desk, locker and equipment.  Employees' personal items may also be subject to search pursuant to the Personal Belongings policy contained in this Handbook.

It is an employee's responsibility to challenge anyone in a secure area who is not wearing a Secure Identification Display Area (SIDA) badge according to airport and TSA regulations. If the person challenged does not present his/her SIDA badge to you, notify your supervisor immediately and keep the person under surveillance until law enforcement agents arrive.



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

**Never touch or try to apprehend a suspicious person. Instead, contact your supervisor immediately.**

Employees must report any unattended luggage or suspicious packages to their supervisor immediately – never touch a suspicious package.

When entering a secure area, ensure that the security door closes behind you.

Employees must not allow someone to enter behind them through a security door (tailgating). Report all security breaches to a supervisor immediately.

Employees must maintain the confidentiality of all security door codes.

Employees must not enter, or attempt to enter, a U.S. customs security zone unless they have been issued a U.S. customs seal and are entering the security zone only to perform official Company business.

Employees entrusted with office keys must make certain that the office is secure when they are the last to leave. This includes, but is not limited to, turning off appropriate lights, as well as closing and locking all doors and windows. Report any potential security risks to your supervisor.

## 2.10 Use Of Electronic Devices

If an employee brings a personal cellular phone onto Company property, the phone must remain on the 'off' mode during working time.  An employee with a personal cellular phone that is not approved by Company management for work-related use should not make calls nor accept incoming calls to their personal phones during working hours. These personal cellular phones can be used during approved lunch/rest breaks in the area provided by the location.  Employees may not tape record, videotape, photograph or otherwise conduct any electronic surveillance while on working time unless instructed to do so by management and in accordance with applicable federal, state or local law.  Employees are under no circumstances allowed to record conversations with other company employees without getting their consent ahead of time.

Employees whose job responsibilities include regular or occasional driving, and who are issued a Company cellular phone or other electronic device for business use, are expected to put safety first before all other concerns.  Employees whose job responsibilities do not specifically include driving as an essential function, but who are issued a Company cellular phone or other electronic device for business use, are also expected to abide by these same safety considerations. Employees who are driving, during the course of their Company work, **must** refrain from using their phone while driving.

## 2.11 Training

Training is the primary means of communicating health and safety and security information to our employees at all levels of the organization. OSHA's guidelines emphasize that employee understanding is the key to accident prevention, and that training helps employees, supervisors, and managers understand the hazards to which they might be exposed and how they can protect themselves. During your employment, the Company will provide safety and security training. If



at any point you have any health and safety or security questions, please contact the local Safety Manager.

## 2.12 Railway Labor Act Notice

As a business that provides critical services to commercial airline customers and that must operate consistent with the extensive directions and requirements it receives from its airlines customers, the Company asserts that its labor relations with employees are covered by the Railway Labor Act. Accordingly, consistent with the requirements of that law, and specifically with 45 U.S.C. § 152, Eighth, the Company informs employees that except as otherwise required by law, labor relation disputes within the Company shall be handled in accordance with the requirements of Chapter 8 of Title 45 of the United States Code. The Company further repeats verbatim below the third, fourth and fifth paragraphs of U.S. Code, Chapter 8. Consistent with 45 U.S. Code § 152, Eighth, the third, fourth, and fifth paragraphs of 45 U.S.C. § 152, Eighth, which are adopted into the terms and conditions of all employment with the Company unless otherwise required by law or contract, and are binding upon covered employees and the Company, regardless of any other express or implied agreements.

## 45 U.S. CODE § 152

### § 152. General duties

Third. Designation of representatives. Representatives, for the purposes of this Act shall be designated by the respective parties without interference, influence, or coercion by either party over the designation of representatives by the other; and neither party shall in any way interfere with, influence, or coerce the other in its choice of representatives. Representatives of employees for the purposes of this Act need not be persons in the employ of the carrier, and no carrier shall, by interference, influence, or coercion seek in any manner to prevent the designation by its employees as their representatives of those who or which are not employees of the carrier.

Fourth. Organization and collective bargaining; freedom from interference by carrier; assistance in organizing or maintaining organization by carrier forbidden; deduction of dues from wages forbidden. Employees shall have the right to organize and bargain collectively through representatives of their own choosing. The majority of any craft or class of employees shall have the right to determine who shall be the representative of the craft or class for the purposes of this Act. No carrier, its officers or agents, shall deny or in any way question the right of its employees to join, organize, or assist in organizing the labor organization of their choice, and it shall be unlawful for any carrier to interfere in any way with the organization of its employees, or to use the funds of the carrier in maintaining or assisting or contributing to any labor organization, labor representative, or other agency of collective bargaining, or in performing any work therefor, or to influence or coerce employees in an effort to induce them to join or remain or not to join or remain members of any labor organization, or to deduct from the wages of employees any dues, fees, assessments, or other contributions payable to labor organizations, or to collect or to assist in the collection of any such dues, fees, assessments, or other contributions: Provided, That nothing in this Act shall be construed to prohibit a carrier from permitting an employee, individually, or local representatives of employees from conferring with management during working hours without loss of time, or to prohibit a carrier from furnishing free transportation to its employees while engaged in the business of a labor organization.



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

Fifth. Agreements to join or not to join labor organizations forbidden. No carrier, its officers, or agents shall require any person seeking employment to sign any contract or agreement promising to join or not to join a labor organization; and if any such contract has been enforced prior to the effective date of this Act (enacted May 20, 1926), then such carrier shall notify the employees by an appropriate order that such contract has been discarded and is no longer binding on them in any way.

## SECTION 3 – EMPLOYEE CLASSIFICATION AND PAYROLL

### 3.1 Part-Time and Full-Time Employees

All employees are classified as either full-time or part-time employees. Your classification as either full-time or part-time may affect your eligibility to earn certain employment benefits such as time-off benefits and to participate in benefit plans.

Employees who are regularly scheduled to work 32 hours or more per week are classified as full-time.  Employees who are regularly scheduled to work fewer than 32 hours per week are classified as part-time.

### 3.2 Exempt And Non-Exempt Employees

All employees are also classified as either exempt or non-exempt employees.

Exempt employees meet the federal and applicable state requirements for exempt status, are not eligible for overtime pay regardless of the number of hours worked in a week, and are compensated on a salary basis.  Exempt employees receive their full salary for any week in which they perform any work without regard to the number of days or hours worked. Where an exempt employee does not use any accrued paid time off benefits, deductions may be made for full workweeks in which the employee performs no work.

Non-exempt employees are compensated on an hourly basis and are eligible for overtime compensation in accordance with federal and applicable state law. With the exception of paid time off benefits, non-exempt employees are typically compensated only for the hours that they actually work.

### 3.3 Working Hours and Days

Some job classifications require employees to work irregular and mandatory overtime hours and/or days. You must work your scheduled shift, including any overtime, as assigned by your supervisor. Further, where business demands, a supervisor may elect to change temporarily or regularly the work days or hours of any employee. The Company does not recognize compensatory time off for non-exempt employees, unless mandated by state or local law.

### 3.4 Meal Periods

Non-exempt employees who work more than five (5) hours in a workday are entitled to an unpaid, duty-free meal period of at least 30 minutes.  If you work more than ten (10) hours in a workday, you are entitled to a second, unpaid meal period of at least 30 minutes.  Depending on the



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

circumstances, you may be able to waive your right to a meal period for shifts lasting less than six (6) hours or to a second meal period for shifts lasting longer than ten (10) hours if you take the first meal period of the shift.  If you are issued a Company radio, cell phone, or other handheld communication device to perform your job responsibilities, you are not required to keep that device with you during any meal period, and if you choose to keep your communication device with you during your meal period, you are not required to respond to any calls received during your meal period until after you have completed your full duty-free meal period.

Non-exempt employees must clock out for their meal periods and clock back in at the end of the meal period, but not sooner than 30 minutes after the meal period began.  Non-exempt employees must not perform any work for at least 30 full, consecutive minutes during a meal period.  Failure to comply with these requirements may result in disciplinary action.

Meal periods are mandatory, and non-exempt employees may not skip a meal period for any reason, or take a meal period at a time other than when scheduled, without permission from their manager or supervisor.  If a non-exempt employee misses a meal period for any reason, takes less than a 30-minute duty-free meal period, or does not take the meal period at the scheduled time, the employee must immediately notify his or her manager or supervisor.

## 3.5 Rest Periods

Non-exempt employees are authorized and permitted to take one 10-minute paid rest break for every four hours worked or major portion thereof.  Rest breaks should be taken as close to the middle of each four-hour work period as practicable.  The Company encourages employees to take all authorized rest breaks each workday.  If you work more than six hours in a day, then you are authorized and permitted to take two paid rest breaks each day.  If you work six hours or fewer, then you are authorized and permitted to take one paid rest break each day.  If you work more than 10 hours in a day, then you are authorized and permitted to take an additional rest break.  Employees working fewer than 3-1/2 hours in a day are not entitled to a rest break.

