**LAW OFFICES OF C. JOE SAYAS, JR.**
C. JOE SAYAS, JR. (Bar No. 122397)
KARL P. EVANGELISTA (Bar No. 250685)
500 N. Brand Boulevard, Suite 980
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

**KING CHENG MILLER & JIN, LLP**
DAVID P. KING (Bar No. 136765)
3675 Huntington Drive, Suite 200
Pasadena, California 91107
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-05915-MCS-MAR<br>Hon. Mark C. Scarsi<br><br>CLASS ACTION<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF "DECLARATION OF KIRK MARANGI, M.B.A., M.A., C.V.A., IN SUPPORT OF CLASS CERTIFICATION," AND EXHIBITS THERETO, REFLECTING INFORMATION DESIGNATED AS "CONFIDENTIAL" PURSUANT TO THE PARTIES' STIPULATED PROTECTIVE ORDER** |

///

///

1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

By this Application, Plaintiffs Dora Patricia Amaya and Anibal Silva (collectively, "Plaintiffs") seek an Order, pursuant to Local Rule 79-5.2.2(b) of the United States District Court for the Central District of California, for leave to file under seal an un-redacted version of the "<u>Declaration of Kirk Marangi, M.B.A., M.A., C.V.A. in Support of Class Certification</u>" (hereafter, the "<u>Marangi Declaration</u>"), as well as un-redacted versions of Exhibits 2, 3, 4, 5 and 6 to said <u>Marangi Declaration</u>, redacted versions of which are tentatively filed concurrently herewith.

As stated in his declaration, Mr. Marangi is an expert economist retained by Plaintiffs to review and analyze time and pay records produced by Defendant Menzies Aviation (USA), Inc. (hereafter, "Defendant") in the present action. The following exhibits to the Marangi Declaration have been tentatively redacted for purposes of the declaration's public filing in support of Plaintiffs' Motion for Class Certification:

(1)  <u>Exhibit 2</u> to the Marangi Declaration is an excerpt from the class list produced by Defendant in discovery, which contains putative class members' names, contact information, and employment information.

(2)  <u>Exhibit 3</u> to the Marangi Declaration is an excerpt created from Excel time records produced by Defendant in discovery, which reflects putative class members' non-public work information.

(3)  <u>Exhibit 4</u> to the Marangi Declaration is an excerpt created from Excel pay records produced by Defendant in discovery, which reflects putative class members' non-public pay information.

(4)  <u>Exhibit 5</u> to the Marangi Declaration is a copy of a timecard produced by Defendant in discovery, which reflects Plaintiff Amaya's non-public information.

(5)  <u>Exhibit 6</u> to the Marangi Declaration is a copy of a wage statement produced by Defendant in discovery, which reflects Plaintiff Amaya's non-public information.

2

APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF "DECLARATION OF KIRK MARANGI, M.B.A., M.A., C.V.A., IN SUPPORT OF CLASS CERTIFICATION," AND EXHIBITS THERETO, REFLECTING INFORMATION DESIGNATED AS "CONFIDENTIAL" PURSUANT TO THE PARTIES' STIPULATED PROTECTIVE ORDER

Defendant designated the above-listed documents as "Confidential" in the course of discovery in this action, pursuant to the parties' Stipulated Protective Order. *See* Dkt. No. 31. Following the parties' meet-and-confer discussion, pursuant to Local Rule 79-5 and this Court's Initial Standing Order (Dkt. No. 5), Defendant requested that the non-public information contained in the above-described documents be redacted from the public filings, and that Plaintiffs apply for leave to file the unredacted versions under seal pursuant to the parties' Stipulated Protective Order and Local Rule 79-5.

Accordingly, Plaintiffs file the instant application to seal the un-redacted versions of the above-described materials, as well as those portions of the Marangi Declaration that reference the non-public information contained in same. *See* Dkt. No. 31, § 12.3.

Dated: May 22, 2023   **LAW OFFICES OF C. JOE SAYAS, JR. and KING CHENG MILLER & JIN, LLP**

By:   */s/ C. Joe Sayas, Jr.*
C. JOE SAYAS, JR.
KARL P. EVANGELISTA
Attorneys for Plaintiffs

3

APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF "DECLARATION OF KIRK MARANGI, M.B.A., M.A., C.V.A., IN SUPPORT OF CLASS CERTIFICATION," AND EXHIBITS THERETO, REFLECTING INFORMATION DESIGNATED AS "CONFIDENTIAL" PURSUANT TO THE PARTIES' STIPULATED PROTECTIVE ORDER