**LAW OFFICES OF C. JOE SAYAS, JR.**
C. JOE SAYAS, JR. (Bar No. 122397)
KARL P. EVANGELISTA (Bar No. 250685)
500 N. Brand Boulevard, Suite 980
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

**KING CHENG MILLER & JIN, LLP**
DAVID P. KING (Bar No. 136765)
3675 Huntington Drive, Suite 200
Pasadena, California 91107
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 2:22-cv-05915-MCS-MAR <br> Hon. Mark C. Scarsi <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF KARL P. EVANGELISTA, ESQ. IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL** <br><br> [Filed Concurrently with Plaintiffs' "Application for Leave to File Under Seal Portions of 'Declaration of Kirk Marangi, M.B.A., M.A., C.V.A., in Support of Class Certification,' and Exhibits Thereto, Reflecting Information Designated as 'Confidential' Pursuant to the Parties' Stipulated Protective Order"] |

///

1

DECLARATION OF KARL P. EVANGELISTA, ESQ. IN SUPPORT OF
APPLICATION FOR LEAVE TO FILE UNDER SEAL

## DECLARATION OF C. JOE SAYAS, JR.

I, Karl P. Evangelista, declare and state as follows:

1.      I am an attorney admitted to practice before this Court and all the courts in the State of California, and am attorney of record for Plaintiffs Dora Patricia Amaya and Anibal Silva (collectively, "Plaintiffs") in the present action.  I have personal knowledge of the facts contained herein, filed in support of Plaintiffs' "Application for Leave to File Under Seal Portions of 'Declaration of Kirk Marangi, M.B.A., M.A., C.V.A., in Support of Class Certification,' and Exhibits Thereto, Reflecting Information Designated as 'Confidential' Pursuant to the Parties' Stipulated Protective Order."  If called to testify, I could and would competently testify to the facts set forth herein.

2.      On May 15, 2023, I telephoned Kevin Jackson, Esq. of Foley & Lardner LLP, counsel for Defendant Menzies Aviation (USA), Inc. ("Defendant"), to meet and confer regarding certain documents Plaintiffs intended to submit to the Court in support of their motion for class certification, as required by Local Rule 79-5.2.2(b) of the United States District Court for the Central District of California and paragraph 11 of the Court's "Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi.

3.      I reached Mr. Jackson's voicemail and left him a message explaining my desire to meet and confer as described above.  I then immediately followed up with an e-mail detailing the topics I wished to confer on regarding documents and information previously designated as "Confidential" by Defendant pursuant to the Stipulated Protective Order in this case.

4.      Mr. Jackson promptly replied via e-mail later that day, and asked that we agree to discuss the subject-matter detailed in my e-mail on a call to be held the following day, as we had previously scheduled a teleconference for May 16, 2023 on another matter, following a deposition of Defendant's employee on that date.

5.      On May 16, 2023, I spoke with Mr. Jackson via telephone to inform him that Plaintiffs intended to submit with Plaintiffs' Motion for Class Certification portions of the Class List and the employee time and pay records produced by Defendant in discovery.  I noted that said information had been designated Confidential by Defendant pursuant to the

DECLARATION OF KARL P. EVANGELISTA, ESQ. IN SUPPORT OF APPLICATION FOR LEAVE TO FILE UNDER SEAL

parties' Stipulated Protective Order, and asked whether Defendant wished to maintain the designation and have Plaintiffs seek leave to file under seal pursuant to Local Rule 79-5.

6.    Mr. Jackson informed me in response that Defendant requests that Plaintiffs file under seal all materials that would disclose any non-public personally-identifying information of Defendant's former and current employees, including non-public employment and pay information. Mr. Jackson explained that Defendant believed such non-public materials to be protected from disclosure by California's Constitutional right to privacy.

7.    As such, pursuant to Local Rule 79-5.2.2(b), Plaintiffs are submitting an Application to File Under Seal un-redacted versions of the "Declaration of Kirk Marangi, M.B.A., M.A., C.V.A. in Support of Class Certification," and Exhibits 2 – 6 thereto, which would tend to disclose non-public information regarding contact information, work information, and pay information of Defendant's former and current employees, which Defendant believes are protected from disclosure by California's Constitutional right to privacy.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct. Executed this 22nd day of May 2023, in Glendale, California.

　　　　　　　　　　　　　　 _/s/ Karl P. Evangelista_
　　　　　　　　　　　　　　　Karl P. Evangelista

DECLARATION OF KARL P. EVANGELISTA, ESQ. IN SUPPORT OF
APPLICATION FOR LEAVE TO FILE UNDER SEAL