# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:22-cv-05915-MCS-MAR<br><br>CLASS ACTION<br><br>**(Proposed) ORDER RE: APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF "DECLARATION OF KIRK MARANGI, M.B.A., M.A., C.V.A., IN SUPPORT OF CLASS CERTIFICATION," AND EXHIBITS THERETO, REFLECTING INFORMATION DESIGNATED AS "CONFIDENTIAL" PURSUANT TO THE PARTIES' STIPULATED PROTECTIVE ORDER** |

## [PROPOSED] ORDER

Having considered Plaintiffs' Application for Leave to File Under Seal, and all arguments submitted in support thereof, the Court hereby orders as follows:

1

| Description of Materials | Court Ruling |
|---|---|
| Declaration of Kirk Marangi, M.B.A., M.A., C.V.A. in Support of Class Certification ("Marangi Declaration") (with redactions on pages 3:3-4, 4:22-24, 5:1-22, 6:6-13, 6:15-22, 6:24-28, 7:1-3, 7:6-13, 7:15-22, 7:23-24, 7:28, 8:1, 8:2, 8:3, 8:5, 8:6, 8:17-18, 8:23-24, 9:4-5, | Granted: _____ <br> Denied:  _____ |
| Exhibit 2 to Marangi Declaration (Class List) | Granted: _____ <br> Denied:  _____ |
| Exhibit 3 to Marangi Declaration (Employee Time Records) | Granted: _____ <br> Denied:  _____ |
| Exhibit 4 to Marangi Declaration (Employee Pay Records) | Granted: _____ <br> Denied:  _____ |
| Exhibit 5 to Marangi Declaration (Employee Timecard) | Granted: _____ <br> Denied:  _____ |
| Exhibit 6 to Marangi Declaration (Employee Wage Statement) | Granted: _____ <br> Denied:  _____ |

**IT IS SO ORDERED.**

Dated: _____

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

2