UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-05915-MCS-MAR | Date | May 31, 2023 |
| Title | *Amaya v. Menzies Aviation USA, Inc.* | | |

Present: The Honorable  Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):  Attorney(s) Present for Defendant(s):

None Present  None Present

**Proceedings:** (IN CHAMBERS) ORDER REQUIRING FURTHER SUBMISSIONS RE: APPLICATION FOR LEAVE TO FILE UNDER SEAL (ECF NO. 42)

Plaintiffs applied for leave to file under seal certain documents and information supporting their motion for class certification. (Appl., ECF No. 42.) Plaintiffs submitted to the Court by email a copy of the unredacted version of the documents proposed to be filed under seal, but Plaintiffs have not filed them as required. C.D. Cal. R. 79-5.2.2(a)(iv), (b). Plaintiffs shall do so by June 2, 2023.

As the party who designated material sought to be sealed as confidential, Defendant was required to "file a declaration establishing that all or part of the designated material is sealable" within four days of the application. C.D. Cal. R. 79-5.2.2(b)(i). To date, Defendant has not submitted such a declaration. Defendant shall file the declaration by June 2, 2023. Else, the Court will deny the application without further notice. C.D. Cal. R. 79-5.2.2(b)(i)–(ii).

**IT IS SO ORDERED.**