UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:22-cv-05915-MCS-MAR | Date June 6, 2023 |
| Title *Amaya v. Menzies Aviation USA, Inc.* | |

Present: The Honorable Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (IN CHAMBERS) ORDER RE: SEALING APPLICATION (ECF NO. 42)

After noting Defendant's failure to timely "file a declaration establishing that all or part of the designated material" subject to Plaintiffs' sealing application is sealable, C.D. Cal. R. 79-5.2.2(b)(i), the Court ordered Defendant to file the required declaration by June 2, 2023, (Order Requiring Further Submissions 1, ECF No. 43). Defendant failed to comply. The Court notes that Defendant's present failure to defend the public disclosure of employee data stands in tension with its efforts to resist Plaintiffs' discovery of that information earlier in the case. (*See* Local Rule 37-2 J. Stip. 12–13, ECF No. 23-1.)

The application is denied in substantial part on this basis. C.D. Cal. R. 79-5.2.2(b)(i)–(ii). However, in the interest of justice, the Court orders that all Social Security numbers, telephone numbers, and addresses for putative class members be redacted from Exhibits 2, 4, and 6 to the Declaration of Kirk Marangi. *See* Fed. R. Civ. P. 5.2(a) (mandating redaction of Social Security numbers); *Belaire-W. Landscape, Inc. v. Superior Ct.*, 149 Cal. App. 4th 554, 561 (2007) ("It is most probable that the employees gave their addresses and telephone numbers to their employer with the expectation that it would not be divulged externally except as required . . . ."). Following the procedure set forth in Local Rule 79-5.2.2(a),

Plaintiff shall publicly file revised redacted versions of Exhibits 2, 4, and 6 and unredacted versions of the other documents sought to be sealed, and file under seal unredacted versions of Exhibits 2, 4, and 6.

**IT IS SO ORDERED.**

| Page **2** of **2** | **CIVIL MINUTES – GENERAL** | Initials of Deputy Clerk SMO |
|---|---|---|