**LAW OFFICES OF C. JOE SAYAS, JR.**
C. JOE SAYAS, JR. (Bar No. 122397)
KARL P. EVANGELISTA (Bar No. 250685)
500 N. Brand Boulevard, Suite 980
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

**KING CHENG MILLER & JIN, LLP**
DAVID P. KING (Bar No. 136765)
3675 Huntington Drive, Suite 200
Pasadena, California 91107
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-05915-MCS-MAR<br>Hon. Mark C. Scarsi<br><br><u>CLASS ACTION</u><br><br>**REVISED REDACTED VERSION, FOR PUBLIC FILING, OF THE DECLARATION OF KIRK MARANGI, M.B.A., M.A., C.V.A., IN SUPPORT OF CLASS CERTIFICATION AND EXHIBITS THERETO** |

///

///

1

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's Order dated June 6, 2023, Dkt. No. 47, Plaintiffs Dora Patricia Amaya and Anibal Silva (collectively, "Plaintiffs") hereby attach and file the revised redacted versions, for public filing, of the following:

(1) "Declaration of Kirk Marangi, M.B.A., M.A., C.V.A., in Support of Class Certification" (hereafter, "Marangi Declaration");

(2) Exhibit 1 to the Marangi Declaration (Curriculum Vitae);

(3) Exhibit 2 to the Marangi Declaration (Class List excerpt);

(4) Exhibit 3 to the Marangi Declaration (Employee Time Records excerpt);

(5) Exhibit 4 to the Marangi Declaration (Employee Pay Records excerpt);

(6) Exhibit 5 to the Marangi Declaration (Employee Timecard); and

(7) Exhibit 6 to the Marangi Declaration (Employee Wage Statement).

As directed by the Court, *see* Dkt. No. 47, all Social Security numbers, telephone numbers, and addresses for putative class members are redacted from Exhibits 2, 4 and 6 to the Marangi Declaration, while the Marangi Declaration itself, and Exhibits 1, 3 and 5 thereto, are re-filed with no redactions.

Respectfully Submitted,

Dated: June 9, 2023

**LAW OFFICES OF C. JOE SAYAS, JR. and**
**KING CHENG MILLER & JIN, LLP**

By: */s/ C. Joe Sayas, Jr.*
C. JOE SAYAS, JR.
KARL P. EVANGELISTA
Attorneys for Plaintiffs