1  CHRISTOPHER WARD, CA Bar No. 238777
     cward@foley.com
2  **FOLEY & LARDNER LLP**
   555 SOUTH FLOWER STREET, SUITE 3300
3  LOS ANGELES, CA 90071-2418
   TELEPHONE: 213.972.4500
4  FACSIMILE:   213.486.0065

5  KEVIN JACKSON, CA Bar No. 278169
     kjackson@foley.com
6  **FOLEY & LARDNER LLP**
   11988 EL CAMINO REAL, SUITE 400
7  SAN DIEGO, CA 92130-2594
   TELEPHONE: 858.847.6700
8  FACSIMILE:   858.792.6773

9  Attorneys for Defendant
   MENZIES AVIATION (USA), INC.

10

11           **UNITED STATES DISTRICT COURT**

12          **CENTRAL DISTRICT OF CALIFORNIA**

13

14  DORA PATRICIA AMAYA, an          Case No. 2:22-cv-05915-MCS-MARx
    individual; and ANIBAL SILVA, an
15  individual; on behalf of themselves and  **DECLARATIONS OF EMPLOYEES**
    others similarly situated,          **IN SUPPORT OF DEFENDANT**
16                                          **MENZIES AVIATION (USA), INC.'S**
                              Plaintiffs,  **OPPOSITION TO PLAINTIFFS'**
17                                          **MOTION FOR CLASS**
         vs.                                **CERTIFICATION**
18
    MENZIES AVIATION (USA), INC., a  Date:     July 24, 2023
19  Delaware corporation; and DOES 1  Time:     9:00 a.m.
    through 10, inclusive,          Ctrm.:    7C, 7th Floor
20                                          Judge:    Hon. Mark C. Scarsi
                              Defendants.
21
                                    Complaint Filed:  August 19, 2022
22                                    FAC Filed:       August 30, 2022
                                    SAC Filed:       May 9, 2023
23

24

25

26

27

28

DECLARATIONS ISO OPPOSITION TO MOTION FOR CLASS CERTIFICATION
                  Case No. 2:22-cv-05915-MCS-MARx

Defendant MENZIES AVIATION (USA), INC. respectfully submits to the Honorable Court the following Declarations in support of the Opposition to Plaintiffs, Dora Patricia Amaya and Anibal Silva's Motion for Class Certification (Dkt. 41.)

1.  Abbitt, Jason, employee;

2.  Afuhaamango, Mary, employee;

3.  Aluni, Victoria, employee;

4.  Bartel, Pamela, employee;

5.  Black, Christopher, employee;

6.  Blanco, Mary Antonette, employee;

7.  Burke, Louis, employee;

8.  Del Mundo, Kristianne, employee;

9.  Do, Phuong, employee;

10. Eswagen, Michael, employee;

11. Faatalale, Wesley, employee;

12. Finau, Fangia, employee;

13. Fineanganofo, Tevita, employee;

14. Funes, Antonio, employee;

15. Gauro-Salud, Florentina, employee;

16. Gonzalez, Elva, employee;

17. Gonzalez, Jose, employee;

18. Guzman, Brayan, employee;

19. Hui, Holly, employee;

20. Kafoa, Sosefo, employee;

21. Kumar, Shyrin, employee;

22. Maldonado, Erick, employee;

23. Mamea, Damen, employee;

24. Marion, Joseph, employee;

25. Martinez, Andres, employee;

26. Orozco, Jose Alonso, employee;

27. Pangalilingan, Roberto, employee;

28. Perez, Brian, employee;

29. Preble, Todd, employee;

30. Ramirez, Juan, employee;

31. Soto, John, employee;

32. Stewart, Nicole, employee;

33. Tuipoluto, Sitaniselao, employee;

34. Uhila, Unaloto, employee;

35. Yam, Jesus Pool, employee; and

36. Yang, Bao Bao, employee.


DATED:  June 12, 2023                    **FOLEY & LARDNER LLP**
                                          Christopher Ward
                                          Kevin Jackson



                                          /s/ Christopher Ward
                                          Christopher Ward
                                          Attorneys for Defendant
                                          MENZIES AVIATION (USA), INC.

## DECLARATION OF JASON ABBITT

I, Jason Abbitt, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation ("Menzies") as a Fuel System Operator at the San Francisco International Airport Fueling operation location. I am paid on an hourly basis. I have worked in this position since September 2017. My job duties generally include monitoring fuel systems across the airport, diagnostics of the systems, and dispatching personnel to address any issues that require attention. I work at a computer and my work is a desk job.

3.      When I show up to work and clock in and out for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I do not do any work when I am not clocked in.

4.      If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled, although I typically follow a different process because the nature of my shift results in me receiving a missed meal period premium for almost every shift I work.

5.      I am clocked in at all times that I am performing work for Menzies. After I clock out, I do not continue to work. No one at Menzies has ever asked me to perform work before or after I clock out or clock out and continue to work.

6.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay. When I work more than 12 hours in a day, I am paid at a rate

of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

7.      To my knowledge, I have never not been paid for overtime hours that I have worked.

8.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

9.      Fuel System Operators work on one of three shifts, which are scheduled from 5:00 a.m. to 1:30 p.m., 1:00 p.m. to 9:30 p.m., and 9:00 p.m. to 5:30 a.m. I work the graveyard shift starting at 9:00 p.m. and generally am the only Fuel System Operator working during that shift. As a consequence, unlike for other Fuel Systems Operators who have relief available during their shift and can leave their workstation to take a 30-minute meal break, there is no relief available to me during my shifts. As a consequence, absent unusual circumstances, I am never able to take a full, 30-minute duty-free meal period during my shift.

10.     I report to my manager every day that I do not take a meal break during my shift, and I receive a meal period premium every time I do – which equates to nearly every shift I work. My manager Nicole Stewart is excellent at making sure I receive this meal period premium for one of my shifts.

11.     During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

2

12.     I have worked shifts lasting longer than ten hours during my employment with
Menzies, although it is not common for me to work that many hours on a shift. If I wanted to
take a second meal break on my shift, I would report that to my manager and would receive a
second meal period premium.

13.     However, on the days where I work longer than ten hours but choose not to take a
second 30-minute break, I generally do not want to take a second meal period and would prefer
to just finish my shift up as soon as possible. However, it is very rare, particular for the
graveyard shift, that I must work ten hours before the morning team comes on to relieve me.

14.     When I work a shift more than 3.5 hours, Menzies makes available to me a ten-
minute rest break. If I work more than six hours, Menzies makes available to me a second ten-
minute rest break. If I work more than 10 hours, Menzies makes available to me a third ten-
minute rest break.

15.     Especially during the graveyard shift hours when operations at the airport are
reduced and the nature of the work is predictable, the nature of the work I perform creates a lot
of "down time" where there is nothing I need to specifically be doing at any particular time.
This happens for lengthy periods of time every shift. During these periods of "down time," I am
not performing any specific tasks and can effectively take a break from my duties. I can leave
my workstation for periods shorter than 30 minutes to use the restroom, stretch my legs, or take a
rest break. I use these frequent periods of "down time" during to take my rest breaks and do so
multiple times per shift. I do not clock out when I take these regular rest breaks.

16.     Because of the amount of regular and extensive down time that occurs during my
shift, I cannot recall an occasion where I have ever not taken multiple rest breaks during a shift.
However, I know that if for whatever reason I could not take my rest break, I could also report

3

this to my manager and receive a missed rest break premium in addition to the daily meal period premiums I receive.

17.    I have never purchased any item I needed for my work at Menzies. Menzies provides us with both radios and a company cell phone to perform our work and covers the cost of that equipment. We can also use the company cell phone also access the ADP system to access the online timeclock to punch in and out if we want. I know that I am not required to use my personal phone for any work purpose and that if I do so, I am voluntarily choosing to do so.

18.    I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June _08_, 2023 in San Francisco, California.

Jason Abbitt

## DECLARATION OF MARY AFUHAAMANGO

I, Mary Afuhaamango, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation (USA), Inc. ("Menzies") as a Human Resources Administrative Assistant at the San Francisco, California location.  I am paid on an hourly basis. I have worked in this position since November 15, 2021.  My job duties revolve largely around recruiting efforts.  I am Menzies' primary point of contact for recruitment at San Francisco International Airport.  Accordingly, I handle job postings and interviews, prepare job offers, and manage pre-employment screening and orientation.  I also assist with administrative human resources functions, including updates and maintenance of employee records and ensuring compliance with federal, state, and local employment laws.

3.      When I show up to work and clock in for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.

4.      If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records, or advise my manager, Tracy Aguilera, to make the adjustment on my behalf.  I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

5.      I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before I clock in or after I clock out or to clock out and continue to work.

6.　　　When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay. When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

7.　　　To my knowledge, I have never not been paid for overtime hours that I have worked.

8.　　　I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

9.　　　When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break. This meal break is at the same time each day I work.

10.　　　I take my meal break before the beginning of my fifth hour of work. Because I am regularly scheduled to start work at 8:30 a.m., I usually take my meal break at 12:30 p.m.

11.　　　When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. If I forgot to clock out or in for my meal break, I immediately inform Tracy so she can make the appropriate adjustments.

12.　　　I am free to do whatever I want during my meal breaks. Although there is a break room in my building, I typically drive to a nearby restaurant for lunch or take my meal breaks in my car. During my meal break, I am not required to be available to work in any way. I always take the full 30 minutes of my meal break.

2

13.     I cannot recall a single instance in which I missed a meal break, took a meal break late, or did not get a full 30-minute meal break.  However, if such deviations from my meal break were to occur, I know to fill out a MPF to request a meal period premium.

14.     I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break.  I have never heard other Menzies employees complain about being unable to take a meal break.

15.     I cannot recall an instance in which I worked overtime or worked a shift exceeding 10 hours.

16.     When I work a shift more than 3.5 hours, Menzies makes available to me a 10-minute rest break.  If I work more than six hours, Menzies makes available to me a second 10-minute rest break.

17.     My first break is approximately 2 hours into my shift, typically between 10:00 a.m. and 11:00 a.m.

18.     My second break is approximately 6 hours into my shift, typically between 2:00 p.m. and 3:00 p.m.

19.     I do not clock out when I take a rest break. I usually choose to take a brief walk during my rest breaks because there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

20.     Because of the regular nature of my work, I cannot recall an occasion where I have not taken my rest breaks during a shift.  However, I know that if I did miss a rest break, I could also report this to my manager and receive a missed rest break premium.

3

21.     I have never purchased any item I needed for my work at Menzies.  I am aware that Menzies has a policy prohibiting employees from using their cell phones during work, but that employees may voluntarily use their personal cell phones to access the ADP system to access the online timeclock.  On occasion, I voluntarily choose to use my personal cell phone to access ADP because it is more convenient, but I know that Menzies also provides time clocks so I am not required to use my cell phone to clock in and out.

22.     I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on June 2, 2023 in San Francisco, California.


Mary Afuhaamango

4

## DECLARATION OF VICTORIA ALUNI

I, Victoria Aluni, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts

stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation (USA), Inc. ("Menzies") as a Crew Service, Team

Lead at the Ontario, California location.  I am paid on an hourly basis.  I have worked in this

position since June of 2022.  My job duties include looking up flights, ensuring my team is

notified of any flight changes, and monitoring team activity to ensure it is performed safely,

including walking up the stairs onto the aircrafts and servicing laboratories.

3.      I previously worked for Menzies as a Crew Service Laborer.  I began this role on

June 8, 2020.

4.      When I show up to work and clock in for my shifts, I start work.  When I clock

out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am

not clocked in.

5.      If I forget to clock in or out, or need to adjust time records, I know to use

Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records.  I can also

ask Diana Rodriguez to use the MPF to request a one hour "premium wage" or "penalty" from

Menzies in the event I did not receive a meal or rest period to which I am entitled.

6.      I am clocked in at all times that I am performing work for Menzies.  After I clock

out, I do not continue to work.  No one at Menzies has ever asked me to perform work before I

clock in or after I clock out or to clock out and continue to work.

7.      When I work more than eight hours in one day or forty hours in a week, I am paid

at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate

of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

8.      To my knowledge, I have never not been paid for overtime hours that I have worked.

9.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

10.     When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break. This meal break is generally taken within three or four hours after I clock in. My manager frequently reminds me to make sure to take my lunch break.

11.     I take my meal break before the beginning of my fifth hour of work. Because I am regularly scheduled to start work at 4:00 p.m., I usually take my meal break at 7:00 p.m.

12.     When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. In the rare instance in which I forget to clock out or in for my meal break, I tell Diana Rodriguez and she amends my hours on my behalf.

13.     I am free to do whatever I want during my meal breaks. I prefer to take my meal breaks in Menzies' break room or crew service room. During my meal break, I am not required to be available to work in any way. I always take the full 30 minutes of my meal break.

14.     Because of the frequent downtime between flights, I have never missed my 30-minute meal break.

2

15. I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break. I have never heard other Menzies employees complain about being unable to take a meal break.

16. In connection with my employment with Menzies, I signed a paper titled "Waiver of Second Meal Period," in which I agreed that I could I waive second 30-minute breaks if I did not waive my first meal break. I was not pressured in any way to sign that form. For example, I was not told that Menzies would refuse to hire me unless I signed the form, and no one told me or suggested to me that there would be any type of negative consequence if I declined to sign the form. I read the form and understood it before I signed it, and I voluntarily decided to sign the form. Since signing the form, I am offered the opportunity to take second 30-minute meals breaks for my shifts greater than ten hours. In some cases I have decided to take a second meal break and in others I have chosen not to take them. I have never understood, and it has never been told to me, that by signing the form I was giving up the right to take second breaks.

17. During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. Although I understand that it is my right to waive this second lunch break, I never waive it because I prefer to take my second lunch.

18. I have never been told that I cannot take a second break for a shift lasting longer than ten hours, and I have never had a request for a second break on a shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a second break. I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours or that any Menzies employee has been pressured to forego a second break. I also have never heard about any employee complaints

3

about not being provided the opportunity to take a second break for a shift lasting longer than ten hours.

19.     When I work a shift more than 3.5 hours, Menzies makes available to me a 10-minute rest break. If I work more than six hours, Menzies makes available to me a second 30-minute rest break. The breaks are staggered so the specific time of my break sometimes varies.

20.     My first break is approximately 2 hours into my shift.

21.     My second break is approximately 7 hours into my shift.

22.     I do not clock out when I take a rest break. I usually take my rests breaks in the United Parcel Service ("UPS") break room, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

23.     I have never purchased any item I needed for my work at Menzies. I was required to have steel-toed work boots for my work at Menzies, and Menzies purchased the boots for me. I am aware that Menzies has a policy prohibiting employees from using their cell phones during work, but that employees may voluntarily use their personal cell phones to access the ADP system to access the online timeclock. I voluntarily choose to use my personal cell phone to access ADP and to communicate with my coworkers because it is more convenient, but I know that Menzies also provides time clocks and radios, so I am not required to use my cell phone to clock in and out or to communicate. Menzies has also issued me a company cell phone, but I sometimes prefer to use my personal cell phone. This is also my choice as a personal preference and not a company directive.

4

24.     I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on May 30, 2023 in Ontario, California.

Victoria Aluni

4867-8569-7127.1

## <u>DECLARATION OF PAMELA BARTEL</u>

I, Pamela Bartel, hereby state and declare as follows:

1.     I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.     I work for Menzies Aviation (USA), Inc. ("Menzies") as an Administrative Assistant at the Los Angeles, California location.  I am paid on an hourly basis.  I have worked in this position since approximately May 2022. As an Administrative Assistant, I submit PO requests (*e.g.*, for purchasing office supplies, uniforms, and other merchandise), work with Accounting, and assist Human Resources, amongst other administrative tasks.

3.     I previously worked for Menzies as a Cargo Agent from approximately July 2021 to May 2022.

4.     When I show up to work and clock in for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.

5.     If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records, which I submit via the UKG application on my personal cell phone.

6.     I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before I clock in or after I clock out, or that I clock out and continue to work.

7.     When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate

of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

8.      To my knowledge, I have never not been paid for overtime hours that I have worked.

9.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

10.     When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break. This meal break is typically at the same time each day I work. My manager occasionally reminds me to take a meal break, which is scheduled from 11:00 a.m. to 11:30 a.m.

11.     I take my meal break before the beginning of my fifth hour of work. Because I am regularly scheduled to start work at 7:00 a.m., I usually take my meal break at 11:00 a.m.

12.     When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. If I forgot to clock out or in for my meal break, usually the supervisor notifies me and I then correct it using the UKG application.

13.     I am free to do whatever I want during my meal breaks. During my meal breaks, I like to eat and chat with my co-workers. I typically take my meal break in the office, which is my personal preference, as opposed to taking my meal break in the breakroom or outside. I always take the full 30 minutes of my meal break.

2

14.     I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break.  I have never heard other Menzies employees complain about being unable to take a meal break.

15.     During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break.  I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

16.     I have worked shifts lasting longer than ten hours during my employment with Menzies.  On those shifts, I have chosen to take a second 30-minute break because I felt that I wanted a second break.  Should I choose to take a second break, Menzies provides me the opportunity to do so.

17.     I have never been told that I cannot take a second break for a shift lasting longer than ten hours, and I have never had a request for a second break on a shift longer than ten hours denied.  I have never felt pressured by anyone at Menzies to not take a second break.  I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours or that any Menzies employee has been pressured to forego a second break.  I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours.

18.     When I work a shift more than 3.5 hours, Menzies makes available to me a 10-minute rest break.  If I work more than six hours, Menzies makes available to me a second 10-minute rest break.  If I work more than 10 hours, Menzies makes available to me a third 10-minute rest break.  The specific time of these breaks varies, but I always have the opportunity to take these rest breaks.

3

19. My first break is approximately 3.5 hours into my shift.

20. My second break is approximately 6 hours into my shift.

21. My third break is approximately 10 hours into my shift.

22. I do not clock out when I take a rest break. I usually take my rests breaks either outside or in the office. If I take the rest break in the office, that is my choice and personal preference. There is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a rest break.

23. I have never purchased any item I needed for my work at Menzies. I am aware that Menzies has a policy prohibiting employees from using their cell phones during work, but that employees may voluntarily use their personal cell phones to access the UKG application to access the online timeclock. I voluntarily chose to use my personal cell phone to access UKG application because it is more convenient. I know that Menzies also provides computers, so I am not required to use my cell phone to access the UKG application to, for example, adjust my time records.

//

//

//

//

//

//                                                           .

4

24. I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on May 31, 2023 in Los Angeles, California.

Pamela Bartel

5

### DECLARATION OF CHRISTOPHER BLACK

I, Christopher Black, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation (USA), Inc. ("Menzies") as a Quality Control Technician at the Ontario, California location.  I am paid on an hourly basis.  I have worked in this position since January of 2023.  I work as a second line of defense, so my job duties include checking to ensure there are no mechanical failures with the tanker trucks, *e.g.*, nails in the tires or defective air nozzles.  If fuelers have any concerns, they report to me and I relay their concerns to mechanics.

3.      I previously worked for Menzies as an Aircraft Fueler.  I began this role on April 9, 2021.

4.      When I show up to work and clock in for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.

5.      If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my tiine records.  I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

6.      I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before I clock in or after I clock out or to clock out and continue to work.

7.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

8.      To my knowledge, I have never not been paid for overtime hours that I have worked.

9.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies when I started my employment.  I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

10.     When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break.  This meal break varies based on frequent downtime between flight schedules.

11.     I take my meal break before the beginning of my fifth hour of work.  Because I am regularly scheduled to start work at 6:00 a.m., I usually take my meal break between 10:00 or 11:00 a.m.

12.     When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break.  If I forgot to clock out or in for my meal break, I tell Diana Rodriguez and she fills out a MPF on my behalf.

13.     I am free to do whatever I want during my meal breaks.  I prefer to take my lunch breaks in the office breakroom.  During my meal break, I am not required to be available to work in any way.  I always take the full 30 minutes of my meal break.

2

14.    I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break. I have never heard other Menzies employees complain about being unable to take a meal break.

15.    During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

16.    Regardless of the reasons why I choose to take or not take a second 30-minute break, I know that Menzies provides me the opportunity to take a second 30-minute break for shifts lasting longer than ten hours. I also know that, if on a given day I do not take a second break, I did not do so because I chose not to do so.

17.    I have never been told that I cannot take a second break for a shift lasting longer than ten hours, and I have never had a request for a second break on a shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a second break. I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours or that any Menzies employee has been pressured to forego a second break. I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours.

18.    When I work a shift more than 3.5 hours, Menzies makes available to me a 15-minute rest break. If I work more than six hours, Menzies makes available to me a second 15-minute rest break. If I work more than 10 hours, Menzies makes available to me a third 15-minute rest break. The breaks are staggered so the specific time of my break sometimes varies. I

3

have ample downtime between flights, so the timing and duration of my rest breaks vary, but I always have opportunities to take them during the course of my shift.

19.     My first break is approximately 3 hours into my shift.

20.     My second break is approximately 6 hours into my shift.

21.     My third break is approximately 10 hours into my shift.

22.     I do not clock out when I take a rest break. I usually take my rests breaks in the air-conditioned on-site trailer at the fuel farm, which is stocked with beverages, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

23.     I have never purchased any item I needed for my work at Menzies.  I was required to have steel-toed work boots for my work at Menzies, and Menzies purchased the boots for me. I am aware that Menzies has a policy prohibiting employees from using their cell phones during work, but that employees may voluntarily use their personal cell phones to access the ADP system to access the online timeclock.  I voluntarily chose to use my personal cell phone to access ADP because it is more convenient, but I know that Menzies also provides time clocks so I am not required to use my cell phone to clock in and out.  I also occasionally use my personal phone to communicate with my team.  As with the ADP application, I voluntarily use my personal phone for work communications and do not feel obligated to use it by anyone on my teams.

24.     I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive

4

treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on May 30, 2023 in Ontario, California.

300239

Christopher Black

5

## DECLARATION OF MARY ANTONETTE BLANCO

I, Mary Antonette Blanco, hereby state and declare as follows:

1.     I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.     I work for Menzies Aviation (USA), Inc. ("Menzies") as a Cargo Agent at the San Francisco International Airport location. I am paid on an hourly basis. I have worked in this position since approximately 2017. As a Cargo Agent, I conduct import-export, help drivers with pick up and drop, answer phone calls, and related tasks.

3.     When I show up to work and clock in for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I do not do any work when I am not clocked in.

4.     If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

5.     I am clocked in at all times that I am performing work for Menzies. After I clock out, I do not continue to work. No one at Menzies has ever asked me to perform work before or after I clock out or to clock out and continue to work.

6.     When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay. When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

7.      To my knowledge, I have never not been paid for overtime hours that I have worked.

8.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

9.      When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break. This meal break is typically at same time each day I work. My manager reminds me to take a meal break.

10.     I take my meal break before the beginning of my fifth hour of work. Because I am regularly scheduled to start work at 6:30 a.m., I usually take my meal break at 11:00 a.m. or before 11:30 a.m.

11.     When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. If I forgot to clock out or in for my meal break, I submit a MPF and there is a basket where I put the physical MPF.

12.     I am free to do whatever I want during my meal breaks. During my meal break, I generally eat my lunch, check my cell phone, and watch Youtube. During my meal break, I am not required to be available to work in any way. I always take the full 30 minutes of my meal break.

13.     I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break. I have never heard other Menzies employees complain about being unable to take a meal break.

4867-8569-7127.1

14.    When I work a shift more than 3.5 hours, Menzies makes available to me a 15-minute rest break. If I work more than 6 hours, Menzies makes available to me a second 15-minute rest break. The specific time of my break sometimes varies. I experience periods of downtime, due to the fluctuations in cargo. For instance, I could have lots of cargo or little cargo, depending on the day, so I take my breaks in accordance with those varying periods of downtime.

15.    My first break is approximately 2.5 hours into my shift.

16.    My second break is approximately 6 hours into my shift.

17.    I do not clock out when I take a rest break. I usually take my rests breaks outside, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I typically check my phone, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a rest break.

18.    I have never purchased any item I needed for my work at Menzies. I was required to have steel-toed work boots for my work at Menzies, and Menzies purchased the boots for me. I am aware that Menzies has a policy prohibiting employees from using their cell phones during work. I voluntarily chose to use my personal cell phone to communicate with other employees when conducting export, but that is my personal choice, as I could use a radio.

//

//

//

//

//

3

19.    I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 2, 2023 in San Francisco, California.

_____
Mary Antonette Blanco

## DECLARATION OF LOUIS BURKE

I, Louis Burke, hereby state and declare as follows:

1. I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2. I work for Menzies Aviation (USA), Inc. ("Menzies") as a Cargo Handler at the Los Angeles, California location. I am paid on an hourly basis. I have worked in this position since approximately 2015. As a Cargo Handler, I accept cargo, make sure it is documented in the waybill, weigh and measure cargo, and check that the correct quantity of cargo is delivered.

