FILED
CLERK, U.S. DISTRICT COURT
June 20, 2023
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar<br><br>of<br><br>Judge HERNÁN D. VERA | ORDER OF THE CHIEF JUDGE<br>**23-076** |

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Hernán D. Vera,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Mark C. Scarsi to the calendar of Judge Hernán D. Vera:

| | |
|---|---|
| 2:12-cv-10646-MCS | Freddie Fuiava v. Kevin Chappell |
| 2:22-cv-05915-MCS-MARx | Dora Patricia Amaya v. Menzies Aviation USA, Inc. et al |
| 2:22-cv-06581-MCS-AFMx | Myrna Gonzalez v. Mercedes-Benz USA, LLC |
| 2:22-cv-09156-MCS-MARx | Gregory Karr v. Fieldworks, LLC et al |
| 2:23-cv-00088-MCS-ASx | Trajion Traylor v. Yoramco Properties Ltd et al |
| 2:23-cv-00480-MCS-MARx | Adrian Boot v. Lethal Amounts LLC |
| 2:23-cv-02273-MCS-AGRx | Yonaton Hano v. Equifax Information Services, LLC et al |
| 2:23-cv-03118-MCS-KSx | Jeremy Holland v. MP Whittier Center, LLC et al |
| 2:23-cv-04376-MCS-Ex | Yan Wang et al v. Dir LA Asylum Ofc et al |
| 5:22-cv-01434-MCS-SHKx | Sharon Cass v. County of Riverside et al |
| 5:22-cv-01612-MCS-MAA | Eriberto Perez v. County of San Bernardino et al |
| 5:22-cv-02105-MCS-KSx | Bonnie Bartley v. Mac Acquisitions, LLC et al |
| 8:23-cv-00100-MCS-MRW | Tara Lee Gattuso v. Kilolo Kijakazi |
| 8:23-cv-00880-MCS | In RE: Eric Vaughn Zwigart and Luz Amparo |

In the Matter of the
Creation of Calendar for
District Judge Hernán Diego Vera                                                                 2

| | Zwigart |
|---|---|

On all documents subsequently filed in the case, please substitute the Judge initials HDV after the case number in place of the initials of the prior Judge.

DATED: June 20, 2023

_____
Chief Judge Philip S. Gutierrez