**LAW OFFICES OF C. JOE SAYAS, JR.**
C. JOE SAYAS, JR. (Bar No. 122397)
cjs@joesayaslaw.com
KARL P. EVANGELISTA (Bar No. 250685)
kpe@joesayaslaw.com
500 N. Brand Boulevard, Suite 980
Glendale, California  91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

**KING CHENG MILLER & JIN, LLP**
DAVID P. KING (Bar No. 136765)
dpk@kmlaw,net
3675 Huntington Drive, Suite 200
Pasadena, California  91107
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:22-cv-05915-MCS-MAR<br><br><u>CLASS ACTION</u><br><br>PROOF OF SERVICE OF REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION; SUPPLEMENTAL DECLARATION OF C. JOE SAYAS, JR. IN SUPPORT OF REPLY BRIEF RE: CLASS CERTIFICATION AND EXHIBITS<br><br>Complaint filed:  August 19, 2022<br>Trial Date:   None Set |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

 I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 500 N. Brand Boulevard, Suite 980, Glendale, CA 91203.

 On the date of execution hereof, I caused to be served the following attached documents:

1. REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION;

2. SUPPLEMENTAL DECLARATION OF C. JOE SAYAS, JR. IN SUPPORT OF REPLY BRIEF RE: CLASS CERTIFICATION AND EXHIBITS

on all interested parties in this action by the method indicated below and addressed as follows:

| | |
|---|---|
| **Christopher Ward, Esq.**<br>FOLEY & LARDNER, LLP<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071<br>Facsimile: (213) 486-0065<br>cward@foley.com<br>hvanhowe@foley.com | *Attorneys for Defendant, MENZIES AVIATION (USA), INC.* |
| **Kevin Jackson, Esq.**<br>FOLEY & LARDNER, LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Facsimile: (858) 792-6773<br>kjackson@foley.com<br>smoreno@foley.com | *Attorneys for Defendant, MENZIES AVIATION (USA), INC.* |

( )   **BY MAIL** as follows:
STATE- I am readily familiar with the practice of this office's collection and processing correspondence for mailing. Under that practice it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Glendale California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

( )   **BY PERSONAL SERVICE** as follow: I caused each such envelope to be delivered by hand to the addressee (s) noted above or on the attachment herein.

(X)   **BY E-MAIL OR ELECTRONIC TRANSMISSION** as follows: I caused a PDF version of the document to be sent via e-mail to the individuals listed herein and the parties have stipulated to treat e-mail service as "personal service." The electronic mail was sent to an

electronic mail address maintained by the persons on whom the documents are served as last given by that/those persons. I personally requested a "delivery receipt" for this electronic mail message, and, unless disallowed by the recipient, received the same.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on July 3, 2023, at Los Angeles, California.

                                          /s/ Roxana Hernandez
                                            Roxana Hernandez