**LAW OFFICES OF C. JOE SAYAS, JR.**
C. JOE SAYAS, JR. (Bar No. 122397)
KARL P. EVANGELISTA (Bar No. 250685)
500 N. Brand Boulevard, Suite 980
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

**KING CHENG MILLER & JIN, LLP**
DAVID P. KING (Bar No. 136765)
3675 Huntington Drive, Suite 200
Pasadena, California 91107
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:22-cv-05915-HDV-MAR<br>Hon. Hernán D. Vera<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF CONTINUED HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:　October 12, 2023<br>Time:　10:00 a.m.<br>Location:　Courtroom 5B |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on October 12, 2023, at 10:00 a.m., in Courtroom 5B of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs Dora Patricia Amaya and Anibal Silva (collectively, "Plaintiffs") will, and hereby do, bring a Motion for Class Certification.

Plaintiffs' Motion for Class Certification, which was previously filed on May 22, 2023, had been set for a motion hearing on July 24, 2023. Dkt. No. 41. Defendant Menzies Aviation (USA), Inc. filed their Opposition papers on June 12, 2023, Dkt. No. 50, and Plaintiffs filed their Reply Brief on July 3, 2023, Dkt. No. 53, such that Plaintiffs' Motion for Class Certification has been fully briefed.

However, upon re-assignment to the Honorable Hernán D. Vera, the Court's Reassignment Order vacated the July 24, 2023 motion hearing, and directed Plaintiffs to re-notice their Motion for a date subsequent to October 1, 2023. Dkt. No. 52. Per the Court's Order, Plaintiffs have thus hereby re-noticed Plaintiffs' Motion to Thursday, October 12, 2023 at 10:00 a.m. in Courtroom 5B.

Plaintiffs' Motion is based on this Notice of Motion, the Memorandum of Points and Authorities filed with the initial Notice of Motion on May 22, 2023, *see* Dkt. No. 41-1; the Declaration of C. Joe Sayas, Jr., and accompanying papers, filed with the initial Motion, *see* Dkt. No. 41-2; the Declaration of David P. King filed with the initial Motion, *see* Dkt. No. 41-4; Plaintiffs' and other putative class members' declarations served and filed with the initial Motion, *see* Dkt. No. 41-5; the Declaration of Kirk Marangi, M.B.A., M.A., C.V.A., with exhibits thereto, filed in support of the initial Motion, *see* Dkt. No. 49, including the unredacted portions that were filed under seal by Order of the Court, *see* Dkt. No. 48; upon Plaintiffs' Reply brief and accompanying declaration filed on July 3, 2023, *see* Dkt. No. 53, upon other evidence submitted with Plaintiffs' moving papers and reply brief, upon all records and pleadings on file in this action, and upon such other evidence and arguments as may be presented at the hearing.

Dated: July 5, 2023        **LAW OFFICES OF C. JOE SAYAS, JR. and KING CHENG MILLER & JIN, LLP**

By:   */s/ C. Joe Sayas, Jr.*
C. JOE SAYAS, JR.
KARL P. EVANGELISTA
Attorneys for Plaintiffs

# **PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 500 N. Brand Boulevard, Suite 980, Glendale, CA 91203.

On the date of execution hereof, I caused to be served the following attached documents:

1. **NOTICE OF CONTINUED HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

on all interested parties in this action by the method indicated below and addressed as follows:

| | |
|---|---|
| **Christopher Ward, Esq.**<br>FOLEY & LARDNER, LLP<br>555 South Flower Street, Suite 3300<br>Los Angeles, CA 90071<br>Facsimile: (213) 486-0065<br>cward@foley.com<br>hvanhowe@foley.com | *Attorneys for Defendant, MENZIES AVIATION (USA), INC.* |
| **Kevin Jackson, Esq.**<br>FOLEY & LARDNER, LLP<br>11988 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Facsimile: (858) 792-6773<br>kjackson@foley.com<br>smoreno@foley.com | *Attorneys for Defendant, MENZIES AVIATION (USA), INC.* |

( ) **BY MAIL** as follows:
STATE- I am readily familiar with the practice of this office's collection and processing correspondence for mailing. Under that practice it is deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Glendale California, in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

( ) **BY PERSONAL SERVICE** as follow: I caused each such envelope to be delivered by hand to the addressee (s) noted above or on the attachment herein.

(X) **BY E-MAIL OR ELECTRONIC TRANSMISSION** as follows: I caused a PDF version of the document to be sent via e-mail to the individuals listed herein and the parties have stipulated to treat e-mail service as "personal service." The electronic mail was sent to an electronic mail address maintained by the persons on whom the documents are served as last given by that/those persons. I personally requested a "delivery receipt"

for this electronic mail message, and, unless disallowed by the recipient, received the same.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on July 5, 2023, at Los Angeles, California.

            /s/ Roxana Hernandez
            Roxana Hernandez