CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:  213.486.0065

KEVIN JACKSON, CA Bar No. 278169
   kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Defendant MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 2:22-cv-05915-HDV-MAR<br><br>**DEFENDANT MENZIES AVIATION (USA), INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT**<br><br>Date:    October 26, 2023<br>Time:   10:00 a.m.<br>Ctrm.:   5B, 5th Floor<br>Judge:  Hon. Hernán D. Vera<br><br>Complaint filed: August 19, 2022<br>FAC filed:  August 30, 2022<br>SAC filed:  May 9, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on October 26, 2023 at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Hernán D. Vera at the United States District Court for the Central District of California, Courtroom 5B, 5th Floor at the First Street Courthouse, located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant Menzies Aviation (USA), Inc. ("Defendant"), by and through its undersigned counsel, will and hereby does move this Court for an Order granting Defendant's Motion for Summary Judgment as to Plaintiff's Third Cause of Action (Dkt. 40) on the following grounds:

1. Resolution of Plaintiffs' claim for reimbursement of cell phone expenses implicates Collective Bargaining Agreements ("CBA") and requires review and interpretation of its language, and it is therefor preempted because the outcome depends substantially upon the terms of the CBAs.

2. Because Menzies and its employees operate in the airline industry, and the CBAs expressly addresses its obligation to provide all "equipment and materials adequate to perform and any and all work assignments" and thus require interpretation, Plaintiffs' cell phone claim is a "minor dispute" covered by and preempted by the Railway Labor Act.

As set forth more fully in the accompanying Memorandum of Points and Authorities, Defendant respectfully requests that the Court grant summary judgment in favor of Defendant on Plaintiff's Third Cause of Action for Failure to Reimburse Business Expenses. (Dkt. 40)

Pursuant to Local Rule 7-3, Menzies' counsel met and conferred with Plaintiffs' counsel regarding the subject of this Motion. Specifically, on May 16, 2023, Menzies' counsel and Plaintiffs' counsel discussed the Motion by telephone, following email correspondence as to the same. Counsel for the Parties were unable to reach an agreement regarding the issues presented in the Motion. (*See* Declaration of Kevin Jackson ("Jackson Decl."), ¶ 9.)

1  This Motion is based on this Notice of Motion and Motion, the accompanying
2  Memorandum of Points and Authorities, the Appendix of Evidence including all
3  declarations and exhibits contained therein, Separate Statement of Uncontroverted Facts
4  and Genuine Disputes, and all exhibits and evidence attached thereto, and the pleadings
5  and papers on file herein, and on such other matters and oral argument as my be
6  presented to the Court at the time of the hearing on this Motion.

DATED: August 10, 2023

**FOLEY & LARDNER LLP**
Christopher Ward
Kevin Jackson

*/s/ Christopher Ward*
Christopher Ward
Attorneys for Defendant MENZIES AVIATION (USA), INC.