CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:  213.486.0065

KEVIN JACKSON, CA Bar No. 278169
   kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Defendant MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>          Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>          Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**PROOF OF SERVICE**<br><br>Date:      October 26, 2023<br>Time:     10:00 a.m.<br>Ctrm.:    5B, 5th Floor<br>Judge:   Hon. Hernán D. Vera<br><br>Complaint filed: August 19, 2022<br>FAC filed:  August 30, 2022<br>SAC filed:  May 9, 2023 |

# PROOF OF SERVICE

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to this action; my current business address is 11988 El Camino Real, Suite 400, San Diego, CA 92130-2594.

On August 10, 2023, I served the foregoing document(s) described as:

1. **DEFENDANT MENZIES AVIATION (USA), INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT;**

2. **DECLARATION OF TALIN BAZERKANIAN IN SUPPORT OF DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION FOR SUMMARY JUDGMENT;**

3. **DECLARATION OF KEVIN JACKSON IN SUPPORT OF DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION FOR SUMMARY JUDGMENT;**

4. **JOINT STATEMENT OF UNCONTROVERTED FACTS AND GENUINE DISPUTES AND CONCLUSIONS OF LAW REGARDING DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION FOR SUMMARY JUDGMENT;**

5. **JOINT APPENDIX OF EVIDENCE RE DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION FOR SUMMARY JUDGMENT**

on the interested parties in this action as follows:

| | |
|---|---|
| C. Joe Sayas, Jr.<br>Karl P. Evangelista<br>Law Offices of C. Joe Sayas, Jr.<br>500 N. Brand Boulevard, Suite 980<br>Glendale, California 91203<br>Telephone: 818-291-0088<br>Facsimile: 818-240-9955<br>Email: cjs@joesayaslaw.com<br>        kpe@joesayaslaw.com<br>        cielo@joesayaslaw.com | Attorneys for Plaintiffs DORA PATRICIA AMAYA and ANIBAL SILVA |

David P. King
King Cheng Miller & Jin, LLP
3675 Huntington Drive, Suite 200
Pasadena, California 91107
Telephone: 626-304-9001
Facsimile: 626-304-9002
Email: dpk@kcmlaw.net

| | | |
|---|---|---|
| 1 | __X__ | BY E-MAIL |
| 2 | __X__ | I served the foregoing document via e-mail to the addressees above at the e-mail addresses listed therein. |
| 3 | __X__ | Executed on August 10, 2023, at San Diego, California. |
| 4 | __X__ | I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| 5 | __X__ | I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

*Sonia Moreno* (signature)
Sonia Moreno

PROOF OF SERVICE
-2-   Case No. 2:22-cv-05915-HDV-MARx

4891-5380-6710.1