# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, et al.<br><br>Plaintiff(s),<br><br>v.<br><br>MENZIES AVIATION USA, INC., et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:22–cv–05915–HDV–MAR<br><br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __8/10/2023__

Document No.:   __59__

Title of Document:   __MOTION for Summary Judgment__

**ERROR(S) WITH DOCUMENT:**

Proposed document was not submitted or was not submitted as a separate attachment.

Other:

No Local Rule 56–1 Statement of uncontroverted facts and/or proposed judgment lacking

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __August 11, 2023__       By: __/s/ Lori Muraoka  lori_muraoka@cacd.uscourts.gov__
                                           Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(08/22) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS