CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:  213.486.0065

KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Defendant MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**DEFENDANT MENZIES AVIATION (USA), INC.'S REQUEST TO APPEAR REMOTELY AT SCHEDULING CONFERENCE**<br><br>Date:   August 24, 2023<br>Time:   10:00 a.m.<br>Judge:  Hon. Hernán D. Vera<br>Ctrm.:  5B, 5th Floor<br><br>Complaint filed: August 19, 2022<br>FAC filed:   August 30, 2022<br>SAC filed:   May 9, 2023 |

Counsel for Defendant MENZIES AVIATION (USA), INC. ("Defendant"), in accordance with this Court's chamber rules, hereby requests permission to appear remotely at the upcoming Scheduling Conference scheduled for August 24, 2023 at 10:00 a.m.

Christopher Ward, lead counsel for Defendant, is currently in trial. Accordingly, Counsel respectfully requests the Court's permission to make a telephonic appearance at the Scheduling Conference.

Alternatively, Kevin Jackson, also counsel for Defendant is available and prepared to attend the Scheduling Conference in person, if Court will permit.

DATED: August 22, 2023

**FOLEY & LARDNER LLP**
Christopher Ward
Kevin Jackson

*/s/ Christopher Ward*
Christopher Ward
Attorneys for Defendant MENZIES AVIATION (USA), INC.