CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:   213.486.0065

KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:   858.792.6773

Attorneys for Defendant MENZIES
AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MENZIES AVIATION (USA), INC.'S REQUEST TO APPEAR REMOTELY AT SCHEDULING CONFERENCE**<br><br>Date:     August 24, 2023<br>Time:     10:00 a.m.<br>Judge:    Hon. Hernán D. Vera<br>Ctrm.:    5B, 5th Floor<br><br>Complaint filed: August 19, 2022<br>FAC filed:   August 30, 2022<br>SAC filed:   May 9, 2023 |

[PROPOSED] ORDER GRANTING REQUEST TO APPEAR REMOTELY
Case No. 2:22-cv-05915-HDV-MARx

Having reviewed Defendant's Counsel's Request to Appear Remotely at the August 24, 2023 Scheduling Conference, the Court hereby grants Defendant's Counsel permission to make a telephonic appearance.

**IT IS SO ORDERED.**

Dated: _____        _____
                                HONORABLE HERNÁN D. VERA
                                UNITED STATES MAGISTRATE JUDGE

4857-5279-6282.1