CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:  213.486.0065

KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Defendant MENZIES AVIATION (USA), INC.

link 62

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>~~PROPOSED~~ ORDER GRANTING DEFENDANT MENZIES AVIATION (USA), INC.'S REQUEST TO APPEAR REMOTELY AT SCHEDULING CONFERENCE<br><br>Date:    August 24, 2023<br>Time:   10:00 a.m.<br>Judge:  Hon. Hernán D. Vera<br>Ctrm.:   5B, 5th Floor<br><br>Complaint filed: August 19, 2022<br>FAC filed:   August 30, 2022<br>SAC filed:   May 9, 2023 |

1   Having reviewed Defendant's Counsel's Request to Appear Remotely at the
2   August 24, 2023 Scheduling Conference, the Court hereby grants Defendant's Counsel
3   permission to make a telephonic appearance.
4
5
6   **IT IS SO ORDERED.**
7
8   Dated: 8/23/23
9   HONORABLE HERNÁN D. VERA
    UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER GRANTING REQUEST TO APPEAR REMOTELY
-1-   Case No. 2:22-cv-05915-HDV-MARx

4857-5279- 282.1