UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No. CV 22-05915-HDV (MARx) | Date 8/24/23 |
| Title *Dora Patricia Amaya v. Menzies Aviation USA, Inc. et al* | |

Present: The Honorable Hernán D. Vera, United States District Judge

| Wendy Hernandez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| David Ping | |
| Joe Sayas, Jr. | Christopher Ward (Telephonic) |
| Karl Evangelista | |

**Proceedings:   SCHEDULING CONFERENCE**

The Court held a Scheduling Conference with the parties on August 24, 2023. The hearing on Plaintiff's Motion to Certify Class [41] is continued to October 26, 2023 at 10:00 AM.

**IT IS SO ORDERED.**

Time: /15

| Page **1** of **1** | **CIVIL MINUTES – GENERAL** | Initials of Deputy Clerk WH |
|---|---|---|