CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
   kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendant MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 2:22-cv-05915-HDV-MAR<br><br>**JOINT APPENDEX OF EVIDENCE RE DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date: October 26, 2023<br>Time: 10:00 a.m.<br>Judge: Hon. Hernán D. Vera<br>Ctrm.: 5B, 5th Floor<br><br>Complaint filed: August 19, 2022<br>FAC filed: August 30, 2022<br>SAC filed: May 9, 2023 |

# INDEX OF EXHIBITS

| Tab | Document | Page |
|---|---|---|
| 1 | Declaration of Talin Bazerkanian in Support of Defendant Menzies Aviation (USA), Inc.'s Motion for Summary Judgment | 1 |
| 2 | Exhibit A to Bazerkanian Declaration – A true and correct copy of the cover page and excerpts from the SFO CBA | 6 |
| 3 | Exhibit B to Bazerkanian Declaration – A true and correct copy of the cover page and excerpts from the SD CBA | 13 |
| 4 | Exhibit C to Bazerkanian Declaration – A true and correct copy of the cover page and excerpts from the LAX CBA | 17 |
| 5 | Exhibit D to Bazerkanian Declaration – A true and correct copy of the cover page and excerpts from the LB CBA | 21 |
| 6 | Exhibit E to Bazerkanian Declaration – A true and correct copy of the cover page and excerpts from the LAX CBA 2 | 24 |
| 7 | Exhibit F to Bazerkanian Declaration – A true and correct copy of the cover page and excerpts from the LAX CBA Ground Service | 30 |
| 8 | Exhibit G to Bazerkanian Declaration – A true and correct copy of the cover page and excerpts from the LAX MPSA CBA | 34 |
| 9 | Declaration of Kevin Jackson in Support of Defendant Menzies Aviation (USA), Inc.'s Motion for Summary Judgment | 35 |
| 10 | Exhibit 1 to Jackson Declaration – A true and correct copy of excerpts from the transcript of Ms. Amaya's deposition | 38 |
| 11 | Exhibit 2 to Jackson Declaration – A true and correct copy of excerpts from the transcript of Mr. Silva's deposition | 77 |
| 12 | Exhibit 3 to Jackson Declaration – A true and correct copy of excerpts from the transcript of Ms. Bazerkanian's deposition | 132 |
| 13 | Exhibit 4 to Jackson Declaration – A true and correct copy of Menzies Aviation Employee Handbook California | 152 |

| | | |
|---|---|---|
| 14 | Exhibit 5 to Jackson Declaration – A true and correct copy of the Kronos Adoption, ESelf Service and Notice of Informational Messaging to Mobile Phones | 186 |
| 16 | Exhibit 6 to Jackson Declaration – A true and correct copy of the Personal Electronic Device & Cellular Phones Policy | 189 |
| 17 | Declaration of C. Joe Sayas, Jr. in Support of Opposition to Defendant Menzies Aviation (USA), Inc.'s Motion for Summary Judgment | 192 |
| 18 | Exhibit 1 to Sayas Declaration – a true and correct copy of relevant excerpts from the deposition of Defendant Menzies Aviation (USA), Inc.s designee under FRCP Rule 30(b)(6), Talin Bazerkanian | 197 |
| 19 | Exhibit 2 to Sayas Declaration – a true and correct copy of relevant excerpts from the deposition of Brian Galindo | 206 |
| 20 | Exhibit 3 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Peter Acosta | 213 |
| 21 | Exhibit 4 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Manuel Aguilera | 218 |
| 22 | Exhibit 5 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Dora Patricia Amaya | 223 |
| 23 | Exhibit 6 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Daniel Arango | 229 |
| 24 | Exhibit 7 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Erick Chacon Bojorquez | 236 |
| 25 | Exhibit 8 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Brandon Craig | 242 |
| 26 | Exhibit 9 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Ruben Espinoza | 246 |
| 27 | Exhibit 10 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Anthony Fernandez | 251 |
| 28 | Exhibit 11 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Jordan Ford | 256 |
| 29 | Exhibit 12 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Jazzmyne Freeman | 261 |
| 30 | Exhibit 13 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Todd Fucile | 267 |
| 31 | Exhibit 14 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Andrew Gutierrez | 272 |

| 32 | Exhibit 15 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Clement Hurtado | 278 |
|---|---|---|
| 33 | Exhibit 16 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Zoila Lemus | 283 |
| 34 | Exhibit 17 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Wa Luo | 287 |
| 35 | Exhibit 18 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Javier Martinez | 293 |
| 36 | Exhibit 19 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Jesus Mendoza | 297 |
| 37 | Exhibit 20 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Bryan Morgan | 302 |
| 38 | Exhibit 21 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Kevin Orange | 305 |
| 39 | Exhibit 22 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Jonathan Otzoy | 310 |
| 40 | Exhibit 23 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Anthony Penca | 315 |
| 41 | Exhibit 24 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Abdel Rifai | 320 |
| 42 | Exhibit 25 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Brandon Robinson | 325 |
| 43 | Exhibit 26 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Mario Rocha | 330 |
| 44 | Exhibit 27 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Ryan Sierra | 335 |
| 45 | Exhibit 28 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Anibal Silva | 339 |
| 46 | Exhibit 29 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Abraham Torres | 343 |
| 47 | Exhibit 30 to Sayas Declaration – a true and correct copy of relevant excerpts from the Declaration of Steven Vakoc | 348 |

///

///

///

| | |
|---|---|
| 1    DATED: September 14, 2023 | **FOLEY & LARDNER LLP**<br>Christopher Ward<br>Kevin Jackson |

/s/ *Christopher Ward*
Christopher Ward
Attorneys for Defendant MENZIES AVIATION (USA), INC.