CHRISTOPHER WARD, CA Bar No. 238777
    cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:   213.486.0065

KEVIN JACKSON, CA Bar No. 278169
    kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:   858.792.6773

Attorneys for Defendant
MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-05915-HDV-MARx <br><br> **DECLARATION OF TALIN BAZERKANIAN IN SUPPORT OF DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> Date:      October 26, 2023 <br> Time:      10:00 a.m. <br> Ctrm.:     5B, 5th Floor <br> Judge:     Hon. Hernán D. Vera <br><br> Complaint Filed:  August 19, 2022 <br> FAC Filed:         August 30, 2022 <br> SAC Filed:         May 9, 2023 |

## DECLARATION OF TALIN BAZERKANIAN

I, Talin Bazerkanian, declare as follows:

1.      I am currently the Western Region Human Resources Director for Menzies Aviation, a position I have held since February 2017.  Prior to holding this role, I have worked in a variety of human resources roles for Menzies Aviation, and have always had human resources responsibility for Menzies' operations throughout California since 2011. I have also been continuously employed by Menzies (or its predecessor entity) since 1993.   During that time, I have become completely familiar with all aspects of Menzies' personnel policies and operations in California, and I personally have access to all personnel records maintained in the ordinary course of business for Menzies' employees in California.  I have personal knowledge of the facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2.      Menzies is an aviation services business that provides ground handling services to commercial airlines' aircraft, cargo handling services in airlines' cargo warehouses, and both aircraft fueling to airlines and fuel facilities management services to airports.  Ground handling includes servicing aircraft while parked at passenger gates "above the wing" in the passenger terminals through passenger service personnel who assist passengers with tickets and boarding and cabin crews who clean aircraft and check security requirements between flights.  It also includes "below the wing" work on the ramp, such as offloading and loading of baggage and cargo, guiding taxiing aircraft when they arrive, securing aircraft with chocks and cones, and towing aircraft out of the gate area for departure.

3.      On the cargo side of the business, Menzies' employees work inside warehouses away from passenger aircraft and receive, process and sort inbound and outbound in preparation for loading onto aircraft by Menzies' ramp operations – but do not themselves load cargo onto aircraft.  It also includes individuals who work in offices inside the cargo warehouse processing paperwork related to commercial cargo movements without a direct hands-on relationship with the cargo itself.

4.     On the fueling side of its operations, Menzies employees both pump jet fuel from tankers or airport hydrant systems onto aircraft, operate an airport's fuel tank "farm" well away from passenger gates and monitor via computer the various fueling infrastructure.  Other employees perform routine and emergency maintenance for hydrant systems and fueling equipment all over an airport.

5.     All told, across all these various types of work, which Menzies performs at Los Angeles International Airport, San Francisco International Airport, Ontario International Airport, San Diego International Airport, and Long Beach Airport, Menzies maintains over 70 different non-exempt job classifications for people performing these various job functions and the administrative work necessary to support the operational positions.  Other than the administrative personnel – such as accounting and human resources roles – virtually all of these non-exempt employees are represented by one of the several unions at Menzies, all pursuant to a series of collective bargaining agreements that differentiate employees by job classification and location.  During the period between 2018 to present, Menzies has been a party to the following Collective Bargaining Agreements which cover employees in many job classifications at multiple locations in California:

a.     SFO ITP Employee Agreement with SEIU United Service Workers West, which applies to Fuelers, GSE Fuelers, and Lead Fuelers who work at San Francisco International Airport ("SFO CBA").  A true and correct copy of the cover page and excerpts from the SFO CBA are attached hereto as Exhibit A.

b.     Labor Agreement with Local 74, United Service Workers Union, IUJAT, which applies to Fuelers, GSE Mechanics, and Leads who work at the San Diego International Airport ("SD CBA").  A true and correct copy of the cover page and excerpts from the SD CBA are attached hereto as Exhibit B.

c.     Labor Agreement with Teamsters Local #986 at Los Angeles International Airport, which applies to GSE Mechanics and QC Technicians who work at Los Angeles International Airport ("LAX CBA").  A true and correct copy of the cover

page and excerpts from    the LAX CBA are attached hereto as Exhibit C.

        d.     Agreement with Local 74, United Service Workers Union, IUJAT, which applies to Drivers, Lead Drivers, Apprentice Drivers, and GSE  Mechanics who work at Menzies' Long Beach operation ("LB CBA").  A true and correct copy of the cover page and excerpts from the LB CBA are attached hereto as Exhibit D.

        e.     Agreement with Teamsters Union Local 986, which applies to Mechanics, Maintenance, Fuelers, Tankers, Utility, and Quality Control employees who work at LAX ("LAX CBA 2").  A true and correct copy of the cover page and excerpts from the LAX CBA 2 are attached hereto as Exhibit E.

        f.     LAX Ground Services Agreement with SEIU United Service Workers West, which applies to Ground Service Employees at LAX including GSE Mechanics, Admin Assistant, Leads, Bagroom Agents, Lavatory Agents, Cabin Cleaners, Tow Drivers, Cargo Agents, Cargo Runners, Cargo Agents Freighter, Cargo Handlers, Documentation Agents, Fuelers, GSE Admins, GSE Utility, Maintenance Workers, Passenger Service Agents, Ramp Agents, Timekeepers, and Wingwalkers (LAX CBA Ground Service). A true and correct copy of the cover page and excerpts from the LAX CBA Ground Service are attached hereto as Exhibit F.

        g.     LAX Master Passenger Services Agreement with SEIU United Service Workers West, which applies to Passenger Services workers including Cargo, Baggage, Cabin, Catering, Passenger Service, Security, and Janitorial at LAX ("LAX MPSA CBA").  A true and correct copy of the cover page and excerpts from the LAX MPSA CBA are attached hereto as Exhibit G.

      6.     Plaintiff Dora Patricia Amaya has been on a leave of absence since December 8, 2022 and has not performed any work since this time.

