# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　　Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　　October 26, 2023<br>Time:　　10:00 a.m.<br>Judge:　　Hon. Hernán D. Vera<br>Ctrm.:　　5B, 5th Floor<br><br>Complaint filed: August 19, 2022<br>FAC filed:　　August 30, 2022<br>SAC filed:　　May 9, 2023 |

[PROPOSED] ORDER GRANTING DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
Case No. 2:22-cv-05915-HDV-MARx

4875-7513-9680.1

## ORDER

The Court, having read and considered Defendant Menzies Aviation (USA), Inc.'s ("Defendant") Motion For Partial Summary Judgment ("Motion") Against Plaintiffs Dora Patricia Amaya and Brayan Lozano Gonzalez (collectively, "Plaintiffs"), and good cause appearing, hereby GRANTS Defendant's Motion as follows:

IT IS HEREBY ORDERED that Defendant's Motion is granted in its entirety and summary judgment as to Plaintiffs' Third Cause of Action is granted.

**IT IS SO ORDERED.**

DATED: _____
HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER GRANTING DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT
-1-   Case No. 2:22-cv-05915-HDV-MARx

4875-7513-9680.1