UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

Case No.   CV 22-05915-HDV (MARx)                           Date   10/26/23

Title   *Dora Patricia Amaya v. Menzies Aviation USA, Inc. et al*

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):           Attorney(s) Present for Defendant(s):

David King
Joe Sayas, Jr.                                              Christopher Ward
Karl Evangelista

**Proceedings:**   **PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [41]**

**DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION FOR SUMMARY JUDGMENT [59];**

**DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT [65]**

The Court hears oral argument and takes the motions under submission.

IT IS SO ORDERED.

Time: /40