CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendant MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**DEFENDANT MENZIES AVIATION (USA), INC.'S NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**<br><br>Date: April 11, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Hernán D. Vera<br>Ctrm.: 5B, 5th Floor<br><br>Complaint filed: August 19, 2022<br>FAC filed: August 30, 2022<br>SAC filed: May 9, 2023 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on April 11, 2024 at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of the Honorable Hernan D. Vera at the United States District Court for the Central District of California, Courtroom 5B, 5th Floor at the First Street Courthouse, located at 350 W. 1st Street, Los Angeles, CA 90012, Defendant Menzies Aviation (USA), Inc. ("Defendant"), by and through its undersigned counsel, will and hereby does move this Court for an Order granting Defendant's Motion for Reconsideration as to Plaintiffs' Motion for Class Certification on the following grounds:

1. The Fourth Circuit's recent decision in *In re Marriott* constitutes a "material difference in law" or "change of law" that merits reconsideration of the Court's order granting class certification.

As set forth more fully in the accompanying Memorandum of Points and Authorities, Defendant respectfully requests that the Court grants reconsideration in favor of Defendant on Plaintiffs' Motion for Class Certification.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, and all exhibits and evidence attached thereto, and the pleadings and papers on file herein, and on such other matters and oral argument as may be presented to the Court at the time of the hearing on this Motion.

DATED: February 22, 2024

**FOLEY & LARDNER LLP**
Christopher Ward
Kevin Jackson


*/s/ Christopher Ward*
Christopher Ward
Attorneys for Defendant MENZIES AVIATION (USA), INC.

DEFENDANT MENZIES' MOTION FOR RECONSIDERATION
-1-    Case No. 2:22-cv-05915-HDV-MARx

4860-2909-8408.1