# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION FOR RECONSIDERATION**<br><br>Date:    April 11, 2024<br>Time:   10:00 a.m.<br>Judge:  Hon. Hernán D. Vera<br>Ctrm.:  5B, 5th Floor<br><br>Complaint filed: August 19, 2022<br>FAC filed:   August 30, 2022<br>SAC filed:   May 9, 2023 |

# ORDER

The Court, having read and considered Defendant Menzies Aviation (USA), Inc.'s ("Defendant") Motion For Reconsideration ("Motion"), and good cause appearing, hereby GRANTS Defendant's Motion for Reconsideration.

**IT IS SO ORDERED.**

DATED: _____

HON. HERNÁN D. VERA
UNITED STATES DISTRICT JUDGE