**LAW OFFICES OF C. JOE SAYAS, JR.**
C. JOE SAYAS, JR. (Bar No. 122397)
KARL P. EVANGELISTA (Bar No. 250685)
500 N. Brand Boulevard, Suite 2000
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

**KING CHENG MILLER & JIN, LLP**
DAVID P. KING (Bar No. 136765)
3675 Huntington Drive, Suite 200
Pasadena, California 91107
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: 2:22-cv-05915-HDV-MAR<br>Hon. Hernán D. Vera<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF CHANGE OF ADDRESS OF PLAINTIFFS' COUNSEL** |

TO THE CLERK OF THIS COURT AND TO ALL PARTIES AND ATTORNEYS OF RECORD:

　　Plaintiffs hereby provide notice of the new mailing address of the Law Offices of C. Joe Sayas, Jr., effective March 4, 2024, as follows:

- 1 -

Law Offices of C. Joe Sayas, Jr.

500 N. Brand Blvd. Suite 2000

Glendale, CA  91203

The other contact information of Plaintiffs' counsel remain the same.

Dated: February 28, 2024            **LAW OFFICES OF C. JOE SAYAS, JR.**

                                      By:     /s/ C. Joe Sayas, Jr.
                                                 C. JOE SAYAS, JR.
                                                 KARL P. EVANGELISTA
                                                 Attorneys for Plaintiffs