C. JOE SAYAS, JR. (CA Bar No. 122397)
cjs@joesayaslaw.com
KARL P. EVANGELISTA (CA Bar No. 250685)
kpe@joesayaslaw.com
**LAW OFFICES OF C. JOE SAYAS, JR.**
500 N. Brand Boulevard, Suite 2000
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

DAVID P. KING (CA Bar No. 136765)
dpk@kcmlaw.net
**KING CHENG MILLER & JIN, LLP**
150 N. Santa Anita Ave., Suite 410
Arcadia, California 91006
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATARICA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br><u>CLASS ACTION</u><br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:     June 20, 2024<br>Time:    10:00 a.m.<br>Judge:   Hon. Hernán D. Vera<br>Ctrm:    5B, 5th Floor,<br>            First Street U.S. Courthouse |

---

1

**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:**

**PLEASE TAKE NOTICE** that on June 20, 2024 at 10:00 a.m., or as soon thereafter as the matter may be heard in the courtroom of Honorable Hernán D. Vera, at the United States District Court for the Central District of California, Courtroom 5B, 5th Floor, First Street Courthouse, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs Dora Patarica Amaya and Anibal Silva, on behalf of themselves and others similarly situated (hereafter "Plaintiffs"), will and hereby do move this Court for an Order granting Plaintiffs' Motion for Partial Summary Judgment as to the Twenty-Fourth Affirmative Defense (Arbitration) asserted by Defendant Menzies Aviation (USA), Inc. ("Menzies") in Menzies's Answer to the Second Amended Complaint (Dkt. 45) in this action.

Plaintiffs' Motion will be made on grounds that Menzies has waived the right to compel arbitration because Menzies knew of an existing right to compel arbitration and has intentionally acted in various ways inconsistent with that existing right. *Hill v. Xerox Business Services, LLC*, 59 F.4th 457, 468 (9th Cir. 2023).

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 21, 2024. Pursuant to said rule, Plaintiffs' counsel met and conferred with Menzies's counsel on the said date regarding the subject of this Motion. Specifically, the parties' counsel discussed the motion by telephone, following email correspondence as to the same. The parties were unable to reach an agreement that would make this Motion unnecessary. *See Declaration of C. Joe Sayas, Jr. in Support of Motion for Partial Summary Judgment*, ¶ 52.

This Motion is based upon this Notice of Motion and Motion; the concurrently-filed Joint Memorandum of Points and Authorities, Separate Statement of Uncontroverted Facts and Genuine Disputes, and Joint Appendix of Evidence; the pleadings and papers on file in this action; and on such other matters and oral argument as may be presented to the Court at the hearing on this Motion.

DATED: May 9, 2024

**LAW OFFICES OF C. JOE SAYAS, JR. and KING CHENG MILLER & JIN LLP**

By: /s/ C. Joe Sayas, Jr.
C. JOE SAYAS, JR.
KARL P. EVANGELISTA
Attorneys for Plaintiffs