C. JOE SAYAS, JR. (CA Bar No. 122397)
KARL P. EVANGELISTA (CA Bar No. 250685)
**LAW OFFICES OF C. JOE SAYAS, JR.**
500 N. Brand Boulevard, Suite 2000
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

DAVID P. KING (CA Bar No. 136765)
**KING CHENG MILLER & JIN, LLP**
150 N. Santa Anita Ave., Suite 410
Arcadia, California 91006
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br><u>CLASS ACTION</u><br><br>**JOINT APPENDIX OF EVIDENCE RE: PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:     June 6, 2024<br>Time:    10:00 a.m.<br>Judge:   Hon. Hernán D. Vera<br>Ctrm:    5B, 5th Floor,<br>            First Street U.S. Courthouse |

---

1
**JOINT APPENDIX OF EVIDENCE RE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

## INDEX OF EXHIBITS

| Tab | Document |
|---|---|
| 1 | Declaration of C. Joe Sayas, Jr. ("Sayas Decl.") |
| 2 | Exhibit 1 to Sayas Decl. (September 8, 2022 letter from Kevin Jackson to C. Joe Sayas, Jr.) |
| 3 | Exhibit 2 to Sayas Decl. (September 29, 2022 letter from C. Joe Sayas, Jr. to Kevin Jackson) |
| 4 | Exhibit 3 to Sayas Decl. (October 11, 2022 email from Kevin Jackson to C. Joe Sayas, Jr.) |
| 5 | Exhibit 4 to Sayas Decl. (Excerpts from transcript of deposition of Plaintiff Anibal Silva) |
| 6 | Exhibit 5 to Sayas Decl. (Excerpts from transcript of deposition of Plaintiff Dora Patricia Amaya Villagra) |
| 7 | Declaration of Christopher Ward |
|  |  |
|  |  |
|  |  |
|  |  |

.

DATED: May 9, 2024

**LAW OFFICES OF C. JOE SAYAS, JR. and KING CHENG MILLER & JIN LLP**

By:     */s/ C. Joe Sayas, Jr.*
        C. JOE SAYAS, JR.
        KARL P. EVANGELISTA
        Attorneys for Plaintiffs

---

1
**JOINT APPENDIX OF EVIDENCE RE PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**