# EXHIBIT 2

**LAW OFFICES OF**
**C. JOE SAYAS, JR.**
**EMPLOYMENT & CONSUMER RIGHTS ATTORNEYS**
500 N. BRAND BOULEVARD, SUITE 980
GLENDALE, CALIFORNIA 91203
Telephone (818) 291-0088
Facsimile (818) 240-9955

September 29, 2022

***VIA E-MAIL ONLY***

**Kevin Jackson, Esq.**
FOLEY & LARDNER LLP
11988 El Camino Real, Ste. 400
San Diego, California 92130-2594
kjackson@foley.com

   **Re:** ***Dora Patricia Amaya, et al. v. Menzies Aviation (USA), Inc.***
      U.S.D.C. C.D. Cal. Case No. 2:22-cv-05915-MCS-MAR

Dear Counsel:

  This responds to your letter, dated September 8, 2022, regarding the above-captioned case. Thank you for your letter.

  Be advised that we disagree with your contention that Plaintiffs' claims are preempted due to a Collective Bargaining Agreement between Defendant Menzies Aviation (USA), Inc. (hereafter, "Menzies") and SEIU United Service Workers West. The claims asserted here are non-waivable statutory rights under California law, and are thus not preempted. *See Valles v. Ivy Hill Corp.*, 410 F.3d 1071 (9th Cir. 2005); *Wilson-Davis v. SSP America, Inc.*, 434 F.Supp.3d 806 (C.D. Cal. Jan. 21, 2020); *Andrade v. Rehrig Pac. Co.*, 2020 WL 1934954 (C.D. Cal. Apr. 22, 2020). We also disagree with your contention that these statutory claims are subject to a valid arbitration agreement. *See Southwest Airlines Co. v. Saxon*, 142 S.Ct. 1783 (2022).

  Per your requested courtesy, attached please find a copy of the Proof of Service in this case.

               Very truly yours,

               */s/ C. Joe Sayas, Jr.*

               C. Joe Sayas, Jr., Esq.

Encl.

cc:  Christopher Ward, Esq (cward@foley.com)
   David King, Esq. (dpk@kcmlaw.net)

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| C. Joe Sayas, Jr. SBN 122397<br>CONRADO JOE SAYAS, JR.<br>500 N. BRAND AVE., #980<br>GLENDALE, CA 91203<br>ATTORNEY FOR Plaintiff | (818) 291-0088 | |

| First Street Federal Courthouse Los Angeles<br>350 W 1st Street<br>Los Angeles, CA 90012 |
|---|

| SHORT TITLE OF CASE: |
|---|
| Amaya, Dora Patricia v. MENZIES AVIATION (USA), INC. |

| DATE: | TIME: | DEP./DIV. | CASE NUMBER:<br>2:22-cv-05915-MCS-MAR x |
|---|---|---|---|

| Declaration of Service | Ref. No. or File No:<br>AMA |
|---|---|

United States District Court

I certify that I am authorized to serve the Summons and Complaint in the within action pursuant to F.R.Civ.P 4(c) and that I served the:

**Summons In a Civil Action; First Amended Complaint; Notice of Assignment to United Judges; Notice to Parties of Court Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; Initial Standing Order for Civil Cases Assigned to Judge Mark C. Scarsi**

On: **MENZIES AVIATION (USA), INC., a Delaware Corporation**

I served the above listed documents in accordance with FRCP 4(h) or CCP 415.20(a)

at: **2710 Gateway Oaks Dr Ste 150N, Sacramento, CA 95833**

On: **9/21/2022** Date: **03:52 PM**

In the above mentioned action by serving to and leaving with
**CSC Lawyers Registered Agent by leaving with Trudy Desbiens
Person Authorized to Accept**

A declaration of diligence and/or mailing is attached if applicable.

Person attempting service:

  a. Name: **Katrina Williams**
  b. Address: **1000 Corporate Center Drive Suite 110, Monterey Park, CA 91754**
  c. Telephone number: **213-628-6338**
  d. **The fee** for this service was: **90.00**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.



Katrina Williams      Date: **09/26/2022**

**JANNEY & JANNEY**
LEGAL SUPPORT SERVICE