# EXHIBIT 3

**kpe@joesayaslaw.com**

| | |
|---|---|
| **From:** | Jackson, Kevin <kjackson@foley.com> |
| **Sent:** | Tuesday, October 11, 2022 2:34 PM |
| **To:** | Karl Evangelista |
| **Cc:** | Ward, Christopher; dpk@kcmlaw.net; 'Joe Sayas'; Moreno, Sonia |
| **Subject:** | RE: Amaya, et al. v. Menzies Aviation (USA), Inc. |

Hi Karl,

It was nice speaking with you. This will confirm that Plaintiffs agreed to grant Defendant a 2-week extension to file its responsive pleading, including a Motion to Compel Arbitration. The new deadline is now October 26, 2022.

The Central District permits extensions of up to 30 days without court approval. However we do need to prepare a stipulation. I will send it over for your review and approval shortly.

Thank you for your professional courtesy.

**Kevin Jackson**
*Senior Counsel*

**Foley & Lardner LLP**
11988 El Camino Real, Suite 400, San Diego, CA 92130
Phone 858.847.6734
Visit Foley.com | kjackson@foley.com



---

**From:** Karl Evangelista <kpe@joesayaslaw.com>
**Sent:** Thursday, September 29, 2022 5:19 PM
**To:** Jackson, Kevin <kjackson@foley.com>
**Cc:** Ward, Christopher <CWard@foley.com>; dpk@kcmlaw.net; 'Joe Sayas' <cjs@joesayaslaw.com>
**Subject:** Amaya, et al. v. Menzies Aviation (USA), Inc.

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Counsel:

Attached please find correspondence from C. Joe Sayas, Jr., Esq., counsel for plaintiffs in the case of *Amaya, et al. v. Menzies Aviation (USA), Inc.*, Case No. 2:22-cv-05915-MCS-MAR.

Very truly yours,

**Karl P. Evangelista, Esq.** | LAW OFFICES OF C. JOE SAYAS, JR.
500 N. Brand Boulevard, Suite 980, Glendale, California 91203
Tel (818) 291-0088 • Fax (818) 240-9955 • www.joesayaslaw.com

*Note: These communications may contain confidential and privileged information. If you are not the intended recipient, please do not copy, circulate, or in any way distribute this e-mail. We request that you delete this message from your system and notify our law firm immediately to avoid inconvenience to you. Any unintended transmission does not constitute a waiver of any privilege. Thank you.*

1

The information contained in this message, including but not limited to any attachments, may be confidential or protected by the attorney-client or work-product privileges. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message and any attachments or copies. Any disclosure, copying, distribution or reliance on the contents of this message or its attachments is strictly prohibited, and may be unlawful. Unintended transmission does not constitute waiver of the attorney-client privilege or any other privilege. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party. Unless expressly stated otherwise, nothing contained in this message should be construed as a digital or electronic signature, nor is it intended to reflect an intention to make an agreement by electronic means.