**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br><u>CLASS ACTION</u><br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:     June 20, 2024<br>Time:    10:00 a.m.<br>Judge:   Hon. Hernán D. Vera<br>Ctrm:    5B, 5th Floor,<br>             First Street U.S. Courthouse |

# [PROPOSED] ORDER

The Court, having read and considered the papers filed in support of and in opposition to the Motion for Partial Summary Judgment filed by plaintiffs Dora Patricia Amaya and Anibal Silva ("Plaintiffs"), and good cause appearing, hereby orders as follows:

Plaintiffs' Motion is GRANTED. The Court finds that Defendant Menzies Aviation (USA), Inc. has waived its right to arbitrate, and the Twenty-Fourth Affirmative Defense (Arbitration) asserted in Menzies' Answer to the Second Amended Complaint (Dkt. 45) is stricken.

IT IS SO ORDERED.

Date: _____, 2024

_____
Hon. Hernán D. Vera
United States District Judge