# Exhibit B

FoC. JOE SAYAS, JR. (CA Bar No. 122397)
cjs@joesayaslaw.com
KARL P. EVANGELISTA (CA Bar No. 250685)
kpe@joesayaslaw.com
**LAW OFFICES OF C. JOE SAYAS, JR.**
500 N. Brand Boulevard, Suite 980
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

DAVID P. KING (CA Bar No. 136765)
dpk@kcmlaw.net
**KING CHENG MILLER & JIN, LLP**
3675 Huntington Dr., Ste. 200
Pasadena, California 91107
Telephone: (626) 304-9001
Facsimile:  (626) 304-9002

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-05915-MCS-MARx<br><br>CLASS ACTION<br><br>DECLARATION OF DAVID P. KING IN SUPPORT OF MOTION FOR CLASS CERTIFICATION<br><br>Judge: Hon. Mark C. Scarsi<br>Ctrm.: 7C, 7th Floor<br><br>Complaint Filed: August 19, 2022<br>FAC Filed: August 30, 2022 |

- 1 -

DAVID P. KING'S DECLARATION

## DECLARATION OF DAVID P. KING

I, David P. King, declare as follows:

1.     I am an attorney at law duly licensed to practice before all courts in the State of California, including the Federal District Court for the Central District of California.  I am a member of King Cheng & Miller LLP.  Our firm is co-counsel with Joe Sayas of Law Offices of C. Joe Sayas, Jr., attorneys for Plaintiffs Patricia Amaya and Brayan Lozano Gonzalez, and the putative class in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration, and I could and would readily and competently testify under oath if called as a witness.

2.     After graduating from the University of Chicago Law School in 1984, I went to work for Baker & Botts in Houston Texas, where I practiced until 1988 when I moved to Los Angeles.  I was in the litigation department at Baker & Botts.  I spent approximately 10% of my time assisting on class action cases that the firm was defending.  The balance of my time was working on various litigation matters that the firm handled, including thirty or so lawsuits of which I was primarily responsible. During the four years I worked at Baker & Botts, I tried 5 cases to verdict, four as first chair and one as second chair.

3.     After moving to Los Angeles in 1988, I worked for two years as an associate at Brown, Winfield & Canzoneri, where I worked in the litigation department. I tried some cases for the firm during the two years I worked there, before leaving in 1990 to work for Ned Good, a personal injury attorney, where I remained for one year. While working at Ned Good's office, I was second chair in a personal injury trial, which, after a thirty day jury trial resulted in a jury verdict of $4,350,884 in the case captioned *Forthun v. County of Los Angeles*, Case No. EAC68028.

DAVID P. KING'S DECLARATION

4.     Since leaving Ned Good's office in 1991, I have been practicing in various small firms as a partner in each of the firms.  I have continued to handle litigation matters exclusively.  I have tried cases for both plaintiffs and defendants.  Many times I was asked by other attorneys to try the case with them or for them.  I have a bio online located at http://www.kcmlaw.net/attorneys#/david-king of some of the cases I have tried in California, including the following:

- •     Successfully sued the City of South Pasadena for civil rights violations on behalf of the former mayor.  Following a seven week trial, the jury returned a verdict of $1.2 million, plus attorney's fees. (*Prentiss v. City of South Pasadena*)
- •     Was co-counsel with a San Diego attorney on a three month jury trial in San Diego involving a land development fraud and legal malpractice case.  The jury returned a verdict over $4,000,000.  With attorney's fees, interest and settlements by various parties, the total recovery was approximately $8,000,000.  (*Engelberg, et.al. v. Leeds, et.al,* Case No. D024788).
- •     I was asked by an eminent domain attorney to jointly try a case representing a landowner whose property was being taken by the Redevelopment Agency of the City of Hawthorne, resulting in a jury verdict of $2,482,000. (*Community Redevelopment Agency of City of Hawthorne v. Anastasi*).

5.     I was co-counsel on an employment class action lawsuit on behalf of the employees in the case captioned *David Thomas v. The Linc Group, LLC,* Case no BC436393, which resulted in a settlement.

6.     I have been asked to work as local counsel on a number of employment class action cases over the years for the Mars Company, including the following:

- 3 -

DAVID P. KING'S DECLARATION

1.   *Dennis Hull v. Mars Petcare US, Inc.,* San Bernardino Superior Court Case no CIVDS1807459).

2.   *Carlos Anaya v. Mars Petcare US, Inc.,* San Diego Superior Court Case no 37-2019-00058352-CU-OE-CTL).

3.   *Enrique Martinez-Salgado v. Red Collar Pet Foods, Inc.,* San Bernardino Superior Court Case no CIVDS2018708.

4.   *Margarita Cisneros v. BluePearl California, Inc.,* San Mateo Superior Court Case no 19-CIV-05707.

5.   *Frank Ayon v. Red Collar Pet Foods, Inc.,* San Bernardino Superior Court Case no CIVDS2019018).

6.   *DeJohn Porch v. Masterfoods U.S.A.* Inc., Los Angeles Superior Court Case Case no BC342235

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this May 22, 2023, at Pasadena, California.


*David P. King*
_____
David P. King

DAVID P. KING'S DECLARATION