# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MENZIES AVIATION (USA), INC. et al., <br><br> Defendants. | Case No.: 2:22-cv-05915-HDV-MAR <br><br> <u>CLASS ACTION</u> <br><br> **(Proposed) ORDER RE: APPLICATION FOR APPOINTMENT OF C. JOE SAYAS, JR., ESQ. AND DAVID P. KING, ESQ. AS CLASS COUNSEL** |

## **ORDER**

Having read and considered Plaintiffs' Application for Appointment of C. Joe Sayas, Jr., Esq. and David P. King, Esq. as Class Counsel, and having considered the requirements for such appointment under Rule 23, subdivision (g)(1), of the Federal Rules of Civil Procedure, the Court hereby orders as follows:

Pursuant to Rule 23(c)(1)(B) of the Federal Rules of Civil Procedure, the Court's February 8, 2024 Order granting class certification is hereby amended to additionally state that C. Joe Sayas, Jr., Esq., of the Law Offices of C. Joe Sayas, Jr., and David P. King, Esq., of King Cheng Miller & Jin, LLP, are appointed co-Class Counsel of the certified class.

Dated: _____   _____
                                Hon. Hernán D. Vera
                                United States District Judge

(Proposed) ORDER RE: APPLICATION FOR APPOINTMENT OF C. JOE SAYAS, JR., ESQ. AND DAVID P. KING, ESQ. AS CLASS COUNSEL