CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:  213.486.0065

KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Defendant MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**DEFENDANT MENZIES AVIATION (USA), INC.'S STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' APPLICATION FOR APPOINTMENT OF C. JOE SAYAS, JR., ESQ. AND DAVID P. KING, ESQ. AS CLASS COUNSEL**<br><br>Date: July 11, 2024<br>Time: 10:00 a.m.<br>Judge: Hon. Hernán D. Vera<br>Ctrm.: 5B, 5th Floor<br><br>Complaint filed: August 19, 2022<br>FAC filed: August 30, 2022<br>SAC filed: May 9, 2023 |

1  Defendant Menzies Aviation (USA), Inc. ("Menzies"), by and through its counsel
2  of record, respectfully submits this Statement of Non-Opposition to Plaintiff's
3  Application for Appointment of C. Joe Sayas, Jr., Esq. and David P. King, Esq. as Class
4  Counsel ("Application").  Menzies does not oppose the Application.

DATED: July 9, 2024               **FOLEY & LARDNER LLP**
                                  Christopher Ward
                                  Kevin Jackson


                                  */s/ Christopher Ward*
                                  Christopher Ward
                                  Attorneys for Defendant MENZIES
                                  AVIATION (USA), INC.