C. JOE SAYAS, JR. (CA Bar No. 122397)
cjs@joesayaslaw.com
KARL P. EVANGELISTA (CA Bar No. 250685)
kpe@joesayaslaw.com
**LAW OFFICES OF C. JOE SAYAS, JR.**
500 N. Brand Boulevard, Suite 2000
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

DAVID P. KING (CA Bar No. 136765)
dpk@kcmlaw.net
**KING CHENG MILLER & JIN, LLP**
150 N. Santa Anita Ave., Ste. 410
Arcadia, California 91006
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Class Counsel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                    Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR APPROVAL OF FORM AND MANNER OF CLASS NOTICE**<br><br>Date:          September 26, 2024<br>Time:         10:00 a.m.<br>Judge:       Hon. Hernán D. Vera<br>Ctrm:        5B, 5th Floor |

PLAINTIFFS' MOTION FOR APPROVAL OF FORM AND MANNER OF CLASS NOTICE

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on September 26, 2024, at 9:00 a.m., in Courtroom 7C of the above-captioned court, located at 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs Dora Patricia Amaya and Anibal Silva (collectively, "Plaintiffs") will, and hereby do, bring a Motion for Approval of Form and Manner of Class Notice pertaining to the Court's class certification Order in this action.  *See* Dkt. No. 69 *and* Dkt. No. 87.

Plaintiffs' Motion is made following the Local Rule 7-3 conference of counsel held on multiple dates between February 9, 2024 and August 9, 2024 (*see* "Declaration of C. Joe Sayas, Jr., Esq. in Support of Plaintiffs' Motion for Approval of Form and Manner of Class Notice," at ¶¶ 4-21), and is made upon this Notice, the accompanying Memorandum of Points and Authorities filed in support of the Motion, the Declaration of C. Joe Sayas, Jr. served and filed herewith, other evidence submitted with the Motion, all records and pleadings on file in this action, and on such evidence and arguments as may be presented at the hearing on this Motion.

DATED: August 29, 2024

**LAW OFFICES OF C. JOE SAYAS, JR. and**
**KING CHENG MILLER & JIN LLP**

By:     */s/ C. Joe Sayas, Jr.*
C. JOE SAYAS, JR.
Class Counsel

---

1

PLAINTIFFS' MOTION FOR APPROVAL OF FORM AND MANNER OF CLASS NOTICE