# Exhibit A

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MENZIES AVIATION (USA), INC., et al., <br><br> Defendants. | Case No.: 2:22-cv-05915-HDV-MARx <br><br> **Hon. Hernán D. Vera** <br><br> CLASS ACTION <br><br> **NOTICE OF PENDENCY OF CLASS ACTION** |

**Your legal rights may be affected by this Class Action if you worked for Menzies Aviation (hereafter referred to as "MENZIES") in the State of California at any time since August 19, 2018.**

*A federal court authorized this notice. You are not being sued. This is <u>not</u> an advertisement.*

*PLEASE READ THIS NOTICE CAREFULLY. YOU HAVE THE OPTION OF PARTICIPATING IN OR OPTING OUT OF THIS CLASS ACTION. THE PROCEDURES FOR REMAINING IN <u>OR</u> OPTING OUT OF THIS CLASS ACTION ARE EXPLAINED BELOW. YOUR LEGAL RIGHTS ARE AFFECTED WHETHER YOU ACT OR NOT.*

### 1. WHY SHOULD I READ THIS NOTICE?

This Class Notice is to inform you that your rights may be affected by proceedings in a class action lawsuit pending before the Honorable Hernán D. Vera of the United States District Court, Central District of California (the "Court"). This Class Notice is given by Order of the Court, and serves to provide you with information regarding the present case and your status as a class member.

The sole purpose of this Class Notice is to inform you of the lawsuit so that you can determine whether you are a member of the class and make an informed decision as to whether you should remain in or opt out of this class action.

## 2.  WHAT IS THIS LAWSUIT ABOUT?

On August 19, 2022, a class action lawsuit was filed by Plaintiff Dora Patricia Amaya, a non-exempt employee of MENZIES, on behalf of all similarly situated non-exempt employees in California. On May 9, 2023, a Second Amended Complaint added Plaintiff Anibal Silva, a former non-exempt employee of MENZIES, as a party to this class action lawsuit.  Plaintiffs Amaya and Silva (collectively, "Plaintiffs"), and their attorneys, are litigating this action seeking to recover back wages alleged to be due and reimbursement for business expenses alleged to be owed for themselves and for you as a member of a class of former and current employees of MENZIES.

The class action alleges that MENZIES violated several provisions of the California Labor Code by: (1) failing to provide employees all meal and rest breaks required by California law; (2) failing to pay employees earned premium wages for missed meal and rest breaks; (3) failing to reimburse non-exempt employees for necessary use of their personal cell phones in carrying out job duties; (4) failing to provide accurate, itemized wage statements to employees; and (5) failing to pay employees all earned wages within the time limits prescribed by California law.

MENZIES, for their part, denies any and all liability. MENZIES maintains that Plaintiffs and other similarly situated non-exempt employees were properly provided meal and rest breaks, were paid all premium wages earned for any missed meal and rest breaks, and were not entitled to reimbursements for use of their personal cell phones because such use was not required by MENZIES.

On February 8, 2024, the Court granted class certification for the following class of individuals:

> [A]ll individuals who worked for Defendant [Menzies] in California as non-exempt employees at any time from the 4-year period preceding the filing of this Complaint through the present.

While the Court has determined that this lawsuit should proceed as a class action, no judgment has been reached as to the merits of the claims or defenses, meaning that the Court has not decided which side is right. That will be decided in a future trial to be scheduled by the Court.

There is no money available now and no guarantee there will be in the future. However, your rights are affected and you have a choice to make now.

## 3.  WHAT IS A CLASS ACTION?

A class action is a type of lawsuit in which one or a few plaintiffs bring suit on behalf of all of the members of a similarly-situated group to recover damages for all members of the group, without the necessity of each member of the group filing his or her own lawsuit or appearing as an individual plaintiff. A class member is a person who participates in the class action and will be bound by any judgment in the case.

| 4. WHAT RECOVERY DOES THIS ACTION SEEK? |
|---|

This class action lawsuit seeks to recover allegedly unpaid premium wages earned by MENZIES' non-exempt employees for each day they missed a meal break or rest break mandated by California law. It also seeks reimbursements allegedly required by California law for business expenses, specifically, the costs incurred by employees in using their personal cell phones necessary to perform their job duties for MENZIES. The lawsuit also seeks the recovery of applicable statutory penalties in connection with the alleged underpayment of wages. In addition, Plaintiffs' counsel is seeking attorneys' fees and costs. MENZIES denies that any recovery is due.

| 5. WHY DID I GET THIS NOTICE? |
|---|

You have received this Class Notice based on business records that indicate you worked as a non-exempt employee of MENZIES in the State of California at some time between August 19, 2018 and the date of this Class Notice, and thus, may be a class member.

