# Exhibit B

*AMAYA, et al. v. MENZIES AVIATION (USA), INC., et al.*
*Notice*
c/o [CLASS ADMINISTRATOR]
[ADDRESS]
[CITY, STATE, ZIP]

### EXCLUSION FORM

THIS EXCLUSION FORM MUST BE SIGNED AND RETURNED ONLY IF YOU WISH TO BE EXCLUDED FROM THIS CLASS ACTION. IT MUST BE POSTMARKED BY NO LATER THAN _____

Barcode Bar Display
Fname LName
Addr 1  Addr2
City, St Zip-Zip4

Name/Mailing Address Changes
_____
_____
_____

_____
Daytime Telephone Number

### INSTRUCTIONS

**YOU MAY EXCLUDE YOURSELF FROM THIS LAWSUIT**. If you exclude yourself from this lawsuit: (a) you will no longer be a class member; (b) you will not be eligible to receive money from any settlement or judgment in the event Plaintiffs win this case; and (c) you will retain the right to sue MENZIES AVIATION (USA), INC. on your own about the legal claims included in this lawsuit, but the statute of limitations period on your claim will continue to run after you opt out.

To exclude yourself, you must sign and return this Exclusion Form to the Claims Administrator, c/o [CLASS ADMINISTRATOR], at the address listed above. To be timely, your Exclusion Form must be postmarked no later than _____, 2024.

### SIGNATURE

By signing this Exclusion Form, I hereby exclude myself from this lawsuit and not be bound by any settlement or judgment in this case.

Dated: _____

_____
(Signature)

_____
(Printed Name)

**THIS EXCLUSION FORM MUST BE POSTMARKED BY NO LATER THAN _____.**