# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MENZIES AVIATION (USA), INC. et al., <br><br> Defendants. | Case No.: 2:22-cv-05915-HDV-MAR <br><br> CLASS ACTION <br><br> **(Proposed) ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF FORM AND MANNER OF CLASS NOTICE** |

## ORDER

Having read and considered Plaintiffs' Motion for Order Granting Plaintiffs' Motion for Approval of Form and Manner of Class Notice, and having considered the requirements for such class notice under Rule 23, subdivision (c)(2)(B), of the Federal Rules of Civil

Procedure, the Court hereby grants Plaintiffs' Motion for Approval of Form and Manner of Class Notice (hereafter, "Plaintiffs' Motion"), as follows:

(1) The Court approves the form, substance and requirements of the Class Notice and Exclusion Form, in the form attached as Exhibits A and B, respectively, to Plaintiffs' Motion;

(2) The Court approves the retention of CPT Group, Inc. as the Notice Administrator;

(3) The Court orders Defendant Menzies Aviation (USA), Inc. to provide the Notice Administrator with an up-to-date Class List, containing the names and last-known addresses of all Class Members, within seven (7) days of the entry of this Order;

(4) The Notice Administrator shall cause the court-approved Class Notice and Exclusion Form (collectively, the "Notice Packet") to be mailed by first-class mail, postage prepaid, on or before fifteen (15) days after entry of this Order, to all Class Members who can be identified with reasonable effort;

(5) For Class Members who do not receive the initial mailing of the Notice Packet, based on returned or undeliverable mailings, the Notice Administrator shall search for updated addresses through reasonable efforts, and shall re-send the Notice Packet by first-class mail, postage prepaid, using the updated addresses, within thirty (30) days of the initial mailing of Notice Packets to Class Members; and

(6) Class Members shall have forty-five (45) days from the date of mailing of the Notice Packet they received to exercise their ability to opt out of, or request exclusion from, the class.

Dated: _____

                                              Hon. Hernán D. Vera
                                              United States District Judge

(Proposed) ORDER GRANTING PLAINTIFFS' MOTION FOR APPROVAL OF FORM AND MANNER OF CLASS NOTICE