C. JOE SAYAS, JR. (CA Bar No. 122397)
cjs@joesayaslaw.com
KARL P. EVANGELISTA (CA Bar No. 250685)
kpe@joesayaslaw.com
**LAW OFFICES OF C. JOE SAYAS, JR.**
500 N. Brand Boulevard, Suite 2000
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

DAVID P. KING (CA Bar No. 136765)
dpk@kcmlaw.net
**KING CHENG MILLER & JIN, LLP**
150 N. Santa Anita Ave., Ste. 410
Arcadia, California 91006
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Class Counsel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>CLASS ACTION<br><br>**REQUEST FOR LEAVE TO ALLOW C. JOE SAYAS, JR., ESQ., TO APPEAR REMOTELY FOR THE HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF FORM AND MANNER OF CLASS NOTICE**<br><br>Date:    September 26, 2024<br>Time:    10:00 a.m.<br>Judge:   Hon. Hernán D. Vera<br>Ctrm:    5B, 5th Floor |

1    C. Joe Sayas, Jr., Esq., co-Class Counsel in the above-captioned matter, hereby respectfully requests leave from the Court to appear remotely at the upcoming hearing on Plaintiffs' Motion for Approval of Form and Manner of Class Notice (hereafter, the "Motion"), which is currently set for September 26, 2024 at 10:00 a.m.

Although Karl P. Evangelista, Esq. of the Law Offices of C. Joe Sayas, Jr. will be making an in-person appearance at the hearing to handle any oral argument for said Motion, Mr. Sayas also wishes to make an appearance in order to address any issues that the Court may wish to address at the hearing, or otherwise respond to any questions the Court may have for Lead Counsel in this matter. Mr. Sayas, however, is presently out of the country with family due to the recent birth of his first grandchild, and will continue to be out of the country on the September 26, 2024 hearing date.

As such, Plaintiffs respectfully request leave for Mr. Sayas to appear remotely at the September 26, 2024 hearing in this matter.

Counsel for the parties previously met and conferred, in conformance with Local Rule 7-3, regarding the Motion. *See* Dkt. No. 88. Nonetheless, on September 17, 2024, Plaintiffs' counsel informed Defendant's counsel of the former's intent to seek leave from this Court for Mr. Sayas to appear remotely at the September 26, 2024 hearing. Defendant's counsel advised that Defendant has no objection to Mr. Sayas' request to appear remotely.

DATED: September 19, 2024            **LAW OFFICES OF C. JOE SAYAS, JR. and KING CHENG MILLER & JIN LLP**

By:   */s/ C. Joe Sayas, Jr.*
       C. JOE SAYAS, JR.
       Class Counsel

---

1

REQUEST FOR LEAVE TO ALLOW C. JOE SAYAS, JR., ESQ., TO APPEAR REMOTELY FOR THE HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF FORM AND MANNER OF CLASS NOTICE