# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> MENZIES AVIATION (USA), INC. et al., <br><br> Defendants. | Case No.: 2:22-cv-05915-HDV-MAR <br><br> <u>CLASS ACTION</u> <br><br> **(Proposed) ORDER GRANTING LEAVE TO ALLOW C. JOE SAYAS, JR., ESQ., TO APPEAR REMOTELY FOR THE HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF FORM AND MANNER OF CLASS NOTICE** |

## ORDER

Having read and considered the "Request for Leave to Allow C. Joe Sayas, Jr., Esq., to Appear Remotely for the Hearing on Plaintiffs' Motion for Approval of Form and Manner of Class Notice," and good cause appearing therein, the Court hereby grants leave for C. Joe Sayas, Jr., Esq. to appear remotely at the September 26, 2024 hearing scheduled in this matter.

Dated: _____

                                         Hon. Hernán D. Vera
                                         United States District Judge

1