**DENIED**
BY ORDER OF

**Hernán D. Vera**
**United States District Judge**

On: 9/24/24

LINK 92

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, et al., | Case No.: 2:22-cv-05915-HDV-MAR |
| Plaintiffs, | CLASS ACTION |
| vs. | |
| MENZIES AVIATION (USA), INC. et al., | (Proposed) ORDER GRANTING LEAVE TO ALLOW C. JOE SAYAS, JR., ESQ., TO APPEAR REMOTELY FOR THE HEARING ON PLAINTIFFS' MOTION FOR APPROVAL OF FORM AND MANNER OF CLASS NOTICE |
| Defendants. | |

## ORDER

Having read and considered the "Request for Leave to Allow C. Joe Sayas, Jr., Esq., to Appear Remotely for the Hearing on Plaintiffs' Motion for Approval of Form and Manner of Class Notice," and good cause appearing therein, the Court hereby grants leave for C. Joe Sayas, Jr., Esq. to appear remotely at the September 26, 2024 hearing scheduled in this matter.

Dated: _____

_____
Hon. Hernán D. Vera
United States District Judge

1