C. JOE SAYAS, JR. (CA Bar No. 122397)
KARL P. EVANGELISTA (CA Bar No. 250685)
**LAW OFFICES OF C. JOE SAYAS, JR.**
500 N. Brand Boulevard, Suite 2000
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

DAVID P. KING (CA Bar No. 136765)
**KING CHENG MILLER & JIN, LLP**
150 N. Santa Anita Ave., Ste. 410
Arcadia, California 91006
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Class Counsel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-05915-HDV-MARx <br> CLASS ACTION <br><br> **DISCOVERY MATTER** <br><br> **PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEFENDANT MENZIES TO PROVIDE RESPONSES TO, AND PRODUCE DOCUMENTS REQUESTED IN, PLAINTIFFS' THIRD SET OF PRODUCTION REQUESTS; and REQUEST FOR SANCTIONS** <br><br> Date: December 11, 2024 <br> Time: 11:00 a.m. <br> Discovery Cutoff: Not Set <br> Pretrial Conf. Date: Not Set <br> Trial Date: Not Set <br> Judge: Hon. Margo A. Rocconi <br> Ctrm: 790 (Roybal Fed. Bldg.) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT on December 11, 2024, at 11:00 a.m., in Courtroom 790 of the above-captioned Court, located on the 7th floor of the Roybal Federal Building and United States Courthouse, 255 East Temple Street, Los Angeles, California 90012, Plaintiffs Dora Patricia Amaya and Anibal Silva (collectively, "Plaintiffs") will, and hereby do, move to compel Defendant Menzies Aviation (USA), Inc. (hereafter, "Menzies") to: (i) provide written responses to each category of Plaintiffs' third set of production requests, stating that Menzies will produce responsive documents without objection; and (ii) produce all responsive documents requested in Plaintiffs' third set of production requests. Plaintiffs also request attorney-fee sanctions under Rule 37(a)(5)(A) of the Federal Rules of Civil Procedure ("FRCP").

Plaintiffs' Motion is brought pursuant to FRCP Rule 34(b)(2)(A), Rule 37(a)(3)(B)(iv), and Rule 37(a)(5)(A), and is made upon the grounds that Menzies' failures to cooperate in discovery, by repeatedly failing to provide written responses to production requests despite repeated demands from Plaintiffs, and failing to produce the responsive documents, are without reasonable or substantial justification.

The Motion is made following the Local Rule 37-1 conference of counsel, which was commenced on August 21, 2024, as described in the parties' "Local Rule 37-2 Joint *Amended* Stipulation Re: Plaintiffs' Motion to Compel Menzies to Provide Responses to, and Produce Documents Requested in, Plaintiffs' Third Set of Production Requests; and Request for Sanctions," filed concurrently with this Motion.

This Motion is made upon this Notice, the parties' Local Rule 37-2 Joint Stipulation filed concurrently herewith, all pleadings and papers on file in this action, and on such further evidence and argument that the Court may entertain at any hearing on this Motion.

---

1

PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEFENDANT MENZIES TO PROVIDE RESPONSES TO, AND PRODUCE DOCUMENTS REQUESTED IN, PLAINTIFFS' THIRD SET OF PRODUCTION REQUESTS; and REQUEST FOR SANCTIONS

| | | |
|---|---|---|
| 1 | DATED: November 20, 2024 | **LAW OFFICES OF C. JOE SAYAS, JR.** |
| 3 | | By:    */s/ C. Joe Sayas, Jr.* |
| 4 | |         C. JOE SAYAS, JR.<br>        Class Counsel |

2

PLAINTIFFS' NOTICE OF MOTION TO COMPEL DEFENDANT MENZIES TO PROVIDE RESPONSES TO, AND PRODUCE DOCUMENTS REQUESTED IN, PLAINTIFFS' THIRD SET OF PRODUCTION REQUESTS; and REQUEST FOR SANCTIONS