C. JOE SAYAS, JR. (CA Bar No. 122397)
cjs@joesayaslaw.com
KARL P. EVANGELISTA (CA Bar No. 250685)
kpe@joesayaslaw.com
**LAW OFFICES OF C. JOE SAYAS, JR.**
500 N. Brand Boulevard, Suite 2000
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

DAVID P. KING (CA Bar No. 136765)
dpk@kcmlaw.net
**KING CHENG MILLER & JIN, LLP**
150 N. Santa Anita Ave., Ste. 410
Arcadia, California 91006
Telephone: (626) 304-9001
Facsimile:  (626) 304-9002

Class Counsel

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>CLASS ACTION<br><br>**DECLARATION OF KARL P. EVANGELISTA, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PROVIDE RESPONSES TO, AND PRODUCE DOCUMENTS REQUESTED IN, PLAINTIFFS' THIRD SET OF PRODUCTION REQUESTS; and REQUEST FOR SANCTIONS** |

## DECLARATION OF KARL P. EVANGELISTA

I, Karl P. Evangelista, hereby declare:

1.      I am an attorney admitted to practice before this Court and all the courts of the State of California.  I am counsel of record for Plaintiffs Dora Patricia Amaya and Anibal Silva (collectively, "Plaintiffs") in this action.  My firm, the Law Offices of C. Joe Sayas, Jr., and the law firm King Cheng Miller & Jin, LLP (collectively, "Class Counsel") jointly represent the Plaintiffs and Class Members in this certified class action.  I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify thereto.

2.      I am submitting this declaration in support of "Plaintiffs' Motion to Compel Defendant to Provide Responses to, and Produce Documents Requested in, Plaintiffs' Third Set of Production Requests."

3.      On February 8, 2024, I received, via email, the Court's "Order Granting Plaintiffs' Motion for Class Certification" in this action.  *See* Dkt. No. 69.

4.      On June 21, 2024, I served Defendant Menzies Aviation (USA), Inc. (hereafter, "Defendant"), via counsel, with "Plaintiff's Request for Production of Documents to Defendant Menzies Aviation (USA), Inc., Set Three (Fed. R. Civ. Proc. § 34)," a true and correct copy of which is attached hereto as Exhibit A.

5.      Pursuant to Federal Rules of Civil Procedure ("FRCP") Rule 34(b)(2)(A), I calendared July 22, 2024 as the deadline for Defendant's responses to this third set of production requests from Plaintiffs.  I did not receive Defendant's discovery responses by that deadline.

6.      On July 29, 2024, I sent an e-mail to Defendant's counsel stating that we had received no responses from Defendant to Plaintiffs' third set of production requests.  I requested that Defendant "provide…responses and production, without objections, by no later than Monday, August 5, 2024."  Attached hereto as Exhibit B is a true and correct copy

---

1

DECLARATION OF KARL P. EVANGELISTA, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PROVIDE RESPONSES TO, AND PRODUCE DOCUMENTS REQUESTED IN, PLAINTIFFS' THIRD SET OF PRODUCTION REQUESTS; and REQUEST FOR SANCTIONS

of my July 29, 2024 e-mail to Defendant's counsel.  I did not receive a response to my July 29, 2024 e-mail.

7.    On August 12, 2024, I sent another e-mail to Defendant's counsel to again follow up, noting that "Plaintiffs have yet to receive any responses to the 3rd set of production requests," nor to the "July 29, 2024 e-mail regarding same."  I asked Defendant's counsel to, "in compliance with Judge Rocconi's prerequisite of a Pre-Motion Telephonic Conference ("PTC") prior to any discovery motion,…provide your available dates for a PTC in the week beginning August 19, 2024."  Attached hereto as <u>Exhibit C</u> is a true and correct copy of my August 12, 2024 e-mail to Defendant's counsel.  I again did not receive a response to my August 12, 2024 e-mail.

8.    On August 19, 2024, I sent an e-mail to Defendant's counsel requesting that he "please provide [his] available dates for a Local Rule 37-1 Prefiling Conference of Counsel," regarding Defendant's continued failure to provide responses to Plaintiffs' third set of production requests.  In the e-mail, I reiterated Plaintiffs' position that "Defendant Menzies' failure to respond to Plaintiffs' production requests waives all objections, such that Plaintiffs are entitled to an Order compelling responses and production under FRCP Rule 37(a)(3)(B)(iv)," and that "Plaintiffs shall be obliged to move for…an Order under FRCP Rule 37 and Local Rule 37-2" should the parties prove unable to informally resolve the discovery dispute.  Attached hereto as <u>Exhibit D</u> is a true and correct copy of my August 19, 2024 e-mail to Defendant's counsel.

9.    I received a responsive e-mail from Defendant's counsel later in the day on August 19, 2024.  In it, Defendant's counsel stated that Defendant would be producing the requested documents.  I responded, via e-mail on August 19, 2024, to request that Defendant immediately provide written responses, "under FRCP Rule 34(b)(2)(B), affirming that Menzies will produce the requested documents."  Attached hereto as <u>Exhibit E</u> is a true and correct copy of my August 19, 2024 e-mail to Defendant's counsel reiterating Plaintiffs'

DECLARATION OF KARL P. EVANGELISTA, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PROVIDE RESPONSES TO, AND PRODUCE DOCUMENTS REQUESTED IN, PLAINTIFFS' THIRD SET OF PRODUCTION REQUESTS; and REQUEST FOR SANCTIONS

request for written discovery responses.  In an ensuing e-mail exchange, counsel and I then agreed to have a teleconference on August 21, 2024 to discuss the discovery dispute.

10.    On August 21, 2024, I spoke to Defendant's counsel, Kevin Jackson, Esq., to discuss Plaintiffs' third set of production requests.  At the end of our discussion, we agreed that Defendant would: (1) "provide their responses to Plaintiffs' 3rd set of production requests by Wednesday, August 28, 2024"; and (2) produce responsive documents by Wednesday, September 4, 2024.  Attached hereto as <u>Exhibit F</u> is a true and correct copy of my August 21, 2024 e-mail to Defendant's counsel memorializing our telephone conference that day.

