C. JOE SAYAS, JR. (CA Bar No. 122397)
cjs@joesayaslaw.com
KARL P. EVANGELISTA (CA Bar No. 250685)
kpe@joesayaslaw.com
**LAW OFFICES OF C. JOE SAYAS, JR.**
500 N. Brand Boulevard, Suite 2000
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

DAVID P. KING (CA Bar No. 136765)
dpk@kcmlaw.net
**KING CHENG MILLER & JIN, LLP**
150 N. Santa Anita Ave., Ste. 410
Arcadia, California 91006
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Class Counsel

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual;) and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. 2:22-cv-05915-HDV-MARx <br><br> <u>CLASS ACTION</u> <br><br> **SUPPLEMENTAL DECLARATION OF KARL P. EVANGELISTA** |

SUPPLEMENTAL DECLARATION OF KARL P. EVANGELISTA

## DECLARATION OF KARL P. EVANGELISTA

I, Karl P. Evangelista, hereby declare:

1.     I am an attorney admitted to practice before this Court and all the courts of the State of California.  I am counsel of record for Plaintiffs Dora Patricia Amaya and Anibal Silva (collectively, "Plaintiffs") in this action.  My firm, the Law Offices of C. Joe Sayas, Jr., and the law firm King Cheng Miller & Jin, LLP (collectively, "Class Counsel") jointly represent the Plaintiffs and Class Members in this certified class action.  I have personal knowledge of the facts stated in this declaration, and, if called as a witness, I could and would competently testify thereto.

2.     I am submitting this declaration in support of "Plaintiffs' Supplemental Memorandum in Support of Motion to Compel Defendant Menzies to Provide Responses to, and Produce Documents Requested in, Plaintiffs' Third Set of Production Requests; and Request for Sanctions."

3.     On or about September 11, 2024, I received an email from the assistant of counsel for Defendant Menzies Aviation (USA), Inc. (hereafter, "Menzies"), affixed to which were links to Menzies' production of 3,929 pages of documents (Bates-stamped MENZIES_005334 – MENZIES_009263, and consisting of Menzies' airline contracts and some written warnings to employees for missed meal breaks resulting in unauthorized work hours), and 3 large Excel files reflecting what appear to be employee time and payroll data (Bates-stamped MENZIES_009264, MENZIES_009265 and MENZIES_009266). However, despite repeated assurances from Menzies' counsel that his client would provide written discovery responses, none were included with the September 11th production.

4.     As such, on September 13, 2024, I sent an e-mail to Menzies' counsel advising them that although we had received Menzies' production, Menzies had still not provided any written discovery responses to Plaintiffs' third set of production requests.  In my e-mail I asked that Menzies provide these immediately.  Menzies did not respond to this request. Attached hereto as <u>Exhibit A</u> is a true and correct copy of my September 13, 2024 e-mail exchange with Menzies' counsel.

1        5.        On November 8, 2024, I served Menzies, via counsel, with an amended Local

2   Rule 37-2.2 joint stipulation regarding Plaintiffs' motion to compel responses to, and

3   production for, Plaintiffs' third set of production requests.  Attached hereto as <u>Exhibit B</u> is

4   a true and correct copy of my November 8, 2024 e-mail to Menzies' counsel.

5        6.        On November 14, 2024, I received "Defendant Menzies Aviation (USA), Inc.'s

6   Response to Plaintiff's Request for Production of Documents, Set Three," a true and correct

7   copy of which is attached hereto as <u>Exhibit C</u>.

8        I declare under penalty of perjury under the laws of the United States and of the State

9   of California that the foregoing is true and correct.

10        Executed on November 27, 2024 in Los Angeles, California.

11

12                                  */s/ Karl P. Evangelista*

13                                  KARL P. EVANGELISTA

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL DECLARATION OF KARL P. EVANGELISTA

# Exhibit  A

 Outlook

---

## Re: Amaya v. Menzies - Plaintiffs' Draft LR 37-2.2 Joint Stip re Motion to Compel Responses and Production Re: RFPD Set 3

---

**From** Jackson, Kevin <kjackson@foley.com>

**Date** Fri 9/13/2024 1:01 PM

**To**   Karl Evangelista <KPE@joesayaslaw.com>; Ward, Christopher <CWard@foley.com>; Van Howe, Heidi J. <HVanHowe@foley.com>; Moreno, Sonia <SMoreno@foley.com>

**Cc**   Joe Sayas <cjs@joesayaslaw.com>; David King <dpk@kcmlaw.net>

Karl,

Thank you. However, your portion will first need to be updated to articulate any particular deficiencies or disputes that you perceive given the document production. We consider the current statement to now be moot. So, once you review, please let me know if there is anything we need to discuss, and I would ask that you please just give me a call or shoot me an email before more formal procedures. Thank you, have a nice weekend.

