CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
KALEB N. BERHE, CA Bar No. 302080
  kberhe@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE:  213.972.4500
FACSIMILE:   213.486.0065

KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE:  858.847.6700
FACSIMILE:   858.792.6773

Attorneys for Defendant
MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　　Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**DEFENDANT MENZIES AVIATION (USA), INC.'S REQUEST TO APPEAR REMOTELY AT MOTION TO COMPEL HEARING**<br><br>Date:　　December 11, 2024<br>Time:　　11:00 a.m.<br>Ctrm.:　　790<br>Judge:　　Hon. Margo A. Rocconi<br><br>Complaint Filed:　August 19, 2022<br>FAC Filed:　　　　August 30, 2022<br>SAC Filed:　　　　May 9, 2023 |

1  Counsel for Defendant Menzies Aviation (USA), Inc. ("Menzies" or "Defendant"), in accordance with this Court's chamber rules, hereby requests permission to appear remotely at the upcoming hearing on Plaintiffs' Motion to Compel Defendant Menzies to Provide Responses to, and Produce Documents Requested in, Plaintiffs' Third Set of Production Requests; and Request for Sanctions ("Motion") scheduled for December 11, 2024 at 11:00 a.m.

Christopher Ward, lead counsel for Defendant, resides in Chicago, Illinois and is unavailable to attend in person due to an existing conflict preventing him from traveling to Los Angeles, California for the hearing date.

Kevin Jackson, also counsel for Defendant, respectfully requests the Court's permission to make a telephonic appearance at the Motion hearing. Mr. Jackson has childcare obligations for his three children on December 11, 2024 for which his ordinary childcare arrangements are unavailable that day. Mr. Jackson respectfully requests to appear telephonically, which will allow him to fulfill his professional obligations to his client and this Court as well as his obligations to his family, which a telephonic appearance in lieu of personal appearance will facilitate. The Court's courtesy in this regard will be greatly appreciated.

DATED: December 3, 2024

**FOLEY & LARDNER LLP**
Christopher Ward
Kevin Jackson


/s/ Kevin Jackson
Kevin Jackson
Attorneys for Defendant
MENZIES AVIATION (USA), INC.