# JUDGE HERNÁN D. VERA
## SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET

*Please complete this worksheet jointly and file it with your Joint Rule 26(f) Report.*
*The Court ORDERS the parties to make every effort to agree on dates.*

| Case No. CV 22-05915-HDV-MARx | Case Name: Dora Patricia Amaya vs. Menzies Aviation, et. al. | | |
|---|---|---|---|

| Trial and Final Pretrial Conference Dates | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|
| Check one: [ ] Jury Trial or [ x ] Court Trial **(_Tuesday_ at 9:00 a.m., within 18 months after Complaint filed)** Estimated Duration: ___15___ Days | 08/19/2025 | | [ ] Jury Trial [ ] Court Trial _____ Days |
| Final Pretrial Conference ("FPTC") [L.R. 16], Hearing on Motions In Limine **(_Tuesday_ at 10:00 a.m., 21 days before trial)** | 07/29/2025 | | |

| Event [1] *Note:* Hearings shall be on Tuesdays at 10:00 a.m. Other dates can be any day of the week. | Weeks Before FPTC | Pl(s)' Date mm/dd/yyyy | Def(s)' Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|---|
| Last Date to _Hear_ Motion to Amend Pleadings /Add Parties | | 03/25/2025 | | |
| Fact Discovery Cut-Off **(no later than deadline for _filing_ dispositive motion)** | 18 | 03/25/2025 | | |
| Expert Disclosure (Initial) | 16 | 04/08/2025 | | |
| Expert Disclosure (Rebuttal) | 14 | 04/22/2025 | | |
| Expert Discovery Cut-Off | 14[2] | 04/22/2025 | | |
| Last Date to _Hear_ Motions | 12 | 05/06/2025 | | |
| Deadline to Complete Settlement Conference [L.R. 16-15] _Select_ one: [ ] 1. Magistrate Judge *(with Court approval)* [ ] 2. Court's Mediation Panel [ ] 3. Private Mediation | 5 | 06/24/2025 | | [ ] 1. Mag. J. [ ] 2. Panel [ ] 3. Private |
| **Trial Filings (first round)** <ul><li>Motions In Limine</li><li>Memoranda of Contentions of Fact and Law [L.R. 16-4]</li><li>Witness Lists [L.R. 16-5]</li><li>Joint Exhibit List [L.R. 16-6.1]</li><li>Joint Status Report Regarding Settlement</li><li>Proposed Findings of Fact and Conclusions of Law [L.R. 52] *(court trial only)*</li><li>Declarations containing Direct Testimony, if ordered *(court trial only)*</li></ul> | 4 | 07/01/2025 | | |
| **Trial Filings (second round)** <ul><li>Oppositions to Motions In Limine</li><li>Joint Proposed Final Pretrial Conference Order [L.R. 16-7]</li><li>Joint/Agreed Proposed Jury Instructions *(jury trial only)*</li><li>Disputed Proposed Jury Instructions *(jury trial only)*</li><li>Joint Proposed Verdict Forms *(jury trial only)*</li><li>Joint Proposed Statement of the Case *(jury trial only)*</li><li>Proposed Additional Voir Dire Questions, if any *(jury trial only)*</li><li>Evidentiary Objections to Decls. of Direct Testimony *(court trial only)*</li></ul> | 2 | 07/15/2025 | | |

[1] The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order.

[2] The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.