CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
KALEB N. BERHE, CA Bar No. 302080
  kberhe@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendant
MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**DEFENDANT MENZIES AVIATION (USA), INC.'S APPENDIX OF EVIDENCE IN SUPPORT OF MOTION TO COMPEL ARBITRATION**<br><br>Date: February 20, 2025<br>Time: 10:00 a.m.<br>Ctrm.: 5B, 5th Floor<br>Judge: Hon. Hernán D. Vera<br><br>Complaint Filed: August 19, 2022<br>FAC Filed: August 30, 2022<br>SAC Filed: May 9, 2023 |

## INDEX OF EXHIBITS

| Tab | Document | Page |
|---|---|---|
| 1 | Declaration of Christopher Ward in Support of Defendant Menzies Aviation (USA), Inc.'s Motion to Compel Arbitration. | 1 |
| 2 | Exhibit A to Ward Declaration – A true and correct copy of September 13, 2024 meet and confer letter. | 7 |
| 3 | Exhibit B to Ward Declaration – True and correct copy of email exchanges. | 87 |
| 4 | Exhibit C to Ward Declaration - A true and correct copy of transcript excerpts from the April 26, 2023 deposition of Plaintiff Patricia Villagra (Amaya). | 94 |
| 5 | Declaration of Talin Bazerkanian in Support of Defendant Menzies Aviation (USA), Inc.'s Motion to Compel Arbitration. | 100 |
| 6 | Exhibit A to Bazerkanian Declaration – True and correct copies of job descriptions for the following positions in Evidence Group 1:<br>- Accounting Clerk,<br>- Accounts Receivable Specialist,<br>- Administration Assistant,<br>- Administrative Assistant – Fueling,<br>- Administrative Assistant – General,<br>- Apprentice – Fuel Facility Maintenance,<br>- Cabin Cleaner, Cabin Services Agent,<br>- Cabin Services Lead Agent,<br>- Compliance Officer, Dispatcher,<br>- Driver Operator, Facility Electrician,<br>- Fuel Facility Electrician,<br>- Fuel Farm Mechanic,<br>- Fuel Farm Operator,<br>- Fuel Farm Supervisor,<br>- General Worker,<br>- GSE Administrative Assistant,<br>- GSE Fueler,<br>- GSE Mechanic,<br>- GSE Utility Agent,<br>- HR Specialist,<br>- HR Administrative, | 108 |

| Tab | Document | Page |
|---|---|---|
| | - Inside Wireman,<br>- Inventory Clerk,<br>- Janitor,<br>- Lavatory Agent,<br>- Lead Cabin Cleaner,<br>- Lead Dispatcher,<br>- Lead Fuel Farm Operator,<br>- Lead GSE Mechanic,<br>- Maintenance Technician – Fuel Storage Facility,<br>- Operations Agent,<br>- Operations Coordinator,<br>- Operations Supervisor – Fuel,<br>- Quality Control Supervisor,<br>- Quality Control Technician,<br>- Safety and Training Supervisor,<br>- Safety Administration Assistant,<br>- Safety Security and Environmental Supervisor,<br>- Safety Supervisor,<br>- Cargo Screening Supervisor,<br>- Supervisor Timekeeper,<br>- Talent Acquisition,<br>- Timekeeper, and<br>- Training Supervisor | |
| 7 | Exhibit B to Bazerkanian Declaration – True and correct copies of job descriptions for the following positions in Evidence Group 2(a):<br>- Baggage Coordinator,<br>- Cargo Agent,<br>- Cargo Office Supervisor,<br>- General Fueling Helper,<br>- Intern,<br>- Lead Quality Control Technician,<br>- Operations Coordinator Supervisor,<br>- Service Desk Agent LAX, and<br>- Training Coordinator | 231 |
| 8 | Exhibit C to Bazerkanian Declaration – True and correct copies of job descriptions for the following positions in Evidence Group 2(b): | 259 |

| Tab | Document | Page |
|---|---|---|
| | - Cargo Office Lead,<br>- Cargo Screening Agent,<br>- Load Master,<br>- Passenger Service Agent,<br>- Passenger Service Agent Lost and Found,<br>- Passenger Service Lead Agent,<br>- Passenger Service Supervisor, and<br>- Lost and Found Bag Agent | |
| 9 | Exhibit D to Bazerkanian Declaration – True and correct copies of job descriptions for the following positions in Evidence Group 2(c):<br>- Fueling Supervisor,<br>- Operations Supervisor – Ground Handling, and<br>- Ramp Supervisor | 279 |
| 10 | Exhibit E to Bazerkanian Declaration – True and correct copies of exemplar ADR Policies signed by Class Members. | 287 |
| 11 | Exhibit F to Bazerkanian Declaration – True and correct copies of Plaintiffs' signed ADR Policies. | 293 |
| 12 | Exhibit G to Bazerkanian Declaration – True and correct copies of exemplar Arbitration Agreements signed by the class members. | 305 |
| 13 | Exhibit H to Bazerkanian Declaration – True and correct copies of Plaintiffs' signed Arbitration Agreements. | 309 |
| 14 | Declaration of Cass Borthwick in Support of Defendant Menzies Aviation (USA), Inc.'s Motion to Compel Arbitration. | 316 |
| 15 | Exhibit A to Borthwick Declaration – True and correct copies of job descriptions for the following positions:<br>- Lost and Found Bag Agent<br>- Operations Supervisor – Ground Handling,<br>- Passenger Service Agent,<br>- Passenger Service Agent – Lost and Found,<br>- Passenger Service Lead Agent,<br>- Passenger Service Supervisor,<br>- Ramp Supervisor, and | 324 |

