# TAB 2

# EXHIBIT A

**FOLEY**

FOLEY & LARDNER LLP

ATTORNEYS AT LAW

11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA  92130
858.847.6700 TEL
858.792.6773 FAX
WWW.FOLEY.COM

WRITER'S DIRECT LINE
858.847.6734
kjackson@foley.com EMAIL

CLIENT/MATTER NUMBER
043015-0340

September 13, 2024

**Via E-Mail**

C. Joe Sayas, Jr.
Karl P. Evangelista
Law Offices of C. Joe Sayas, Jr.
500 N. Brand Boulevard, Suite 2000
Glendale, CA 91203
Email: cjs@joesayaslaw.com
        KPE@joesayaslaw.com

David P. King
King Cheng Miller & Jin, LLP
150 N. Santa Anita Ave., Suite 410
Pasadena, CA 91106
Email: dpk@kcmlaw.net

      Re:    Meet and Confer (C.D. Cal. L.R. 7-3)
            *Dora Patricia Amaya, et al. v. Menzies Aviation USA Inc.*,
            Case No. 2:22-cv-05915-HDV-MAR

Dear Counsel,

This letter is sent pursuant to Central District of California Local rule 7-3 to meet and confer regarding Menzies' intention to file a Motion to Compel Arbitration and dismiss class claims as to all class members who signed Menzies' Arbitration Agreement and are not exempt from the Federal Arbitration Act ("FAA") under the "transportation worker" exemption.

As you know, the parties have previously discussed these issues, and briefed them before the Court, at great length, including in Menzies' Opposition to Plaintiffs' Motion for Class Certification. Plaintiffs unsuccessfully sought summary adjudication on the basis that Menzies "waived" its right to compel arbitration. Menzies now seeks to enforce its right to compel arbitration.

On August 19, 2024, I spoke with Mr. Sayas following the deposition of a former Menzies employee, and I offered to provide a list of non-exempt positions that Menzies contends remain subject to the FAA following the Supreme Court's decision in *Saxon v. Southwest*, 596 U.S. 450, (2022).  Menzies further recognizes the Ninth Circuit's decision in *Lopez v. Aircraft Serv. Int'l, Inc.* (Jul. 19, 2024 9th Cir.) extends the holding of *Saxon* to find "Fuelers" are exempt from the FAA. Notwithstanding Menzies' intention to file a writ of certiorari to the Supreme Court to appeal *Lopez*,

BOSTON
BRUSSELS
CHICAGO
DETROIT

JACKSONVILLE
LOS ANGELES
MADISON
MIAMI

MILWAUKEE
NEW YORK
ORLANDO
SACRAMENTO

SAN DIEGO
SAN FRANCISCO
SILICON VALLEY
TALLAHASSEE

TAMPA
TOKYO
WASHINGTON, D.C.

4857-7339-7219.1



**FOLEY & LARDNER LLP**

September 13, 2024
Page 2

Menzies does not intend to include "Fuelers" in the list of employees covered by its Motion to Compel Arbitration, however it expressly reserves its right to do so if the Supreme Court grants certiorari and overturns the Ninth Circuit's decision in *Lopez*.

Menzies does not intend to move to compel arbitration as to the following job positions: Ramp Agent, Lead Ramp Agent, Lead Cargo Runner, Cargo Runner, and Fueler.

Menzies contends that the remaining non-exempt job positions are covered by the FAA and are not exempt "transportation workers" because they are not a "class of workers directly involved in transporting goods across state or international borders." *Saxon*, 596 U.S. 450. These positions include the following: Ramp Supervisor, Passenger Service Agent Lost and Found, Operations Agent, Passenger Service Agent, Passenger Service Agent Lead Agent, Passenger Service Supervisor, Safety Administration Assistant, Service Desk Agent, Training Supervisor, Supervisor Timekeeper, Baggage Coordinator, Bag Room Coordinator, Bag Room Lead, Talent Acquisition, Safety Supervisor, Safety Security and Environmental Supervisor, Safety and Training Manager, Lavatory Agent, Human Resources Administrative, General Worker, Cabin Cleaner, Lead Cabin Cleaner, Cargo Office Lead, Cargo Office Supervisor, Compliance Officer, Fueling Supervisor, Dispatcher, Quality Control Supervisor, Inventory Clerk, GSE Administration Assistant, GSE Mechanic, GSE Utility Agent, Lead GSE Mechanic, Cargo Handler Agent, Lead Cargo Handler, and Warehouse Cargo Lead. Menzies has previously produced job descriptions for these positions but includes them as Attachment A to this letter for your convenience.

To preserve party and judicial resources and facilitate the Court's efficient review of Menzies' Motion to Compel Arbitration, please let us know if Plaintiffs will stipulate that any of the above positions are not "transportation workers" subject to the FAA exemption. We are not asking Plaintiffs to stipulate to arbitration and appreciate that Plaintiffs may attempt to challenge the enforceability of the arbitration agreement in its entirety, although we caution that Menzies has successfully enforced the agreement in California for many years, notwithstanding recent challenges following *Saxon* unrelated to the enforceability of the agreement itself. Instead, we are endeavoring to limit the number of positions that the Court must analyze under *Saxon* and make factual determinations regarding whether such positions are directly involved in transporting passengers or cargo in interstate commerce.

We would appreciate your response by Friday, September 20, 2024. Please let me know if you would like to schedule a call to discuss.

Regards,

Kevin Jackson

Attachment

4857-7339-7219.1

# ATTACHMENT A



**MENZIES AVIATION**

# Job Description, Ramp Agent

**Department:** Ramp Operations
**Reports To:** Lead Ramp Agent / Shift Supervisor
**FLSA Status:** Non-Exempt (Hourly)

## Job Purpose Summary:

Unloading and loading of luggage, freight and cargo on and off commercial aircraft, in the outbound bag room and the baggage claim area. Driving and operating small specialized commercial vehicles. Position requires: heavy lifting, pushing, pulling, bending, stretching, and frequent kneeling.

## Primary Accountabilities and Duties:

- Comfortably and continuously, lift/move 70 lbs. of cargo and baggage on and off aircraft and transport it between aircraft, airport terminals and air cargo facilities.
- Frequent bending, stretching push/pulling, stacking and kneeling in small confined locations.
- Operate motorized equipment.
- Read and interpret aircraft weight and balance loading instructions, hazardous material identification labels, aircraft loading manifests, and baggage and cargo routing tags.
- Ensure the safe and secure operations, in accordance with the highest possible standards of health, safety, security and all government statutory requirements.
- Perform other duties as assigned.

## Essential Skills and Qualifications:

- Must be at least 18 years of age.
- Must pass pre-employment medical.
- Must pass Drug testing.
- Must be able to speak, read and write in English proficiently.
- Valid driver's license in good standing.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Work is done primarily outdoors, must be comfortable working in all weather conditions.
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA).
- Must pass FBI background check and obtain US Customs seal.
- Prior Ramp experience preferable.

## Employee Acknowledgement

I, _____, acknowledge review of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF** 



**MENZIES AVIATION**

# Job Description, Lead Ramp Agent

Job Title:      Lead Ramp Agent
Department:   Ramp Operations
Reports To:    Supervisor, Ramp Operations or Manager, Ramp Operations
FLSA Status:   Non-Exempt

**Summary:** Unloading and loading of luggage, freight and cargo on and off commercial aircraft.  Driving and operating small specialized commercial vehicles.  Position requires: heavy lifting, pushing, pulling, bending, and stretching.

**Essential Duties and Responsibilities:**

- Move cargo and baggage on and off aircraft and transport it between aircraft, airport terminals, air cargo facilities, and other aircraft.
- Operate motorized equipment.
- Read and interpret aircraft weight and balance loading instructions, hazardous material identification labels, aircraft loading manifests, and baggage and cargo routing tags.
- Oversees a crew of 3-5 agents
- Briefs crew before flights on bag loads, positions to take and how flight will work
- Responsible for push back and communications with the flight crew during push back
- Responsible for fall flight crew/gate crew paperwork before and after departure
- Oversees all operations at their gate/flight
- Other duties as assigned.

**Required Skills**

- Must be at least 18 years of age;
- Must have high school diploma, GED or equivalent work experience;
- Must pass drug test;
- Must be able to speak, read, and write in English;
- Valid driver's license with good driving record;
- Capable of lifting comfortably 70 lbs;
- Prior ramp experience a plus;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions;
- Must pass an FBI finger print check and obtain custom seal;
- Must pass pre-employment medical;
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____     Date :_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**



T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245



**MENZIES
AVIATION**

## Job Description, Lead Cargo Runner

Job Title:        Lead Cargo Runner
Department:    Ramp Operations
Reporting to:   Duty Manager
FLSA Status:    Non - Exempt

**Summary:** Unloading and loading of luggage, freight and cargo on and off commercial aircraft. Driving and operating small specialized commercial vehicles. Position requires: heavy lifting, pushing, pulling, bending, and stretching.

**Essential Duties and Responsibilities:**
- Move cargo and baggage on and off aircraft and transport it between aircraft, airport terminals, air cargo facilities, and other aircraft.
- Operate motorized equipment.
- Transportation of inbound and outbound cargo
- Read and interpret aircraft weight and balance loading instructions, hazardous material identification labels, aircraft loading manifests, and baggage and cargo routing tags.
- Other duties as assigned.
- Complete shift reports.
- Ensure the ramp personnel adhere to established company safety regulations *including PPE.*
- Assist in the preparation of performance evaluation forms.
- Assist in the baggage handling area.
- May occasionally operate various pieces of ground support equipment.

**Required Skills:**
- Must be at least 18 years of age;
- Must have high school diploma, GED or equivalent work experience;
- Must pass drug test;
- Must be able to speak, read, and write in English;
- Valid driver's license with good driving record;
- Capable of lifting comfortably 70 lbs;
- Prior ramp experience a plus;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions;
- Must pass FBI finger print check and obtain a custom seal;
- To report any significant deficiency in our products, material and documents;
- Has the duty to suggest any improvements to working practices especially those relating to safety and security;
- Must pass pre-employment medical;
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** **M**

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

**880 Parkview Drive North
El Segundo, Ca. 90245**

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



**MENZIES AVIATION**

# JOB DESCRIPTION

## Cargo Runner

| | |
|---|---|
| **Department:** | Ramp Operations |
| **Reports To:** | Lead Ramp Agent / Shift Supervisor |
| **FLSA Status:** | Non-Exempt (Hourly) |

**Summary:** Unloading and loading of luggage, freight and cargo on and off commercial aircraft. Driving and operating small specialized commercial vehicles. Position requires: heavy lifting, pushing, pulling, bending, and stretching.

