# TAB 4

# EXHIBIT C

**Page 1**

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4   DORA PATRICIA AMAYA, an      )
     individual, et al.,          )
 5                                )
             Plaintiffs,          )
 6                                )
       vs.                        ) CASE NO. 2:22-Ccv-
 7                                ) 05915-MCS-MARx
     MENZIES AVIATION (USA), INC.,)
 8   et. al.,                     )
                                  )
 9          Defendants.           )
     _____)
10
11
12           REMOTE PROCEEDINGS OF THE
13
14       VIDEOTAPED DEPOSITION OF PATRICIA VILLAGRA
15                      VOLUME I
16              WEDNESDAY, APRIL 26, 2023
17
18
19
20
21   Stenographically Reported by:
     LISA RICHARDSON, RMR, CRR, RPR, CSR No. 5883
22
23   Job No. 10118763
24
25   PAGES 1 - 185
```

**Page 2**

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4   DORA PATRICIA AMAYA, an      )
     individual, et al.,          )
 5                                )
             Plaintiffs,          )
 6                                )
       vs.                        ) CASE NO. 2:22-Ccv-
 7                                ) 05915-MCS-MARx
     MENZIES AVIATION (USA), INC.,)
 8   et al.,                      )
                                  )
 9          Defendants.           )
     _____)
10
11
12
13
14        Remote Proceedings of the Videotaped Deposition
15   of PATRICIA VILLAGRA, Volume I, taken on behalf of
16   Defendants, commencing at 9:06 a.m. and ending at
17   2:03 p.m. on Wednesday, April 26, 2023, stenographically
18   reported by LISA RICHARDSON, RMR, CRR, RPR, Certified
19   Shorthand Reporter No. 5883.
20
21
22
23
24
25
```

**Page 3**

```
 1         (ALL PARTIES APPEARING REMOTELY)
 2
 3   APPEARANCES:
 4
 5   For Plaintiffs:
 6      KING CHENG MILLER & JIN, LLP
        BY:  DAVID P. KING, ESQ.
 7      3675 Huntington Drive, Suite 200
        Pasadena, California 91107
 8      626.304.9001
        dpk@kcmlaw.net
 9
     For Defendants:
10
        FOLEY & LARDNER LLP
11      BY:  CHRISTOPHER WARD, ESQ.
        555 South Flower Street, Suite 3300
12      Los Angeles, California 90071-2418
        213.972.4500
13      cward@foley.com
14   Also Present:
15      Videographer: Ralna Ramse, Aptus Court Reporting
16
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
 1                   I N D E X
 2   Witness:  Patricia Villagra
 3
        EXAMINATION                              PAGE
 4
        BY MR. WARD                                9
 5
 6
 7                      --oOo--
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Case 2:22-cv-05915-HDV-MAR   Document 101-5   Filed 12/30/24   Page 4 of 6   Page ID #:2731

Volume I — Patricia Villagra | Amaya vs. Menzies Aviation (USA), Inc.

**Page 53**

1  A  Yes.
2  Q  But there are certain parts of the terminal
3  building if I want to get to, in particular the gate
4  areas, the baggage claim areas, things like that --
5  well, not necessarily baggage claim -- but you have to
6  be on the secured side of the airport on the other side
7  of security, right?
8  A  Yes.
9  Q  Okay.  So the question, having now sort of
10  understood that, is:  Did you perform all of your work
11  on the unsecured side of Tom Bradley, on the secured
12  side of Tom Bradley, or was it a mix of both?
13  A  A mix of both.
14  Q  Okay.  And would that mean that you would
15  perform some of your duties at the ticket counters on
16  the unsecured side of the air- -- of the terminal?
17  A  Yes.
18  Q  And then you might perform some of your duties
19  at the gate desks on the secured side of the terminal?
20  A  Yes.
21  Q  Okay.  Were there other work locations that you
22  had to perform some of your duties other than those two
23  areas?
24  A  Yes.
25  Q  Can you briefly describe those other locations?

**Page 54**

1  A  I have to go to different terminals to recover
2  luggages from other airlines coming from international
3  flights that our passengers arrived without the
4  luggages, so airlines has -- they have connection in
5  partnership with other airlines that they can send the
6  luggages.  So I was going to different terminals to
7  recover luggages for my passengers.
8  Q  Okay.  And were you doing that -- you know,
9  would you drive around what we describe as the ramp area
10  or were you doing that through the public -- publicly-
11  accessible areas?
12  A  It was the public access.
13  Q  Okay.  So you would go, like, from Tom Bradley
14  over to one of the baggage claim buildings in another
15  terminal to try and identify passenger luggage?
16  A  Yes.
17  Q  Got it.
18     And if you were to identify it, would you then
19  bring it back through the publicly-accessible area?
20  A  Yes.
21  Q  Got it.  Okay.
22     What about in the, like, direct vicinity of the
23  aircraft itself, you know, underneath the wing of the
24  airplane down where the ramp agents are working, did you
25  ever have to work down there?

**Page 55**

1  A  Yes.
2  Q  What did you do down there?
3  A  I was walking through the ramp going down, make
4  sure that the plane -- the catering employees, they were
5  cleaning on time, the flight; talking with the ramp
6  agents, telling them what the carousel was assigned.
7  And then -- so I was able to go through the ramp.
8  Q  Okay.  What percentage of your total working
9  time would you say you spent working on that ramp area
10  like that?
11  A  Each flight.  So if I had two flights, Iberia
12  and Level, I have to go for the two flights.  So it's
13  about like 45 minutes, one hour, probably more.
14  Q  Per shift?
15  A  Per shift.
16  Q  Okay.  Did you ever -- were you ever
17  responsible for putting passenger baggage directly onto
18  an aircraft?
19     MR. KING:  I don't think she heard that.  Ask
20  the question, Chris.
21  BY MR. WARD:
22  Q  Did you here the ques- -- sorry.
23     The question was:  Were you ever responsible
24  for putting passenger baggage directly onto an aircraft?
25  A  Yes.

**Page 56**

1  Q  How many times would you say you did that?
2  A  How many times did you refer the each passenger
3  or the each shift or flight?
4  Q  Well, let me ask a different question.
5     So you are down --
6  A  Yes.
7  Q  Let's take a situation where you are down on
8  the ramp --
9  A  Yes.
10  Q  -- right?
11     And there are ramp agents there who are loading
12  and unloading the aircraft, correct?
13  A  Yes.  Correct.
14  Q  Okay.  Did you also, when you were down on the
15  ramp, participate in putting passenger baggage into the
16  baggage holds like the ramp agents do or anything like
17  that?
18  A  Not directly to the airplane, but we have -- I
19  have to bring luggages to the passengers -- to the ramp
20  agents, agents.  If their flight was to -- if the flight
21  was full so we have to get luggages from the cabin to,
22  to the, to the ramp agents so they can place it, upload
23  it to, to the plane.
24  Q  Let me see if I understand you.  So if, you
25  know, the overheads in an airplane are full and the

Page 57

1  cabin crew decides we need to check some, some extra
2  baggage, is that the situation you are describing where
3  you would get the baggage from the cabin crew down to
4  the ramp agents?
5     A   Yes.
6     Q   And then the ramp agents themselves would be
7  the ones who would actually put the, the baggage into
8  the aircraft hold?
9     A   Yes.
10    Q   Okay.  Other than that situation, would you say
11 you were responsible for loading passenger aircraft onto
12 an aircraft -- or passenger baggage onto an aircraft?
13    A   If the person is myself loading the, the
14 luggage to the airplane, it's not.
15    Q   Got it.  Okay.
16        Okay.  How you doing?  You want to take a quick
17 five-, ten-minutes break?  We've been going for a little
18 over an hour.
19    A   Yes, please.
20        MR. WARD:  Why don't we do that.  And we'll
21 start back up again at 10:20?
22        Does that work?
23        THE WITNESS:  Work.
24        MR. WARD:  Okay.  Great.  Thank you.
25        Go off record.

Page 58

1        THE VIDEOGRAPHER:  Off the record at 10:11 a.m.
2        (A break was taken.)
3        THE VIDEOGRAPHER:  This is media 2.
4        We are back on the record at 10:23 a.m.
5  BY MR. WARD:
6     Q   Couple clarifying questions for you, Ms. Amaya.
7        You mentioned that occasionally -- or maybe not
8  occasionally -- but you would have to go over to other
9  terminals to try and locate passenger baggage.
10       Am I understanding that that was what you were
11 saying?
12    A   Yes.
13    Q   Okay.  If Menzies had passenger service jobs in
14 those other terminals, am I understanding correctly that
15 you wouldn't work at the ticket counter in those other
16 terminals, correct?
17    A   No.  I was working only for Tom Bradley.
18    Q   Okay.  So just so the record's clear, you never
19 worked at the ticket counter itself at a terminal other
20 than at Tom Bradley, right?
21    A   I don't understand your question.  Can you say
22 it again?  I'm sorry.
23    Q   Sure.  Well, let me ask you:  Did Menzies have
24 passenger service agent positions at terminals other
25 than Tom Bradley, to your knowledge?

Page 59

1     A   Not that I'm aware.  The other terminals that
2  I'm going is different airlines.
3     Q   Okay.  But one -- it's possible that Menzies
4  might have had passenger service jobs at those terminals
5  and you wouldn't know?  Or are you saying absolutely
6  they did not have passenger service jobs at terminals
7  other than Tom Bradley?
8     A   They don't have any other passenger service at
9  the other terminals.
10    Q   Okay.  And what's your basis for knowing that
11 to be true?
12    A   Because American Airlines and Delta, they have
13 their own companies.  They hire directly their, their
14 passenger service agents, or agents.
15    Q   Okay.  Is it your testimony that every airline
16 that operates out of a terminal other than Tom Bradley
17 hires its own passenger service agents?
18    A   Not that I'm aware.  I'm not aware of that.
19    Q   Okay.  But you -- it -- you, you have personal
20 knowledge that Menzies only has passenger service agents
21 at Tom Bradley or are you speculating that to be the
22 case?
23    A   I cannot say that only have at the Tom Bradley,
24 because I have no knowledge of that.  I'm not the person
25 that hires people.  But I -- under my knowledge, I work

Page 60

1  in Tom Bradley, and I know that Menzies has all the
2  passengers right there or ramp agents working along with
3  us.
4     Q   Okay.  But, like, you never performed your
5  passenger service duties at a ticket counter in
6  Terminal 2, for example; is that true?
7     A   No.  True.
8     Q   And you never -- and you never performed
9  passenger service duties at a gate desk in Terminal 2;
10 is that true?
11    A   True.
12    Q   Okay.  But you might have to go over to those
13 terminals to go to the baggage claim area?
14    A   Yes.
15    Q   Got it.  Okay.
16        Other than Copa, Iberia and Level, did Menzies
17 provide passenger service services to other airlines at
18 Tom Bradley?
19    A   Yes.
20    Q   Okay.  And you never worked for any of those
21 airline customers, true?
22    A   True.
23    Q   Okay.  How many other airline customers at Tom
24 Bradley, to your knowledge, did Menzies provide
25 passenger services jobs for?

Case 2:22-cv-05915-HDV-MAR   Document 101-5   Filed 12/30/24   Page 6 of 6   Page ID #:2733

Volume I — Patricia Villagra | Amaya vs. Menzies Aviation (USA), Inc.

**Page 181**

1  MR. KING: Does our court reporter know what
2  that is? I don't know if it's the same court reporter.
3  MR. WARD: Yeah, Lisa, I'll find that for you,
4  and we can figure that out.
5  MR. KING: We'll figure, we'll figure it out.
6  Okay.
7  MR. WARD: Okay.
8  MR. KING: Okay. Thanks, everyone.
9  THE VIDEOGRAPHER: Okay. This concludes --
10  this concludes the deposition for today.
11  The time is 2:03 p.m., and we are off the
12  record.
13  (TIME NOTED: 2:03 p.m.)

**Page 182**

1  STENOGRAPHIC COURT REPORTER'S CERTIFICATE
2  I, the undersigned, a Certified Shorthand
3  Reporter of the State of California, do hereby certify:
4  That the foregoing proceedings were taken
5  before me at the time and place herein set forth; that
6  any witnesses in the foregoing proceedings, prior to
7  testifying, were duly sworn; that a record of the
8  proceedings was made by me using stenographic machine
9  shorthand, which was thereafter transcribed under my
10  direction; that the foregoing transcript is a true
11  record of the testimony given.
12  Further, that if the foregoing pertains to the
13  original transcript of a deposition in a federal case,
14  before completion of the proceedings, review of the
15  transcript was requested.
16  I further certify I am neither financially
17  interested in the action nor a relative or employee of
18  any attorney or party to this action.
19  IN WITNESS WHEREOF, I have this date subscribed
20  my name.
21  Dated: 5/10/2023
22
23                    *[signature: Lisa R.]*
                     LISA RICHARDSON, RMR, CRR, RPR
24                   CSR No. 5883
25

**Page 183**

1  DECLARATION UNDER PENALTY OF PERJURY
2  Case Name: Amaya vs. Menzies Aviation (USA), Inc.
3  Date of Deposition: 04/26/2023
4  Job No.: 10118763
5
6  I, PATRICIA VILLAGRA, hereby certify
7  under penalty of perjury under the laws of the State of
8  _____ that the foregoing is true and correct.
9  Executed this _____ day of
10  _____, 2023, at _____.
11
12
13  _____
14  PATRICIA VILLAGRA
15
16  NOTARIZATION (If Required)
17  State of _____
18  County of _____
19  Subscribed and sworn to (or affirmed) before me on
20  this _____ day of _____, 20__,
21  by_____,   proved to me on the
22  basis of satisfactory evidence to be the person
23  who appeared before me.
24  Signature: _____ (Seal)

**Page 184**

1  DEPOSITION ERRATA SHEET
2  Case Name: Amaya vs. Menzies Aviation (USA), Inc.
   Name of Witness: Patricia Villagra
3  Date of Deposition: 04/26/2023
   Job No.: 10118763
4  Reason Codes:  1. To clarify the record.
                  2. To conform to the facts.
5               3. To correct transcription errors.
6  Page _____ Line _____ Reason _____
7  From _____ to _____
8  Page _____ Line _____ Reason _____
9  From _____ to _____
10 Page _____ Line _____ Reason _____
11 From _____ to _____
12 Page _____ Line _____ Reason _____
13 From _____ to _____
14 Page _____ Line _____ Reason _____
15 From _____ to _____
16 Page _____ Line _____ Reason _____
17 From _____ to _____
18 Page _____ Line _____ Reason _____
19 From _____ to _____
20 Page _____ Line _____ Reason _____
21 From _____ to _____
22 Page _____ Line _____ Reason _____
23 From _____ to _____
24 Page _____ Line _____ Reason _____
25 From _____ to _____