# TAB 5

CHRISTOPHER WARD, CA Bar No. 238777
  cward@foley.com
KALEB N. BERHE, CA Bar No. 302080
  kberhe@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
  kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendant
MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**DECLARATION OF TALIN BAZERKANIAN IN SUPPORT OF DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:    February 20, 2025<br>Time:    10:00 a.m.<br>Ctrm.:   5B, 5th Floor<br>Judge:   Hon. Hernán D. Vera<br><br>Complaint Filed: August 19, 2022<br>FAC Filed:   August 30, 2022<br>SAC Filed:   May 9, 2023 |

# DECLARATION OF TALIN BAZERKANIAN

I, Talin Bazerkanian, declare as follows:

1. I am currently the Senior Vice President, Human Resources, Americas Region for the Menzies Aviation Enterprise ("Menzies"), and I have held the position of Menzies' highest-ranking human resources employee in the Western Hemisphere for over two years. Prior to holding this role, I worked in a variety of human resources positions for Menzies Aviation, and I have had human resources responsibilities for Menzies Aviation's operations throughout California since 2011. As a result of my current and former human resources responsibilities for Menzies, I have become completely familiar with all aspects of Menzies' personnel policies and business operations in California, and I personally have access to all personnel records maintained in the ordinary course of business for Menzies' employees in California. I have personal knowledge of the facts stated in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2. Menzies is an aviation services business that provides ground handling services to commercial airlines' aircraft, cargo handling services in airlines' cargo warehouses, and both aircraft into-plane fueling to airlines and fuel facilities management services to airports.

3. Ground handling includes servicing aircraft while parked at passenger gates. "Above the wing" aspects of the ground handling operation typically take place in the passenger terminals through passenger service personnel who assist passengers with ticketing, check-in, and boarding, and cabin crews who clean aircraft passenger seating and check security requirements between flights. It also includes "below the wing" work on the ramp, such as offloading and loading of baggage and cargo, guiding taxiing aircraft when they arrive, securing aircraft with chocks and cones, and towing aircraft out of the gate area for departure.

4. On the cargo side of the business, Menzies' employees work inside warehouses away from passenger aircraft and organize inbound and outbound cargo in

preparation for loading onto aircraft by Menzies' ramp operations – but do not themselves load cargo onto aircraft. It also includes individuals who work in offices inside the cargo warehouse processing paperwork related to commercial cargo movements without interacting with the cargo itself.

5. Menzies' fueling operations have two components: into-plane fueling and fuel farm management. Fuelers pump jet fuel from tankers or airport hydrant systems onto aircraft. Fuel farm employees manage an airport's fuel tank "farm" far from passenger gates and monitor the various fueling infrastructure via computer. They also perform routine and emergency maintenance for hydrant systems and fueling equipment all over an airport.

6. Additionally, like many companies with large employee populations, Menzies' business operations are supported by a series of infrastructure administration positions that cover areas such as mechanical maintenance, employee training, workplace safety, custodial services, human resources, recruiting, and accounting.

7. All told, across all these various types of work, which Menzies performs at Los Angeles International Airport, San Francisco International Airport, Ontario International Airport, San Diego International Airport, and Long Beach Airport, Menzies maintains over 40 non-exempt job classifications which exclusively perform job functions that have no connection to, or involvement with, luggage, cargo, or any other form of interstate goods. I understand from our legal counsel that Menzies is making the argument that these positions are not covered by an exception to the Federal Arbitration Act because they do not participate in the movement of interstate goods as explicitly evidenced by their written job descriptions. I will collectively refer to these positions as "Evidence Group 1 Positions."

8. Menzies' Evidence Group 1 Positions across all California locations include the following: Accounting Clerk, Accounts Receivable Specialist, Administration Assistant, Administrative Assistant – Fueling, Administrative Assistant – General, Apprentice – Fuel Facility Maintenance, Cabin Cleaner, Cabin Services Agent, Cabin

Services Lead Agent, Compliance Officer, Dispatcher, Driver Operator, Facility Electrician, Fuel Facility Electrician, Fuel Farm Mechanic, Fuel Farm Operator, Fuel Farm Supervisor, General Worker, GSE Administrative Assistant, GSE Fueler, GSE Mechanic, GSE Utility Agent, HR Specialist, HR Administrative, Inside Wireman, Inventory Clerk, Janitor, Lavatory Agent, Lead Cabin Cleaner, Lead Dispatcher, Lead Fuel Farm Operator, Lead GSE Mechanic, Maintenance Technician – Fuel Storage Facility, Operations Agent, Operations Coordinator, Operations Supervisor – Fuel, Quality Control Supervisor, Quality Control Technician, Safety and Training Supervisor, Safety Administration Assistant, Safety Security and Environmental Supervisor, Safety Supervisor, Cargo Screening Supervisor, Supervisor Timekeeper, Talent Acquisition, Timekeeper, and Training Supervisor.  Menzies maintains written job descriptions for each of these positions in the ordinary course of business and each job description provides an exhaustive list of the essential duties and responsibilities of the position and any skills required for the position.  To the extent any job description includes the phrase "perform other duties as required," it is solely in reference to any duties and responsibilities which are subsumed by the duties and responsibilities explicitly listed. True and correct copies of job descriptions for the Evidence Group 1 Positions are attached hereto as **Exhibit A**.

9. In addition to the aforementioned Evidence Group 1 Positions, Menzies employs job positions across California which are also subject to the underlying Motion to Compel Arbitration and whose job descriptions are supplemented by witness testimony describing each position's job duties ("Evidence Group 2 Positions").  I understand from our legal counsel that the Evidence Group 2 Positions are being presented and analyzed in three subgroups: (a), (b), and (c).

10. Evidence Group 2(a) Positions include Baggage Coordinator, Cargo Agent, Cargo Office Supervisor, General Fueling Helper, Intern, Lead Quality Control Technician, Operations Coordinator Supervisor, Service Desk Agent LAX, and Training Coordinator.  Menzies maintains written job descriptions for each of these positions in

the ordinary course of business and each job description provides an exhaustive list of the essential duties and responsibilities of the position and any skills required for the position. To the extent any job description includes the phrase "perform other duties as required," it is solely in reference to any duties and responsibilities which are subsumed by the duties and responsibilities explicitly listed. True and correct copies of job descriptions for the Evidence Group 2(a) Positions are attached hereto as **Exhibit B.**

11. Evidence Group 2(b) Positions include Cargo Office Lead, Cargo Screening Agent, Load Master, Passenger Service Agent, Passenger Service Agent Lost and Found, Passenger Service Lead Agent, Passenger Service Supervisor, and Lost and Found Bag Agent. Menzies maintains written job descriptions for each of these positions in the ordinary course of business and each job description provides an exhaustive list of the essential duties and responsibilities of the position and any skills required for the position. To the extent any job description includes the phrase "perform other duties as required," it is solely in reference to any duties and responsibilities which are subsumed by the duties and responsibilities explicitly listed. True and correct copies of job descriptions for the Evidence Group 2(b) Positions are attached hereto as **Exhibit C.**

12. Evidence Group 2(c) Positions include Fueling Supervisor, Operations Supervisor – Ground Handling, and Ramp Supervisor. Menzies maintains written job descriptions for each of these positions in the ordinary course of business and each job description provides an exhaustive list of the essential duties and responsibilities of the position and any skills required for the position. To the extent any job description includes the phrase "perform other duties as required," it is solely in reference to any duties and responsibilities which are subsumed by the duties and responsibilities explicitly listed. True and correct copies of job descriptions for the Evidence Group 2(c) Positions are attached hereto as **Exhibit D.**

13. Following the Supreme Court's ruling in *AT&T Mobility LLC v. Concepcion*, 563 U.S. 321 (2011), Menzies implemented an Alternative Dispute Resolution Policy ("ADR Policy") for all employees at its locations in the United States,

including its employees in California, that includes a waiver of the right to participate in class or otherwise representative action litigation. True and correct copies of the ADR Policies signed by class members subject to the underlying Motion to Compel Arbitration are collectively attached hereto as **Exhibit E**.

14. Plaintiffs Dora Patricia Amaya and Anibal Silva both acknowledged and signed the ADR Policy. True and correct copies of Plaintiffs' signed ADR Policies are attached hereto as **Exhibit F.**

15. For the period relevant to this Action, virtually 100% of Menzies' non-exempt current and former employees in California have bound themselves to the ADR Policy, with the handful of opt-outs limited to exempt management personnel. Employees who have bound themselves to the ADR Policy via execution of the Arbitration Agreement have agreed with Menzies that any claims arising from the employment relationship, other than certain categories of statutorily-excluded claims, must be brought in binding arbitration, including "claims brought under the California Labor Code." True and correct copies of the Arbitration Agreements signed by the class members subject to the underlying Motion to Compel Arbitration are collectively attached hereto as **Exhibit G**.

16. Plaintiffs Dora Patricia Amaya and Anibal Silva both acknowledged and signed the Arbitration Agreement. True and correct copies of Plaintiffs' signed Arbitration Agreements are attached hereto as **Exhibit H.**

17. Every employee receives a free-standing copy of the Menzies ADR Policy memorializing all the terms of the ADR Policy, including, among other terms, that it applies bilaterally to the employee and Menzies, that Menzies will be responsible for all unique costs of arbitration, that the parties will have the full range of discovery available to them as in civil litigation, that the arbitrator has the power to award all civilly-available forms of relief, and that the arbitrator must issue a written award. The ADR Policy and Arbitration Agreement also contain a waiver of the right to act as a class action representative or pursue claims on any type of representative basis.

18. By agreeing to be bound by the Menzies ADR Policy, employees waive the ability to pursue, on an individual or representative basis, various wage and hour claims against Menzies in a civil forum, including those contained in the scope of this class action.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on 12/23, 2024 at LA, (city), California.

*Talin Bazerkanian*

BAZERKANIAN DECL ISO MOTION TO COMPEL ARBITRATION
7
Case No. 2:22-cv-05915-HDV-MARx