**TAB 7**

# EXHIBIT B



**MENZIES AVIATION**

## Job Description, Baggage Coordinator

Job Title:      Baggage Coordinator
Location:       Los Angeles
Reports To:     Passenger Service Supervisor
FLSA Status:    Non-Exempt

**Summary:** Direct the work of baggage agents and runners as they load and transport luggage. Drive and operate small specialized commercial vehicles. Physical demands include heavy lifting, pushing, pulling, bending, and stretching. Monitor inbound and outbound loads and distribute track sheets for flights.

**Essential Duties and Responsibilities:**
- Supervise lead agents; allocating baggage agents as needed.
- Complete shift reports and sign timecards.
- Ensure baggage personnel adhere to established company safety regulations.
- Prepare disciplinary incident and or termination reports as needed for violations of company
- policy.
- Assist in the preparation of performance evaluation forms.
- Assist in the baggage handling area.
- May occasionally operate various pieces of ground support equipment.
- Other duties as assigned.

**Required Skills:**
- Must be at least 18 years of age;
- Must have high school diploma or equivalent;
- Must be able to speak, read, and write in English;
- Valid driver's license with good driving record;
- Capable of lifting comfortably 70 lbs;
- Prior ramp experience a plus;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions;
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass a drug test;
- Must pass pre-employment medical;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

**T:** 310-414-1155
**F:** 310-414-1159
**E:** www.menziesaviation.com

**880 Parkview Drive North
El Segundo, Ca. 90245**

Page 233

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF** M



# Job Description

## Cargo Agent

**Reports to:** Cargo Agent
**Location:** City, State | Airport code

_____

**Overview**

This role is responsible for Compiling documents on import or export cargo shipments, expediting shipments of cargo from warehouse and assist customers in tracking their shipments. The Cargo Agent also deals directly with customers either by telephone or in-person and handles cash transactions.

**Main accountabilities include:**

- Examines manifest, bills of lading and air waybill to determine work procedures for releasing cargo.
- Notifies consignee or representative concerning arrival dates of shipment, customs clearance requirements and tonnage shipment.
- Meet passenger flights and clear general declarations thru Immigration CBP office.
- Makes cash transactions, collects payments from customers for freight prior to release.
- Authorizes final approval for cargo release.
- Prepares invoices for charges, airline clients and management regarding freight.
- Works with government agencies to clear shipments for import
- Ensures all local airport, TSA, CBP and FAA rules are followed.
- Meet flights in order to exchange documents.
- Recognizes dangerous goods upon receiving.
- Must follow all Security procedures as required.
- Other duties as assigned.

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.

- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be 18 years of age or older.
- Posses and maintain valid US driver's license.
- Must be able to pass all pre-employment testing to include drug testing and a physical
- Highly organized with the ability to multi-task and continually prioritize responsibilities.
- Excellent communication skills and client-service orientation
- Proficiency with 10key and typing 35 wpm.
- Ability to proficiently read, write and speak English.
- Comfortable lifting 70 lbs. repetitively.
- Must be able to obtain and maintain all required Airports and Custom badges/seals.
- Must be available and flexible to work variable shifts including weekends and holidays.
- One-year college certificate or technical school, six months related experience or equivalent combination of education and experience
- Certification in dangerous good awareness/acceptance
- Previous customer service experience preferred.
- Proficient in Microsoft products

**Knowledge, Skills and Abilities**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

Work is primarily done indoors; however, the individual will be working near terminals with consistently open doors where harsh weather conditions could affect the indoor environment.



People. Passion. Pride. Since 1833.

This individual will also work with disgruntled customers throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting cargo up to 70 lbs. which could also involve bending and stooping. The employee must frequently lift and/or move up to 25 lbs. and occasionally lift and/or move up to 70 lbs.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation. I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



People. Passion. Pride. Since 1833.



**MENZIES AVIATION**

# Job Description: Cargo Office Supervisor

Job Title:      Cargo Office Supervisor
Department:   Cargo Operations
Reports To:    Duty Manager
FLSA Status:  Non-Exempt

**Summary:**

Consistent achievement of the above standards will be assessed through probationary and annual performance appraisals.

**Essential Duties and Responsibilities:**

- Hands-on activities in all areas of work including that which is both directly and indirectly associated with aircraft handling
- Ensure that productivity and performance criteria are met in the designated area of responsibility, which includes fulfilling regular performance assessment reports
- Be responsible for the control, supervision and training of designated staff
- Demonstrate leadership, decision making and organizational skills necessary to efficiently meet performance requirements in a changing work environment
- Make recommendations on all aspects of the operation, seeking to identify opportunities to improve performance and productivity
- Organize and co-ordinate work within the area of responsibility
- Form part of the assessment panel for probationary employees
- Resolve operational issues within a designated area or group
- Ensure Occupational Health and Safety and Security programs are adhered to
- Undertaking ETD screening as required
- Participate in projects as directed by management
- Ongoing reviews of operational processes and recommend necessary change
- Support and participate in the recruitment process
- Monitor the progress of new hires
- Report data to Customs and solve reporting issues
- Use internal and airline systems to transmit messages
- Perform various administrative duties



- Undertaking projects and additional duties as required
- Work without direct supervision
- Report to responsible Manager/Supervisor
- Accept significant operational responsibility and/or manpower control

**Required Skills:**
- Current state driver's license
- Company induction and training
- Attendance and punctuality
- Defensive driving techniques
- Dangerous Goods Acceptance
- Acceptable attitude
- Consistency and Quality of work
- Working cohesively within a team environment
- Must be able to lift at least 35 pounds on a continuous basis.
- Ability to work safely, adherence to safe work practices
- Ability to work within a pressurised team environment, processing multiple flights
- Ability to apply detailed knowledge of the company's policies and procedures
- Ability to provide detailed advice and information relating to products and services
- Ability to resolve operational issues within a designated area or group
- Knowledge of three letter port codes
- Competent operation of communication and computer aids; and
- Acceptable reading and writing skills
- Must pass pre-employment medical
- Must pass a drug test
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA)

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



# Job Description

## General Fueling Helper

| Job title | General Fueling Helper | | |
|---|---|---|---|
| Reports to | Fueling Supervisor | | |
| Salary | Non-Exempt (hourly) | **Location** | |
| Bonus Eligible | Y / N | **Bonus Percentage** | XX% |
| Travel | Y / N | **Travel Percentage** | XX% |

### Job Summary and Mission

The Menzies Aviation General Fueling Helper supports the into-plane fueling operation by being a guide person and assisting with general duties under the direction of the Fueling Supervisor.

### Key Responsibilities

- Serve as a guide person to help drivers position their fuel trucks into and out of fueling positions.
- Deliver fuel slips to and from airline operations offices.
- Cleans cabs of trucks and removes FOD, trash.
- Uses pressure washer to wash tanker trucks as needed.
- May operate the load rack controls to fill tanker trucks with Jet-A fuel
- Responds to emergency fuel spill clean-up incidents as required.
- Performs custodial duties such as cleaning, sweeping break room floors as required.
- Take out trash from the employee break room.
- Follow all safety, security and environmental rules and policies.
- Other duties as assigned.

### Qualifications

- Must be at least 18 years of age.
- Must possess and maintain a valid US driver's license.
- Must pass pre-employment color vision test.
- Pass pre-employment drug screen and all pre-employment testing.
- Ability to proficiently read, write and speak English.
- Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs.
- Ability to perform basic math calculations.
- Work is done primarily outdoors; must be comfortable working in all weather conditions.
- Must pass background check and obtain US Customs seal
- Must be available and flexible to work variable shifts including weekends and holidays.
- Prior experience preferred including possession of a Commercial Driver's License or experience in the Oil and Gas Industry (preferred)

**Knowledge, Skills and Abilities**
- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Benefits**

- $_____/hour
- Advancement Opportunities to Lead and Supervisor
- Health, Dental, Vision, 401k
- Life and Short-Term Disability Insurance
- Paid Vacation
- Paid Training
- Uniform Provided

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Exposure to outdoor environments, various inclement weather conditions, aviation related fumes and various noise levels. Acutely aware of safety related procedures. Position requires wearing safety related equipment, i.e. goggles, gloves, boots, respirator, hearing protection, and back support as necessitated by a specific task. Position requires lifting, pulling, pushing, rotating, twisting, climbing of high tanks, squatting, kneeling, overhead arm movement. Must be able to occasionally handle weights up to and including 70 lbs. Exposure to related cleaning and chemical materials (review MSDS Reference Book) during routine and special cleaning assignments. This category as stated, is not exclusive.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

The individual must also be able to open and close large value on 16" product delivery pipelines quickly. Opening and closing these values involves twisting and pulling motion and sometimes considerable physical exertion.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employee may also engage in debris removal which involves lifting, bending and stooping. The employee must frequently lift and/or move up to 25 pounds and occasionally lift and/or move up to 70 pounds.

**EEO Statement**
Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.

Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com



**People. Passion. Pride.** Since 1833.

The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____





# Job Description

## Intern (Supervisor)

**Reports to:**
**Location:** City, State | Airport Code

_____

**Overview**
Individual(s) classified as hourly Intern Supervisors that have been recognized by the Company as having skills, training, experience and or education that qualify for advance management training.

**Main accountabilities include:**
Individual(s) classified as hourly Intern Supervisors that have been recognized by the Company as having skills, training, experience and or education that qualify for advance management training.

**Essential Duties and Responsibilities** include the following. Other duties may be assigned.

Ability to learn, apply concepts and transition within the following Aircraft Service International Group Departments:
- Administration
- Finance
- Legal
- Information Services
- Operations

Perform various activities or special project(s) as assigned by the Department.

Consistently and reliably reports to work.

**Supervisory Responsibilities**
Depending on the circumstance Intern(s) may have supervisory responsibilities.

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.

**People. Passion. Pride.** Since 1833.  Page 243

- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

**Qualifications**

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

- Possess professional etiquette.
- Possess strong supervisory skills.
- Good organizational skills.
- Has the ability to travel and spend periods of time at other locations.
- Is willing to eventual relocation after Intern Training is completed
- Meets Attendance standards.
- Demonstrates continued ability to grow into a manager position into one of the Company's disciplines.
- Basic computer skills.
- Associate's degree or equivalent from two-year college or technical school; or two plus years related experience and/or training; or equivalent combination of education and experience.
- Ability to read and comprehend simple instructions, short correspondence, and memos.
- Ability to write simple correspondence.
- Ability to effectively present information in one-on-one and small group situations to customers, clients, and other employees of the organization.
- Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals.
- Ability to compute rate, ratio, and percentage and to draw and interpret bar graphs.
- Ability to apply common sense understanding to carry out instructions furnished in written, oral, or diagram form.
- Ability to deal with problems involving several concrete variables in standardized situations.
- Must have a valid state driver's license.



**People. Passion. Pride.** Since 1833.

**Physical Demands**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms; climb or balance; stoop, kneel, crouch, or crawl; and talk or hear.  The employee must frequently lift and/or move $25 lbs. and occasionally up to 70 lbs.  Specific vision abilities required by this job include distance vision.

**Work Environment**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee may regularly work in outside-weather conditions.  The employee frequently works near moving mechanical parts, high voltages and high hydraulic/pneumatic pressures.  The employee is also frequently exposed to very loud noise levels, fumes or airborne particles and hazardous substances, materials or waste.  The employee occasionally works in high, precarious places.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



People. Passion. Pride. Since 1833.



# Job Description

## Lead Quality Control Technician

**Reports to:** Supervisor, Operations Manager
**Location:** |

_____

**Overview**

This role is responsible for, leading, directing and coordinating the work of quality control personnel. This individual will also provide instruction, support, and training to employees by adhering to all company, industry, local, state, and federal safety and environmental regulations and procedures.

We are looking for a dedicated individual to ensure smooth operations, if you have a passion for aviation and love being part of a fast-paced environment Join our team and soar to new heights with a career at Menzies Aviation!

**Main accountabilities include:**

- Consults with manufacturer or engineering staff to determine quality and reliability standards and analyses fuels/additives to ensure consistent product quality.
- Selects and tests fuel/additive products for variety of qualities such as dimensions, performance, and or chemical characteristics.
- Records test data, following statistical quality control procedures.
- Evaluates data and writes reports to validate or indicate deviations from existing standards.
- Prepares graphs or charts of data or enters data into computer for analysis.
- Performs the duties of a Fueler or Fuel Farm Operator as needed.
- Conducts work in a safe and environmentally conscious fashion by adhering to all company, industry, local, state, and federal safety and environmental regulations and procedures.
- Conducts weekly safety briefings as necessary.
- Comply with the location's attendance/tardiness standards.
- Other duties as assigned by management.
- Performs other duties as assigned.

_____

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.

- Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be 18 years of age.
- Must possess a valid US driver's license.
- Must pass pre-employment color vision test and a drug screen.
- Ability to proficiently read, write and speak English.
- Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs.
- Ability to perform basic math calculations.
- Must pass background check and obtain US Custom seal as required.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Must be able to obtain and maintain all required Airports and Custom badges/seals.
- Work is done primarily outdoors; must be comfortable working in all weather conditions.
- Must be reliable, our customer, and your fellow employees rely on you.

**<u>Knowledge, Skills and Abilities</u>**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee may regularly work in outside weather conditions. The employee frequently works near moving mechanical parts, high voltages and high hydraulic/pneumatic pressures. The employee is also frequently exposed to very loud noise levels, fumes



People. Passion. Pride. Since 1833.

or airborne particles and hazardous substances, materials, or waste. The employee occasionally works in high, precarious places.

The Lead Quality Control performs periodic maintenance and inspections on filters, pumps, valves, tanks, pressure controls, metering and gauging equipment, and company vehicles. Ensures that all work assigned is performed in a timely fashion with quality workmanship. Ensure through definitive methods that the product meets or exceeds quality standards set forth; ensure all work is completed in a timely manner, contributing to an efficient operation, while projecting a professional image for MENZIES AVIATION.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employees may also engage in debris removal which involves lifting, bending, and stooping. The employee must frequently lift and/or move up to 70lbs and occasionally lift and/or move up to 70lbs.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



**People. Passion. Pride.** Since 1833.

**Operations Coordinator Supervisor**



| Job title | *Operations Coordinator Supervisor* | | |
|---|---|---|---|
| **Reports to** | *Operations Manager/General Manager* | | |
| **Salary** | *Non-Exempt (hourly)* | **Location** | |
| **Bonus Eligible** | *Y / N (circle)* | **Bonus Percentage** | *%* |
| **Travel** | *Y / N (circle)* | **Travel Percentage** | *%* |

### Job Summary and Mission

As a Menzies Aviation Operations Supervisor, you will be responsible for effectively planning and communicating aircraft parking configuration for the Airport. The operations supervisor will direct the remote parking of aircraft and the plan to deliver aircraft to the gate. They will also coordinate with ramp and maintenance personal to reposition aircraft according to operational needs; along with forecasting city gate usage while being fiscally responsible.

### Key Responsibilities

- Understanding of the facility to best service the customer and employees, regarding constraints that the airport may cause
- Effectively plan and communicate gate changes in advance of conflicts, to ensure fuel savings
- Examine crew connections, plan for down line weather delays, monitor compression and plan accordingly
- Quick to forecast/react to problems that may arise, causing the parking plan to change
- Monitors international arrivals and departures
- Perform as a mentor to other employees and provide training to new employees
- Some responsibilities may include interviewing, hiring, and training employees; appraising performance; rewarding and disciplining employees; addressing complaints and resolving problems as needed for violations of company policy
- Effective communication with other departments and internal customers
- Must be able to direct others and give clear directions
- Complete shift reports and sign timecards
- Assist in the preparation of performance evaluation forms
- Prepare disciplinary incident and or termination reports
- Assist in the baggage handling area
- Conduct shift briefings to ensure staff is organized and informed
- Able to organize and disseminate accurate operational information

### Qualifications

- Must be 18 years of age or older
- Possess and maintain a valid US driver's license with a clean driving record
- Pass pre-employment drug screen and all pre-employment testing
- Ability to proficiently read, write and speak English
- Must be comfortable lifting 70lbs repetitively
- Must be comfortable working in all weather conditions

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

**Operations Coordinator Supervisor**



- Pass FBI background and obtain US Customs Seal
- Must be available and flexible to work variable shifts including weekends and holidays
- Must have high school diploma, GED or six months experience as an Operations Agent
- Excellent communication skills
- Ability to remain calm and efficient under pressure
- Competent in handling difficult situations
- Advanced Computer Skills

**Knowledge, Skills and Abilities**
- Ability to learn quickly
- Ability to understand and carry out oral and written instructions and request clarification when needed
- Strong interpersonal skills
- Ability to work as part of a team
- Ability to build relationships

**Benefits**

- $___/hour
- Advancement Opportunities to Lead, Supervisor and Manager
- Three Health Plans through Meritain Health that offer a variety of coverage
- Two Dental Plans through Delta Dental
- Vision Insurance Plan through Met Life Vision
- Paid Vacation
- Accident Coverage Plan
- Critical Illness Coverage Plan
- Hospital Indemnity Coverage Plan
- Company Paid Employee Basic Life and AD&D Insurance $20,000.
- Voluntary Life and AD&D Insurance
- Voluntary Short-Term and Long-Term Disability Insurance
- 401K Savings Plan
- Employee Assistance Program
- Prepaid Legal Coverage Plan
- Identity Theft Protection Plan
- Pet Discount Coverage and Pet Insurance Plan
- Uniform Provided

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee may regularly work in outside weather conditions. The employee frequently works near moving mechanical parts, high voltages and high hydraulic/pneumatic pressures. The employee is also frequently exposed to very loud noise levels, fumes or airborne particles and hazardous substances, materials or waste.  The employee occasionally works in high, precarious places.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.2021.07.13

**Operations Coordinator Supervisor**



Some work is done indoors; however, the individual may work near terminals with consistently open doors where harsh weather conditions could affect the indoor environment. The Operations Agent team is provided a Menzies Aviation uniform including a coat.

## Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employee may also engage in debris removal which involves lifting, bending and stooping. The employee must frequently lift and/or move up to 25 pounds and occasionally lift and/or move up to 70 pounds.

## EEO Statement

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com*

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

| Candidate Signature: | |
|---|---|
| Date: | |

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

v.2021.07.13

**Operations Coordinator Supervisor**







**MENZIES
AVIATION**

## Job Description, Service Desk Agent

**Job Title:** Service Desk Agent **LAX**
Department:    Ramp Operations
Reports To:    Passenger Service Manager
FLSA Status:    Non-Exempt

**Essential Duties and Responsibilities**
- Customer Service at front airline counters.
- Attend all ticketing matters, suck as ticket changes, reissues, reservation updates, rebooking's, ect.
- Take payments for excess baggage, upgrades, unaccompanied minors, ticket changes and reissues, pets in cabin, oversize items, etc.
- Handling cash and sensitive credit card information.
- Close daily batch and prepare cashier reports for LATAM.
- Re-scheduling flight segments for missed flights and/or oversold flights.
- Comply with LATAM trainings and procedures regarding payments and computer systems.
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all ticketing matters with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.

**Required Skills:**

- Maintain a valid driver's license.
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience.
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a drug test;
- Must be able to pass a ten-year background check as required by US Customs;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

**T:** 310-414-1155
**F:** 310-414-1159
**E:** www.menziesaviation.com

**880 Parkview Drive North
El Segundo, Ca. 90245**

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.


Signature: _____ Date: _____



| Job title | *Training Coordinator* | | |
|---|---|---|---|
| **Reports to** | *Training Manager* | | |
| **Salary** | *Non-Exempt (hourly)* | **Location** | |
| **Bonus Eligible** | *Y / N* | **Bonus Percentage** | *XX%* |
| **Travel** | *Y* | **Travel Percentage** | *XX%* |

## Job Summary and Mission

As a Menzies Aviation Training Coordinator, you will be responsible for providing administrative support to the Training Manager and Training Officers by performing a wide range of duties.

## Key Responsibilities

- Coordinate and administer all training bookings
- Prints, records and issues Training Certificates
- Assists Training Officers with printing Training Manuals and hand-outs
- Provides information regarding training dates and records same for management
- Assist with enrolling e-learners
- Assists with e-learning training and contacting employees to complete all initial and recurrent training
- Ensures all filing is up to date and that files are kept in good order following the 8 Pillar requirements
- Updates and maintains Station Matrix for MCO (Orlando)
- Assists with Matrix and Training related queries from all Menzies Aviation
- Prepares and distributes reports as requested
- Other related duties as assigned

## Qualifications

- Must be able to demonstrate previous experience within a similar role
- Must be at least 18 years of age
- Possess and maintain a valid US driver's license
- Must pass all pre-employment testing including a physical, audio, visual and drug test
- Excellent oral, written and communication skills in English
- Must be comfortable lifting 70lbs
- Must pass FBI background check and obtain US Customs seal
- Must be available and flexible to work variable shifts including weekends and holidays
- Prior Customer Service Experience preferred
- Computer literate with knowledge of Microsoft Office
- Proficiency with 10key and typing minimum 35 wpm
- Enjoys dealing with people daily
- Strong interpersonal skills with the ability to communicate with people at different levels and from different cultural/ethnic backgrounds

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 



- Position may require occasional travel

**Knowledge, Skills and Abilities**
- Ability to learn quickly
- Ability to understand and carry out oral and written instructions and request clarification when needed
- Strong interpersonal skills
- Ability to work as part of a team
- Ability to build relationships

**Benefits**

- $_____/hour
- Advancement Opportunities
- Health, Dental, Vision, 401K
- Life and Short-Term Disability Insurance
- Paid Vacation
- Paid Training
- Uniform Provided

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Work is primarily done indoors; however, the individual will be working at the station where harsh weather conditions could affect the indoor environment. The Station Administrator may also be responsible for operating company vehicles outside on the airfield.

This individual will also work with disgruntled customers and employees throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting passenger bags up to 70lbs which could also involve bending and stooping. The employee must frequently lift and/or move up to 25lbs and occasionally lift and/or move up to 70lbs.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 



**Employment Acknowledgement**

I, _____, acknowledge review of this job description.

I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.
I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____  Date: _____

**EEO Statement**

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com*

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 



| Approved by: | *Leadership approval* |
|---|---|
| **Date approved:** | *Date upon which the job description was approved* |
| **Reviewed:** | *Date when the job description was last reviewed* |

*Ideally, a job description should be reviewed annually and updated as often as necessary.*

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF