# TAB 9

# EXHIBIT D



**MENZIES AVIATION**

# Job Description, Fueling Supervisor (North America)

**Department:** Los Angeles-Fueling
**Reports To:** Manager
**FLSA Status:** Non-Exempt (Hourly)

**Job Purpose Summary:** Supervises and coordinates air carrier fueling and service operations.

## Primary Accountabilities and Duties:

- Comfortably and continuously lift/move 70 lbs.
- Duties include, but are not limited to;
- Ensuring the effective operation of the air carrier fueling function;
- Issuing written and oral instructions;
- Ensuring workforce adherence to safety procedures;
- Conduct investigations of irregular operations, such as accidents, injuries and/or delay, and prepare comprehensive reports on same;
- Recommending manpower requirements;
- Maintaining harmony among workers and resolving grievances;
- Performing or assisting subordinates in performing duties;
- Ensuring disciplinary procedures are conducted in accordance with e in a fair, timely, and consistent manner;
- Uphold the company's commitment to Equal Employment Opportunity; Carrying out supervisory responsibilities in accordance with the organization's policies and applicable laws;
- Ability to comply with attendance/tardiness standards.

## Essential Skills and Qualifications:

- Must be at least 18 years of age.
- 1 year certificate from a college or technical school 6 months to 1 year job related experience preferred
- Valid Driver's License Possess/Maintain a valid Driver's License and other government agency required identification/seals or authorizations
- Must be able to speak, read, and write in English
- Ability to perform basic math calculations
- Must pass pre-employment drug test
- Must be available and flexible to work variable shifts including weekends and holidays Work is done indoors and outdoors.
- Must be comfortable working in all weather conditions with exposure to loud noises
- Able to routinely lift, push and pull up to 70 lbs.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

## Employee Acknowledgement

I, _____, acknowledge review of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 



# Job Description

## Operations Supervisor – Ground Handling

**Reports to:** General Manager
**Location:** City, State | Airport code

**Overview**

This role is responsible for directing the work of all station agents as they perform all aspects of the operation to include customer service operations, baggage services, cargo, and ramp services functions. Besides supervision you will be an integrated part of the operations process and perform some of the above tasks. Position requires heavy lifting, pushing, pulling, bending, stretching and frequent kneeling. Adheres to all standards, procedures ensuring all work is performed safely and is supported by following established procedures and protocols.

**Main accountabilities include:**

- Supervise ramp and passenger service agents, allocating staffing resources as needed.
- Complete shift reports and clear all exceptions from the T&A system in a timely manner.
- Ensure that personnel adhere to established company safety regulations.
- Read and interpret aircraft weight and balance loading instructions, hazardous material identification labels, aircraft loading manifest, and baggage and cargo routing tags.
- Assist in the baggage handling area.
- May occasionally operate various pieces of ground support equipment.
- Other duties as assigned.

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.

*People. Passion. Pride.* Since 1833.

- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be at least 18 years of age.
- Must have a high school diploma or GED.
- Ability to proficiently read, write and speak English.
- Excellent communication skills.
- Able to remain calm and efficient under pressure.
- Must have a current valid driver's license with no violations over the past 5 years.
- Competent in handling difficult situations.
- Ability to safely lift up to 70 pounds.
- Advanced computer skills.
- Must pass all pre-employment testing to include drug testing and a physical.
- Must be able to obtain and maintain all required airports and customs badges/seals.
- Must be available and flexible to work variable shifts including weekends and holidays if required.
- Work is done primarily outdoors. Must be comfortable working in all weather conditions, work is primarily outdoors.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



People. Passion. Pride. Since 1833.



# Job Description

## Ramp Supervisor

**Job title:** Ramp Supervisor
**Department:** Ramp Operations
**Reports to:** Duty Manager
**FLSA Status:** Non – Exempt

### Overview

Accountable for day-to-day ramp operations. You will be responsible for coordinating. planning and ensuring proper staff allocation to fulfil our service standards for all Airline Partners.

### Main accountabilities include:

- Responsible for day to day operational performance, safety, security and customer satisfaction of the product through effective support and management of delivery areas.
- To consistently deliver the highest possible level of customer service at all times.
- Responsible for ensuring the airlines product is delivered consistently to demanding service level standards and on time performance targets are met.
- Staff Allocation forward planning.
- Ensure the safe and correct control of all resources on the Ramp.
- Comply with all Airlines Ground Handling Regulations as well as local Airport Authorities.
- Ensure safety and security procedures are followed according to standards set within the Menzies Health & Safety Policy Manual, and according to international aviation standards.
- Safeguard the health, safety and welfare of staff, customers and other visitors as required in full compliance with the Company's Health & Safety Policy.
- Promote an open reporting culture.
- Ensure investigations take place into any incident/accident, non-conformity or service delivery failure, with resulting corrective actions being established and then maintained.
- Work closely with GSE responsible personnel to ensure active and effective GSE management
- Stay informed as to the relevant skills and qualification levels required by staff for effective performance.
- Accountable for ongoing day to day ramp management.
- Establish and maintain a safe working environment for employees and customers to comply with Company policy and health, safety and security regulations, while promoting a "Safety First"-culture.
- Ensure tasks are performed in accordance with the Company and Airlines specific procedures and policies.
- Required to attend the mandatory training imposed by the Company and Airlines as per job role.
- Other duties as assigned

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF   

## Qualifications and Experience:

- Proven leadership skills and experience.
- Must be a minimum of 18 years of age and legally able to work in Canada
- Must have valid Driver's license and hold a DA.
- Demonstrate ability to lead, coach and develop staff.
- Well organised with meticulous attention to detail and accuracy, able to work on their own initiative to specific deadlines, have the ability to recognise and deal with challenges promptly and efficiently.
- Extensive experience in Ramp Handling and good understanding of the Operational departments.
- Proficient knowledge of the IATA Standard Ground Handling Agreement.
- Familiar with GOMs, Airline procedures, Airport procedures, Airport legislations.
- Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organisation.
- SLA driven to meet customer expectations by delivering excellence.
- Ability to drive and deliver improvement plans and the relevant follow up process.
- Ability to identify productivity efficiency or inefficiency and tailor the operational demand based on the operational dynamics within the station.
- Adaptability with regards to working with a multi-national workforce, and collaborating well with local working unions.
- Work under pressure and meet tight deadlines.
- Excellent written and verbal communication skills with employees, management, customers and outside institutions.
- Must be flexible to adapt to changing demands/circumstances/weather conditions.

- Must be available and flexible to work variable shifts including weekends and holidays.
- Must be able to lift up to 70lbs when required
- Must be able to obtain and hold all required security clearances.
- Computer literate with knowledge of Microsoft Word and Excel.

## Employee Acknowledgement:

I, _____ acknowledge review and acceptance of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.
I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature:_____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**