# TAB 13

# EXHIBIT H



Incorporating **Simplicity USA** and **ASIG**

## AGREEMENT TO BE BOUND BY ALTERNATIVE DISPUTE RESOLUTION POLICY

I agree that in the event employment disputes arise between Menzies Aviation, which includes Simplicity USA, ASIG and any other subsidiaries of Menzies Aviation, Inc., (hereinafter referred to collectively as "Menzies Aviation" or "Menzies"), on the one hand, and me, on the other hand, I agree to be bound by the Menzies Aviation ADR Policy, which provides for final and binding arbitration of employment-related disputes.

I understand that the Menzies Aviation ADR Policy applies to disputes relating to my employment and the terms and conditions of my employment (unless those terms and conditions are covered and preempted by a collective bargaining agreement grievance and arbitration process), including but not limited to my compensation, wages, claims alleging failure to compensate for all hours worked, failure to pay overtime, failure to pay minimum wage, failure to reimburse expenses, failure to pay wages upon termination, failure to provide accurate, itemized wage statements, failure to provide meal and/or rest breaks, entitlement to waiting time penalties and/or other claims involving employee wages, benefits, discipline, performance evaluations, promotions and transfers, and the termination of my employment, as defined in the ADR Policy materials. I also understand that this ADR Policy prohibits me from joining or participating in a class action or as a collective action representative, or otherwise consolidating a covered claim with the claims of others. However, this ADR policy does not apply to any claim or dispute which the courts of this jurisdiction have expressly held are not subject to mandatory arbitration.

I further acknowledge and agree that the Menzies ADR Policy applies to claims that include, but are not limited to, the following: (a) alleged violations of federal, state and/or local constitutions, statutes or regulations, (including but not limited to claims under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Age Discrimination in Employment Act of 1967, the Equal Pay Act, the Family and Medical Leave Act, the California Fair Employment and Housing Act, the California Family Rights Act, the California Pregnancy Disability Leave Law, or any other statutory or common law scheme prohibiting, among other things, discrimination or harassment because of race, color, age, religious creed, national origin, ancestry, disability, sexual orientation, gender identity and sex; (b) claims based on any purported breach of contractual obligation, including breach of the covenant of good faith and fair dealing (unless covered and preempted by a collective bargaining agreement grievance and arbitration process); (c) claims of wrongful termination or constructive termination (unless covered and preempted by a collective bargaining agreement grievance and arbitration process); (d) claims based on any purported breach of duty arising in tort, including violations of public policy, for emotional distress and defamation (unless covered and preempted by a collective bargaining agreement grievance and arbitration process); and (e) claims related to the payment or non-payment of wages, expenses and/or the provisions of breaks as required by law, including, but not limited to, alleged violations of the California Labor Code, the wage order applicable to my industry, the Fair Labor Standards Act and any other statutory scheme governing wages (unless covered and preempted by a collective bargaining agreement grievance and arbitration process).

<u>In consideration of Menzies Aviation's return agreement to be bound by the Menzies Aviation ADR Policy and have any and all claims arising out of the employment relationship it may have against me resolved in arbitration, and pay the arbitration fees as described therein, it is agreed that the Alternative Dispute Resolution Policy attached hereto which provides for final and binding arbitration, is the exclusive means for resolving</u>

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

<u>Covered Disputes as defined in the Alternative Dispute Resolution Policy. No other action may be brought in court or in any other forum. I understand that this Agreement is a waiver of all rights to a civil court action for all disputes relating to my employment, the terms and conditions of my employment and/or the termination of my employment whether brought by me or by Menzies. Only an arbitrator, not a judge or jury, will decide the dispute, and any dispute relating to the interpretation or application of this Agreement, including enforceability, revocability, or validity, shall be decided by an arbitrator and not by a court or judge. In addition, I understand I am prohibiting from joining a class action or acting as a collective action representative, or otherwise consolidating a covered claim with the claims of others. I understand that if I do not wish to be bound by this Agreement, I must opt out by following the steps outlined in this Agreement. I agree that my failure to opt out will demonstrate my intention to be bound by this Agreement and my agreement to arbitrate all disputes arising out of or related to your employment as set forth below</u>. Nothing contained in this Agreement is intended to require arbitration of any matter or claim which the courts of this jurisdiction have expressly held are not subject to mandatory arbitration.

I also acknowledge and agree that the following types of disputes are expressly excluded and not covered by this policy: (a) disputes related to workers' compensation and unemployment insurance; and (b) disputes or claims that are expressly excluded by federal or state statute from mandatory arbitration or are expressly required to be arbitrated only under a different procedure pursuant to the terms of an employee benefit plan or collective bargaining agreement. I also acknowledge and agree that nothing in this ADR Policy prohibits any employee from filing a charge with a state or federal administrative agency, such as the U.S. Equal Employment Opportunity Commission, the California Department of Fair Employment and Housing, or the National Labor Relations Board. A state or federal administrative agency would also be free to pursue any appropriate action. However, any claim that is not resolved administratively through such an agency shall be subject to this agreement to arbitrate and the ADR Policy.

I understand that I have the opportunity to ask questions regarding anything contained in the Menzies ADR Policy prior to my execution of my agreement to be bound by the Menzies ADR Policy.

I also understand that I am free at any time during my employment to opt out of my agreement to be bound by the Menzies ADR Policy and that I must take specific action to participate in legal action in court and/or to participate in any class action, collective action, or representative action. I understand that Menzies does not require arbitration as a mandatory condition of my employment, so if I want to opt out of this Agreement, I may do so by submitting a written request to opt out to Human Resources. I also understand that if I opt out, my revocation shall be prospective in character as explained in the ADR Policy. I understand that if I do opt out of this Agreement, I will not be subject to any adverse employment action or be retaliated against in any way because of my decision to opt out. I am aware that I have had an opportunity to consult with an attorney regarding this Agreement and how it affects my rights.

Nothing contained in this Agreement To Be Bound By Alternative Dispute Resolution Policy is intended to require arbitration of any matter or claim which the courts of this jurisdiction have expressly held are not subject to mandatory arbitration. Unlike the provisions of the Menzies Aviation Employee Handbook, the terms of this Agreement To Be Bound By Alternative Dispute Resolution Policy are contractual in nature.

By signing below, I acknowledge that I have reviewed and agreed to the terms and conditions set forth in the ADR Policy and this Agreement. I further understand that I may change my mind and opt out of this Agreement at any time during my employment, and that my revocation will be prospective in character and shall not apply to any claims initiated prior to opting out of the ADR Policy or to any claims based on facts occurring before you deliver your written request to revoke your agreement to be bound by the ADR Policy.

I, _Dora Patricia Amaya_____, acknowledge that I have read the above policy.

_8/28/2021_____
Date

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

| | |
|---|---|
| **Electronically Signed By**<br>Dora Patricia Amaya | Dora Patricia Amaya |
| Employee Signature | Employee Name (Printed) |
| **Electronically Signed By**<br>Nelly Marin | 8/28/2021 |
| For Menzies Aviation | Date |

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF    M

P000136
ADR Agreement (CA) | v1/Rev 1 | Page 3 of 3    © Menzies Aviation 2017

Page 313



## AGREEMENT TO BE BOUND BY ALTERNATIVE DISPUTE RESOLUTION POLICY

I agree that in the event employment disputes arise between Menzies Aviation, Inc., including any subsidiaries of Menzies Aviation, Inc., (hereinafter referred to collectively as "Menzies Aviation" or "Menzies"), on the one hand, and me, on the other hand, I agree to be bound by the Menzies Aviation ADR Policy, which provides for final and binding arbitration of employment-related disputes.

I understand that the Menzies Aviation ADR Policy applies to disputes relating to my employment and the terms and conditions of my employment, including but not limited to my compensation, wages, claims alleging failure to compensate for all hours worked, failure to pay overtime, failure to pay minimum wage, failure to reimburse expenses, failure to pay wages upon termination, failure to provide accurate, itemized wage statements, failure to provide meal and/or rest breaks, entitlement to waiting time penalties and/or other claims involving employee wages, benefits, discipline, performance evaluations, promotions and transfers, and the termination of my employment, as defined in the ADR Policy materials. I also understand that this ADR Policy prohibits me from joining or participating in a class action or as a collective action representative, or otherwise consolidating a covered claim with the claims of others. However, this ADR policy does not prohibit me from acting as a private attorney general or participating in a private attorneys general action as allowed for under the California Labor Code.

I further acknowledge and agree that the Menzies ADR Policy applies to claims that include, but are not limited to, the following: (a) alleged violations of federal, state and/or local constitutions, statutes or regulations, (including but not limited to claims under Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act, the Age Discrimination in Employment Act of 1967, the Equal Pay Act, the Family and Medical Leave Act, the California Fair Employment and Housing Act, the California Family Rights Act, the California Pregnancy Disability Leave Law, or any other statutory or common law scheme prohibiting, among other things, discrimination or harassment because of race, color, age, religious creed, national origin, ancestry, disability, sexual orientation, gender identity and sex; (b) claims based on any purported breach of contractual obligation, including breach of the covenant of good faith and fair dealing; (c) claims of wrongful termination or constructive termination; (d) claims based on any purported breach of duty arising in tort, including violations of public policy, for emotional distress and defamation; and (e) claims related to the payment or non-payment of wages, expenses and/or the provisions of breaks as required by law, including, but not limited to, alleged violations of the California Labor Code, the wage order applicable to my industry, the Fair Labor Standards Act and any other statutory scheme governing wages.

<u>In consideration of and as a material condition of employment with Menzies Aviation, and in consideration of Menzies Aviation's return agreement to be bound by the Menzies Aviation ADR Policy and have any and all claims arising out of the employment relationship it may have against me resolved in this forum, and pay the arbitration fees as described therein, it is agreed that the Alternative Dispute Resolution Policy attached hereto which provides for final and binding arbitration, is the exclusive means for resolving Covered Disputes as defined in the Alternative Dispute Resolution Policy. No other action may be brought in court or in any other forum.</u> I

© Menzies Aviation 2009  Updated 07/2014



<u>understand that this Agreement is a waiver of all rights to a civil court action for all disputes relating to my employment, the terms and conditions of my employment and/or the termination of my employment whether brought by me or by Menzies. Only an arbitrator, not a judge or jury, will decide the dispute. In addition, I understand I am prohibiting from joining a class action or acting as a collective action representative, or otherwise consolidating a covered claim with the claims of others.</u>

I also acknowledge and agree that the following types of disputes are expressly excluded and not covered by this policy: (a) disputes related to workers' compensation and unemployment insurance; (b) disputes or claims that are expressly excluded by federal or state statute or are expressly required to be arbitrated under a different procedure pursuant to the terms of an employee benefit plan; and (c) private attorneys general actions as allowed for under the California Labor Code. I also acknowledge and agree that nothing in this ADR Policy prohibits any employee from filing a charge with a state or federal administrative agency, such as the U.S. Equal Employment Opportunity Commission, the California Department of Fair Employment and Housing, or the National Labor Relations Board. A state or federal administrative agency would also be free to pursue any appropriate action. However, any claim that is not resolved administratively through such an agency shall be subject to this agreement to arbitrate and the ADR Policy.

I understand that I have the opportunity to ask questions regarding anything contained in the Menzies ADR Policy prior to my execution of my agreement to be bound by the Menzies ADR Policy.

Nothing contained in this Agreement To Be Bound By Alternative Dispute Resolution Policy is intended to require arbitration of any matter or claim which the courts of this jurisdiction have expressly held are not subject to mandatory arbitration.

Unlike the provisions of the Menzies Aviation Employee Handbook, the terms of this Agreement To Be Bound By Alternative Dispute Resolution Policy are contractual in nature.

5/2/2015
_____
Date

Digitally Signed By: Anibal Aexis Silva on 5/2/2015
_____
Employee Signature

Anibal Aexis Silva
_____
Employee Name (Printed)

By: Digitally Signed By: Aurea Quinonez on 5/7/20
_____
For Menzies Aviation

5/7/2015
_____
Date

© Menzies Aviation 2009  Updated 07/2014