# TAB 14

CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
KALEB N. BERHE, CA Bar No. 302080
   kberhe@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
   kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendant
MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>                Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>                Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**DECLARATION OF CASS BORTHWICK IN SUPPORT OF DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:    February 20, 2025<br>Time:   10:00 a.m.<br>Ctrm.:   5B, 5th Floor<br>Judge:  Hon. Hernán D. Vera<br><br>Complaint Filed:  August 19, 2022<br>FAC Filed:          August 30, 2022<br>SAC Filed:          May 9, 2023 |

# DECLARATION OF CASS BORTHWICK

I, CASS BORTHWICK, hereby state and declare as follows:

1. I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2. I work for the Menzies Aviation Enterprise ("Menzies") at its facility located at the Los Angeles International Airport ("LAX").

3. I have worked for Menzies in various locations and roles since 2006.

4. I am currently employed as the General Manager of Ground Handling for LAX. I have been employed in this position since June 2024.

5. From October 2023 to June 2024, I worked for Menzies as the General Manager of Ground Handling for the Auckland Airport in New Zealand.

6. From May 2021 to October 2023, I worked in ground handling for Menzies in various airports throughout Australia.

7. From 2013 to 2021, I worked for Menzies at LAX, initially as Cargo Manager and then as Operations Manager – Ground Handling.

8. As the General Manager of Ground Handling for LAX, I manage and oversee the following positions, among others: Lost & Found Bag Agent, Operations Supervisor - Ground Handling, Passenger Service Agent, Passenger Service Agent – Lost & Found, Passenger Service Lead Agent, Passenger Service Supervisor, Ramp Supervisor, and Operations Coordinator Supervisor (collectively, the "Positions"). I have personal knowledge of the day-to-day job requirements of each of the Positions.

9. The job descriptions for the Positions are attached hereto as **Exhibit A**. I am familiar with each such job description, and each job description accurately reflects the general job duties of the corresponding position. However, the job descriptions do not necessarily reflect important details about the job duties of the Positions, such as the frequency with which employees perform such duties or the details of what such listed duties specifically entail.

### Operations Supervisor - Ground Handling

10. The primary responsibility of the Operations Supervisor – Ground Handling is to make sure that the appropriate machinery and related equipment for loading and unloading aircraft (*e.g.*, dollies, tugs, pushback vehicles, belt loaders, etc.) is in the right place at the right time for arrivals and departures. Operations Supervisors move loading/unloading machinery and related equipment between airline gates themselves. They also supervise the loading of aircraft and coordinate the work of ground handling staff.

11. The primary job duties of an Operations Supervisor do not include any physical movement of passenger baggage or cargo.

12. Infrequently, and only if short-staffed, Operations Supervisors will assist with physically loading and unloading passenger luggage onto or off of aircraft. When this occurs, their assistance usually involves looking inside containers to confirm that the correct luggage is being loaded onto the correct aircraft, but on rare occasions it involves physically loading and unloading passenger luggage.

13. Based on my experience, an Operations Supervisor in Ground Handling spends about 5% of their time, at most, during the average workweek helping to load and unload passenger luggage onto or off of aircraft if there is a staffing shortage.

### Passenger Service Agent

14. The primary responsibilities of the Passenger Service Agent include: checking in passengers before their flight, tagging checked baggage from customers, answering customer questions, and handling other miscellaneous customer-service related tasks, such as helping customers navigate the airport.

15. Passenger Service Agents assist passengers with the process of checking their luggage before boarding a flight. The passenger places his or her bag on a scale, and after the bag has been weighed, the Passenger Service Agent moves the bag a couple of feet at most from the scale to the floor area behind himself/herself. Once the bag is on

the floor, a Ramp Agent takes the bag and puts it onto a conveyor belt. Passenger Service Agents do not place luggage on the conveyor belt.

16. Other than lifting passenger bags from the scale as described above, the Passenger Service Agent does not touch or move baggage or cargo.

17. Passenger Service Agents never, under any circumstance, move passenger baggage or any cargo onto or off of aircraft.

**Passenger Service Agent – Lost & Found**

18. The primary responsibilities of the Lost & Found Passenger Service Agent include identifying, taking possession of, and returning lost passenger baggage.

19. On occasion, Passenger Service Agents in Lost & Found may identify a lost passenger bag (for example, a bag that was abandoned on the carousel at baggage claim) and bring it to Menzies' on-site office space using a baggage cart. Passenger Service Agents in Lost & Found may perform this task approximately three times in an average workday.

20. In the rare instance that a passenger loses their baggage because the passenger forgets to retrieve it from a carousel or when baggage is accidentally placed on the wrong flight, which effectively creates a break in the baggage's continuous transit, Passenger Service Agents in Lost & Found may take the lost or abandoned bag from Menzies' on-site office space and return it to the passenger. Passenger Service Agents in Lost & Found may engage in this activity around two times in an average workweek. Typically when this happens, the baggage is delivered to the passenger's home by a third-party delivery service.

21. Other than the activities described above, the Passenger Service Agents in Lost & Found do not touch or move any baggage or cargo.

22. Passenger Service Agents in Lost & Found never, under any circumstances, move passenger baggage or any cargo onto or off of planes.

//
//

**Lost & Found Bag Agent**

23. The Lost & Found Bag Agent has the same job duties and responsibilities as the Lost & Found Passenger Service Agent described in Paragraphs 18-22.

24. The only difference between the Lost & Found Bag Agent and the Lost & Found Passenger Service Agent is the job title.

**Passenger Service Lead Agent**

25. The primary responsibilities of the Passenger Service Lead Agent are to supervise the Passenger Service Agents and to resolve any issues passengers might raise, such as problems with ticketing or check-in or other miscellaneous customer-service issues. There is one Passenger Service Lead Agent assigned to every flight.

26. On occasion, the Passenger Service Lead Agent will handle the job responsibilities of a Passenger Service Agent only when short-staffed, in which case they engage in the same job duties described above in Paragraphs 14 and 15. Passenger Service Lead Agents perform the job responsibilities of a Passenger Service Agent approximately 50% of the time.

27. Other than when a Passenger Service Lead Agent handles the job duties of a Passenger Service Agent by checking in passengers, a Passenger Service Lead Agent does not touch or move passenger baggage or cargo.

**Passenger Service Supervisor**

28. Passenger Service Supervisors are stationed at a service desk. Their primary responsibilities are similar to the Passenger Service Lead Agent. They resolve any passenger issues, such as problems with ticketing, check-in, or other miscellaneous customer-service issues.

29. Like the Passenger Service Lead Agents, the Passenger Service Supervisors may occasionally handle the job duties of a Passenger Service Agent described above in Paragraphs 14 and 15 when short-staffed. On average, this happens approximately five times per day.

30. Other than when Passenger Service Supervisors handle the job duties of a Passenger Service Agent, a Passenger Service Supervisor does not touch or move passenger baggage or cargo.

31. Based on my experience, a Passenger Service Supervisor spends no more than 20% of any given workweek performing the job duties of a Passenger Service Agent which sometimes include momentarily moving bags from a scale to the floor area directly behind them.

### Ramp Supervisor

32. For all intents and purposes, the Ramp Supervisor has the same job duties and responsibilities as the Operations Supervisor – Ground Handling.

33. The primary job duties of the Ramp Supervisor do not include the movement of passenger baggage or cargo.

34. Infrequently, and only if short-staffed, the Ramp Supervisor will assist with loading and unloading passenger baggage onto or off aircraft. When this occurs, the assistance usually involves looking in containers to confirm that the correct baggage is being loaded onto the correct aircraft, but on rare occasions it involves physically loading and unloading passenger baggage.

35. Based on my experience, at most, a Ramp Supervisor would only assist with loading and unloading passenger luggage onto or off of aircraft about 5% of their time during the average workweek.

### Operations Coordinator Supervisor

36. The primary responsibilities of the Operations Coordinator Supervisor are to support the administrative functions of the ramp operation which include creating employee schedules around flight schedules, monitoring compliance with attendance policies, issuing employee discipline, and monitoring manpower needs to re-assign employees across teams when necessary to meet customer expectations.

37. The Operations Coordinator Supervisor position is a purely administrative role that is performed exclusively in an office area.

CASS BORTHWICK DECL ISO MOTION TO COMPEL ARBITRATION
6    Case No. 2:22-cv-05915-HDV-MARx

38. The Operations Coordinator Supervisor does not, under any circumstance, move or otherwise touch passenger luggage or cargo. They are not trained or qualified to move passenger luggage or cargo and are thus prohibited by company policy from doing so.

39. I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on Dec 27, 2024 at Los Angeles (city), California.

_____
CASS BORTHWICK