# TAB 15

# EXHIBIT A

**Lost and Found Bag Agent**



| Job title | *Lost and Found Bag Agent (BSO)* | | |
|-----------|----------------------------------|---|---|
| **Reports to** | *Passenger Services Manager* | | |
| **Salary** | *Non-Exempt (hourly)* | **Location** | |

### Job Summary and Mission

The Lost and Found Bag Agent will be responsible for coordinating and handling customer baggage check-in and misplaced/lost baggage claims, providing reports to carriers and assist customers with travel information.

### Key Responsibilities

- Ability to read IATA tickets to determine flight departure times and connecting carriers.
- Screens all interline passengers prior to placing bags on the interline return belts.
- Ensures baggage tagging is correct.
- Direct and assist passengers with mis-checked or short checked bags.
- Handles misplaced/lost baggage claims and provides reports to Carriers.
- Evaluates customer's need concerning airline locations.
- Is able to meet the Station's attendance standards.
- Other duties as assigned.

### Qualifications

- Must be at least 18 years of age.
- Must pass pre-employment drug screen.
- Ability to proficiently read, write and speak English.
- Must be comfortable lifting 70lbs.
- Must be able to stand for long periods of time at the ticket counter and Arrivals areas.
- Must pass FBI background check and obtain US Customs seal.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Prior Customer Service Experience Strongly Preferred
- Intermediate Computer Skills Required
- ***Please note: a valid state driver's license may vary by location, as not all Menzies Aviation Station's may require a driver's license for baggage coordinator duties

### Knowledge, Skills and Abilities
- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

### Benefits

- $_____/hour
- Advancement Opportunities
- Health, Dental, Vision, 401K

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

**Lost and Found Bag Agent**



- Life and Short-Term Disability Insurance
- Paid Vacation
- Paid Training
- Uniform Provided

## Working Conditions

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly exposed to moving mechanical parts. The noise level in the work environment is usually loud.

## Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms; talk and hear. The employee must regularly lift and/or move up to 70 lbs.

**EEO Statement**

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful, and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline, and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com*

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

| Approved by: | *Leadership approval* |
|---|---|
| **Date approved:** | *Date upon which the job description was approved* |
| **Reviewed:** | *Date when the job description was last reviewed* |

*Ideally, a job description should be reviewed annually and updated as often as necessary.*

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 



# Job Description

## Operations Supervisor – Ground Handling

**Reports to:** General Manager
**Location:** City, State | Airport code

_____

**Overview**
This role is responsible for directing the work of all station agents as they perform all aspects of the operation to include customer service operations, baggage services, cargo, and ramp services functions. Besides supervision you will be an integrated part of the operations process and perform some of the above tasks. Position requires heavy lifting, pushing, pulling, bending, stretching and frequent kneeling. Adheres to all standards, procedures ensuring all work is performed safely and is supported by following established procedures and protocols.

**Main accountabilities include:**

- Supervise ramp and passenger service agents, allocating staffing resources as needed.
- Complete shift reports and clear all exceptions from the T&A system in a timely manner.
- Ensure that personnel adhere to established company safety regulations.
- Read and interpret aircraft weight and balance loading instructions, hazardous material identification labels, aircraft loading manifest, and baggage and cargo routing tags.
- Assist in the baggage handling area.
- May occasionally operate various pieces of ground support equipment.
- Other duties as assigned.

_____

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.

**People. Passion. Pride.** Since 1833.   Page 328

- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be at least 18 years of age.
- Must have a high school diploma or GED.
- Ability to proficiently read, write and speak English.
- Excellent communication skills.
- Able to remain calm and efficient under pressure.
- Must have a current valid driver's license with no violations over the past 5 years.
- Competent in handling difficult situations.
- Ability to safely lift up to 70 pounds.
- Advanced computer skills.
- Must pass all pre-employment testing to include drug testing and a physical.
- Must be able to obtain and maintain all required airports and customs badges/seals.
- Must be available and flexible to work variable shifts including weekends and holidays if required.
- Work is done primarily outdoors. Must be comfortable working in all weather conditions, work is primarily outdoors.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



People. Passion. Pride. Since 1833.



**MENZIES AVIATION**

# Job Description, Passenger Service Agent

**Job Title:** Passenger Service Agent
**Department:** Ramp Operations
**Reports To:** Passenger Service Manager
**FLSA Status:** Non-exempt

**Essential Duties and Responsibilities:**
- Checking in passengers for flights at the ticket counter and gates;
- Verifying passenger documentation;
- Assigning seats and providing gate information;
- Checking baggage;
- Hosting self-service kiosks;
- Ensure that all work areas are functional (check-in, lobby, gate, baggage);
- Be enthusiastic about offering assistance where needed in all areas of passenger services;
- Adhere to Menzies uniform guidelines and codes of conduct;
- Work in a team environment;

**Required Skills:**
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be at least 18 Year of age;
- Capable of lifting comfortably 70 lbs;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment medical;
- Must pass a drug test;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass an FBI background check and obtain a custom seal;

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1142
E: www.menziesaviation.com



**MENZIES AVIATION**

# Job Description, Passenger Service Agent Lost and Found

**Job Title:**      Passenger Service Agent – Lost and Found
**Department:**    Ramp Operations
**Reports To:**     Passenger Service Manager
**FLSA Status:**   Non-exempt

**Essential Duties and Responsibilities:**
- Work with internal and external clients to locate lost luggage
- Receive and Assist Passenger Lost Luggage Claims
- Checking in passengers for flights at the ticket counter and gates;
- Verifying passenger documentation;
- Assigning seats and providing gate information;
- Checking baggage;
- Hosting self-service kiosks;
- Ensure that all work areas are functional (check-in, lobby, gate, baggage);
- Be enthusiastic about offering assistance where needed in all areas of passenger services;
- Adhere to Menzies uniform guidelines and codes of conduct;
- Work in a team environment.

**Required Skills:**
- Knowledge of World Tracer or other lost luggage management system
- Maintain a valid driver's license.
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience.
- Must be at least 18 Year of age;
- Capable of lifting comfortably 70 lbs;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment medical;
- Must pass a drug test;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass an FBI background check and obtain a custom seal;

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245



**MENZIES
AVIATION**

## Job Description Passenger Service Lead Agent

| | |
|---|---|
| **Job Title:** | Passenger Service Lead Agent LAX |
| Department: | Ramp Operations |
| Reports To: | Passenger Service Manager |
| FLSA Status: | Non-Exempt |

**Essential Duties and Responsibilities**
- Maintain and lead by example all duties of a passenger service agent.
- Mentorship / Training and development of all agents;
- Assist the Passenger Service Manager / Supervisor with administrative functions including payroll management,
- Progressive discipline process, recruitment and conflict resolution;
- Management of irregular flight operations;
- Performs new employee introduction to work area, work rules, uniform policy, time clock process, office-terminal procedures and provides overview of department operations;
- Trains employees on specifics or assigns employees to work with an experienced representative;
- Ensures that employees are fully trained on company policies and procedures.
- Interfaces with other departments to ensure that service issues are addressed and corrected to ensure quality of service;
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all customer service complaints with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.
- Proficiency in above the wing handling duties to include but not limited to ticketing counter, gate, baggage  service, operations, arrivals, and turn coordinator functions.

**Required Skills:**
- Ability to lead up to 10-15 passenger service representatives;
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a  drug test;
- Must be able to pass a ten-year background check as required by US Customs;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**



**MENZIES
AVIATION**

## Job Description, Passenger Service Supervisor

**Job Title:** Passenger Service Supervisor LAX
**Department:** Ramp Operations
**Reports To:** Passenger Service Assistant Manager
**FLSA Status:** Non-Exempt

**Essential Duties and Responsibilities**
- Training and development of junior supervisors;
- Assist the Passenger Service Manager with administrative functions including payroll management,
- Progressive discipline process, recruitment and conflict resolution;
- Management of irregular flight operations;
- Attend regular airport stakeholder meetings;
- Performs new employee introduction to work area, work rules, uniform policy, time clock process, office-terminal procedures and provides overview of department operations;
- Trains employees on specifics or assigns employees to work with an experienced representative;
- Ensures that employees are fully trained on company policies and procedures.
- Interfaces with other departments to ensure that service issues are addressed and corrected to ensure quality of service;
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all customer service complaints with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.
- Proficiency in above the wing handling duties to include but not limited to ticketing counter, gate, baggage service, operations, arrivals, and turn coordinator functions.
- Perform weekly SMART audits in accordance to Menzies standards

**Required Skills:**
- Ability to supervise up to 10-15 passenger service representatives;
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a drug test;
- Must be able to pass a ten-year background check as required by US Customs;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

**T: 310-414-1155**
**F: 310-414-1159**
**E:** www.menziesaviation.com

**880 Parkview Drive North**
**El Segundo, Ca. 90245**



**MENZIES
AVIATION**

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

Page 335



# Job Description

## Ramp Supervisor

**Job title:**    Ramp Supervisor
**Department:**   Ramp Operations
**Reports to:**   Duty Manager
**FLSA Status:**  Non – Exempt

### Overview

Accountable for day-to-day ramp operations.  You will be responsible for coordinating. planning and ensuring proper staff allocation to fulfil our service standards for all Airline Partners.

### Main accountabilities include:

- Responsible for day to day operational performance, safety, security and customer satisfaction of the product through effective support and management of delivery areas.
- To consistently deliver the highest possible level of customer service at all times.
- Responsible for ensuring the airlines product is delivered consistently to demanding service level standards and on time performance targets are met.
- Staff Allocation forward planning.
- Ensure the safe and correct control of all resources on the Ramp.
- Comply with all Airlines Ground Handling Regulations as well as local Airport Authorities.
- Ensure safety and security procedures are followed according to standards set within the Menzies Health & Safety Policy Manual, and according to international aviation standards.
- Safeguard the health, safety and welfare of staff, customers and other visitors as required in full compliance with the Company's Health & Safety Policy.
- Promote an open reporting culture.
- Ensure investigations take place into any incident/accident, non-conformity or service delivery failure, with resulting corrective actions being established and then maintained.
- Work closely with GSE responsible personnel to ensure active and effective GSE management
- Stay informed as to the relevant skills and qualification levels required by staff for effective performance.
- Accountable for ongoing day to day ramp management.
- Establish and maintain a safe working environment for employees and customers to comply with Company policy and health, safety and security regulations, while promoting a "Safety First"-culture.
- Ensure tasks are performed in accordance with the Company and Airlines specific procedures and policies.
- Required to attend the mandatory training imposed by the Company and Airlines as per job role.
- Other duties as assigned

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

## Qualifications and Experience:

- Proven leadership skills and experience.
- Must be a minimum of 18 years of age and legally able to work in Canada
- Must have valid Driver's license and hold a DA.
- Demonstrate ability to lead, coach and develop staff.
- Well organised with meticulous attention to detail and accuracy, able to work on their own initiative to specific deadlines, have the ability to recognise and deal with challenges promptly and efficiently.
- Extensive experience in Ramp Handling and good understanding of the Operational departments.
- Proficient knowledge of the IATA Standard Ground Handling Agreement.
- Familiar with GOMs, Airline procedures, Airport procedures, Airport legislations.
- Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organisation.
- SLA driven to meet customer expectations by delivering excellence.
- Ability to drive and deliver improvement plans and the relevant follow up process.
- Ability to identify productivity efficiency or inefficiency and tailor the operational demand based on the operational dynamics within the station.
- Adaptability with regards to working with a multi-national workforce, and collaborating well with local working unions.
- Work under pressure and meet tight deadlines.
- Excellent written and verbal communication skills with employees, management, customers and outside institutions.
- Must be flexible to adapt to changing demands/circumstances/weather conditions.

- Must be available and flexible to work variable shifts including weekends and holidays.
- Must be able to lift up to 70lbs when required
- Must be able to obtain and hold all required security clearances.
- Computer literate with knowledge of Microsoft Word and Excel.

## Employee Acknowledgement:

I, _____ acknowledge review and acceptance of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.
I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature:_____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



| Job title | *Operations Coordinator Supervisor* | | |
|---|---|---|---|
| **Reports to** | *Operations Manager/General Manager* | | |
| **Salary** | *Non-Exempt (hourly)* | **Location** | |
| **Bonus Eligible** | *Y / N (circle)* | **Bonus Percentage** | *%* |
| **Travel** | *Y / N (circle)* | **Travel Percentage** | *%* |

### Job Summary and Mission

As a Menzies Aviation Operations Supervisor, you will be responsible for effectively planning and communicating aircraft parking configuration for the Airport. The operations supervisor will direct the remote parking of aircraft and the plan to deliver aircraft to the gate. They will also coordinate with ramp and maintenance personal to reposition aircraft according to operational needs; along with forecasting city gate usage while being fiscally responsible.

### Key Responsibilities

- Understanding of the facility to best service the customer and employees, regarding constraints that the airport may cause
- Effectively plan and communicate gate changes in advance of conflicts, to ensure fuel savings
- Examine crew connections, plan for down line weather delays, monitor compression and plan accordingly
- Quick to forecast/react to problems that may arise, causing the parking plan to change
- Monitors international arrivals and departures
- Perform as a mentor to other employees and provide training to new employees
- Some responsibilities may include interviewing, hiring, and training employees; appraising performance; rewarding and disciplining employees; addressing complaints and resolving problems as needed for violations of company policy
- Effective communication with other departments and internal customers
- Must be able to direct others and give clear directions
- Complete shift reports and sign timecards
- Assist in the preparation of performance evaluation forms
- Prepare disciplinary incident and or termination reports
- Assist in the baggage handling area
- Conduct shift briefings to ensure staff is organized and informed
- Able to organize and disseminate accurate operational information

### Qualifications

- Must be 18 years of age or older
- Possess and maintain a valid US driver's license with a clean driving record
- Pass pre-employment drug screen and all pre-employment testing
- Ability to proficiently read, write and speak English
- Must be comfortable lifting 70lbs repetitively
- Must be comfortable working in all weather conditions

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

**Operations Coordinator Supervisor**



- Pass FBI background and obtain US Customs Seal
- Must be available and flexible to work variable shifts including weekends and holidays
- Must have high school diploma, GED or six months experience as an Operations Agent
- Excellent communication skills
- Ability to remain calm and efficient under pressure
- Competent in handling difficult situations
- Advanced Computer Skills

**Knowledge, Skills and Abilities**
- Ability to learn quickly
- Ability to understand and carry out oral and written instructions and request clarification when needed
- Strong interpersonal skills
- Ability to work as part of a team
- Ability to build relationships

**Benefits**

- $___/hour
- Advancement Opportunities to Lead, Supervisor and Manager
- Three Health Plans through Meritain Health that offer a variety of coverage
- Two Dental Plans through Delta Dental
- Vision Insurance Plan through Met Life Vision
- Paid Vacation
- Accident Coverage Plan
- Critical Illness Coverage Plan
- Hospital Indemnity Coverage Plan
- Company Paid Employee Basic Life and AD&D Insurance $20,000.
- Voluntary Life and AD&D Insurance
- Voluntary Short-Term and Long-Term Disability Insurance
- 401K Savings Plan
- Employee Assistance Program
- Prepaid Legal Coverage Plan
- Identity Theft Protection Plan
- Pet Discount Coverage and Pet Insurance Plan
- Uniform Provided

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee may regularly work in outside weather conditions. The employee frequently works near moving mechanical parts, high voltages and high hydraulic/pneumatic pressures. The employee is also frequently exposed to very loud noise levels, fumes or airborne particles and hazardous substances, materials or waste.  The employee occasionally works in high, precarious places.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



**Operations Coordinator Supervisor**



Some work is done indoors; however, the individual may work near terminals with consistently open doors where harsh weather conditions could affect the indoor environment. The Operations Agent team is provided a Menzies Aviation uniform including a coat.

## Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employee may also engage in debris removal which involves lifting, bending and stooping. The employee must frequently lift and/or move up to 25 pounds and occasionally lift and/or move up to 70 pounds.

## EEO Statement

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com*

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

| Candidate Signature: | |
|---|---|
| Date: | |

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



**Operations Coordinator Supervisor**



