# TAB 16

CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
KALEB N. BERHE, CA Bar No. 302080
   kberhe@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
   kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendant
MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>              Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>              Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**DECLARATION OF DAVE FUNES IN SUPPORT OF DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:    February 20, 2025<br>Time:   10:00 a.m.<br>Ctrm.:   5B, 5th Floor<br>Judge:  Hon. Hernán D. Vera<br><br>Complaint Filed:  August 19, 2022<br>FAC Filed:          August 30, 2022<br>SAC Filed:          May 9, 2023 |

# DECLARATION OF DAVE FUNES

I, DAVE FUNES, hereby state and declare as follows:

1. I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2. I worked for the Menzies Aviation Enterprise ("Menzies") at its facility located in the Los Angeles International Airport ("LAX") from 2013 until November 30, 2024, when I voluntarily resigned my employment to take a position with another company.

3. From 2015 to 2020, I was a Passenger Service Manager at LAX. I was subsequently promoted to the General Manager of Cargo Operations. I held the position of General Manager of Cargo Operations from 2020 until my employment ended on November 30, 2024.

4. As a Passenger Service Manager I oversaw all of the above-the-wing operations (i.e., baggage, lost and found, and customer interactions with passengers) for three different airlines.

5. As a Passenger Service Manager, I managed and oversaw the following positions, among others: Baggage Coordinator, Passenger Service Agent, Passenger Service Agent – Lost & Found, Passenger Service Lead Agent, Passenger Service Supervisor, and Service Desk Agent – LAX.

6. As the General Manager of Cargo Operations I oversaw the ground handling for all imports and exports at LAX for various airlines.

7. As the General Manager of Cargo Operations, I managed and oversaw the following positions, among others: Cargo Agent, Cargo Office Lead, Cargo Office Supervisor, and Cargo Screening Agent.

8. The positions listed in Paragraphs 5 and 7 above are referred to herein collectively as the "Positions." Because of my experiences as General Manager and

Passenger Service Manager, I have personal knowledge of the day-to-day job requirements of each of the Positions.

9. The job descriptions for the Positions are attached hereto as **Exhibit A**. I am familiar with each such job description, and each job description accurately reflects the general job duties of the corresponding position. However, the job descriptions do not necessarily reflect important details about the job duties of the Positions, such as the frequency with which employees perform such duties or the details of what such listed duties specifically entail.

### Cargo Agent

10. Cargo Agents work in an office and engage in clerical work. The primary responsibility of a Cargo Agent is to verify that third parties who are collecting or delivering cargo have the proper documentation for the cargo.

11. Cargo Agents rely on checklists to review paperwork and confirm whether Menzies can accept cargo from a third party or release cargo to a third party.

12. The job duties of the Cargo Agent do not include the physical movement of passenger baggage or cargo. In fact, Cargo Agents are prohibited from moving passenger baggage or cargo.

13. Cargo Agents are not trained to move baggage or cargo and it would violate Menzies' policies for a Cargo Agent to physically move baggage or cargo. Therefore, the day-to-day work of Cargo Agents never requires them to move passenger baggage at any point during an airline passenger's travel or cargo at any point as it travels from one location to another.

### Cargo Office Supervisor

14. The primary responsibility of the Cargo Office Supervisor is to manage the Cargo Office and to coordinate any conflict resolution with clients, customers, dispatchers, and others.

15. Cargo Office Supervisors also help the Cargo Office Lead manage the Cargo Agents, which includes releasing Cargo Agents early when there is a low workload;

responding to Cargo Agents who call in sick, arrive late, or request time off; answering Cargo Agents' questions; coordinating breaks; and administering discipline.

16. The primary job duties of the Cargo Office Supervisor do not include the movement of passenger baggage or cargo.

### Cargo Screening Agent

17. After Cargo Agents review the paperwork for imported cargo, all cargo needs to be screened for illicit items (e.g., drugs, guns, bombs) using an X-Ray machine.

18. Cargo Screening Agents place the cargo onto a conveyor belt that takes the cargo through the X-Ray machine, they then place a color-coded sticker on the cargo to denote whether the cargo is approved.

19. Once cargo is approved, Cargo Handlers remove the cargo from the conveyor belt and take it out of the cargo screening area.

20. From time to time, there are oversized items that do not fit through the X-Ray machine. In those cases, the Cargo Screening Agent screens the item by one of the following methods: (i) using an Electronic Trace Detection ("ETD") machine to analyze swabs collected from the surface of the cargo, (ii) using canines to screen the cargo, or (iii) manually searching the cargo.

21. Other than moving cargo onto and off of the conveyor belt that carries cargo into the X-Ray machine, Cargo Screening Agents never touch or handle cargo.

22. Based on my experience observing the process of physically moving cargo from the floor onto the conveyor belt and removing it from the conveyor belt, I approximate that Cargo Screening Agents spend, at most, three to four minutes per eight hour shift physically handling cargo.

23. Cargo Screening Agents never, under any circumstance, load or offload passenger baggage or cargo onto or off of aircrafts.

### Baggage Coordinator

24. The Baggage Coordinators at LAX are assigned to a station in the airport and are responsible for coordinating other employees' movement of baggage.

25. The primary duty of a Baggage Coordinator is to act as a liaison between the airlines and Menzies' Baggage Handlers who physical load baggage on and off the airplanes and to make sure the Baggage Handlers get all bags correctly loaded into the correct airplanes.

26. The job duties of the Baggage Coordinator do not include the physical movement of passenger baggage or cargo. In fact, Baggage Coordinators are prohibited from moving passenger baggage or cargo.

27. Baggage Coordinators are not trained to move baggage or cargo and it would violate Menzies' policies for a Baggage Coordinator to physically move baggage or cargo. Therefore, the day-to-day work of Baggage Coordinators never requires them to move passenger baggage at any point during an airline passenger's travel or cargo at any point as it travels from one location to another.

### Passenger Service Agent

28. The primary responsibilities of the Passenger Service Agent include verifying passports and boarding passes, checking in passengers before their flight, tagging checked baggage from customers, answering customer questions, and handling other miscellaneous customer-service related tasks, such as helping customers navigate the airport. Passenger Service Agents also work in arrivals where they help passengers navigate customs.

29. Among the other duties discussed above, Passenger Service Agents assist passengers with the process of checking their luggage before boarding a flight. When a Passenger Service Agent is assigned this task, the passenger places the passenger's bag on a scale, and after the bag has been weighed, the Passenger Service Agent moves the bag (at most, a couple of feet) from the scale to the floor area behind himself/herself. Once the bag is on the floor, a Ramp Agent takes the bag and puts it onto a conveyor belt. Passenger Service Agents do not place bags on the conveyor belt.

30. Based on my experience, because the act of moving the bag from the scale onto the floor is so quick, a Passenger Service Agent likely spends, at most, roughly three minutes per shift psychically handling customer baggage.

31. Other than moving passenger bags in the limited manner described above, the Passenger Service Agent does not touch or move baggage or cargo.

32. Passenger Service Agents never, under any circumstance, move passenger baggage or cargo onto or off of planes.

### Passenger Service Lead Agent

33. The primary responsibilities of the Passenger Service Lead Agent are to supervise the Passenger Service Agents and to resolve any issues passengers might raise, such as problems with ticketing or check-in or other miscellaneous customer-service issues.

34. On rare occasion, the Passenger Service Lead Agent will handle the job responsibilities of a Passenger Service Agent, in which case they will engage in the same job duties described above in Paragraphs 28-32.

35. Other than when a Passenger Service Lead Agent handles the job duties of a Passenger Service Agent, a Passenger Service Lead Agent does not touch or move passenger baggage or cargo.

36. Based on my experience, Passenger Service Lead Agents handle passenger bags once per shift, at most. In other words, they spend less than 1% of any given shift performing the job duties of a Passenger Service Agent.

### Passenger Service Supervisor

37. Passenger Service Supervisors are stationed at a service desk near the ticket counter. Their primary responsibilities are similar to the Passenger Service Lead Agent. They resolve any passenger issues, such as problems with ticketing, check-in, or other miscellaneous customer-service issues. Passenger Service Supervisors are also responsible for supervising the Passenger Service Agents, which involves facilitating their breaks, allocating daily assignments, and creating work schedules.

38. The Passenger Service Supervisors will, on a rare occasion, cover the job responsibilities of a Passenger Service Agent, in which case they engage in the same duties described above in Paragraphs 28-32. Based on my experience, a Passenger Service Supervisor touches a passenger bag three times per week, at most, which equates to less than 1% of their time in an average shift.

39. Other than the rare occasion when Passenger Service Supervisors cover the job duties of a Passenger Service Agent, a Passenger Service Supervisor does not touch or move passenger baggage or cargo.

### Service Desk Agent – LAX

40. There are currently four Service Desk Agents. The position was recently created, specifically for LATAM Flights (a Chilean airline). LATAM requires that the Service Desk Agents strictly handle ticketing (i.e., purchasing tickets, changing flights, and other ticketing issues).

41. Because LATAM requires that the Service Desk Agents strictly handle ticketing, Service Desk Agents never touch or move passenger baggage or cargo.

42. I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

//

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on 12/26/24, 2024 at San Francisco, California.

DAVE FUNES

DAVE FUNES DECL ISO MOTION TO COMPEL ARBITRATION
7    Case No. 2:22-cv-05915-HDV-MARx