**TAB 17**

# EXHIBIT A



# Job Description

---

# Cargo Agent

**Reports to:** Cargo Agent
**Location:** City, State | Airport code

_____

### Overview
This role is responsible for Compiling documents on import or export cargo shipments, expediting shipments of cargo from warehouse and assist customers in tracking their shipments. The Cargo Agent also deals directly with customers either by telephone or in-person and handles cash transactions.

### Main accountabilities include:

- Examines manifest, bills of lading and air waybill to determine work procedures for releasing cargo.
- Notifies consignee or representative concerning arrival dates of shipment, customs clearance requirements and tonnage shipment.
- Meet passenger flights and clear general declarations thru Immigration CBP office.
- Makes cash transactions, collects payments from customers for freight prior to release.
- Authorizes final approval for cargo release.
- Prepares invoices for charges, airline clients and management regarding freight.
- Works with government agencies to clear shipments for import
- Ensures all local airport, TSA, CBP and FAA rules are followed.
- Meet flights in order to exchange documents.
- Recognizes dangerous goods upon receiving.
- Must follow all Security procedures as required.
- Other duties as assigned.


### Safety, Security and Compliance


All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.

---

**People. Passion. Pride.** Since 1833.    Page 352

- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**


- Must be 18 years of age or older.
- Posses and maintain valid US driver's license.
- Must be able to pass all pre-employment testing to include drug testing and a physical
- Highly organized with the ability to multi-task and continually prioritize responsibilities.
- Excellent communication skills and client-service orientation
- Proficiency with 10key and typing 35 wpm.
- Ability to proficiently read, write and speak English.
- Comfortable lifting 70 lbs. repetitively.
- Must be able to obtain and maintain all required Airports and Custom badges/seals.
- Must be available and flexible to work variable shifts including weekends and holidays.
- One-year college certificate or technical school, six months related experience or equivalent combination of education and experience
- Certification in dangerous good awareness/acceptance
- Previous customer service experience preferred.
- Proficient in Microsoft products

**Knowledge, Skills and Abilities**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

Work is primarily done indoors; however, the individual will be working near terminals with consistently open doors where harsh weather conditions could affect the indoor environment.



People. Passion. Pride. Since 1833.

This individual will also work with disgruntled customers throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting cargo up to 70 lbs. which could also involve bending and stooping. The employee must frequently lift and/or move up to 25 lbs. and occasionally lift and/or move up to 70 lbs.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



People. Passion. Pride. Since 1833.



**MENZIES AVIATION**

# Job Description: Cargo Office Supervisor

Job Title:      Cargo Office Supervisor
Department:   Cargo Operations
Reports To:    Duty Manager
FLSA Status:  Non-Exempt

**Summary:**

Consistent achievement of the above standards will be assessed through probationary and annual performance appraisals.

**Essential Duties and Responsibilities:**

- Hands-on activities in all areas of work including that which is both directly and indirectly associated with aircraft handling
- Ensure that productivity and performance criteria are met in the designated area of responsibility, which includes fulfilling regular performance assessment reports
- Be responsible for the control, supervision and training of designated staff
- Demonstrate leadership, decision making and organizational skills necessary to efficiently meet performance requirements in a changing work environment
- Make recommendations on all aspects of the operation, seeking to identify opportunities to improve performance and productivity
- Organize and co-ordinate work within the area of responsibility
- Form part of the assessment panel for probationary employees
- Resolve operational issues within a designated area or group
- Ensure Occupational Health and Safety and Security programs are adhered to
- Undertaking ETD screening as required
- Participate in projects as directed by management
- Ongoing reviews of operational processes and recommend necessary change
- Support and participate in the recruitment process
- Monitor the progress of new hires
- Report data to Customs and solve reporting issues
- Use internal and airline systems to transmit messages
- Perform various administrative duties



- Undertaking projects and additional duties as required
- Work without direct supervision
- Report to responsible Manager/Supervisor
- Accept significant operational responsibility and/or manpower control

**Required Skills:**
- Current state driver's license
- Company induction and training
- Attendance and punctuality
- Defensive driving techniques
- Dangerous Goods Acceptance
- Acceptable attitude
- Consistency and Quality of work
- Working cohesively within a team environment
- Must be able to lift at least 35 pounds on a continuous basis.
- Ability to work safely, adherence to safe work practices
- Ability to work within a pressurised team environment, processing multiple flights
- Ability to apply detailed knowledge of the company's policies and procedures
- Ability to provide detailed advice and information relating to products and services
- Ability to resolve operational issues within a designated area or group
- Knowledge of three letter port codes
- Competent operation of communication and computer aids; and
- Acceptable reading and writing skills
- Must pass pre-employment medical
- Must pass a drug test
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA)

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



# Job Description

## Cargo Screening Agent

**Reports to:** Cargo Agent
**Location:** City, State | Airport code

_____

### Overview

This role is responsible for carrying out Air Cargo Security Screening to the letter of the MSP and ACISP while following the MA Safety Policy inclusive of, but not limited to wearing PPE, equipment operation, safe lifting procedures and obeying speed limits when driving company vehicles and equipment.

Safety, Security, and Environmental stewardship are core values of Menzies Aviation (MA).  MA has a duty of care to provide a safe workplace to our Employees.  Similarly, all Menzies' employees have an obligation to assist in maintaining a safe work environment via the following principles:

• Ensure that they work safely in accordance with company policy and procedures
• Report safety incidents, risks or safety concerns using the Safety Management System (SMS) reporting system
• Recognize opportunities to contribute to the continuous improvement of safety and its management
• Stay current with information and knowledge relevant to performing their duties safely.

### Main accountabilities include:

• Carry out cargo screening functions to screen for IEDs, IED Components, or other destructive substances that may be found in air cargo
• Operate screening equipment such as X-ray and ETD machines
• Identify dangerous objects in cargo and prevent those objects from being transported onto aircraft with Explosive Trace Detection (ETD) equipment and visual and physical search
• Complete the required equipment start-up procedures and documentation for each equipment type (ETD and X-ray)
• Utilize handheld tools and power tools to assist with the opening and screening of certain cargo configurations
• Ensure the capture and completion of the cargo screening logs for each piece of cargo screened
• Continuously and effectively interact with stakeholders - Airline Customers, Transportation Security Administration (TSA) Agents, Customs/Border Protection (CBP) Agents- and respond to inquiries in a professional business tone and manner

- Work within a demanding environment, which includes noise from alarms, machinery, people, distractions, time pressure and the requirement to identify and locate potentially life-threatening devices and devices intended on creating massive destruction
- Demonstrate diligence required to maintain security under the Airport Police, Transportation Security Administration (TSA) and Customs and Border Protection (CBP) Regulations. Carry out challenge procedures of any person not displaying airport credentials
- Conduct Alarm Resolution Procedures and Cargo Rendered Unusable Procedures as per the applicable security program.
- Must follow all Airport and TSA Security procedures as required
- Follow notification procedures when required.
- Other duties as assigned

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be 18 years of age or older
- Possess and maintain valid US driver's license
- Must be able to pass all pre-employment testing to include drug testing and a physical
- Ability to proficiently read, write and speak English
- Must be able to lift 70lbs
- Must be comfortable working in all weather conditions
- Pass FBI background and obtain US Customs Seal
- Must be available and flexible to work variable shifts including weekends and holidays
- Prior loading and unloading of heavy products or equipment (preferred)
- Forklift certification preferred



People. Passion. Pride. Since 1833.

**Knowledge, Skills and Abilities**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

Work is primarily done indoors; however, the individual will be working near terminals with consistently open doors where harsh weather conditions could affect the indoor environment.

This individual will also work with disgruntled customers throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting cargo up to 70 lbs. which could also involve bending and stooping. The employee must frequently lift and/or move up to 25 lbs. and occasionally lift and/or move up to 70 lbs.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



People. Passion. Pride. Since 1833.



**MENZIES AVIATION**

## Job Description, Baggage Coordinator

Job Title:        Baggage Coordinator
Location:        Los Angeles
Reports To:      Passenger Service Supervisor
FLSA Status:    Non-Exempt

**Summary:** Direct the work of baggage agents and runners as they load and transport luggage. Drive and operate small specialized commercial vehicles. Physical demands include heavy lifting, pushing, pulling, bending, and stretching. Monitor inbound and outbound loads and distribute track sheets for flights.

**Essential Duties and Responsibilities:**
- Supervise lead agents; allocating baggage agents as needed.
- Complete shift reports and sign timecards.
- Ensure baggage personnel adhere to established company safety regulations.
- Prepare disciplinary incident and or termination reports as needed for violations of company
- policy.
- Assist in the preparation of performance evaluation forms.
- Assist in the baggage handling area.
- May occasionally operate various pieces of ground support equipment.
- Other duties as assigned.

**Required Skills:**
- Must be at least 18 years of age;
- Must have high school diploma or equivalent;
- Must be able to speak, read, and write in English;
- Valid driver's license with good driving record;
- Capable of lifting comfortably 70 lbs;
- Prior ramp experience a plus;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions;
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass a drug test;
- Must pass pre-employment medical;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

**880 Parkview Drive North**
**El Segundo, Ca. 90245**

Page 360

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** M



**MENZIES**
**AVIATION**

# Job Description, Passenger Service Agent

**Job Title:**      Passenger Service Agent
**Department:**   Ramp Operations
**Reports To:**    Passenger Service Manager
**FLSA Status:**   Non-exempt

**Essential Duties and Responsibilities:**
- Checking in passengers for flights at the ticket counter and gates;
- Verifying passenger documentation;
- Assigning seats and providing gate information;
- Checking baggage;
- Hosting self-service kiosks;
- Ensure that all work areas are functional (check-in, lobby, gate, baggage);
- Be enthusiastic about offering assistance where needed in all areas of passenger services;
- Adhere to Menzies uniform guidelines and codes of conduct;
- Work in a team environment;

**Required Skills:**
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be at least 18 Year of age;
- Capable of lifting comfortably 70 lbs;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment medical;
- Must pass a drug test;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass an FBI background check and obtain a custom seal;

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1142
E: www.menziesaviation.com



**MENZIES
AVIATION**

## Job Description Passenger Service Lead Agent

Job Title:        Passenger Service Lead Agent LAX
Department:     Ramp Operations
Reports To:      Passenger Service Manager
FLSA Status:    Non-Exempt

**Essential Duties and Responsibilities**
- Maintain and lead by example all duties of a passenger service agent.
- Mentorship / Training and development of all agents;
- Assist the Passenger Service Manager / Supervisor with administrative functions including payroll management,
- Progressive discipline process, recruitment and conflict resolution;
- Management of irregular flight operations;
- Performs new employee introduction to work area, work rules, uniform policy, time clock process, office-terminal procedures and provides overview of department operations;
- Trains employees on specifics or assigns employees to work with an experienced representative;
- Ensures that employees are fully trained on company policies and procedures.
- Interfaces with other departments to ensure that service issues are addressed and corrected to ensure quality of service;
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all customer service complaints with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.
- Proficiency in above the wing handling duties to include but not limited to ticketing counter, gate, baggage  service, operations, arrivals, and turn coordinator functions.

**Required Skills:**
- Ability to lead up to 10-15 passenger service representatives;
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a  drug test;
- Must be able to pass a ten-year background check as required by US Customs;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** M

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** M



**MENZIES AVIATION**

## Job Description, Passenger Service Supervisor

**Job Title:** Passenger Service Supervisor LAX
**Department:** Ramp Operations
**Reports To:** Passenger Service Assistant Manager
**FLSA Status:** Non-Exempt

**Essential Duties and Responsibilities**
- Training and development of junior supervisors;
- Assist the Passenger Service Manager with administrative functions including payroll management,
- Progressive discipline process, recruitment and conflict resolution;
- Management of irregular flight operations;
- Attend regular airport stakeholder meetings;
- Performs new employee introduction to work area, work rules, uniform policy, time clock process, office-terminal procedures and provides overview of department operations;
- Trains employees on specifics or assigns employees to work with an experienced representative;
- Ensures that employees are fully trained on company policies and procedures.
- Interfaces with other departments to ensure that service issues are addressed and corrected to ensure quality of service;
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all customer service complaints with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.
- Proficiency in above the wing handling duties to include but not limited to ticketing counter, gate, baggage service, operations, arrivals, and turn coordinator functions.
- Perform weekly SMART audits in accordance to Menzies standards

**Required Skills:**
- Ability to supervise up to 10-15 passenger service representatives;
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a drug test;
- Must be able to pass a ten-year background check as required by US Customs;

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245



**MENZIES
AVIATION**

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  M

**T: 310-414-1155**
**F: 310-414-1159**
E: www.menziesaviation.com

**880 Parkview Drive North**
**El Segundo, Ca. 90245**

**MENZIES AVIATION**

## Job Description, Service Desk Agent

**Job Title:**      Service Desk Agent **LAX**
Department:       Ramp Operations
Reports To:       Passenger Service Manager
FLSA Status:      Non-Exempt

**Essential Duties and Responsibilities**

- Customer Service at front airline counters.
- Attend all ticketing matters, suck as ticket changes, reissues, reservation updates, rebooking's, ect.
- Take payments for excess baggage, upgrades, unaccompanied minors, ticket changes and reissues, pets in cabin, oversize items, etc.
- Handling cash and sensitive credit card information.
- Close daily batch and prepare cashier reports for LATAM.
- Re-scheduling flight segments for missed flights and/or oversold flights.
- Comply with LATAM trainings and procedures regarding payments and computer systems.
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all ticketing matters with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.

**Required Skills:**

- Maintain a valid driver's license.
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience.
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a  drug test;
- Must be able to pass a ten-year background check as required by US Customs;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**    

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**