# TAB 18

CHRISTOPHER WARD, CA Bar No. 238777
   cward@foley.com
KALEB N. BERHE, CA Bar No. 302080
   kberhe@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
   kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendant
MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>               Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**DECLARATION OF PANIT LEE IN SUPPORT OF DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:     February 20, 2025<br>Time:    10:00 a.m.<br>Ctrm.:   5B, 5th Floor<br>Judge:  Hon. Hernán D. Vera<br><br>Complaint Filed:  August 19, 2022<br>FAC Filed:         August 30, 2022<br>SAC Filed:        May 9, 2023 |

## DECLARATION OF PANIT LEE

I, PANIT LEE, hereby state and declare as follows:

1. I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2. I am currently employed by the Menzies Aviation Enterprise ("Menzies") as a Senior Scheduling Manager in its facility located in the Los Angeles Airport ("LAX"). I have worked for Menzies in this position for nearly three years.

3. As a Senior Scheduling Manager, I manage the logistics of transporting fuel in and out of LAX for various airline customers. My job duties also include managing fuel schedules, monitoring customer fuel invoices and accounts, coordinating with airlines to address fueling needs, and forecasting customer needs using logistical data.

4. I helped create the Intern position in or about September 2023 to address a specific need for data analysis in my department. As a result, I have personal knowledge of the day-to-day job duties of the Intern position.

5. The Intern position only lasted a few months, and it no longer exists.

6. The job description for the Intern position is attached hereto as **Exhibit A**. I am familiar with the job description, which accurately reflects the general job duties of the position. However, the job description does not necessarily reflect important details about the job duties of the Intern position, such as the frequency with which the position performed certain job duties or the details of what such listed job duties specifically entailed.

### Intern

7. The primary responsibility of the Intern position was to collect and analyze logistical data regarding fuel coverage and pipeline schedules, and to build a technical computer program for storing and accessing such data logistics.

8. The job duties of the Intern position were performed exclusively in an office.

9. The Intern position never engaged in the movement of passenger baggage or cargo.

10. Similarly, the Intern position never fueled aircraft.

11. I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on Dec. 23rd, 2024 at Los Angeles, California.

_____
PANIT LEE

PANIT LEE DECL ISO MOTION TO COMPEL ARBITRATION
3           Case No. 2:22-cv-05915-HDV-MARx

4911-8541-7224.1