# TAB 19

# EXHIBIT A

# Job Description

## Intern (Supervisor)

**Reports to:**
**Location:** City, State | Airport Code

**Overview**

Individual(s) classified as hourly Intern Supervisors that have been recognized by the Company as having skills, training, experience and or education that qualify for advance management training.

**Main accountabilities include:**

Individual(s) classified as hourly Intern Supervisors that have been recognized by the Company as having skills, training, experience and or education that qualify for advance management training.

**Essential Duties and Responsibilities** include the following. Other duties may be assigned.

Ability to learn, apply concepts and transition within the following Aircraft Service International Group Departments:
- Administration
- Finance
- Legal
- Information Services
- Operations

Perform various activities or special project(s) as assigned by the Department.

Consistently and reliably reports to work.

**Supervisory Responsibilities**
Depending on the circumstance Intern(s) may have supervisory responsibilities.

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.

- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

**Qualifications**

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

- Possess professional etiquette.
- Possess strong supervisory skills.
- Good organizational skills.
- Has the ability to travel and spend periods of time at other locations.
- Is willing to eventual relocation after Intern Training is completed
- Meets Attendance standards.
- Demonstrates continued ability to grow into a manager position into one of the Company's disciplines.
- Basic computer skills.
- Associate's degree or equivalent from two-year college or technical school; or two plus years related experience and/or training; or equivalent combination of education and experience.
- Ability to read and comprehend simple instructions, short correspondence, and memos.
- Ability to write simple correspondence.
- Ability to effectively present information in one-on-one and small group situations to customers, clients, and other employees of the organization.
- Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals.
- Ability to compute rate, ratio, and percentage and to draw and interpret bar graphs.
- Ability to apply common sense understanding to carry out instructions furnished in written, oral, or diagram form.
- Ability to deal with problems involving several concrete variables in standardized situations.
- Must have a valid state driver's license.



People. Passion. Pride. Since 1833.

**Physical Demands**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms; climb or balance; stoop, kneel, crouch, or crawl; and talk or hear.  The employee must frequently lift and/or move $25 lbs. and occasionally up to 70 lbs. Specific vision abilities required by this job include distance vision.

**Work Environment**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee may regularly work in outside-weather conditions. The employee frequently works near moving mechanical parts, high voltages and high hydraulic/pneumatic pressures.  The employee is also frequently exposed to very loud noise levels, fumes or airborne particles and hazardous substances, materials or waste.  The employee occasionally works in high, precarious places.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____  Date: _____



People. Passion. Pride. Since 1833.