# TAB 20

CHRISTOPHER WARD, CA Bar No. 238777
    cward@foley.com
KALEB N. BERHE, CA Bar No. 302080
    kberhe@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE:  213.486.0065

KEVIN JACKSON, CA Bar No. 278169
    kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE:  858.792.6773

Attorneys for Defendant
MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　　　　Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**DECLARATION OF BARRY LOPEZ IN SUPPORT OF DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:　　　February 20, 2025<br>Time:　　　10:00 a.m.<br>Ctrm.:　　　5B, 5th Floor<br>Judge:　　　Hon. Hernán D. Vera<br><br>Complaint Filed:　August 19, 2022<br>FAC Filed:　　　August 30, 2022<br>SAC Filed:　　　May 9, 2023 |

# DECLARATION OF BARRY LOPEZ

I, BARRY LOPEZ, hereby state and declare as follows:

1.    I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.    I began working for the Menzies Aviation Enterprise ("Menzies") in 2017. Since 2017, I have worked at Menzies' facility located in the San Diego Airport ("SAN").

3.    I am currently employed as a General Manager in SAN. I have been employed in my current position since 2017.

4.    As a General Manager, I manage and oversee various positions in the into-plane fueling, ground service equipment fueling, and ground service equipment maintenance operations at SAN. The Fueling Supervisor position is one of several positions under my management. As a result, I have personal knowledge of the day-to-day job duties of the Fueling Supervisor position.

5.    The job descriptions for the Fueling Supervisor and General Fueling Helper positions are attached hereto as **Exhibit A**. I am familiar with the job descriptions, which accurately reflect the general job duties of the respective positions. However, the job descriptions do not necessarily reflect important details about the job duties of the aforementioned positions, such as the frequency with which the positions perform certain job duties or the details of what such listed job duties specifically entail.

## Fueling Supervisor

6.    The primary responsibility of the Fueling Supervisor is to coordinate inbound/outbound flights on a master schedule, assign flights to the Fuelers who fuel aircrafts, and to provide customer support to airlines by addressing fueling equipment issues. The Fueling Supervisor is also responsible for enforcing timekeeping policies, approving missed break forms, monitoring employee attendance, managing time off requests, and assisting with employee discipline.

7. The primary job duties of the Fueling Supervisor do not include fueling aircraft.

8. Very rarely, and only if short-staffed, a Fueling Supervisor might assist with fueling an aircraft.

9. Based on my experience, a Fueling Supervisor may fuel an aircraft approximately once every four to six months, at most. When this occurs, it takes approximately two or three hours of the Fueling Supervisor's time during the workday.

10. Fueling Supervisors never engage in the movement of passenger baggage or cargo.

### General Fueling Helper

11. The primary responsibility of the General Fueling Helper is to clean fuel trucks used to transport fuel to aircrafts, collect fueling documentation from Fuelers and deliver it to the Fueling Department's administrative office, and serve as a spotter to assist Fuelers with safely backing up fuel trucks.

12. The General Fueling Helper never, under any circumstance, moves or touches passenger baggage or cargo.

13. I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on Dec 26th, 2024 at San Diego, California.

_____
BARRY LOPEZ