# TAB 21

# EXHIBIT A



# Job Description, Fueling Supervisor (North America)

**Department:** Los Angeles-Fueling
**Reports To:** Manager
**FLSA Status:** Non-Exempt (Hourly)

**Job Purpose Summary:** Supervises and coordinates air carrier fueling and service operations.

## Primary Accountabilities and Duties:

- Comfortably and continuously lift/move 70 lbs.
- Duties include, but are not limited to;
- Ensuring the effective operation of the air carrier fueling function;
- Issuing written and oral instructions;
- Ensuring workforce adherence to safety procedures;
- Conduct investigations of irregular operations, such as accidents, injuries and/or delay, and prepare comprehensive reports on same;
- Recommending manpower requirements;
- Maintaining harmony among workers and resolving grievances;
- Performing or assisting subordinates in performing duties;
- Ensuring disciplinary procedures are conducted in accordance with e in a fair, timely, and consistent manner;
- Uphold the company's commitment to Equal Employment Opportunity; Carrying out supervisory responsibilities in accordance with the organization's policies and applicable laws;
- Ability to comply with attendance/tardiness standards.

## Essential Skills and Qualifications:

- Must be at least 18 years of age.
- 1 year certificate from a college or technical school 6 months to 1 year job related experience preferred
- Valid Driver's License Possess/Maintain a valid Driver's License and other government agency required identification/seals or authorizations
- Must be able to speak, read, and write in English
- Ability to perform basic math calculations
- Must pass pre-employment drug test
- Must be available and flexible to work variable shifts including weekends and holidays Work is done indoors and outdoors.
- Must be comfortable working in all weather conditions with exposure to loud noises
- Able to routinely lift, push and pull up to 70 lbs.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

## Employee Acknowledgement

I, _____, acknowledge review of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____   Date: _____

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 



# Job Description

## General Fueling Helper

| Job title | General Fueling Helper | | |
|---|---|---|---|
| Reports to | Fueling Supervisor | | |
| Salary | Non-Exempt (hourly) | Location | |
| Bonus Eligible | Y / N | Bonus Percentage | XX% |
| Travel | Y / N | Travel Percentage | XX% |

### Job Summary and Mission

The Menzies Aviation General Fueling Helper supports the into-plane fueling operation by being a guide person and assisting with general duties under the direction of the Fueling Supervisor.

### Key Responsibilities

- Serve as a guide person to help drivers position their fuel trucks into and out of fueling positions.
- Deliver fuel slips to and from airline operations offices.
- Cleans cabs of trucks and removes FOD, trash.
- Uses pressure washer to wash tanker trucks as needed.
- May operate the load rack controls to fill tanker trucks with Jet-A fuel
- Responds to emergency fuel spill clean-up incidents as required.
- Performs custodial duties such as cleaning, sweeping break room floors as required.
- Take out trash from the employee break room.
- Follow all safety, security and environmental rules and policies.
- Other duties as assigned.

### Qualifications

- Must be at least 18 years of age.
- Must possess and maintain a valid US driver's license.
- Must pass pre-employment color vision test.
- Pass pre-employment drug screen and all pre-employment testing.
- Ability to proficiently read, write and speak English.
- Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs.
- Ability to perform basic math calculations.
- Work is done primarily outdoors; must be comfortable working in all weather conditions.
- Must pass background check and obtain US Customs seal
- Must be available and flexible to work variable shifts including weekends and holidays.
- Prior experience preferred including possession of a Commercial Driver's License or experience in the Oil and Gas Industry (preferred)

**Knowledge, Skills and Abilities**
- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Benefits**

- $_____/hour
- Advancement Opportunities to Lead and Supervisor
- Health, Dental, Vision, 401k
- Life and Short-Term Disability Insurance
- Paid Vacation
- Paid Training
- Uniform Provided

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Exposure to outdoor environments, various inclement weather conditions, aviation related fumes and various noise levels. Acutely aware of safety related procedures. Position requires wearing safety related equipment, i.e. goggles, gloves, boots, respirator, hearing protection, and back support as necessitated by a specific task. Position requires lifting, pulling, pushing, rotating, twisting, climbing of high tanks, squatting, kneeling, overhead arm movement. Must be able to occasionally handle weights up to and including 70 lbs. Exposure to related cleaning and chemical materials (review MSDS Reference Book) during routine and special cleaning assignments. This category as stated, is not exclusive.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

The individual must also be able to open and close large value on 16" product delivery pipelines quickly. Opening and closing these values involves twisting and pulling motion and sometimes considerable physical exertion.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employee may also engage in debris removal which involves lifting, bending and stooping. The employee must frequently lift and/or move up to 25 pounds and occasionally lift and/or move up to 70 pounds.

**EEO Statement**

Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.

Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com



The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.


Signature: _____ Date: _____



People. Passion. Pride. Since 1833.