# TAB 22

1  CHRISTOPHER WARD, CA Bar No. 238777
       cward@foley.com
2  KALEB N. BERHE, CA Bar No. 302080
       kberhe@foley.com
3  **FOLEY & LARDNER LLP**
   555 SOUTH FLOWER STREET, SUITE 3300
4  LOS ANGELES, CA 90071-2418
   TELEPHONE: 213.972.4500
5  FACSIMILE: 213.486.0065

6  KEVIN JACKSON, CA Bar No. 278169
       kjackson@foley.com
7  **FOLEY & LARDNER LLP**
   11988 EL CAMINO REAL, SUITE 400
8  SAN DIEGO, CA 92130-2594
   TELEPHONE: 858.847.6700
9  FACSIMILE: 858.792.6773

10 Attorneys for Defendant
   MENZIES AVIATION (USA), INC.
11

12                **UNITED STATES DISTRICT COURT**

13                **CENTRAL DISTRICT OF CALIFORNIA**

14

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**DECLARATION OF ANTHONY PULGADO IN SUPPORT OF DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:     February 20, 2025<br>Time:    10:00 a.m.<br>Ctrm.:    5B, 5th Floor<br>Judge:   Hon. Hernán D. Vera<br><br>Complaint Filed:   August 19, 2022<br>FAC Filed:            August 30, 2022<br>SAC Filed:           May 9, 2023 |

# DECLARATION OF ANTHONY PULGADO

I, ANTHONY PULGADO, hereby state and declare as follows:

1.  I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2.  I began working for the Menzies Aviation Enterprise ("Menzies") at its facility located in the San Francisco Airport ("SFO") in 2017. I am currently employed as the SSE and Training Manager in SFO. I have been employed in my current position since 2022.

3.  As the SSE and Training Manager, I am responsible for coordinating with the Training Supervisor and Training Coordinator to ensure compliance with Menzies' new employee training and safety programs for the cargo and fueling departments at SFO. I also evaluate training programs to ensure they are up to date and manage the training budget.

4.  As the SSE and Training Manager, I manage and oversee various positions in the training, safety, and security department at SFO. The Training Coordinator position is one of several positions under my management. As a result, I have personal knowledge of the day-to-day job duties of the Training Coordinator position.

5.  The job description for the Training Coordinator position is attached hereto as **Exhibit A**. I am familiar with the job description, which accurately reflects the general job duties of the position. However, the job description does not necessarily reflect important details about the job duties of the position, such as the frequency with which the position performs certain job duties or the details of what such listed job duties specifically entail.

### Training Coordinator

6.  The primary responsibility of the Training Coordinator is to arrange mandatory training for all new employees, which includes instructor-led classroom training, computer training, and hands-on training. The Training Coordinator is also

responsible for verifying that new employees complete the requirements for all mandatory training programs.

7. The Training Coordinator performs the classroom training and computer training, both of which take place in an office building. However, on-the-job training is always performed by the employee's on-site supervisor or manager. After dropping the employee off with their supervisor or manager, the Training Coordinator will return in 2-3 weeks to observe the employee perform their everyday tasks and confirm their on-the-job training is complete.

8. Training Coordinators never engage in the movement of passenger baggage or cargo.

9. I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on Dec, 23, 2024 at San Francisco (city), California.

_____
ANTHONY PULGADO