**TAB 23**

# EXHIBIT A



| Job title | *Training Coordinator* | | |
|---|---|---|---|
| **Reports to** | *Training Manager* | | |
| **Salary** | *Non-Exempt (hourly)* | **Location** | |
| **Bonus Eligible** | *Y / N* | **Bonus Percentage** | *XX%* |
| **Travel** | *Y* | **Travel Percentage** | *XX%* |

## Job Summary and Mission

As a Menzies Aviation Training Coordinator, you will be responsible for providing administrative support to the Training Manager and Training Officers by performing a wide range of duties.

## Key Responsibilities

- Coordinate and administer all training bookings
- Prints, records and issues Training Certificates
- Assists Training Officers with printing Training Manuals and hand-outs
- Provides information regarding training dates and records same for management
- Assist with enrolling e-learners
- Assists with e-learning training and contacting employees to complete all initial and recurrent training
- Ensures all filing is up to date and that files are kept in good order following the 8 Pillar requirements
- Updates and maintains Station Matrix for MCO (Orlando)
- Assists with Matrix and Training related queries from all Menzies Aviation
- Prepares and distributes reports as requested
- Other related duties as assigned

## Qualifications

- Must be able to demonstrate previous experience within a similar role
- Must be at least 18 years of age
- Possess and maintain a valid US driver's license
- Must pass all pre-employment testing including a physical, audio, visual and drug test
- Excellent oral, written and communication skills in English
- Must be comfortable lifting 70lbs
- Must pass FBI background check and obtain US Customs seal
- Must be available and flexible to work variable shifts including weekends and holidays
- Prior Customer Service Experience preferred
- Computer literate with knowledge of Microsoft Office
- Proficiency with 10key and typing minimum 35 wpm
- Enjoys dealing with people daily
- Strong interpersonal skills with the ability to communicate with people at different levels and from different cultural/ethnic backgrounds

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 



- Position may require occasional travel

**Knowledge, Skills and Abilities**
- Ability to learn quickly
- Ability to understand and carry out oral and written instructions and request clarification when needed
- Strong interpersonal skills
- Ability to work as part of a team
- Ability to build relationships

**Benefits**

- $_____/hour
- Advancement Opportunities
- Health, Dental, Vision, 401K
- Life and Short-Term Disability Insurance
- Paid Vacation
- Paid Training
- Uniform Provided

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Work is primarily done indoors; however, the individual will be working at the station where harsh weather conditions could affect the indoor environment. The Station Administrator may also be responsible for operating company vehicles outside on the airfield.

This individual will also work with disgruntled customers and employees throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting passenger bags up to 70lbs which could also involve bending and stooping. The employee must frequently lift and/or move up to 25lbs and occasionally lift and/or move up to 70lbs.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 



## Employment Acknowledgement

I, _____, acknowledge review of this job description.

I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.
I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____    Date: _____

## EEO Statement

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com*

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 



| Approved by: | *Leadership approval* |
|---|---|
| **Date approved:** | *Date upon which the job description was approved* |
| **Reviewed:** | *Date when the job description was last reviewed* |

*Ideally, a job description should be reviewed annually and updated as often as necessary.*

