# TAB 24

1  CHRISTOPHER WARD, CA Bar No. 238777
       cward@foley.com
2  KALEB N. BERHE, CA Bar No. 302080
       kberhe@foley.com
3  **FOLEY & LARDNER LLP**
   555 SOUTH FLOWER STREET, SUITE 3300
4  LOS ANGELES, CA 90071-2418
   TELEPHONE: 213.972.4500
5  FACSIMILE:  213.486.0065

6  KEVIN JACKSON, CA Bar No. 278169
       kjackson@foley.com
7  **FOLEY & LARDNER LLP**
   11988 EL CAMINO REAL, SUITE 400
8  SAN DIEGO, CA 92130-2594
   TELEPHONE: 858.847.6700
9  FACSIMILE:  858.792.6773

10 Attorneys for Defendant
   MENZIES AVIATION (USA), INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**DECLARATION OF PETER SPOSITO IN SUPPORT OF DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date:   February 20, 2025<br>Time:  10:00 a.m.<br>Ctrm.:  5B, 5th Floor<br>Judge: Hon. Hernán D. Vera<br><br>Complaint Filed: August 19, 2022<br>FAC Filed: August 30, 2022<br>SAC Filed: May 9, 2023 |

# DECLARATION OF PETER SPOSITO

I, PETER SPOSITO, hereby state and declare as follows:

1. I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2. I have worked for the Menzies Aviation Enterprise ("Menzies") at its facility located at the San Francisco International Airport ("SFO") since 2005.

3. I am currently employed as a General Manager for Cargo at SFO. I have been employed in my current position for five years. Prior to my current position, I spent roughly five years as the General Manager of Cargo for the Americas.

4. As General Manager for Cargo at SFO, I manage and oversee the following positions, among others: Cargo Office Lead and Cargo Screening Agent (collectively, the "Positions"). I have personal knowledge of the day-to-day job requirements of each of the Positions.

5. The job descriptions for the Positions are attached hereto as **Exhibit A**. I am familiar with each such job description, and each job description accurately reflects the general job duties of the corresponding position. However, the job descriptions do not necessarily reflect important details about the job duties of the Positions, such as the frequency with which employees perform such duties or the details of what such listed duties specifically entail.

### Cargo Office Lead

6. The primary responsibility of the Cargo Office Lead is to create work schedules and administer behavioral discipline for Cargo Leads.

7. The primary job duties of the Cargo Office Lead do not include the movement of passenger baggage or other cargo.

8. Infrequently, and only if short-staffed, a Cargo Office Lead might collect valuable and/or live-animal cargo from inbound flights and transport it from the aircraft to Menzies' on-site office space, which takes roughly ten minutes. For export flights, the

Cargo Office Lead may place valuable cargo or live-animal cargo beside a belt loader for a Ramp Agent to load into the aircraft, which takes mere seconds.

9. Aside from the time Cargo Office Leads perform the job duties summarized in Paragraph 8, Cargo Office Leads do not handle or touch passenger baggage or other cargo.

10. Based on my experience, at most, a Cargo Office Lead only engages in the activities described in Paragraph 8 about 5% of the time during an average work week.

### Cargo Screening Agent

11. The primary responsibility of the Cargo Screening Agent is to review paperwork designated for outbound cargo and screen the outbound cargo for firearms and explosives using an x-ray machine, explosive trace detection equipment, a K-9 unit, or a hand-search.

12. The Cargo Screening Agent works exclusively in the warehouse and never moves cargo to or from the warehouse.

13. The outbound cargo subject to inspection by the Cargo Screening Agent is physically brought to, and removed from, the screening area by Cargo Handlers.

14. Infrequently, and only when the warehouse is short-staffed, Cargo Screening Agents may walk around their screening equipment to remove a small item of cargo from the end of the x-ray machine belt and place it nearby on the floor for a Cargo Handler to retrieve it. This takes no more than a few seconds, and only happens once a week, at most. Cargo Screening Agents do not otherwise engage in physically moving cargo.

15. The Cargo Screening Agent never moves cargo or passenger baggage onto or off of aircraft.

16. I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

1 | I declare under penalty of perjury under the laws of the State of California and the
2 | United States that the foregoing is true and correct.
3 | Executed on 10/27, 2024 at S. San Francisco (city), California.

PETER SPOSITO

PETER SPOSITO DECL ISO MOTION TO COMPEL ARBITRATION
4       Case No. 2:22-cv-05915-HDV-MARx

4877-7554-7389.3