# TAB 25

# EXHIBIT A



**MENZIES AVIATION**

## Job Description: Cargo Office Lead

Job Title:      Cargo Office Lead
Department:     Cargo Operations
Reports To:     Office Supervisor
FLSA Status:    Non-Exempt

**Summary:**

Consistent achievement of the above standards will be assessed through probationary and annual performance appraisals.

**Essential Duties and Responsibilities:**

- Hands-on activities in all areas of work including that which is both directly and indirectly associated with aircraft handling
- Ensure that productivity and performance criteria are met in the designated area of responsibility, which includes fulfilling regular performance assessment reports
- Be responsible for the control, supervision and training of designated staff
- Demonstrate leadership, decision making and organizational skills necessary to efficiently meet performance requirements in a changing work environment
- Make recommendations on all aspects of the operation, seeking to identify opportunities to improve performance and productivity
- Organize and co-ordinate work within the area of responsibility
- Form part of the assessment panel for probationary employees
- Resolve operational issues within a designated area or group
- Ensure Occupational Health and Safety and Security programs are adhered to
- Undertaking ETD screening as required
- Participate in projects as directed by management
- Ongoing reviews of operational processes and recommend necessary change
- Support and participate in the recruitment process
- Monitor the progress of new hires
- Report data to Customs and solve reporting issues
- Use internal and airline systems to transmit messages
- Perform various administrative duties



- Undertaking projects and additional duties as required
- Work without direct supervision
- Report to responsible Manager/Supervisor
- Accept significant operational responsibility and/or manpower control

**Required Skills:**

- Current state driver's license
- Company induction and training
- Attendance and punctuality
- Defensive driving techniques
- Dangerous Goods Acceptance
- Acceptable attitude
- Consistency and Quality of work
- Working cohesively within a team environment
- Must be able to lift at least 35 pounds on a continuous basis.
- Ability to work safely, adherence to safe work practices
- Ability to work within a pressurised team environment, processing multiple flights
- Ability to apply detailed knowledge of the company's policies and procedures
- Ability to provide detailed advice and information relating to products and services
- Ability to resolve operational issues within a designated area or group
- Knowledge of three letter port codes
- Competent operation of communication and computer aids; and
- Acceptable reading and writing skills
- Must pass pre-employment medical
- Must pass a drug test
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA)

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF  M



## Job Description

## Cargo Screening Agent

**Reports to:** Cargo Agent
**Location:** City, State | Airport code

### Overview

This role is responsible for carrying out Air Cargo Security Screening to the letter of the MSP and ACISP while following the MA Safety Policy inclusive of, but not limited to wearing PPE, equipment operation, safe lifting procedures and obeying speed limits when driving company vehicles and equipment.

Safety, Security, and Environmental stewardship are core values of Menzies Aviation (MA). MA has a duty of care to provide a safe workplace to our Employees. Similarly, all Menzies' employees have an obligation to assist in maintaining a safe work environment via the following principles:

- Ensure that they work safely in accordance with company policy and procedures
- Report safety incidents, risks or safety concerns using the Safety Management System (SMS) reporting system
- Recognize opportunities to contribute to the continuous improvement of safety and its management
- Stay current with information and knowledge relevant to performing their duties safely.

**Main accountabilities include:**

- Carry out cargo screening functions to screen for IEDs, IED Components, or other destructive substances that may be found in air cargo
- Operate screening equipment such as X-ray and ETD machines
- Identify dangerous objects in cargo and prevent those objects from being transported onto aircraft with Explosive Trace Detection (ETD) equipment and visual and physical search
- Complete the required equipment start-up procedures and documentation for each equipment type (ETD and X-ray)
- Utilize handheld tools and power tools to assist with the opening and screening of certain cargo configurations
- Ensure the capture and completion of the cargo screening logs for each piece of cargo screened
- Continuously and effectively interact with stakeholders - Airline Customers, Transportation Security Administration (TSA) Agents, Customs/Border Protection (CBP) Agents- and respond to inquiries in a professional business tone and manner

*People. Passion. Pride.* Since 1833.

- Work within a demanding environment, which includes noise from alarms, machinery, people, distractions, time pressure and the requirement to identify and locate potentially life-threatening devices and devices intended on creating massive destruction
- Demonstrate diligence required to maintain security under the Airport Police, Transportation Security Administration (TSA) and Customs and Border Protection (CBP) Regulations. Carry out challenge procedures of any person not displaying airport credentials
- Conduct Alarm Resolution Procedures and Cargo Rendered Unusable Procedures as per the applicable security program.
- Must follow all Airport and TSA Security procedures as required
- Follow notification procedures when required.
- Other duties as assigned

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be 18 years of age or older
- Possess and maintain valid US driver's license
- Must be able to pass all pre-employment testing to include drug testing and a physical
- Ability to proficiently read, write and speak English
- Must be able to lift 70lbs
- Must be comfortable working in all weather conditions
- Pass FBI background and obtain US Customs Seal
- Must be available and flexible to work variable shifts including weekends and holidays
- Prior loading and unloading of heavy products or equipment (preferred)
- Forklift certification preferred



People. Passion. Pride. Since 1833.

**Knowledge, Skills and Abilities**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

Work is primarily done indoors; however, the individual will be working near terminals with consistently open doors where harsh weather conditions could affect the indoor environment.

This individual will also work with disgruntled customers throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting cargo up to 70 lbs. which could also involve bending and stooping. The employee must frequently lift and/or move up to 25 lbs. and occasionally lift and/or move up to 70 lbs.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation. I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



People. Passion. Pride. Since 1833.