# TAB 26

CHRISTOPHER WARD, CA Bar No. 238777
 cward@foley.com
KALEB N. BERHE, CA Bar No. 302080
 kberhe@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3300
LOS ANGELES, CA 90071-2418
TELEPHONE: 213.972.4500
FACSIMILE: 213.486.0065

KEVIN JACKSON, CA Bar No. 278169
 kjackson@foley.com
**FOLEY & LARDNER LLP**
11988 EL CAMINO REAL, SUITE 400
SAN DIEGO, CA 92130-2594
TELEPHONE: 858.847.6700
FACSIMILE: 858.792.6773

Attorneys for Defendant
MENZIES AVIATION (USA), INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and ANIBAL SILVA, an individual; on behalf of themselves and others similarly situated,<br><br>     Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>     Defendants. | Case No. 2:22-cv-05915-HDV-MARx<br><br>**DECLARATION OF KYLE STEPHENS IN SUPPORT OF DEFENDANT MENZIES AVIATION (USA), INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date: February 20, 2025<br>Time: 10:00 a.m.<br>Ctrm.: 5B, 5th Floor<br>Judge: Hon. Hernán D. Vera<br><br>Complaint Filed: August 19, 2022<br>FAC Filed: August 30, 2022<br>SAC Filed: May 9, 2023 |

# DECLARATION OF KYLE STEPHENS

I, KYLE STEPHENS, hereby state and declare as follows:

1. I am over eighteen (18) years of age, and I have personal knowledge of the facts stated herein, and, if called as a witness, I could and would competently testify to these facts.

2. I work for the Menzies Aviation Enterprise ("Menzies") at its facility located in the Ontario International Airport ("Ontario Airport"). I have worked for Menzies since 2014.

3. I am currently employed by Menzies as a General Manager for the Ontario Airport. I have been employed in my current position since 2015.

4. Prior to my current position, I worked for Menzies as an Operations Manager in the Seattle-Tacoma International Airport from 2014 to 2015.

5. As a General Manager for the Ontario Airport, I manage and oversee the following positions, among others: Fueling Supervisor, Lead Quality Control Technician, Load Master, Operations Supervisor – Ground Handling, Passenger Service Agent, Passenger Service Lead Agent, Passenger Service Supervisor, and Ramp Supervisor. I have personal knowledge of the day-to-day job requirements of each of the Positions.

6. The job descriptions for the Positions are attached hereto as **Exhibit A**. I am familiar with each such job description, and each job description accurately reflects the general job duties of the corresponding position. However, the job descriptions do not necessarily reflect important details about the job duties of the Positions, such as the frequency with which employees perform such duties or the details of what such listed duties specifically entail.

### Fueling Supervisor

7. The primary responsibility of the Fueling Supervisor is to oversee the fuelers at the Ontario airport. It is a supervisory role that involves ensuring that all flights are properly and timely fueled by the fuelers.

8. The primary job duties of the Fueling Supervisor do not include fueling aircraft.

9. Infrequently, and only if short-staffed, a Fueling Supervisor might fuel aircraft or transport fuel to an aircraft via truck.

10. Based on my experience, a Fueling Supervisor spends, at most, approximately 10% of their working time assisting with fueling aircraft or driving fuel trucks to aircrafts, during an average work week.

11. Fueling Supervisors never engage in the movement of passenger baggage or cargo.

### Lead Quality Control Technician

12. The primary responsibility of the Lead Quality Control Technician is to oversee the quality of fuel stored in the fuel trucks. They test the fuel and they work out of an administrative building. The Lead Quality Control Technicians do not fuel or defuel aircraft.

13. The primary job duties of the Lead Quality Control Technician do not include the movement of passenger baggage or other cargo.

14. Lead Quality Control Technician do not fuel or de-fuel aircrafts.

### Load Master

15. The Ontario airport does not currently have a Load Master. It last employed a Load Master from November 2020 until February 2024.

16. When the position existed, the primary duties of the Load Master involved overseeing the weight and balance of aircraft, which involved weighing each container of cargo before it was loaded onto an aircraft, preparing paperwork, and coordinating with the United States Postal Service and airlines to make sure loads were the appropriate weight.

17. The Load Master never moved cargo or passenger baggage onto or off of aircraft.

### Operations Supervisor – Ground Handling

18. The primary responsibility of the Operations Supervisor – Ground Handling is to supervise the Ramp Supervisor and the Cargo Supervisor. The Operations Supervisor – Ground Handling also communicate directly with airlines and coordinates truck deliveries, employee scheduling, and hiring.

19. The primary job duties of an Operations Supervisor do not include any physical movement of passenger baggage or cargo.

20. Infrequently, and only if short-staffed, Operations Supervisors will assist with loading and unloading passenger luggage or freight containers onto or off of aircraft.

21. Based on my experience, at most, an Operations Supervisor in Ground Handling only spends about 10% of their time during the average work week helping to load and unload passenger luggage or freight onto or off of aircraft due to staffing shortages.

### Passenger Service Agent

22. The Passenger Service Agents at the Ontario airport are responsible for overseeing the ticket counter for the Avianca airline. The primary responsibilities of the Passenger Service Agent include: checking in passengers before their flight, tagging checked baggage from customers, answering customer questions, and handling other miscellaneous customer-service related tasks, such as assisting passengers with customs.

23. Passenger Service Agents assist passengers with the process of checking their luggage bag before boarding a flight. The passenger places his or her bag on a scale, and after the bag has been weighed, the Passenger Service Agent moves the bag a couple of feet at most from the scale to the floor area behind himself/herself. Once the bag is on the floor, a third-party company takes the bag and puts it onto a conveyor belt.

24. Other than moving passenger bags as described above, the Passenger Service Agent does not touch or move baggage or cargo.

25. Passenger Service Agents never, under any circumstance, move passenger baggage or any other cargo onto or off of planes.

//

### Passenger Service Lead Agent

26. There is one Passenger Service Lead Agent as the Ontario airport.

27. The primary responsibilities of the Passenger Service Lead Agent are the same as the Passenger Service Agent, except the Passenger Service Lead Agent is also responsible for closing out the ticket counter, which involves reviewing all passenger receipts to confirm that passengers were charged properly and confirming that the correct collections were made.

28. The Passenger Service Lead Agent provides some assistance to the Passenger Service Agents with checking in passengers, which involves the same limited movement of passenger baggage from the scale to the floor, described in Paragraphs 22 and 23. Passenger Service Lead Agents perform these tasks less than 15 minutes of the average workweek.

29. Other than when a Passenger Service Lead Agent assists with checking in passengers, a Passenger Service Lead Agent does not touch or move passenger baggage or other cargo.

### Passenger Service Supervisor

30. Passenger Service Supervisors are responsible for employee scheduling, administering employee discipline, and other administrative tasks.

31. On rare occasion, and only if short staffed, the Passenger Service Supervisors handle the job responsibilities of a Passenger Service Agent, in which case they engage in the same job duties described above in Paragraphs 22 and 23.

32. Based on my experience, a full-time Passenger Service Supervisor spends approximately, at most, six minutes of any given workweek moving bags from a scale to the floor area directly behind them while performing the job duties of a Passenger Service Agent.

### Ramp Supervisor

33. The Ontario airport has only one Ramp Supervisor. Their primary responsibilities include setting up the gate for arrival and positioning all of the equipment

in the appropriate places, marshalling in aircraft, scanning bags, and calculating the appropriate weight and balance for aircraft.

34. The primary job duties of the Ramp Supervisor do not include the movement of passenger baggage or other cargo.

35. Infrequently, and only if short-staffed, the Ramp Supervisor will assist with unloading passenger luggage off of aircraft. When this occurs, the assistance involves grabbing passenger baggage from the bottom of the aircraft and placing it onto a baggage cart. The Ramp Agent never assists with loading passenger baggage or other cargo onto aircraft.

36. Based on my experience, at most, the Ramp Supervisor would only assist with unloading passenger luggage off of aircraft, at most, approximately 5% of their time during the average work week.

37. I am executing this declaration voluntarily and of my own free will. No one at Menzies has pressured me to sign this declaration, promised me any type of benefit or positive treatment from signing it, or threatened me with negative consequences for deciding not to sign it.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on _12/23_, 2024 at _Ontario_ (city), California.

_____
KYLE STEPHENS