Non-exempt employees do not clock out for their rest periods.  If you are issued a Company radio, cell phone, or other handheld communication device to perform your job responsibilities, you are not required to keep that device with you during any rest period, and if you choose to keep your communication device with you during your rest period, you are not required to respond to any calls received during your rest period until after you have completed your full duty-free rest period.

Rest periods are mandatory and non-exempt employees must immediately notify their manager or supervisor if they do not receive a rest period for every four (4) hours of work or major fraction thereof.

## 3.6 Employee Rest

To provide a safe working environment, the Company has adopted the following limitations regarding the number of consecutive hours non-management employees may work and the amount of rest employees should receive between shifts.

- No single shift will exceed 12 hours.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



- Extended shifts of 16 hours or more are an exception and require written authorization from the Manager.
- Employees should receive a minimum of eight hours off from work in between shifts. Employees working an extended shift should receive a minimum of 12 hours off from work in between shifts.

Exceptions to these limitations can only be the result of major operational situations or staff disruption, and must be approved by senior management.

## 3.7 Overtime

Employees who are non-exempt are entitled to overtime pay for all hours worked in excess of 8 hours per day and/or 40 hours per week. Hours worked in excess of 8 in one day up to 12 in one day, in excess of 40 per week, and/or on the seventh consecutive day in a workweek will be paid at one and one-half times the non-exempt employee's regular rate of pay. Hours worked in excess of 12 hours in one day, and over 8 in a day on the seventh consecutive day of work in a workweek, will be paid at two times the non-exempt employee's regular rate of pay. All overtime hours worked must be approved in advance by management. Employees who work overtime without prior approval by management will be paid for such time, but may also be subject to disciplinary action up to and including termination of employment.

All hours during a work week that are calculated in total for overtime must be hours actually worked. The Company does not include the following time when calculating overtime pay: paid vacation, holidays, sick leave and personal days.

For purposes of overtime pay, an employee's defined workweek and workday normally depend upon shift schedule and the starting time of each employee's shifts, such that different employee groups will have different applicable workweeks and workdays. However, to ensure overtime calculations align with employee working hours, some employees may have a different workweek or workday that departs from this normal approach. Speak to Human Resources if you have questions about your workweek or workday.

## 3.8 Transfers and Promotions

Our policy is to fill job vacancies whenever possible from the ranks of our employees. Opportunities will depend on employee job performance, qualifications, length of service and overall employment record. Filling a vacancy is within the sole discretion of the Company, and an employee who requests a transfer may not necessarily receive one.

A move into an equal position at the same salary level is considered a lateral transfer. A move into a higher level position is considered a promotional transfer. Transfers and promotions from one department to another are arranged through Human Resources subject to the consent of both departments involved.

Transfers or promotions shall not be counted as an interruption of service; therefore, in computing benefits the current anniversary date will be used. Employees must have been in their present position for one (1) year prior to requesting a transfer.



E X C E L L E N C E  FROM TOUCHDOWN TO TAKEOFF

## 3.9 Payroll Schedules

Pay dates for employees vary by location. See your local Human Resources representative for more information on the pay dates applicable to your location.

The workweek for payroll purposes begins on Monday and ends on Sunday, and accounts for each employee's workweek and workday as stated in Section 3.7 above. In the event payday should fall on a holiday, employee pay will be distributed the business day before the holiday.

## 3.10 Employee Pay

Employees are offered the option to receive their wages either through direct deposit or Paycard, unless applicable law requires otherwise. Employee pay is distributed on the established payday. Federal, state, and any other required taxes will be withheld from wages, as will any voluntary deductions.

Employees who resign their employment will receive their final payment on the next regular payday following their last day of employment, unless otherwise required by applicable state law. Employees involuntarily terminated from the Company will receive their final paycheck in accordance with applicable state law.

## 3.11 Personnel Records

### Employee Records
Protecting the privacy and integrity of employment records is important to us. Generally, only authorized management personnel and those who have a legitimate reason to review your employment records are allowed to do so.

### Request to Review Personnel Records
Current employees are entitled to review their personnel records. Contact your local Human Resources representative to schedule an appointment to review your personnel file. All reviews of personnel records must take place in the Human Resources Department.

### Changes in Personal Information
Because we use the information in your personnel file to take action on your behalf, it is important that the information in your file is as accurate as possible. You must make any applicable changes to your personal information through the online self-service portal, but if you cannot make them online, please notify your local Human Resources representative whenever any of the following changes occur:

- You change your name
- You change your mailing address
- You change your phone number
- A change in dependent status (spouse, children)
- Emergency contact name and number changes
- Restrictions on your driver's license
- A change in immigration status



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

# SECTION 4 – PERFORMANCE STANDARDS

## 4.1 Code of Conduct

Employee conduct is governed by certain rules and policies that are intended to ensure orderly operations and protect the interests and safety of all individuals. It is not possible to list all the forms of behavior that are considered unacceptable in the workplace.  However, the following are examples of conduct that may result in disciplinary action, up to and including immediate termination of employment:

- Possession, distribution, consumption, or being under the influence of alcohol or illicit and/or illegal drugs (including non-prescription use of legal drugs) during working hours and/or while on Company or customer premises;
- Unauthorized possession, removal, theft, misappropriation or use of Company funds or property belonging to any employee, passenger or client, or to the Company;
- Falsification of employment records (including recording the work time of another employee or allowing any other employee to record your work time), employment information, or other records;
- Willful damage or destruction of property of another, which includes negligence or improper conduct leading to damage of said property;
- The possession or use of any firearm or weapon on the job, or on Company or customer premises, unless expressly permitted by law;
- Failure to effectively perform job duties;
- Insubordination, including but not limited to failure or refusal to obey reasonable work-related orders or instructions of a supervisor or manager, failure to follow any work guidelines or Company policies, and the use of abusive, malicious and/or threatening language or conduct toward any coworker, customer, passenger, or client of the Company that causes or tends to cause a threatening, hostile or intimidating work environment;
- Failure to properly follow notification rules when unable to report to work;
- Failure to observe working schedules, including any scheduled or required break periods;
- Unauthorized or excessive absenteeism or tardiness;
- Sleeping on the job and while on working time;
- Working overtime without authorization or refusing to work assigned overtime;
- Gross misconduct while on Company property, or while conducting Company business, including: attempting bodily injury, fighting or threatening violence, boisterous or disruptive activity that interferes with your job duties, others' job duties, or passenger service;
- Sexual, racial, religious, ethnic, or any other unlawful harassment or discrimination;
- Violation of any safety or any security rule;
- Unauthorized disclosure of confidential financial data (not including information about your personal wages, benefits or terms and conditions of employment), or other non-public proprietary information of the Company, its business partners, or customers;
- Unauthorized use of airport identification badge or identification;
- Failure to report any employee injury or damage to Company or customer equipment;
- Wagering, betting, gambling, or encouraging such behavior on Company property; and
- Concealment or working time use of any video camera equipment, tape recorder, CD player, radio or other audio visual device, or the failure to report the concealment or use of these devices without supervisory approval.



Nothing in the foregoing Standards of Conduct modifies in any way the at-will nature of employment with the Company.

## 4.2 Progressive Discipline

The Company enforces work rules through discipline as necessary in order for the Company to maintain order, promote safety, and ensure quality work. The Company's progressive discipline policy is intended to correct misconduct or improper behavior with the goal of eliminating future occurrences of inappropriate conduct, though in certain circumstances immediate termination of employment may be deemed by the Company, in its sole discretion, to be necessary.

Depending on the nature of and severity of the inappropriate conduct, the Company may discipline employees through any of the below disciplinary steps.  Repeated instances of inappropriate conduct will generally result in progression through the following disciplinary steps toward termination of employment. However, progressive discipline is not a "one size fits all" approach, and the Company may in its sole discretion skip one or more disciplinary steps. Furthermore, nothing in the Company's progressive discipline policy creates any expectation of continued employment or in any way alters the at-will nature of employment with Menzies Aviation.

**Formal Or Informal Counseling**
A supervisor or manager will meet with the employee, explain the unsatisfactory behavior and establish that the employee understands what is expected. The fact of the formal or informal counseling will be documented by the supervisor or manager and placed in the employee's personnel file.

**Coaching**
As with counseling, a supervisor or manager meets with the employee to discuss the unsatisfactory behavior and establish what is expected of the employee, notifying the employee that he or she has received a verbal warning. The supervisor or manager will document the discussion and a follow-up counseling date to determine whether or not the performance or conduct issue has been corrected. The verbal counseling documentation is placed in the employee's personnel file.

**Written Warning**
A written warning is the result of a more serious violation or a second violation addressed in a prior counseling session or verbal warning. A memo or reprimand is given to the employee and a copy is placed in his or her personnel file. Written warnings may take the form of a "final" warning indicating that subsequent unsatisfactory behavior will result in termination of employment.

**Suspension**
The employee is sent home without pay for a defined period of time depending on the seriousness of the offense and prior disciplinary action taken. During the suspension, the Company will assess the severity of inappropriate conduct and may decide to terminate the individual's employment upon return from suspension. Employees who are not terminated at the conclusion of a suspension are deemed to be on "final" warning.



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

**Discharge**

Termination of employment may either be the result of continuous and uncorrected behavior that has been addressed through previous disciplinary steps or the result of a single instance of inappropriate conduct depending on the nature of infraction.

## 4.3 Attendance

In any organization such as ours, where the flow of work depends upon the cooperation, coordination and teamwork of a number of people, the absence or tardiness of one person can delay and interfere with the work of others.  As part of the expectation that employees conduct themselves in a professional manner, the Company requires employees to report to work as scheduled, on time and ready to start their job duties.  The Company also requires employees to remain at work for the duration of their entire shift, except for any meal or break periods, or where otherwise excused from work by a supervisor.

The Company maintains a formal and separate attendance policy with which you are expected be familiar.   Generally speaking, under that policy, failure to comply with attendance requirements will result in disciplinary action for unexcused tardiness, unauthorized absence, or no-call/no-show absence.    Three (3) consecutive no-call/no-shows is considered job abandonment and will result in immediate termination of employment.   Other attendance violations will normally be addressed through the disciplinary steps set forth in the separate written attendance policy, though the Company may in its sole discretion address employee attendance concerns in a manner different from the separate written attendance policy.

Under some circumstances, absence or tardiness on your part may be excused, but only if you give proper notice as described in the attendance policy of such a problem before the start of your shift so that other arrangements can be made to cover your absence, if necessary.

## 4.4 Alcohol and Drug Abuse

The Company is committed to providing employees, customers, and the general public with a safe, comfortable, and productive work environment. As part of our effort to provide a drug-free work environment, new employees must undergo a pre-employment drug test. As a condition of employment, employees must agree, in writing, that drug test results may be furnished and used by the Company. Refusal by an applicant or employee to submit to a drug or alcohol test administered in accordance with this policy, or refusal to permit the test results from being furnished to the Company will result in the employee's termination for violation of this policy. Applicants and employees who are subject to Department of Transportation regulations may be subject to separate testing requirements.

The Company does not discriminate against employees with drug or alcohol addictions on the basis of that addiction, but does reserve the right to discipline employees who violate this policy.

Employees who are prescribed medical marijuana must also comply with this policy.  The Company does not discriminate against employees for engaging in lawful activities outside the workplace during non-working hours, so long as such lawful activity does not violate this policy or otherwise inhibit an employee from performing his or her job duties.

E X C E L L E N C E  **FROM TOUCHDOWN TO TAKEOFF**



The Company prohibits the illegal use, sale, attempted sale, conveyance, distribution, manufacture, purchase, attempted purchase, possession, cultivation, and/or transfer of drugs and controlled substances at any time. "Illegal drugs" include all drugs that are illegal to possess or use under federal, state or local law. This includes prescription drugs that are used in a manner inconsistent with their prescribed purpose, or which are sold, distributed, purchased, possessed and/or transferred to an individual other than that to whom the drugs were prescribed. This prohibition does not apply to employees who lawfully use or possess prescription or over-the-counter drugs.

**Medications**
Employees who use prescribed or over-the-counter medications should notify Human Resources if (i) the use of such medications may impair the employee's ability to safely perform his or her essential job duties, or (ii) the employee requires a reasonable accommodation. To the extent necessary under the circumstances, the Company will follow its Reasonable Accommodations policy if an employee requires a reasonable accommodation to perform the essential duties of his or her job.

**Testing for Drugs and Alcohol**
The Company will conduct drug and alcohol testing of current employees under the following circumstances:

**Reasonable Suspicion**
A supervisor's or manager's reasonable suspicion that an employee is in violation of this policy, and poses a clear and direct threat to self or others, is based on objective factors and observations concerning the appearance, behavior, speech, or bodily odor of the employee. Examples include, but are not limited to, the following:

- Evidence of drugs or alcohol on or about the employee's person or possession
- Conduct or odor on the employee's part that suggests the employee may be under the influence of drugs or alcohol
- Negative performance patterns
- Excessive and unexplained absenteeism or tardiness

**Random Testing**
Where past circumstances dictate a need, the Company may adopt, on a location-by-location basis, a random testing program in accordance with applicable federal and state law. Employees at such locations will be notified that the Company has adopted a random testing program and that employees have no expectation of privacy with respect to testing to determine the presence of unlawful or illicit substances in their system. Any such random testing will be done in compliance with applicable law.

When an employee is asked to submit to a drug test, the employee must be escorted to the medical clinic by a member of management. The test will be performed at Company expense. In the case of reasonable suspicion, the employee will be provided with transportation home and will be suspended with pay pending the results of the test. If the results of the initial medical test are positive, a second medical test may be conducted to ensure the accuracy of the first test. If the second test is positive, the employee will be terminated.



E X C E L L E N C E  FROM TOUCHDOWN TO TAKEOFF

**Confidentiality**

All records pertaining to an employee's or applicant's drug and/or alcohol test results will be kept confidential and maintained separately from the individual's personnel file, accessible only on a need-to-know basis.

## 4.5 Uniform Attire & Appearance

Employees are expected to wear clothing and safety equipment appropriate for the nature of their job to project a business appearance. For employees who are required to wear a uniform, the Company will provide the uniform to the employee. Uniforms are to be kept clean, in good repair, and worn neatly at all times. Shirts are to be tucked in. Extremely oversized uniforms, or uniforms that are too snug, are not allowed; nor are attachments, slogans, pictures, or decorations, other than those issued by the Company. Employees who operate equipment that could cause serious injury may not wear dangling necklaces or ear rings, chains, bracelets or large rings.

Each employee must visibly display an airport identification badge, as required, and abide by all airport rules and regulations. Uniforms must be returned to the Company at the end of the employee's employment.

No one shall be permitted to wear jewelry on their face such as nose rings, eyebrow rings, tongue piercing, etc. These are not only a safety hazard; they do not demonstrate the professional appearance expected by the Company or its customers.

**Hair** must be kept clean and well-groomed. For safety reasons, those employees with shoulder length hair or longer, who work on the ramp or in the warehouse area, will be required to tie their hair back. Facial hair, such as beards, sideburns, goatees, and mustaches, must be neatly trimmed.

**Hats** are to be worn correctly with the bill facing forward; not facing backwards or the side.

**Footwear** should be safe and kept tied at all times. Industrial shoes with rubber soles and durable leather uppers are provided by the Company for personnel working out on the ramp and in warehouses. With the exception of administrative personnel working in the main office, tennis shoes and opened-toed shoes are not allowed.

Violation of the uniform dress code policy will result in disciplinary action, up to and including possible termination.

**Casual Attire**

Employees are responsible for ensuring that their dress and grooming present a positive image to clients and the public. The Managers can specify additional or alternative dress and grooming requirements based on the business needs of their departments. The Managers also can impose special dress and grooming requirements when necessary for employee safety. The Company will offer reasonable accommodations for any religious beliefs impacted by these requirements as required by applicable federal, state or local law.  Company customers may have separate uniform policies that supersede this policy.



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

## 4.6 Conflict of Interest

Employees have a responsibility to avoid actual or potential conflicts of interest. A potential conflict of interest involves a situation that might develop into an actual conflict of interest. Conflicts of interest are situations in which employees have a personal interest sufficient to jeopardize the objective exercise of their duties. A wide variety of employee activities, circumstances, and relationships can give rise to a conflict of interest, including but not limited to:

- Having romantic relationships with fellow employees, customers, or employees of competitors;
- Accepting gifts or favors from customers or clients;
- Engaging in outside business activities that overlap with work; or
- Using confidential information for personal gain (for purposes of this policy, "confidential information" does not include information about compensation, benefits or the terms and conditions of employment)

An employee becoming aware of a conflict of interest must immediately report it to their local Human Resources representative.

**Employment Of Relatives And Friends**
The employment of relatives or friends of current employees may also create potential conflicts of interest.  The Company may consider relatives and friends of current employees for employment on the basis of their qualifications. However, the Company may refuse to place a relative or friend under the direct supervision of another relative or friend, or place relatives or friends in the same work crew, department, or other area of the Company. These principles also apply when assigning, transferring or promoting an employee.

**Outside Employment**
The Company expects that our employees will make their jobs their first priority, and therefore strongly discourages employees from accepting outside employment in addition to their employment with the Company. In addition to the conflict of interest such outside employment may create, due to the safety-sensitive nature of the work the Company performs, the working of multiple jobs can cause fatigue and create unacceptable risks.

While the Company will not expressly prohibit employees from accepting outside employment, it reserves the right to determine, in its sole discretion, that an employee's second job is interfering or may reasonably be expected to interfere with the employee's ability to perform his or her job with the Company.  Employees have no expectation of privacy with respect to the fact of outside employment, and employees choosing to accept such outside employment must disclose to their local human resource representative that they are working a second job and provide details about the nature of the second job so the Company may determine if the working of the second job is interfering or may likely interfere with the employee's safe and satisfactory performance his or her Company responsibilities.  If the Company determines in its sole discretion that an unacceptable conflict of interest, safety or security risk exists or may be expected to exist due to any individual's outside employment, it reserves the right to make changes to the employee's job conditions or require as a condition of continued employment that the employee resign the outside position to ensure the employee's work with the Company is the first priority.



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

## SECTION 5 – EMPLOYEE BENEFITS

### 5.1 Health And Welfare Benefit Plan

The following benefits may be available to eligible employees:

Group Medical Insurance or a Qualified Discounted Medical program
Group Dental Insurance
Vision Insurance
Life Insurance
Supplemental Life Insurance (if applicable)
Accidental Death and Dismemberment Insurance
Short Term Disability
Long Term Disability (if applicable)

Benefit eligibility may be determined by the requirements of the Los Angeles and San Jose Living Wage Ordinances, the San Francisco Quality Standards Program, and/or other local ordinance. See your local Human Resources representative for more information.

### 5.2 Eligibility

Employees scheduled to work 30 hours or more per week who are not covered by the Los Angeles and San Jose Living Wage Ordinances, the San Francisco Quality Standards Program, or other applicable local ordinance are eligible to participate in a Health and Welfare Company benefit plan. The Company reserves the right, without notice, to revise the eligibility requirements in accordance with applicable law. For employees covered by the Los Angeles and San Jose Living Wage Ordinances, the San Francisco Quality Standards Program, or other applicable local ordinance, employee eligibility for participation in a Health and Welfare benefit plan offered by or participated in by the Company is determined by the terms of the applicable local ordinance.

Employees will be notified during new hire orientation of their eligibility to participate in a Health and Welfare benefit plan and of the applicable eligibility requirements. Employees may also see their local Human Resources representative for more information.

### 5.3 Benefit Election Period

During orientation, every eligible employee receives a detailed summary of benefits. Each year the Company conducts an annual enrollment period. During this enrollment period, qualified employees can change benefit elections for the next plan year. Otherwise, upon completion of the eligibility waiting period, employees may elect benefits. Federal tax laws require that some of the benefit elections must remain in effect for the entire calendar year in which elections are made. The only exception is if the employee has a qualifying event during the year. Some examples include: marriage, divorce, birth or adoption of a child, change in your and your spouse's employment status or death of an immediate family member. You have 30 days following a qualifying event to notify your local Human Resources representative of any benefit election changes otherwise you will not be allowed to make changes until the next open enrollment period.



## 5.4 COBRA

The Company offers continued medical benefits to employees who lose eligibility due to termination or reduction to part-time status for insurance coverage. The Consolidated Omnibus Budget Reconciliation Act (COBRA) provides employees and their qualified beneficiaries the opportunity to continue health coverage under the Company's health plan. The employee pays the full cost for the coverage, plus a 2% administration fee. This information will be provided separately through our third party administrator.

## 5.5 Vacation, Sick Leave And Paid Time Off

Employees who are not covered by applicable local ordinance, such as the Los Angeles Living Wage Ordinance, San Francisco Quality Standards Program, or other applicable local ordinance, are eligible for paid time off for the purposes of vacation, personal days, and paid sick time in compliance with applicable law.  Employees will receive more information regarding their applicable paid time off benefits from their local Human Resources Department.

All paid and unpaid time off benefits for employees covered by the Los Angeles Living Wage Ordinance, San Francisco Quality Standards Program, or other applicable local ordinance, which includes vacation, sick leave and other types of time off, are set by the provisions of the applicable Living Wage Ordinance or Quality Standards Program. Please see your local Human Resources representative for more information.

## 5.6 Family and Medical Leave Act

The Company will grant family and medical leave in accordance with the requirements of applicable state and federal law in effect at the time the leave is granted.  No greater or lesser leave benefits will be granted than those set forth in the applicable state or federal laws.  In certain situations, the federal law requires that provisions of state law apply.  In any case, employees will be eligible for the most generous benefits available under either law.

**Eligibility And Duration**
To be eligible for family and medical leave benefits, you must:  (1) have worked for the Company for a total of at least 12 months; (2) have worked at least 1,250 hours in the 12 months immediately prior to the requested leave, and (3) work at a location that employs at least 50 employees within a 75 mile radius.

Eligible employees may take up to a maximum of 12 work weeks of unpaid family and medical leave within a 12-month period for most types of family and medical leave, and may take up to 26 work weeks within a 12-month period of unpaid leave to care for a family member who is wounded while on active military duty. The Company calculates this twelve-month period as a rolling twelve-month period, measured backward from the date an employee first uses any leave under the policy. Each time an employee takes leave, the Company will compute the amount of leave the employee has taken under the policy and subtract it from the 12 weeks of available leave.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



**Types Of Leave Covered**

Family and medical leave may be used for one or more of the following reasons: (1) for the birth or placement of a child for adoption or foster care; (2) to care for an immediate family member (spouse, child, parent or domestic partner) with a "serious health condition" as that term is defined by applicable federal or state law; (3) for the employee's own "serious health condition" as that term is defined by applicable federal or state law; (4) for a "qualifying exigency" if an employee's spouse, child or parent is called to active military service; or (5) to care for an employee's child, parent, spouse or next of kin who suffers a serious injury or illness in the line of duty while on active duty in the United States Armed Forces, as well as to care for certain veterans who are undergoing medical treatment, recuperation or therapy.

Employees may take family and medical leave in one continuous block of time or intermittently by reducing their normal weekly or daily work schedule. For employees taking intermittent leave, The Company may temporarily transfer them to available alternative positions with equivalent pay and benefits if the alternative position would better accommodate the intermittent or reduced schedule.

**Notice And Certification**

Employees requesting or needing to take family and medical leave must contact their local Human Resources representative – <u>not their direct managers or supervisors</u> – in order to notify the Company of their need for or interest in taking family and medical leave.

Employees are further required to provide 30 days' advance notice when the need for the leave is foreseeable or must notify their local Human Resources representative of their need for leave as soon as possible when the need is not foreseeable. If the employee fails to provide 30 days' notice for foreseeable leave, with no reasonable excuse for the delay, then the leave request may be denied until at least 30 days from the date the Company receives notice.

Employees must provide documentation from a health care provider certifying the existence of a serious health condition suffered either by the employee or the employee's immediate family member prior to beginning the leave. Except where prohibited by state law, the Company has the right to request and may require a second opinion regarding the certification of a serious health condition where it has reason to doubt the validity of the certification.

While an employee is on family and medical leave for the employee's or employee's immediate family member's serious health condition, the employee must provide periodic recertification of the serious health condition and periodic reports regarding the employee's intentions regarding his or her return to work. For leave taken for the employee's own serious health condition, the employee must also provide certification from a medical provider of the ability to return to work and any restrictions on the employee's ability to perform his or her duties and responsibilities prior to returning to work.

**Compensation And Benefits During Leave**

Family and medical leave is unpaid. The Company requires employees to use their accrued time off benefits while on family and medical leave. While an employee is on leave, the Company will continue to pay its portion of the health insurance premium during the leave at the same level and under the same conditions as if the employee had continued to work. While on family and



**EXCELLENCE** FROM TOUCHDOWN TO TAKEOFF

medical leave, the employee remains responsible for his or her portion of any health insurance premium.

### Return To Work
Under most circumstances, employees will be reinstated to their previous position, or to an equivalent job with equivalent pay, benefits, and other employment terms and conditions, upon timely return from a family medical leave.  However, employees have no greater right to reinstatement than if they had been continuously employed rather than on leave.

## 5.7 Pregnancy Disability Leave

The Company will grant an unpaid pregnancy disability leave if you are disabled because of your pregnancy, childbirth, or a related medical condition.

### Leave Available
If you are disabled due to pregnancy, childbirth, or a related medical condition, you may take up to a maximum of four months leave time.  As an alternative, the Company may transfer you to a less strenuous or hazardous position if you request, with the advice of your physician, and if the transfer can be reasonably accommodated.

### Notice & Certification Requirements
You must provide the Company with as much advance notice as is practicable, as well as a health care provider's statement certifying the day you became disabled due to pregnancy, the probable duration of the period or periods of disability and leave, and a statement that, due to the disability, you are unable to perform one or more of the essential functions of your position with undue risk to yourself, the successful completion of your pregnancy, or to other persons.

### Compensation During Leave
Pregnancy disability leaves are without pay.  However, you may utilize accrued vacation time and any other accrued paid time off during the leave.  All of those payments will be integrated with any state disability or other wage reimbursement benefits that you may receive.  At no time will you receive a greater total payment than your regular compensation.

### Benefits During Leave
If you are also eligible for federal or state family and medical leave, the Company will maintain, for up to a maximum of 12 workweeks, any group health insurance coverage that you were provided before the leave on the same terms as if you had continued to work. In some instances, the Company may recover premiums it paid to maintain health coverage if you do not return to work following pregnancy disability leave.

If you are on pregnancy disability leave but you do not receive continued paid coverage, you may continue your group health insurance coverage through the Company in conjunction with federal COBRA guidelines by making monthly payments to the Company for the amount of the relevant premium.  Contact your local Human Resources representative for further information.

### Reinstatement
Upon the submission of a medical certification from a health care provider that you are able to return to work, you will, in most circumstances, be offered the same position held at the time of



the leave or an equivalent position. However, you will not be entitled to any greater right to reinstatement than if you had been employed continuously rather than on leave. For example, if you would have been laid off if you had not gone on leave, then you will not be entitled to reinstatement. Similarly, if your position has been filled in order to avoid undermining the Company's ability to operate safely and efficiently while you were on leave, and there is no equivalent position available, then reinstatement will be denied.

## 5.8 Bereavement Leave

The Company will provide reasonable time off for employees to attend funerals of loved ones. Provided that the employee has been employed full-time for at least six (6) months, the Company will provide up to three (3) days paid leave to attend to family matters and funeral arrangements for the death of an immediate family member. The compensable day(s) must fall within the employee's regularly scheduled work week.

For purpose of bereavement leave, immediate family member refers to a parent, spouse, domestic partner, grandparent, child, sibling, mother-in-law or father-in-law. Documentation will be required to receive pay.

## 5.9 Military Leave

Employees who enlist in, and/or are called to, active duty with the military will be granted unpaid leave of absence and reemployment rights consistent with the Uniformed Services Employment and Reemployment Rights Act (USERRA).

## 5.10 Voting Time Off

If you cannot vote in a statewide public election before or after working hours, then you will be allowed sufficient time off to go to the polls. The Company will pay you for up to the first two hours of absence from regularly scheduled work that is necessary to vote in a statewide public election. Any additional time off will be without pay. You must give reasonable notice to your manager or supervisor of the need to have time off to vote and must give at least three (3) days' notice when three days' notice is possible.

## 5.11 Time Off For School Activities

If you are a parent, guardian, or grandparent with custody of a child in kindergarten, grades 1-12 or a licensed day care center, and you wish to take time off to visit your child's school for a school activity, you may take off up to eight hours each calendar month (up to a maximum of 40 hours each calendar year), per child, provided you give reasonable notice to the Company of your planned absence. Employees wishing to take leave for a child's school activities must utilize their existing vacation time in order to be paid. Employees who do not have vacation time available will take the time off without pay. The Company requires documentation from the school noting the date and time of your visit.

If both parents of a child work for the Company, only one parent (the first to provide notice) may take the time off, unless the Company approves both parents taking time off simultaneously.



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

You may also be granted time off to attend a school conference involving the possible suspension of your child. Please contact your local Human Resources representative if time off may be needed for this reason.

## 5.12 Workers' Compensation

While the Company strives to maintain a safe and injury-free workplace, workplace injuries do occasionally occur. In the event you suffer an occupational illness or injury, you may be eligible to receive compensation in accordance with applicable state workers' compensation law.

### Reporting an Occupational Illness or Injury

If you become ill or injured while working, you **must** report the illness or injury immediately, even if you believe the illness or injury is minor or insignificant. Failure to report a workplace illness or injury may adversely affect your ability to receive benefits under applicable workers' compensation laws and may further subject you to discipline by Menzies Aviation for failure to comply with Company policy.

To report an occupational illness or injury, you must inform your manager or supervisor of the illness or injury immediately, and in no case more than 24 hours after you suffered the workplace illness or injury. You must also complete the required Company incident report forms. If you are required to take any period of time off work related to your workplace illness or injury, you must also provide the Company with a health care provider's statement certifying your work-related illness or injury, your inability to work, and the expected duration of your leave.

### Mandatory Drug And Alcohol Testing

Due to the extremely safety sensitive nature of the work performed by the Company, if you suffer a workplace illness or injury and/or are involved in any workplace accident, and the Company has a reasonable suspicion that drug or alcohol use may have contributed to the accident or injury, you will be required to submit to a drug and alcohol test within 24 hours of the incident as permitted by applicable law. Refusal to submit to such a test is the equivalent of a positive test result and will subject you to immediate termination of employment, which may adversely affect your ability to receive benefits under applicable workers' compensation law.

### Workers' Compensation Leave

If you are unable to perform the duties of your position as a result of a workplace illness or injury, you may be eligible pursuant to applicable law to take a workers' compensation disability leave of absence to recover from your illness or injury. As an alternative, the Company may offer you limited modified duty work in lieu of a disability leave. Leave taken under the workers' compensation disability policy runs concurrently with family and medical leave under federal and applicable state law.

While on workers' compensation disability leave, you may be eligible to receive compensation for lost earnings pursuant to the Company's workers' compensation insurance policies. You may also utilize any accrued vacation or other paid time off benefits during the leave to supplement any workers' compensation benefits, state disability, or other wage reimbursement benefits you receive while on leave.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



If you are eligible for family and medical leave under applicable federal or state laws, the Company will maintain, for up to a maximum of 12 workweeks, any group health insurance coverage that you were provided before the leave on the same terms as if you had continued to work.  In some instances, the Company may recover premiums it pays to maintain health coverage if you do not return to work following your workers' compensation disability leave. If you are not eligible for family and medical leave under federal and applicable state law, you may continue any group health insurance coverage through the Company in conjunction with federal COBRA guidelines by making monthly payments to the Company for the amount of the relevant premium.

**Returning to Work**
Employees on workers' compensation disability leave may not return to work until released to return to work by their treating physician. Returning employees must provide to their local Human Resources representative a note signed and dated by their treating physician that states that they are released to return to work in a full or modified capacity and setting forth any restrictions on their ability to perform their job responsibilities.

## SECTION 6 – FACILITIES AND USE OF COMPANY RESOURCES

### 6.1 Internet Use

The Company provides certain employees with Internet access to assist them in the performance of their jobs, and the Internet should be used only for that purpose.  Employees must use the Internet in an informed and responsible way and exercise care and caution when inputting information into any Internet site, and uploading and downloading materials to and from any Internet site.  Access to the Internet using Company computer systems is provided for business use and may not be used in any way that interferes with any employee's performance of his or her duties, including use that distracts any employee from the performance of his or her duties. However, occasional and limited use of Company computer systems to access the Internet during breaks and other non-working time for personal purposes is allowed.

Employees may not access the Internet using any Company resources for any inappropriate purpose, including but not limited to visiting, downloading from, storing on or distributing through any Internet site any sexually explicit content or content that could be construed as obscene, offensive, harassing or disparaging of any individual based on any characteristic protected by federal, state or local law. Such use violates the Company's policy of zero tolerance with respect to discrimination and harassment, and any individual found to have accessed the Internet using any Company resource for any such inappropriate purpose will be subject to disciplinary action, up to and including immediate termination of employment.  Furthermore, access to the Internet using Company resources may not be used to violate any law or regulation of country, state, province, or municipality. Such prohibited use includes using, downloading, and/or distributing any pirated or unlicensed software or data, attempting to access secured sites without authorization such as through "hacking" or other means, distributing, introducing or creating any virus, Trojan horse, worm, trap-door or equivalent, and/or disabling, disrupting or overloading any computer system or network. Any employee found to have accessed the Internet for such purposes using any Company resource will be subject to disciplinary action, up to and including immediate termination of employment.



E X C E L L E N C E  **FROM TOUCHDOWN TO TAKEOFF**

## 6.2 E-Mail Use

The Company's email systems are intended for business use, and any messages, data, electronic files, or other information composed, transmitted, received using, or stored on, the Company's email systems are the property of the Company. While Company email systems are for business use and may not be used in any way that interferes with any employee's performance of his or her duties, including use that distracts any employee from the performance of his or her duties, occasional and limited use of the Company email system for personal purposes is allowed. Any personal messages transmitted or received using the Company's email systems remain the property of the Company and employees have no expectation of privacy with respect to such personal messages. Upon separation of employment of an employee, management may request the former employee's email to have an out of office reply placed for a period of 30 days with the business contact taking over the immediate responsibilities of the former employee.

The Company's email systems may not be used for the display or transmission of inappropriate material, including but not limited to sexually explicit material or material containing content that could be construed as harassing or disparaging of any individual based on any characteristic protected be federal, state or local law. Such use violates the Company's policy of zero tolerance with respect to discrimination and harassment, and any individual found to have used the Company's email systems for such purposes will be subject to disciplinary action, up to and including immediate termination of employment.

## 6.3 Voice Mail

The Company's telephone and voicemail systems are intended for business use, and employees should not use the Company's telephone and voicemail systems for non-emergency personal use. Voicemails left for employees on the Company's systems are business records of the Company that may be accessed by the Company at any time. Employees therefore should have no expectation of privacy with respect to any voicemails they leave or that are left for them on Company telephone and voicemail systems.

## 6.4 Monitoring Of Email And Internet Usage

The Company has the ability to access all email boxes and monitor and record – and does actively monitor and record – use of the Internet using its computer systems for each and every employee. Employees thus have no expectation of privacy with respect to any email or Internet-related activities using any Company computer system or resource. The Company further reserves the right to, in its sole discretion, inspect any and all files stored on any Company computer or network system, access and/or monitor and audit any individual's usage of the Internet or the Company's email systems at any time, and will in its sole discretion monitor any individual's usage of the Company's computer systems if circumstances indicate any potential misuse in order to assure compliance with this and other relevant policies.

## 6.5 Use Of Company Property

### Company Tools and Property

Company employees use various tools, equipment, postage systems, shipping accounts and accounts with various vendors and suppliers to complete required job tasks. All of these tools and equipment are the property of the Company and are intended for official Company business only.




EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

At no time is an employee permitted to remove Company property from the premises. Violation of this policy may result in disciplinary action, up to and including possible termination.

**Motor Vehicle and Workplace Equipment Operation**

Employees may be called upon to operate a variety of motor vehicles and industrial machinery. Employees must be licensed drivers to operate any Company motor vehicle, and must have been trained and certified by the Company to operate each specific piece of equipment. This includes, but is not limited to: tugs, belt loaders, pushback tugs, lower and main deck loaders, forklifts, and Company automobiles. Additional qualifications may be required by contracted airline carriers, as specified during your initial training. If an employee has not been trained on the use of a specific vehicle or piece of equipment or machinery, then he/she is forbidden to operate it. Any employee who violates this policy shall be subject to discipline, up to and including immediate termination.

## 6.6 Confidential Information Security

As a matter of course, some employees will have access to sensitive, confidential and proprietary information, including Company trade secrets. This information includes, but is not limited to, pricing, customer lists, contractual agreements, and sales strategies, which are obtained by employees during their employment and which are not otherwise known or available to the public and which have proprietary value to the Company (Confidential Information).

Employees are to exercise discretion at all times when receiving Confidential Information and to avoid disclosing it to any individuals, whether inside or outside of the Company, who should not have access to it.  If you have reason to believe that Confidential Information, including Company trade secrets, has been misappropriated or improperly used or disclosed by an employee, vendor, or other individual, you should utilize the Company's Open Door policy and inform your manager, supervisor or Human Resources immediately.

All files, records, documents and other information pertaining to the Company's business, obtained by any employee during employment, are important proprietary assets of the Company. At no time, whether during or after employment, shall any employee be entitled to take or use, directly or indirectly, or to disclose to any other person, any Company records, files, documents, or information (written or otherwise) pertaining to our business obtained by virtue of employment, except as may be necessary to carry out employment responsibilities.  This policy does not prohibit employees from discussing or disclosing wages or other terms and conditions of employment and does not serve to interfere with any employee's existing rights under federal labor law.  Further, this policy is not intended to restrict or otherwise limit an Employee's ability to (i) disclose to an attorney or a federal, state or local government official, in confidence, a Company trade secret solely for the purpose of reporting or participating in the investigation of a suspected violation of law, or (ii) disclose a Company trade secret in a court document filed under seal and does not otherwise disclose the trade secret except as required by court order.  The Company prohibits retaliation against an Employee who, in good faith, initiates or participates in an investigation conducted by a federal agency into a violation of law, or who files a complaint with a court or other tribunal, alleging violations of applicable law, and who discloses a Company trade secret in the manner described above in connection with that investigation or proceeding.



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

MENZIES_000324

Following the termination of your employment with the Company, you must continue to maintain the confidentiality of the Company's Confidential Information and may not use or disclose the information without written authorization from the Company.

## 6.7 Non-Solicitation/Disclosure

Solicitation by any employee of another employee during the working time of either employee for any reason is strictly prohibited. Likewise, the distribution of literature, advertising materials, handbills and other printed or written materials is prohibited during working time and in all work areas. Non-employees are not permitted to solicit or distribute materials on any Company premises at any time.

Working time is defined as those hours during which you are not at lunch, not on break or not on the premises before or after work. "Work areas" do not include employee break areas, parking lots or common areas shared by employees during non-working hours.

## 6.8 Bulletin Board

You can find out important information about the Company on the Company bulletin boards. These boards are generally posted in the break rooms at each location. Employees are not to post any materials on Company billboards, and any unauthorized material found on Company billboards will be immediately removed.

## 6.9 Travel

The Company may require an employee to travel for a variety of reasons. Travel must be approved by your supervisor.  All air travel must be booked through the person designated as the Travel Coordinator at your location or the corporate office.  For further information, please refer to the Company's Travel Policy.

## 6.10 Claiming Business Expenses

Employees may occasionally incur expenses on behalf of the Company.  The Company will reimburse employees for typical business expenses, such as mileage (for example, when the Company asks an employee to travel to a different jobsite during the workday) and certain job-related supplies or materials.  These expenses must be pre-approved by the employee's supervisor or manager and turned into the accounting department within 45 days for reimbursement.

## 6.11 Personal Belongings

Because our workplace is a highly regulated, secure and safety-sensitive environment, the Company is obligated to take all reasonable measures to provide a safe and secure operating and working environment for all and to prevent the commission of crimes by Company personnel in the course of carrying out their duties.

In keeping with this responsibility, the Company reserves the right to search and inspect any personal items or effects brought onto Company premises by employees, including personal items



or effects kept in lockers, desks, file cabinets, storage areas and workspaces. Employees are further advised that their personal items and effects are subject to unannounced search and that employees shall have no expectation of privacy, reasonable or otherwise, with regard to any items employees bring onto and/or maintain on their person while present on the Company premises. The Company will further comply with all requests by law enforcement and Transportation Security Administration regulations, which may include directions to inspect and/or search employee personal items and effects.

## 6.12 Media Communications

The Company has designated officials to speak to the media on behalf of the Company. Unless you have been authorized by your Manager or other Company officer to speak on the Company's behalf, you should not respond to any media requests for comment on behalf of the Company, and should direct all such inquiries to your Manager.

## SECTION 7 – SEPARATION OF EMPLOYMENT

### 7.1 Resignation, Termination and Layoff

Employees are requested to give their supervisor two (2) weeks' written notice of their intent to resign. Failure to provide such notice may adversely affect an employee's eligibility for rehire.

### 7.2 Exit Interview

Employees who are leaving their job for any reason may be asked to participate in an exit interview with their local Human Resources representative.

### 7.3 Terminations

On the last day of employment, employees must return all Company property to their supervisor. The Company makes every effort to ensure that all terminations and separations from employment are conducted professionally, in a courteous manner, and in accordance with all provisions and requirements of applicable federal and state laws.

### 7.4 Layoff

If it becomes necessary to conduct mass layoffs due to various business circumstances, the Company will comply with notice requirements of the Worker Adjustment and Retraining Notification Act (WARN) and applicable state law.

### 7.5 Final Paycheck

Final paychecks are available through the local payroll department within the timeframe mandated by state and federal law.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



## 7.6 Employment References

The local Human Resources representative will only verify hire date, separation date, and job title for reference verification of previous employment.



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



## EMPLOYEE ACKNOWLEDGEMENT OF HANDBOOK

This form is applicable to Menzies Aviation and/or any of its subsidiaries (hereinafter referred to as "The Company").

I _____ hereby acknowledge my understanding that a copy of the employee handbook was made available to me for download during the onboarding process.  I also have been notified of where to view a copy of the employee handbook. I understand that it is important for me to review the employee handbook because it provides guidelines on the policies, procedures, and programs affecting my employment with this organization.  I understand that the Company can, at its sole discretion, modify, eliminate, revise or deviate from the guidelines and information in this handbook as circumstances or situations warrant.

I also understand that any changes by the Company with respect to its policies, procedures, or programs can supersede, modify or eliminate any of the policies, procedures or programs outlined in this handbook.  I accept responsibility for familiarizing myself with the information in this handbook and will seek verification or clarification of its terms or guidance where necessary

Furthermore, I acknowledge that this handbook is neither a contract of employment nor a legal document and nothing in the handbook creates an express or implied contract of employment.  I understand that I should consult my supervisor or a representative of the Human Resources department if I have any questions that are not answered in this handbook.

I also understand that, unless subject to a collective bargaining agreement, my employment is at-will and can be terminated by me or by the Company for any or no reason, with or without cause or without notice, or the use of progressive discipline, at any time.  This at-will relationship cannot be changed except by a written agreement signed by me and the Executive Vice President, Americas.


_____
Date


_____          _____
Employee Signature                                          Employee Name (Printed)


EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

MENZIES_000328

To view a copy of the Employee Handbook on UltiPro, please follow the following steps:

1. Go to  **www.n11.ultipro.com** and sign on with your login details

2. In the UltiPro portal go to **Myself > My Company > Company Info > Electronic Forms**



3. Click on the link to open the Handbook



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



4.  Select **save** or **open** to print



Please contact your local HR office for any questions or assistance.  You may also request a hardcopy of the employee handbook from your manager or local HR Office.





Incorporating **Simplicity USA** and **ASIG**

# MENZIES AVIATION ALTERNATIVE DISPUTE RESOLUTION POLICY

Because disputes arising from employment relationships sometimes occur, and because resolving such disputes through the court system is often exceedingly costly and time-consuming, which results in unsatisfactory resolution of disputes, Menzies Aviation has implemented this Alternative Dispute Resolution Policy ("ADR Policy")**.**

While we hope that your employment will be free of major disputes or issues, in the event such a dispute arises, these procedures ensure that all parties have a and fair and equitable opportunity to see if there is a mutually satisfactory basis for resolving their dispute.  If an amicable resolution cannot be reached, these procedures provide for a fair hearing before an impartial, objective individual who has been selected by both sides.  The neutral arbitrator will have the full authority to resolve this matter protecting the rights of both parties.

## <u>Who Is Covered</u>

The ADR Policy is <u>mandatory for all disputes arising between signing employees and Menzies Aviation except as specifically excluded by the ADR Policy</u>.  Any disputes which arise and which are covered by the ADR Policy must be submitted to final and binding resolution through the procedures of the Menzies Aviation ADR Policy.

For parties covered by this ADR Policy, alternative dispute resolution, including final and binding arbitration, is the exclusive means for resolving Covered Disputes (as defined below); no other action may be brought in court or in any other forum.  This agreement is a waiver of all rights to a civil court action for a Covered Dispute; only an arbitrator, not a judge or jury, will decide the dispute.

Nothing in this ADR Policy precludes the parties from discussing a mutually acceptable resolution of the dispute without the necessity of formal arbitration proceedings.  Additionally, the parties may agree to engage in mediation prior to arbitration.

## <u>Covered Disputes</u>

Covered Disputes include any dispute arising out of or related to your employment, the terms and conditions of your employment and/or the termination of your employment based on, but not limited to, the following:

- Alleged violations of federal, state and/or local constitutions, statutes or regulations;

- Claims of unlawful harassment, discrimination, retaliation or wrongful termination that cannot be resolved by the parties or during an investigation by an administrative agency (such as the California Department of Fair Employment and Housing or the federal Equal Employment Opportunity Commission).  Covered claims include, but are not limited to, claims under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Age Discrimination in Employment Act of 1967, the Equal Pay Act, the Family and Medical Leave Act, the California Fair Employment and Housing

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



Act, the California Family Rights Act, the California Pregnancy Disability Leave Law, or any other statutory or common law scheme prohibiting, among other things, discrimination or harassment because of race, color, age, religious creed, national origin, ancestry, disability, sexual orientation, gender identity and sex;

- Claims based on any purported breach of contract, including breach of the covenant of good faith and fair dealing (unless covered and preempted by a collective bargaining agreement grievance and arbitration process);

- Claims of wrongful termination or constructive termination (unless covered and preempted by a collective bargaining agreement grievance and arbitration process);

- Claims of unfair demotion, transfer, reduction in pay, or any other change in the terms and conditions of employment (unless covered and preempted by a collective bargaining agreement grievance and arbitration process);

- Claims alleging failure to compensate for all hours worked, failure to pay overtime, failure to pay minimum wage, failure to reimburse expenses, failure to pay wages upon termination, failure to provide accurate, itemized wage statements, failure to provide meal and/or breaks, entitlement to waiting time penalties and/or other claims involving employee wages, including, but not limited to, claims brought under the California Labor Code, the applicable wage orders, the Fair Labor Standards Act and any other statutory scheme (unless covered and preempted by a collective bargaining agreement grievance and arbitration process);

- Claims based on any purported breach of duty arising in tort, including alleged violations of public policy and for emotional distress (unless covered and preempted by a collective bargaining agreement grievance and arbitration process);

- Claims of defamation, pre and post-termination (unless covered and preempted by a collective bargaining agreement grievance and arbitration process); and

- Any claim Menzies Aviation may have against employees, regardless of the nature, arising out of the employment relationship (unless covered and preempted by a collective bargaining agreement grievance and arbitration process).

However, nothing in this ADR Policy is intended to require arbitration of any claim or dispute which the courts of this jurisdiction have expressly held are not subject to mandatory arbitration or claims for which a collective bargaining agreement requires be resolved through its own grievance and arbitration procedures. The following types of disputes are expressly excluded and are not covered by this ADR Policy:

- Disputes related to workers' compensation and unemployment insurance;

- Disputes or claims that are expressly excluded by statute that the courts of this jurisdiction have expressly held are not subject to mandatory arbitration, or are expressly required to be arbitrated under a different procedure pursuant to the terms of a collective bargaining agreement or separate agreement.

### Class Action Waiver

The Menzies Aviation ADR Policy includes a waiver of the ability to participate in a class action or act as a collective action representative. By agreeing to be bound by the ADR Policy, you understand and agree this ADR Policy prohibits you from joining or participating in a class action or as a collective action representative, or otherwise consolidating a covered claim with the claims of others.



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

**Initiating The Alternative Dispute Resolution Procedures**

In the event a dispute should arise and you wish to initiate these procedures, you must deliver a written request for alternative dispute resolution to Menzies Aviation within the statute of limitations period that would apply to the filing of a civil complaint alleging the same claims in court. Menzies Aviation will deliver a written request to you for any claim it may wish to assert. If a request for an alternative dispute resolution is not submitted timely, the claim will be deemed to have been waived and forever released.

**The Arbitration**

The dispute will be decided by a single decision-maker, called the arbitrator. The arbitrator will be mutually selected by Menzies Aviation and the Employee. If the parties cannot mutually agree on an arbitrator, then a list of arbitrators will be obtained from the American Arbitration Association's ("AAA") Employment Panel. The arbitrator will be selected by the parties according to the method of selection specified by the AAA in its Employment Arbitration Rules and Mediation Procedures.

The arbitrator shall be bound by the provisions and procedures set forth in the Employment Arbitration Rules and Mediation Procedures of the AAA. The applicable substantive law shall be the law of the State of California or federal law. If both federal and state law speak to a cause of action, the party commencing the action shall have the right to elect his/her choice of law.

The parties shall cooperate to the greatest extent practicable in the voluntary exchange of documents and information to expedite the arbitration. After selection of the arbitrator, the parties shall have the right to take depositions and to obtain discovery regarding the subject matter of the action and to use and exercise all of the same rights, remedies and procedures, and be subject to all of the same discovery duties, liabilities and objections as provided in the California Code of Civil Procedure and/or the Federal Rules of Civil Procedure. The arbitrator shall have the authority to rule on motions and the power to issue orders and determine appropriate remedies) regarding discovery and to issue any protective orders necessary to protect the privacy and/or rights of parties and/or witnesses.

The arbitrator shall have the same authority to award remedies and damages on the merits of the dispute as provided to a judge and/or jury under parallel circumstances. However, the arbitrator shall only be permitted to award those remedies in law or equity which are requested by the parties and which are supported by the credible, relevant evidence. The arbitrator shall issue a written opinion and award. Nothing in this Agreement is intended to waive the right to seek punitive damages, where allowable by law.

Following the issuance of the arbitrator's decision, any party may petition a court to confirm, enforce, correct or vacate the arbitrator's opinion and award under the Federal Arbitration Act, 9 U.S.C. §§ 1-16, if applicable, and/or applicable state law.

**Fees And Costs Of Arbitration**

Fees and costs shall be allocated in the following manner:

- Each party will be responsible for its own attorneys' fees and expenses, except as otherwise provided by law, and the cost of a copy of the reporter's transcript of the proceedings, if desired.

- Menzies Aviation shall be responsible for the arbitrator's fee and expenses and any costs associated with the facilities for the arbitration.

**Revocation Of Participation – Opt Out Policy**

If you agree to participate in the ADR Policy and later wish to opt out at any time during your employment with Menzies Aviation, you may do so by delivering a written request to revoke your agreement to be bound by the ADR Policy to your local human resources representative. However, should you revoke your agreement to participate in the ADR Policy, that revocation shall be prospective only, and shall not apply to any claims

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**



initiated prior to opting out of the ADR Policy or to any claims based on facts occurring before you deliver your written request to revoke your agreement to be bound by the ADR Policy. Failure to opt out will demonstrate your intention to be bound by this Agreement and your agreement to arbitrate all disputes arising out of or related to your employment. You will not be subject to any adverse employment action or be retaliated against in any way because of your decision to opt out.

**Severability**

In the event that any provision of this ADR Policy is determined by a court of competent jurisdiction to be illegal, invalid or unenforceable to any extent, such term or provision shall be enforced to the extent permissible under the law and all remaining terms and provisions of this ADR Policy shall continue in full force and effect.

Nothing in this ADR Policy is intended to preclude any employee from filing a charge with the Equal Employment Opportunity Commission, the California Department of Fair Employment and Housing, the National Labor Relations Board or any similar federal or state agency seeking administrative resolution. However, any claim that cannot be resolved through administrative proceedings shall be subject to the procedures of this ADR Policy.

**For Further Information**

If you have questions about anything contained in this ADR Policy, please contact your local Human Resources Manager.

I, _____, acknowledge that I have read the above policy.

_____
Date

_____          _____
Employee Signature                                      Employee Name (Printed)



Incorporating **Simplicity USA** and **ASIG**

## AGREEMENT TO BE BOUND BY ALTERNATIVE DISPUTE RESOLUTION POLICY

I agree that in the event employment disputes arise between Menzies Aviation, which includes Simplicity USA, ASIG and any other subsidiaries of Menzies Aviation, Inc., (hereinafter referred to collectively as "Menzies Aviation" or "Menzies"), on the one hand, and me, on the other hand, I agree to be bound by the Menzies Aviation ADR Policy, which provides for final and binding arbitration of employment-related disputes.

I understand that the Menzies Aviation ADR Policy applies to disputes relating to my employment and the terms and conditions of my employment (unless those terms and conditions are covered and preempted by a collective bargaining agreement grievance and arbitration process), including but not limited to my compensation, wages, claims alleging failure to compensate for all hours worked, failure to pay overtime, failure to pay minimum wage, failure to reimburse expenses, failure to pay wages upon termination, failure to provide accurate, itemized wage statements, failure to provide meal and/or rest breaks, entitlement to waiting time penalties and/or other claims involving employee wages, benefits, discipline, performance evaluations, promotions and transfers, and the termination of my employment, as defined in the ADR Policy materials.  I also understand that this ADR Policy prohibits me from joining or participating in a class action or as a collective action representative, or otherwise consolidating a covered claim with the claims of others.  However, this ADR policy does not apply to any claim or dispute which the courts of this jurisdiction have expressly held are not subject to mandatory arbitration.

I further acknowledge and agree that the Menzies ADR Policy applies to claims that include, but are not limited to, the following: (a) alleged violations of federal, state and/or local constitutions, statutes or regulations, (including but not limited to claims under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Age Discrimination in Employment Act of 1967, the Equal Pay Act, the Family and Medical Leave Act, the California Fair Employment and Housing Act, the California Family Rights Act, the California Pregnancy Disability Leave Law, or any other statutory or common law scheme prohibiting, among other things, discrimination or harassment because of race, color, age, religious creed, national origin, ancestry, disability, sexual orientation, gender identity and sex; (b) claims based on any purported breach of contractual obligation, including breach of the covenant of good faith and fair dealing (unless covered and preempted by a collective bargaining agreement grievance and arbitration process); (c) claims of wrongful termination or constructive termination (unless covered and preempted by a collective bargaining agreement grievance and arbitration process); (d) claims based on any purported breach of duty arising in tort, including violations of public policy, for emotional distress and defamation (unless covered and preempted by a collective bargaining agreement grievance and arbitration process); and (e) claims related to the payment or non-payment of wages, expenses and/or the provisions of breaks as required by law, including, but not limited to, alleged violations of the California Labor Code, the wage order applicable to my industry, the Fair Labor Standards Act and any other statutory scheme governing wages (unless covered and preempted by a collective bargaining agreement grievance and arbitration process).

In consideration of Menzies Aviation's return agreement to be bound by the Menzies Aviation ADR Policy and have any and all claims arising out of the employment relationship it may have against me resolved in arbitration, and pay the arbitration fees as described therein, it is agreed that the Alternative Dispute Resolution Policy attached hereto which provides for final and binding arbitration, is the exclusive means for resolving



Covered Disputes as defined in the Alternative Dispute Resolution Policy.  No other action may be brought in court or in any other forum.  I understand that this Agreement is a waiver of all rights to a civil court action for all disputes relating to my employment, the terms and conditions of my employment and/or the termination of my employment whether brought by me or by Menzies.  Only an arbitrator, not a judge or jury, will decide the dispute, and any dispute relating to the interpretation or application of this Agreement, including enforceability, revocability, or validity, shall be decided by an arbitrator and not by a court or judge.  In addition, I understand I am prohibiting from joining a class action or acting as a collective action representative, or otherwise consolidating a covered claim with the claims of others. I understand that if I do not wish to be bound by this Agreement, I must opt out by following the steps outlined in this Agreement.  I agree that my failure to opt out will demonstrate my intention to be bound by this Agreement and my agreement to arbitrate all disputes arising out of or related to your employment as set forth below.  Nothing contained in this Agreement is intended to require arbitration of any matter or claim which the courts of this jurisdiction have expressly held are not subject to mandatory arbitration.

I also acknowledge and agree that the following types of disputes are expressly excluded and not covered by this policy: (a) disputes related to workers' compensation and unemployment insurance; and (b) disputes or claims that are expressly excluded by federal or state statute from mandatory arbitration or are expressly required to be arbitrated only under a different procedure pursuant to the terms of an employee benefit plan or collective bargaining agreement.  I also acknowledge and agree that nothing in this ADR Policy prohibits any employee from filing a charge with a state or federal administrative agency, such as the U.S. Equal Employment Opportunity Commission, the California Department of Fair Employment and Housing, or the National Labor Relations Board.  A state or federal administrative agency would also be free to pursue any appropriate action.  However, any claim that is not resolved administratively through such an agency shall be subject to this agreement to arbitrate and the ADR Policy.

I understand that I have the opportunity to ask questions regarding anything contained in the Menzies ADR Policy prior to my execution of my agreement to be bound by the Menzies ADR Policy.

I also understand that I am free at any time during my employment to opt out of my agreement to be bound by the Menzies ADR Policy and that I must take specific action to participate in legal action in court and/or to participate in any class action, collective action, or representative action.  I understand that Menzies does not require arbitration as a mandatory condition of my employment, so if I want to opt out of this Agreement, I may do so by submitting a written request to opt out to Human Resources.  I also understand that if I opt out, my revocation shall be prospective in character as explained in the ADR Policy.  I understand that if I do opt out of this Agreement, I will not be subject to any adverse employment action or be retaliated against in any way because of my decision to opt out.  I am aware that I have had an opportunity to consult with an attorney regarding this Agreement and how it affects my rights.

Nothing contained in this Agreement To Be Bound By Alternative Dispute Resolution Policy is intended to require arbitration of any matter or claim which the courts of this jurisdiction have expressly held are not subject to mandatory arbitration. Unlike the provisions of the Menzies Aviation Employee Handbook, the terms of this Agreement To Be Bound By Alternative Dispute Resolution Policy are contractual in nature.

By signing below, I acknowledge that I have reviewed and agreed to the terms and conditions set forth in the ADR Policy and this Agreement.  I further understand that I may change my mind and opt out of this Agreement at any time during my employment, and that my revocation shall be prospective in character and shall not apply to any claims initiated prior to opting out of the ADR Policy or to any claims based on facts occurring before you deliver your written request to revoke your agreement to be bound by the ADR Policy.

I, _____, acknowledge that I have read the above policy.

_____
Date



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

_____

Employee Signature

_____

For Menzies Aviation

_____

Employee Name (Printed)

_____

Date

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



# LAX MISSED PUNCH FORM (MPF)

This form needs to be completed when the Time & Attendance system does not accurately indicate the length of time you are to be paid. Missed punches are when you did not punch in/out on the biometric time clock for one of the reasons below or the scanner malfunctions.

**This form will NOT be processed if any of the following required information is missing:**

1. Your name AND clock #
2. The date of the missed punch
3. The clock in/out and/or break start/end not recorded
4. Reason why you did not punch in/out
5. Your signature and the date you signed
6. Your Manager's name and Signature and the date he/she signed

After filling in all the required fields, submit the form to the Designated Manager.

**EMPLOYEE CLOCK #:** _____

Employee name: _____

Date not recorded: _____ / _____ / _____

**USE MILITARY TIMES**

**Clock-in** not recorded: _____ : _____

**Break-start** not recorded: _____ : _____

**Break-end** not recorded: _____ : _____

**Clock-out** not recorded: _____ : _____

**PRINT CLEARLY**

| US Time | Military Time | US Time | Military Time |
|---------|---------------|---------|---------------|
| 12 AM | 0 | 12 PM | 12 |
| 1 AM | 1 | 1 PM | 13 |
| 2 AM | 2 | 2 PM | 14 |
| 3 AM | 3 | 3 PM | 15 |
| 4 AM | 4 | 4 PM | 16 |
| 5 AM | 5 | 5 PM | 17 |
| 6 AM | 6 | 6 PM | 18 |
| 7 AM | 7 | 7 PM | 19 |
| 8 AM | 8 | 8 PM | 20 |
| 9 AM | 9 | 9 PM | 21 |
| 10 AM | 10 | 10 PM | 22 |
| 11 AM | 11 | 11 PM | 23 |

**Reason** (please check one):

☐ Time Restriction   ☐ Employee Forgot   ☐ Other: _____

☐ **Authorized Meal Penalty**   Designated Manager Signature: _____

**Operational requirements necessitated a change, with management approval, to the above noted employee's scheduled meal period, which caused the employees meal period to begin after the end of the fifth hour of work/tenth hour of work (in the case of a second meal period). The employee's meal period was then taken as soon as operational circumstances allowed**

Employee Signature: _____   Date: _____

*The Designated Manager will determine if the missed punch is excused or unexcused. The determination of whether a missed punch is excused or unexcused will not affect the employee's pay, and the employee will be paid for all hours worked, including all hours worked on a date of a missed punch. Both employee and Designated Manager are required to sign the form.*

## This section to be completed by the Designated Manager

**Designated Manager Name:** _____   **Excused: YES / NO**

**SIGNATURE:** _____   Date: _____

**EXCELLENCE** FROM TOUCHDOWN TO TAKEOFF 

MENZIES_000709