3. I previously worked for Menzies as a Ground Support Equipment ("GSE") Parts Purchaser from approximately 2000 to 2015 at the Los Angeles, California location.

4. In the course of my employment at Menzies, I am represented by a union and I understand that the union is there, in part, to help me grieve any issues with respect to meal breaks, rest breaks, or expense reimbursements.

5. When I show up to work and clock in for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I do not do any work when I am not clocked in.

6. If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF"), either the physical copy or an electronic version through the UKG Dimensions ("UKG") application, to request an adjustment to my time records. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

7.      I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before I clock in or after I clock out or to clock out and continue to work.

8.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

9.      To my knowledge, I have never not been paid for overtime hours that I have worked.

10.     I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies when I started my employment.  I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

11.     When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break.  This meal break is generally at the same time each day I work.

12.     I take my meal break before the beginning of my fifth hour of work.  Because I am regularly scheduled to start work at 5:00 a.m., I usually take my meal break at 9:00 a.m. or 9:30 a.m.

13.     When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break.  If I forgot to clock out or in for my meal break, I fill out an MPF using the UKG application on my personal cell phone.

14.     I am free to do whatever I want during my meal breaks.  During my meal breaks, I prepare my food (often using the microwave) and eat in the breakroom.  During my meal break,

2

I am not required to be available to work in any way. I always take the full 30 minutes of my meal break.

15.    I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break. I have never heard other Menzies employees complain about being unable to take a meal break.

16.    During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

17.    I have worked shifts lasting longer than ten hours during my employment with Menzies. On those shifts, I have chosen to take a second 30-minute break because I felt that I wanted a second break. Should I choose to take a second break, Menzies provides me the opportunity to do so.

18.    I have never been told that I cannot take a second break for a shift lasting longer than ten hours, and I have never had a request for a second break on a shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a second break. I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours or that any Menzies employee has been pressured to forego a second break. I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours.

19.    When I work a shift more than 2 hours, Menzies makes available to me a 10-minute rest break. If I work more than six hours, Menzies makes available to me a second 10-minute rest break. If I work more than 10 hours, Menzies makes available to me a third 10-

3

minute rest break.  The specific time of my breaks sometimes varies, in part because there is ample downtime during shifts for breaks.  For instance, I could be waiting on a cargo driver to deliver cargo, which could take thirty or forty-five minutes.

20.    My first break is approximately 2 hours into my shift.

21.    My second break is approximately 6 hours into my shift.

22.    My third break is approximately 10 hours into my shift.

23.    I do not clock out when I take a rest break.  I usually take my rests breaks in the breakroom, where I typically eat snacks and relax, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way.  No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a rest break.

24.    I have never purchased any item I needed for my work at Menzies.  I was required to have steel-toed work boots for my work at Menzies, and Menzies purchased the boots for me. I am aware that Menzies has a policy prohibiting employees from using their cell phones during work, but that employees may voluntarily use their personal cell phones to access the UKG application to access the online timeclock.  I voluntarily chose to use my personal cell phone to access UKG because it is more convenient, but I know that Menzies also provides time clocks and paper MPFs, so I am not required to use my cell phone to clock in and out or to adjust my time records.  I also occasionally use my personal cell phone to take photographs of equipment to show to my manager, but as with the UKG application, this was voluntary and I do not feel obligated to use my personal cell phone to perform my job duties.

25.     I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on May 31, 2023 in Los Angeles, California.

Louis Burke

5

## DECLARATION OF KRISTIANNE DEL MUNDO

I, Kristianne Del Mundo, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation ("Menzies") as a Fuel System Operator at the San Francisco International Airport Fueling operation location. I am paid on an hourly basis. I have worked in this position since December 5, 2014. My job duties generally include monitoring fuel systems across the airport, diagnostics of the systems, and dispatching personnel to address any issues that require attention. I work at a computer and my work is a desk job.

3.      When I show up to work and clock in and out for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I do not do any work when I am not clocked in.

4.      If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

5.      I am clocked in at all times that I am performing work for Menzies. After I clock out, I do not continue to work. No one at Menzies has ever asked me to perform work before or after I clock out or clock out and continue to work.

6.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay. When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

7.    To my knowledge, I have never not been paid for overtime hours that I have worked.

8.    I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

9.    Menzies provides me the opportunity to take a meal break every day, and when it is time for my meal break, another Fuel System Operator relieves me of duty so that I can leave my desk for my break. Fuel System Operators work on one of three shifts, which are scheduled from 5:00 a.m. to 1:30 p.m., 1:00 p.m. to 9:30 p.m., and 9:00 p.m. to 5:30 a.m. I work the shift starting at 1:00 p.m., and I work out the time for my meal break in collaboration with the other Fuel System Operators so we can relieve each other at our convenience. While I do not necessarily take my meal break at the same time every day, I know to take my meal break by the end of the fifth hour of work and do so.

10.    The practice for Fuel System Operators is not to punch out and then back in for lunch. Instead, every week, we report our meal break times for each shift to our manager on a form Menzies maintains, and Menzies keeps that documentation to my understanding.

11.    I am free to do whatever I want during my meal breaks, although I typically take them in the lunch room at the Tank Farm. During my meal break, I am not required to be available to work in any way. I always take the full 30 minutes of my meal break.

12.    Because Fuel System Operators specifically have relief available for meal breaks, it is very unusual that I do not take a meal break or would have to start it after five hours of work. However, when that occurs for whatever reason, I know that I can report that to my

2

manager and would do so on the weekly form Menzies provides and receive a missed meal period premium. My manager Nicole Stewart is excellent at making sure we accurately report our meal break times and making sure I receive a meal period premium if I do not have an opportunity to take a meal break or start one later than five hours.

13.     I have never been told I am unable to take a meal break, or if my work does not allow it, that I am not able to request and receive a meal period premium. I have never felt pressure to not take a meal break and never felt pressure not to request and receive a meal period premium if my schedule did not allow a break or required a late break. I have never heard other Menzies employees complain about being unable to take a meal break when their schedule allows or about not being able to receive a meal period premium if the schedule did not allow a break or required a late break.

14.     During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

15.     I have worked shifts lasting longer than ten hours during my employment with Menzies, although it is not common for me to work that many hours on a shift. On some of those shifts, I have chosen to take a second 30-minute break because I felt on that specific date that I wanted a second break. On other occasions, I chose not to take a second break. Should I choose to take a second break, Menzies provides me the opportunity to do so.

16.     On the days where I work longer than ten hours but choose not to take a second 30-minute break, my reasons for choosing not to take a second break are different depending on the day. For example, on some occasions, when it looks like my shift will go beyond ten working hours but I think I will not work much longer than ten hours, I will decide not to take a

second break so I can finish up my work earlier in the day rather than spending a longer total period of time at work. On other days when I work longer then ten hours but choose not to take a second break, I will have plans for after work or somewhere to get to after my shift, so I want to keep working and finish my shift as soon as I can so that I can make it to my other plans sooner.

17.    I also sometimes choose not to take a second break because I like the fact that I earn more money per hour later in a shift. I know that by the time I have worked ten hours, I earn 1.5 times my normal hourly rate, and I also know that after I complete twelve working hours in a day, I earn twice my normal hourly rate. In those situations, I want to maximize the amount of time I can get at overtime and double time rates, so I do not want to take a break and possibly reduce the number of hours I can get at higher rates of pay.

18.    Regardless of the reasons why I choose to take or not take a second 30-minute break, I know that Menzies provides me the opportunity to take a second 30-minute break for shifts lasting longer than ten hours. I also know that, if on a given day I do not take a second break, I did not do so because I chose not to do so.

19.    If I do work a shift longer than ten hours and want to second meal break, but for whatever reason am not able to, I know to report this to my manager so that I can get a missed meal period premium. I cannot recall an instance where I have not gotten a second break I wanted to take or had a late second break I wanted to take and not been able to get the premium. Nicole Stewart is also excellent at making sure that if we did not take a second meal break, it was because we did not want it, or if we wanted it, we complete the documentation and get the meal period premiums.

4

20.     I have never been told that I cannot take a second break for a shift lasting longer than ten hours, or if my work does not allow it, that I am not able to request and receive a meal period premium, and I have never had a request for a second break that I wanted to take on a shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a second break and never felt pressure not to request and receive a meal period premium if my schedule did not allow a second break that I wanted to take. I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours when their schedule allows or that any Menzies employee has been pressured to forego a second break they wanted to take or not being able to receive a meal period premium if the schedule did not allow a second break they wanted to take. I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours and not being able to request and receive a meal period premium.

21.     When I work a shift more than 3.5 hours, Menzies makes available to me a ten-minute rest break. If I work more than six hours, Menzies makes available to me a second ten-minute rest break. If I work more than 10 hours, Menzies makes available to me a third ten-minute rest break. Much like we do with meal breaks, Fuel System Operators relieve each other for rest breaks and we can leave our workstation.

22.     While we do not follow a set schedule to relieve each other for rest breaks, my first break is approximately 2 hours into my shift.

23.     My second break is approximately 6 hours into my shift.

24.     If I work a shift over ten hours, I will take a third break approximately 10 hours into my shift.

5

25.     In addition to these rest breaks when I am relieved from my workstation, the nature of the work I perform creates a lot of "down time" where there is nothing I need to specifically be doing at any particular time. This happens for lengthy periods of time every shift. During these periods of "down time," I am not performing any specific tasks and can effectively take a duty-free rest break.

26.     I do not clock out when I take a rest break. I usually take my rests breaks in the lunch room, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

27.     Because of the regular nature of my work, I cannot recall an occasion where I have not taken my rest breaks during a shift. However, I know that if I did miss a rest break, I could also report this to my manager and receive a missed rest break premium.

28.     I have never purchased any item I needed for my work at Menzies. Menzies provides us with both radios and a company cell phone to perform our work and covers the cost of that equipment. We can also use the company cell phone also access the ADP system to access the online timeclock to punch in and out if we want. I know that I am not required to use my personal phone for any work purpose and that if I do so, I am voluntarily choosing to do so.

29.     I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

6

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on June 2, 2023 in San Francisco, California.

Kristianne Del Mundo

## DECLARATION OF PHUONG DO

I, Phuong Do, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation ("Menzies") as a Fuel System Operator at the San Francisco International Airport Fueling operation location. I am paid on an hourly basis. I have worked in this position since June 21, 2005. My job duties generally include monitoring fuel systems across the airport, diagnostics of the systems, and dispatching personnel to address any issues that require attention. I work at a computer and my work is a desk job.

3.      When I show up to work and clock in and out for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I do not do any work when I am not clocked in.

4.      If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

5.      I am clocked in at all times that I am performing work for Menzies. After I clock out, I do not continue to work. No one at Menzies has ever asked me to perform work before or after I clock out or clock out and continue to work.

6.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay. When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

7.    To my knowledge, I have never not been paid for overtime hours that I have worked.

8.    I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

9.    Menzies provides me the opportunity to take a meal break every day, and when it is time for my meal break, another Fuel System Operator relieves me of duty so that I can leave my desk for my break. Fuel System Operators work on one of three shifts, which are scheduled from 5:00 a.m. to 1:30 p.m., 1:00 p.m. to 9:30 p.m., and 9:00 p.m. to 5:30 a.m. I work the shift starting at 5:00 a.m., and I work out the time for my meal break in collaboration with the other Fuel System Operators so we can relieve each other at our convenience. While I do not necessarily take my meal break at the same time every day, I know to take my meal break by the end of the fifth hour of work and do so.

10.    The practice for Fuel System Operators is not to punch out and then back in for lunch. Instead, every week, we report our meal break times for each shift to our manager on a form Menzies maintains, and Menzies keeps that documentation to my understanding.

11.    I am free to do whatever I want during my meal breaks, although I typically take them in the lunch room at the Tank Farm. During my meal break, I am not required to be available to work in any way. I always take the full 30 minutes of my meal break.

12.    Because day shift Fuel System Operators specifically have relief available for meal breaks, it is very unusual that I do not take a meal break or would have to start it after five hours of work. However, when that occurs for whatever reason, I know that I can report that to

2

my manager and would do so on the weekly form Menzies provides and receive a missed meal period premium. My manager Nicole Stewart is excellent at making sure we accurately report our meal break times and making sure I receive a meal period premium if I do not have an opportunity to take a meal break or start one later than five hours.

13.     I have never been told I am unable to take a meal break, or if my work does not allow it, that I am not able to request and receive a meal period premium. I have never felt pressure to not take a meal break and never felt pressure not to request and receive a meal period premium if my schedule did not allow a break or required a late break. I have never heard other Menzies employees complain about being unable to take a meal break when their schedule allows or about not being able to receive a meal period premium if the schedule did not allow a break or required a late break.

14.     During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

15.     I have worked shifts lasting longer than ten hours during my employment with Menzies, although it is not common for me to work that many hours on a shift. On some of those shifts, I have chosen to take a second 30-minute break because I felt on that specific date that I wanted a second break. On other occasions, I chose not to take a second break. Should I choose to take a second break, Menzies provides me the opportunity to do so.

16.     On the days where I work longer than ten hours but choose not to take a second 30-minute break, my reasons for choosing not to take a second break are different depending on the day. For example, on some occasions, when it looks like my shift will go beyond ten working hours but I think I will not work much longer than ten hours, I will decide not to take a

3

second break so I can finish up my work earlier in the day rather than spending a longer total period of time at work. On other days when I work longer then ten hours but choose not to take a second break, I will have plans for after work or somewhere to get to after my shift, so I want to keep working and finish my shift as soon as I can so that I can make it to my other plans sooner.

17.    I also sometimes choose not to take a second break because I like the fact that I earn more money per hour later in a shift. I know that by the time I have worked ten hours, I earn 1.5 times my normal hourly rate, and I also know that after I complete twelve working hours in a day, I earn twice my normal hourly rate. In those situations, I want to maximize the amount of time I can get at overtime and double time rates, so I do not want to take a break and possibly reduce the number of hours I can get at higher rates of pay.

18.    Regardless of the reasons why I choose to take or not take a second 30-minute break, I know that Menzies provides me the opportunity to take a second 30-minute break for shifts lasting longer than ten hours. I also know that, if on a given day I do not take a second break, I did not do so because I chose not to do so.

19.    If I do work a shift longer than ten hours and want to second meal break, but for whatever reason am not able to, I know to report this to my manager so that I can get a missed meal period premium. I cannot recall an instance where I have not gotten a second break I wanted to take or had a late second break I wanted to take and not been able to get the premium. Nicole Stewart is also excellent at making sure that if we did not take a second meal break, it was because we did not want it, or if we wanted it, we complete the documentation and get the meal period premiums.

4

20.    I have never been told that I cannot take a second break for a shift lasting longer than ten hours, or if my work does not allow it, that I am not able to request and receive a meal period premium, and I have never had a request for a second break that I wanted to take on a shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a second break and never felt pressure not to request and receive a meal period premium if my schedule did not allow a second break that I wanted to take. I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours when their schedule allows or that any Menzies employee has been pressured to forego a second break they wanted to take or not being able to receive a meal period premium if the schedule did not allow a second break they wanted to take. I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours and not being able to request and receive a meal period premium.

21.    When I work a shift more than 3.5 hours, Menzies makes available to me a ten-minute rest break. If I work more than six hours, Menzies makes available to me a second ten-minute rest break. If I work more than 10 hours, Menzies makes available to me a third ten-minute rest break. Much like we do with meal breaks, Fuel System Operators relieve each other for rest breaks and we can leave our workstation.

22.    While we do not follow a set schedule to relieve each other for rest breaks, my first break is approximately 2 hours into my shift.

23.    My second break is approximately 6 hours into my shift.

24.    If I work a shift over ten hours, I will take a third break approximately 10 hours into my shift.

5

25.     In addition to these rest breaks when I am relieved from my workstation, the nature of the work I perform creates a lot of "down time" where there is nothing I need to specifically be doing at any particular time.  This happens for lengthy periods of time every shift. During these periods of "down time," I am not performing any specific tasks and can effectively take a duty-free rest break.

26.     I do not clock out when I take a rest break. I usually take my rests breaks in the lunch room, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

27.     Because of the regular nature of my work, I cannot recall an occasion where I have not taken my rest breaks during a shift.  However, I know that if I did miss a rest break, I could also report this to my manager and receive a missed rest break premium.

28.     I have never purchased any item I needed for my work at Menzies.  Menzies provides us with both radios and a company cell phone to perform our work and covers the cost of that equipment.  We can also use the company cell phone also access the ADP system to access the online timeclock to punch in and out if we want. I know that I am not required to use my personal phone for any work purpose and that if I do so, I am voluntarily choosing to do so.

29.     I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

6

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on June 2, 2023 in San Francisco, California.

Phuong Do

4867-8569-7127.1

## DECLARATION OF MICHAEL ESWAGEN

I, Michael Eswagen, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation (USA), Inc. ("Menzies") as a Cargo Agent, Team Lead at the Ontario, California location. I am paid on an hourly basis. I have worked in this position since October 25, 2022. My job duties including offloading cargo planes, removing containers from aircraft and placing them back on, general ground security duties which includes contacting mechanics and dispatch agents to ensure planes are in full working order.

3.      I was first hired as a Cargo Agent for Menzies in March of 2022 but was promoted later that year.

4.      When I show up to work and clock in for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I do not do any work when I am not clocked in and am often reminded not to worry about any other work after I have clocked out.

5.      If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled. If I do not want to enter the adjustment directly I can ask Diana Rodriguez to adjust my time on my behalf.

6.      I am clocked in at all times that I am performing work for Menzies. After I clock out, I do not continue to work. No one at Menzies has ever asked me to perform work before I clock in or after I clock out or to clock out and continue to work.

4867-8569-7127.1

7.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

8.      To my knowledge, I have never not been paid for overtime hours that I have worked.

9.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies when I started my employment.  I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

10.     When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break.  This meal break is typically after the morning flight departs.  My manager, Stephanie Flores, reminds me to take a meal break.

11.     I take my meal break before the beginning of my fifth hour of work.  Because I am regularly scheduled to start work at 4:00 a.m., I usually take my meal break at 8:30 a.m.

12.     When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. If I forgot to clock out or in for my meal break, I input that deviation on the mobile application or ask Human Resources to adjust my hours accordingly.

13.     I am free to do whatever I want during my meal breaks.  I typically take my meal breaks in the break room.  During my meal break, I am not required to be available to work in any way.  I always take the full 30 minutes of my meal break.  If someone notifies me of an

2

emergency during my meal break, I advise them that I am taking my lunch, and they then find another employee to handle the issue until I return.

14.    On the rare occasion that I miss a meal break, get a meal break late, or do not get a full 30 minute meal break because of flight scheduling and demands outside of our control, I work with my manager, Stephanie Flores, to fill out a MPF to request a meal period premium.

15.    I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break. I have never heard other Menzies employees complain about being unable to take a meal break.

16.    In connection with my employment with Menzies, I signed a paper titled "Waiver of Second Meal Period," in which I agreed that I could I waive second 30-minute breaks if I did not waive my first meal break. I was not pressured in any way to sign that form. For example, I was not told that Menzies would refuse to hire me unless I signed the form, and no one told me or suggested to me that there would be any type of negative consequence if I declined to sign the form. I read the form and understood it before I signed it, and I voluntarily decided to sign the form. Since signing the form, I am offered the opportunity to take second 30-minute meals breaks for my shifts greater than ten hours. In some cases I have decided to take a second meal break and in others I have chosen not to take them. I have never understood, and it has never been told to me, that by signing the form I was giving up the right to take second breaks.

17.    During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is to provide me a second 30-minute break unless I voluntarily forego that break in accordance with my signed waiver.

3

18.     I have worked shifts lasting longer than ten hours during my employment with Menzies.  On some of those shifts, I have chosen to take a second 30-minute break because I felt on that specific date that I wanted a second break.  On other occasions, I chose not to take a second break.  Should I choose to take a second break, Menzies provides me the opportunity to do so.

19.     On the days where I work longer than ten hours but choose not to take a second 30-minute break, my reasons for choosing not to take a second break are different depending on the day.  For example, on some occasions, we frequently wait during slow periods and I choose to use these periods to recover from work rather than clock out for a full 30-minute meal period.

20.     I also sometimes choose not to take a second break because I like the fact that I earn more money per hour later in a shift.  I know that by the time I have worked ten hours, I earn 1.5 times my normal hourly rate, and I also know that after I complete twelve working hours in a day, I earn twice my normal hourly rate.  In those situations, I want to maximize the amount of time I can get at overtime and double time rates, so I do not want to take a break and possibly reduce the number of hours I can get at higher rates of pay.  This is especially true for me on shifts lasting longer than twelve hours, when, because of double time rates, I want to continue working every minute that Menzies will allow me to work rather than taking another unpaid break.

21.     Regardless of the reasons why I choose to take or not take a second 30-minute break, I know that Menzies provides me the opportunity to take a second 30-minute break for shifts lasting longer than ten hours.  I also know that, if on a given day I do not take a second break, I did not do so because I chose not to do so.

4

22.    I have never been told that I cannot take a second break for a shift lasting longer than ten hours, and I have never had a request for a second break on a shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a second break. I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours or that any Menzies employee has been pressured to forego a second break. I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours.

23.    When I work a shift more than 3.5 hours, Menzies makes available to me at least a 10-minute rest break but sometimes longer depending on the downtime we experience. If I work more than six hours, Menzies makes available to me a second rest break of at least 10 minutes. If I work more than 10 hours, Menzies makes available to me a third 10-minute rest break. Because of the nature of my work, the timing and duration of these breaks are variable.

24.    My first break is approximately 3.5 hours into my shift.

25.    My second break is approximately 6 hours into my shift.

26.    My third break is approximately 10 hours into my shift.

27.    I do not clock out when I take a rest break. I usually take my rests breaks in the break room, but there is no restriction on my leaving Menzies's property. My coworkers will occasionally drive to the nearest gas station during their rest breaks. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

5

28.    Menzies has always provided me with the item I need for my work.  I have at times chosen to spend my own money purchasing products that I personally prefer but have not requested reimbursement because I understand that this was not required for me to perform my job duties.  I was required to have steel-toed work boots for my work at Menzies, and Menzies purchased the boots for me.  As with my practice stated above, I have also purchased my own steel-toed boots and elected not to request reimbursement.  I am aware that Menzies has a policy prohibiting employees from using their cell phones during work, but that employees may voluntarily use their personal cell phones to access the ADP system to access the online timeclock.  I voluntarily chose to use my personal cell phone to access ADP because it is more convenient, but I know that Menzies also provides time clocks so I am not required to use my cell phone to clock in and out.  I also use my personal phone to communicate with my coworkers but I have adopted this practice voluntarily and as a matter of personal preference.

29.    I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on May 30, 2023 in Ontario, California.

Michael Eswagen

6

## DECLARATION OF WESLEY FAATALALE

I, Wesley Faatalale, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation (USA), Inc. ("Menzies") as a Fueler at the San Francisco International Airport location. I am paid on an hourly basis. I worked in this position from May 2017 to December 2018, and then approximately August 2021 to present. As a Fueler, I drive a company-fueling truck to each of my flights, connect hoses to couplings, and fuel aircrafts. Once I am done fueling, I reverse the connection process and disconnect the hoses.

3.      In the course of my employment at Menzies, I am represented by a union and I understand that the union is there, in part, to help me grieve any issues with respect to meal breaks, rest breaks, or expense reimbursements.

4.      When I show up to work and clock in for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I clock in and out using the Kronos system, which is a biometric machine that scans my fingerprint. I do not do any work when I am not clocked in.

5.      If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records. The MPF is a physical form that I fill out and give to either my manager or the on-duty supervisor. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

6.      I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before or after I clock out or to clock out and continue to work.

7.      My typical shift is from 3:45 a.m. to 11:45 a.m., with Thursdays and Fridays off. When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

8.      To my knowledge, I have never not been paid for overtime hours that I have worked.

9.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies when I started my employment.  I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

10.     When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break.  This meal break is typically at 8:00 a.m., and no later than 8:30 a.m., each day I work.  I always take my meal break before the beginning of my fifth hour of work.  On some occasions, my manager reminds me to take a meal break.

11.     When it is time for me to take a meal break, I do not clock out.  I am paid by Menzies for my meal break.

12.     I am free to do whatever I want during my meal breaks.  During my meal breaks, I typically eat my lunch, smoke, and use the restroom.  During my meal break, I am not required to be available to work in any way.  I always take the full 30 minutes of my meal break.

2

13.    I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break. I have never heard other Menzies employees complain about being unable to take a meal break.

14.    During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

15.    While it does not happen too often, I have worked shifts lasting longer than ten hours during my employment with Menzies. In the instances in which I have worked a shift lasting longer than ten hours, I have always chosen to take a second 30-minute break.

16.    I have never been told that I cannot take a second break for a shift lasting longer than ten hours, and I have never had a request for a second break on a shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a second break. I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours or that any Menzies employee has been pressured to forego a second break. I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours.

17.    When I work a shift more than 3.5 hours, Menzies makes available to me at least a 15-minute rest break. If I work more than six hours, Menzies makes available to me a second 15-minute rest break. If I work more than 10 hours, Menzies makes available to me a third 15-minute rest break. The specific times in which I take my rest breaks varies. I experience frequent periods of downtime because of flight schedules, so I take my breaks in accordance with those varying periods of downtime.

18.     My first break is approximately 2 hours into my shift.

19.     My second break is approximately 6 hours into my shift.

20.     I do not clock out when I take a rest break.  During my rest breaks, I typically smoke, use my cell phone, or go to the restroom.  When I take my rest breaks, I am not required to be available to work in any way.  No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break.  I have never heard other Menzies employees complain about being unable to take a rest break.

21.     Menzies has provided me with everything I need to do my job.  I was required to have steel-toed work shoes for my work at Menzies, and Menzies purchased the shoes for me.  While I also purchased my own pair of steel-toed work shoes, that was a voluntary purchase, and based on a personal preference (fit and a style of the shoe).  I am aware that Menzies has a policy prohibiting employees from using their cell phones during work.  I do not use my personal cell phone while working, nor do I need to do so to perform any of my job duties.

22.     I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on June 2, 2023 in San Francisco, California.

Wesley Faatalale

4

4867-8569-7127.1

## DECLARATION OF FANGIA FINAU

I, Fangia Finau, hereby state and declare as follows:

1.  I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.  I work for Menzies Aviation ("Menzies") as a Mechanic at the San Francisco International Airport Fueling operation location. I am paid on an hourly basis. I have worked in this position since July 17, 2014. My job duties include performing maintenance and repair work for the hydrant system used to pump jet fuel from the Airport tank farm to the passenger gates and other locations, where fuel carts and other equipment are used to load fuel directly onto aircraft. A significant part of my time is spent inspecting the fueling "pits" underneath the area of aircraft gates. A lot of this work occurs out on the airport "field" as opposed to a fixed location or a Menzies office.

3.  When I show up to work and clock in and out for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I do not do any work when I am not clocked in.

4.  If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

5.  I am clocked in at all times that I am performing work for Menzies. After I clock out, I do not continue to work. No one at Menzies has ever asked me to perform work before or after I clock out or clock out and continue to work.

6.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay. When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

7.      To my knowledge, I have never not been paid for overtime hours that I have worked.

8.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

9.      I start my work every day by checking in at the Menzies office and clocking in for work. I may then spend time at the office gathering parts or equipment and getting my assignments before heading out to the airport "field" to perform my work.

10.      When I work a shift that is longer than five hours, Menzies generally provides me the opportunity to take a meal break. This meal break can be at different times each day I work. Whenever I take a meal break, I am required to come back to the Menzies office for the meal break so that I can be relieved of all duty.

11.      Flight schedules, flight delays, unexpected maintenance issues or repair needs can all have an impact on my day-to-day work. If there is a maintenance issue affecting the fueling systems or potentially creating a hazard, it's important to get that issue resolved as quickly as possible. Sometimes, these occurrences can prevent me from being able to take a meal break, or from taking one before completing my fifth hour of work.

2

12.     Whenever this occurs, I report it to my manager.  In fact, the practice for Mechanics is not to punch out and then back in for lunch even when we take meal breaks. Instead, every week, we report our meal break times for each shift to our manager on a form Menzies maintains, and Menzies keeps that documentation to my understanding.  If I am not able to take a meal break or take it after the end of my fifth hour of work, I report this on my form and my manager ensures I receive a meal period premium.

13.     Over the course of my employment with Menzies, I have received many meal period premiums, and I cannot think of a single time when I did not get the opportunity to take a meal break, or did not start my meal break before the end of my fifth hour of work, and did not receive a meal period premium.

14.     When I am able to take a meal break, even if after the fifth hour of work, I am free to do whatever I want during my meal breaks.  I come back to the office to start the break so I am relieved of duties and then I typically will take my break in the lunch room.  During my meal break, I am not required to be available to work in any way.   I always take the full 30 minutes of my meal break when I am able to take it.

15.     I have never been told I am unable to take a meal break, or if my work does not allow it, that I am not able to request and receive a meal period premium.  I have never felt pressure to not take a meal break when my schedule allows and never felt pressure not to request and receive a meal period premium if my schedule did not allow a break or required a late break. I have never heard other Menzies employees complain about being unable to take a meal break when their schedule allows or about not being able to receive a meal period premium if the schedule did not allow a break or required a late break.

3

16.    During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

17.    I have worked shifts lasting longer than ten hours during my employment with Menzies. On some of those shifts, I have chosen to take a second 30-minute break because I felt on that specific date that I wanted a second break. On other occasions, I chose not to take a second break. Should I choose to take a second break, Menzies often provides me the opportunity to do so unless the nature of the work that day does not permit it.

18.    On the days where I work longer than ten hours but choose not to take a second 30-minute break, my reasons for choosing not to take a second break are different depending on the day. For example, on some occasions, when it looks like my shift will go beyond ten working hours but I think I will not work much longer than ten hours, I will decide not to take a second break so I can finish up my work earlier in the day rather than spending a longer total period of time at work.

19.    I also sometimes choose not to take a second break because I like the fact that I earn more money per hour later in a shift. I know that by the time I have worked ten hours, I earn 1.5 times my normal hourly rate, and I also know that after I complete twelve working hours in a day, I earn twice my normal hourly rate. In those situations, I want to maximize the amount of time I can get at overtime and double time rates, so I do not want to take a break and possibly reduce the number of hours I can get at higher rates of pay. This is especially true for me on shifts lasting longer than twelve hours, when, because of double time rates, I want to continue working every minute that Menzies will allow me to work rather than taking another unpaid break.

4

20.     Regardless of the reasons why I choose to take or not take a second 30-minute

break, I know that Menzies provides me the opportunity to take a second 30-minute break for

shifts lasting longer than ten hours. I also know that, if on a given day I do not take a second

break, I did not do so because I chose not to do so.

21.     If I do work a shift longer than ten hours and want to second meal break, but for

whatever reason am not able to, I know to report this to my manager so that I can get a missed

meal period premium. I cannot recall an instance where I have not gotten a second break I

wanted to take or had a late second break I wanted to take and not been able to get the premium.

Nicole Stewart is also excellent at making sure that if we did not take a second meal break, it was

because we did not want it, or if we wanted it, we complete the documentation and get the meal

period premiums.

22.     I have never been told that I cannot take a second break for a shift lasting longer

than ten hours, or if my work does not allow it, that I am not able to request and receive a meal

period premium, and I have never had a request for a second break that I wanted to take on a

shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a

second break and never felt pressure not to request and receive a meal period premium if my

schedule did not allow a second break that I wanted to take. I have never heard that any other

Menzies employee has ever been told he or she could not take a second break on a shift lasting

longer than ten hours when their schedule allows or that any Menzies employee has been

pressured to forego a second break they wanted to take or not being able to receive a meal period

premium if the schedule did not allow a second break they wanted to take. I also have never

heard about any employee complaints about not being provided the opportunity to take a second

break for a shift lasting longer than ten hours and not being able to request and receive a meal
period premium.

23.      When I work a shift more than 3.5 hours, Menzies makes available to me a ten-
minute rest break. If I work more than six hours, Menzies makes available to me a second ten-
minute rest break. If I work more than 10 hours, Menzies makes available to me a third ten-
minute rest break. The breaks are staggered so the specific time of my break sometimes varies.

24.      Even though the nature of my work has me out in the "field" and flight schedules,
flight delays, unexpected maintenance issues or repair needs can all have an impact on my day-
to-day work, there is also a lot of "down time" during every shift. For example, I spend much of
my day working in and inspecting the fueling pits, but I cannot do that work whenever there is an
aircraft parked at the gate. I often spend a lot of time each day waiting for aircraft to leave the
gates so I can enter and inspect a pit, with these periods ranging anywhere from ten minutes to as
much as an hour. I am not able to perform any duties during these periods of "down time" and
they are duty-free time on the clock. I often use these periods of "down time" to take frequent
and prolonged rest breaks and they occur at multiple points during every shift.

25.      Because of these downtime periods, I am able to take multiple rest breaks
routinely during the course of my shift. And if for some reason I cannot take a rest break, I know
to report it to my manager when I submit my meal periods so I can receive a rest period
premium.

26.      I do not clock out when I take a rest break. Even when I take my rest breaks in the
field, I am not required to be available to work in any way. No one has ever told me I cannot take
a rest break and I have not felt pressured to not take a rest break. I have never heard other
Menzies employees complain about being unable to take a meal break.

6

27.     Because of the amount of down time I have on every shift, I cannot recall an
occasion where I did not receive multiple rest breaks during a shift. However, I know that if I
did miss a rest break, I could also report this to my manager and receive a missed rest break
premium.

28.     I have never purchased any item I needed for my work at Menzies. Menzies
provides us with both radios and a company cell phone to perform our work and covers the cost
of that equipment. We can also use the company cell phone also access the ADP system to
access the online timeclock to punch in and out if we want. I know that I am not required to use
my personal phone for any work purpose and that if I do so, I am voluntarily choosing to do so.

29.     I am executing this declaration voluntarily and of my own free will. No one at
Menzies has pressured me to sign this declaration, promised me any type of benefit or positive
treatment from signing it, or threatened me with negative consequences for deciding not to sign
it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge. Executed on June 9, 2023 in San Francisco, California.

Fangia Finau

7

4867-8569-7127.1

## DECLARATION OF TEVITA FINEANGANOFO

I, Tevita Fineanganofo, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation ("Menzies") as a Mechanic at the San Francisco International Airport Fueling operation location. I am paid on an hourly basis. I have worked in this position since January 16, 2015. My job duties include performing maintenance and repair work for the hydrant system used to pump jet fuel from the Airport tank farm to the passenger gates and other locations, where fuel carts and other equipment are used to load fuel directly onto aircraft. A significant part of my time is spent inspecting the fueling "pits" underneath the area of aircraft gates. A lot of this work occurs out on the airport "field" as opposed to a fixed location or a Menzies office.

3.      When I show up to work and clock in and out for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I do not do any work when I am not clocked in.

4.      If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

5.      I am clocked in at all times that I am performing work for Menzies. After I clock out, I do not continue to work. No one at Menzies has ever asked me to perform work before or after I clock out or clock out and continue to work.

6.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

7.      To my knowledge, I have never not been paid for overtime hours that I have worked.

8.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies when I started my employment.  I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

9.      I start my work every day by checking in at the Menzies office and clocking in for work.  I may then spend time at the office gathering parts or equipment and getting my assignments before heading out to the airport "field" to perform my work.

10.     When I work a shift that is longer than five hours, Menzies generally provides me the opportunity to take a meal break.  This meal break can be at different times each day I work.  Whenever I take a meal break, I am required to come back to the Menzies office for the meal break so that I can be relieved of all duty.

11.     Flight schedules, flight delays, unexpected maintenance issues or repair needs can all have an impact on my day-to-day work.  If there is a maintenance issue affecting the fueling systems or potentially creating a hazard, it's important to get that issue resolved as quickly as possible.  Sometimes, these occurrences can prevent me from being able to take a meal break, or from taking one before completing my fifth hour of work.

12.     Whenever this occurs, I report it to my manager. In fact, the practice for Mechanics is not to punch out and then back in for lunch even when we take meal breaks. Instead, every week, we report our meal break times for each shift to our manager on a form Menzies maintains, and Menzies keeps that documentation to my understanding. If I am not able to take a meal break or take it after the end of my fifth hour of work, I report this on my form and my manager ensures I receive a meal period premium.

13.     Over the course of my employment with Menzies, I have received many meal period premiums, and I cannot think of a single time when I did not get the opportunity to take a meal break, or did not start my meal break before the end of my fifth hour of work, and did not receive a meal period premium.

14.     When I am able to take a meal break, even if after the fifth hour of work, I am free to do whatever I want during my meal breaks. I come back to the office to start the break so I am relieved of duties and then I typically will take my break in the lunch room. During my meal break, I am not required to be available to work in any way. I always take the full 30 minutes of my meal break when I am able to take it.

15.     I have never been told I am unable to take a meal break, or if my work does not allow it, that I am not able to request and receive a meal period premium. I have never felt pressure to not take a meal break when my schedule allows and never felt pressure not to request and receive a meal period premium if my schedule did not allow a break or required a late break. I have never heard other Menzies employees complain about being unable to take a meal break when their schedule allows or about not being able to receive a meal period premium if the schedule did not allow a break or required a late break.

4867-8569-7127.1

16.     During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

17.     I have worked shifts lasting longer than ten hours during my employment with Menzies. On some of those shifts, I have chosen to take a second 30-minute break because I felt on that specific date that I wanted a second break. On other occasions, I chose not to take a second break. Should I choose to take a second break, Menzies often provides me the opportunity to do so unless the nature of the work that day does not permit it.

18.     On the days where I work longer than ten hours but choose not to take a second 30-minute break, my reasons for choosing not to take a second break are different depending on the day. For example, on some occasions, when it looks like my shift will go beyond ten working hours but I think I will not work much longer than ten hours, I will decide not to take a second break so I can finish up my work earlier in the day rather than spending a longer total period of time at work.

19.     I also sometimes choose not to take a second break because I like the fact that I earn more money per hour later in a shift. I know that by the time I have worked ten hours, I earn 1.5 times my normal hourly rate, and I also know that after I complete twelve working hours in a day, I earn twice my normal hourly rate. In those situations, I want to maximize the amount of time I can get at overtime and double time rates, so I do not want to take a break and possibly reduce the number of hours I can get at higher rates of pay. This is especially true for me on shifts lasting longer than twelve hours, when, because of double time rates, I want to continue working every minute that Menzies will allow me to work rather than taking another unpaid break.

4

20.     Regardless of the reasons why I choose to take or not take a second 30-minute

break, I know that Menzies provides me the opportunity to take a second 30-minute break for

shifts lasting longer than ten hours. I also know that, if on a given day I do not take a second

break, I did not do so because I chose not to do so.

21.     If I do work a shift longer than ten hours and want to second meal break, but for

whatever reason am not able to, I know to report this to my manager so that I can get a missed

meal period premium. I cannot recall an instance where I have not gotten a second break I

wanted to take or had a late second break I wanted to take and not been able to get the premium.

Nicole Stewart is also excellent at making sure that if we did not take a second meal break, it was

because we did not want it, or if we wanted it, we complete the documentation and get the meal

period premiums.

22.     I have never been told that I cannot take a second break for a shift lasting longer

than ten hours, or if my work does not allow it, that I am not able to request and receive a meal

period premium, and I have never had a request for a second break that I wanted to take on a

shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a

second break and never felt pressure not to request and receive a meal period premium if my

schedule did not allow a second break that I wanted to take. I have never heard that any other

Menzies employee has ever been told he or she could not take a second break on a shift lasting

longer than ten hours when their schedule allows or that any Menzies employee has been

pressured to forego a second break they wanted to take or not being able to receive a meal period

premium if the schedule did not allow a second break they wanted to take. I also have never

heard about any employee complaints about not being provided the opportunity to take a second

5

break for a shift lasting longer than ten hours and not being able to request and receive a meal period premium.

23.     When I work a shift more than 3.5 hours, Menzies makes available to me a ten-minute rest break. If I work more than six hours, Menzies makes available to me a second ten-minute rest break. If I work more than 10 hours, Menzies makes available to me a third ten-minute rest break. The breaks are staggered so the specific time of my break sometimes varies.

24.     Even though the nature of my work has me out in the "field" and flight schedules, flight delays, unexpected maintenance issues or repair needs can all have an impact on my day-to-day work, there is also a lot of "down time" during every shift. For example, I spend much of my day working in and inspecting the fueling pits, but I cannot do that work whenever there is an aircraft parked at the gate. I often spend a lot of time each day waiting for aircraft to leave the gates so I can enter and inspect a pit, with these periods ranging anywhere from ten minutes to as much as an hour. I am not able to perform any duties during these periods of "down time" and they are duty-free time on the clock. I often use these periods of "down time" to take frequent and prolonged rest breaks and they occur at multiple points during every shift.

25.     Because of these downtime periods, I am able to take multiple rest breaks routinely during the course of my shift. And if for some reason I cannot take a rest break, I know to report it to my manager when I submit my meal periods so I can receive a rest period premium.

26.     I do not clock out when I take a rest break. Even when I take my rest breaks in the field, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

6

27.    Because of the amount of down time I have on every shift, I cannot recall an occasion where I did not receive multiple rest breaks during a shift. However, I know that if I did miss a rest break, I could also report this to my manager and receive a missed rest break premium.

28.    I have never purchased any item I needed for my work at Menzies. Menzies provides us with both radios and a company cell phone to perform our work and covers the cost of that equipment. We can also use the company cell phone also access the ADP system to access the online timeclock to punch in and out if we want. I know that I am not required to use my personal phone for any work purpose and that if I do so, I am voluntarily choosing to do so.

29.    I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June $\underline{8}$ , 2023 in San Francisco, California.

Tevita Fineanganofo

7

## DECLARATION OF ANTONIO FUNES

I, Antonio Funes, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation (USA), Inc. ("Menzies") as an Quality Control Technician at the San Diego, California location.  I am paid on an hourly basis.  I have worked in this position since July 2021. My job duties include inspecting and repairing fueling trucks and other Menzies-owned vehicles and equipment.  I am scheduled to work Sunday to Thursday from 3am to 11:30am.

3.      When I show up to work and clock in for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.  If I forget to clock in or out, or need to adjust time records, I know I can use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records, or use the ADP system.  I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

4.      I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before I clock in or after I clock out or to clock out and continue to work.

5.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours. To my knowledge, I have never not been paid for overtime hours that I have worked.

6.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

7.      When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break. I have discretion to take the meal break whenever I want during my shift. I take my meal break before the beginning of my fifth hour of work. Because I am regularly scheduled to start work at 3:00 a.m.., I usually start my meal break before 8:00 a.m. I usually take my meal break in the break room or office, but sometimes I leave the worksite and go to a restaurant nearby.

8.      When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. I am free to do whatever I want during my meal breaks. During my meal break, I am not required to be available to work in any way, although occasionally I am interrupted when there is a maintenance emergency to handle. This is a rare occurrence and I understand I can request a meal period premium in this situation.

9.      On the rare occasion that I miss a meal break, get a meal break late, or do not get a full 30-minute meal break, I can fill out a MPF or use the ADP system to request a meal period premium. I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break. I have never heard other Menzies employees complain about being unable to take a meal break.

10.     When I work a shift more than 3.5 hours, Menzies makes available to me a 10-minute rest break. If I work more than six hours, Menzies makes available to me a second 10-minute rest break. If I work more than 10 hours, Menzies makes available to me a third 10-

2

minute rest break. I experience frequent periods of downtime, particularly in the morning before planes begin fueling at 5am, so I take my breaks in accordance with those varying periods of downtime.

11. My first rest break is approximately 2 hours into my shift, and my second rest break is usually an hour or two after my meal break.

12. I do not clock out when I take a rest break. As with my lunch breaks, I usually take my rests breaks in the Maintenance Shop, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

13. I have never purchased any item I needed for my work at Menzies. I was required to have steel-toed work boots for my work at Menzies, and Menzies purchased the boots for me. I am aware that Menzies has a policy prohibiting employees from using their cell phones during work, but that employees may voluntarily use their personal cell phones to access the ADP system to access the online timeclock. I voluntarily chose to use my personal cell phone to access ADP because it is more convenient, but I know that Menzies also provides time clocks so I am not required to use my cell phone to clock in and out. I also voluntarily use my personal cell phone to communicate with my team and to use a flight alert application.

14. I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

4867-8569-7127.1

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on May 31, 2023 in San Diego, California.

_____
Antonio Funes

4867-8569-7127.1

## DECLARATION OF FLORENTINA GAURO-SALUD

I, Florentina Gauro-Salud, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation (USA), Inc. ("Menzies") as an Accounting Clerk at the San Diego, California location.  I am paid on an hourly basis.  I have worked in this position since 2002.  I am responsible for general accounting functions at the San Diego location.

3.      My typical schedule is 7:30am 4:00pm.  When I show up to work and clock in for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.  If I forget to clock in or out, or need to adjust time records, I know I can use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records, or use the ADP system.  I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

4.      I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before I clock in or after I clock out or to clock out and continue to work.  When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  If I work more than 12 hours in a day—which is rarer—I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours. To my knowledge, I have never not been paid for overtime hours that I have worked, and as a general matter, I rarely work overtime.

5.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies when I started my employment.  I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

6.      When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break.  I have discretion to take the meal break whenever I want during my shift.  I take my meal break before the end of my fifth hour of work.  Because my schedule is consistent and not impacted by flight schedules, I generally take my meal break at the same time everyday (around 9:30 or 10:00am), and I usually take my meal break in my office although I can use the break room or even leave the premises if I want to.  When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. I am free to do whatever I want during my meal breaks.  During my meal break, I am not required to be available to work in any way.

7.      On the rare occasion that I miss a meal break, get a meal break late, or do not get a full 30-minute meal break, I can fill out a MPF or use the ADP system to request a meal period premium.  I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break.  I have never heard other Menzies employees complain about being unable to take a meal break.

8.      When I work a shift more than 3.5 hours, Menzies makes available to me a 10-minute rest break.  If I work more than six hours, Menzies makes available to me a second 10-minute rest break.  If I work more than 10 hours, Menzies makes available to me a third 10-minute rest break.  I experience frequent periods of downtime, so I take my breaks in accordance with those varying periods of downtime.

4867-8569-7127.1

9.      My first rest break is approximately 2 hours into my shift, and my second rest break is usually an hour or two after my meal break, but it all depends on the day.  On days that I work more than 10 hours, I take a third rest break, but this is very rare.

10.     I do not clock out when I take a rest break. As with my lunch breaks, I usually take my rests breaks in the break room, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way.  No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

11.     I understand that if I work more than 10 hours but fewer than 12, I have the right to take a second meal period before the end of the 10th hour of work.  However, I choose to waive it because I would rather complete my shift and go home.  I understand that if I work more than 12 hours, I cannot waive my second meal period.

12.     I have never been required to purchase any item I needed for my work at Menzies. Sometimes I use my personal cell phone to make calls, but this is entirely my choice because Menzies provides me with a phone and I can always use that if I want.

13.     I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on May 31, 2023 in San Diego, California.

_____
Florentina Gauro-Salud

## <u>DECLARATION OF ELVA GONZALEZ</u>

I, Elva Gonzalez, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation ("Menzies") as a Fuel System Supervisor at the San Francisco International Airport Fueling operation location. I am paid on an hourly basis. I have worked in this position since June 30, 2000. My job duties generally include monitoring fuel systems across the airport, diagnostics of the systems, and dispatching personnel to address any issues that require attention. I work at a computer and my work is a desk job.

3.      When I show up to work and clock in and out for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I do not do any work when I am not clocked in.

4.      If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

5.      I am clocked in at all times that I am performing work for Menzies. After I clock out, I do not continue to work. No one at Menzies has ever asked me to perform work before or after I clock out or clock out and continue to work.

6.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay. When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

7.     To my knowledge, I have never not been paid for overtime hours that I have worked.

8.     I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

9.     Menzies provides me the opportunity to take a meal break every day, and when it is time for my meal break, a Fuel System Operator relieves me of duty so that I can leave my desk for my break. Fuel System Operators work on one of three shifts, which are scheduled from 5:00 a.m. to 1:30 p.m., 1:00 p.m. to 9:30 p.m., and 9:00 p.m. to 5:30 a.m. I work the shift starting at 5:00 a.m., and I work out the time for my meal break in collaboration with the Fuel System Operators so we can relieve each other at our convenience. While I do not necessarily take my meal break at the same time every day, I know to take my meal break by the end of the fifth hour of work and do so.

10.     My practice as the Fuel System Supervisor is not to punch out and then back in for lunch. Instead, every week, we report our meal break times for each shift to our manager on a form Menzies maintains, and Menzies keeps that documentation to my understanding.

11.     I am free to do whatever I want during my meal breaks, although I typically take them in the lunch room at the Tank Farm. During my meal break, I am not required to be available to work in any way. I always take the full 30 minutes of my meal break.

12.     Because I have relief available for meal breaks, it is very unusual that I do not take a meal break or would have to start it after five hours of work. However, when that occurs for whatever reason, I know that I can report that to my manager and would do so on the weekly

2

form Menzies provides and receive a missed meal period premium. My manager Nicole Stewart is excellent at making sure we accurately report our meal break times and making sure I receive a meal period premium if I do not have an opportunity to take a meal break or start one later than five hours.

13.    I have never been told I am unable to take a meal break, or if my work does not allow it, that I am not able to request and receive a meal period premium. I have never felt pressure to not take a meal break and never felt pressure not to request and receive a meal period premium if my schedule did not allow a break or required a late break. I have never heard other Menzies employees complain about being unable to take a meal break when their schedule allows or about not being able to receive a meal period premium if the schedule did not allow a break or required a late break.

14.    During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

15.    I have worked shifts lasting longer than ten hours during my employment with Menzies, although it is not common for me to work that many hours on a shift. On some of those shifts, I have chosen to take a second 30-minute break because I felt on that specific date that I wanted a second break. On other occasions, I chose not to take a second break. Should I choose to take a second break, Menzies provides me the opportunity to do so.

16.    On the days where I work longer than ten hours but choose not to take a second 30-minute break, my reasons for choosing not to take a second break are different depending on the day. For example, on some occasions, when it looks like my shift will go beyond ten working hours but I think I will not work much longer than ten hours, I will decide not to take a

3

second break so I can finish up my work earlier in the day rather than spending a longer total period of time at work.  On other days when I work longer then ten hours but choose not to take a second break, I will have plans for after work or somewhere to get to after my shift, so I want to keep working and finish my shift as soon as I can so that I can make it to my other plans sooner.

17.     I also sometimes choose not to take a second break because I like the fact that I earn more money per hour later in a shift.  I know that by the time I have worked ten hours, I earn 1.5 times my normal hourly rate, and I also know that after I complete twelve working hours in a day, I earn twice my normal hourly rate.  In those situations, I want to maximize the amount of time I can get at overtime and double time rates, so I do not want to take a break and possibly reduce the number of hours I can get at higher rates of pay.

18.     Regardless of the reasons why I choose to take or not take a second 30-minute break, I know that Menzies provides me the opportunity to take a second 30-minute break for shifts lasting longer than ten hours.  I also know that, if on a given day I do not take a second break, I did not do so because I chose not to do so.

19.     If I do work a shift longer than ten hours and want to second meal break, but for whatever reason am not able to, I know to report this to my manager so that I can get a missed meal period premium.  I cannot recall an instance where I have not gotten a second break I wanted to take or had a late second break I wanted to take and not been able to get the premium. Nicole Stewart is also excellent at making sure that if we did not take a second meal break, it was because we did not want it, or if we wanted it, we complete the documentation and get the meal period premiums.

4

20.     I have never been told that I cannot take a second break for a shift lasting longer than ten hours, or if my work does not allow it, that I am not able to request and receive a meal period premium, and I have never had a request for a second break that I wanted to take on a shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a second break and never felt pressure not to request and receive a meal period premium if my schedule did not allow a second break that I wanted to take. I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours when their schedule allows or that any Menzies employee has been pressured to forego a second break they wanted to take or not being able to receive a meal period premium if the schedule did not allow a second break they wanted to take. I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours and not being able to request and receive a meal period premium.

21.     When I work a shift more than 3.5 hours, Menzies makes available to me a ten-minute rest break. If I work more than six hours, Menzies makes available to me a second ten-minute rest break. If I work more than 10 hours, Menzies makes available to me a third ten-minute rest break. Much like we do with meal breaks, Fuel System Operators relieve each other for rest breaks and we can leave our workstation.

22.     While we do not follow a set schedule to relieve each other for rest breaks, my first break is approximately 2 hours into my shift.

23.     My second break is approximately 6 hours into my shift.

24.     If I work a shift over ten hours, I will take a third break approximately 10 hours into my shift.

5

25.      In addition to these rest breaks when I am relieved from my workstation, the nature of the work I perform creates a lot of "down time" where there is nothing I need to specifically be doing at any particular time. This happens for lengthy periods of time every shift. During these periods of "down time," I am not performing any specific tasks and can effectively take a duty-free rest break.

26.      I do not clock out when I take a rest break. I usually take my rests breaks in the lunch room, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

27.      Because of the regular nature of my work, I cannot recall an occasion where I have not taken my rest breaks during a shift. However, I know that if I did miss a rest break, I could also report this to my manager and receive a missed rest break premium.

28.      I have never purchased any item I needed for my work at Menzies. Menzies provides us with both radios and a company cell phone to perform our work and covers the cost of that equipment. We can also use the company cell phone also access the ADP system to access the online timeclock to punch in and out if we want. I know that I am not required to use my personal phone for any work purpose and that if I do so, I am voluntarily choosing to do so.

29.      I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

6

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge. Executed on June 2, 2023 in San Francisco, California.

_____
Elva Gonzalez

## <u>DECLARATION OF JOSE GONZALEZ</u>

I, Jose Gonzalez, hereby state and declare as follows:

1.     I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.     I work for Menzies Aviation (USA), Inc. ("Menzies") as a Ground Support Equipment ("GSE") Mechanic at the Los Angeles, California location.  I am paid on an hourly basis.  I have worked in this position since 2016. As a GSE Mechanic, I work on various types of equipment used in operations (e.g., belt loaders and heavy equipment, such as push backs) by making repairs and performing other services such as oil changes.

3.     I previously worked for Menzies as a GSE Supervisor from approximately 2017 to 2022.

4.     I previously worked at the Los Angeles, California Menzies location.

5.     When I show up to work and clock in for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.

6.     If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records.  I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

7.     I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before or after I clock out or clock out and continue to work.

8.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

9.      To my knowledge, I have never not been paid for overtime hours that I have worked.

10.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies when I started my employment.  I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

11.      When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break.  This meal break is typically during the same time period each day I work.

12.      I take my meal break before the beginning of my fifth hour of work.  Because I am regularly scheduled to start work at 7:00 a.m., I usually take my meal break between 11:00 a.m. and 12:00 p.m.

13.      When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. If I forgot to clock out or in for my meal break, I use an application—UKG Dimensions ("UKG")—on my cell phone to fill out an MPF.

14.      I am free to do whatever I want during my meal breaks.  I typically bring lunch, and in those instances, I eat in the breakroom and typically watch television during my break.  I set a timer for 30 minutes and take my full meal break.  If I did not bring lunch, I will go get

2

lunch, take my full break, and then clock back in.  During my meal break, I am not required to be available to work in any way.   I always take the full 30 minutes of my meal break.

15.    On the rare occasion that I miss a meal break, get a meal break late, or do not get a full 30-minute meal break, I fill out an MPF to request a meal period premium.

16.    I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break.  I have never heard other Menzies employees complain about being unable to take a meal break.

17.    During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break.  I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

18.    I have worked shifts lasting longer than ten hours during my employment with Menzies.  On some of those shifts, I have chosen to take a second 30-minute break because I felt on that specific date that I wanted a second break.  On other occasions, I chose not to take a second break.  Should I choose to take a second break, Menzies provides me the opportunity to do so.

19.    On the days where I work longer than ten hours but choose not to take a second 30-minute break, my reasons for choosing not to take a second break are different depending on the day.  For example, on some occasions, when it looks like my shift will go beyond ten working hours but I think I will not work much longer than ten hours, I will decide not to take a second break so I can finish up my work earlier in the day rather than spending a longer total period of time at work

20.    Regardless of the reasons why I choose to take or not take a second 30-minute break, I know that Menzies provides me the opportunity to take a second 30-minute break for

shifts lasting longer than ten hours.  I also know that, if on a given day I do not take a second break, I did not do so because I chose not to do so.

21.    I have never been told that I cannot take a second break for a shift lasting longer than ten hours, and I have never had a request for a second break on a shift longer than ten hours denied.  I have never felt pressured by anyone at Menzies to not take a second break.  I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours or that any Menzies employee has been pressured to forego a second break.  I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours.

22.    When I work a shift more than 3.5 hours, Menzies makes available to me a 15-minute rest break.  If I work more than six hours, Menzies makes available to me a second 15-minute rest break.  If I work more than 10 hours, Menzies makes available to me a third 15-minute rest break.

23.    My first break is approximately 3 hours into my shift.

24.    My second break is approximately 7 hours into my shift.

25.    I do not clock out when I take a rest break. I usually take my rests breaks in the parking lot where I can smoke, or in the breakroom, where I can make a coffee, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a rest break.

26.    If I miss a rest break, my rest break gets rescheduled.

4

27.     I am aware that Menzies has a policy prohibiting employees from using their cell phones during work, but that employees may voluntarily use their personal cell phones to access the UKG system to access the timeclock.  I voluntarily chose to use my personal cell phone to access UKG because it is more convenient and my personal preference (because of the Android operating system), but I know that Menzies also provides time clocks so I am not required to use my cell phone to clock in and out.

28.     In my prior position as a GSE Supervisor, I was provided a company-issued cell phone. In that position I typically used my personal cell phone to access UKG because it was, as it is now, more convenient and my personal preference (because of the Android operating system).

29.     I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on May 31, 2023 in Los Angeles, California.


Jose Gonzalez

4867-8569-7127.1

## DECLARATION OF BRAYAN GUZMAN

I, Brayan Guzman, hereby state and declare as follows:

1.    I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.    I work for Menzies Aviation (USA), Inc. ("Menzies") as a Supervisor Trainer at the Los Angeles, California location.  I am paid on an hourly basis.  I have worked in this position since approximately May 2022.  As a Supervisor Trainer, I train new and recurrent hires through a web-based platform (Menzies' Learning Management System ("LMS")), in-person trainings, and on the job trainings ("OJTs").

3.    I previously worked for Menzies as an Office Agent from approximately November 2019 to May 2022 at the Los Angeles, California location.

4.    When I show up to work and clock in for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.

5.    If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF"), either the physical copy or an electronic version through the UKG Dimensions ("UKG") application, to request an adjustment to my time records.  I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

6.    I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before I clock in or after I clock out or to clock out and continue to work.

7.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay. When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

8.      To my knowledge, I have never not been paid for overtime hours that I have worked.

9.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

10.     When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break. This meal break is at different times each day I work. My manager reminds me to take a meal break.

11.     I take my meal break before the beginning of my fifth hour of work. Because I am regularly scheduled to start work at 11:00 a.m., I usually take my meal break at 3:30 p.m. or 4:00 p.m.

12.     When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. I clock in and clock out using the Kronos machine, which scans my fingerprint. If I forgot to clock out or in for my meal break, I notify whoever is on duty—the supervisor or the manager—and complete an MPF.

13.     I am free to do whatever I want during my meal breaks. During my meal breaks, I typically eat and watch television. During my meal break, I am not required to be available to work in any way. I always take the full 30 minutes of my meal break.

2

14.    On the rare occasion that I miss a meal break, get a meal break late, or do not get a full 30-minute meal break, I fill out a MPF to request a meal period premium.  In the instances in which this has occurred, it is because I have gotten distracted and not kept track of my time.

15.    I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break.

16.    During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break.  I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

17.    I have worked shifts lasting longer than ten hours during my employment with Menzies.  On those shifts, I have chosen to take a second 30-minute break because I felt that I wanted a second break.  Should I choose to take a second break, Menzies provides me the opportunity to do so.

18.    I have never been told that I cannot take a second break for a shift lasting longer than ten hours, and I have never had a request for a second break on a shift longer than ten hours denied.  I have never felt pressured by anyone at Menzies to not take a second break.  I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours or that any Menzies employee has been pressured to forego a second break.  I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours.

19.    When I work a shift more than 3.5 hours, Menzies makes available to me a 10-minute rest break.  If I work more than six hours, Menzies makes available to me a second 10-minute rest break.  If I work more than 10 hours, Menzies makes available to me a third 10-

3

minute rest break.  The specific time of my break sometimes varies, but I always have opportunities to take them during my shifts.

20.    My first break is approximately 2 hours into my shift.

21.    My second break is approximately 7 hours into my shift.

22.    My third break is approximately 10 hours into my shift.

23.    I do not clock out when I take a rest break. I usually take my rests breaks in my car, but there is no restriction on my leaving Menzies's property.  When I take my rest breaks, I am not required to be available to work in any way.  No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break.  I have never heard other Menzies employees complain about being unable to take a rest break.

24.    If I miss a rest break, I speak to the supervisor, who reschedules the rest break.

25.    I have never purchased any item I needed for my work at Menzies.  I was required to have steel-toed work boots for my work at Menzies, and Menzies purchased the boots for me. I am aware that Menzies has a policy prohibiting employees from using their cell phones during work, but that employees may voluntarily use their personal cell phones to access the UKG system to access the online timeclock.  I use the Kronos system to clock in and clock out, and because I know Menzies provides this, I am not required to use my personal cell phone to clock in and out.

//

//

//

//

//

4

26.    I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on May 31, 2023 in Los Angeles, California.

_____
Brayan Guzman

5

# DECLARATION OF HOLLY HUI

I, Holly Hui, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation ("Menzies") as a Fuel System Operator at the San Francisco International Airport Fueling operation location.  I am paid on an hourly basis.  I have worked in this position since July 15, 2011. My job duties generally include monitoring fuel systems across the airport, diagnostics of the systems, and dispatching personnel to address any issues that require attention.  I work at a computer and my work is a desk job.

3.      When I show up to work and clock in and out for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.

4.      If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records.  I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

5.      I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before or after I clock out or clock out and continue to work.

6.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

4867-8569-7127.1

7.      To my knowledge, I have never not been paid for overtime hours that I have
worked.

8.      I know that Menzies has written policies regarding meal breaks and, for shifts
lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies
when I started my employment. I understand that the Menzies policies apply to me and describe
some of my rights, including my right to breaks, as a Menzies employee.

9.      Menzies provides me the opportunity to take a meal break every day, and when it
is time for my meal break, another Fuel System Operator relieves me of duty so that I can leave
my desk for my break. Fuel System Operators work on one of three shifts, which are scheduled
from 5:00 a.m. to 1:30 p.m., 1:00 p.m. to 9:30 p.m., and 9:00 p.m. to 5:30 a.m. I work the shift
starting at 1:00 p.m., and I work out the time for my meal break in collaboration with the other
Fuel System Operators so we can relieve each other at our convenience. While I do not
necessarily take my meal break at the same time every day, I know to take my meal break by the
end of the fifth hour of work and do so.

10.     The practice for Fuel System Operators is not to punch out and then back in for
lunch. Instead, every week, we report our meal break times for each shift to our manager on a
form Menzies maintains, and Menzies keeps that documentation to my understanding.

11.     I am free to do whatever I want during my meal breaks, although I typically take
them in the lunch room at the Tank Farm. During my meal break, I am not required to be
available to work in any way. I always take the full 30 minutes of my meal break.

12.     Because Fuel System Operators specifically have relief available for meal breaks,
it is very unusual that I do not take a meal break or would have to start it after five hours of
work. However, when that occurs for whatever reason, I know that I can report that to my

2

manager and would do so on the weekly form Menzies provides and receive a missed meal
period premium. My manager Nicole Stewart is excellent at making sure we accurately report
our meal break times and making sure I receive a meal period premium if I do not have an
opportunity to take a meal break or start one later than five hours.

13.     I have never been told I am unable to take a meal break, or if my work does not
allow it, that I am not able to request and receive a meal period premium. I have never felt
pressure to not take a meal break and never felt pressure not to request and receive a meal period
premium if my schedule did not allow a break or required a late break. I have never heard other
Menzies employees complain about being unable to take a meal break when their schedule
allows or about not being able to receive a meal period premium if the schedule did not allow a
break or required a late break.

14.     During my employment, I have known that if I work a shift longer than ten hours,
I have the right to take a second 30-minute duty-free break. I also understand that Menzies's
policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

15.     I have worked shifts lasting longer than ten hours during my employment with
Menzies, although it is not common for me to work that many hours on a shift. On some of
those shifts, I have chosen to take a second 30-minute break because I felt on that specific date
that I wanted a second break. On other occasions, I chose not to take a second break. Should I
choose to take a second break, Menzies provides me the opportunity to do so.

16.     On the days where I work longer than ten hours but choose not to take a second
30-minute break, my reasons for choosing not to take a second break are different depending on
the day. For example, on some occasions, when it looks like my shift will go beyond ten
working hours but I think I will not work much longer than ten hours, I will decide not to take a

3

second break so I can finish up my work earlier in the day rather than spending a longer total period of time at work. On other days when I work longer then ten hours but choose not to take a second break, I will have plans for after work or somewhere to get to after my shift, so I want to keep working and finish my shift as soon as I can so that I can make it to my other plans sooner.

17.     I also sometimes choose not to take a second break because I like the fact that I earn more money per hour later in a shift. I know that by the time I have worked ten hours, I earn 1.5 times my normal hourly rate, and I also know that after I complete twelve working hours in a day, I earn twice my normal hourly rate. In those situations, I want to maximize the amount of time I can get at overtime and double time rates, so I do not want to take a break and possibly reduce the number of hours I can get at higher rates of pay.

18.     Regardless of the reasons why I choose to take or not take a second 30-minute break, I know that Menzies provides me the opportunity to take a second 30-minute break for shifts lasting longer than ten hours. I also know that, if on a given day I do not take a second break, I did not do so because I chose not to do so.

19.     If I do work a shift longer than ten hours and want to second meal break, but for whatever reason am not able to, I know to report this to my manager so that I can get a missed meal period premium. I cannot recall an instance where I have not gotten a second break I wanted to take or had a late second break I wanted to take and not been able to get the premium. Nicole Stewart is also excellent at making sure that if we did not take a second meal break, it was because we did not want it, or if we wanted it, we complete the documentation and get the meal period premiums.

4

20.     I have never been told that I cannot take a second break for a shift lasting longer than ten hours, or if my work does not allow it, that I am not able to request and receive a meal period premium, and I have never had a request for a second break that I wanted to take on a shift longer than ten hours denied.  I have never felt pressured by anyone at Menzies to not take a second break and never felt pressure not to request and receive a meal period premium if my schedule did not allow a second break that I wanted to take.  I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours when their schedule allows or that any Menzies employee has been pressured to forego a second break they wanted to take or not being able to receive a meal period premium if the schedule did not allow a second break they wanted to take.  I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours and not being able to request and receive a meal period premium.

21.     When I work a shift more than 3.5 hours, Menzies makes available to me a ten-minute rest break.  If I work more than six hours, Menzies makes available to me a second ten-minute rest break.  If I work more than 10 hours, Menzies makes available to me a third ten-minute rest break.  Much like we do with meal breaks, Fuel System Operators relieve each other for rest breaks and we can leave our workstation.

22.     While we do not follow a set schedule to relieve each other for rest breaks, my first break is approximately 2 hours into my shift.

23.     My second break is approximately 6 hours into my shift.

24.     If I work a shift over ten hours, I will take a third break approximately 10 hours into my shift.

4867-8569-7127.1

25.     In addition to these rest breaks when I am relieved from my workstation, the
nature of the work I perform creates a lot of "down time" where there is nothing I need to
specifically be doing at any particular time.  This happens for lengthy periods of time every shift.
During these periods of "down time," I am not performing any specific tasks and can effectively
take a duty-free rest break.

26.     I do not clock out when I take a rest break. I usually take my rests breaks in the
lunch room, but there is no restriction on my leaving Menzies's property. When I take my rest
breaks, I am not required to be available to work in any way. No one has ever told me I cannot
take a rest break and I have not felt pressured to not take a rest break. I have never heard other
Menzies employees complain about being unable to take a meal break.

27.     Because of the regular nature of my work, I cannot recall an occasion where I
have not taken my rest breaks during a shift.  However, I know that if I did miss a rest break, I
could also report this to my manager and receive a missed rest break premium.

28.     I have never purchased any item I needed for my work at Menzies.  Menzies
provides us with both radios and a company cell phone to perform our work and covers the cost
of that equipment.  We can also use the company cell phone also access the ADP system to
access the online timeclock to punch in and out if we want. I know that I am not required to use
my personal phone for any work purpose and that if I do so, I am voluntarily choosing to do so.

29.     I am executing this declaration voluntarily and of my own free will.  No one at
Menzies has pressured me to sign this declaration, promised me any type of benefit or positive
treatment from signing it, or threatened me with negative consequences for deciding not to sign
it.

6

4867-8569-7127.1

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge. Executed on June 2, 2023 in San Francisco, California.

Holly Hui

7

## DECLARATION OF SOSEFO KAFOA

I, Sosefo Kafoa, hereby state and declare as follows:

1.     I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.     I work for Menzies Aviation (USA), Inc. ("Menzies") as an Aircraft Refueler at the San Francisco International Airport location. I am paid on an hourly basis. I have worked in this position for approximately forty-three years. As an Aircraft Refueler, I drive up to airplanes and refuel them.

3.     In the course of my employment at Menzies, I am represented by a union and I understand that the union is there, in part, to help me grieve any issues with respect to meal breaks, rest breaks, or expense reimbursements.

4.     When I show up to work and clock in for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I do not do any work when I am not clocked in. My typical shift is from 6:00 a.m. to 2:00 p.m.

5.     If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

6.     I am clocked in at all times that I am performing work for Menzies. After I clock out, I do not continue to work. No one at Menzies has ever asked me to perform work before or after I clock out or to clock out and continue to work.

7.     When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay. When I work more than 12 hours in a day, I am paid at a rate

of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

8.      To my knowledge, I have never not been paid for overtime hours that I have worked.

9.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies during my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

10.     When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break. This meal break is at different times each day I work, but I always have the opportunity to take a meal break. My manager reminds me to take a meal break by calling me on radio.

11.     I take my meal break before the beginning of my fifth hour of work. Because I am regularly scheduled to start work at 6:00 a.m., I usually take my meal break around 10:00 a.m. or 10:30 a.m.

12.     When it is time for me to take a meal break, I do not clock out. I am paid by Menzies for my meal break.

13.     I am free to do whatever I want during my meal breaks. During my meal break, I am not required to be available to work in any way. I typically take my meal breaks in the Costco, off Menzies' premises, or at the terminal. I always take the full 30 minutes of my meal break.

14.     On the rare occasion that I miss a meal break, get a meal break late, or do not get a full 30-minute meal break, I fill out a MPF to request a meal period premium.

2

15.     I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break. I have never heard other Menzies employees complain about being unable to take a meal break.

16.     During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

17.     I have worked shifts lasting longer than ten hours during my employment with Menzies. On those shifts, I always choose to take a second 30-minute break because I want a second break.

18.     I have never been told that I cannot take a second break for a shift lasting longer than ten hours, and I have never had a request for a second break on a shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a second break. I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours or that any Menzies employee has been pressured to forego a second break. I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours.

19.     When I work a shift more than 3.5 hours, Menzies makes available to me a 15-minute rest break. If I work more than six hours, Menzies makes available to me a second 15-minute rest break. If I work more than 10 hours, Menzies makes available to me a third 15-minute rest break. The specific times of my rest breaks vary. I experience frequent periods of downtime due to late flights or otherwise waiting for flights, so I take my breaks in accordance with those varying periods of downtime.

3

20.     My first break is approximately 3.5 hours into my shift.

21.     My second break is approximately 6 hours into my shift.

22.     My third break is approximately 10 hours into my shift.

23.     I do not clock out when I take a rest break. I usually take my rests breaks in the terminal, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a rest break.

24.     Menzies provides all the items I need to do my job. For instance, I was required to have steel-toed work boots for my work at Menzies, and Menzies purchased the boots for me. I voluntarily chose to use my personal cell phone to communicate in the course of my job duties because it is more convenient, but I know that Menzies provides radios, so I am not required to use my cell phone to perform my job duties.

25.     I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 2, 2023 in San Francisco, California.

Sosefo Kaloa

4

## DECLARATION OF SHYRIN KUMAR

I, Shyrin Kumar, hereby state and declare as follows:

1.     I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.     I work for Menzies Aviation ("Menzies") as a Health, Safety, and Environment ("HSE") Supervisor at the San Francisco International Airport Fueling operation location.  I am paid on an hourly basis.  I have worked in this position since September 12, 2022.  In my role, I am responsible for reviewing local, state, and federal regulations, apprising supervisors and managers of forthcoming trainings, and maintaining records of related information.  I typically perform my work from the Menzies office at the Airport fuel tank and the nature of my work is generally not affected by flight schedules or flight delays.  I generally have a lot of predictability in my schedule and work flow.

3.     When I show up to work and clock in and out for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.

4.     If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records, or to ask reception to submit the MPF on my behalf.  I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

5.     I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before or after I clock out or clock out and continue to work.

6.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

7.      To my knowledge, I have never not been paid for overtime hours that I have worked.

8.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies when I started my employment.  I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

9.      Each day that I report to work, Menzies provides me the opportunity to take a meal break.  I typically take break for my lunch around the same time every day.

10.     I take my meal break before the beginning of my fifth hour of work.  Because I am regularly scheduled to start work at 6:00 a.m., I usually take my meal break at 10:00 a.m.  My shift usually ends at 2:30 p.m.

11.     It is my practice to report my meal break times for each shift to my manager on a paper form Menzies provides and maintains.  As with instances in which I forget to clock in or out, if I forget to submit my lunch form, I notify the appropriate personnel and they make the proper adjustments.

12.     I am free to do whatever I want during my meal breaks.  I ordinarily take my meal breaks in my office.  During my meal break, I am not required to be available to work in any way.   I always take the full 30 minutes of my meal break.

2

13.     Because the nature of my work is generally not affected by flight schedules or flight delays, there is a lot of predictability in my schedule and unexpected work tasks or requirements generally do not interfere with my ability to take meal breaks. However, on the rare occasion that I miss a meal break, get a meal break late, or do not get a full 30 minute meal break , I fill out a MPF to request a meal period premium, or ask the appropriate staff member to do the same on my behalf. This is a very unusual for me however, and for this year, I recall this happening no more than two or three times. For each of those instances, I have requested and received a meal period premium.

14.     I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break.

15.     During my employment, I have known that if I were to work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies is to provide me with a second 30-minute break. I have never had to make this determination, however, because I have not worked any shift lasting longer than 10 hours.

16.     When I work a shift more than 3.5 hours, Menzies makes available to me a 10-minute rest break. If I work more than six hours, Menzies makes available to me a second 10-minute rest break. Because of the high degree of flexibility I have over my work, I take this breaks at varying times whenever I feel it is appropriate to take them.

17.     Because the nature of my work is generally not affected by flight schedules or flight delays, unexpected work tasks or requirements generally do not interfere with my ability to take rest breaks. I am able to take them daily and do so every day.

3

18.    My first break is approximately 2 hours into my shift, typically starting around 8:00 a.m.

19.    My second break is approximately 6 hours into my shift, typically starting around 12:00 p.m.

20.    I occasionally take more frequent or longer rest breaks throughout my workday, as is permitted.

21.    I do not clock out when I take a rest break. I usually take my rests breaks in the lunch room, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

22.    Because of the regular nature of my work, I cannot recall an occasion where I have ever not taken my rest break during a shift. However, I know that if I did miss a rest break, I could also report this to my manager and receive a missed rest break premium.

23.    I have never purchased any item I needed for my work at Menzies. I was required to have safety-toed work boots for my work at Menzies, and Menzies purchased the boots for me. I am aware that Menzies has a policy prohibiting employees from using their cell phones during work. Menzies issued me a work phone and pays for the cost of that phone, which I use to access the timekeeping application's online timeclock. I have never used my personal cell phone for work communications or other work purposes.

24.    I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive

4

treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 06, 2023 in San Francisco, California.

Shyrin Kumar

4867-8569-7127.1

## DECLARATION OF ERICK MALDONADO

I, Erick Maldonado, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation (USA), Inc. ("Menzies") as a Fuel Farm Operator at the Los Angeles, California location.  I am paid on an hourly basis.  I have worked in this position since approximately January 2023.  As a Fuel Farm Operator, I conduct quality control on jet fuel from various supplier, test for fuel to ensure compliance with ATA tolerance, check for leaks around piping and tanks, conduct visual tests and inspections on fuel, and work to supply the best fuel possible free of contaminants.

3.      When I show up to work and clock in for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.

4.      If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF"), either the physical copy or an electronic version through the UKG Dimensions ("UKG") application (or on a computer), to request an adjustment to my time records.  I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

5.      I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before I clock in or after I clock out or that I clock out and continue to work.

6.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate

of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

7.      To my knowledge, I have never not been paid for overtime hours that I have worked.

8.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies when I started my employment.  I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

9.      When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break.  This meal break is typically at the same time each day I work.

10.     I take my meal break before the beginning of my fifth hour of work.  Because I am regularly scheduled to start work at 5:30 a.m., I usually take my meal break between 9:30 a.m. and 10:30 a.m.

11.     When it is time for me to take a meal break, I clock out and then I clock back in at the end of my meal break.  Typically, I clock out and clock in using the UKG application on my personal cell phone.  If I forgot to clock out or in for my meal break, I would tell my supervisor or operations manager and fill out an MPF.

12.     I am free to do whatever I want during my meal breaks.  During my meal breaks, I eat and generally watch television in the breakroom or on my phone.  During my meal break, I am not required to be available to work in any way.  I always take the full 30 minutes of my meal break.

4867-8569-7127.1

13.    I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break.  I have never heard other Menzies employees complain about being unable to take a meal break.

14.    During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break.  I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

15.    I have never been told that I cannot take a second break for a shift lasting longer than ten hours, and I have never had a request for a second break on a shift longer than ten hours denied.  I have never felt pressured by anyone at Menzies to not take a second break.  I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours or that any Menzies employee has been pressured to forego a second break.  I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours.

16.    When I work a shift more than 3.5 hours, Menzies makes available to me a 15-minute rest break.  If I work more than six hours, Menzies makes available to me a second 15-minute rest break.  If I work more than 10 hours, Menzies makes available to me a third 15-minute rest break.

17.    My first break is approximately 2.5 hours into my shift.

18.    My second break is approximately 6.5 hours into my shift.

19.    My third break is approximately 10 hours into my shift.

20.    I do not clock out when I take a rest break.  I usually take my rests breaks in the breakroom, in the car, or outside, but there is no restriction on my leaving Menzies's property.

3

When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a rest break.

21.    I have never purchased any item I needed for my work at Menzies. I was required to have steel-toed work boots for my work at Menzies, and Menzies purchased the boots for me. I am aware that Menzies has a policy prohibiting employees from using their cell phones during work, but that employees may voluntarily use their personal cell phones to access the UKG application for the online timeclock. I voluntarily chose to use my personal cell phone to access UKG because it is more convenient, but I know that Menzies also has time clocks, paper MPFs, and computers, so I am not required to use my cell phone to clock in and out or to adjust my time records. In some instances, I use my personal cell phone to take pictures of fuel or equipment, but as with the UKG application, this was voluntary and I do not feel obligated to use my personal cell phone to perform my job duties because, for instance, I could use the radio.

22.    I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on May 31, 2023 in Los Angeles, California.

_____
Erick Maldonado

4

## DECLARATION OF DAMEN MAMEA

I, Damen Mamea, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation (USA), Inc. ("Menzies") as an Aircraft Fueler at the San Francisco International Airport location.  I am paid on an hourly basis.  I have worked in this position since 2010.  As an Aircraft Fueler, I use a company-provided truck to fuel airplanes so that they can get to their destinations.

3.      In the course of my employment at Menzies, I am represented by a union and I understand that the union is there, in part, to help me grieve any issues with respect to meal breaks, rest breaks, or expense reimbursements.

4.      When I show up to work and clock in for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.

5.      If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records.  The MPF is a physical form, which I fill out, sign, and give to my shift manager (who then, to my knowledge, turns it into an Account Manager for processing).  I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

6.      I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before or after I clock out or to clock out and continue to work.

7.    My typical shift is 3:45 a.m. to 11:45 a.m., with Tuesdays and Wednesdays off. When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

8.    To my knowledge, I have never not been paid for overtime hours that I have worked.

9.    I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies when I started my employment.  I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

10.    When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break.  This meal break is typically at the same time each day I work. My manager reminds me to take a meal break.

11.    I take my meal break before the beginning of my fifth hour of work.  Because I am regularly scheduled to start work at 3:45 a.m., I usually take my meal break at 6:00 a.m.

12.    When it is time for me to take a meal break, I do not clock out.  I am paid by Menzies for my meal break.

13.    I am free to do whatever I want during my meal breaks.  During my meal breaks, I typically take it in the airport food court and look at my phone.  During my meal break, I am not required to be available to work in any way.  I always take the full 30 minutes of my meal break.

2

14.     I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break. I have never heard other Menzies employees complain about being unable to take a meal break.

15.     I very seldom work shifts lasting longer than ten hours. However, during my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

16.     In the rare instances in which I have worked shifts lasting longer than ten hours during my employment with Menzies, I have always taken a second meal break because I wanted to do so.

17.     I have never been told that I cannot take a second break for a shift lasting longer than ten hours, and I have never had a request for a second break on a shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a second break. I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours or that any Menzies employee has been pressured to forego a second break. I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours.

18.     When I work a shift more than 3.5 hours, Menzies makes available to me a 15-minute rest break. If I work more than six hours, Menzies makes available to me a second 15-minute rest break. If I work more than 10 hours, Menzies makes available to me a third 15-minute rest break. The specific time that I take my rest breaks varies because of the number of

3

flights or flight delays.  I experience some downtime during my shifts.  I am always able to take my rest breaks.

19.     I do not clock out when I take a rest break.  I usually take my rests breaks in my car or in the office, but there is no restriction on my leaving Menzies's property.  When I take my rest breaks, I am not required to be available to work in any way.  No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a rest break.

20.     Menzies has provided everything I need to do my job.  For example, I was required to have steel-toed work boots for my work at Menzies, and Menzies purchased the boots for me.  I am aware that Menzies has a policy prohibiting employees from using their cell phones during work.  I do not use my personal cell phone in the course of performing my job duties, as Menzies provides me with a radio to communicate with my supervisors and dispatchers.

21.     I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on June _9_, 2023 in San Francisco, California.

D. Mamea
Damen Mamea

4

4867-8569-7127.1

## DECLARATION OF JOSEPH MARION

I, JOSEPH MARION, hereby state and declare as follows:

1.    I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.    I work for Menzies Aviation (USA), Inc. ("Menzies") as an Operations Supervisor at the San Francisco International Airport location. I am paid on an hourly basis. I have worked in this position since approximately September 2020. I also previously worked for Menzies as an Operations Supervisor from approximately 2010 to 2018, also at San Francisco International Airport location. As an Operations Supervisor, I oversee staff, scheduling, and cargo operations in Building 130.

3.    When I show up to work and clock in for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. When I am off the clock, I do not do any work.

4.    If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

5.    I am clocked in at all times that I am performing work for Menzies. After I clock out, I do not continue to work. No one at Menzies has ever asked me to perform work before or after I clock out or to clock out and continue to work.

6.    When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay. When I work more than 12 hours in a day, I am paid at a rate

of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

7.      To my knowledge, I have never not been paid for overtime hours that I have worked.

8.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

9.      When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break. The specific time of this meal break varies each day I work, but I always get my meal break before the fifth hour of work. My manager schedules my meal breaks and reminds me to take them

10.     When it is time for me to take a meal break, I clock out at the biometric time clock, and I clock back in at the end of my meal break. If I forgot to clock out or in for my meal break, I fill out an MPF, sign it, and give it to my manager, Peter Sposito.

11.     I am free to do whatever I want during my meal breaks. During my meal breaks, I typically eat my lunch in the breakroom. During my meal break, I am not required to be available to work in any way. I always take the full 30 minutes of my meal break.

12.     On the rare occasion that I miss a meal break, get a meal break late, or do not get a full 30-minute meal break, I fill out a MPF I fill out an MPF, sign it, and give it to my manager, Peter Sposito, to request a meal period premium.

2

13.    I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break. I have never heard other Menzies employees complain about being unable to take a meal break.

14.    In connection with my employment with Menzies, I signed a paper titled "Meal Period Waiver for 6-hour Shifts," in which I agreed that I could waive a 30-minute break when I have a six-hour shift. I was not pressured in any way to sign that form. For example, I was not told that Menzies would refuse to hire me unless I signed the form, and no one told me or suggested to me that there would be any type of negative consequence if I declined to sign the form. I read the form and understood it before I signed it, and I voluntarily decided to sign the form. Since signing the form, I am offered the opportunity to take meal breaks. In some cases, I have decided to take a meal break and in others I have chosen not to take them. I have never understood, and it has never been told to me, that by signing the form I was giving up the right to take meal breaks.

15.    During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

16.    In the course of my employment at Menzies, there have only been approximately four or five times that I have worked shifts lasting longer than ten hours. On those shifts, I have always chosen to take a second 30-minute break because I felt that I wanted a second break.

17.    I have never been told that I cannot take a second break for a shift lasting longer than ten hours, and I have never had a request for a second break on a shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a second break. I have never heard that any other Menzies employee has ever been told he or she could not take a

3

second break on a shift lasting longer than ten hours or that any Menzies employee has been pressured to forego a second break. I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours.

18.    When I work a shift more than 3.5 hours, Menzies makes available to me a 10-minute rest break. If I work more than six hours, Menzies makes available to me a second 10-minute rest break. If I work more than 10 hours, Menzies makes available to me a third 10-minute rest break. My rest breaks are scheduled each day. However, given the nature of my work, which can involve periods of downtime (due to flight delays or cargo delays), I always have the opportunity to take my rest breaks.

19.    My first break is approximately 2.5 hours into my shift.

20.    My second break is approximately 6 hours into my shift.

21.    I do not clock out when I take a rest break. During my rest breaks, which I typically take outside, I tend to make personal calls, eat snacks, or smoke a cigarette. There is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a rest break.

22.    Menzies provides 100% of the items that I need to perform my job. I have never purchased any item I needed for my work at Menzies. I was required to have steel-toed work boots for my work at Menzies, and Menzies purchased the boots for me. I am aware that Menzies has a policy prohibiting employees from using their cell phones during work, but that employees may voluntarily use their personal cell phones to access the UKG system to access

4

the online timeclock.  In limited instances, I have used my personal cell phone to access the

online timeclock via the UKG system.  However, I find that using the biometric timeclock is

easier.  Further, because I know that Menzies provides biometric time clocks, I am not required

to use my cell phone to clock in and out.

23.    I am executing this declaration voluntarily and of my own free will.  No one at

Menzies has pressured me to sign this declaration, promised me any type of benefit or positive

treatment from signing it, or threatened me with negative consequences for deciding not to sign

it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.  Executed on June 2, 2023 in San Francisco, California.


JOSEPH MARION

## DECLARATION OF ANDRES MARTINEZ

I, Andres Martinez, hereby state and declare as follows:

1.    I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.    I work for Menzies Aviation (USA), Inc. ("Menzies") as a Fueling Supervisor at the San Diego, California location. I am paid on an hourly basis. I have worked in this position since June 2014; I started working as a Fueler, then a Lead Fueler, beginning in 2012. My job duties include supervising the fuelers and occasionally fueling aircraft myself. I am also responsible for coordinating the meal and rest periods of fuelers who I supervise.

3.    My typical schedule is Monday to Thursday, starting at 12:30pm until sometime between midnight and 1:00am depending on the operational needs of the day. I am typically scheduled for a 10 hour shift and I never work more than 12 hours in a shift.

4.    When I show up to work and clock in for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I do not do any work when I am not clocked in. If I forget to clock in or out, or need to adjust time records, I know I can use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records, or use the ADP system. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

5.    I am clocked in at all times that I am performing work for Menzies. After I clock out, I do not continue to work. No one at Menzies has ever asked me to perform work before I clock in or after I clock out or to clock out and continue to work.

6.    When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay. If I work more than 12 hours in a day—which is virtually

never—I am paid at a rate of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours. To my knowledge, I have never not been paid for overtime hours that I have worked.

7.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

8.      When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break. I have discretion to take the meal break whenever I want during my shift. I take my meal break before the end of my fifth hour of work. I have discretion to take my meal period whenever I want, but I would say that I take it before the end of the fifth hour of work at least 99% of the time. I usually take my meal break in the break room or office.

9.      When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. I am free to do whatever I want during my meal breaks. During my meal break, I am not required to be available to work in any way. This is a rare occurrence and I understand I can, and I do, request a meal period premium in this situation.

10.      On the rare occasion that I miss a meal break, get a meal break late, or do not get a full 30-minute meal break, I can fill out a MPF or use the ADP system to request a meal period premium. I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break. I have never heard other Menzies employees complain about being unable to take a meal break.

11.      Part of my job includes making sure other fuelers are taking meal periods. I do not schedule meal periods for a specific time every day because of the variables that regularly

2

occur (e.g., flight delays), but I make sure employees always have an opportunity to take their meal period before the end of the fifth hour of work. Sometimes I will tell employees to take a meal period earlier than they normally would if, for example, a flight is delayed by an hour and we all of a sudden have an hour of down time waiting for the plane to arrive. On the rare occasion that employees are unable to take a meal period before the end of the fifth hour of work, I make sure to instruct them how to access the MPF's and fill them out to request a meal period premium. I regularly review and approve meal period premium requests.

12.     When I work a shift more than 3.5 hours, Menzies makes available to me a 10-minute rest break. If I work more than six hours, Menzies makes available to me a second 10-minute rest break. If I work more than 10 hours, Menzies makes available to me a third 10-minute rest break. I experience frequent periods of downtime, so I take my breaks in accordance with those varying periods of downtime. I also make sure other fuelers utilize downtime to regularly take 10 minute rest periods.

13.     My first rest break is approximately 2 hours into my shift, and my second rest break is usually an hour or two after my meal break, but it all depends on the day.

14.     I do not clock out when I take a rest break. As with my lunch breaks, I usually take my rests breaks in the Maintenance Shop, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

15.     When I started working 10+ hours shifts, I filled out a second meal period waiver form. I understand that if I work more than 10 hours but fewer than 12, I have the right to take a

3

second meal period before the end of the 10th hour of work.  However, I choose to waive it

because I would rather complete my shift and go home.  I understand that if I work more than 12

hours, I cannot waive my second meal period.

        16.     I have never been required to purchase any item I needed for my work at Menzies.

I am required to have steel-toed work boots for my work at Menzies, and Menzies purchased the

boots for me.  I decided that I preferred to wear a different boot, and Menzies provided me with a

voucher to get a discount on the purchase.  This was entirely my choice and Menzies did not

require me to buy other boots.  I am aware that Menzies has a policy prohibiting employees from

using their cell phones during work, but that employees may voluntarily use their personal cell

phones to access the ADP system to access the online timeclock.   Some employees use their

personal cell phones to track flight statutes on app called Flight Aware or FlightView, but this is

completely voluntary and Menzies does not require this.  In fact, each fueler has a radio on their

truck and can contact me, and I can provide them with flight updates.  I voluntarily chose to use

my personal cell phone to access ADP because it is more convenient, but I know that Menzies

also provides time clocks so I am not required to use my cell phone to clock in and out.  I also

voluntarily use my personal cell phone to communicate with my team and to use a flight alert

application.

        17.     I am executing this declaration voluntarily and of my own free will.  No one at

Menzies has pressured me to sign this declaration, promised me any type of benefit or positive

treatment from signing it, or threatened me with negative consequences for deciding not to sign

it.

4

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.  Executed on May 31, 2023 in San Diego, California.

Andres Martinez

## DECLARATION OF JOSE ALONSO OROZCO

I, Jose Alonso Orozco, hereby state and declare as follows:

1.     I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.     I work for Menzies Aviation (USA), Inc. ("Menzies") as an Aviation Fueling Technician ("fueler") at the Ontario, California location.  I am paid on an hourly basis.  I have worked in this position since September 23, 2005. My job duties include waiting for scheduled aircraft, fueling the aircraft upon arrival, and driving a fuel tanker trunk.

3.     When I show up to work and clock in for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.

4.     If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records.  I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

5.     I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before I clock in or after I clock out or to clock out and continue to work.

6.     When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

7.     To my knowledge, I have never not been paid for overtime hours that I have worked.

8.     I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies when I started my employment.  I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

9.     When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break.  This meal break is at taken during slower periods, so it varies but I typically break for lunch around 5:30 or 6:00 p.m. each day I work.

10.     I take my meal break before the beginning of my fifth hour of work.  Because I am regularly scheduled to start work at 1:00 p.m., I usually take my meal break at 5:30 or 6:00 p.m.

11.     When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. If I forgot to clock out or in for my meal break, I fill make a comment in the ADP application and request a premium payment.

12.     I am free to do whatever I want during my meal breaks.  I prefer to stay in my truck during meal breaks, but I will occasionally eat in Menzies' air-conditioned trailer.  During my meal break, I am not required to be available to work in any way.   I always take the full 30 minutes of my meal break.

13.     On the rare occasion that I miss a meal break, get a meal break late, or do not get a full 30-minute meal break, I fill out a MPF to request a meal period premium.  This will occasionally occur because of mechanical failures like a truck breaking down.  In these rare

2

instances, I am always able to obtain premium pay from Menzies because it is easy to make such

a request through the ADP application.

14.     I have never been told I am unable to take a meal break and I have never felt

pressure to not take a meal break. I have never heard other Menzies employees complain about

being unable to take a meal break.

15.     When I work a shift more than 3.5 hours, Menzies makes available to me a 10-

minute rest break. If I work more than six hours, Menzies makes available to me a second 10-

minute rest break. If I work more than 10 hours, Menzies makes available to me a third 10-

minute rest break. The breaks are staggered so the specific time of my break sometimes varies. I

experience frequent periods of downtime between flights, so I take my breaks in accordance with

those varying periods of downtime.

16.     My first break is approximately 2 hours into my shift.

17.     My second break is approximately 6 hours into my shift.

18.     My third break is approximately 10 hours into my shift.

19.     I do not clock out when I take a rest break. As with my lunch breaks, I usually

take my rests breaks in my truck, but there is no restriction on my leaving Menzies's property.

When I take my rest breaks, I am not required to be available to work in any way. No one has

ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I

have never heard other Menzies employees complain about being unable to take a meal break.

20.     I have never purchased any item I needed for my work at Menzies. I was required

to have steel-toed work boots for my work at Menzies, and Menzies purchased the boots for me.

I am aware that Menzies has a policy prohibiting employees from using their cell phones during

work, but that employees may voluntarily use their personal cell phones to access the ADP

system to access the online timeclock.  I voluntarily chose to use my personal cell phone to access ADP because it is more convenient, but I know that Menzies also provides time clocks so I am not required to use my cell phone to clock in and out.  I also voluntarily use my personal cell phone to communicate with my team and to use a flight alert application.

21.     I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on May 30, 2023 in Ontario, California.

Jose Alonso Orozco

4

## DECLARATION OF ROBERTO PANGALILINGAN

I, Roberto Pangalilingan, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation ("Menzies") as a Mechanic at the San Francisco International Airport Fueling operation location.  I am paid on an hourly basis.  I have worked in this position since May 17, 2019. My job duties include performing maintenance and repair work for the hydrant system used to pump jet fuel from the Airport tank farm to the passenger gates and other locations, where fuel carts and other equipment are used to load fuel directly onto aircraft.  A significant part of my time is spent inspecting the fueling "pits" underneath the area of aircraft gates.  A lot of this work occurs out on the airport "field" as opposed to a fixed location or a Menzies office.

3.      I previously worked for Menzies in the Management and Operation group, which I began on January 20, 2009.

4.      When I show up to work and clock in and out for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.

5.      If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records.  I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

6.      I am clocked in at all times that I am performing work for Menzies.  After I clock

out, I do not continue to work.  No one at Menzies has ever asked me to perform work before or

after I clock out or clock out and continue to work.

7.      When I work more than eight hours in one day or forty hours in a week, I am paid

at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate

of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for

the first eight hours, and at a rate of 2 times after eight hours.

8.      To my knowledge, I have never not been paid for overtime hours that I have

worked.

9.      I know that Menzies has written policies regarding meal breaks and, for shifts

lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies

when I started my employment.  I understand that the Menzies policies apply to me and describe

some of my rights, including my right to breaks, as a Menzies employee.

10.     I start my work every day by checking in at the Menzies office and clocking in for

work.  I may then spend time at the office gathering parts or equipment and getting my

assignments before heading out to the airport "field" to perform my work.

11.     When I work a shift that is longer than five hours, Menzies generally provides me

the opportunity to take a meal break.  This meal break can be at different times each day I work.

Whenever I take a meal break, I am required to come back to the Menzies office for the meal

break so that I can be relieved of all duty.

12.     Flight schedules, flight delays, unexpected maintenance issues or repair needs can

all have an impact on my day-to-day work.  If there is a maintenance issue affecting the fueling

systems or potentially creating a hazard, it's important to get that issue resolved as quickly as

2

possible. Sometimes, these occurrences can prevent me from being able to take a meal break, or from taking one before completing my fifth hour of work.

13.    Whenever this occurs, I report it to my manager. In fact, the practice for Mechanics is not to punch out and then back in for lunch even when we take meal breaks. Instead, every week, we report our meal break times for each shift to our manager on a form Menzies maintains, and Menzies keeps that documentation to my understanding. If I am not able to take a meal break or take it after the end of my fifth hour of work, I report this on my form and my manager ensures I receive a meal period premium.

14.    Over the course of my employment with Menzies, I have received many meal period premiums, and I cannot think of a single time when I did not get the opportunity to take a meal break, or did not start my meal break before the end of my fifth hour of work, and did not receive a meal period premium.

15.    When I am able to take a meal break, even if after the fifth hour of work, I am free to do whatever I want during my meal breaks. I come back to the office to start the break so I am relieved of duties and then I typically will take my break in the lunch room. During my meal break, I am not required to be available to work in any way. I always take the full 30 minutes of my meal break when I am able to take it.

16.    I have never been told I am unable to take a meal break, or if my work does not allow it, that I am not able to request and receive a meal period premium. I have never felt pressure to not take a meal break when my schedule allows and never felt pressure not to request and receive a meal period premium if my schedule did not allow a break or required a late break. I have never heard other Menzies employees complain about being unable to take a meal break

3

when their schedule allows or about not being able to receive a meal period premium if the schedule did not allow a break or required a late break.

17.    During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

18.    I have worked shifts lasting longer than ten hours during my employment with Menzies. On some of those shifts, I have chosen to take a second 30-minute break because I felt on that specific date that I wanted a second break. On other occasions, I chose not to take a second break. Should I choose to take a second break, Menzies often provides me the opportunity to do so unless the nature of the work that day does not permit it.

19.    On the days where I work longer than ten hours but choose not to take a second 30-minute break, my reasons for choosing not to take a second break are different depending on the day. For example, on some occasions, when it looks like my shift will go beyond ten working hours but I think I will not work much longer than ten hours, I will decide not to take a second break so I can finish up my work earlier in the day rather than spending a longer total period of time at work.

20.    I also sometimes choose not to take a second break because I like the fact that I earn more money per hour later in a shift. I know that by the time I have worked ten hours, I earn 1.5 times my normal hourly rate, and I also know that after I complete twelve working hours in a day, I earn twice my normal hourly rate. In those situations, I want to maximize the amount of time I can get at overtime and double time rates, so I do not want to take a break and possibly reduce the number of hours I can get at higher rates of pay. This is especially true for me on shifts lasting longer than twelve hours, when, because of double time rates, I want to

4

continue working every minute that Menzies will allow me to work rather than taking another
unpaid break.

21.     Regardless of the reasons why I choose to take or not take a second 30-minute
break, I know that Menzies provides me the opportunity to take a second 30-minute break for
shifts lasting longer than ten hours. I also know that, if on a given day I do not take a second
break, I did not do so because I chose not to do so.

22.     If I do work a shift longer than ten hours and want to second meal break, but for
whatever reason am not able to, I know to report this to my manager so that I can get a missed
meal period premium. I cannot recall an instance where I have not gotten a second break I
wanted to take or had a late second break I wanted to take and not been able to get the premium.
Nicole Stewart is also excellent at making sure that if we did not take a second meal break, it was
because we did not want it, or if we wanted it, we complete the documentation and get the meal
period premiums.

23.     I have never been told that I cannot take a second break for a shift lasting longer
than ten hours, or if my work does not allow it, that I am not able to request and receive a meal
period premium, and I have never had a request for a second break that I wanted to take on a
shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a
second break and never felt pressure not to request and receive a meal period premium if my
schedule did not allow a second break that I wanted to take. I have never heard that any other
Menzies employee has ever been told he or she could not take a second break on a shift lasting
longer than ten hours when their schedule allows or that any Menzies employee has been
pressured to forego a second break they wanted to take or not being able to receive a meal period
premium if the schedule did not allow a second break they wanted to take. I also have never

5

heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours and not being able to request and receive a meal period premium.

24.    When I work a shift more than 3.5 hours, Menzies makes available to me a ten-minute rest break. If I work more than six hours, Menzies makes available to me a second ten-minute rest break. If I work more than 10 hours, Menzies makes available to me a third ten-minute rest break. The breaks are staggered so the specific time of my break sometimes varies.

25.    Even though the nature of my work has me out in the "field" and flight schedules, flight delays, unexpected maintenance issues or repair needs can all have an impact on my day-to-day work, there is also a lot of "down time" during every shift. For example, I spend much of my day working in and inspecting the fueling pits, but I cannot do that work whenever there is an aircraft parked at the gate. I often spend a lot of time each day waiting for aircraft to leave the gates so I can enter and inspect a pit, with these periods ranging anywhere from ten minutes to as much as an hour. I am not able to perform any duties during these periods of "down time" and they are duty-free time on the clock. I often use these periods of "down time" to take frequent and prolonged rest breaks and they occur at multiple points during every shift.

26.    Because of these downtime periods, I am able to take multiple rest breaks routinely during the course of my shift. And if for some reason I cannot take a rest break, I know to report it to my manager when I submit my meal periods so I can receive a rest period premium.

27.    I do not clock out when I take a rest break. Even when I take my rest breaks in the field, I am not required to be available to work in any way. No one has ever told me I cannot take

6

a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

28.     Because of the amount of down time I have on every shift, I cannot recall an occasion where I did not receive multiple rest breaks during a shift. However, I know that if I did miss a rest break, I could also report this to my manager and receive a missed rest break premium.

29.     I have never purchased any item I needed for my work at Menzies. Menzies provides us with both radios and a company cell phone to perform our work and covers the cost of that equipment. We can also use the company cell phone also access the ADP system to access the online timeclock to punch in and out if we want. I know that I am not required to use my personal phone for any work purpose and that if I do so, I am voluntarily choosing to do so.

30.     I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June $\underline{8}$, 2023 in San Francisco, California.

Roberto Pangalilingan

7

## DECLARATION OF BRIAN PEREZ

I, Brian Perez, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation (USA), Inc. ("Menzies") as a GSE Fueler at the San Diego, California location.  I am paid on an hourly basis.  I have worked in this position since January 2023.  I am responsible for fueling up the ground equipment that other Menzies employees then use to fuel aircraft.

3.      My typical schedule is Monday to Thursday, starting at 7am until 5pm (Mondays) or 3:00am until 2:30pm (Tuesday, Wednesday, and Thursday).

4.      When I show up to work and clock in for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.  If I forget to clock in or out, or need to adjust time records, I know I can use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records, or use the ADP system.  I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

5.      I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before I clock in or after I clock out or to clock out and continue to work.

6.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  If I work more than 12 hours in a day—which is rarer—I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of

1.5 times for the first eight hours, and at a rate of 2 times after eight hours. To my knowledge, I have never not been paid for overtime hours that I have worked.

7.    I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

8.    When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break. I have discretion to take the meal break whenever I want during my shift. I take my meal break before the end of my fifth hour of work. I have discretion to take my meal period whenever I want, but I almost always take it around 7am (i.e., 4 hours into my shift). I usually take my meal break in the break room. When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. I am free to do whatever I want during my meal breaks. During my meal break, I am not required to be available to work in any way.

9.    On the rare occasion that I miss a meal break, get a meal break late, or do not get a full 30-minute meal break, I can fill out a MPF or use the ADP system to request a meal period premium. I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break. I have never heard other Menzies employees complain about being unable to take a meal break.

10.    When I work a shift more than 3.5 hours, Menzies makes available to me a 10-minute rest break. If I work more than six hours, Menzies makes available to me a second 10-minute rest break. If I work more than 10 hours, Menzies makes available to me a third 10-minute rest break. I experience frequent periods of downtime, so I take my breaks in accordance

2

with those varying periods of downtime. other fuelers utilize downtime to regularly take 10 minute rest periods.

11.     My first rest break is approximately 2 hours into my shift, and my second rest break is usually an hour or two after my meal break, but it all depends on the day.  On days that I work more than 10 hours, I take a third rest break.

12.     I do not clock out when I take a rest break. As with my lunch breaks, I usually take my rests breaks in the break room, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way.  No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

13.     I understand that if I work more than 10 hours but fewer than 12, I have the right to take a second meal period before the end of the 10th hour of work.  However, I choose to waive it because I would rather complete my shift and go home.  I understand that if I work more than 12 hours, I cannot waive my second meal period.

14.     I have never been required to purchase any item I needed for my work at Menzies. I am required to have steel-toed work boots for my work at Menzies, and Menzies purchased the boots for me.  Menzies also provides me with a work phone to use during work.

15.     I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

4867-8569-7127.1

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.  Executed on May 31, 2023 in San Diego, California.

Brian Perez

## DECLARATION OF TODD PREBLE

I, Todd Preble, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation (USA), Inc. ("Menzies") as a Lead Fueler at the San Diego, California location. I am paid on an hourly basis. I have worked in this position since around 2020; before that time I worked as Fueler from the time I started working for Menzies in 2018. I am responsible for fueling aircraft and assisting with the supervision of other fuelers.

3.      My typical schedule is 1:30pm until around 10:00pm, although sometimes I work later than 10:00pm if the operation requires. When I show up to work and clock in for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I do not do any work when I am not clocked in. If I forget to clock in or out, or need to adjust time records, I know I can use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records, or use the ADP system. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

4.      I am clocked in at all times that I am performing work for Menzies. After I clock out, I do not continue to work. No one at Menzies has ever asked me to perform work before I clock in or after I clock out or to clock out and continue to work.

5.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay. If I work more than 12 hours in a day—which is rarer—I am paid at a rate of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of

1.5 times for the first eight hours, and at a rate of 2 times after eight hours. To my knowledge, I have never not been paid for overtime hours that I have worked.

6.     I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies when I started my employment.  I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

7.     When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break.  I have discretion to take the meal break whenever I want during my shift.  I take my meal break before the end of my fifth hour of work.  Fuelers work in teams, and I coordinate with dispatch to make sure other Fuelers are taking timely, complete meal periods during the shift.  We rotate breaks so that one person is on break while others continue to work, which ensures coverage and that everybody receives their breaks.  I am almost always able to take my meal period before the end of the fifth hour of work.  When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. I am free to do whatever I want during my meal breaks.  During my meal break, I am not required to be available to work in any way.

8.     On the rare occasion that I miss a meal break, get a meal break late, or do not get a full 30-minute meal break, I can fill out a MPF or use the ADP system to request a meal period premium.  I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break.  I have never heard other Menzies employees complain about being unable to take a meal break.

9.     When I work a shift more than 3.5 hours, Menzies makes available to me a 10-minute rest break.  If I work more than six hours, Menzies makes available to me a second 10-

minute rest break. If I work more than 10 hours, Menzies makes available to me a third 10-minute rest break. I experience frequent periods of downtime, so I take my breaks in accordance with those varying periods of downtime. other fuelers utilize downtime to regularly take 10 minute rest periods.

10.    My first rest break is approximately 2 hours into my shift, and my second rest break is usually an hour or two after my meal break, but it all depends on the day. On days that I work more than 10 hours, I take a third rest break.

11.    I do not clock out when I take a rest break. As with my lunch breaks, I usually take my rests breaks in the break room, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

12.    I understand that if I work more than 10 hours but fewer than 12, I have the right to take a second meal period before the end of the 10th hour of work. However, I choose to waive it because I would rather complete my shift and go home. I understand that if I work more than 12 hours, I cannot waive my second meal period.

13.    I have never been required to purchase any item I needed for my work at Menzies. I am required to have steel-toed work boots for my work at Menzies, and Menzies provided me with a pair of steel-toed boots at the beginning of my employment. I chose to purchase additional boots for personal preference, but not because I was required to. Similarly, sometimes I use my personal cell phone to check flight status, but this too is voluntary and nobody from

3

Menzies requires it.  I can always get flight information from dispatch or operations through the radio.

14.      I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on May 31, 2023 in San Diego, California.

Todd Preble

4

## DECLARATION OF JUAN RAMIREZ

I, Juan Ramirez, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation (USA), Inc. ("Menzies") as a Fueler Supervisor at the San Francisco International Airport location. I am paid on an hourly basis. I have worked in this position since approximately June 2022. As a Fueler Supervisor, I look after the Fuelers, make sure that they are up to the task for their positions, and make sure that they are taking their breaks.

3.      I previously worked for Menzies as a Fueler at the San Francisco International Airport location for about two to three months, before I was promoted to a Fueler Supervisor in approximately June 2022.

4.      When I show up to work and clock in for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I clock in and out at a machine that scans my fingerprint. I do not do any work when I am not clocked in.

5.      If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records. The MPF is a paper form. To use the MPF, I fill it out, sign it, and give it to my manager. To my knowledge, the manager then fills out the MPF, signs it, and gives it to the Payroll Department. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

6.      I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before or after I clock out or to clock out and continue to work.

7.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

8.      To my knowledge, I have never not been paid for overtime hours that I have worked.

9.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies when I started my employment.  I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

10.      My typical work schedule is from 3:00 a.m. to 11:00 a.m., with Mondays and Tuesdays off.  When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break.  My manager posts a schedule for meal breaks and reminds me every day to take my meal break.

11.      I take my meal break before the beginning of my fifth hour of work.  Because I am regularly scheduled to start work a 3:00 a.m., I take my meal break between 6:00 and 7:00 a.m.

12.      When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break.  If I forgot to clock out or in for my meal break, I submit a MPF to my manager, so that Menzies can adjust my time records.

13.     I am free to do whatever I want during my meal breaks.  During my meal breaks, I typically eat and use my phone.  I tend to take my meal breaks in the cafeteria or at the office (which is my choice).  During my meal break, I am not required to be available to work in any way.  I always take the full 30 minutes of my meal break.

14.     On the rare occasion that I miss a meal break, get a meal break late, or do not get a full 30-minute meal break, I fill out a MPF to request a meal period premium.

15.     I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break.  I have never heard other Menzies employees complain about being unable to take a meal break.

16.     While it is rare, in some instances I have worked a shift lasting longer than ten hours.  I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break.  I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

17.     In the rare instances that I have worked a shift lasting longer than 10 hours, I have always taken a second 30-minute break.

18.     I have never been told that I cannot take a second break for a shift lasting longer than ten hours, and I have never had a request for a second break on a shift longer than ten hours denied.  I have never felt pressured by anyone at Menzies to not take a second break.  I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours or that any Menzies employee has been pressured to forego a second break.  I also have never heard about any employee complaints about not being provided the opportunity to take a second break for a shift lasting longer than ten hours.

3

19.     When I work a shift more than 3.5 hours, Menzies makes available to me a 10-minute rest break. If I work more than six hours, Menzies makes available to me a second 10-minute rest break. If I work more than 10 hours, Menzies makes available to me a third 10-minute rest break. The specific times of my rest breaks vary depending upon the day (due to flight schedules and varying degrees of downtime), but I always have the opportunity to take my rest breaks.

20.     My first break is approximately 2 to 2.5 hours into my shift.

21.     My second break is approximately 6 hours into my shift.

22.     I do not clock out when I take a rest break. I usually take my rests breaks in the office or the cafeteria, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a rest break.

23.     I have never purchased any item I needed for my work at Menzies. I was required to have steel-toed work shoes for my work at Menzies, and Menzies purchased the shoes for me. I am aware that Menzies has a policy prohibiting employees from using their cell phones during work. I do not use my personal cell phone to perform any of my job duties, nor am I required to do so. I am provided a radio that I use to communicate with Fuelers as needed. Additionally, as a Fueler Supervisor, there is a company-issued cell phone that I can use during my shift. I would use that phone, or the radio, to communicate with Fuelers as needed, not my personal cell phone.

24.     I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive

4

treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed on June 2, 2023 in San Francisco, California.

Juan Ramirez

4867-8569-7127.1

## DECLARATION OF JOHN SOTO

I, John Soto, hereby state and declare as follows:

1.    I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.    I work for Menzies Aviation (USA), Inc. ("Menzies") as a Training Supervisor at the San Diego, California location. I am paid on an hourly basis. I have worked in this position since around 2016; before then, I worked as a Fueler since the beginning of my employment with Menzies in 2006.

3.    I make sure new hires go through proper process on airline training, Menzies training, safety training, fueling certification, and similar activities. I also conduct regularly training with existing employees for re-certification or new requirements. In addition to my training functions, I work as a fueling supervisor approximately once a week, during which time I am responsible for supervising the fuelers and coordinating their meal and rest break schedules.

4.    My typical schedule is Tuesday to Saturday, starting at 5:00am until 1:30pm. I do not work more than 10 hours in a shift.

5.    When I show up to work and clock in for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I do not do any work when I am not clocked in. If I forget to clock in or out, or need to adjust time records, I know I can use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records, or use the ADP system. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

6.     I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before I clock in or after I clock out or to clock out and continue to work.

7.     When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  If I work more than 12 hours in a day—which is basically never—I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours. To my knowledge, I have never not been paid for overtime hours that I have worked.

8.     I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies when I started my employment.  I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

9.     When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break.  I have discretion to take the meal break whenever I want during my shift.  I take my meal break before the end of my fifth hour of work.  I have discretion to take my meal period whenever I want, but I usually take it around 8:00am or 9:00am (i.e., 3-4 hours into my shift).  I usually take my meal break in the break room or office.

10.     When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. I am free to do whatever I want during my meal breaks.  During my meal break, I am not required to be available to work in any way.  This is a rare occurrence and I understand I can, and I do, request a meal period premium in this situation.

11.     On the rare occasion that I miss a meal break, get a meal break late, or do not get a full 30-minute meal break, I can fill out a MPF or use the ADP system to request a meal period

2

premium. I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break. I have never heard other Menzies employees complain about being unable to take a meal break.

12.    Part of my job (when I'm supervising fuelers) includes making sure other fuelers are taking meal periods. I do not schedule meal periods for a specific time every day because of the variables that regularly occur (e.g., flight delays), but I make sure employees always have an opportunity to take their meal period before the end of the fifth hour of work. Sometimes I will tell employees to take a meal period earlier than they normally would if, for example, a flight is delayed by an hour and we all of a sudden have an hour of down time waiting for the plane to arrive. On the rare occasion that employees are unable to take a meal period before the end of the fifth hour of work, I make sure to instruct them how to access the MPF's and fill them out to request a meal period premium. I regularly review and approve meal period premium requests.

13.    When I work a shift more than 3.5 hours, Menzies makes available to me a 10-minute rest break. If I work more than six hours, Menzies makes available to me a second 10-minute rest break. If I work more than 10 hours, Menzies makes available to me a third 10-minute rest break. I experience frequent periods of downtime, so I take my breaks in accordance with those varying periods of downtime. I also make sure other fuelers utilize downtime to regularly take 10 minute rest periods.

14.    My first rest break is approximately 2 hours into my shift, and my second rest break is usually an hour or two after my meal break, but it all depends on the day.

15.    I do not clock out when I take a rest break. As with my lunch breaks, I usually take my rests breaks in the office, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has

ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I

have never heard other Menzies employees complain about being unable to take a meal break.

16.     When I started working 10+ hours shifts, I filled out a second meal period waiver

form. I understand that if I work more than 10 hours but fewer than 12, I have the right to take a

second meal period before the end of the 10th hour of work. However, I choose to waive it

because I would rather complete my shift and go home. I understand that if I work more than 12

hours, I cannot waive my second meal period.

17.     I have never been required to purchase any item I needed for my work at Menzies.

I am required to have steel-toed work boots for my work at Menzies, and Menzies purchased the

boots for me. I decided that I preferred to wear a different boot, and Menzies provided me with a

voucher to get a discount on the purchase. This was entirely my choice and Menzies did not

require me to buy other boots. I am aware that Menzies has a policy prohibiting employees from

using their cell phones during work, but that employees may voluntarily use their personal cell

phones to access the ADP system to access the online timeclock. Some employees use their

personal cell phones to track flight statutes on app called Flight Aware or FlightView, but this is

completely voluntary and Menzies does not require this. In fact, each fueler has a radio on their

truck and can contact me, and I can provide them with flight updates. Menzies provided me with

a company phone

18.     I am executing this declaration voluntarily and of my own free will. No one at

Menzies has pressured me to sign this declaration, promised me any type of benefit or positive

treatment from signing it, or threatened me with negative consequences for deciding not to sign

it.

4

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.  Executed on May 31, 2023 in San Diego, California.

John Soto

4867-8569-7127.1

## DECLARATION OF NICOLE STEWART

I, Nicole Stewart, hereby state and declare as follows:

1.  I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.  I work for Menzies Aviation ("Menzies") as the General Manager at the San Francisco International Airport ("SFO") Fueling operation location. I have worked in this position since February 15, 2021. As General Manager, I am responsible for monitoring and enforcing policies concerning meal and rest breaks, premium payments, waivers, overtime, and related wage and hour requirements. In this capacity, I maintain records of employee shift schedules, hours worked, overtime, and meal breaks, among other things.

3.  Menzies has a number of wage and hour policies that dictate how employees are compensated for time worked. These policies are frequently reviewed and amended in conformity with evolving wage laws.

4.  Menzies' employment policies include, among other things, rules and guidance for timekeeping, overtime, meal and rest breaks, missed meal and rest breaks, premiums, true-ups, and meal period waivers.

5.  Menzies SFO uses Kronos Time Entry for its timekeeping system. Hourly employees may clock in using traditional timeclocks or by using company cell phones to access the ADP system. Time records entered by either method or recorded electronically in the Kronos database, which maintains detailed time entries for each employee.

6.  If an employee forgets to clock in or out or needs to adjust their time records, they know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to their time records. They also use the local daily meal/rest log to document that they took their lunch breaks

and rest periods or to request a one hour "premium wage" or "penalty" from Menzies in the event they did not receive a meal or rest period to which they are entitled.

7.      Employees may also approach me, their supervisor or the Accounting Manager to request an adjustment to their time records or a one hour "premium wage" or "penalty." They understand that I am available to assist with the nuances of timekeeping and frequently contact me to do so.

8.      Nonexempt employees are clocked in at all times they are performing work for Menzies. After they clock out, they do not continue to work. I have never asked an hourly employee to perform work before they clock in or after they clock out.

9.      Employees who work more than eight hours in one day or forty hours in a week are paid at a rate of 1.5 times base pay. Employees who work more than 12 hours in a day are paid at a rate of 2 times base pay. Employees who work a seventh consecutive day are paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

10.     To my knowledge, no employee has ever not been paid for overtime hours they have worked.

11.     Menzies provides its hourly employees the opportunity to take meal breaks before the end of the fifth hour of work, and when employees are unable to take their full meal break, they are provided the requisite meal break premium.

12.     Employee practices for recording meal periods at Menzies SFO vary by job title and employee. For example, Fuel System Operations employees do not punch out and then back in for lunch; they instead provide me with weekly reports of their meal break times for each shift on a form Menzies maintains. A true and correct copy of the form is attached hereto as **Exhibit 1**. Menzies then records that information in the Kronos system, which triggers premium

2

payments where applicable. Menzies maintains employee meal break forms under record retention policies.

13.    Other employees simply clock out at the start of their meal breaks and clock back in when they return to work.

14.    I maintain a spreadsheet recording each hourly employee's meal period premiums. The spreadsheet also monitors employees' sick and vacation accruals and tracks hours worked for each pay period. A true and correct copy of this spreadsheet as it appeared on June 8, 2023 is attached hereto as **Exhibit 2**.

15.    Menzies uses a meal period premium pay code to track meal period premiums paid to hourly employees on any given week. Meal period premium payments are processed on an at least biweekly basis and paid with regular and overtime wages.

16.    Menzies SFO M&O's records reflect that it has paid 556 meal premiums since the beginning of 2023.

17.    Consistent with Menzies' policy, employees understand that they are free to do whatever they please during meal breaks. Many employees choose to take their meal breaks in the lunch room nearest their work space. Others take their meal breaks in their cars or their offices. During meal breaks, employees are not required to be available to work in any way and know they are entitled to a full 30-minute meal break unless waived.

18.    Employees who work a shift longer than ten hours are afforded the right to take a second 30-minute duty-free break.

19.    Employees working a shift longer than ten hours who wish to take a second meal break but are not able know to report this to their supervisor to ensure they are paid a missed meal period premium. I personally ensure that if an employee who wanted to take a second meal

3

break did not receive that break, the proper documentation is submitted and they receive the requisite meal period premiums.

20.     Employees who work a shift more than 3.5 hours are afforded a ten-minute rest break. Employees who work a shift more than six hours are afforded a second ten-minute rest break. Employees who work a shift more than 10 hours are afforded a third ten-minute rest break. Some employee rest breaks are scheduled, others are taken at random during slow periods, others develop a "relief" system of tagging one another in and out of breaks. In any circumstance, the employees are free to leave their workstations.

21.     For some employees, the nature of the work creates a lot of "down time" where there is nothing they need to specifically be doing at any particular time. For some, this happens for lengthy periods of time every shift. During these periods of "down time," employees are not performing any specific tasks and can effectively take a duty-free rest break.

22.     Employees do not clock out when they take a rest break. Employees understand that there is no restriction on their leaving Menzies's property during rest breaks. Employees are not required to be available to work in any way during rest breaks.

23.     If an employee misses a rest break, they know to report this to me or their supervisor using the local meal/rest break form. I then ensure that they receive a missed rest break premium.

24.     Menzies provides some hourly employees with both radios and a company cell phone to perform their work. Menzies also covers the cost of equipment, including safety-toed boots and uniforms. While they may use their work-issued phones to clock in and out and access their time records, employees know that they are not required to use their personal phones for any work purpose and that if they do, they are voluntarily choosing to do so.

4

4867-8569-7127.1

25.    I am executing this declaration voluntarily and of my own free will. No one at

Menzies has pressured me to sign this declaration, promised me any type of benefit or positive

treatment from signing it, or threatened me with negative consequences for deciding not to sign

it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge.  Executed on June 12, 2023 in San Francisco, California.

Nicole Stewart

4867-8569-7127.1

# EXHIBIT 1

| ASIG Daily Meal/Rest Break Log | Location:  SAN FRANCISCO INTERNATIONAL AIRPORT | Dept.: 533 |
|---|---|---|

**DATE:**

**Note:**

**DAY:**

*By signing, you acknowledge that you took a meal break and had the opportunity to take rest breaks consistent as described here.  You are entitled to and must take a 30-minute meal break if you work more than 5 hours during your shift, and this break must be taken no later than the beginning of the fifth hour of work.  You are entitled to and must take a second 30-minute meal break if you work more than 10 hours during your shift.

*Su firma, reconoce que a tomado un receso para comer y que tuvo la oportuninad de tomar sus descansos consistente como se describe en lo siguiente.  Todo empleado tiene derecho y deve tomar un receso para comer de 30-minutos si a trabajado mas de 5 horas durante su turno de trabajo, este receso deve ser tomado no mas tardar de el comienzo de la Quinta hora de trabajo.  Todo empleado tiene derecho y deve tomar un segundo receso de comida de 30-minutos si trabaja mas de 10 horas durante su turno de trabajo.

**Provide Meal Log to Payroll Daily**

**BLUE OR BLACK INK PEN ONLY**

*Please be reminded that in addition to meal breaks, you are entitled to a 10-minute rest break for each 4 hours of work or major fraction unless you do work less than 3.5 hours during your shift.  For example, if you work 4 hours in your shift you are entitled to one rest break, if you work more than 6 hours you are entitled to two rest breaks, and if you work more than 10 hours you are entitled to three rest breaks.

*Se le recuerda a todo empleado que adicional a el receso de comida, tiene derecho a 10-minutos de descanso por cada 4 horas trabajadas o fracciones mayores a lo menos que trabaje menos de 3.5 horas durante su turno de trabajo.  Por ejemplo, si el empleado trabaja 4 horas en su turno de trabajo tiene derecho a un descanso, si el empleado trabaja mas de 6 horas tiene derecho a dos descansos y si el empleado trabaja mas de 10 horas tiene derecho a tres descansos.

| List all employees on your shift (Print legibly) | Meal Break Start | Meal Break end | Meal Not Taken | Number & Reason Meal Break(s) not Taken | Rest Break Taken | Number & Reason Rest Break(s) Not Taken | Employee Signature | Supervisor Approval |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

| Revised 06/01/2015-SFO FUEL Revision 06/07/2023 | | Input by: | | Date: |
|---|---|---|---|---|

# EXHIBIT 2

Timesheets run Friday - Thursday    Pay Period End

| ID | Name | 1/5/2023 - only 2023 | | | | | 1/19 | | | | | 2/2 | | | | | 2/16 | | | | | 3/2 | | | | | R |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | R | OT | MM | V | S | R | OT | MM | V | S | R | OT | MM | V | S | R | OT | MM | V | S | R | OT | MM | V | S | R |
| 272316 | Abbitt, Jason | 8 | 11 | 4 | 0 | 0 | 80 | 25 | 11 | 0 | 0 | 80 | 13 | 11 | 0 | 0 | 80 | 8.9 | 10 | 0 | 0 | 72 | 17 | 10 | 0 | 0 | 80 |
| 200883 | Cagape, Dionilo | 16 | 8 | 0 | 0 | 0 | 80 | 8 | 0 | 0 | 0 | 80 | 8 | 0 | 0 | 0 | 72 | 0 | 0 | 0 | 8 | 72 | 16 | 0 | 0 | 0 | 80 |
| 200292 | Castillo, Maria | 0 | 0 | 0 | 8 | 0 | 80 | 2.2 | 0 | 0 | 0 | 80 | 2 | 0 | 0 | 0 | 80 | 5 | 0 | 0 | 0 | 58 | 1 | 1 | 0 | 14 | 80 |
| 200565 | Chaudhary, Satya | 24 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 72 | 0 | 0 | 0 | 0 | 80 |
| 202746 | Del Mundo, Kristianne | 9.3 | 1.5 | 2 | 6.7 | 8 | 0 | 0 | 0 | 80 | 0 | 31 | 4.5 | 5 | 40 | 9.3 | 80 | 5 | 10 | 0 | 0 | 72 | 15 | 10 | 0 | 0 | 80 |
| 200800 | Do, Phuong | 24 | 23 | 6 | 0 | 0 | 80 | 12 | 10 | 0 | 0 | 56 | 5.5 | 4 | 0 | 24 | 80 | 2 | 4 | 0 | 0 | 72 | 9.5 | 3 | 0 | 0 | 0 |
| 202520 | Finau, Fangia | 32 | 8 | 0 | 0 | 0 | 72 | 0 | 0 | 0 | 8 | 74 | 0 | 0 | 0 | 6.4 | 77 | 0 | 0 | 0 | 3 | 72 | 8 | 0 | 0 | 0 | 40 |
| 201126 | Finau, Melikiseteki | 16 | 21 | 5 | 0 | 0 | 56 | 0.5 | 0 | 24 | 0 | 40 | 3.5 | 1 | 40 | 0 | 80 | 0.5 | 1 | 0 | 0 | 72 | 16 | 1 | 0 | 0 | 80 |
| 202788 | Fineanganofo, Tevita | 16 | 8 | 0 | 0 | 0 | 80 | 9.8 | 0 | 0 | 0 | 80 | 0.4 | 0 | 0 | 0 | 54 | 0 | 0 | 0 | 26 | 72 | 16 | 1 | 0 | 0 | 80 |
| 200564 | Gonzalez, Elva | 31 | 2 | 4 | 1.3 | 0 | 80 | 25 | 11 | 0 | 0 | 80 | 20 | 9 | 0 | 0 | 71 | 1.2 | 2 | 0 | 8 | 69 | 1 | 2 | 3 | 0 | 80 |
| 294836 | Huahulu, Aho Pasa | 8 | 13 | 1 | 0 | 0 | 80 | 8.5 | 1 | 0 | 0 | 80 | 10 | 6 | 0 | 0 | 72 | 5.5 | 3 | 0 | 8 | 72 | 17 | 2 | 0 | 0 | 80 |
| 201537 | Hui, Holly K | 16 | 16 | 5 | 0 | 0 | 64 | 8 | 9 | 16 | 0 | 80 | 17 | 12 | 0 | 0 | 80 | 9 | 10 | 0 | 0 | 72 | 17 | 10 | 0 | 0 | 80 |
| 201398 | Huynh, Gregory | 32 | 16 | 3 | 0 | 0 | 72 | 4 | 0 | 0 | 8 | 40 | 4.5 | 1 | 40 | 0 | 72 | 1.5 | 1 | 8 | 0 | 72 | 17 | 1 | 0 | 0 | 80 |
| 200818 | Ibasan, Francisco | 24 | 8 | 0 | 0 | 8 | 80 | 0 | 0 | 0 | 0 | 80 | 4 | 0 | 0 | 0 | 80 | 8 | 0 | 0 | 0 | 40 | 4 | 0 | 32 | 0 | 80 |
| 313528 | Kumar, Shyrin | 24 | 0.1 | 0 | 0 | 0 | 80 | 0.6 | 1 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 80 | 3.3 | 2 | 0 | 0 | 72 | 0 | 0 | 0 | 0 | 80 |
| 200996 | Limos, Arnel | 8 | 8 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 72 | 0 | 0 | 0 | 0 | 80 | 7.4 | 0 | 0 | 0 | 72 | 8 | 0 | 0 | 0 | 80 |
| 200328 | Mallari, Ronilo | 16 | 14 | 4 | 0 | 0 | 80 | 4.5 | 1 | 0 | 0 | 48 | 5 | 2 | 32 | 0 | 32 | 0 | 0 | 24 | 24 | 72 | 17 | 0 | 0 | 0 | 80 |
| 200563 | Maralit, Raul | 24 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 64 | 0 | 0 | 16 | 0 | 80 | 0 | 0 | 0 | 0 | 72 | 0 | 0 | 0 | 0 | 80 |
| 200256 | Matakibau, Sanaila | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 80 | 0 | 80 | 0.2 | 0 | 0 | 0 | 72 | 9.1 | 0 | 0 | 0 | 80 |
| 202012 | Miranda, Sergio | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 207215 | Moimoi, Tevita | 32 | 8 | 0 | 0 | 0 | 80 | 0.6 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 82 | 0 | 0 | 0 | 8 | 72 | 8.5 | 0 | 0 | 0 | 76 |
| 200259 | Nicdao, Jeffrey | 24 | 15 | 3 | 0 | 0 | 64 | 1 | 1 | 16 | 0 | 80 | 0.5 | 1 | 0 | 0 | 80 | 13 | 5 | 0 | 0 | 72 | 8.5 | 0 | 0 | 0 | 78 |
| 201247 | Pangalilingan, Roberto | 32 | 8 | 0 | 0 | 0 | 80 | 0.6 | 0 | 0 | 0 | 72 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 72 | 8.5 | 0 | 0 | 0 | 80 |
| 200799 | Peini, Samisoni | 24 | 5 | 3 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 71 | 0 | 0 | 0 | 8 | 72 | 8 | 0 | 0 | 0 | 64 |
| 273155 | Politoni, Penisimani | 32 | 8 | 0 | 0 | 0 | 64 | 0.6 | 0 | 0 | 16 | 80 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 48 | 0.5 | 1 | 16 | 16 | 79 |
| 200822 | Samonte, Lordinio | 32 | 8 | 0 | 0 | 0 | 80 | 4 | 0 | 0 | 0 | 80 | 4 | 0 | 0 | 0 | 64 | 8 | 0 | 0 | 16 | 72 | 13 | 1 | 0 | 0 | 80 |
| 200291 | Santana, Reynald | 8 | 14 | 1 | 0 | 0 | 80 | 11 | 2 | 0 | 0 | 80 | 6.5 | 5 | 0 | 0 | 80 | 10 | 4 | 0 | 0 | 72 | 12 | 0 | 0 | 0 | 80 |
| 299595 | Stewart, Nicole | 24 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 40 | 0 | 0 | 32 | 0 | 80 |
| 201173 | Tat, Danny | 24 | 27 | 5 | 0 | 0 | 80 | 4 | 0 | 0 | 0 | 80 | 6.5 | 4 | 0 | 0 | 80 | 5 | 2 | 0 | 0 | 56 | 4 | 0 | 16 | 0 | 80 |
| 200290 | Tuio, Selevaige | 16 | 8 | 0 | 0 | 0 | 80 | 8.5 | 0 | 0 | 0 | 72 | 0 | 0 | 0 | 0 | 70 | 0 | 0 | 8 | 2.4 | 72 | 17 | 0 | 0 | 0 | 64 |
| 201708 | Tuipulotu, Sitaniselao | 16 | 8 | 0 | 0 | 0 | 80 | 1.4 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 80 | 16 | 0 | 0 | 0 | 72 | 0 | 0 | 8 | 0 | 80 |
| 306210 | Uhila, Unaloto | 24 | 8 | 0 | 8 | 0 | 80 | 0 | 0 | 0 | 0 | 72 | 0 | 0 | 0 | 0 | 80 | 8 | 0 | 0 | 8 | 64 | 16 | 0 | 0 | 8 | 80 |
| 273017 | Valbuena, Vergel | 16 | 8 | 0 | 0 | 0 | 72 | 0 | 0 | 0 | 8 | 80 | 0 | 0 | 0 | 0 | 48 | 0 | 0 | 24 | 8 | 24 | 0 | 0 | 56 | 0 | 80 |
| 205392 | Zhou, Qianru | 24 | 9 | 0 | 0 | 0 | 80 | 2.6 | 0 | 0 | 0 | 80 | 0.2 | 0 | 0 | 0 | 80 | 2.3 | 0 | 0 | 0 | 72 | 2.5 | 0 | 0 | 0 | 80 |

| 3/16 | | | | 3/30 | | | | | 4/13 | | | | | 4/27 | | | | | 5/11 | | | | | 5/25 | | | | | SUMMA | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OT | MM | V | S | R | OT | MM | V | S | R | OT | MM | V | S | R | OT | MM | V | S | R | OT | MM | V | S | R | OT | MM | V | S | R | OT | MM |
| 8.6 | 12 | 0 | 0 | 72 | 4.5 | 9 | 8 | 0 | 80 | 9 | 10 | 0 | 0 | 80 | 5 | 10 | 0 | 0 | 80 | 13 | 11 | 0 | 0 | 80 | 5 | 10 | 0 | 0 | 790.9 | 118.97 | 108 |
| 0 | 0 | 0 | 0 | 80 | 8 | 0 | 0 | 0 | 80 | 8 | 0 | 0 | 0 | 80 | 8 | 0 | 0 | 8 | 80 | 8 | 0 | 0 | 0 | 0 | 0 | 0 | 72 | 8 | 720 | 64 | 0 |
| 5.3 | 0 | 0 | 0 | 56 | 0 | 0 | 24 | 0 | 80 | 2.7 | 0 | 0 | 1.8 | 72 | 0.5 | 0 | 8 | 0 | 80 | 1.9 | 0 | 0 | 0 | 80 | 0.1 | 0 | 0 | 0 | 746 | 20.57 | 1 |
| 0 | 0 | 0 | 0 | 64 | 0 | 0 | 16 | 0 | 72 | 0 | 0 | 8 | 0 | 24 | 0 | 0 | 32 | 0 | 80 | 0 | 0 | 0 | 0 | 48 | 0 | 0 | 32 | 0 | 704 | 0 | 0 |
| 5 | 10 | 0 | 0 | 80 | 9 | 11 | 0 | 0 | 80 | 15 | 13 | 0 | 0 | 80 | 5 | 10 | 0 | 0 | 80 | 11 | 11 | 0 | 0 | 80 | 9 | 11 | 0 | 0 | 671.6 | 80.02 | 93 |
| 0 | 0 | 80 | 0 | 80 | 12 | 10 | 0 | 0 | 80 | 12 | 9 | 0 | 0 | 80 | 1 | 2 | 0 | 0 | 80 | 2 | 4 | 0 | 0 | 80 | 7.6 | 8 | 0 | 0 | 712 | 85.92 | 60 |
| 0 | 0 | 40 | 0 | 64 | 0 | 0 | 16 | 0 | 80 | 0 | 0 | 0 | 0 | 72 | 8 | 0 | 0 | 0 | 56 | 0 | 0 | 16 | 8 | 80 | 0 | 0 | 0 | 0 | 718.62 | 24 | 0 |
| 0 | 0 | 0 | 0 | 56 | 4.5 | 1 | 24 | 0 | 0 | 0 | 0 | 80 | 0 | 64 | 0 | 0 | 16 | 0 | 80 | 3 | 0 | 0 | 0 | 72 | 0.5 | 1 | 0 | 8 | 616 | 48.5 | 10 |
| 0 | 0 | 0 | 0 | 68 | 0 | 0 | 8 | 13 | 64 | 0.2 | 0 | 24 | 0 | 56 | 0.1 | 0 | 24 | 0 | 64 | 1.2 | 0 | 16 | 0 | 80 | 0 | 0 | 0 | 0 | 713.23 | 35.8 | 1 |
| 20 | 11 | 0 | 0 | 71 | 16 | 8 | 0 | 9.5 | 80 | 21 | 8 | 0 | 0 | 78 | 1.5 | 2 | 1.6 | 0 | 69 | 1.5 | 3 | 11 | 0 | 80 | 11 | 8 | 0 | 0 | 788.83 | 119.47 | 68 |
| 0 | 0 | 0 | 0 | 80 | 9.5 | 3 | 0 | 0 | 80 | 5 | 2 | 0 | 0 | 80 | 0.5 | 1 | 0 | 0 | 72 | 4 | 0 | 8 | 0 | 80 | 1.5 | 3 | 0 | 0 | 784 | 74 | 22 |
| 9.5 | 11 | 0 | 0 | 24 | 1.5 | 3 | 24 | 0 | 24 | 1.5 | 3 | 56 | 0 | 80 | 5 | 10 | 0 | 0 | 76 | 4.5 | 9 | 0 | 8 | 24 | 1.5 | 3 | 56 | 0 | 620 | 90.03 | 85 |
| 5 | 0 | 0 | 0 | 72 | 11 | 5 | 8 | 0 | 64 | 6.5 | 6 | 16 | 0 | 80 | 9.3 | 1 | 0 | 0 | 80 | 4.5 | 1 | 0 | 0 | 80 | 5.5 | 3 | 0 | 0 | 744 | 83.25 | 22 |
| 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 16 | 0 | 0 | 40 | 24 | 80 | 0 | 0 | 0 | 0 | 80 | 4 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 720 | 28 | 0 |
| 0 | 0 | 0 | 0 | 32 | 0 | 0 | 48 | 0 | 80 | 0 | 0 | 0 | 0 | 80 | 0.3 | 0 | 0 | 0 | 75 | 0 | 0 | 4.8 | 0 | 72 | 0.1 | 0 | 0 | 8 | 755.2 | 4.42 | 3 |
| 0.4 | 0 | 0 | 0 | 72 | 0 | 0 | 8 | 0 | 80 | 0 | 0 | 0 | 0 | 72 | 0 | 0 | 8 | 0 | 80 | 0.1 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 776 | 23.93 | 0 |
| 0.5 | 1 | 0 | 0 | 80 | 0.5 | 1 | 0 | 0 | 80 | 14 | 3 | 0 | 0 | 66 | 1.5 | 1 | 10 | 3.9 | 72 | 0 | 0 | 8 | 0 | 56 | 0.5 | 1 | 0 | 0 | 681.62 | 57 | 14 |
| 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 64 | 0 | 0 | 0 | 16 | 80 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 784 | 0 | 0 |
| 1 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 72 | 1 | 0 | 0 | 8 | 80 | 5.7 | 0 | 0 | 0 | 80 | 1.5 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 624 | 18.42 | 0 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 8 | 0 | 0 | 4 | 80 | 4 | 0 | 0 | 0 | 80 | 4.4 | 0 | 0 | 0 | 80 | 8 | 0 | 0 | 0 | 80 | 0.4 | 0 | 0 | 0 | 80 | 16 | 0 | 0 | 0 | 822.05 | 57.82 | 0 |
| 3 | 2 | 2 | 0 | 80 | 1 | 2 | 0 | 0 | 72 | 1 | 1 | 0 | 8 | 64 | 2.5 | 1 | 16 | 0 | 80 | 2.5 | 1 | 0 | 0 | 79 | 13 | 2 | 1 | 0 | 773 | 61.34 | 19 |
| 0 | 0 | 0 | 0 | 0 | 0 | 0 | 80 | 0 | 80 | 0 | 0 | 80 | 0 | 80 | 0.6 | 0 | 0 | 0 | 80 | 8.5 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 656 | 26.15 | 0 |
| 0.5 | 1 | 16 | 0 | 80 | 0.5 | 1 | 0 | 0 | 80 | 9.5 | 3 | 0 | 0 | 80 | 4.3 | 0 | 0 | 0 | 72 | 0 | 0 | 8 | 0 | 72 | 0.5 | 1 | 8 | 0 | 775.2 | 28.35 | 9 |
| 0.5 | 0 | 0 | 0 | 72 | 0 | 0 | 8 | 0 | 64 | 0.5 | 0 | 16 | 0 | 72 | 0 | 0 | 0 | 8 | 64 | 0.4 | 0 | 16 | 0 | 80 | 0 | 0 | 0 | 0 | 733.47 | 10.52 | 1 |
| 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 80 | 4 | 0 | 0 | 0 | 56 | 0 | 0 | 8 | 0 | 72 | 4 | 0 | 8 | 0 | 80 | 0 | 0 | 0 | 0 | 776 | 45.43 | 1 |
| 0 | 0 | 0 | 0 | 80 | 5.5 | 3 | 0 | 0 | 80 | 14 | 4 | 0 | 0 | 80 | 9 | 2 | 0 | 0 | 80 | 4.5 | 1 | 0 | 0 | 80 | 5 | 2 | 0 | 0 | 800 | 91 | 24 |
| 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 48 | 0 | 0 | 32 | 0 | 72 | 0 | 0 | 8 | 0 | 80 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 744 | 0 | 0 |
| 0.5 | 1 | 0 | 0 | 40 | 0 | 0 | 40 | 0 | 76 | 9 | 2 | 0 | 4 | 80 | 0 | 0 | 0 | 0 | 80 | 4.5 | 1 | 0 | 0 | 37 | 0 | 0 | 40 | 2.5 | 713.28 | 60 | 15 |
| 0 | 0 | 16 | 0 | 80 | 0 | 0 | 0 | 0 | 80 | 8.2 | 0 | 0 | 0 | 72 | 0 | 0 | 8 | 0 | 64 | 0.4 | 0 | 16 | 0 | 72 | 0 | 0 | 0 | 8 | 741.6 | 41.59 | 0 |
| 8 | 0 | 0 | 0 | 80 | 0 | 0 | 8 | 0 | 80 | 16 | 0 | 0 | 0 | 80 | 0.3 | 0 | 0 | 0 | 80 | 9 | 0 | 0 | 0 | 72 | 0 | 0 | 0 | 0 | 800 | 58.13 | 0 |
| 0 | 0 | 0 | 0 | 64 | 0 | 0 | 0 | 16 | 0 | 0 | 0 | 80 | 0 | 72 | 0 | 0 | 4.6 | 0 | 80 | 8 | 0 | 0 | 0 | 80 | 16 | 0 | 0 | 0 | 696 | 56 | 0 |
| 0 | 0 | 0 | 0 | 72 | 0 | 0 | 0 | 8 | 72 | 8 | 0 | 8 | 0 | 80 | 0 | 0 | 0 | 0 | 80 | 0 | 0 | 0 | 0 | 77 | 0 | 0 | 0 | 2.6 | 701.42 | 16 | 0 |
| 0.3 | 0 | 0 | 0 | 80 | 1.8 | 0 | 0 | 0 | 80 | 1.3 | 0 | 0 | 0 | 80 | 0.7 | 0 | 0 | 0 | 80 | 1.1 | 0 | 0 | 0 | 80 | 0.2 | 0 | 0 | 0 | 816 | 22.05 | 0 |

| RY | |
|---|---|
| V | S |
| 8 | 0 |
| 72 | 24 |
| 88 | 15.83 |
| 88 | 0 |
| 126.7 | 17.3 |
| 80 | 24 |
| 72 | 25.38 |
| 184 | 8 |
| 72 | 38.77 |
| 57.02 | 17.48 |
| 8 | 8 |
| 152 | 8 |
| 80 | 0 |
| 72 | 32 |
| 48 | 12.8 |
| 16 | 8 |
| 74 | 27.88 |
| 16 | 16 |
| 176 | 8 |
| 0 | 0 |
| 0 | 11.95 |
| 35 | 8 |
| 160 | 8 |
| 32 | 8 |
| 56 | 40 |
| 16 | 16 |
| 0 | 0 |
| 104 | 0 |
| 96 | 6.5 |
| 48 | 18.4 |
| 16 | 8 |
| 92.62 | 32 |
| 88 | 26.58 |
| 80 | 0 |

## DECLARATION OF SITANISELAO TUIPULOTU

I, Sitaniselao Tuipulotu, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation ("Menzies") as a Mechanic at the San Francisco International Airport Fueling operation location. I am paid on an hourly basis. I have worked in this position since July 5, 2012. My job duties include performing maintenance and repair work for the hydrant system used to pump jet fuel from the Airport tank farm to the passenger gates and other locations, where fuel carts and other equipment are used to load fuel directly onto aircraft. A significant part of my time is spent inspecting the fueling "pits" underneath the area of aircraft gates. A lot of this work occurs out on the airport "field" as opposed to a fixed location or a Menzies office.

3.      When I show up to work and clock in and out for my shifts, I start work. When I clock out at the end of my shift or to take a meal break, I stop work. I do not do any work when I am not clocked in.

4.      If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records. I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

5.      I am clocked in at all times that I am performing work for Menzies. After I clock out, I do not continue to work. No one at Menzies has ever asked me to perform work before or after I clock out or clock out and continue to work.

6.     When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay. When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

7.     To my knowledge, I have never not been paid for overtime hours that I have worked.

8.     I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

9.     I start my work every day by checking in at the Menzies office and clocking in for work. I may then spend time at the office gathering parts or equipment and getting my assignments before heading out to the airport "field" to perform my work.

10.     When I work a shift that is longer than five hours, Menzies generally provides me the opportunity to take a meal break. This meal break can be at different times each day I work. Whenever I take a meal break, I am required to come back to the Menzies office for the meal break so that I can be relieved of all duty.

11.     Flight schedules, flight delays, unexpected maintenance issues or repair needs can all have an impact on my day-to-day work. If there is a maintenance issue affecting the fueling systems or potentially creating a hazard, it's important to get that issue resolved as quickly as possible. Sometimes, these occurrences can prevent me from being able to take a meal break, or from taking one before completing my fifth hour of work.

2

12.     Whenever this occurs, I report it to my manager. In fact, the practice for Mechanics is not to punch out and then back in for lunch even when we take meal breaks. Instead, every week, we report our meal break times for each shift to our manager on a form Menzies maintains, and Menzies keeps that documentation to my understanding. If I am not able to take a meal break or take it after the end of my fifth hour of work, I report this on my form and my manager ensures I receive a meal period premium.

13.     Over the course of my employment with Menzies, I have received many meal period premiums, and I cannot think of a single time when I did not get the opportunity to take a meal break, or did not start my meal break before the end of my fifth hour of work, and did not receive a meal period premium.

14.     When I am able to take a meal break, even if after the fifth hour of work, I am free to do whatever I want during my meal breaks. I come back to the office to start the break so I am relieved of duties and then I typically will take my break in the lunch room. During my meal break, I am not required to be available to work in any way. I always take the full 30 minutes of my meal break when I am able to take it.

15.     I have never been told I am unable to take a meal break, or if my work does not allow it, that I am not able to request and receive a meal period premium. I have never felt pressure to not take a meal break when my schedule allows and never felt pressure not to request and receive a meal period premium if my schedule did not allow a break or required a late break. I have never heard other Menzies employees complain about being unable to take a meal break when their schedule allows or about not being able to receive a meal period premium if the schedule did not allow a break or required a late break.

3

16.    During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break. I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

17.    I have worked shifts lasting longer than ten hours during my employment with Menzies. On some of those shifts, I have chosen to take a second 30-minute break because I felt on that specific date that I wanted a second break. On other occasions, I chose not to take a second break. Should I choose to take a second break, Menzies often provides me the opportunity to do so unless the nature of the work that day does not permit it.

18.    On the days where I work longer than ten hours but choose not to take a second 30-minute break, my reasons for choosing not to take a second break are different depending on the day. For example, on some occasions, when it looks like my shift will go beyond ten working hours but I think I will not work much longer than ten hours, I will decide not to take a second break so I can finish up my work earlier in the day rather than spending a longer total period of time at work.

19.    I also sometimes choose not to take a second break because I like the fact that I earn more money per hour later in a shift. I know that by the time I have worked ten hours, I earn 1.5 times my normal hourly rate, and I also know that after I complete twelve working hours in a day, I earn twice my normal hourly rate. In those situations, I want to maximize the amount of time I can get at overtime and double time rates, so I do not want to take a break and possibly reduce the number of hours I can get at higher rates of pay. This is especially true for me on shifts lasting longer than twelve hours, when, because of double time rates, I want to continue working every minute that Menzies will allow me to work rather than taking another unpaid break.

4

20.     Regardless of the reasons why I choose to take or not take a second 30-minute break, I know that Menzies provides me the opportunity to take a second 30-minute break for shifts lasting longer than ten hours. I also know that, if on a given day I do not take a second break, I did not do so because I chose not to do so.

21.     If I do work a shift longer than ten hours and want to second meal break, but for whatever reason am not able to, I know to report this to my manager so that I can get a missed meal period premium. I cannot recall an instance where I have not gotten a second break I wanted to take or had a late second break I wanted to take and not been able to get the premium. Nicole Stewart is also excellent at making sure that if we did not take a second meal break, it was because we did not want it, or if we wanted it, we complete the documentation and get the meal period premiums.

22.     I have never been told that I cannot take a second break for a shift lasting longer than ten hours, or if my work does not allow it, that I am not able to request and receive a meal period premium, and I have never had a request for a second break that I wanted to take on a shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a second break and never felt pressure not to request and receive a meal period premium if my schedule did not allow a second break that I wanted to take. I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours when their schedule allows or that any Menzies employee has been pressured to forego a second break they wanted to take or not being able to receive a meal period premium if the schedule did not allow a second break they wanted to take. I also have never heard about any employee complaints about not being provided the opportunity to take a second

5

break for a shift lasting longer than ten hours and not being able to request and receive a meal period premium.

23.    When I work a shift more than 3.5 hours, Menzies makes available to me a ten-minute rest break. If I work more than six hours, Menzies makes available to me a second ten-minute rest break. If I work more than 10 hours, Menzies makes available to me a third ten-minute rest break. The breaks are staggered so the specific time of my break sometimes varies.

24.    Even though the nature of my work has me out in the "field" and flight schedules, flight delays, unexpected maintenance issues or repair needs can all have an impact on my day-to-day work, there is also a lot of "down time" during every shift. For example, I spend much of my day working in and inspecting the fueling pits, but I cannot do that work whenever there is an aircraft parked at the gate. I often spend a lot of time each day waiting for aircraft to leave the gates so I can enter and inspect a pit, with these periods ranging anywhere from ten minutes to as much as an hour. I am not able to perform any duties during these periods of "down time" and they are duty-free time on the clock. I often use these periods of "down time" to take frequent and prolonged rest breaks and they occur at multiple points during every shift.

25.    Because of these downtime periods, I am able to take multiple rest breaks routinely during the course of my shift. And if for some reason I cannot take a rest break, I know to report it to my manager when I submit my meal periods so I can receive a rest period premium.

26.    I do not clock out when I take a rest break. Even when I take my rest breaks in the field, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

6

27.     Because of the amount of down time I have on every shift, I cannot recall an
occasion where I did not receive multiple rest breaks during a shift. However, I know that if I
did miss a rest break, I could also report this to my manager and receive a missed rest break
premium.

28.     I have never purchased any item I needed for my work at Menzies. Menzies
provides us with both radios and a company cell phone to perform our work and covers the cost
of that equipment. We can also use the company cell phone also access the ADP system to
access the online timeclock to punch in and out if we want. I know that I am not required to use
my personal phone for any work purpose and that if I do so, I am voluntarily choosing to do so.

29.     I am executing this declaration voluntarily and of my own free will. No one at
Menzies has pressured me to sign this declaration, promised me any type of benefit or positive
treatment from signing it, or threatened me with negative consequences for deciding not to sign
it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge. Executed on June $\mathcal{6}$, 2023 in San Francisco, California.

Sitamsela Tuipulotu

## DECLARATION OF UNALOTO UHILA

I, Unaloto Uhila, hereby state and declare as follows:

1.      I am over eighteen (18) years of age, and I have personal knowledge of the facts
stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.      I work for Menzies Aviation ("Menzies") as a Mechanic at the San Francisco
International Airport Fueling operation location. I am paid on an hourly basis. I have worked in
this position since December 13, 2021. My job duties include performing maintenance and repair
work for the hydrant system used to pump jet fuel from the Airport tank farm to the passenger
gates and other locations, where fuel carts and other equipment are used to load fuel directly onto
aircraft. A significant part of my time is spent inspecting the fueling "pits" underneath the area
of aircraft gates. A lot of this work occurs out on the airport "field" as opposed to a fixed
location or a Menzies office.

3.      When I show up to work and clock in and out for my shifts, I start work. When I
clock out at the end of my shift or to take a meal break, I stop work. I do not do any work when
I am not clocked in.

4.      If I forget to clock in or out, or need to adjust time records, I know to use
Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records. I can also
use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did
not receive a meal or rest period to which I am entitled.

5.      I am clocked in at all times that I am performing work for Menzies. After I clock
out, I do not continue to work. No one at Menzies has ever asked me to perform work before or
after I clock out or clock out and continue to work.

6.      When I work more than eight hours in one day or forty hours in a week, I am paid
at a rate of 1.5 times my base pay. When I work more than 12 hours in a day, I am paid at a rate
of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for
the first eight hours, and at a rate of 2 times after eight hours.

7.      To my knowledge, I have never not been paid for overtime hours that I have
worked.

8.      I know that Menzies has written policies regarding meal breaks and, for shifts
lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies
when I started my employment. I understand that the Menzies policies apply to me and describe
some of my rights, including my right to breaks, as a Menzies employee.

9.      I start my work every day by checking in at the Menzies office and clocking in for
work. I may then spend time at the office gathering parts or equipment and getting my
assignments before heading out to the airport "field" to perform my work.

10.     When I work a shift that is longer than five hours, Menzies generally provides me
the opportunity to take a meal break. This meal break can be at different times each day I work.
Whenever I take a meal break, I am required to come back to the Menzies office for the meal
break so that I can be relieved of all duty.

11.     Flight schedules, flight delays, unexpected maintenance issues or repair needs can
all have an impact on my day-to-day work. If there is a maintenance issue affecting the fueling
systems or potentially creating a hazard, it's important to get that issue resolved as quickly as
possible. Sometimes, these occurrences can prevent me from being able to take a meal break, or
from taking one before completing my fifth hour of work.

4867-8569-7127.1

12.    Whenever this occurs, I report it to my manager. In fact, the practice for Mechanics is not to punch out and then back in for lunch even when we take meal breaks. Instead, every week, we report our meal break times for each shift to our manager on a form Menzies maintains, and Menzies keeps that documentation to my understanding. If I am not able to take a meal break or take it after the end of my fifth hour of work, I report this on my form and my manager ensures I receive a meal period premium.

13.    Over the course of my employment with Menzies, I have received many meal period premiums, and I cannot think of a single time when I did not get the opportunity to take a meal break, or did not start my meal break before the end of my fifth hour of work, and did not receive a meal period premium.

14.    When I am able to take a meal break, even if after the fifth hour of work, I am free to do whatever I want during my meal breaks. I come back to the office to start the break so I am relieved of duties and then I typically will take my break in the lunch room. During my meal break, I am not required to be available to work in any way. I always take the full 30 minutes of my meal break when I am able to take it.

15.    I have never been told I am unable to take a meal break, or if my work does not allow it, that I am not able to request and receive a meal period premium. I have never felt pressure to not take a meal break when my schedule allows and never felt pressure not to request and receive a meal period premium if my schedule did not allow a break or required a late break. I have never heard other Menzies employees complain about being unable to take a meal break when their schedule allows or about not being able to receive a meal period premium if the schedule did not allow a break or required a late break.

3

16.     During my employment, I have known that if I work a shift longer than ten hours,
I have the right to take a second 30-minute duty-free break. I also understand that Menzies's
policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

17.     I have worked shifts lasting longer than ten hours during my employment with
Menzies. On some of those shifts, I have chosen to take a second 30-minute break because I felt
on that specific date that I wanted a second break. On other occasions, I chose not to take a
second break. Should I choose to take a second break, Menzies often provides me the
opportunity to do so unless the nature of the work that day does not permit it.

18.     On the days where I work longer than ten hours but choose not to take a second
30-minute break, my reasons for choosing not to take a second break are different depending on
the day. For example, on some occasions, when it looks like my shift will go beyond ten
working hours but I think I will not work much longer than ten hours, I will decide not to take a
second break so I can finish up my work earlier in the day rather than spending a longer total
period of time at work.

19.     I also sometimes choose not to take a second break because I like the fact that I
earn more money per hour later in a shift. I know that by the time I have worked ten hours, I
earn 1.5 times my normal hourly rate, and I also know that after I complete twelve working
hours in a day, I earn twice my normal hourly rate. In those situations, I want to maximize the
amount of time I can get at overtime and double time rates, so I do not want to take a break and
possibly reduce the number of hours I can get at higher rates of pay. This is especially true for
me on shifts lasting longer than twelve hours, when, because of double time rates, I want to
continue working every minute that Menzies will allow me to work rather than taking another
unpaid break.

4

20.     Regardless of the reasons why I choose to take or not take a second 30-minute break, I know that Menzies provides me the opportunity to take a second 30-minute break for shifts lasting longer than ten hours. I also know that, if on a given day I do not take a second break, I did not do so because I chose not to do so.

21.     If I do work a shift longer than ten hours and want to second meal break, but for whatever reason am not able to, I know to report this to my manager so that I can get a missed meal period premium. I cannot recall an instance where I have not gotten a second break I wanted to take or had a late second break I wanted to take and not been able to get the premium. Nicole Stewart is also excellent at making sure that if we did not take a second meal break, it was because we did not want it, or if we wanted it, we complete the documentation and get the meal period premiums.

22.     I have never been told that I cannot take a second break for a shift lasting longer than ten hours, or if my work does not allow it, that I am not able to request and receive a meal period premium, and I have never had a request for a second break that I wanted to take on a shift longer than ten hours denied. I have never felt pressured by anyone at Menzies to not take a second break and never felt pressure not to request and receive a meal period premium if my schedule did not allow a second break that I wanted to take. I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours when their schedule allows or that any Menzies employee has been pressured to forego a second break they wanted to take or not being able to receive a meal period premium if the schedule did not allow a second break they wanted to take. I also have never heard about any employee complaints about not being provided the opportunity to take a second

5

4867-8569-7127.1

break for a shift lasting longer than ten hours and not being able to request and receive a meal period premium.

23.    When I work a shift more than 3.5 hours, Menzies makes available to me a ten-minute rest break. If I work more than six hours, Menzies makes available to me a second ten-minute rest break. If I work more than 10 hours, Menzies makes available to me a third ten-minute rest break. The breaks are staggered so the specific time of my break sometimes varies.

24.    Even though the nature of my work has me out in the "field" and flight schedules, flight delays, unexpected maintenance issues or repair needs can all have an impact on my day-to-day work, there is also a lot of "down time" during every shift. For example, I spend much of my day working in and inspecting the fueling pits, but I cannot do that work whenever there is an aircraft parked at the gate. I often spend a lot of time each day waiting for aircraft to leave the gates so I can enter and inspect a pit, with these periods ranging anywhere from ten minutes to as much as an hour. I am not able to perform any duties during these periods of "down time" and they are duty-free time on the clock. I often use these periods of "down time" to take frequent and prolonged rest breaks and they occur at multiple points during every shift.

25.    Because of these downtime periods, I am able to take multiple rest breaks routinely during the course of my shift. And if for some reason I cannot take a rest break, I know to report it to my manager when I submit my meal periods so I can receive a rest period premium.

26.    I do not clock out when I take a rest break. Even when I take my rest breaks in the field, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

6

27.    Because of the amount of down time I have on every shift, I cannot recall an occasion where I did not receive multiple rest breaks during a shift.  However, I know that if I did miss a rest break, I could also report this to my manager and receive a missed rest break premium.

28.    I have never purchased any item I needed for my work at Menzies.  Menzies provides us with both radios and a company cell phone to perform our work and covers the cost of that equipment.  We can also use the company cell phone also access the ADP system to access the online timeclock to punch in and out if we want. I know that I am not required to use my personal phone for any work purpose and that if I do so, I am voluntarily choosing to do so.

29.    I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on June 8, 2023 in San Francisco, California.

Unaloto Uhila

4867-8569-7127.1

## DECLARATION OF JESUS POOL YAM

I, Jesus Pool Yam, hereby state and declare as follows:

1.       I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.       I work for Menzies Aviation (USA), Inc. ("Menzies") as a Dispatcher at the Los Angeles, California location.  I am paid on an hourly basis.  I have worked in this position since April 2022.  As a Dispatcher, I assign employees their lunches and flights, and communicate to employees when they can wrap up their shifts.

3.       I previously worked for Menzies as a Fueler from June 2021 to April 2022, in the Los Angeles location.

4.       When I show up to work and clock in for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.

5.       If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF"), either the physical copy or an electronic version through the UKG Dimensions ("UKG") application, to request an adjustment to my time records.  I can also use the MPF form to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

6.       I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before I clock in.  No one at Menzies has every asked me to perform work after I clock out or to clock out and continue to work, without correcting my timecard.

7.      When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay.  When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay.  If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

8.      To my knowledge, I have never not been paid for overtime hours that I have worked.

9.      I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks.  I reviewed and acknowledged these policies when I started my employment.  I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

10.      When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break.  This meal break is typically at the same time each day I work.

11.      I take my meal break before the beginning of my fifth hour of work.  Because I am regularly scheduled to start work at 4:30 a.m., I usually take my meal break at 9:00 a.m.

12.      When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. In some instances, I clock out and clock in using a computer or my personal cell phone.  In the instances I use my personal cell phone to clock out and clock in, that is because it is my personal preference.  If I forgot to clock out or in for my meal break, I adjust it using the UKG application.

13.      I am free to do whatever I want during my meal breaks.  During my meal break, I typically eat lunch and either watch television, study, or read a book.  During my meal break, I am not required to be available to work in any way.  I always take the full 30 minutes of my meal break.

4867-8569-7127.1

14.     On the rare occasion that I miss a meal break, get a meal break late, or do not get a full 30 minute meal break, I fill out a MPF to request a meal period premium.  On those occasions, a break might be missed because of the time-sensitive nature of my job (e.g., planes blocking into terminals late or towing into terminals late).

15.     I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break.  I have never heard other Menzies employees complain about being unable to take a meal break.

16.     During my employment, I have known that if I work a shift longer than ten hours, I have the right to take a second 30-minute duty-free break.  I also understand that Menzies's policy is that, for shifts longer than ten hours, Menzies provides me a second 30-minute break.

17.     I have worked shifts lasting longer than ten hours during my employment with Menzies.  On those shifts, I have chosen to take a second 30-minute break because I wanted a second break.  Menzies always provides me the opportunity to do so.

18.     I know that Menzies provides me the opportunity to take a second 30-minute break for shifts lasting longer than ten hours.  I also know that, if on a given day I do not take a second break, I did not do so because I chose not to do so.

19.     I have never been told that I cannot take a second break for a shift lasting longer than ten hours, and I have never had a request for a second break on a shift longer than ten hours denied.  I have never felt pressured by anyone at Menzies to not take a second break.  I have never heard that any other Menzies employee has ever been told he or she could not take a second break on a shift lasting longer than ten hours or that any Menzies employee has been pressured to forego a second break.  I also have never heard about any employee complaints

3

about not being provided the opportunity to take a second break for a shift lasting longer than ten hours.

20.  When I work a shift more than 2 hours, Menzies makes available to me a 15-minute rest break.  If I work more than six hours, Menzies makes available to me a second 15-minute rest break.  If I work more than 10 hours, Menzies makes available to me a third 15-minute rest break.  The specific time of my break sometimes varies, which can be due to operational needs, but the break is always made available to me.

21.  My first break is approximately 2 hours into my shift.

22.  My second break is approximately 6 hours into my shift.

23.  My third break is approximately 11 hours into my shift.

24.  I do not clock out when I take a rest break. I usually take my rests breaks in the breakroom, outside on the benches, or in my car, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break.

25.  In the rare occasions that I miss a rest break, it gets rescheduled.

26.  I was required to have steel-toed work boots for my work at Menzies, and Menzies purchased the boots for me.  I am aware that Menzies has a policy prohibiting employees from using their cell phones during work, but that employees may voluntarily use their personal cell phones to access the UKG system to access the online timeclock.  I voluntarily chose to use my personal cell phone to access UKG because it is more convenient, but I know that Menzies also provides time clocks so I am not required to use my cell phone to clock in and out.

4

27.     I am executing this declaration voluntarily and of my own free will.  No one at
Menzies has pressured me to sign this declaration, promised me any type of benefit or positive
treatment from signing it, or threatened me with negative consequences for deciding not to sign
it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge.  Executed on May 31, 2023 in Los Angeles, California.

Josus Pool Yam

5

## DECLARATION OF BAO BAO YANG

I, Bao Bao Yang, hereby state and declare as follows:

1.    I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.    I work for Menzies Aviation (USA), Inc. ("Menzies") as an Administrative Assistant at the ~~Ontario~~ San Francisco, California location.  I am paid on an hourly basis.  I have worked in this position since October 12, 2020. My job duties cover a range of administrative work including preparing employee badges for new hires, returning phone calls, and sending emails.  I work at a computer and my work is a desk job.

3.    I previously worked for Menzies as a Human Resources Specialist when I first began with the company on February 1, 2018.

4.    When I show up to work and clock in for my shifts, I start work.  When I clock out at the end of my shift or to take a meal break, I stop work.  I do not do any work when I am not clocked in.

5.    If I forget to clock in or out, or need to adjust time records, I know to use Menzies' Missed Punch Form ("MPF") to request an adjustment to my time records, or to ask my manager to do so on my behalf.  I can also use the MPF to request a one hour "premium wage" or "penalty" from Menzies in the event I did not receive a meal or rest period to which I am entitled.

6.    I am clocked in at all times that I am performing work for Menzies.  After I clock out, I do not continue to work.  No one at Menzies has ever asked me to perform work before I clock in or after I clock out or to clock out and continue to work.

4867-8569-7127.1

7.     When I work more than eight hours in one day or forty hours in a week, I am paid at a rate of 1.5 times my base pay. When I work more than 12 hours in a day, I am paid at a rate of 2 times my base pay. If I work a seventh consecutive day, I am paid at a rate of 1.5 times for the first eight hours, and at a rate of 2 times after eight hours.

8.     To my knowledge, I have never not been paid for overtime hours that I have worked.

9.     I know that Menzies has written policies regarding meal breaks and, for shifts lasting longer than ten hours, second meal breaks. I reviewed and acknowledged these policies when I started my employment. I understand that the Menzies policies apply to me and describe some of my rights, including my right to breaks, as a Menzies employee.

10.     When I work a shift that is longer than five hours, Menzies provides me the opportunity to take a meal break. This meal break is at the same time each day I work.

11.     I take my meal break before the beginning of my fifth hour of work. Because I am regularly scheduled to start work at 8:30 a.m., I usually take my meal break at 12:30 p.m.

12.     When it is time for me to take a meal break, I clock out at the time clock, and I clock back in at the end of my meal break. If I forgot to clock out or in for my meal break, I simply tell my manager and they make the appropriate adjustments.

13.     I am free to do whatever I want during my meal breaks. I personally prefer to take my lunch breaks in the break room of the administrative building. During my meal break, I am not required to be available to work in any way. I always take the full 30 minutes of my meal break.

2

14.    I have never missed a meal break, but I know that if I were to miss a meal break, take a late meal break, or not get a full 30 minute meal break , I could fill out a MPF to request a meal period premium.

15.    I have never been told I am unable to take a meal break and I have never felt pressure to not take a meal break. I have never heard other Menzies employees complain about being unable to take a meal break.

16.    In connection with my employment with Menzies, I signed a paper titled "Meal Period Waiver for 6-hour Shifts," in which I agreed that I could I waive a 30-minute break when I have a six-hour shift. I was not pressured in any way to sign that form. For example, I was not told that Menzies would refuse to hire me unless I signed the form, and no one told me or suggested to me that there would be any type of negative consequence if I declined to sign the form. I read the form and understood it before I signed it, and I voluntarily decided to sign the form. Since signing the form, I am offered the opportunity to take meal breaks. However, I have never chosen to waive a meal break. I have never understood, and it has never been told to me, that by signing the form I was giving up the right to take meal breaks.

17.    Because of the fixed nature of my schedule and position, I have never worked a shift that exceeds 10 hours.

18.    When I work a shift more than 3.5 hours, Menzies makes available to me a 10-minute rest break. If I work more than six hours, Menzies makes available to me a second 10-minute rest break. If I work more than 10 hours, Menzies makes available to me a third 10-minute rest break.

19.    My first break is approximately 2 hours into my shift, typically around 10:30 or 10:40 a.m.

20.    My second break is approximately 6 hours into my shift, typically around 3:30 or 3:40 p.m.

21.    I do not clock out when I take a rest break. I usually take my rests breaks in the administrative building's break room or at my desk, but there is no restriction on my leaving Menzies's property. When I take my rest breaks, I am not required to be available to work in any way. No one has ever told me I cannot take a rest break and I have not felt pressured to not take a rest break. I have never heard other Menzies employees complain about being unable to take a meal break.

22.    Because of the regular nature of my work, I cannot recall an occasion where I have not taken my rest breaks during a shift.  However, I know that if I did miss a rest break, I could also report this to my manager and receive a missed rest break premium.

23.    I have never purchased any item I needed for my work at Menzies.  I am aware that Menzies has a policy prohibiting employees from using their cell phones during work, but that employees may voluntarily use their personal cell phones to access the ADP system to access the online timeclock.  I do not use my personal cell phone to access ADP because I prefer to use the traditional time clocks.  I rely exclusively on my company-issued phone for work communications.

24.    I am executing this declaration voluntarily and of my own free will.  No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.  Executed on June 2, 2023 in San Francisco, California.

4

_____

Bao Bao Yang