///

///

///

///

1  I declare under penalty of perjury under the laws of the State of California and the

2  United States that the foregoing is true and correct.

3       Executed on August 10, 2023 at Los Angeles, California.

4

5

6  Talin Bazerkanian

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4865-5103-8838.1

# EXHIBIT A

**SFO ITP Employee Agreement**

**August 1, 2018 to April 30, 2022**

**between**

**SEIU United Service Workers West**

**and**

**Aircraft Service International, Inc.**

MENZIES_000710

H. <u>Time Limits</u>:  No grievance shall be considered unless the grieving party files a complaint with the other party, in writing, not more than thirty (30) days after the date the grieving party knew or should have known of the alleged action which gave rise to the complaint.  Any grievance not submitted within the time limits provided for in this Article shall be deemed waived.  This waiver shall not be construed to limit back-pay awards or settlement to 60 days for continuing wage violations exclusive of classification wage claims.  Probationary employees do not have recourse to the Expedited Arbitration Procedure.

I. <u>Election of Formal Arbitration</u>:  In the event either party believes the matters raised by a grievance are of such importance as to override the desirability of the expedited and informal arbitration procedures contained in this Article, such party shall advise the other in writing of its desire to proceed to arbitration under the provisions of Article 13.1 of this Agreement, wherein the parties are not limited to representation by any person of their choice.

J. <u>Non-binding Mediation</u>:  Following the completion of Step 2 Grievance, either party may request non-binding mediation using the procedure described in Article 13.1 of this Agreement.

## ARTICLE 14 WORKING CONDITIONS

### Section 1, Uniforms:

1) The Employer will furnish the Employees with a sufficient amount of wash and wear uniforms to be worn during work hours, in a sufficient quantity.  The Employer will replace soiled and worn uniforms as needed.  Furthermore, the Employer will furnish jackets, gloves and rain gear to all employees who are required to work outside during inclement weather.  For employees whose assignments require their use, the Employer will furnish safety vests.   When necessary, the Employer shall provide the employee with modified uniforms to provide reasonable accommodation for medical conditions.  Employer will provide Skycaps with at least one (1) cap.

2) Employees will be responsible for replacement costs of uniform and equipment damaged, lost or stolen due to the Employee's intentional acts or negligence.

3) All employees will be required to wear said uniforms while on duty. Customer facing positions shall display a clean, neat and properly fitting appearance and a courteous attitude in public and to customers of the Employer or the Airport at all times.

4) Upon termination of employment with the Employer, Employees must return all uniforms in their possession.

### Section 2, Materials and Equipment:

1) General Requirements

   a) The Employer agrees to provide and to maintain properly equipment and materials adequate to perform any and all work assignments.  The Employer agrees that all chemicals provided to employees by the Employer will be properly labeled, including but not limited to health, safety and utilization instructions, and that employees will be instructed and trained in their use.

   b) The Employer agrees to provide proper safety appliances and equipment to safeguard the health and safety of all employees, and to observe all federal and state laws regarding working conditions.

   c) In the event an employee is required to wear safety gloves, earplugs, ergonomically correct back braces, the Employer shall furnish and maintain all such items and to replace such items as needed to keep up with regular wear and tear.

   d) Employees whose duties require them to stand in one place for a period longer than one hour shall be furnished rubber mats.

Page 25 of 44

MENZIES_000734

e) Safety Shoes:  If the Employer requires the use of safety shoes which are not appropriate for daily casual wear outside of work, the Employer shall provide or reimburse the worker for the full cost of the shoes, not to exceed one pair or a value of forty dollars every twelve (12) months or as needed with exchange of the worn shoes to verify wear and tear.

2) Accidental Equipment Breakage:  Employees shall not be liable for any accidental breakage.

## Section 3, Break Rooms:

1) The Employer shall provide an adequate break room in each terminal and/or area where Employees work if the Employer can acquire the space from the client or the airport. The break room shall contain appliances to heat food and keep it cold, as well as enough tables and chairs to accommodate Employees who will take their break at the same time.

2) If the Employer is not able to secure adequate space as above, Employees shall not be disciplined for taking their breaks or eating in any public or common area of the terminal and/or area where they work, unless restricted by the Employer's client or Airport regulations.

3) The Employer and the Union will form a labor-management committee including all signatory Employers to identify those terminals and work areas where the Employer is not able to secure adequate space and airline or airport restrictions prevent Employees from taking breaks or eating in public or common areas, identify alternative areas where Employees may take breaks or eat, and determine appropriate travel time to allow Employees to use such alternative areas.  This committee will convene within ninety (90) days of ratification (July 1, 2013) of this Agreement.

## Section 4, Lockers:

The Employer shall provide enough lockers in each terminal and/or working area to accommodate all employees, if the Employer can acquire the space from the client or the airport.

## Section 5, Bulletin Boards:

The Employer agrees to furnish a dedicated Employee bulletin board in the areas where Employees sign in, for the purpose of sharing information about Union meetings, events, elections, etc., if the Employer can acquire the space from the client or the airport. Union stewards and union representatives shall have sole authority to determine what material is posted on bulletin boards.

## Section 6, Steward Petitions:

The Employer agrees to meet and confer in response to Employee petitions presented by the shop steward.

## Section 7, No Speed-Up:

Except as otherwise provided in this Agreement, there shall be no speed-up or increase in the workload so as to impose an undue burden upon any Employee covered by the Agreement, or where the effect of such speed-up or increase in the workload will unreasonably: diminish the work force or lessen the total number of hours worked at any job location.

## Section 8, Lie Detector Tests:

Nothing in this Agreement shall prohibit any Employee from volunteering to take a lie detector test, however, the Employer shall not require any Employee to take any lie detector test and shall not take any discriminatory or disciplinary action against an Employee who refuses to take a lie detector test, regardless of circumstances involved.

MENZIES_000735

or bidding for work not currently covered by any Union agreement (new, non-Union work). Bidding circumstances may include bidding to retain existing work or bidding to acquire another signatory's work.

Section 4:
Notwithstanding anything to the contrary stated in this Agreement, the Employer may elect to recognize, observe and incorporate as part of its collective bargaining agreement any non-economic provisions of any collective bargaining agreement executed between SEIU-USWW and Menzies Aviation or any other collective bargaining agreement with SEIU-USWW and any other Employer covering job classifications outlined by this Agreement at San Francisco International Airport.

## ARTICLE 21.  NO STRIKE - NO LOCKOUT
    a)   The union agrees that it will not collectively, concertedly or individually engage in or participate, directly or indirectly play a part in: any strike, sympathy strike, slowdown, work stoppage, refusal to handle merchandise, the distribution of pamphlets by either physical or electronic means that concerns matters covered by the grievance and arbitration provisions of this agreement, bannering or any other interference with or interruption of the work or operations of the employer during the term of this agreement.
    b)   In exchange the employer agrees that during the term of this agreement it will not lock out any of the employees in the bargaining unit covered by this agreement.
    c)   It is specifically agreed and understood that proven violations of Section 1.a) above will subject Employees to termination or other disciplinary action at the sole discretion of the Employer.
    d)   Personal communications by individual employees by electronic or other means regarding matters covered by the grievance and arbitration provisions of this agreement which do not interrupt work performance, operations or client relations will not be considered violations of Section a) above.

## ARTICLE 22.  SAVING CLAUSE
In the event the courts should decide that any clause or part of this Agreement is unconstitutional or illegal, or should any clause or part of this Agreement be found contrary to present or future laws, it shall not invalidate the other provisions of this Agreement.

## ARTICLE 23.  MANAGEMENT RIGHTS
Except as provided in this Agreement, the management of the Employer's operation and the direction of the Employees, including all of the rights, powers, authority and prerogatives, which the Employer has traditionally exercised, are expressly reserved to the Employer.  Management agrees to exercise these rights consistent with its obligations under applicable Federal, state, and local laws. The choice, control, and supervisory and management staff shall be vested solely and exclusively in the Employer.

All management functions, rights and responsibilities which the employer has not expressly modified or restricted by a specific provision of this agreement are retained and vested exclusively in the employer. More specifically, without limiting the generality of the foregoing, the employer retains the exclusive right to direct and schedule the work force; to plan, direct and control operations; to establish, reorganize, combine or discontinue operations; to contract out work; to hire, promote, transfer, lay-off and recall employees to work; to determine the number of employees and the duties to be performed; to establish, add to, reduce, combine or discontinue job classifications; to reprimand, suspend, discharge or otherwise discipline employees for cause; to introduce new or improved methods, equipment and facilities; to make and change employer rules, regulations,

Page 33 of 44

MENZIES_000742

policies and practices not inconsistent with the terms of this agreement; and otherwise generally to manage the facilities of the employer so as to attain and maintain full operating efficiency.

This Collective Bargaining Agreement (CBA) is intended to apply to San Francisco, California-based team members.  The company Employee Handbook and all associated policies will remain in effect. If the terms of this Agreement conflict with Employee Handbook or company policy provisions, the CBA provisions will prevail. If the terms of this agreement violate any applicable federal, state, local or international law, then the terms of the law will prevail.

Page 34 of 44

MENZIES_000743

## APPENDIX A: SCHEDULE OF RATES OF PAY

Upon Ratification, Employees will receive across the board wage increases whenever the QSP is increase. For example: If the QSP has increase on February 1, then Employees will receive wage increases on February 1 of that year.

The amount of wage increase is determined by the amount in which the QSP has increased. For example: If QSP is increased by $0.90, then Employees will receive across the board wage increase of $0.90.

The Ratification Date of this Agreement is July 2, 2019.

Parking Reimbursement:
The Employer will provide fully paid parking benefits effective July 1, 2013.

All Lead Fuelers shall receive a premium of one-dollar and fifty cents ($2.00/hr.) in addition to his/her rate of pay, as set forth above. Also, the Lead Men shall receive any additional night shift differential, as set forth in the Differential paragraph stated below.

GSE Fuelers newly coming under the terms of this Agreement shall be placed at the appropriate wage scale based upon the above provisions.

SHIFT DIFFERENTIAL: All employees who work a majority of their shift or any overtime between the hours of 2000 and 0459 shall receive an additional fifty cents ($0.50) per hour. For the purpose of this Agreement, "majority for their shift and/or overtime" is hereby recognized as having worked at least five and one-half (5-1/2) hours after 2000.

## CLASS "A" FUELER:
Responsible for fueling aircraft by alternate fueling methods including drip sticks, tank to tank fuel transfers and other flight deck responsibilities.

REQUIRED SKILLS/QUALIFICATIONS
- Knowledge of Company Policy and Procedure
- Comply with Locations attendance/tardiness standards
- Comply with Locations job performance standards
- Must be fully trained as determined by the Locations Training Manager
- Must possess valid driver's license
- Must possess a minimum of 6 months operations experience

Class "A" Fueler shall be paid two dollars ($2.00) more per hour than the classification rate in effect at the time of designation.

In all cases of increase or decrease in workforce, promotions to new or vacant job openings, transfer to fill openings on other shifts, demotions or transfers involving the classifications covered by this

Page 36 of 44

MENZIES_000745

# EXHIBIT B



# LABOR AGREEMENT

Between

## AIRCRAFT SERVICE INTERNATIONAL, INC.

And

## LOCAL 74, United Service Workers Union, IUJAT

At

## MENZIES AVIATION SAN DIEGO STATION # 529

## SAN DIEGO INTERNATIONAL AIRPORT

San Diego, California

Effective: May 22, 2018
Duration: May 22, 2022

MENZIES_000691

## HOLIDAY PAY

The table below sets out the 2018 Holiday schedule for all 2 Hourly Paid/Non-Exempt employees (excluding LAX).

If you work on any of the holidays listed below, you will be entitled to receive holiday pay. In order to qualify for holiday pay you must have worked your scheduled shift on the day before and after the holiday. Failure to do so will result in the forfeiture of your holiday pay. There is not entitlement to time off in lieu of working on a holiday.

### Holiday Date Day

New Years' Day January 1, 2018 Monday
Independence Day July 4, 2018 Wednesday
Thanksgiving Day November 22, 2018 Thursday
Christmas Day December 25, 2018 Tuesday

If you are not scheduled to work on any of these days, you will not receive any holiday pay for that day. Holiday pay will be paid at one and a quarter times (1.25) your normal rate of pay up to a maximum of 8 hours. The incremental amount paid as holiday pay will be shown on your pay check stub on a separate line from your regular pay and will be calculated using the formula of hours worked multiplied by one quarter (0.25) of your applicable normal rate of pay. Your regular pay for hours worked will be shown on your paystub in the usual way. Overtime rate will apply if you  work additional hours at the rate stated in Section 7.

If you have any questions regarding holidays and holiday pay, please see your local HR representative.

## BEREAVEMENT LEAVE

In the event of a death in the immediate family (parent, son, daughter, wife, husband, brother or sister, mother-in-law, father-in-law or grandparents) of an employee covered by this Agreement, said employee shall be allowed up to two (2) days off with pay.

If the above defined death in the immediate family occurs more than 500 miles from the ASIG SAN operation, the employee taking such time off will be allowed up to of five (5) day, the first 2 days with pay, all other days are without pay. The Company reserves the right to request proof of death and relationship for the death of a family member.

Any other Leave of absence or illness that causes an employee to miss three days of work or more must be coordinated through the Menzies Aviation Leaves Department.

## ARTICLE 9 - UNIFORMS

In the event the Employer requires the wearing of uniforms, it is agreed that such uniform shall be furnished and maintained by the Employer. The employee agrees to take good care of such uniforms and not wear them except in the course of his/her working hours, meal times excepted.

Shorts may be worn by the employees in a style and color approved by the Employer. Employees must order the uniforms through the Employer's supplier and are responsible for the cost of the shorts.

Employer will purchase and maintain a supply of raingear that will be issued to employees during inclement weather.

5

MENZIES_000695

APPENDIX "A"

WAGE SCALE: Effective 9/1/2018, in lieu of retro from 5/21/2018 to August 31, 2018 a onetime $300.00

sign on bonus will ONLY be available to employees that were hired prior to expiration of the old contract.

FUELER

| | |
|---|---|
| START: | $ 12.75/hr. |
| After 6 Month | $ 13.00/hr. |
| 7/1/2018 | $13.25/hr |
| 1/1/2020 | $13.75/hr |
| 1/1/2021 | $14.75/hr |

GSE MECHANICS
START:                        $17.00/hr.

GSE Mechanics will be covered under state law.

Lead Pay: + $ 2.00/hr.

GENERAL:        Any of the above referenced classifications may perform the job function of any other
classification in order to meet the contractual commitments of the Employer.

As of June 2006 the Employer will no longer pay for employee parking for new employees during their
first year of employment.

13

MENZIES_000703

# EXHIBIT C

ASIG – LAX: GSE Mechanics
2016-2019



# LABOR AGREEMENT

between

## AIRCRAFT SERVICE INTERNATIONAL, INC.
## LAX STATION #503

and

TEAMSTERS LOCAL **#986**
At
Los Angeles International Airport
Los Angeles, California

## REPRESENTING THE MECHANICS
## AND
## RELATED EMPLOYEES

**Effective: March 2, 2016**

**Amendable Date: March 3, 2019**

0

MENZIES_000754

ASIG – LAX: GSE Mechanics
2016-2019

Any/all on-the-job injuries that are not an emergency or which do not require eminent medical attention, the effected employee will participate in the Company's "Priority Care 365 / ask a Nurse program". The Union and the Company agree that this program evaluates the emergency situation, provides immediate treatment information, provides self-care info for the affected worker, provides follow up care and aid if needed and increase worker satisfaction.

a) Once an employee reports an injury that is not an emergency or which does not require eminent medical attention to his/her Manager/Supervisor and the employee requires first aid as defined by OSHA 29 or CFA 1904.7 and then no further care is requested, there is no requirement to call PC 365 Nurse. The Employee will then need to utilize a Medical Refusal Form.

b) If the Employee needs or requests medical care, His/her Manager/Supervisor will contact Ask-a-Nurse at 800-665-0836. The Employee is required to speak with the Nurse. A Nurse will complete an initial medical assessment and derive at a disposition, self-care or medical care for the employee.

### ARTICLE XVIII - UNIFORMS

The EMPLOYER shall furnish and maintain all uniforms which shall include the laundering thereof at no cost to the employee. The EMPLOYER will provide employees with a sufficient supply of gloves (once a month).

### ARTICLE XIX - HEALTH AND WELFARE

The Company will provide company health care coverage to all eligible employees, as defined by the plan, provided all paperwork has been submitted within the applicable time frame.   Should eligibility changes be mandated by the Health Care Reform Law, aka, the Affordable Care Act, or state law relative to eligibility requirements, levels of coverage or premiums; the law will govern.   The Company and the Union agree to automatic changes in the eligibility definition unless said changes result in a change in the premiums or cost to comply with the Affordable Care Act's requirements.

1. The employer shall provide group medical/dental/vision coverage for all eligible employees, as defined by the plan after meeting eligibility requirements.

   a. **Effective 1/1/2017:**  Employee contributions shall be at Company established rates for all plans; all levels of coverage.

2. **DELETED**

LIFE INSURANCE:

The COMPANY will provide Life Insurance in the amount of ten thousand dollars ($10,000.00) for

15

MENZIES_000769

ASIG – LAX: GSE Mechanics
2016-2019

# *Appendix "A"*

## *Wage scale*

**Starting Hourly Rate:**
GSE
Mechanic            $19.00 - EFFECTIVE UPON RATIFICATION

MECHANIC HELPERS REMOVED FROM AGREEMENT

QC Technician        Effective upon ratification, the starting wage for QC Technicians will be adjusted to the non-benefited rate per the Living Wage Ordinance (regardless of benefit status) and will be adjusted per increases to the LWO.

**Employees holding positions set forth above shall receive general increases as follows:**

- **Effective March 1, 2016**    **3%**
- **Effective March 1, 2017**    **3%**
- **Effective March 1, 2018**    **3%**

* **REMOVED**

GSE Mechanic & QC Technicians

Any employee working as a Lead GSE Mechanic will receive One dollar ($1.00) per hour while performing work as a GSE lead Mechanic.

Shift differential - Shall be $.50/hr. for all shifts starting at or between 2000 and 0400 hours.

COMPANY will pay Airport Parking Fees for all full-time employees with more than six (6) months of continuous service with the Company.

GSE Mechanic's will be compensated for company required certification.
GSE Mechanics will be paid fifteen cents ($.15) per hour for each required certification up to a maximum of five (5) certificates or seventy-five cents ($.75) per hour. The employee is responsible to keep all certifications current. In the event that a certification expires, that employee's hourly wage will be deducted fifteen cents ($.15) for each expired certification.

*Superior workman clause.*

The wage scales in this Agreement are minimum scales and do not prohibit the Employer from paying higher wages. It is specifically agreed that employees compensated at said higher wage rates may be returned to the scales published herein at the sole discretion of the Employer. Employees paid Superior Workmen rates shall have their wages increased by amounts of not less than the increases in the minimum wage scales as specified in Exhibit 1, attached to and made part of this Agreement, for the classifications in which they are employed.

19

MENZIES_000773

# EXHIBIT D



# AGREEMENT

Between

## AIRCRAFT SERVICE INTERNATIONAL, INC. dba

## MENZIES AVIATION

And

## LOCAL 74, United Service Workers Union, IUJAT

At

ASIG dba MENZIES / FUEL LOGISTICS

Long Beach, California

Effective: November 1, 2019
Duration: October 31, 2022

MENZIES_000672

It is agreed that overtime payment shall not be pyramided, and that no employee shall be paid twice for the same hours worked.

There shall be a minimum four (4) hours call-in for all full-time employees.

Overtime shall be offered according to seniority wherever possible. If at any time no one accepts the offered overtime, the Employer may start drafting employees from the bottom of the seniority list but will include all employees in the draft on a rotating basis. As far a possible the employer will draft employees for over time only on the employee's first four days of the employee's regular work week.

Paid rest periods shall be computed on the basis of ten (10) minutes within each four (4) hours working time or major fractions thereof, which insofar as practical shall be in the middle of each work period. Employees are responsible for utilizing rest and/or lunch periods, and must notify their Supervisor as soon as possible if unable to take such rest or lunch period

Overnight Expense — When the employee is compelled to be out of town overnight at the request of the Employer, he shall be paid the appropriate rate in accordance with the terms of this Agreement, while in actual service, and shall receive, hi addition, reimbursement of reasonable and actual expenses not the exceed a total of one hundred dollars ($100.00) per day.

No pay shall be granted under this section where work is not available by such reasons as including, but not limited to, dismissal for just cause, an Act of God, fire, flood, power failure, loss of business or Airport closure.

### **ARTICLE 8 - UNIFORMS**

In the event the Employer requires the wearing of uniforms, it is agreed that such uniform shall be furnished by the Employer and maintained by the Employee. The employee agrees to take good care of such uniforms and not wear them except in the course of his/her working hours, meal times excepted.

Shorts may be worn by the employees in a style and color approved by the Employer. Employees must order the uniforms through the Employer's supplier.

When the Company provides uniforms and personal protective equipment (PPE) for use during employee's scheduled work shift, they must be worn in their entirety, without substitution of personal clothing or articles and in accordance with the Company's uniform policy. All uniforms and personal protective equipment will remain the property of the Company. It is the employee's responsibility to see that they are kept neat, clean and in good condition. Employees will be expected to reimburse the Company for their loss or abuse and agree to allow the Company to make payroll deductions to cover such damage.

5

MENZIES_000676

# EXHIBIT E



*LAX 576*

*AUREA*

**AGREEMENT
BETWEEN
TEAMSTERS UNION
LOCAL 986**

**AND**

**MENZIES, INC.**

**January 1, 2020 – December 31, 2024**

MENZIES_000779

19 | Page

## ARTICLE VIII
### WORKING CONDITIONS

1. UNIFORMS: When the Company requires employees to wear any particular type of uniform, that uniform shall be furnished by the Company.

   a. The company agrees to supply eleven (11) sets of uniforms, consisting of six (6) pairs of pants and five (5) pairs of shorts and eleven (11) shirts. The company agrees to supply one (1) static proof jacket to each employee.

   b. If any of the above items are lost or subjected to needless wear and tear, the employee will be required to replace the lost or damaged uniforms themselves. It is understood that should the employee dispute the Companies position related to the condition of their uniforms, the employee has the right to consult with the Shop Steward and meet with the Company to further discuss the matter prior to final payment being sought by the Company.

   c. Should the employee fail to make applicable restitution to the Company within two weeks of said meeting, the Company has the right to commence payroll deductions. Such deductions will be based on a maximum of fifty dollars $50.00 per week until such time as the full debt has been collected.

   d. Any employee leaving the employ of the Company must return all of the above items in their possession at the time their employment ceases.

2. SAFETY: A Safety Committee shall be selected to consist of one employee form at least two shifts. This Committee shall discuss safety conditions with the General Manager or their designated representative at intervals of not less frequently than thirty (30) days.

3. BARGAINING UNIT WORK: Supervisory employees will perform work of union classifications covered by this Agreement only for training purposes, emergencies, testing equipment or safety or performance reasons.

4. LEAD: The deletion of LEAD REFUELLER CLASSIFICATION is agreed to by both parties.

5. LEAD MECHANIC: The lead mechanic, when appointed by the Company, shall receive one dollar and fifty cents ($1.50) per hour above the highest paid mechanic in that classification for the duration of such appointment.

6. SUPERVISORY POSITIONS: Qualified employees who bid such positions and who are selected by the Company to perform Supervisory duties shall be on probation for a period of one hundred and eighty (180) calendar days. If at any time during the one hundred and eighty (180) day probationary period the Company considers the employee is unsuitable for such Supervisory position notice will be given to the employee to such effect and he/she will return to his/her former classification without loss of accumulated seniority or pay status in such classification.

MENZIES_000801

20 | P a g e

7.  LUNCH BREAKS: Lunch breaks shall be between 3 ½ and 5 ½ hours of each eight (8) hour shift worked. In the event that an employee's lunch break is interrupted, such employee shall be paid an additional one (1) hour at straight time and be reassigned a later lunch break. It is understood and agreed that any such payments for interrupted lunches must be authorized by the supervisor on shift at the time of the incident or the manager.

8.  GENERAL CONDITIONS: The Company shall assign two (2) men to any overwing fuelling job where a two (2) inch or larger hose is used. However, only one (1) Driver shall be necessary if the customer receiving service furnishes an employee to assist in the fueling operation.

    a.  In the event that a new job or position is established as the result of introduction of new work as the result of a change in the duties or requirements of an established job, the Company shall establish the rate for such job and submit it to the Union for approval. In the event that agreement is not reached within fifteen (15) calendar days, either party may refer the matter to arbitration in accordance with the provisions of Article III, Section 2, of the Agreement. The arbitrator shall have the authority to determine the rate of the new job on the sole basis of the relationship the new or amended job bears to the other established jobs and rates. Any changes in the established rate resulting from the negotiations shall be retroactive to the date when such rate was placed in effect.

    b.  In the event that fuelers are not available to fuel airlines or related equipment other bargaining union classifications will be assigned in order to of qualifications and seniority.

    c.  Cargo/Class "A" Drivers assigned to remote areas where break rooms are not available and the driver isn't able or relieved to use the company provided break area will receive a paid lunch.

9.  BEREAVEMENT LEAVE: It is agreed that in the event of death in the immediate family (either parent, mother or father-in-law, son daughter, wife, husband, brother, sister, step-parents or grandparents) of the employee covered by this Agreement, said employee shall be allowed at that time bereavement leave to a maximum of three (3) regular work days off between (and including) the day of death and the day following the date of the funeral at regular straight time pay. In no event shall a total of more than six (6) days with pay be granted to an employee in any one (1) service year.

10.  PAYROLL. If a mistake in excess of forty dollars ($40.00) is made on an employees payroll, through no fault of the employee, the Company will furnish a separate check to correct the error within twenty-four hours of verifying the mistake.

11.  Parking to be provided to all employees at no cost within thirty (30) minutes of their check in area.

MENZIES_000802

38 | P a g e

## MEMORANDUM OF UNDERSTANDING #2

### RE: SAFETY FOOTWEAR PROGRAM

It is hereby understood and agreed by and between Menzies, Inc. and Teamsters Union Local 986, that in order to enhance and reward work place safety the following work place safety incentive program shall be instituted.

All Full and Part Time Aircraft Refuelers, Maintenance and Utility personnel who will have worked for a period of twelve (12) months prior to Jun 1, 2009 of any given year and remain employed by Menzies, Inc. as of June 1, and have not incurred an injury, whether due to their actions or the actions of others will be eligible for this program. Employees must work a minimum of 1248 hours in the twelve (12) month period prior to June 1 to be eligible.

Entitlement:   Full-time and Part-time employees who have completed one (1) year of service but less than three (3) years of service will be entitled to a footwear value of sixty dollars ($60.00).

Full-time and Part-time employees who have completed three (3) years of service but less than five (5) years of service will be entitled to a footwear value of sixty-five dollars ($65.00).

Full-time and Part-time employees who have completed five (5) years of service but less than ten (10) years of service will be entitled to a footwear value of seventy dollars ($70.00).

Full-time and Part-time employees who have completed ten (10) years of service or greater will be entitled to a footwear value of seventy-five dollars ($75.00).

Menzies, Inc. will arrange with Shoeteria or another agent to be selected by the Company for footwear whose value will not exceed the employee entitlement, inclusive of sales taxes, for all eligible employees. Employees will be able to select footwear form Shoeteria or another agent selected by the Company, who have a variety of footwear acceptable to the Company, whose value does not exceed the employee entitlement inclusive of sales taxes.

In the event the employee chooses a boot from Shoeteria or another agent selected by the Company whose value exceeds the employee entitlement, inclusive of all sales taxes, the employ will pay the difference in cash to the supplier at the time of choosing said footwear. Such footwear must meet Company and industry safety requirements.

Employees who have incurred injuries or have worked less than 1248 hours in the previous twelve (12) months (June 1 through May 31) will not be eligible for this program.

All eligible employees, as per the terms stated above, will have between June 1, and June 30, inclusive (in the applicable year) to be fitted and choose by either Shoeteria or another agent as selected by the Company to receive the entitled footwear allowance in the amount of the applicable entitlement, including all sales taxes. If an eligible employee does not proceed within the applicable dates in obtaining their footwear under these agreements, by June 30, they will forfeit their eligibility of any footwear allowance and will not be compensated for the previous twelve month entitlement.

MENZIES_000820

42 | P a g e

## MEMORANDUM OF UNDERSTANDING #6

**RE: Facility Personnel Tool Allowance**

It is mutually agreed and understood that:

Facility personnel perform maintenance of the facilities as well as mobile equipment during their daily duties. In order to perform these duties, facility personnel purchase and utilize hand tools (a minimum list is contained on the following pages) which may from time to time become damaged due to normal wear and tear. The Company recognizes the potential replacement need of the facility employees in this regard and hereby agree to pay up to a maximum of $250.00 annually for such replacement. To obtain such reimbursement from the Company, the facility employees will be required to provide a valid receipt from a tool supplier as well as evidence the need for such replacement.

This Memorandum of Understanding will remain in force for the duration of this Collective Agreement which commences on January 1, 2020.

IN WITNESS WHEREOF, The Parties have signed this Agreement this 22 day of DEC, 2019

On behalf of:

Menzies, Inc.

Jules Molinari

Company Representative

On behalf of:

Teamsters Local 986

Dave Elmore

Business Representative

MENZIES_000824

29

# EXHIBIT F

**LAX Ground Services Agreement**

**March 1, 2018 to April 30, 2022**

**between**

**SEIU United Service Workers West**

**and**

**Menzies Aviation (USA), Inc.**

MENZIES_000471

1) The parties shall meet promptly to select mutually acceptable arbitrators.
2) The initial list of expedited arbitrators shall be reviewed and approved by both parties.

C. <u>Time Requirements:</u> The Arbitrator shall be the sole arbitrator to hear and determine the matter. Such hearing shall be held within ten (10) days after the arbitrator receives notification of the dispute. The arbitrator shall consider and decide the grievance and shall render a decision immediately after hearing and consideration of all evidence presented. The arbitrator may request and upon mutual agreement of both parties to the dispute receive additional time to deliberate on the matters presented but in no case shall the decision be delayed beyond the forty-eight (48) hours following the close of the hearing.

D. <u>Arbitrator's Decision:</u> The Arbitrator shall orally advise the parties of his/her decision with a brief explanation of the basis thereof. The Arbitrator shall make a brief, signed note upon the written grievance stating his/her disposition of the matter. Such decision shall be final and binding on all parties to the dispute and the aggrieved employee, but shall not be considered as a precedent in any future proceeding.

E. <u>Informal Procedures:</u> Any arbitration held under the provisions of this Article shall be conducted as informally as possible, consistent with a full and fair hearing of the issues. The parties to the proceeding shall be permitted to participate only through full-time operating officials who are not lawyers. The Arbitrator shall establish appropriate informal arbitration procedures and have the authority to exclude any representative of either party who does not meet the qualifications set forth in this Section.

F. <u>Expenses:</u> Any expense incurred for the production of witnesses, or other evidence, shall be borne by the party seeking to produce such evidence or testimony. For the purposes of this Section, time spent as a witness shall not be construed as working time under the provisions of this Agreement.

G. <u>Arbitrator's Authority:</u> The Arbitrator shall have no authority to modify, add to, or subtract from any of the terms of this Agreement. Any expenses incidental to the conduct of the hearing, and the fee of the Arbitrator, shall be borne equally by the parties.

H. <u>Time Limits:</u> No grievance shall be considered unless the grieving party files a complaint with the other party, in writing, not more than thirty (30) days after the date the grieving party knew or should have known of the alleged action which gave rise to the complaint. Any grievance not submitted within the time limits provided for in this Article shall be deemed waived. This waiver shall not be construed to limit back-pay awards or settlement to 60 days for continuing wage violations exclusive of classification wage claims. Probationary employees do not have recourse to the Expedited Arbitration Procedure.

I. <u>Election of Formal Arbitration:</u> In the event either party believes the matters raised by a grievance are of such importance as to override the desirability of the expedited and informal arbitration procedures contained in this Article, such party shall advise the other in writing of its desire to proceed to arbitration under the provisions of Article 13.1 of this Agreement, wherein the parties are not limited to representation by any person of their choice.

J. <u>Non-binding Mediation:</u> Following the completion of Step 2, either party may request non-binding mediation using the procedure described in Article 13.1 of this Agreement.

## ARTICLE 14: WORKING CONDITIONS

### Section 1, Uniforms:

1. The Employer will furnish the Employees with a sufficient amount of wash and wear uniforms to be worn during work hours, in a sufficient quantity. The Employer will replace soiled and worn uniforms as needed. Furthermore, the Employer will furnish jackets, gloves and rain gear to all employees who are required to work outside during inclement weather. For employees whose assignments require their use, the Employer will furnish safety vests. When necessary, the Employer shall provide the employee

MENZIES_000498

with modified uniforms to provide reasonable accommodation for medical conditions. Employer will provide Skycaps with at least one (1) cap.

2. Employees will be responsible for replacement costs of uniform and equipment damaged, lost or stolen due to the Employee's intentional acts or negligence.

3. All employees will be required to wear said uniforms while on duty. Customer facing positions shall display a clean, neat and properly fitting appearance and a courteous attitude in public and to customers of the Employer or the Airport at all times.

4. Upon termination of employment with the Employer, Employees must return all uniforms in their possession.

## Section 2, Materials and Equipment:

1. General Requirements
   a. The Employer agrees to provide and to maintain properly equipment and materials adequate to perform any and all work assignments. The Employer agrees that all chemicals provided to employees by the Employer will be properly labeled, including but not limited to health, safety and utilization instructions, and that employees will be instructed and trained in their use.
   b. The Employer agrees to provide proper safety appliances and equipment to safeguard the health and safety of all employees, and to observe all federal and state laws regarding working conditions.
   c. In the event an employee is required to wear safety gloves, earplugs, ergonomically correct back braces, the Employer shall furnish and maintain all such items and to replace such items as needed to keep up with regular wear and tear.
   d. Employees whose duties require them to stand in one place for a period longer than one hour shall be furnished rubber mats.
   e. Safety Shoes: If the Employer requires the use of safety shoes which are not appropriate for daily casual wear outside of work, the Employer shall provide or reimburse the worker for the full cost of the shoes, not to exceed one pair or a value of forty dollars every twelve (12) months or as needed with exchange of the worn shoes to verify wear and tear.

2. Accidental Equipment Breakage: Employees shall not be liable for any accidental breakage.

## Section 3, Break Rooms:

The Employer shall provide an adequate break room in each terminal and/or area where Employees work if the Employer can acquire the space from the client or the airport. The break room shall contain appliances to heat food and keep it cold, as well as enough tables and chairs to accommodate Employees who will take their break at the same time.

If the Employer is not able to secure adequate space as above, Employees shall not be disciplined for taking their breaks or eating in any public or common area of the terminal and/or area where they work, unless restricted by the Employer's client or Airport regulations.

The Employer and the Union will form a labor-management committee including all signatory Employers to identify those terminals and work areas where the Employer is not able to secure adequate space and airline or airport restrictions prevent Employees from taking breaks or eating in public or common areas, identify alternative areas where Employees may take breaks or eat, and determine appropriate travel time to allow Employees to use such alternative areas. This committee will convene within ninety (90) days of ratification (July 1, 2013) of this Agreement.

Page 29 of 50

MENZIES_000499

# EXHIBIT G

**LAX Master Passenger Services Agreement**

**May 1, 2017 to April 30, 2022**

**between**

**SEIU United Service Workers West**

**and**

**ABM Aviation**

**AeroPort Services**

**G2 Secure Staff, LLC**

**Gateway Frontline Services, Inc.**

**Menzies Aviation (USA) Inc.**

**SDH Services West LLC, a subsidiary of Sodexo, Inc.**

**SOS Security, LLP**

**World Service West LA Inflight Service Company, LLC**

MENZIES_000521

income or unemployment insurance.  The arbitrator must consider any employee on workers comp or disability insurance as unable to have worked at his usual job because of such disability during the period time he/she was terminated or suspended without pay.  The arbitrator's award shall be final and binding upon the parties.  The expenses of the arbitrator shall be borne equally by the parties.  Either party shall have the right to utilize a court reporter, at its own expense.

### Section 6, Arbitration Hearing Limits:
The arbitrator shall not have the right to hear more than one grievance at an arbitration hearing unless mutually agreed by both parties.

### Section 7, Failure to Respond Within Timelines:
Grievances beyond the first step shall automatically be moved to the next level if either party fails to respond within the timelines described above.  Timelines may be waived by mutual agreement in writing.

### Section 8, Failure to Comply with Signed Settlements or Arbitration Awards:
In cases where the Union or the Employer fails or refuses to comply with the terms of a signed settlement agreement or arbitration award for more than thirty (30) days, the case may be moved immediately to arbitration or court to confirm the award.

## ARTICLE 15. WORKING CONDITIONS

### Section 1, Uniforms:
a) The Employer will furnish the employees with a sufficient amount of wash and wear uniforms to be worn during work hours, in a sufficient quantity.  The Employer will replace soiled and worn uniforms as needed.  Furthermore, the Employer will furnish jackets, gloves and rain gear to all employees who are required to work outside during inclement weather.  For employees whose assignments require their use, the Employer will furnish safety vests.  When necessary, the Employer shall provide the employee with modified uniforms to provide reasonable accommodation for medical conditions.  Employer will provide Skycaps with at least one (1) cap.
b) If the Employer charges a uniform deposit, they must do so in compliance with California Labor Code requirements.  Employees will be responsible for replacement costs of uniform and equipment damaged, lost or stolen due to the employee's dishonest or willful act, or gross negligence.
c) All employees will be required to wear said uniforms while on duty and present a neat appearance and a courteous attitude in public and to customers of the Employer or the Airport at all times.
d) Upon termination of employment with the Employer, employees must return all uniforms in their possession.

### Section 2, Materials and Equipment:
1) General Requirements
a) The Employer agrees to provide and to maintain properly equipment and materials adequate to perform any and all work assignments.  The Employer agrees that all chemicals provided to employees by the Employer will be properly labeled, including but not limited to health, safety and utilization instructions, and that employees will be instructed and trained in their use.
b) The Employer agrees to provide proper safety appliances and equipment to safeguard the health and safety of all employees, and to observe all federal and state laws regarding working conditions.

Page 35 of 71

MENZIES_000556

   c) In the event an employee is required to wear safety gloves, earplugs, ergonomically correct back braces, the Employer shall furnish and maintain all such items and to replace such items as needed to keep up with regular wear and tear.

   d) Employees whose duties require them to stand in one place for a period longer than one hour shall be furnished rubber mats.

   e) Safety Shoes: If the Employer requires the use of safety shoes which are not appropriate for daily casual wear outside of work, the Employer shall either provide or reimburse the worker for the full cost of the shoes as needed.

   f) Upon employee request, and where prescribed by a health care professional in writing, the Employer will provide ergonomically correct back braces to employees who are required to

      i) Push wheelchair passengers up inclined ramps or walkways, or

      ii) lift or carry baggage or cargo as a routine job duty.

2) Accidental Equipment Breakage: Employees shall not be liable for any accidental breakage.

## Section 3, Break Rooms:

   a) The Employer shall provide an adequate break room in each terminal and/or area where employees work if the Employer can acquire the space from the client or the Airport. The break room shall contain appliances to heat food and keep it cold, as well as enough tables and chairs to accommodate employees who will take their break at the same time.

   b) If the Employer is not able to secure adequate space as above, employees shall not be disciplined for taking their breaks or eating in any public or common area of the terminal and/or area where they work, unless restricted by the Employer's client or Airport regulations.

   c) The Employer and the Union will form a labor-management committee including all signatory Employers to identify those terminals and work areas where the Employer is not able to secure adequate space and airline or Airport restrictions prevent employees from taking breaks or eating in public or common areas, identify alternative areas where employees may take breaks or eat, and determine appropriate travel time to allow employees to use such alternative areas. This committee will convene within ninety (90) days of ratification of this Agreement.

## Section 4, Lockers:

The Employer shall provide enough lockers in each terminal and/or working area to accommodate all employees, if the Employer can acquire the space from the client or the airport.

## Section 5, Bulletin Boards:

The Employer agrees to furnish a dedicated employee bulletin board in the areas where employees sign in, for the purpose of sharing information about Union meetings, events, elections, etc. Union stewards and Union representatives shall have sole authority to determine what material is posted on bulletin boards provided it is not false or misleading.

## Section 6, Steward Petitions:

The Employer agrees to meet and confer in response to employee petitions related to workplace issues presented by the shop steward and such petitions shall only be presented to the Employer and not to the Employer's customer.

## Section 7, No Speed-Up:

Except as otherwise provided in this Agreement, there shall be no speed-up or increase in the workload so as to impose an undue burden upon any employee covered by the Agreement, or where the effect of such speed-up

Page 36 of 71

MENZIES_000557