| 6. WHO ARE THE PARTIES IN THIS CLASS ACTION? |
|---|

Plaintiffs are the class representatives in this class action. As class representatives, they are acting on behalf of themselves and all other class members. The Plaintiffs and the other non-exempt employees of MENZIES who fall within the class definition above are referred to as "Class Members" and are collectively defined as the "Class." Menzies Aviation (USA), Inc. (defined above as MENZIES) is the Defendant named in this lawsuit.

| 7. WHO REPRESENTS THE CLASS? |
|---|

Attorneys for the Class Members are as follows:

| | |
|---|---|
| C. Joe Sayas, Jr., Esq. | David P. King, Esq. |
| Karl P. Evangelista, Esq. | KING CHENG MILLER & JIN, LLP |
| LAW OFFICES OF C. JOE SAYAS, JR. | 150 N. Santa Anita Avenue, Suite 410 |
| 500 N. Brand Boulevard, Suite 980 | Arcadia, CA 91006 |
| Glendale, CA 91203 | Tel. (626) 304-9001 |
| Tel. (818) 291-0088 | |

| 8. WHO REPRESENTS THE DEFENDANTS? |
|---|

Attorneys for Menzies Aviation (USA), Inc. are as follows:

| | |
|---|---|
| Christopher Ward, Esq. | Kevin Jackson, Esq. |
| FOLEY & LARDNER, LLP | FOLEY & LARDNER, LLP |
| 555 South Flower Street, Suite 3300 | 11988 El Camino Real, Suite 400 |
| Los Angeles, CA 90071-2418 | San Diego, CA 92130-2594 |
| Tel. (213) 972-4500 | Tel. (858) 847-6700 |

| 9. HOW CAN I PARTICIPATE IN THIS CLASS ACTION? |
|---|

If you fall within the definition of the class set forth above in this Class Notice, you will automatically become a Class Member unless you elect to exclude yourself from the Class by opting out. *If you wish to remain a Class Member, you do not need to do anything.*

As a Class Member, you will be bound by any judgment in this lawsuit, favorable or unfavorable. You will have the right to participate in any monetary settlement or judgment rendered in favor of the Class, and you will receive notice of such settlement or judgment and may submit a proof of claim at that time. No judgment or settlement has occurred at this time. You will also be bound by any unfavorable judgment that may be rendered in favor of Defendant. You will give up the right to separately sue MENZIES for legal claims that are the same or related to those alleged in this class action.

### 10. HOW CAN I EXCLUDE MYSELF FROM THIS CLASS ACTION?

If you do not wish to join this class action, *you must request exclusion* by sending to the Class Action Administrator a completed Exclusion Form (enclosed herewith) postmarked no later than [45 days after mail out] _____, 2024.

If you send the Exclusion Form, you will no longer be a Class Member and you will not be eligible to receive money from any settlement or judgment in the event Plaintiffs win or settle this case. You will retain the right to sue MENZIES on your own about the legal claims included in this lawsuit, but the statute of limitations period on your claim will continue to run after you opt out.

### 11. WHAT FEES AND COSTS ARE INVOLVED IN THIS CLASS ACTION?

As a Class Member, you will not be responsible for paying any out-of-pocket attorneys' fees or litigation expenses to Class counsel. Class counsel has agreed to represent Plaintiffs and Class Members on a contingency fee basis, which means that all attorneys' fees and expenses are payable only out of money that may be recovered through any judgment or settlement. In the event there is a judgment or settlement, Class counsel may make a request to the Court for attorneys' fees and costs to be paid. All applications for attorneys' fees and costs are subject to Court approval.

As a Class Member, you may also choose to represent yourself or retain your own personal counsel. You may enter an appearance in *propria persona (*meaning you choose to represent yourself), or through your own attorney. To do so, you must file an Entry of Appearance with the Clerk of the United States District Court, Central District of California, and deliver copies to each of the attorneys for the parties listed above. Such Entry of Appearance must be filed with the Court and delivered to the above attorneys no later than [same as deadline to request exclusion] _____, 2024. You will then continue as a Class Member, either in *propria persona* or with representation by your own attorney, but you will be responsible for the fees and costs of your own attorney.

| 12. HOW CAN I FIND ADDITIONAL INFORMATION ABOUT THIS CASE? |
|---|

This Class Notice contains only a summary of the litigation and your rights as a potential Class Member. For more detailed information regarding the matters involved in this litigation, please refer to the papers on file in this litigation, which may be inspected at the Office of the Clerk of Court of the United States District Court, Central District of California, located at 350 West First Street, Los Angeles, California 90012. The documents are also available online for a fee by visiting and creating an account at www.pacer.gov. In addition, inquiries regarding this litigation may be addressed to the Class counsel identified above.

**PLEASE DO NOT CALL OR EMAIL THE COURT REGARDING THIS NOTICE.**

Date: _____

4863-9816-9021.1