11.    On September 6, 2024, I served Defendant's counsel with a draft "Local Rule 37-2 Joint Stipulation Re: Plaintiffs' Motion to Compel Menzies to Provide Responses to, and Produce Documents Requested In, Plaintiffs' Third Set of Production Requests," along with a supporting declaration of counsel and exhibits.  In the e-mail accompanying these documents, I requested that Menzies provide their portion of the joint stipulation within 7 days, as required by Local Rule 37-2.2.  Attached hereto as <u>Exhibit G</u> is a true and correct copy of my September 6, 2024 e-mail to Defendant's counsel.

12.    On or about September 9, 2024, I received an email from Defendant's counsel again stating that they "fully intend to provide complete responses and production," but ostensibly required additional time to comply with discovery obligations for which the applicable deadlines had expired 7 weeks prior.  I responded via e-mail on September 10, 2024, noting that "it has been more than 2 and ½ months since we served Plaintiffs' third set of production requests, and Menzies has still not provided any written responses nor produced any of the requested documents."  I informed Defendant's counsel that "Plaintiffs are obliged to have this matter adjudicated by Judge Rocconi" if Menzies continues to fail to comply with their discovery obligations.  Attached hereto as <u>Exhibit H</u> is a true and correct copy of my September 10, 2024 e-mail to Defendant's counsel.

DECLARATION OF KARL P. EVANGELISTA, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PROVIDE RESPONSES TO, AND PRODUCE DOCUMENTS REQUESTED IN, PLAINTIFFS' THIRD SET OF PRODUCTION REQUESTS; and REQUEST FOR SANCTIONS

13. On or about September 11, 2024, I then received an email from Defendant's counsel's assistant, affixed to which were links to Menzies' production of 3,929 pages of documents (Bates-stamped MENZIES_005334 – MENZIES_009263, and consisting of Menzies' airline contracts and some written warnings to employees for missed meal breaks resulting in unauthorized work hours), and 3 large Excel files reflecting what appear to be employee time and payroll data (Bates-stamped MENZIES_009264, MENZIES_009265 and MENZIES_009266). However, despite their assurances to the contrary, no written discovery responses have yet been provided by Menzies.

14. Following a thorough review, my office discovered that Menzies' production, albeit voluminous, remained inadequate, in that the documents were, collectively, arguably responsive to only 3 of the 19 categories of documents listed in Plaintiffs' third set of production requests: numbers 1, 4 and 14. *See* Exhibit A. Moreover, the absence of any written responses have made it impossible for Plaintiffs to determine whether Menzies will produce some or all documents, has no responsive documents, and/or is withholding certain responsive documents, thereby depriving Plaintiffs and the Class of proper discovery to which they are entitled.

15. As of the date of this declaration, Menzies have yet to provide any written response to "Plaintiff's Request for Production of Documents to Defendant Menzies Aviation (USA), Inc., Set Three (Fed. R. Civ. Proc. § 34)." By failing to provide its written response, and failing to produce documents despite reasonable requests made, Menzies continue to ignore its discovery obligations.

16. On November 8, 2024, Class Counsel served Menzies, via counsel, with an amended joint stipulation for this discovery motion, seeking an Order requiring Menzies' full compliance with its discovery obligations vis-à-vis Plaintiffs' third set of production requests.

17. Plaintiffs also request recovery of attorney-fee sanctions pursuant to FRCP Rule 37(a)(5)(A) upon successful resolution of the discovery motion filed in relation to the

DECLARATION OF KARL P. EVANGELISTA, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PROVIDE RESPONSES TO, AND PRODUCE DOCUMENTS REQUESTED IN, PLAINTIFFS' THIRD SET OF PRODUCTION REQUESTS; and REQUEST FOR SANCTIONS

above-described discovery.  Specifically, Plaintiffs request an Order to Show Cause as to why the Court should not issue an award of mandatory attorneys' fees in favor of Plaintiffs, against Menzies, for the latter's continued refusal to provide the responses and production requested by "Plaintiff's Request for Production of Documents to Defendant Menzies Aviation (USA), Inc., Set Three (Fed. R. Civ. Proc. § 34)."

18.    Pursuant to Local Rule 37-2.1, a true and correct copy of the initial case schedule in this matter, Dkt. No. 22, is attached hereto as Exhibit I.

I declare under penalty of perjury under the laws of the United States and of the State of California that the foregoing is true and correct.

Executed on November 8, 2024 in Los Angeles, California.


_/s/ Karl P. Evangelista_____

KARL P. EVANGELISTA

DECLARATION OF KARL P. EVANGELISTA, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL DEFENDANT TO PROVIDE RESPONSES TO, AND PRODUCE DOCUMENTS REQUESTED IN, PLAINTIFFS' THIRD SET OF PRODUCTION REQUESTS; and REQUEST FOR SANCTIONS

# Exhibit   A

**LAW OFFICES OF C. JOE SAYAS, JR.**
C. JOE SAYAS, JR. (Bar No. 122397)
KARL P. EVANGELISTA (Bar No. 250685)
500 N. Brand Boulevard, Suite 2000
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

**KING CHENG MILLER & JIN, LLP**
DAVID P. KING (Bar No. 136765)
150 N. Santa Anita Ave., Ste. 410
Arcadia, California 91006
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>       Plaintiffs,<br><br>    vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>       Defendants. | Case No.: 2:22-cv-05915-HDV-MARx<br><br>CLASS ACTION<br><br>**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MENZIES AVIATION (USA), INC., SET THREE**<br><br>**(Fed. R. Civ. Proc. § 34)** |

PROPOUNDING PARTY:    Plaintiff DORA PATRICIA AMAYA

RESPONDING PARTY:    Defendant MENZIES AVIATION (USA), INC.

SET NUMBER:    THREE

/ / /

1

**TO DEFENDANT MENZIES AVIATION (USA), INC. AND ITS ATTORNEYS OF RECORD:**

Plaintiff DORA PATRICIA AMAYA (hereafter, "PLAINTIFF") hereby requests, pursuant to Rule 34 of the Federal Rules of Civil Procedure ("FRCP"), that Defendant MENZIES AVIATION (USA), INC. (hereafter, "DEFENDANT") respond to the following requests, and produce and permit inspection and copying of the documents and tangible things described below. The place for production and inspection shall be the Law Offices of C. Joe Sayas, Jr., 500 North Brand Boulevard, Suite 2000, Glendale, California 91203. The time for production and inspection shall be at 10:00 a.m., thirty (30) days from service hereof, and shall continue for as long as reasonably required.

### DEFINITIONS AND INSTRUCTIONS

1. The term "DOCUMENTS" as used herein shall mean any and all "writing" as defined in FRCP Rule 34, and includes the original and duplicate of all writings of any kind, including, without limitation, any written, recorded or graphic matter or recording of symbols in tangible or electronic form, however produced or reproduced, of every kind and regardless of where located including, any correspondence, handwriting, records, transcripts, minutes, agreements, contracts, memoranda, notes, statements, maps, diagrams, illustrations, photographs, pictures, telegrams, letters, postcards, written analyses, reports, tape recordings, papers, books, computer printouts, diaries, journals, schedules, databases, worksheets, records of oral communications, including information of any kind contained in machine-readable form, including computer records (including, emails, and any other computer or electronically stored data, including data used to create spreadsheets or databases, as well as such spreadsheets and databases themselves), including materials stored in any readable medium including, paper and equivalent materials, hard drives, floppy disks, diskettes, CD-ROMs, optical disks, magnetic tapes, zip disks, jaz disks, flash memory, DVDs, videotapes, audiotapes and any other electronic or magnetic storage media. The term "DOCUMENT(S)" as used in this set of production requests also includes, but is not limited to, copies with different markings, such as

handwritten notes, and drafts thereof.

2.    The term "PLAINTIFFS", as used herein, shall refer collectively to Plaintiffs Dora Patricia Amaya and Anibal Silva.

3.    The terms "DEFENDANT," "YOU" and "YOUR," as used herein, shall refer to Defendant Menzies Aviation (USA), Inc., its officers, directors, organizers, partners, employees, agents, attorneys, servants, representatives, subsidiaries, affiliates, related entities and divisions.

4.    The term "CLASS PERIOD," as used herein, shall mean the time period from August 19, 2018 to the present.

5.    Unless otherwise specified, the applicable or operative time period on each Request shall be the CLASS PERIOD, which covers the dates from August 19, 2018 to the present.

6.    The term "CLASS MEMBER(S)," as used herein, shall mean any and all individuals who works or worked for DEFENDANT in the State of California, at any time during the CLASS PERIOD,  who are properly deemed, under the California Labor Code and the applicable Wage Order of the Industrial Welfare Commission, to be employees for whom the meal- and rest-period requirements of the California Labor Code and the applicable Wage Order of the Industrial Welfare Commission apply.

7.    The terms "MEAL PREMIUM" or "MEAL PENALTY" refer to the one additional hour of pay, computed at the employee's regular rate of compensation, owed for each workday that a meal period required by California law is not provided by the employer, pursuant to California Labor Code Section 226.7 (c).

8.    The terms "REST PREMIUM" or "REST PENALTY" refer to the one additional hour of pay, computed at the employee's regular rate of compensation, owed for each workday that a rest period required by California law is not authorized or permitted by the employer, pursuant to California Labor Code Section 226.7 (c).

9.    The term "DECLARANTS" refer to those CLASS MEMBERS who signed declarations submitted in support of Plaintiff's Motion for Class Certification, whose

names are listed in the pleading filed as Document 41-5, "Declarations of Plaintiffs, Class Members, and Witness F. Poag in Support of Plaintiffs' Motion for Class Certification," dated May 22, 2023, including (1) Peter Acosta, (2) Manuel Aguilera, (3) Mynor Andrade, (4) Daniel Arango, (5) Hajar Chikh, (6) Brandon Craig, (7) Ruben Espinoza, (8) Anthony Fernandez, (9) Jordan Ford, (10) Jazzmyne Freeman, (11) Todd Fucile, (12) Andrew Gutierrez, (13) Clement Hurtado, (14) Zoila Lemus, (15) Wa Luo, (16) Javier Martinez, (17) Jesus Mendoza, (18) Bryan Morgan, (19) Kevin Orange, (20) Jonathan Otzoy; (21) Anthony Penca, (22) Solvenina Ramirez, (23) Abdel Rifai, (24) Brandon Robinson, (25) Mario Rocha, (26) Ryan Sierra, (27) Abraham Torres, and (28) Steven Vakoc.

10.    The term "MANAGERS," as used herein, shall refer to include officers, directors, managers, executives, or administrators holding a managerial or supervisorial position with YOU, and/or whom YOU classify as Managers.

11.    This Request for Production requires that DEFENDANT make available for inspection and copying each responsive DOCUMENT and/or tangible thing that is within DEFENDANT's actual or constructive possession, custody or control, including DOCUMENTS and tangible things that DEFENDANT has a right to secure from any other source.  These sources include, but are not limited to, DEFENDANT's current and former agents, attorneys, accountants, consultants, advisors, or other persons acting or purporting to act on DEFENDANT's behalf.

12.    Each category of DOCUMENTS in this Request for Production seeks production of each responsive DOCUMENT in its entirety, without abbreviation or expurgation, including all attachments or matters affixed thereto.

13.    It is not the intention of this Request for Production to require production of DOCUMENTS protected by the attorney-client or work product privileges.  However, a Privilege Log should be provided in the event a responsive DOCUMENT is withheld based on any alleged privilege, which shall include the following:

    a.    The date the DOCUMENT bears;

    b.    The type of DOCUMENT (e.g., letter, memoranda, etc.);

4

c.    The subject matter of the DOCUMENT;

d.    The name(s) of the author(s) of the DOCUMENT;

e.    The name(s) of the recipient(s) of the DOCUMENT;

f.    The name of each person who received a copy of the DOCUMENT, whether indicated by blind copy or otherwise;

g.    The name and address of the current or most recent custodian of the DOCUMENT; and

h.    The extent and specific ground(s) for each objection to production, and in particular, the nature of any privilege claimed as to the DOCUMENT, and all facts upon which the assertion of the privilege is based.

14.    If portions of an otherwise responsive DOCUMENT contain information subject to a claim of privilege, only those portions of the DOCUMENT subject to the claim of privilege shall be redacted from the DOCUMENT, and the rest of the DOCUMENT shall be produced.

15.    Any DOCUMENT responsive to any of the individual Requests for Production contained in this set that was, but no longer is, in DEFENDANT's possession, custody or control, whether actual or constructive, shall be described as completely as possible, and the following information shall be provided:

a.    The manner of disposal, including destruction, loss, discarding, or other means of disposal;

b.    The date of disposal;

c.    The reason for disposal;

d.    The person authorizing the disposal;

e.    The person who disposed of the DOCUMENT; and

f.    The name and address of the most recent custodian of the DOCUMENT.

16.    To the extent that Electronically Stored Information ("ESI") is called for in

5

this Request for Production, Plaintiff requests that the same be produced in its native format.

17.    This Request requires production of documents to the extent that YOU have not previously produced the responsive documents. If documents have previously been produced, YOU are requested to state the said documents which are responsive to the current category.

## REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**

DOCUMENTS showing YOUR discipline of any CLASS MEMBER(s) for failing to clock in and/or out of a meal period, or for failing to timely clock in and/or out for a meal period.

**REQUEST FOR PRODUCTION NO. 2:**

DOCUMENTS showing YOUR discipline of any CLASS MEMBER(s) for failing to fill in a Missed Punch Form in relation to any failure to clock in and/or out for a meal period, or other failure to record a missed, shortened or late meal period.

**REQUEST FOR PRODUCTION NO. 3:**

DOCUMENTS showing YOUR discipline of any CLASS MEMBER(s) for failing to fill in a Missed Punch Form in the event of a missed, shortened or late rest period.

**REQUEST FOR PRODUCTION NO. 4:**

Contracts or agreements between YOU and YOUR airline customers that reflect any of the following: (a) scope of YOUR tasks and services to be performed in California; (b) the performance and completion time requirements for said tasks and services; (c) any personnel requirements of said customers; and (d) all consequences to YOU if any of the foregoing client requirements are not met, including fines, penalties or any reduction(s) in compensation.

/ / /

/ / /

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MENZIES AVIATION (USA), INC., SET THREE (FRCP 34)

**REQUEST FOR PRODUCTION NO. 5:**

Wage statements that YOU provided to all DECLARANTS during the CLASS PERIOD.

**REQUEST FOR PRODUCTION NO. 6:**

A reasonable sampling of wage statements of CLASS MEMBERS, other than DECLARANTS, that reflect YOUR specific payments of REST PREMIUMS for missed, shortened, incomplete, or delayed rest periods to said CLASS MEMBERS.

**REQUEST FOR PRODUCTION NO. 7:**

A reasonable sampling of Missed Punch Forms submitted by CLASS MEMBERS that specifically request payments of REST PREMIUMS for missed, shortened, incomplete, or delayed rest periods.

**REQUEST FOR PRODUCTION NO. 8:**

DOCUMENTS that reflect YOUR written policies, procedures, and/or standards pertaining to whether Missed Punch Forms showing a CLASS MEMBER request for MEAL PREMIUMS should be approved and/or paid.

**REQUEST FOR PRODUCTION NO. 9:**

DOCUMENTS that reflect YOUR written policies, procedures, and/or standards pertaining to whether Missed Punch Forms showing a CLASS MEMBER request for REST PREMIUMS should be approved and/or paid.

**REQUEST FOR PRODUCTION NO. 10:**

DOCUMENTS YOU provided to CLASS MEMBERS reflecting their rights to be paid MEAL PREMIUMS for missed, shortened (interrupted), incomplete, or late meal periods.

**REQUEST FOR PRODUCTION NO. 11:**

DOCUMENTS YOU provided to CLASS MEMBERS reflecting their rights to be paid REST PREMIUMS for missed, shortened (interrupted), incomplete, or late rest periods.

/ / /

7

PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MENZIES AVIATION (USA), INC., SET THREE (FRCP 34)

**REQUEST FOR PRODUCTION NO. 12:**

DOCUMENTS that specifically reflect payments of REST PREMIUMS to CLASS MEMBERS for missed, shortened, incomplete, or delayed rest periods during the CLASS PERIOD.

**REQUEST FOR PRODUCTION NO. 13:**

DOCUMENTS reflecting record of missed, shortened, incomplete, or delayed rest periods of CLASS MEMBERS.

**REQUEST FOR PRODUCTION NO. 14:**

DOCUMENTS reflecting total costs YOU incurred for paying MEAL PREMIUMS to CLASS MEMBERS (to the exclusion of REST PREMIUMS) for each of the years covered within the CLASS PERIOD: (i) 2018, (ii) 2019, (iii) 2020, (iv) 2021, (v) 2022, (vi) 2023, and (vii) 2024.

**REQUEST FOR PRODUCTION NO. 15:**

DOCUMENTS reflecting total costs YOU incurred for paying REST PREMIUMS to CLASS MEMBERS (to the exclusion of MEAL PREMIUMS) for each of the years covered within the CLASS PERIOD: (i) 2018, (ii) 2019, (iii) 2020, (iv) 2021, (v) 2022, (vi) 2023, and (vii) 2024.

**REQUEST FOR PRODUCTION NO. 16:**

DOCUMENTS reflecting procedures or steps that CLASS MEMBERS must follow in requesting payments of MEAL PREMIUMS.

**REQUEST FOR PRODUCTION NO. 17:**

DOCUMENTS reflecting procedures or steps that CLASS MEMBERS must follow in requesting payments of REST PREMIUMS.

**REQUEST FOR PRODUCTION NO. 18:**

DOCUMENTS reflecting procedures or steps that YOUR MANAGERS, Timekeepers, and Payroll employees must follow in handling CLASS MEMBER requests for payments of MEAL PREMIUMS.

/ / /

8

**REQUEST FOR PRODUCTION NO. 19:**

DOCUMENTS reflecting procedures or steps that YOUR MANAGERS, Timekeepers, and Payroll employees must follow in handling CLASS MEMBER requests for payments of REST PREMIUMS.

Dated: June 21, 2024                    **LAW OFFICES OF C. JOE SAYAS, JR.**

By:    /s/ C. Joe Sayas, Jr.
C. JOE SAYAS, JR.
KARL P. EVANGELISTA
Attorneys for Plaintiffs

9

# **PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 500 N. Brand Boulevard, Suite 2000, Glendale, CA 91203.

On June 21, 2024, I served the foregoing document, described as:

**PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT MENZIES AVIATION (USA), INC., SET THREE (Fed. R. Civ. Proc. § 34)**

on all interested parties in said action by the method indicated below and addressed as follows:

| | |
|---|---|
| **Christopher Ward, Esq.**<br>FOLEY & LARDNER LLP<br>CWard@foley.com<br>HVanHowe@foley.com | *Attorneys for Defendant, MENZIES AVIATION (USA), INC.* |
| **Kevin Jackson, Esq.**<br>FOLEY & LARDNER LLP<br>kjackson@foley.com<br>SMoreno@foley.com | *Attorneys for Defendant, MENZIES AVIATION (USA), INC.* |

(X) **BY E-MAIL OR ELECTRONIC TRANSMISSION** as follows: I caused a PDF version of the document to be sent via e-mail to the individuals listed herein and the parties have stipulated to treat e-mail service as "personal service." The electronic mail was sent to an electronic mail address maintained by the persons on whom the document is served as last given by hose persons. I personally requested a "delivery receipt" for this electronic mail message, and, unless disallowed by the recipient, received the same.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 21, 2024, in Los Angeles, California.

*/s/ Karl Evangelista*
--------------------------------
Karl Evangelista

# Exhibit   B

**Karl Evangelista**

---

| | |
|---|---|
| **From:** | Karl Evangelista |
| **Sent:** | Monday, July 29, 2024 1:23 PM |
| **To:** | Ward, Christopher; Van Howe, Heidi J.; Jackson, Kevin; Moreno, Sonia |
| **Cc:** | Joe Sayas; David King |
| **Subject:** | Re: EMAIL SERVICE: Amaya v. Menzies - FRCP Rule 34 Document Requests, Set 3 |

Good afternoon Counsel:

Our records indicate that we have not received responses to the below third set of production requests propounded by Plaintiffs.

Kindly provide Defendant's responses and production, without objections, by no later than Monday, August 5, 2024.

Thank you,

**Karl P. Evangelista, Esq. | LAW OFFICES OF C. JOE SAYAS, JR.**
500 N. Brand Boulevard, Suite 2000, Glendale, California 91203
Tel (818) 291-0088 • Fax (818) 240-9955 • www.joesayaslaw.com

*Note: These communications may contain confidential and privileged information. If you are not the intended recipient, please do not copy, circulate, or in any way distribute this e-mail. We request that you delete this message from your system and notify our law firm immediately to avoid inconvenience to you. Any unintended transmission does not constitute a waiver of any privilege. Thank you.*

---

**From:** Karl Evangelista
**Sent:** Friday, June 21, 2024 2:57 PM
**To:** Ward, Christopher <CWard@foley.com>; Van Howe, Heidi J. <HVanHowe@foley.com>; Jackson, Kevin <kjackson@foley.com>; Moreno, Sonia <SMoreno@foley.com>
**Cc:** Joe Sayas <cjs@joesayaslaw.com>; David King <dpk@kcmlaw.net>
**Subject:** EMAIL SERVICE: Amaya v. Menzies - FRCP Rule 34 Document Requests, Set 3

Counsel:

Attached please find for service "Plaintiff's Request for Production of Documents to Defendant Menzies Aviation (USA), Inc., Set Three."

Very truly yours,

**Karl P. Evangelista, Esq. | LAW OFFICES OF C. JOE SAYAS, JR.**
500 N. Brand Boulevard, Suite 2000, Glendale, California 91203
Tel (818) 291-0088 • Fax (818) 240-9955 • www.joesayaslaw.com

*Note: These communications may contain confidential and privileged information. If you are not the intended recipient, please do not copy, circulate, or in any way distribute this e-mail. We request that you delete this message from your system and notify our law firm immediately to avoid inconvenience to you. Any unintended transmission does not constitute a waiver of any privilege. Thank you.*

# Exhibit   C

**Karl Evangelista**

| | |
|---|---|
| **From:** | Karl Evangelista |
| **Sent:** | Monday, August 12, 2024 9:27 AM |
| **To:** | Ward, Christopher; Van Howe, Heidi J.; Jackson, Kevin; Moreno, Sonia |
| **Cc:** | Joe Sayas; David King |
| **Subject:** | Re: EMAIL SERVICE: Amaya v. Menzies - FRCP Rule 34 Document Requests, Set 3 |

Counsel,

Plaintiffs have yet to receive any response to the 3rd set of production requests propounded on Defendant Menzies. We have also not received a response to my below July 29, 2024 email regarding same.

As such, in compliance with Judge Rocconi's prerequisite of a Pre-Motion Telephonic Conference ("PTC") prior to any discovery motion, please provide your available dates for a PTC in the week beginning August 19, 2024.

Thanks,

**Karl P. Evangelista, Esq.** | LAW OFFICES OF C. JOE SAYAS, JR.
500 N. Brand Boulevard, Suite 2000, Glendale, California 91203
Tel (818) 291-0088 • Fax (818) 240-9955 • www.joesayaslaw.com

*Note: These communications may contain confidential and privileged information. If you are not the intended recipient, please do not copy, circulate, or in any way distribute this e-mail. We request that you delete this message from your system and notify our law firm immediately to avoid inconvenience to you. Any unintended transmission does not constitute a waiver of any privilege. Thank you.*

---

**From:** Karl Evangelista <KPE@joesayaslaw.com>
**Sent:** Monday, July 29, 2024 1:23 PM
**To:** Ward, Christopher <CWard@foley.com>; Van Howe, Heidi J. <HVanHowe@foley.com>; Jackson, Kevin <kjackson@foley.com>; Moreno, Sonia <SMoreno@foley.com>
**Cc:** Joe Sayas <cjs@joesayaslaw.com>; David King <dpk@kcmlaw.net>
**Subject:** Re: EMAIL SERVICE: Amaya v. Menzies - FRCP Rule 34 Document Requests, Set 3

Good afternoon Counsel:

Our records indicate that we have not received responses to the below third set of production requests propounded by Plaintiffs.

Kindly provide Defendant's responses and production, without objections, by no later than Monday, August 5, 2024.

Thank you,

**Karl P. Evangelista, Esq.** | LAW OFFICES OF C. JOE SAYAS, JR.
500 N. Brand Boulevard, Suite 2000, Glendale, California 91203

# Exhibit  D

**Karl Evangelista**

| | |
|---|---|
| **From:** | Karl Evangelista |
| **Sent:** | Monday, August 19, 2024 3:46 PM |
| **To:** | Ward, Christopher; Van Howe, Heidi J.; Jackson, Kevin; Moreno, Sonia |
| **Cc:** | Joe Sayas; David King |
| **Subject:** | Amaya v. Menzies - Request for LR 37-1 Conference re Menzies' Failure to Respond to Plaintiffs' FRCP Rule 34 Document Requests, Set 3 |

Counsel:

Menzies failed to respond to:

(1) "Plaintiff's Request for Production of Documents to Defendant Menzies Aviation (USA), Inc., Set Three," served on June 21, 2024;

(2) Plaintiffs' July 29, 2024 e-mail requesting Menzies' belated compliance with Plaintiffs' third set of FRCP Rule 34 production requests; and

(3) Plaintiffs' August 12, 2024 e-mail requesting a meet-and-confer and informal discovery conference with Judge Rocconi.

Pursuant to Local Rule 37-1 of the U.S. District Court for the Central District of California, please provide your available dates for a **Local Rule 37-1 Prefiling Conference of Counsel**, to be held within ten (10) days of the date of this correspondence. Please provide your proposed dates by Wednesday, August 21, 2024.

As you know, Defendant Menzies' failure to respond to Plaintiffs' production requests waives all objections, such that Plaintiffs are entitled to an Order compelling responses and production under FRCP Rule 37(a)(3)(B)(iv). Should the parties prove unable to informally resolve this discovery dispute at the Local Rule 37-1 conference, Plaintiffs shall be obliged to move for such an Order under FRCP Rule 37 and Local Rule 37-2.

Very truly yours,

**Karl P. Evangelista, Esq. |** LAW OFFICES OF C. JOE SAYAS, JR.
500 N. Brand Boulevard, Suite 2000, Glendale, California 91203
Tel (818) 291-0088 • Fax (818) 240-9955 • www.joesayaslaw.com

*Note: These communications may contain confidential and privileged information. If you are not the intended recipient, please do not copy, circulate, or in any way distribute this e-mail. We request that you delete this message from your system and notify our law firm immediately to avoid inconvenience to you. Any unintended transmission does not constitute a waiver of any privilege. Thank you.*

# Exhibit   E

## Karl Evangelista

| | |
|---|---|
| **From:** | Karl Evangelista |
| **Sent:** | Monday, August 19, 2024 3:57 PM |
| **To:** | Jackson, Kevin; Ward, Christopher; Van Howe, Heidi J.; Moreno, Sonia |
| **Cc:** | Joe Sayas; David King |
| **Subject:** | Re: Amaya v. Menzies - Request for LR 37-1 Conference re Menzies' Failure to Respond to Plaintiffs' FRCP Rule 34 Document Requests, Set 3 |

Kevin,

Please provide Defendant's responses, under FRCP Rule 34(b)(2)(B), affirming that Menzies will produce the requested documents.

Thanks,

**Karl P. Evangelista, Esq. | LAW OFFICES OF C. JOE SAYAS, JR.**
500 N. Brand Boulevard, Suite 2000, Glendale, California 91203
Tel (818) 291-0088 • Fax (818) 240-9955 • www.joesayaslaw.com

*Note: These communications may contain confidential and  privileged information.  If you are not the intended recipient, please do not copy, circulate, or in any way distribute this e-mail.  We request that you delete this message from your system and notify our law firm immediately to avoid inconvenience to you.  Any unintended transmission does not constitute a waiver of any privilege.  Thank you.*

---

**From:** Jackson, Kevin <kjackson@foley.com>
**Sent:** Monday, August 19, 2024 3:48 PM
**To:** Karl Evangelista <KPE@joesayaslaw.com>; Ward, Christopher <CWard@foley.com>; Van Howe, Heidi J. <HVanHowe@foley.com>; Moreno, Sonia <SMoreno@foley.com>
**Cc:** Joe Sayas <cjs@joesayaslaw.com>; David King <dpk@kcmlaw.net>
**Subject:** RE: Amaya v. Menzies - Request for LR 37-1 Conference re Menzies' Failure to Respond to Plaintiffs' FRCP Rule 34 Document Requests, Set 3

Karl,

Joe and I discussed this last week after Ms. Quinonez's deposition, when I informed him that we were working on gathering documents to produce.  As a result, it did not appear necessary to continue meeting and conferring or schedule an informal discovery conference. We intend to produce responsive documents, many of which have already been produced but simply need to be brought current (e.g., time and payroll records).

**Kevin Jackson**
*Senior Counsel*

**Foley & Lardner LLP**
11988 El Camino Real, Suite 400, San Diego, CA 92130
Phone 858.847.6734
View My Bio | Visit Foley.com | kjackson@foley.com



Exhibit   F

**Karl Evangelista**

| | |
|---|---|
| **From:** | Karl Evangelista |
| **Sent:** | Wednesday, August 21, 2024 11:29 AM |
| **To:** | 'Jackson, Kevin'; 'Ward, Christopher'; 'Van Howe, Heidi J.'; 'Moreno, Sonia' |
| **Cc:** | Joe Sayas; 'David King' |
| **Subject:** | RE: Amaya v. Menzies - Request for LR 37-1 Conference re Menzies' Failure to Respond to Plaintiffs' FRCP Rule 34 Document Requests, Set 3 |

Kevin,

Thanks again for taking my call.

Per our conversation, Menzies will provide their responses to Plaintiffs' 3rd set of production requests by Wednesday, August 28, 2024.  Production will be made within 2 weeks of today's date.  Please let me know if these do not comport with your understanding.

We also discussed the missing pay and time records from Menzies' production, as well as the need to bring the class list up to date.  Specifically—

(1) The time and pay records, which were produced after the class list, include individuals who do not appear on the class list (MENZIES_000833).  Kindly provide an updated, though-the-present-day class list in the same format as MENZIES_000833 (i.e., including each person's name, employee number, employment status, hire/term date, location, job title, hourly pay rate, and address);

(2) MENZIES_000834 contains pay information broken down by employee, pay date, and pay code.  MENZIES_000836-847 and MENZIES_004939-4952 (NB: I think all pay data from the time period following March 2023) contain pay information aggregated by employee and pay code.  Please provide pay data for all class members, and for the entire class period, in the format of MENZIES_000834;

(3) There are employees appearing in the time records that do not appear in the pay records, and vice versa.  Kindly provide complete time/pay data for all class members for the following employees (identified by employee number):

100112
100120
100156
100159
100173
100325
100408
100477
100478
100598
100600
100613
100740
100744

1

# Exhibit  G

**Karl Evangelista**

---

| | |
|---|---|
| **From:** | Karl Evangelista |
| **Sent:** | Friday, September 06, 2024 3:43 PM |
| **To:** | Jackson, Kevin; Ward, Christopher; Van Howe, Heidi J.; Moreno, Sonia |
| **Cc:** | Joe Sayas; David King |
| **Subject:** | Amaya v. Menzies - Plaintiffs' Draft LR 37-2.2 Joint Stip re Motion to Compel Responses and Production Re: RFPD Set 3 |
| **Attachments:** | KPE Decl iso MTC RFPD3 w Exhs_09062024.pdf; LR372 Jt Stip re MTC RFPD3_09062024.docx |

Kevin,

Thank you for your email.  I certainly appreciate our efforts to confer, and look forward to continue doing so throughout this litigation.

We are, however, concerned about the delays in Menzies' cooperation with discovery.  As you know, Plaintiffs proffered their 3rd set of production requests in mid-June, such that Menzies' responses were due in mid-July.  We are now into September, and Menzies has still not provided any written discovery responses, let alone produce responsive documents.

The Court's class certification order in this case is 7 months old.  With the July 2024 *Lopez* decision having further clarified relevant Ninth Circuit precedent, Plaintiffs are of the firm belief that the parties need to move forward with trial preparations in this matter.  Class Counsel would be remiss in countenancing unreasonable delays by Menzies in completing post-certification discovery.

Thus, pursuant to **C.D. Cal. Local Rule 37-2.2**, attached please find the following--

(1)    Plaintiffs' draft "Local Rule 37-2 Joint Stipulation Re: Plaintiffs' Motion to Compel Menzies to Provide Responses to, and        Produce Documents Requested in, Plaintiffs' Third Set of Production Requests; and Request for Sanctions," and

(2)    Declaration of Karl P. Evangelista, Esq. in support of Plaintiffs' Motion to Compel, with Exhibits A through G attached.

Plaintiffs look forward to receiving Menzies' portion of the Joint Stipulation within the time limits prescribed by Local Rule 37-2.2.

In the meantime, kindly provide 3 or more proposed dates for the Informal Discovery Conference required by Judge Rocconi.

Very truly yours,

**Karl P. Evangelista, Esq. | LAW OFFICES OF C. JOE SAYAS, JR.**
500 N. Brand Boulevard, Suite 2000, Glendale, California 91203
Tel (818) 291-0088 • Fax (818) 240-9955 • www.joesayaslaw.com

*Note: These communications may contain confidential and privileged information. If you are not the intended recipient, please do not copy, circulate, or in any way distribute this e-mail. We request that you delete this message from your system and notify our law firm immediately to avoid inconvenience to you. Any unintended transmission does not constitute a waiver of any privilege. Thank you.*

**From:** Jackson, Kevin <kjackson@foley.com>
**Sent:** Thursday, September 5, 2024 7:36 AM
**To:** Karl Evangelista <KPE@joesayaslaw.com>; Ward, Christopher <CWard@foley.com>; Van Howe, Heidi J. <HVanHowe@foley.com>; Moreno, Sonia <SMoreno@foley.com>
**Cc:** Joe Sayas <cjs@joesayaslaw.com>; David King <dpk@kcmlaw.net>
**Subject:** Re: Amaya v. Menzies - Request for LR 37-1 Conference re Menzies' Failure to Respond to Plaintiffs' FRCP Rule 34 Document Requests, Set 3

Hi Karl, we have been working on pulling everything and intend to start production by tomorrow or early next week. Thank you for your ongoing cooperation while we sort this out.

Kevin Jackson
*Senior Counsel*

Foley & Lardner LLP
11988 El Camino Real
Suite 400
San Diego, CA 92130-2594

P 858.847.6734

Visit Foley.com

---

**From:** Karl Evangelista <KPE@joesayaslaw.com>
**Sent:** Wednesday, August 21, 2024 11:29:04 AM
**To:** Jackson, Kevin <kjackson@foley.com>; Ward, Christopher <CWard@foley.com>; Van Howe, Heidi J. <HVanHowe@foley.com>; Moreno, Sonia <SMoreno@foley.com>
**Cc:** Joe Sayas <cjs@joesayaslaw.com>; David King <dpk@kcmlaw.net>
**Subject:** RE: Amaya v. Menzies - Request for LR 37-1 Conference re Menzies' Failure to Respond to Plaintiffs' FRCP Rule 34 Document Requests, Set 3

**\*\* EXTERNAL EMAIL MESSAGE \*\***
Kevin,

Thanks again for taking my call.

Per our conversation, Menzies will provide their responses to Plaintiffs' 3rd set of production requests by Wednesday, August 28, 2024. Production will be made within 2 weeks of today's date. Please let me know if these do not comport with your understanding.

We also discussed the missing pay and time records from Menzies' production, as well as the need to bring the class list up to date. Specifically—

1. The time and pay records, which were produced after the class list, include individuals who do not appear on the class list (MENZIES_000833). Kindly provide an updated, though-the-present-day class list in the same format as MENZIES_000833 (i.e., including each person's name, employee number, employment status, hire/term date, location, job title, hourly pay rate, and address);

# Exhibit   H

**Karl Evangelista**

| | |
|---|---|
| **From:** | Karl Evangelista |
| **Sent:** | Tuesday, September 10, 2024 6:00 PM |
| **To:** | Jackson, Kevin; Ward, Christopher; Van Howe, Heidi J.; Moreno, Sonia |
| **Cc:** | Joe Sayas; David King |
| **Subject:** | Re: Amaya v. Menzies - Plaintiffs' Draft LR 37-2.2 Joint Stip re Motion to Compel Responses and Production Re: RFPD Set 3 |

Kevin,

Thank you for your email, and for updating us on your efforts to get Menzies to cooperate in discovery.  However, the fact remains that it has been more than 2 and ½ months since we served Plaintiffs' third set of production requests , and Menzies has still not provided any written responses nor produced any of the requested documents.

This case is more than 2 years old, and Plaintiffs have patiently accommodated Menzies in the past.  But it is now time to expeditiously move this case forward in preparation for trial.  Plaintiffs and the class are prejudiced by Menzies' delays.

The parties have complied with the meet-and-confer obligations of Local Rule 37-1.  Plaintiffs reiterate their request that Menzies fully comply with its discovery obligations, as well as its obligations under Local Rule 37-2.  Unless there is full compliance with Menzies' discovery obligations, Plaintiffs are obliged to have this matter adjudicated by Judge Rocconi.

**Karl P. Evangelista, Esq.** | LAW OFFICES OF **C. JOE SAYAS, JR.**
500 N. Brand Boulevard, Suite 2000, Glendale, California 91203
Tel (818) 291-0088 • Fax (818) 240-9955 • www.joesayaslaw.com

*Note: These communications may contain confidential and  privileged information.  If you are not the intended recipient, please do not copy, circulate, or in any way distribute this e-mail.  We request that you delete this message from your system and notify our law firm immediately to avoid inconvenience to you.  Any unintended transmission does not constitute a waiver of any privilege.  Thank you.*

---

**From:** Jackson, Kevin <kjackson@foley.com>
**Sent:** Monday, September 9, 2024 1:52 PM
**To:** Karl Evangelista <KPE@joesayaslaw.com>; Ward, Christopher <CWard@foley.com>; Van Howe, Heidi J. <HVanHowe@foley.com>; Moreno, Sonia <SMoreno@foley.com>
**Cc:** Joe Sayas <cjs@joesayaslaw.com>; David King <dpk@kcmlaw.net>
**Subject:** Re: Amaya v. Menzies - Plaintiffs' Draft LR 37-2.2 Joint Stip re Motion to Compel Responses and Production Re: RFPD Set 3

Hi Karl,

As we've previously explained, we required additional time due to unavailability of counsel and client, and fully intend to provide complete responses and production. We plan to produce most if not all documents tomorrow, so this meet and confer effort is not necessarily as we've stated before. If there

remains any dispute, we will be happy to discuss further to our ongoing efforts to cooperate in discovery. Thank you.

Kevin Jackson
*Senior Counsel*

Foley & Lardner LLP
11988 El Camino Real
Suite 400
San Diego, CA 92130-2594

P 858.847.6734

Visit Foley.com

---

**From:** Karl Evangelista <KPE@joesayaslaw.com>
**Sent:** Friday, September 6, 2024 3:42:59 PM
**To:** Jackson, Kevin <kjackson@foley.com>; Ward, Christopher <CWard@foley.com>; Van Howe, Heidi J. <HVanHowe@foley.com>; Moreno, Sonia <SMoreno@foley.com>
**Cc:** Joe Sayas <cjs@joesayaslaw.com>; David King <dpk@kcmlaw.net>
**Subject:** Amaya v. Menzies - Plaintiffs' Draft LR 37-2.2 Joint Stip re Motion to Compel Responses and Production Re: RFPD Set 3

**\*\* EXTERNAL EMAIL MESSAGE \*\***

Kevin,

Thank you for your email.  I certainly appreciate our efforts to confer, and look forward to continue doing so throughout this litigation.

We are, however, concerned about the delays in Menzies' cooperation with discovery.  As you know, Plaintiffs proffered their 3rd set of production requests in mid-June, such that Menzies' responses were due in mid-July.  We are now into September, and Menzies has still not provided any written discovery responses, let alone produce responsive documents.

The Court's class certification order in this case is 7 months old.  With the July 2024 *Lopez* decision having further clarified relevant Ninth Circuit precedent, Plaintiffs are of the firm belief that the parties need to move forward with trial preparations in this matter.  Class Counsel would be remiss in countenancing unreasonable delays by Menzies in completing post-certification discovery.

Thus, pursuant to **C.D. Cal. Local Rule 37-2.2**, attached please find the following--

(1)     Plaintiffs' draft "Local Rule 37-2 Joint Stipulation Re: Plaintiffs' Motion to Compel Menzies to Provide Responses to, and          Produce Documents Requested in, Plaintiffs' Third Set of Production Requests; and Request for Sanctions," and

(2)     Declaration of Karl P. Evangelista, Esq. in support of Plaintiffs' Motion to Compel, with Exhibits A through G attached.

# Exhibit   I

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dora Patricia Amaya,<br><br>                    Plaintiff,<br><br>          v.<br><br>Menzies Aviation USA, Inc. et al<br><br>                    Defendant. | Case No. 2:22-cv-05915-MCS-MAR<br><br>**SCHEDULING ORDER** |

      The Court has reviewed the parties' Joint Rule 26(f) Report and sets the dates below. The Court will set additional dates, including pretrial and trial dates, after a ruling on class certification is issued. To the extent applicable, the Court orders the parties to comply with the Order Re: Jury/Court Trial available on the Court's website, https://www.cacd.uscourts.gov/honorable-mark-c-scarsi.

///

| Event | Date |
|---|---|
| Non-Expert Discovery Cut-Off | September 18, 2023 |
| Expert Disclosure (Initial) | July 24, 2023 |
| Expert Disclosure (Rebuttal) | August 21, 2023 |
| Expert Discovery Cut-Off | October 23, 2023 |
| Deadline to File a Motion for Class Certification | April 10, 2023 |
| Deadline to File an Opposition to the Motion for Class Certification | May 1, 2023 |
| Deadline to File a Reply in Support of the Motion for Class Certification | May 22, 2023 |
| Hearing Date on Motion for Class Certification | June 12, 2023, at 9:00 a.m. |

**IT IS SO ORDERED.**

Dated: December 16, 2022

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | CV 22-05915-HDV (MARx) | Date | 8/24/23 |
|---|---|---|---|

| Title | *Dora Patricia Amaya v. Menzies Aviation USA, Inc. et al* |
|---|---|

Present: The Honorable   Hernán D. Vera, United States District Judge

| Wendy Hernandez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| David Ping | |
| Joe Sayas, Jr. | Christopher Ward (Telephonic) |
| Karl Evangelista | |

Proceedings:   **SCHEDULING CONFERENCE**

The Court held a Scheduling Conference with the parties on August 24, 2023.  The hearing on Plaintiff's Motion to Certify Class [41] is continued to October 26, 2023 at 10:00 AM.

**IT IS SO ORDERED.**

Time: /15

**CIVIL MINUTES – GENERAL**                     Initials of Deputy Clerk WH