Kevin Jackson
*Senior Counsel*

Foley & Lardner LLP
11988 El Camino Real
Suite 400
San Diego, CA 92130-2594

P 858.847.6734

Visit Foley.com

---

**From:** Karl Evangelista <KPE@joesayaslaw.com>
**Sent:** Friday, September 13, 2024 9:54:16 AM
**To:** Jackson, Kevin <kjackson@foley.com>; Ward, Christopher <CWard@foley.com>; Van Howe, Heidi J. <HVanHowe@foley.com>; Moreno, Sonia <SMoreno@foley.com>
**Cc:** Joe Sayas <cjs@joesayaslaw.com>; David King <dpk@kcmlaw.net>
**Subject:** Re: Amaya v. Menzies - Plaintiffs' Draft LR 37-2.2 Joint Stip re Motion to Compel Responses and Production Re: RFPD Set 3

** EXTERNAL EMAIL MESSAGE **
Thanks Kevin.  We can agree to defer Menzies' portion of the LR 37-2 joint pleading by 10 days to allow Plaintiffs the opportunity to review Menzies' recent document production.

In the meantime, please provide Menzies' written responses to Plaintiffs' third set of production requests, without objections.

Regards,

**Karl P. Evangelista, Esq.** | LAW OFFICES OF C. JOE SAYAS, JR.

500 N. Brand Boulevard, Suite 2000, Glendale, California 91203

Tel (818) 291-0088 • Fax (818) 240-9955 • www.joesayaslaw.com

*Note: These communications may contain confidential and  privileged information.  If you are not the intended recipient, please do not copy, circulate, or in any way distribute this e-mail.  We request that you delete this message from your system and notify our law firm immediately to avoid inconvenience to you.  Any unintended transmission does not constitute a waiver of any privilege.  Thank you.*

---

**From:** Jackson, Kevin <kjackson@foley.com>
**Sent:** Friday, September 13, 2024 6:28 AM
**To:** Karl Evangelista <KPE@joesayaslaw.com>; Ward, Christopher <CWard@foley.com>; Van Howe, Heidi J. <HVanHowe@foley.com>; Moreno, Sonia <SMoreno@foley.com>
**Cc:** Joe Sayas <cjs@joesayaslaw.com>; David King <dpk@kcmlaw.net>
**Subject:** RE: Amaya v. Menzies - Plaintiffs' Draft LR 37-2.2 Joint Stip re Motion to Compel Responses and Production Re: RFPD Set 3

Karl,

Menzies made a voluminous production this week of several thousand documents.  Given the volume of Menzies' production throughout this litigation, I understand it will take some time on your end to confirm whether Plaintiffs believe it is fully responsive.  Please confirm that there is no present need for Plaintiffs to proceed with a discovery conference.  I would be happy to schedule a call if you would like to discuss.

Regards,

**Kevin Jackson**
*Senior Counsel*

**Foley & Lardner LLP**
11988 El Camino Real, Suite 400, San Diego, CA 92130
Phone 858.847.6734
View My Bio | Visit Foley.com | kjackson@foley.com



**From:** Karl Evangelista <KPE@joesayaslaw.com>
**Sent:** Tuesday, September 10, 2024 6:00 PM
**To:** Jackson, Kevin <kjackson@foley.com>; Ward, Christopher <CWard@foley.com>; Van Howe, Heidi J. <HVanHowe@foley.com>; Moreno, Sonia <SMoreno@foley.com>
**Cc:** Joe Sayas <cjs@joesayaslaw.com>; David King <dpk@kcmlaw.net>
**Subject:** Re: Amaya v. Menzies - Plaintiffs' Draft LR 37-2.2 Joint Stip re Motion to Compel Responses and Production Re: RFPD Set 3

** EXTERNAL EMAIL MESSAGE **
Kevin,

# Exhibit  B

 Outlook

---

**Re: Amaya v. Menzies - Plaintiffs' Draft LR 37-2.2 Joint Stip re Motion to Compel Responses and Production Re: RFPD Set 3**

---

**From** Karl Evangelista <KPE@joesayaslaw.com>

**Date** Fri 11/8/2024 11:35 AM

**To** Jackson, Kevin <kjackson@foley.com>; Ward, Christopher <CWard@foley.com>; Van Howe, Heidi J. <HVanHowe@foley.com>; Moreno, Sonia <SMoreno@foley.com>; Berhe, Kaleb N. <kberhe@foley.com>; Hong, Vivian <vhong@foley.com>

**Cc** Joe Sayas <cjs@joesayaslaw.com>; David King <dpk@kcmlaw.net>

📎 2 attachments (6 MB)
LR372 Jt Stip re MTC RFPD3_11082024.docx; KPE Decl iso MTC RFPD3_11082024.pdf;

Counsel:

Our review of Menzies' September 11, 2024 production shows that these documents are responsive to only 3 of the 19 categories listed in Plaintiffs' third set of production requests: RFPD Nos. 1, 4 and 14.

Moreover, Menzies has still not provided any written discovery responses to Plaintiffs' third set of production requests, as required under FRCP Rule 34 (b)(2).

As such, pursuant to **C.D. Cal. Local Rule 37-2.2**, attached please find the following--

(1) Plaintiffs' draft "Local Rule 37-2 *Amended* Joint Stipulation Re: Plaintiffs' Motion to Compel Menzies to Provide Responses to, and Produce Documents Requested in, Plaintiffs' Third Set of Production Requests; and Request for Sanctions," and

(2) Declaration of Karl P. Evangelista, Esq. in Support of Plaintiffs' Motion to Compel, with Exhibits A through I attached.

Please provide Defendant Menzies' portion of the Joint Stipulation within the time limits prescribed by Local Rule 37-2.2

Thank you,

**Karl P. Evangelista, Esq.** | LAW OFFICES OF C. JOE SAYAS, JR.

500 N. Brand Boulevard, Suite 2000, Glendale, California 91203

Tel (818) 291-0088 • Fax (818) 240-9955 • www.joesayaslaw.com

*Note: These communications may contain confidential and privileged information. If you are not the intended recipient, please do not copy, circulate, or in any way distribute this e-mail. We request that you delete this message from your system and notify our law firm immediately to avoid inconvenience to you. Any unintended transmission does not constitute a waiver of any privilege. Thank you.*

# Exhibit   C

1    CHRISTOPHER WARD, CA Bar No. 238777
         cward@foley.com
2    **FOLEY & LARDNER LLP**
     555 SOUTH FLOWER STREET, SUITE 3300
3    LOS ANGELES, CA 90071-2418
     TELEPHONE:  213.972.4500
4    FACSIMILE:   213.486.0065

5    KEVIN JACKSON, CA Bar No. 278169
         kjackson@foley.com
6    **FOLEY & LARDNER LLP**
     11988 EL CAMINO REAL, SUITE 400
7    SAN DIEGO, CA 92130-2594
     TELEPHONE:  858.847.6700
8    FACSIMILE:   858.792.6773

9    Attorneys for Defendant MENZIES
     AVIATION (USA), INC.
10

11                    **UNITED STATES DISTRICT COURT**

12                   **CENTRAL DISTRICT OF CALIFORNIA**

13

14   DORA PATRICIA AMAYA, an                  Case No. 2:22-cv-05915-MCS-MARx
     individual; and BRAYAN LOZANO
15   GONZALEZ, an individual; on behalf of    **DEFENDANT MENZIES AVIATION**
     themselves and others similarly situated, **(USA), INC.'S RESPONSE TO**
16                                             **PLAINTIFF'S REQUEST FOR**
                            Plaintiffs,        **PRODUCTION OF DOCUMENTS,**
17                                             **SET THREE**
                 vs.
18
     MENZIES AVIATION (USA), INC., a
19   Delaware corporation; and DOES 1         Judge:    Hon. Mark C. Scarsi
     through 10, inclusive,                   Ctrm.:    7C, 7th Floor
20
                            Defendants.
21

22

23

24   PROPOUNDING PARTY:        PLAINTIFF DORA PATRICIA AMAYA

25   RESPONDING PARTY:         DEFENDANT MENZIES AVIATION (USA), INC.

26   SET NO.:                  THREE (3)

27

28

1    Defendant MENZIES AVIATION (USA), INC. ("Defendant") hereby provides the

2  following responses to Plaintiff DORA PATRICIA AMAYA's ("Plaintiff") Request for

3  Production of Documents, Set Three.

4                **RESPONSE TO REQUESTS FOR PRODUCTION**

5  **REQUEST FOR PRODUCTION NO. 1:**

6    DOCUMENTS showing YOUR discipline of any CLASS MEMBER(s) for failing

7  to clock in and/or out of a meal period, or for failing to timely clock in and/or out for a

8  meal period.

9  **RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

10    Defendant conducted a diligent search and reasonable inquiry and has produced

11  responsive documents in its custody, possession, or control.  Additional records may exist

12  and Defendant continues to search for responsive documents and will supplement its

13  production if additional documents are located.

14  **REQUEST FOR PRODUCTION NO. 2:**

15    DOCUMENTS showing YOUR discipline of any CLASS MEMBER(s) for failing

16  to fill in a Missed Punch Form in relation to any failure to clock in and/or out for a meal

17  period, or other failure to record a missed, shortened or late meal period.

18  **RESPONSE TO REQUEST FOR PRODUCTION NO. 2:**

19    Defendant conducted a diligent search and reasonable inquiry and has produced

20  responsive documents in its custody, possession, or control.  Additional records may exist

21  and Defendant continues to search for responsive documents and will supplement its

22  production if additional documents are located.

23  **REQUEST FOR PRODUCTION NO. 3:**

24    DOCUMENTS showing YOUR discipline of any CLASS MEMBER(s) for failing

25  to fill in a Missed Punch Form in the event of a missed, shortened or late rest period.

26  **RESPONSE TO REQUEST FOR PRODUCTION NO. 3:**

27    Defendant conducted a diligent search and reasonable inquiry and has produced

28  responsive documents in its custody, possession, or control.  Additional records may exist

DEFENDANT RESPONSE TO REQUEST FOR PRODUCTION, SET THREE
-1-    Case No. 2:22-cv-05915-MCS-MARx

4878-6981-4987.1

1  and Defendant continues to search for responsive documents and will supplement its

2  production if additional documents are located.

3  **REQUEST FOR PRODUCTION NO. 4:**

4  Contracts or agreements between YOU and YOUR airline customers that reflect

5  any of the following: (a) scope of YOUR tasks and services to be performed in

6  California; (b) the performance and completion time requirements for said tasks and

7  services; (c) any personnel requirements of said customers; and (d) all consequences to

8  YOU if any of the foregoing client requirements are not met, including fines, penalties or

9  any reduction(s) in compensation.

10  **RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

11  Defendant conducted a diligent search and reasonable inquiry and has produced all

12  responsive documents in its custody, possession, or control.

13  **REQUEST FOR PRODUCTION NO. 5:**

14  Wage statements that YOU provided to all DECLARANTS during the CLASS

15  PERIOD.

16  **RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

17  Defendant conducted a diligent search and reasonable inquiry and has produced all

18  responsive documents in its custody, possession, or control.

19  **REQUEST FOR PRODUCTION NO. 6:**

20  A reasonable sampling of wage statements of CLASS MEMBERS, other than

21  DECLARANTS, that reflect YOUR specific payments of REST PREMIUMS for missed,

22  shortened, incomplete, or delayed rest periods to said CLASS MEMBERS.

23  **RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

24  Defendant conducted a diligent search and reasonable inquiry and has produced all

25  responsive documents in its custody, possession, or control.  Defendant notes that

26  although it pays employees rest period premiums, it only uses a single payroll code to

27  compensate employees for both meal and rest period premiums, so there are no

28  responsive documents that reflect "specific payments of REST PREMIUMS" in

DEFENDANT RESPONSE TO REQUEST FOR PRODUCTION, SET THREE
-2-    Case No. 2:22-cv-05915-MCS-MARx
4878-6981-4987.1

1    Defendant's custody, possession, or control.

2    **REQUEST FOR PRODUCTION NO. 7:**

3        A reasonable sampling of Missed Punch Forms submitted by CLASS MEMBERS

4    that specifically request payments of REST PREMIUMS for missed, shortened,

5    incomplete, or delayed rest periods.

6    **RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

7        Defendant conducted a diligent search and reasonable inquiry and has produced

8    responsive documents in its custody, possession, or control.  Additional records may exist

9    and Defendant continues to search for responsive documents and will supplement its

10    production if additional documents are located.

11    **REQUEST FOR PRODUCTION NO. 8:**

12        DOCUMENTS that reflect YOUR written policies, procedures, and/or standards

13    pertaining to whether Missed Punch Forms showing a CLASS MEMBER request for

14    MEAL PREMIUMS should be approved and/or paid.

15    **RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

16        Defendant conducted a diligent search and reasonable inquiry and has produced

17    responsive documents in its custody, possession, or control.  Additional records may exist

18    and Defendant continues to search for responsive documents and will supplement its

19    production if additional documents are located.

20    **REQUEST FOR PRODUCTION NO. 9:**

21        DOCUMENTS that reflect YOUR written policies, procedures, and/or standards

22    pertaining to whether Missed Punch Forms showing a CLASS MEMBER request for

23    REST PREMIUMS should be approved and/or paid.

24    **RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

25        Defendant conducted a diligent search and reasonable inquiry and has produced

26    responsive documents in its custody, possession, or control.  Additional records may exist

27    and Defendant continues to search for responsive documents and will supplement its

28    production if additional documents are located.

1  **REQUEST FOR PRODUCTION NO. 10:**

2      DOCUMENTS YOU provided to CLASS MEMBERS reflecting their rights to be

3  paid MEAL PREMIUMS for missed, shortened (interrupted), incomplete, or late meal

4  periods.

5  **RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

6      Defendant conducted a diligent search and reasonable inquiry and has produced

7  responsive documents in its custody, possession, or control.

8  **REQUEST FOR PRODUCTION NO. 11:**

9      DOCUMENTS YOU provided to CLASS MEMBERS reflecting their rights to be

10 paid REST PREMIUMS for missed, shortened (interrupted), incomplete, or late rest

11 periods.

12 **RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

13     Defendant conducted a diligent search and reasonable inquiry and has produced

14 responsive documents in its custody, possession, or control.

15 **REQUEST FOR PRODUCTION NO. 12:**

16     DOCUMENTS that specifically reflect payments of REST PREMIUMS to CLASS

17 MEMBERS for missed, shortened, incomplete, or delayed rest periods during the CLASS

18 PERIOD.

19 **RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

20     Defendant conducted a diligent search and reasonable inquiry and has produced all

21 responsive documents in its custody, possession, or control.  Defendant notes that

22 although it pays employees rest period premiums, it only uses a single payroll code to

23 compensate employees for both meal and rest period premiums, so there are no

24 responsive documents that reflect "specific payments of REST PREMIUMS" in

25 Defendant's custody, possession, or control.

26 **REQUEST FOR PRODUCTION NO. 13:**

27     DOCUMENTS reflecting record of missed, shortened, incomplete, or delayed rest

28 periods of CLASS MEMBERS.

1  **RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

2      Defendant conducted a diligent search and reasonable inquiry and has produced

3  responsive documents in its custody, possession, or control, including the "California

4  Missed Break Form."  Additional records may exist and Defendant continues to search

5  for responsive documents and will supplement its production if additional documents are

6  located.

7  **REQUEST FOR PRODUCTION NO. 14:**

8      DOCUMENTS reflecting total costs YOU incurred for paying MEAL

9  PREMIUMS to CLASS MEMBERS (to the exclusion of REST PREMIUMS) for each of

10  the years covered within the CLASS PERIOD: (i) 2018, (ii) 2019, (iii) 2020, (iv) 2021,

11  (v) 2022, (vi) 2023, and (vii) 2024.

12  **RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

13      Defendant conducted a diligent search and reasonable inquiry and has produced

14  responsive documents in its custody, possession, or control.

15  **REQUEST FOR PRODUCTION NO. 15:**

16      DOCUMENTS reflecting total costs YOU incurred for paying REST PREMIUMS

17  to CLASS MEMBERS (to the exclusion of MEAL PREMIUMS) for each of the years

18  covered within the CLASS PERIOD: (i) 2018, (ii) 2019, (iii) 2020, (iv) 2021, (v) 2022,

19  (vi) 2023, and (vii) 2024.

20  **RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

21      Defendant conducted a diligent search and reasonable inquiry and has produced all

22  responsive documents in its custody, possession, or control.  Defendant notes that

23  although it pays employees rest period premiums, it only uses a single payroll code to

24  compensate employees for both meal and rest period premiums, so there are no

25  responsive documents that reflect "specific payments of REST PREMIUMS" in

26  Defendant's custody, possession, or control.

27  **REQUEST FOR PRODUCTION NO. 16:**

28      DOCUMENTS reflecting procedures or steps that CLASS MEMBERS must

DEFENDANT RESPONSE TO REQUEST FOR PRODUCTION, SET THREE
-5-      Case No. 2:22-cv-05915-MCS-MARx

4878-6981-4987.1

1   follow in requesting payments of MEAL PREMIUMS.

2   **RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

3       Defendant conducted a diligent search and reasonable inquiry and has produced all

4   responsive documents in its custody, possession, or control.

5   **REQUEST FOR PRODUCTION NO. 17:**

6       DOCUMENTS reflecting procedures or steps that CLASS MEMBERS must

7   follow in requesting payments of REST PREMIUMS.

8   **RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

9       Defendant conducted a diligent search and reasonable inquiry and has produced all

10   responsive documents in its custody, possession, or control.

11   **REQUEST FOR PRODUCTION NO. 18:**

12       DOCUMENTS reflecting procedures or steps that YOUR MANAGERS,

13   Timekeepers, and Payroll employees must follow in handling CLASS MEMBER

14   requests for payments of MEAL PREMIUMS.

15   **RESPONSE TO REQUEST FOR PRODUCTION NO. 18:**

16       Defendant conducted a diligent search and reasonable inquiry and has produced all

17   responsive documents in its custody, possession, or control.

18   **REQUEST FOR PRODUCTION NO. 19:**

19       DOCUMENTS reflecting procedures or steps that YOUR MANAGERS,

20   Timekeepers, and Payroll employees must follow in handling CLASS MEMBER

21   requests for payments of REST PREMIUMS.

22   **RESPONSE TO REQUEST FOR PRODUCTION NO. 19:**

23       Defendant conducted a diligent search and reasonable inquiry and has produced all

24   responsive documents in its custody, possession, or control.

25   ///

26   ///

27   ///

28

DEFENDANT RESPONSE TO REQUEST FOR PRODUCTION, SET THREE
-6-      Case No. 2:22-cv-05915-MCS-MARx

4878-6981-4987.1

1

DATED:  September 11, 2024

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**FOLEY & LARDNER LLP**
Christopher Ward
Kevin Jackson


/s/ Kevin Jackson
Kevin Jackson
Attorneys for Defendant MENZIES
AVIATION (USA), INC.

PROOF OF SERVICE

I am employed in the County of San Diego, State of California.  I am over the age of 18 and not a party to this action; my current business address is 11988 El Camino Real, Suite 400, San Diego, CA 92130-2594.

On November 14, 2024, I served the foregoing document(s) described as: **DEFENDANT MENZIES AVIATION (USA), INC.'S RESPONSE TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS, SET THREE** on the interested parties in this action as follows:

C. Joe Sayas, Jr.                                  Attorneys for Plaintiffs DORA PATRICIA
Karl P. Evangelista                                AMAYA and BRAYAN LOZANO
Law Offices of C. Joe Sayas, Jr.                   GONZALEZ
500 N. Brand Boulevard, Suite 980
Glendale, California 91203
Telephone: 818-291-0088
Facsimile:  818-240-9955
Email: cjs@joesayaslaw.com
       kpe@joesayaslaw.com
       cielo@joesayaslaw.com


David P. King
King Cheng Miller & Jin, LLP
3675 Huntington Drive, Suite 200
Pasadena, California 91107
Telephone: 626-304-9001
Facsimile:  626-304-9002
Email: dpk@kcmlaw.net


 X    BY E-MAIL
 X        I served the foregoing document via e-mail to the addressees above
          at the e-mail addresses listed therein.

 X    Executed on November 14, 2024, at San Diego, California.

 X        I declare under penalty of perjury under the laws of the State of
          California that the above is true and correct.
 X        I declare that I am employed in the office of a member of the bar of
          this court at whose direction the service was made.


                                    _Sonia Moreno_____
                                    Sonia Moreno

DEFENDANT RESPONSE TO REQUEST FOR PRODUCTION, SET THREE
                        -1-    Case No. 2:22-cv-05915-MCS-MARx

4878-6981-4987.1