| Tab | Document | Page |
|---|---|---|
|  | - Operations Coordinator Supervisor |  |
| 16 | Declaration of Dave Funes in Support of Defendant Menzies Aviation (USA), Inc.'s Motion to Compel Arbitration. | 342 |
| 17 | Exhibit A to Funes Declaration – True and correct copies of job descriptions for the following positions:<br>- Cargo Agent,<br>- Cargo Office Supervisor,<br>- Cargo Screening Agent,<br>- Baggage Coordinator,<br>- Passenger Service Agent,<br>- Passenger Service Lead Agent,<br>- Passenger Service Supervisor, and<br>- Service Desk Agent – LAX | 350 |
| 18 | Declaration of Panit Lee in Support of Defendant Menzies Aviation (USA), Inc.'s Motion to Compel Arbitration. | 369 |
| 19 | Exhibit A to Lee Declaration – A true and correct copy of job description for the Intern position. | 373 |
| 20 | Declaration of Barry Lopez in Support of Defendant Menzies Aviation (USA), Inc.'s Motion to Compel Arbitration. | 328 |
| 21 | Exhibit A to Lopez Declaration – True and correct copies of job descriptions for the following positions:<br>- Fueling Supervisor, and<br>- General Fueling Helper | 382 |
| 22 | Declaration of Anthony Pulgado in Support of Defendant Menzies Aviation (USA), Inc.'s Motion to Compel Arbitration. | 389 |
| 23 | Exhibit A to Pulgado Declaration – A true and correct copy of job description for the Training Coordinator position. | 393 |
| 24 | Declaration of Peter Sposito in Support of Defendant Menzies Aviation (USA), Inc.'s Motion to Compel Arbitration. | 399 |

| Tab | Document | Page |
|---|---|---|
| 25 | Exhibit A to Sposito Declaration – True and correct copies of job descriptions for the following positions:<br>- Cargo Office Lead, and<br>- Cargo Screening Agent | 404 |
| 26 | Declaration of Kyle Stephens in Support of Defendant Menzies Aviation (USA), Inc.'s Motion to Compel Arbitration. | 411 |
| 27 | Exhibit A to Stephens Declaration – True and correct copies of job descriptions for the following positions:<br>- Fueling Supervisor,<br>- Lead Quality Control Technician,<br>- Load Master,<br>- Operations Supervisor – Ground Handling,<br>- Passenger Service Agent,<br>- Passenger Service Lead Agent,<br>- Passenger Service Supervisor, and<br>- Ramp Supervisor | 418 |
| 28 | Evidence Group 1 Positions – True and correct copies of job descriptions for Evidence Group 1 Positions:<br>- Accounting Clerk,<br>- Accounts Receivable Specialist,<br>- Administration Assistant,<br>- Administrative Assistant – Fueling,<br>- Administrative Assistant – General,<br>- Apprentice – Fuel Facility Maintenance,<br>- Cabin Cleaner, Cabin Services Agent,<br>- Cabin Services Lead Agent,<br>- Compliance Officer, Dispatcher,<br>- Driver Operator, Facility Electrician,<br>- Fuel Facility Electrician,<br>- Fuel Farm Mechanic,<br>- Fuel Farm Operator,<br>- Fuel Farm Supervisor,<br>- General Worker,<br>- GSE Administrative Assistant,<br>- GSE Fueler,<br>- GSE Mechanic,<br>- GSE Utility Agent, | 438 |

| Tab | Document | Page |
|---|---|---|
|  | - HR Specialist,<br>- HR Administrative,<br>- Inside Wireman,<br>- Inventory Clerk,<br>- Janitor,<br>- Lavatory Agent,<br>- Lead Cabin Cleaner,<br>- Lead Dispatcher,<br>- Lead Fuel Farm Operator,<br>- Lead GSE Mechanic,<br>- Maintenance Technician – Fuel Storage Facility,<br>- Operations Agent,<br>- Operations Coordinator,<br>- Operations Supervisor – Fuel,<br>- Quality Control Supervisor,<br>- Quality Control Technician,<br>- Safety and Training Supervisor,<br>- Safety Administration Assistant,<br>- Safety Security and Environmental Supervisor,<br>- Safety Supervisor,<br>- Cargo Screening Supervisor,<br>- Supervisor Timekeeper,<br>- Talent Acquisition,<br>- Timekeeper, and<br>- Training Supervisor |  |
| 29 | Evidence Group 2(a) Positions - True and correct copies of job descriptions for Evidence Group 2(a) Positions:<br>- Baggage Coordinator,<br>- Cargo Agent,<br>- Cargo Office Supervisor,<br>- General Fueling Helper,<br>- Intern,<br>- Lead Quality Control Technician,<br>- Operations Coordinator Supervisor,<br>- Service Desk Agent LAX, and<br>- Training Coordinator | 560 |

| Tab | Document | Page |
|---|---|---|
| 30 | Evidence Group 2(b) Positions - True and correct copies of job descriptions for Evidence Group 2(b) Positions:<br>- Cargo Office Lead,<br>- Cargo Screening Agent,<br>- Load Master,<br>- Passenger Service Agent,<br>- Passenger Service Agent Lost and Found,<br>- Passenger Service Lead Agent,<br>- Passenger Service Supervisor, and<br>- Lost and Found Bag Agent | 587 |
| 31 | Evidence Group 2(c) Positions - True and correct copies of job descriptions for Evidence Group 2(c) Positions:<br>- Fueling Supervisor,<br>- Operations Supervisor – Ground Handling, and<br>- Ramp Supervisor | 606 |

DATED:  December 30, 2024

**FOLEY & LARDNER LLP**
Christopher Ward
Kevin Jackson
Kaleb Berhe


/s/ Christopher Ward
Christopher Ward
Attorneys for Defendant
MENZIES AVIATION (USA), INC.