**Essential Duties and Responsibilities:**

- Move cargo and baggage on and off aircraft and transport it between aircraft, airport terminals, air cargo facilities, and other aircraft.
- Operate motorized equipment.
- Transportation of inbound and outbound cargo
- Read and interpret aircraft weight and balance loading instructions, hazardous material identification labels, aircraft loading manifests, and baggage and cargo routing tags.
- Other duties as assigned.
- Complete shift reports.
- Ensure the ramp personnel adhere to established company safety regulations *including PPE*.
- Assist in the baggage handling area.
- May occasionally operate various pieces of ground support equipment.

***Required Skills:***

- Must be at least 18 years of age;
- Must have high school diploma, GED or equivalent work experience;
- Must be able to speak, read, and write in English;
- Valid driver's license with good driving record;
- Capable of lifting comfortably 70 lbs;
- Prior ramp experience a plus;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions;
- To report any significant deficiency in our products, material and documents;
- Has the duty to suggest any improvements to working practices especially those relating to safety and security;
- Must pass drug test;
- Must pass pre-employment medical;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  

- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass FBI background check and obtain US Customs seal;
- Prior Ramp experience preferable;

**Employee Acknowledgement**

I, _____, acknowledge review of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____    Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** M



**MENZIES
AVIATION**

# Job Description

## Ramp Supervisor

**Job title:**     Ramp Supervisor
**Department:**  Ramp Operations
**Reports to:**   Duty Manager
**FLSA Status:**  Non – Exempt

### Overview

Accountable for day-to-day ramp operations.  You will be responsible for coordinating. planning and ensuring proper staff allocation to fulfil our service standards for all Airline Partners.

### Main accountabilities include:

- Responsible for day to day operational performance, safety, security and customer satisfaction of the product through effective support and management of delivery areas.
- To consistently deliver the highest possible level of customer service at all times.
- Responsible for ensuring the airlines product is delivered consistently to demanding service level standards and on time performance targets are met.
- Staff Allocation forward planning.
- Ensure the safe and correct control of all resources on the Ramp.
- Comply with all Airlines Ground Handling Regulations as well as local Airport Authorities.
- Ensure safety and security procedures are followed according to standards set within the Menzies Health & Safety Policy Manual, and according to international aviation standards.
- Safeguard the health, safety and welfare of staff, customers and other visitors as required in full compliance with the Company's Health & Safety Policy.
- Promote an open reporting culture.
- Ensure investigations take place into any incident/accident, non-conformity or service delivery failure, with resulting corrective actions being established and then maintained.
- Work closely with GSE responsible personnel to ensure active and effective GSE management
- Stay informed as to the relevant skills and qualification levels required by staff for effective performance.
- Accountable for ongoing day to day ramp management.
- Establish and maintain a safe working environment for employees and customers to comply with Company policy and health, safety and security regulations, while promoting a "Safety First"-culture.
- Ensure tasks are performed in accordance with the Company and Airlines specific procedures and policies.
- Required to attend the mandatory training imposed by the Company and Airlines as per job role.
- Other duties as assigned

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  

## Qualifications and Experience:

- Proven leadership skills and experience.
- Must be a minimum of 18 years of age and legally able to work in Canada
- Must have valid Driver's license and hold a DA.
- Demonstrate ability to lead, coach and develop staff.
- Well organised with meticulous attention to detail and accuracy, able to work on their own initiative to specific deadlines, have the ability to recognise and deal with challenges promptly and efficiently.
- Extensive experience in Ramp Handling and good understanding of the Operational departments.
- Proficient knowledge of the IATA Standard Ground Handling Agreement.
- Familiar with GOMs, Airline procedures, Airport procedures, Airport legislations.
- Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organisation.
- SLA driven to meet customer expectations by delivering excellence.
- Ability to drive and deliver improvement plans and the relevant follow up process.
- Ability to identify productivity efficiency or inefficiency and tailor the operational demand based on the operational dynamics within the station.
- Adaptability with regards to working with a multi-national workforce, and collaborating well with local working unions.
- Work under pressure and meet tight deadlines.
- Excellent written and verbal communication skills with employees, management, customers and outside institutions.
- Must be flexible to adapt to changing demands/circumstances/weather conditions.

- Must be available and flexible to work variable shifts including weekends and holidays.
- Must be able to lift up to 70lbs when required
- Must be able to obtain and hold all required security clearances.
- Computer literate with knowledge of Microsoft Word and Excel.

## Employee Acknowledgement:

I, _____ acknowledge review and acceptance of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.
I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature:_____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**





**MENZIES AVIATION**

# Job Description, Passenger Service Agent Lost and Found

**Job Title:**      Passenger Service Agent – Lost and Found
**Department:**   Ramp Operations
**Reports To:**    Passenger Service Manager
**FLSA Status:**  Non-exempt

**Essential Duties and Responsibilities:**
- Work with internal and external clients to locate lost luggage
- Receive and Assist Passenger Lost Luggage Claims
- Checking in passengers for flights at the ticket counter and gates;
- Verifying passenger documentation;
- Assigning seats and providing gate information;
- Checking baggage;
- Hosting self-service kiosks;
- Ensure that all work areas are functional (check-in, lobby, gate, baggage);
- Be enthusiastic about offering assistance where needed in all areas of passenger services;
- Adhere to Menzies uniform guidelines and codes of conduct;
- Work in a team environment.

**Required Skills:**
- Knowledge of World Tracer or other lost luggage management system
- Maintain a valid driver's license.
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience.
- Must be at least 18 Year of age;
- Capable of lifting comfortably 70 lbs.
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment medical;
- Must pass a drug test;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass an FBI background check and obtain a custom seal;

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

**880 Parkview Drive North**
**El Segundo, Ca. 90245**



**MENZIES AVIATION**

# JOB Description, Operations Agent

Location:      Los Angeles
Reporting To: Account Manager
FLSA Status: Non-Exempt (Hourly)

## Primary Accountabilities and Duties:

- Allocate manning GSE to meet the needs to customer and Menzies aviation.
- Obtain inbound and outbound load plans from customers.
- Become direct point of contact to provide real time operational information for Ramp Teams, Airlines and Station Manager.
- Create live shift report.
- Provide Ramp Supervisor/Leads with Load Plans for flight.
- Record arrival times of ramp teams at assigned gate.
- Record departure times of aircraft.
- Inform Station Manager of any delays or service failure.
- Update aircraft arrival and departure times. Communicate to ramp crews.
- Record and GSE defects and report to GSE maintenance.
- Collect walk around check sheets for each flight.
- Record staff absences, or late personnel, make changes to ramp team to cover and shortfall in manning.
- Allocate set GSE to ramp teams; ensure GSE check sheets have been completed by each team before shift commences.
- Ensure safety and security procedures are being performed according to the Menzies Health & Safety regulations, and according to international aviation standards.
- Monitor performance, taking action to correct any shortfalls.
- Liaises with airline station managers, airport operations staff, handling agents, customs, immigration, and security officials, and other airport stakeholders.
- Work shifts as required by the business.
- To report any significant deficiency in our operations directly to Duty Manager.
- Has the duty to suggest any improvements to working practice especially those relating to safety and security.
- Prepare disciplinary incident and or termination reports as needed for violations of company policy.



- Clearing of all exceptions on a daily basis by 4:00 pm, which includes the following:
  - Clearing Personal Time Off (PTO) based on available balances.
  - Clearing all excused (i.e. FMLA, LOA) and unexcused absences, and
  - Clearing of meal break exceptions.
  - These exceptions have to be cleared before the overtime (OT) report is generated for the management team. OT exceptions will be completed after the management team has submitted their OT report.
- Updating shifts times/altering expected times prior to shift commencements to reduce missed punches including shift trades/coverage.
- Keep track of attendance records, monitor lateness/absence/manual miss punches, etc.
- Ensuring Miss Punch Forms (MPF) are completed when required and filled out completely including. Signatures from both the employee and the Duty Manager.
- Ensure Daily OT report is received, completed and signed by manager.
- Report to Planning Manager any unauthorized time discrepancies.
- Send package to Payroll dept. 4/ signed payroll reports.
- Send package of MPFs, Absence Request Forms (ARF), and Payroll Discrepancies to Payroll.
- Coordinate with payroll dept. for any missing forms (not received or received after PT had been run), Pay discrepancies and roster changes.
- Coordinate with payroll dept. on Mondays to ensure PT & reports can be run once exceptions have been cleared.
- Other duties as assigned.

**Requirements**

- Ground Handling experience at a high volume international airport;
- Able to communicate effectively;
- Conversant with international airline ramp handling procedures, International aviation safety and security procedures, and Menzies ramp, safety and security procedures;
- Excellent knowledge of ramp GSE;
- Provide daily and real time plan for Los Angeles operations;
- Manage ramp teams as demanded by changes in flight schedules;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass FBI background check and obtain US Customs seal;
- Prior Ramp experience preferable;
- Provide real time information to Duty Manger, customers and ramp teams;
- Must pass a pre-employment medical;
- Must pass a drug test;
- Comfortably and continuously lift/move 35 lbs;
- Must be at least 18 years of age.
- Must be able to speak, read and write in English proficiently.
- High school diploma or general education degree (GED); or one to three months related experience and/or training; or equivalent combination of education and experience.
- Excellent verbal and interpersonal skills.
- Previous experience preferred.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** M



**MENZIES AVIATION**

# Job Description, Passenger Service Agent

**Job Title:** Passenger Service Agent
**Department:** Ramp Operations
**Reports To:** Passenger Service Manager
**FLSA Status:** Non-exempt

**Essential Duties and Responsibilities:**
- Checking in passengers for flights at the ticket counter and gates;
- Verifying passenger documentation;
- Assigning seats and providing gate information;
- Checking baggage;
- Hosting self-service kiosks;
- Ensure that all work areas are functional (check-in, lobby, gate, baggage);
- Be enthusiastic about offering assistance where needed in all areas of passenger services;
- Adhere to Menzies uniform guidelines and codes of conduct;
- Work in a team environment;

**Required Skills:**
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be at least 18 Year of age;
- Capable of lifting comfortably 70 lbs;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment medical;
- Must pass a drug test;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass an FBI background check and obtain a custom seal;

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  

**T:** 310-414-1142
**E:** www.menziesaviation.com



**MENZIES AVIATION**

# Job Description Passenger Service Lead Agent

**Job Title:**      Passenger Service Lead Agent LAX
**Department:**   Ramp Operations
**Reports To:**    Passenger Service Manager
**FLSA Status:**  Non-Exempt

**Essential Duties and Responsibilities**
- Maintain and lead by example all duties of a passenger service agent.
- Mentorship / Training and development of all agents;
- Assist the Passenger Service Manager / Supervisor with administrative functions including payroll management,
- Progressive discipline process, recruitment and conflict resolution;
- Management of irregular flight operations;
- Performs new employee introduction to work area, work rules, uniform policy, time clock process, office-terminal procedures and provides overview of department operations;
- Trains employees on specifics or assigns employees to work with an experienced representative;
- Ensures that employees are fully trained on company policies and procedures.
- Interfaces with other departments to ensure that service issues are addressed and corrected to ensure quality of service;
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all customer service complaints with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.
- Proficiency in above the wing handling duties to include but not limited to ticketing counter, gate, baggage  service, operations, arrivals, and turn coordinator functions.

**Required Skills:**
- Ability to lead up to 10-15 passenger service representatives;
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a  drug test;
- Must be able to pass a ten-year background check as required by US Customs;

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**



**MENZIES
AVIATION**

## Job Description, Passenger Service Supervisor

**Job Title:**      Passenger Service Supervisor LAX
**Department:**    Ramp Operations
**Reports To:**     Passenger Service Assistant Manager
**FLSA Status:**    Non-Exempt

**Essential Duties and Responsibilities**

- Training and development of junior supervisors;
- Assist the Passenger Service Manager with administrative functions including payroll management,
- Progressive discipline process, recruitment and conflict resolution;
- Management of irregular flight operations;
- Attend regular airport stakeholder meetings;
- Performs new employee introduction to work area, work rules, uniform policy, time clock process, office-terminal procedures and provides overview of department operations;
- Trains employees on specifics or assigns employees to work with an experienced representative;
- Ensures that employees are fully trained on company policies and procedures.
- Interfaces with other departments to ensure that service issues are addressed and corrected to ensure quality of service;
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all customer service complaints with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.
- Proficiency in above the wing handling duties to include but not limited to ticketing counter, gate, baggage  service, operations, arrivals, and turn coordinator functions.
- Perform weekly SMART audits in accordance to Menzies standards

**Required Skills:**

- Ability to supervise up to 10-15 passenger service representatives;
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a  drug test;
- Must be able to pass a ten-year background check as required by US Customs;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**   M

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245



**MENZIES
AVIATION**

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** M

**T: 310-414-1155**
**F: 310-414-1159**
**E:** www.menziesaviation.com

**880 Parkview Drive North**
**El Segundo, Ca. 90245**

Page 28



**MENZIES AVIATION**

## Job Description, Safety Administration Assistant

**Job Title:** **Safety Administration Assistant**
**Department: Operations**
**Reports To:** **Safety Manager**
**FLSA Status: Non-Exempt**

**Summary:** The Safety Administration Assistant must have a strong working knowledge of Microsoft office software, a basic knowledge of aviation terminology, good communication skills, and the ability to be a self-thinker.

**Essential Duties and Responsibilities:**

- Full accountability to the Safety Manager for assigned tasking.
- Assist with safety investigations and incident reporting as required
- Accurately maintain and assist with incident documentation
- Liaise with internal and external customers and agencies.
- Monitor & report on safety activities, performance etc. as required.

**Required Skills:**

- Minimum five (2) years administrative support experience.
- High school graduate or evidence of equivalent education supplemented with college level.
- General PC skills, focusing on excel and word required.
- Ability to read and interpret management level documents.
- Must be flexible to work all hours/days including nights, weekends and holidays as dictated by operational requirements.
- Clean driving record, with DMV certified copy.
- Must be able to pass a ten-year background check as required by US customs.
- Must pass pre-employment medical.
- Must pass a drug test.
- Must be able to lift at least 70 pounds on a continuous basis.

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

Page 29

**EMPLOYEE ACKNOWLEDGMENT**

I _____, acknowledge review and acceptance of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature:_____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**



**MENZIES AVIATION**

## Job Description, Service Desk Agent

**Job Title:** Service Desk Agent **LAX**
**Department:** Ramp Operations
**Reports To:** Passenger Service Manager
**FLSA Status:** Non-Exempt

**Essential Duties and Responsibilities**

- Customer Service at front airline counters.
- Attend all ticketing matters, suck as ticket changes, reissues, reservation updates, rebooking's, ect.
- Take payments for excess baggage, upgrades, unaccompanied minors, ticket changes and reissues, pets in cabin, oversize items, etc.
- Handling cash and sensitive credit card information.
- Close daily batch and prepare cashier reports for LATAM.
- Re-scheduling flight segments for missed flights and/or oversold flights.
- Comply with LATAM trainings and procedures regarding payments and computer systems.
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all ticketing matters with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.

**Required Skills:**

- Maintain a valid driver's license.
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience.
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a drug test;
- Must be able to pass a ten-year background check as required by US Customs;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**



**T:** 310-414-1155
**F:** 310-414-1159
**E:** www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**



**MENZIES AVIATION**

# Job Description, Training Supervisor

Job Title:        Training Supervisor
Department:   Ramp Operations
Reporting to:  Training Manager
FLSA Status:  Non - Exempt

**Summary:** To provide support to training management on matters of training, to proactively promote a 'safety first' culture, through a process of hazard identification and risk control, developing policy, supporting the field operation to introduce safe working procedures and proactive audit programs. Responsible for driving corporate safety and administer field station training programs for ramp and cargo operations through hands on and verbal instruction.

**Essential Duties and Responsibilities:**
- Support corporate compliance with applicable Management of Health and Safety at Work Regulations.
- Support employees and supervisors in undertaking the proactive and preventative measures necessary to achieve compliance with health and safety legislation as it applies to them.
- Complete full investigations and reporting compliance to Sr. Management Team, pending to training
- Report any breaches of statutory requirements or company best practice to management.
- Participate in training audits daily and provide corrective action assistance to management.
- Provide new hire and annual recurrent training for all station personnel.
- Maintain compliance with all government, customer and company policies/procedures.
- Perform other duties as required.

**Required Skills:**
- High school diploma with at least three years of experience in ramp, cargo and/or into-plane fueling.
- Must be able to pass all necessary employment testing; including background, drug, and certified copy of DMV record in good standing.
- Ability to effectively communicate verbally and in writing. Must be able to work extended hours on short notice during non-routine operations.
- Proficient on Microsoft office (Excel Word, PowerPoint, outlook).
- Ability to drive safety van and truck from one work site to another as needed.
- A working knowledge of GSE maintenance issues.
- Understanding of the wider airport operational environment.
- Experience and understanding of the commercial issues in aviation.
- Experience of Health and Safety management.
- Must pass pre-employment medical.
- Capable of lifting comfortably 70 lbs.
- Must pass a drug test.
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** M



**MENZIES AVIATION**

## Job Description, Supervisor Timekeeper

Job Title:       Supervisor Timekeeper
Reports To:      Operations
Department:      Terminal Managers
FLSA Status:     Non-Exempt

**Essential Duties and Responsibilities:**

- Clearing of all exceptions on a daily basis by 4:00 pm, which includes the following:
  - o Clearing Personal Time Off (PTO) based on available balances.
  - o Clearing all excused (i.e. FMLA, LOA) and unexcused absences, and
  - o Clearing of meal break exceptions.
  - o These exceptions have to be cleared before the overtime (OT) report is generated for the management team. OT exceptions will be completed after the management team has submitted their OT report.
- Updating shifts times/altering expected times prior to shift commencements to reduce missed punches including shift trades/coverage.
- Keep track of attendance records, monitor lateness/absence/manual miss punches, etc.
- Ensuring Miss Punch Forms (MPF) are completed when required and filled out completely including signatures from both the employee and the Duty Manager.
- Ensure Daily OT report is received, completed and signed by manager.
- Report to Planning Manager any unauthorized time discrepancies.
- Send package to Payroll dept 4/ signed payroll reports.
- 
- Send package of MPFs, Absence Request Forms (ARF), and Payroll Discrepancies to Payroll.
- Coordinate with payroll dept for any missing forms (not received or received after PT had been run), Pay discrepancies and roster changes.
- Coordinate with payroll dept on Mondays to ensure PT & reports can be run once exceptions have been cleared.
- Any other task as requested by OCC Manager

**Required Skills:**

- Proficient in Microsoft Office programs;
- Excellent communication and organisational skills;
- Personable and professional demeanour;
- Have the ability to multi-task and work independently;
- Must be at least 18 years of age;
- Must have high school diploma or equivalent;
- Must be able to speak, read, and write in English;
- Valid driver's license with good driving record;
- Capable of lifting comfortably 30 lbs;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors, must be comfortable working in all weather conditions;

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** M

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass FBI background check and obtain US Customs seal;
- Must pass pre-employment medical;
- Must pass a drug test;

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



**MENZIES AVIATION**

## Job Description, Baggage Coordinator

Job Title:       Baggage Coordinator
Location:        Los Angeles
Reports To:      Passenger Service Supervisor
FLSA Status:     Non-Exempt

**Summary:** Direct the work of baggage agents and runners as they load and transport luggage. Drive and operate small specialized commercial vehicles. Physical demands include heavy lifting, pushing, pulling, bending, and stretching. Monitor inbound and outbound loads and distribute track sheets for flights.

**Essential Duties and Responsibilities:**
- Supervise lead agents; allocating baggage agents as needed.
- Complete shift reports and sign timecards.
- Ensure baggage personnel adhere to established company safety regulations.
- Prepare disciplinary incident and or termination reports as needed for violations of company
- policy.
- Assist in the preparation of performance evaluation forms.
- Assist in the baggage handling area.
- May occasionally operate various pieces of ground support equipment.
- Other duties as assigned.

**Required Skills:**
- Must be at least 18 years of age;
- Must have high school diploma or equivalent;
- Must be able to speak, read, and write in English;
- Valid driver's license with good driving record;
- Capable of lifting comfortably 70 lbs;
- Prior ramp experience a plus;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions;
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass a drug test;
- Must pass pre-employment medical;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**



T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

**880 Parkview Drive North**
**El Segundo, Ca. 90245**

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



## Job Description, Bag Room Coordinator

Job Title:      Bag Room Coordinator
Location:      Los Angeles
Reports To:    Terminal Manager TBIT
FLSA Status:   Non-Exempt

**Summary:** Direct the work of baggage Supervisors and Agents as they load and transport luggage in the bag room and ticket counters. Drive and operate small specialized commercial vehicles. Physical demands include heavy lifting, pushing, pulling, bending, and stretching. Monitor inbound and outbound loads and distribute track sheets for flights.

**Essential Duties and Responsibilities:**
- Coordinate and supervise bag room team.
- Interact with Customers, Airport Officials and vendors over bag room safety and performance initiatives.
- Complete shift / flight reports.
- Identify operational hazards, service failures and process gaps and apply corrective actions.
- Ensure baggage personnel adhere to established company safety regulations
- Make sure set up is complete.
- Verify status of acceptable ULD's.
- Coordinate with lost and found team for rush bags.
- Track and correctly stack the bags for the high value customers.
- Assist in the baggage handling area
- Send ULD's to ramp on time to coordinate LATAM COT for standby, offloads, etc.
- Other duties as assigned

**Required Skills:**
- Must be at least 18 years of age;
- Must have high school diploma or equivalent;
- Must be able to speak, read, and write in English;
- Valid driver's license with good driving record;
- Capable of lifting comfortably 70 lbs;
- Prior ramp experience a plus;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions;
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass a drug test;
- Must pass pre-employment medical;

© Menzies Aviation 2009



### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that
it is not contractual and is intended as a guideline only.  Furthermore, I realize that it is subject to change or
amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties
as directed by my supervisor and management.

Signature: _____Date:_____

© Menzies Aviation 2009



**MENZIES
AVIATION**

# Job Description, Bag Room Lead

**Job Title:**     **Bag Room Lead**
Reports to:     Manager, Bag Room Operations
Department:    Baggage Operations
FLSA Status:   Non Exempt

**Summary:** The Lead Baggage Agent is responsible to ensure safety in the bag room; Short-comings and suggestions regarding safety to report to Baggage Manager.

**Essential Duties and Responsibilities:**

- Responsible ensure safety in the, short-comings and suggestions regarding safety to report to Bag Room Manager.
- Responsible for walking the baggage area and has to guarantee staffing at every pier.
- Ensure that all piers are keeping up with the work load and adjust resources to cope with peak periods.
- Collect wrongly sorted bags and place them on the correct cart, respectively in the rush baggage area.
- Perform regular quality checks and is responsible for the allocation of breaks.
- Ensure that the bags at the default pier (pier 1) are sorted correctly and reach their flights.
- Other duties as assigned.

*Required Skills:*

- Must be at least 18 years of age;
- Must have high school diploma, GED or equivalent work experience;
- Must pass drug test;
- Must be able to speak, read, and write in English;
- Valid driver's license with good driving record;
- Capable of lifting comfortably 70 lbs;
- Prior ramp experience a plus;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors.  Must be comfortable working in all weather conditions;
- Must pass an FBI finger print check and obtain custom seal.
- Must pass pre-employment medical;

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.


Signature: _____Date:_____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF**   M



**MENZIES
AVIATION**

## Job Description, Supervisor Timekeeper

Job Title:        Supervisor Timekeeper
Reports To:    Operations
Department:    Terminal Managers
FLSA Status:    Non-Exempt

**Essential Duties and Responsibilities:**

- Clearing of all exceptions on a daily basis by 4:00 pm, which includes the following:
  - Clearing Personal Time Off (PTO) based on available balances.
  - Clearing all excused (i.e. FMLA, LOA) and unexcused absences, and
  - Clearing of meal break exceptions.
  - These exceptions have to be cleared before the overtime (OT) report is generated for the management team. OT exceptions will be completed after the management team has submitted their OT report.
- Updating shifts times/altering expected times prior to shift commencements to reduce missed punches including shift trades/coverage.
- Keep track of attendance records, monitor lateness/absence/manual miss punches, etc.
- Ensuring Miss Punch Forms (MPF) are completed when required and filled out completely including. signatures from both the employee and the Duty Manager.
- Ensure Daily OT report is received, completed and signed by manager.
- Report to Planning Manager any unauthorized time discrepancies.
- Send package to Payroll dept 4/ signed payroll reports.
-
- Send package of MPFs, Absence Request Forms (ARF), and Payroll Discrepancies to Payroll.
- Coordinate with payroll dept for any missing forms (not received or received after PT had been run), Pay discrepancies and roster changes.
- Coordinate with payroll dept on Mondays to ensure PT & reports can be run once exceptions have been cleared.
- Any other task as requested by OCC Manager

**Required Skills:**

- Proficient in Microsoft Office programs;
- Excellent communication and organisational skills;
- Personable and professional demeanour;
- Have the ability to multi-task and work independently;
- Must be at least 18 years of age;
- Must have high school diploma or equivalent;
- Must be able to speak, read, and write in English;
- Valid driver's license with good driving record;
- Capable of lifting comfortably 30 lbs;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors, must be comfortable working in all weather conditions;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  **M**

T: 310-414-1155
F: 310-414-1159                                                    880 Parkview Drive North
E: www.menziesaviation.com                                  El Segundo, Ca. 90245

- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass FBI background check and obtain US Customs seal;
- Must pass pre-employment medical;
- Must pass a drug test;

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**





**MENZIES AVIATION**

## Job Description, Talent Acquisition

**Job Title:**      Talent Acquisition
**Department:**    Human Resources
**Reports To:**    Manager, Human Resources
**FLSA Status:**   Non-Exempt

**Job Purpose Summary:**
The purpose of this role is to drive high-volume sourcing, interviewing and placements of candidates.

**Primary Accountabilities and Duties:**
- Ensure compliance to recruitment policies, processes and procedures
- Manage own performance against set targets
- Partner with station management and hiring managers to fill open positions
- Develop advertisements and post vacancies
- Monitor and evaluate job posting responses and conversion rates
- Source candidates and develop local networks to ensure constant flow of qualified candidates using a variety of sources, including direct sourcing utilizing social media and network contacts, internet postings, database searches, community outreach initiatives to include schools, workforce centers and referrals to create diverse candidate pools
- Pre-screen candidates, set up interview schedules, conduct interviews, co-ordinate verification checks, send job offers, new hire paperwork and track candidates in the applicant tracking system
- Measure recruitment metrics and strategize in order to decrease attrition by a minimum of 10% from previous year
- Responsible for generating daily, weekly and monthly recruitment statistics
- Perform recruiting tasks with a sense of urgency and aggressiveness necessary to achieve or exceed desired staffing levels on a regular and consistent basis
- Establish trust and confidence by maintaining a high level of credibility, integrity, and skilled communications with managers, HR, and candidates
- Communicate effectively with candidates and hiring managers throughout the recruitment process
- Successfully negotiate and obtain a high rate of candidate offer acceptance, whilst ensuring that candidates meet the specified requirements
- Schedule new hire orientation with candidate and key staff members
- Safety and security is the responsibility of each employee
- All other assigned duties

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**    

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

**Essential Skills and Qualifications:**

- Candidate must possess 3-5 years recruitment experience with the ability to handle a high volume of open positions effectively
- Bachelors' Degree Preferred
- High level of energy, self-motivated, goal oriented and a self-starter
- Experience in ground handling, cargo or any aviation related field strongly preferred
- Must be able to obtain and maintain all required security clearances
- Experience in working on an Applicant Tracking System (UltiPro, ICIMS, Workday)
- Demonstrate a high sense of urgency, self-management, ability to establish priorities, and work in both independent/team environments
- High-level of accuracy and attention to detail with the ability to process high volumes of information and documentation with accuracy
- Ability to utilize creative sourcing techniques to include network organizations, social media, cold calling, referrals, etc
- Excellent interpersonal skills, communication skills, organizational skills and attention to detail
- Ability to work and cooperate with others to complete various tasks with established deadlines.
- Proficient in the use of MS Office Suite to include: Word, Excel, and Outlook
- Ability to occasionally travel to attend various recruiting-related events
- Ability to lift up to 35 lbs
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA)
- Must pass FBI background check and obtain US Customs seal
- Must pass pre-employment medical
- Must pass Drug testing
- Valid driver's license in good standing

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



**MENZIES
AVIATION**

# Job Description, Safety Supervisor

**Job Role:**    **Safety Supervisor**
Location:        Los Angeles (LAX)
Reporting to:    Safety Manager
FLSA Status:     Non-Exempt

**Overview and Responsibilities:**
To assist Menzies Management and the Safety, Security & Compliance Team in LAX with all safety and security matters. Ensure full compliance with LAWA Regulations and Menzies Aviation standard operating procedures and as such maintain a safe and secure working environment.

- Patrolling our ramp operations identifying and addressing safety and security concerns.
- Issuing citations in terms of LAWA Regulations and take proactive steps to address, prevent and rectify.
- Maintain and enhance a safe and secure culture within all departments.
- To ensure full regulatory compliance and liaison with various enforcement agencies.
- Assist with the investigation of incidents as and when required.
- To reduce Security and Health & Safety risk exposure and improve performance.
- Carry out overt and covert inspections across all Menzies Aviation operational areas on airside (fueling, ramp and baggage areas).
- Provide timely management reports as required.
- Monitor & report on activities, performance etc as required.
- To provide guidance to Menzies Aviation Management on how to improve safety and security standards and be instrumental in the implementation process.
- Any other reasonable duty related to the job function as may be requested.

**Essential Skills**
- High school diploma with at least three years of experience in ramp/cargo and/or into-plane fueling.
- Capable of working flexible hours and be able to time manage.
- Thorough understanding of LAWA Regulations and California State Laws and Regulations.
- Work is done primarily outdoors, must be comfortable working in all weather conditions.
- Capable of working flexible hours and be able to time manage.
- Thorough understanding of LAWA Regulations and California State Laws and Regulations.
- Excellent interpersonal skills with the ability to communicate at all levels
- Self-motivated, assertive, disciplined, passionate, reliable and proactive.
- PC Literate.
- Valid driver's license.
- Capable of lifting comfortably 70 lbs;
- Must pass a driver's test with the department of airports and obtain a driver's seal;

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass a drug test;
- Must pass pre-employment medical;

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



**MENZIES AVIATION**

## Job Description, Safety Security & Environmental Supervisor

**Job Role:**      Safety Security & Environmental Supervisor
Location:        Los Angeles (LAX)
Reporting to:   Safety Manager
FLSA Status:   Non-Exempt

**Overview and Responsibilities:**
To assist Menzies Management and the Safety, Security & Compliance Team in LAX with all safety and security matters. Ensure full compliance with LAWA Regulations and Menzies Aviation standard operating procedures and as such maintain a safe and secure working environment.

- Patrolling our ramp operations identifying and addressing safety and security concerns.
- Issuing citations in terms of LAWA Regulations and take proactive steps to address, prevent and rectify.
- Maintain and enhance a safe and secure culture within all departments.
- To ensure full regulatory compliance and liaison with various enforcement agencies.
- Assist with the investigation of incidents as and when required.
- To reduce Security and Health & Safety risk exposure and improve performance.
- Carry out overt and covert inspections across all Menzies Aviation operational areas on airside (fueling, ramp, cargo and baggage areas).
- Provide timely management reports as required.
- Monitor & report on activities, performance etc as required.
- To provide guidance to Menzies Aviation Management on how to improve safety and security standards and be instrumental in the implementation process.
- Any other reasonable duty related to the job function as may be requested.

**Essential Skills**
- Capable of working flexible hours and be able to time manage.
- Thorough understanding of LAWA Regulations and California State Laws and Regulations.

**Excellent interpersonal skills with the ability to communicate at all levels**
- Self-motivated, assertive, disciplined, passionate, reliable and proactive.
- PC Literate.
- Valid driver's license.
- Capable of lifting comfortably 70 lbs;
- Must pass an FBI finger print check and obtain custom seal;
- Must pass a drug test;
- Must pass pre-employment medical;
- Work is done primarily outdoors, must be comfortable working in all weather conditions.
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA).
- Must pass FBI background check and obtain US Customs seal.

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**    

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF**



**MENZIES
AVIATION**

# Job Description, Safety & Training Supervisor

Job Title:        Safety & Training Supervisor
Department:    Ramp Operations
Reporting to:  Manager, Safety & Training
FLSA Status:   Non - Exempt

**Summary:** To provide support to safety/training management on matters of safety & training, to proactively promote a 'safety first' culture, through a process of hazard identification and risk control, developing policy, supporting the field operation to introduce safe working procedures and proactive audit programs. Responsible for driving corporate safety and administer field station training programs for ramp, cargo and fueling operations through hands on and verbal instruction.

**Essential Duties and Responsibilities:**
- Support corporate compliance with applicable Management of Health and Safety at Work Regulations.
- Support employees and supervisors in undertaking the proactive and preventative measures necessary to achieve compliance with health and safety legislation as it applies to them.
- Complete full investigations and reporting compliance to Sr. Management Team.
- Report any breaches of statutory requirements or company best practice to management.
- Participate in Safety audits daily and provide corrective action assistance to management.
- Conduct risk assessments, accident investigations health and safety inspections as required by the Station Safety Manager.
- Provide new hire and annual recurrent training for all station personnel.
- Maintain compliance with all government, customer and company policies/procedures.
- Perform other duties as required.

**Required Skills:**
- High school diploma with at least three years of experience in ramp, cargo and/or into-plane fueling.
- Must be able to pass all necessary employment testing; including background, drug, and certified copy of DMV record in good standing.
- Ability to effectively communicate verbally and in writing. Must be able to work extended hours on short notice during non-routine operations.
- Proficient on Microsoft office (Excel Word, PowerPoint, outlook).
- Ability to drive safety van and truck from one work site to another as needed.
- A working knowledge of GSE maintenance issues.
- Understanding of the wider airport operational environment.
- Experience and understanding of the commercial issues in aviation.
- Experience of Health and Safety management.
- Must pass pre-employment medical.
- Capable of lifting comfortably 70 lbs.
- Must pass a drug test.
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  M

**T:** 310-414-1155
**F:** 310-414-1159
**E:** www.menziesaviation.com

**880 Parkview Drive North
El Segundo, Ca. 90245**

Page 51

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF**    M



**MENZIES AVIATION**

# Job Description, Lavatory Agent

Job Title:       Lavatory Agent
Reports To:    Lead Ramp Agent or Supervisor, Ramp Operations
Department:   Ramp Operations
FLSA Status:  Non-Exempt

**Summary:** Driving and operating Lavatory truck to unload waste and fill up the tank with anti- bacterial solution. Ensure proper lavatory maintenance to the aircrafts.  Position requires: Lifting, pushing, pulling, stooping, bending, and stretching.

**Essential Duties and Responsibilities:**

- Reach, stoop, and connect hoses to aircrafts.
- Unload the waste on to the Triturator properly.
- Operate motorized equipment.
- Performs other duties as assigned.

**Required Skills:**

- Must be at least 18 years of age;
- Must have high school diploma or equivalent;
- Must be able to speak, read, and write in English;
- Valid driver's license with good driving record;
- Capable of lifting comfortably 70 lbs;
- Prior ramp experience a plus;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors.  Must be comfortable working in all weather conditions;
- Must pass an FBI finger print check and obtain custom seal.
- Must pass a driver's test with the department of airports and obtain a driver's seal.
- Must pass pre-employment medical.
- Must pass a drug test.

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

**880 Parkview Drive North**
**El Segundo, Ca. 90245**



**MENZIES AVIATION**

## Job Description, Human Resource Administrative

**Job Title:** Human Resource Administrative
**Department:** Human Resources
**Reports To:** Manager, Human Resources
**FLSA Status:** Non-Exempt

**Essential Duties and Responsibilities:**
Responsible for supporting the HR Team with clerical task and related processes. This position will be point of contact or all filling, record keeping and related functions.  This position requires the ability to demonstrate strong organizational and prioritisation skills

**Primary Accountabilities and Duties: Functions and tasks will include but are not limited to:**

- Ensure that filling is up to date
- Answering phone
- Conduct file audits and ensure compliance to all statutory and Menzies standards
- Track and follow up on all outstanding file documentation
- Assist with general HR administration
- Assist with new hire badge
- Assist with meeting and welcoming application and new hires
- Must maintain a high level of confidentially
- Responsible for leaving a good first impression with all visitors and callers
- Ensure full compliance with the HR process, policy and procedure
- Prepare new hire badge applications
- Investigate and answer employees' complaints
- Assist with employee inquiries
- Filing
- Data capturing
- Ensure the safe and secure operations, in accordance with the highest possible standards of health, safety, security and all government statutory requirements
- Assist with all other duties that may be assigned
- Functions must be executed in a professional, efficient, and friendly manner
- Perform other duties as assigned.

**Essential Skills and Qualifications:**

- High School Diploma or equivalent
- Minimum of 1 year working in an office environment
- Ability to read, write and speak fluent English
- Must have strong relational and communication skills
- Typing minimum of 35 wpm
- Excellent organizational and administrative skills
- Must be able to multi task and meet tight deadlines

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** **M**

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

- Microsoft Word, Excel and Outlook experience essential
- Ability to read, analyse and interpret complex documents
- Must enjoy working with a diverse group of people in a dynamic environment
- Ability to lift up to 35 lbs., comfortable with bending, kneeling and pushing and pulling file boxes
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA).
- Must pass FBI background check and obtain US Customs seal.
- Must pass pre-employment medical.
- Must pass Drug testing.
- Valid driver's license in good standing.

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date:_____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF** 



**MENZIES AVIATION**

# Job Description, General Worker

Department:  Operations
Reports To:   GSE Manager
FLSA Status:  Non-Exempt

**Summary:**  Performs routine and preventative maintenance and repair on buildings, mechanical equipment and utility systems.

**Essential Duties and Responsibilities:**
- Performs minor and assist on major repair of all Equipment/Building.
  (Major repairs are performed under the supervision of licensed maintenance workers.)
- Performs preventive maintenance procedures on mechanical equipment on a scheduled basis; inspects belts, checks fluid levels, replaces filters, greases bearings, seals, etc.; repairs or replaces broken parts.
- Cleans and treats water with proper chemicals on units.
- Calibrates and repairs pneumatic systems.
- Completes daily, weekly and monthly checklists on building equipment maintenance procedures.
- May operate a computer which controls monitors equipment maintenance systems.
- Installs & repairs electrical wiring as needed.
- Repairs electrical equipment and control circuits; replaces faulty electrical switches.
- Responds to emergency maintenance requests as required.
- Assists with the renovation/remodelling of buildings; repairs plaster and drywall; paints building structures.
- Performs outside custodial duties such as cleaning scrubbing floors as required.
- May obtain estimates for supplies, repair parts; orders parts as needed.

**Required Skills:**
- Ability to properly clean and paint equipment;
- Ability to lift 70 pound;
- Must be at least 18 years of age;
- Must have high school diploma or equivalent;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions.
- Minimum three (3) years related experience;
- Must be flexible to work all hours/days including nights, weekends and holidays as dictated by operational requirements;
- Clean driving record, with DMV certified copy;
- Must be able to pass all pre-employment;
- Must pass a drug test;
- Must pass and FBI background check as required by US Customs;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**

T: 310-414-1142
E: www.johnmenzies.ero

880 Parkview Drive North
El Segundo, Ca. 90245



## MENZIES AVIATION

### Job Description, Cabin Cleaner

Job Title:        Cabin Cleaner
Department:    Cabin Cleaning Operations
Reports To:      Lead/Manager, Cabin Cleaning
FLSA Status:    Non-Exempt

**Summary:** Clean interior of commercial aircraft and general cleaning within the company.

**Essential Duties and Responsibilities:**

- Clean all assigned commercial aircraft thoroughly and efficiently.
- Prepare all cleaning supplies such as solvents, etc., for the cleaning of commercial aircraft.
- Ensure that all cleaning equipment is in working order and that all protective clothing is worn as instructed.
- Vacuum, sweep, dust, disinfect, and clean all areas of the aircraft.
- Based on individual customer requests may be required to remove blankets and pillows and replace them with clean ones.
- Deposit soiled linens into laundry bin.
- Put away all cleaning supplies and equipment back to designated storage area.
- Perform other duties as assigned.

**Require Skills:**

- High school diploma or GED or equivalent work experience;
- Must be at least 18 years of age;
- Ability to read, speak and understand English;
- Valid driver's license with good driving record;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Ability to read and interpret documents such as safety rules;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions;
- Strong communication skills with excellent customer service skills;
- Ability to apply common sense understanding to carry out instructions furnished in written, oral, or diagram form;
- Capable of lifting comfortably 50 lbs;
- Must pass pre-employment medical;
- Must pass a drug test;

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____        Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

**880 Parkview Drive North**
**El Segundo, Ca. 90245**



**MENZIES
AVIATION**

# Job Description, Lead Cabin Cleaner

Job Title:      Lead Cabin Cleaner
Department:   Cabin Cleaning Operations
Reports To:    Supervisor/Manager, Cabin Cleaning
FLSA Status:  Non-Exempt

**Summary:** The lead Cabin Cleaner is responsible to ensure safety in the airplane cabin; clean interior of commercial aircraft and general cleaning within the company.

**Essential Duties and Responsibilities:**

- Lead agents in cleaning all assigned commercial aircraft thoroughly and efficiently.
- Ensure preparation of all cleaning supplies such as solvents, etc., for the cleaning of commercial aircraft.
- Ensure that all cleaning equipment is in working order and that all protective clothing is worn as instructed.
- Vacuum, sweep, dust, disinfect, and clean all areas of the aircraft.
- Based on individual customer requests may be required to remove blankets and pillows and replace them with clean ones.
- Ensure that soiled linens are deposited into laundry bin.
- Ensure that all cleaning supplies and equipment are returned to designated storage area.
- Perform other duties as assigned.

**Required Skills:**

- High school diploma or GED or equivalent work experience;
- Must be at least 18 years of age;
- Ability to read, speak and understand English;
- Valid driver's license with good driving record;
- Must be available and flexible to work variable shifts including weekends and holidays.
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the department of airports and obtain a driver's seal;
- Ability to read and interpret documents such as safety rules;
- Work is done primarily outdoors.  Must be comfortable working in all weather conditions.
- Strong communication skills with excellent customer service skills;
- Ability to apply common sense understanding to carry out instructions furnished in written, oral, or diagram form;
- Capable of lifting comfortably 50 lbs;
- Must pass pre-employment medical;
- Must pass a drug test;

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**   

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

**880 Parkview Drive North
El Segundo, Ca. 90245**

- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA).
- Must pass FBI background check and obtain US Customs seal.

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



**MENZIES AVIATION**

## Job Description, Safety Security & Environmental Supervisor

**Job Role:**      Safety Security & Environmental Supervisor
**Location:**      Los Angeles (LAX)
**Reporting to:**  Safety Manager
**FLSA Status:**   Non-Exempt

**Overview and Responsibilities:**
To assist Menzies Management and the Safety, Security & Compliance Team in LAX with all safety and security matters. Ensure full compliance with LAWA Regulations and Menzies Aviation standard operating procedures and as such maintain a safe and secure working environment.

- Patrolling our ramp operations identifying and addressing safety and security concerns.
- Issuing citations in terms of LAWA Regulations and take proactive steps to address, prevent and rectify.
- Maintain and enhance a safe and secure culture within all departments.
- To ensure full regulatory compliance and liaison with various enforcement agencies.
- Assist with the investigation of incidents as and when required.
- To reduce Security and Health & Safety risk exposure and improve performance.
- Carry out overt and covert inspections across all Menzies Aviation operational areas on airside (fueling, ramp, cargo and baggage areas).
- Provide timely management reports as required.
- Monitor & report on activities, performance etc as required.
- To provide guidance to Menzies Aviation Management on how to improve safety and security standards and be instrumental in the implementation process.
- Any other reasonable duty related to the job function as may be requested.

**Essential Skills**
- Capable of working flexible hours and be able to time manage.
- Thorough understanding of LAWA Regulations and California State Laws and Regulations.

**Excellent interpersonal skills with the ability to communicate at all levels**
- Self-motivated, assertive, disciplined, passionate, reliable and proactive.
- PC Literate.
- Valid driver's license.
- Capable of lifting comfortably 70 lbs;
- Must pass an FBI finger print check and obtain custom seal;
- Must pass a drug test;
- Must pass pre-employment medical;
- Work is done primarily outdoors, must be comfortable working in all weather conditions.
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA).
- Must pass FBI background check and obtain US Customs seal.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**



**T:** 310-414-1155
**F:** 310-414-1159
**E:** www.menziesaviation.com

**880 Parkview Drive North**
**El Segundo, Ca. 90245**



**MENZIES AVIATION**

# Job Description: Cargo Office Lead

Job Title:      Cargo Office Lead
Department:   Cargo Operations
Reports To:    Office Supervisor
FLSA Status:  Non-Exempt

**Summary:**

Consistent achievement of the above standards will be assessed through probationary and annual performance appraisals.

**Essential Duties and Responsibilities:**

- Hands-on activities in all areas of work including that which is both directly and indirectly associated with aircraft handling
- Ensure that productivity and performance criteria are met in the designated area of responsibility, which includes fulfilling regular performance assessment reports
- Be responsible for the control, supervision and training of designated staff
- Demonstrate leadership, decision making and organizational skills necessary to efficiently meet performance requirements in a changing work environment
- Make recommendations on all aspects of the operation, seeking to identify opportunities to improve performance and productivity
- Organize and co-ordinate work within the area of responsibility
- Form part of the assessment panel for probationary employees
- Resolve operational issues within a designated area or group
- Ensure Occupational Health and Safety and Security programs are adhered to
- Undertaking ETD screening as required
- Participate in projects as directed by management
- Ongoing reviews of operational processes and recommend necessary change
- Support and participate in the recruitment process
- Monitor the progress of new hires
- Report data to Customs and solve reporting issues
- Use internal and airline systems to transmit messages
- Perform various administrative duties



- Undertaking projects and additional duties as required
- Work without direct supervision
- Report to responsible Manager/Supervisor
- Accept significant operational responsibility and/or manpower control

**Required Skills:**

- Current state driver's license
- Company induction and training
- Attendance and punctuality
- Defensive driving techniques
- Dangerous Goods Acceptance
- Acceptable attitude
- Consistency and Quality of work
- Working cohesively within a team environment
- Must be able to lift at least 35 pounds on a continuous basis.
- Ability to work safely, adherence to safe work practices
- Ability to work within a pressurised team environment, processing multiple flights
- Ability to apply detailed knowledge of the company's policies and procedures
- Ability to provide detailed advice and information relating to products and services
- Ability to resolve operational issues within a designated area or group
- Knowledge of three letter port codes
- Competent operation of communication and computer aids; and
- Acceptable reading and writing skills
- Must pass pre-employment medical
- Must pass a drug test
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA)

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



**MENZIES AVIATION**

# Job Description: Cargo Office Supervisor

Job Title:      Cargo Office Supervisor
Department:   Cargo Operations
Reports To:    Duty Manager
FLSA Status:  Non-Exempt

**Summary:**

Consistent achievement of the above standards will be assessed through probationary and annual performance appraisals.

**Essential Duties and Responsibilities:**

- Hands-on activities in all areas of work including that which is both directly and indirectly associated with aircraft handling
- Ensure that productivity and performance criteria are met in the designated area of responsibility, which includes fulfilling regular performance assessment reports
- Be responsible for the control, supervision and training of designated staff
- Demonstrate leadership, decision making and organizational skills necessary to efficiently meet performance requirements in a changing work environment
- Make recommendations on all aspects of the operation, seeking to identify opportunities to improve performance and productivity
- Organize and co-ordinate work within the area of responsibility
- Form part of the assessment panel for probationary employees
- Resolve operational issues within a designated area or group
- Ensure Occupational Health and Safety and Security programs are adhered to
- Undertaking ETD screening as required
- Participate in projects as directed by management
- Ongoing reviews of operational processes and recommend necessary change
- Support and participate in the recruitment process
- Monitor the progress of new hires
- Report data to Customs and solve reporting issues
- Use internal and airline systems to transmit messages
- Perform various administrative duties



- Undertaking projects and additional duties as required
- Work without direct supervision
- Report to responsible Manager/Supervisor
- Accept significant operational responsibility and/or manpower control

**Required Skills:**

- Current state driver's license
- Company induction and training
- Attendance and punctuality
- Defensive driving techniques
- Dangerous Goods Acceptance
- Acceptable attitude
- Consistency and Quality of work
- Working cohesively within a team environment
- Must be able to lift at least 35 pounds on a continuous basis.
- Ability to work safely, adherence to safe work practices
- Ability to work within a pressurised team environment, processing multiple flights
- Ability to apply detailed knowledge of the company's policies and procedures
- Ability to provide detailed advice and information relating to products and services
- Ability to resolve operational issues within a designated area or group
- Knowledge of three letter port codes
- Competent operation of communication and computer aids; and
- Acceptable reading and writing skills
- Must pass pre-employment medical
- Must pass a drug test
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA)

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



# Job Description, Compliance Officer

Job Title:      Compliance Officer
Department:  Cargo Operations
Reports To:   Terminal Manager
FLSA Status:  Non-Exempt

Summary: Consistent achievement of the above standards will be assessed through probationary and annual performance appraisals.

**Essential Duties and Responsibilities:**

- Make recommendations on all aspects of the operation, seeking to identify opportunities to improve performance and productivity.
- Audits.
- MORSE reporting and investigations.
- Organize and co-ordinate work within the area of responsibility.
- Resolve operational issues within a designated area or group.
- Ensure Occupational Health and Safety and Security programs are adhered to.
- Occupational Health and Safety meetings.
- Upkeep of all Manuals.
- SLS Board upkeep and briefings.
- Hazard Analysis and Risk Assessments.
- Completion of all required company "sign-off's."
- Communication with Regulatory Bodies and Airport Authority.
- Training and maintaining associated records.
- Emergency Response planning and training.
- Environmental planning and reporting.
- Safety and Security compliance.
- HR compliance.
- Undertaking ETD screening as required.
- Participate in projects as directed by management.
- Ongoing reviews of operational processes and recommend necessary change.

**Required Skills:**

- Current state drivers license.
- Company induction and training.
- Attendance and punctuality.
- Defensive driving techniques.
- Dangerous Goods Awareness / Acceptance.
- Acceptable attitude.

© Menzies Aviation 2009



- Consistency and Quality of work.
- Working cohesively within a team environment.
- Ability to work safely, adherence to safe work practices.
- Ability to work within a pressurised team environment.
- Ability to apply detailed knowledge of the company's policies and procedures.
- Ability to provide detailed advice and information relating to products and services.
- Ability to resolve operational issues within a designated area or group.
- Competent operation of communication and computer aids; and
  Acceptable reading and writing skills.
- Must pass pre-employment medical.
- Must pass a drug test.

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature:_____Date:_____

© Menzies Aviation 2009



**MENZIES AVIATION**

# JOB DESCRIPTION

## UPS- Cargo Handler Agent (North America)

**Department:** Ramp Operations-UPS
**Reports To:** Lead Ramp Agent / Shift Supervisor
**FLSA Status:** Non-Exempt (Hourly)
**Position:** Part Time (Seasonal)

### Job Purpose Summary:

Unloading and loading of luggage, freight and cargo on and off commercial aircraft, in the outbound bag room and the baggage claim area. Driving and operating small specialized commercial vehicles. Position requires: heavy lifting, pushing, pulling, bending, stretching, and frequent kneeling.

### Primary Accountabilities and Duties:

- Comfortably and continuously lift/move 70 lbs. of cargo and baggage on and off aircraft and transport it between aircraft, airport terminals and air cargo facilities.
- Frequent bending, stretching push/pulling, stacking and kneeling in small confined locations.
- Operate motorized equipment.
- Read and interpret aircraft weight and balance loading instructions, hazardous material identification labels, aircraft loading manifests, and baggage and cargo routing tags.
- Ensure the safe and secure operations, in accordance with the highest possible standards of health, safety, security and all government statutory requirements.
- Perform other duties as assigned.

### Essential Skills and Qualifications:

- Must be at least 18 years of age.
- Must pass pre-employment medical.
- Must pass Drug testing.
- Must be able to speak, read and write in English proficiently.
- Valid driver's license in good standing.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Work is done primarily outdoors, must be comfortable working in all weather conditions.
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA).
- Must pass FBI background check and obtain US Customs seal.
- Prior Ramp experience preferable.
-

### Employee Acknowledgement

I, _____, acknowledge review of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____    Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



**MENZIES
AVIATION**

# Job Description, Lead Cargo Handler

Job Title:      Lead cargo Handler Agent
Department:   Cargo Operations
Reports To:   Supervisor, Cargo Service
FLSA Status:  Non-Exempt

**Summary:** Under limited supervision provides day to day work direction to Cargo Handler Agents and serves as backup to Supervisor, Customer Service.

**Essential Duties and Responsibilities:**

- Assign employees to work specific jobs loading, unloading, building up and breaking down freight.
- Performs new employee introduction to work area, explains rules, uniform policy, warehouse procedures and provides over view of department operations.
- Trains employees on specific or assigns employees to work with experienced agent.
- Ensure that employees are fully trained on company policies and procedures including warehouse safety, forklift operation and security procedures.
- Interface with other departments to ensure that service issues are addressed and/or corrected to ensure quality of service.
- Maintains as orderly work area, may perform or assign general housekeeping duties including sweeping storage and dock areas.
- Operates a forklift to transport freight in a safe and efficient manner. May be responsible for fuelling forklifts.
- Ensures that all company safety rules including dangerous goods handling and awareness are bring adhered to, reports safety hazards and incident to supervisor.
- Inventories freight to insure proper accounting of cargo.
- Directly leads Cargo Handlers.
- Carries out lead responsibilities in accordance with Menzies' polices and applicable laws.
- Other duties as assigned.

**Required Skills:**

- Ability to lead a team of Cargo Agents;
- Maintain a valid state driver's license;
- One year college certificate or technical school, six months related experience or equivalent
- Combination of education and experience.
- Must be able to lift at least 70 pounds on a continuous basis.
- Must pass pre-employment.
- Must pass a drug test.
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF**  M



**MENZIES AVIATION**

# Job Description, Warehouse Cargo Lead

Job Title:       Warehouse Cargo Lead
Department:    Cargo Operations
Reports To:     Supervisor, Cargo Service
FLSA Status:   Non-Exempt

**Summary:** Under limited supervision provides day to day work direction to Cargo Agents and serves as backup to Supervisor, Customer Service.

**Essential Duties and Responsibilities:**
- Assign employees to work specific jobs loading, unloading, building up and breaking down freight.
- Performs new employee introduction to work area, explains rules, uniform policy, warehouse procedures and provides over view of department operations.
- Trains employees on specific or assigns employees to work with experienced agent.
- Ensure that employees are fully trained on company policies and procedures including warehouse safety, forklift operation and security procedures.
- Interface with other departments to ensure that service issues are addressed and/or corrected to ensure quality of service.
- Maintains as orderly work area, may perform or assign general housekeeping duties including sweeping storage and dock areas.
- Operates a forklift to transport freight in a safe and efficient manner. May be responsible for fuelling forklifts.
- Ensures that all company safety rules including dangerous goods handling and awareness are bring adhered to, reports safety hazards and incident to supervisor.
- Inventories freight to insure proper accounting of cargo.
- Directly leads Cargo Handlers.
- Carries out lead responsibilities in accordance with Menzies' polices and applicable laws.
- Other duties as assigned.

**Required Skills:**
- Ability to lead a team of Cargo Agents;
- Maintain a valid state driver's license;
- One year college certificate or technical school, six months related experience or equivalent
- Combination of education and experience.
- Must be able to lift at least 70 pounds on a continuous basis.
- Must pass pre-employment.
- Must pass a drug test.
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**    

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF**   M



**MENZIES AVIATION**

# Job Description, Fueling Supervisor (North America)

**Department:** Los Angeles-Fueling
**Reports To:** Manager
**FLSA Status:** Non-Exempt (Hourly)

## Job Purpose Summary: Supervises and coordinates air carrier fueling and service operations.

## Primary Accountabilities and Duties:

- Comfortably and continuously lift/move 70 lbs.
- Duties include, but are not limited to;
- Ensuring the effective operation of the air carrier fueling function;
- Issuing written and oral instructions;
- Ensuring workforce adherence to safety procedures;
- Conduct investigations of irregular operations, such as accidents, injuries and/or delay, and prepare comprehensive reports on same;
- Recommending manpower requirements;
- Maintaining harmony among workers and resolving grievances;
- Performing or assisting subordinates in performing duties;
- Ensuring disciplinary procedures are conducted in accordance with e in a fair, timely, and consistent manner;
- Uphold the company's commitment to Equal Employment Opportunity; Carrying out supervisory responsibilities in accordance with the organization's policies and applicable laws;
- Ability to comply with attendance/tardiness standards.

## Essential Skills and Qualifications:

- Must be at least 18 years of age.
- 1 year certificate from a college or technical school 6 months to 1 year job related experience preferred
- Valid Driver's License Possess/Maintain a valid Driver's License and other government agency required identification/seals or authorizations
- Must be able to speak, read, and write in English
- Ability to perform basic math calculations
- Must pass pre-employment drug test
- Must be available and flexible to work variable shifts including weekends and holidays Work is done indoors and outdoors.
- Must be comfortable working in all weather conditions with exposure to loud noises
- Able to routinely lift, push and pull up to 70 lbs.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

## Employee Acknowledgement

I, _____, acknowledge review of this job description.  I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF** 



**MENZIES AVIATION**

# JOB DESCRIPTION

## Dispatcher (North America)

**Department:** Fueling
**Reports To:** Shift Supervisor
**FLSA Status:** Non-Exempt (Hourly)

## Primary Accountabilities and Duties:

- Communicate flight release and fuel load information to appropriate operations personnel.
- Monitor flight activity on computer display and assign flights to be serviced.
- Enter fueling information into system when required.
- Support fueling operation by calling extra staff as needed and coordinating with other company dispatchers.
- Liaison with airline regarding fueling concerns
- Maintain lines of communication with line operations and air carriers through the use of two-way radios.
- Coordinate operations with the airline
- Maintain flight logs and update flight schedules.
- Handle phone traffic.
- Comfortably and continuously lift/move 70 lbs.
- Is able to meet the Station's attendance standards

## Essential Skills and Qualifications:

- Must be at least 18 years of age.
- Must be able to speak, read and write in English proficiently.
- High school diploma or general education degree (GED); or one to three months related experience and/or training; or equivalent combination of education and experience.
- Excellent verbal and interpersonal skills.
- Possess/maintain a valid driver's license and other government required identification/seals or authorizations.
- Previous experience preferred
- Must pass pre-employment drug test.

## Employee Acknowledgement

I, _____, acknowledge review of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____  Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



**MENZIES
AVIATION**

# Job Description, Quality Control Supervisor

Location:      Los Angeles
Department     Fueling Operations
Reports To:    Fuel Operations Manager
FLSA Status:   Non-Exempt

## Summary:

Directs workers engaged in inspection and testing activities to ensure continuous control over materials, materials consistent with established FAA standards by performing the following duties personally and/or through subordinate technicians.

## Essential Duties and Responsibilities: include the following. Other duties may be assigned.

- Develops and analyzes statistical data and specifications to determine present standards and establish proposed quality and reliability expectancy.
- Selects and tests fuel/additive products for variety of qualities such as dimensions, performance, and or chemical characteristics.
- Records test data, following statistical quality control procedures.
- Evaluates data and writes reports to validate or indicate deviations from existing standards.
- Prepares graphs or charts of data or enters data into computer for analysis.
- Plans, promotes, and organizes training activities related to product quality and reliability.
- Investigates customer complaints regarding quality.
- Upholds the Company's commitment to Equal Employment Opportunity.
- Reports all accidents and injuries and investigate ways to prevent reoccurrence
- Is able to meet the Station's attendance standards.

## Qualifications:

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

- Able to manage multiple tasks and work independently.
- Proficient in Microsoft Windows, Mail, Excel and other general computer applications.
- Strong oral and written communicator.
- Strong analysis and problem solving skills.
- Continually lift move/push 70lbs.
- Must pass pre-employment drug test
- Must be available and flexible to work variable shifts including weekends and holidays.
- Work is done primarily outdoors, must be comfortable working in all weather conditions.
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA).
- Must pass FBI background check and obtain US Customs seal.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**   M

**Menzies Aviation (USA) Inc**
T + (1) 972 469 281 8201
W www.menziesaviation.com

**Registered office:** 4900 Diplomacy Road
Fort Worth,
Texas, 76155, USA

**Education and/or Experience:**
Associates degree (A. A.) or one to two years related experience and/or training; or equivalent combination of education and experience.

**Language Skills:**
Ability to read, and interpret FAA documentation, safety rules, operating and maintenance instructions and other procedure manuals. Ability to write reports, business correspondence, and procedure manuals. Ability to speak effectively before groups of customers or employees of organization.

**Mathematical Skills:**
Ability to calculate figures and amounts such as discounts, interest, commissions, proportions, percentages, area, circumference, and volume. Ability to apply concepts of basic algebra and geometry.

**Reasoning Ability:**
Ability to solve practical problems and deal with a variety of concrete variables in situations where only limited standardization exists. Ability to interpret a variety of instructions furnished in written, oral, diagram, or schedule form. **Certificates, Licenses, Registrations:**
FAA Certification. Possess/maintain a valid driver's license and other FAA/Airport required identification/seals or authorizations.

**Physical Demands:**
The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.
While performing the duties of this job, the employee is frequently required to stand; walk; sit; use hands to finger, handle, or feel objects, tools, or controls; reach with hands and arms; climb or balance; stoop, kneel, crouch, or crawl; and talk or hear.

**Work Environment:**
The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently exposed to vibration. The employee occasionally works near moving mechanical parts; in high, precarious places; and in outside weather conditions and is occasionally exposed to fumes or airborne particles, extreme cold, extreme heat, and risk of electrical shock. The noise level in the work environment is usually quiet.

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF** 

## Employee Acknowledgement

I, _____, acknowledge review of this job description.  I realize that
it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related
duties as directed by my supervisor and management.

Signature: _____        Date: _____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF**    M



**MENZIES AVIATION**

# Job Description, Inventory Clerk

| | |
|---|---|
| **Department:** | Menzies / LAWFTC Division |
| **Reports To:** | General Manager |
| **FLSA Status:** | Non-Exempt (Hourly) |

**Job Purpose Summary:**
Complete daily fuel inventory reports

**Primary Accountabilities and Duties:**

- Responsible for creating a daily fuel ticket report
- Driving and operating Company vehicles (occasional)
- Answering massive phone calls and directing calls to office personnel, Management.
- Responsible for accurate accounting of fuel transactions.
- Assisting the investigation of fuel discrepancies and or LAWTFC members fuel totals reports upon demand
- Perform other office duties as assigned.

**Essential Skills and Qualifications:**

- Must be at least 18 years of age;
- Must pass pre-employment medical;
- Must pass Drug testing;
- Must be able to speak, read and write in English proficiently.
- Valid driver's license in good standing.
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily indoors, so expected to office environment
- Must be WORD, EXCELL, Microsoft Proficient
- Previous office work experience

**Employee Acknowledgement**

I, _____, acknowledge review of this job description.
I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____    Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  



**MENZIES
AVIATION**

## JOB DESCRIPTION, GSE ADMINISTRATION ASSISTANT

**Job Title:     GSE Administration Assistant**
**Department: Operations**
**Reports To:  GSE Manager**
**FLSA Status: Non-Exempt**

**Summary:** The assistant GSE Administration Assistant must have a strong working knowledge of Microsoft office software, a basic knowledge of mechanical terminology, good communication skills, and the ability to be a self thinker.

**Essential Duties and Responsibilities:**

- Full accountability to the GSE Maintenance Manager for assigned tasking.
- Entering data from work orders on preventive maintenance and interim repairs into various computers systems.
- Accurately maintaining equipment history file containing ownership documentations, work orders, and financials expenditure records.
- Liaison with internal and external customers and agencies.
- Producing routine reports.
- Monitoring preventive maintenance cycle and informing departure of services due.

**Required Skills:**

- Minimum five (2) years related experience in equipment maintenance.
- High school graduate or evidence of equivalent education supplemented with college level.
- General PC skills, focusing on excel and word required.
- Understanding of operational planning and resource allocation.
- People management skills required.
- Ability to read and interpret management level documents.
- Must be flexible to work all hours/days including nights, weekends and holidays as dictated by operational requirements.
- Clean driving record, with DMV certified copy.
- Must be able to pass a ten-year background check as required by US customs.

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

**T:** 310-414-1155
**F:** 310-414-1159
**E:** www.menziesaviation.com

**880 Parkview Drive North**
**El Segundo, Ca. 90245**

- Working knowledge of GSE maintenance issues.
- Must pass pre-employment medical.
- Must pass a drug test.
- Must be able to lift at least 50 pounds on a continuous basis.
- In charge of employee uniform orders and inventory.
- Distributing and providing uniform to employees.

**EMPLOYEE ACKNOWLEDGMENT**

I _____, acknowledge review and acceptance of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature:_____Date:_____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF** 



**MENZIES
AVIATION**

# Job Description, GSE Mechanic

Job Title:        GSE Mechanic
Department:   Operations
Reports To:     Manager, GSE Fleet Maintenance or Supervisor, GSE Fleet
FLSA Status:   Non-Exempt

**Summary:** Experienced mechanic responsible for performing preventive maintenance and repairs on airport ground support equipment, vehicles, and other related equipment.

**Essential Duties and Responsibilities:**
- Receives work orders and obtains the necessary tools required for the repair.
- Transports the vehicle(s) to be repaired by driving, towing or pushing vehicle into service bay.
- Vehicles may consist of tugs, forklifts, pay loaders, fuel trucks and other larger airport vehicles.
- Inspects parts and/or motor vehicles to identify defective or broken parts.
- Repairs diesel engines, hydraulic, electric, and mechanical systems.
- Obtains replacement parts, installing and/or making repairs as required.
- Repairs may require rebuilding as assemblies, systems, etc.
- Confers with Supervisor for complex repairs, which require direction or approval for ordering of parts.
- Completes work orders and provides status on any "open" work orders.
- Additional duties may include changing batteries, tires, oil, and other minor repairs.

**Required Skills:**
- Minimum three (3) years related experience.
- Must have knowledge of heavy-duty diesel/automotive equipment.
- Experience with troubleshooting and repair of complex hydraulic and electrical systems required.
- Must have own tools and be able to operate various power and hand tools safely.
- Ability to read and interpret documents such as safety rules, operating and maintenance instructions, and procedure manuals.
- Must be flexible to work all hours/days including nights, weekends and holidays as dictated by operational requirements.
- Clean driving record, with DMV certified copy.
- Must be able to pass all pre-employment testing, including drug testing.
- Capable of lifting comfortably 70 lbs.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Work is done primarily outdoors.  Must be comfortable working in all weather conditions.
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

**T:** 310-414-1155
**F:** 310-414-1159
**E:** www.menziesaviation.com

**880 Parkview Drive North
El Segundo, Ca. 90245**

Employee Acknowledgement

I, _____, acknowledge review of this job description.  I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____  Date: _____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF**    M



**MENZIES AVIATION**

## Job Description, GSE Utility Agent

Job Title:       GSE Utility Agent
Department:   Operations
Reports To:    GSE Manager
FLSA Status:   Non-Exempt

**Summary:** The GSE utility Agent is responsible for the cleaning, painting, repairs and preservation of the GSE shop, equipment and other related equipment.

**Essential Duties and Responsibilities:**

- Full accountability to the GSE Maintenance Manager for assigned tasking.
- Cleaning of GSE equipment in preparation of maintenance, repairs and preservation painting.
- Receives work orders and obtains the necessary tools required for the repair.
- Under instruction, proper painting and making of GSE equipment.
- General cleaning of shop and ramp areas.
- Collecting and returning equipment to and from perspective areas on the AOA.

**Required Skills:**

- Ability to properly clean and paint equipment;
- Ability to lift 70 pound;
- Must be at least 18 years of age;
- Must have high school diploma or equivalent;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions;
- Minimum three (3) years related experience;
- Must be flexible to work all hours/days including nights, weekends and holidays as dictated by operational requirements;
- Clean driving record, with DMV certified copy;
- Must be able to pass all pre-employment;
- Must pass a drug test;
- Must pass and FBI background check as required by US Customs;
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**   

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.


Signature: _____Date:_____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF**    M



**MENZIES
AVIATION**

## Job Description, Lead GSE Mechanic

Job Title:        Lead GSE Mechanic
Department:   Operations
Reports To:     GSE Manager
FLSA Status:   Non-exempt

**Summary:** Experienced technician whose primary service depends on well-maintained vehicles, organization and tracking of the fleet and expenses within the company. The Lead technician is able to accurately maintain and hold responsibility for an exceptional level of quality of all vehicles in the company.

**Essential Duties and Responsibilities:**
- Directs a preventive maintenance program to minimize cost and maximize use of equipment.
- Detailed record keeping of all fleet vehicles.
- Organization and tracking of fleet expenses.
- Administers a testing and inspection program to determine quality, suitability, and compliance with specifications for vehicles, parts accessories, and materials.
- Directs a quantity and quality control program to maintain satisfactory levels of work performance.
- Plans, organizes, and directs the work of the duties to meet objectives with the most efficient use of personnel, facilities and equipment.
- Other duties, email report/documents
- Ensure the safe and secure operations, in accordance with the highest possible standards of health, safety, security and all government statutory requirements.

**Required Skills:**
- Graduation from high school or evidence of equivalent educational proficiency, preferably supplemented with college-level courses in mechanical engineering, business administration, transportation management, and business management.
- Five years of experience in mechanical maintenance and repair in an industrial vehicle operation, including two years in an administrative or supervisory capacity.
- Must be able to maximize fleet utilization and ensure maximum shop productivity.
- Capable of lifting comfortably 70 lbs;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions;
- To report any significant deficiency in our products, material and documents;
- Has the duty to suggest any improvements to working practices especially those relating to safety and security;
- Must pass pre-employment medical;
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  M

T: 310-414-1142
F: 310-414-1159
E: www.menziesaviation.com

**880 Parkview Drive North**
**El Segundo, Ca. 90245**

**Employee Acknowledgement**

I, _____ , acknowledge review and acceptance of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

**Signature:**_____**Date:**_____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF**