# TAB 27

# EXHIBIT A



**MENZIES AVIATION**

# Job Description, Fueling Supervisor (North America)

**Department:**     Los Angeles-Fueling
**Reports To:**     Manager
**FLSA Status:**    Non-Exempt (Hourly)

## Job Purpose Summary: Supervises and coordinates air carrier fueling and service operations.

## Primary Accountabilities and Duties:

- Comfortably and continuously lift/move 70 lbs.
- Duties include, but are not limited to;
- Ensuring the effective operation of the air carrier fueling function;
- Issuing written and oral instructions;
- Ensuring workforce adherence to safety procedures;
- Conduct investigations of irregular operations, such as accidents, injuries and/or delay, and prepare comprehensive reports on same;
- Recommending manpower requirements;
- Maintaining harmony among workers and resolving grievances;
- Performing or assisting subordinates in performing duties;
- Ensuring disciplinary procedures are conducted in accordance with e in a fair, timely, and consistent manner;
- Uphold the company's commitment to Equal Employment Opportunity; Carrying out supervisory responsibilities in accordance with the organization's policies and applicable laws;
- Ability to comply with attendance/tardiness standards.

## Essential Skills and Qualifications:

- Must be at least 18 years of age.
- 1 year certificate from a college or technical school 6 months to 1 year job related experience preferred
- Valid Driver's License Possess/Maintain a valid Driver's License and other government agency required identification/seals or authorizations
- Must be able to speak, read, and write in English
- Ability to perform basic math calculations
- Must pass pre-employment drug test
- Must be available and flexible to work variable shifts including weekends and holidays Work is done indoors and outdoors.
- Must be comfortable working in all weather conditions with exposure to loud noises
- Able to routinely lift, push and pull up to 70 lbs.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

## Employee Acknowledgement

I, _____, acknowledge review of this job description.  I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



# Job Description

---

# Lead Quality Control Technician

**Reports to:** Supervisor, Operations Manager
**Location:** |

-----------

### Overview
This role is responsible for, leading, directing and coordinating the work of quality control personnel. This individual will also provide instruction, support, and training to employees by adhering to all company, industry, local, state, and federal safety and environmental regulations and procedures.
We are looking for a dedicated individual to ensure smooth operations, if you have a passion for aviation and love being part of a fast-paced environment Join our team and soar to new heights with a career at Menzies Aviation!

### Main accountabilities include:

- Consults with manufacturer or engineering staff to determine quality and reliability standards and analyses fuels/additives to ensure consistent product quality.
- Selects and tests fuel/additive products for variety of qualities such as dimensions, performance, and or chemical characteristics.
- Records test data, following statistical quality control procedures.
- Evaluates data and writes reports to validate or indicate deviations from existing standards.
- Prepares graphs or charts of data or enters data into computer for analysis.
- Performs the duties of a Fueler or Fuel Farm Operator as needed.
- Conducts work in a safe and environmentally conscious fashion by adhering to all company, industry, local, state, and federal safety and environmental regulations and procedures.
- Conducts weekly safety briefings as necessary.
- Comply with the location's attendance/tardiness standards.
- Other duties as assigned by management.
- Performs other duties as assigned.

-----------

### Safety, Security and Compliance

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.

---

- Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be 18 years of age.
- Must possess a valid US driver's license.
- Must pass pre-employment color vision test and a drug screen.
- Ability to proficiently read, write and speak English.
- Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs.
- Ability to perform basic math calculations.
- Must pass background check and obtain US Custom seal as required.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Must be able to obtain and maintain all required Airports and Custom badges/seals.
- Work is done primarily outdoors; must be comfortable working in all weather conditions.
- Must be reliable, our customer, and your fellow employees rely on you.

**Knowledge, Skills and Abilities**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee may regularly work in outside weather conditions. The employee frequently works near moving mechanical parts, high voltages and high hydraulic/pneumatic pressures. The employee is also frequently exposed to very loud noise levels, fumes



**People. Passion. Pride.** Since 1833.

or airborne particles and hazardous substances, materials, or waste. The employee occasionally works in high, precarious places.

The Lead Quality Control performs periodic maintenance and inspections on filters, pumps, valves, tanks, pressure controls, metering and gauging equipment, and company vehicles. Ensures that all work assigned is performed in a timely fashion with quality workmanship. Ensure through definitive methods that the product meets or exceeds quality standards set forth; ensure all work is completed in a timely manner, contributing to an efficient operation, while projecting a professional image for MENZIES AVIATION.

### Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employees may also engage in debris removal which involves lifting, bending, and stooping. The employee must frequently lift and/or move up to 70lbs and occasionally lift and/or move up to 70lbs.

### Employee Acknowledgement (if required)

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



People. Passion. Pride. Since 1833.



# Job Description

---

## Load Master

**Reports to:** Operations Manager
**Location:** City, State | Airport code

_____

### Overview

This role is responsible to Coordinate and communicate all airside activities in respect to the Arrival and Departure of aircraft, ensuring that policies and guidelines for safety are adhered to as well as punctuality and services are fulfilled. Position requires adherence to all standards, procedures ensuring all work is performed safely and is supported by established procedures and protocols.

**Main accountabilities include:**

- Compliance and adherence to all FAA, TSA and Airport Rules and Regulations.
- Monitor ramp personnel for compliance with all Rules and Regulations.
- Ensure that all ground service equipment is used in a proper and safe manner.
- Obtain flight information and briefs of all staff concerned.
- Prepare gate for arrival (positioning of ramp equipment).
- Marshalling and parking aircraft into the correct parking marker and ensure that staff do not approach the aircraft until the beacon lights are turned off and engines are spooled down.
- Liaise with central departure control.
- Obtain valid loading instruction and brief all concerned ramp staff.
- Verify that all planned dead loads are correct according to the loading instruction.
- Initiate and supervise the loading of the aircraft and ensure that it is loaded in accordance with the valid loading instructions.
- Liaise with the Baggage Coordinator to check on the baggage handling process to ensure that adequate loading space is available and check on connecting baggage.
- Ensure that any/all deviations or incidents are reported to supervisory/Manager staff on duty.
- Reporting and handling of occurrences to ensure compliance with quality assurance activity.
- Sends Load Distribution Messages, Load Distribution Sheet, and necessary flight related reports as required by Air carrier.
- Comprehends the progress of cargo acceptance and build-up.
- Identifies and handles special cargo and proper dangerous goods.
- Prepares and maintains Load Planner log.
- Air cargo handling to include aircraft structures and contours; weight limitations; special cargo; build-up and breakdown.

---

**People. Passion. Pride.** Since 1833.

- Ramp handling procedures to include safety, hand signals, aircraft towing, and loading/unloading methods.
- Able to meet the Station's attendance standards.
- Other duties as assigned.

_____

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Minimum 6 months experience ramp handling on wide body aircrafts.
- Must be at least 18 years of age.
- Understands Unit Load Device and Ground Service Equipment handling and operation procedures.
- Clean performance and attendance record
- No safety violations
- Current in all areas of training
- Must possess excellent interpersonal and presentation skills.
- Ability to communicate effectively and clearly to Flight Crew, Station Customers
- Good written communication skills; completion of forms, checklists, shift summaries
- Computer literate.
- Ability to comprehend manuals
- Demonstrate proficiency in Ramp Handling
- High school diploma or general education degree (GED); one to three months related experience and/or training; or equivalent combination of education and experience.
- Must be able to communicate and comprehend in the English language (reading, writing and speaking).
- Ability to read and comprehend instructions, short correspondence, and memos.



People. Passion. Pride. Since 1833.

- Ability to effectively present information on one-on-one and small group situations to customers, clients, and other employees of the organization.
- Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers.
- Ability to apply common sense understanding to carry out detailed but uninvolved written or oral instructions.
- Ability to deal with problems involving a few concrete variables in standardized situations.
- Possess/maintain a valid driver's license and other FAA/Airport required identification/seals or authorizations.
- Must pass all pre-employment testing to include drug testing and a physical.
- Must be able to obtain and maintain all required airports and customs badges/seals.
- Must be available and flexible to work variable shifts including weekends and holidays if required.

## Physical Demands

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms; climb or balance; stoop, kneel, crouch, or crawl; and talk or hear.  The employee must regularly lift and/or move up to 50 pounds.  Specific vision abilities required by this job include distance vision.

## Work Environment

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly exposed to moving mechanical parts; high, precarious places; fumes or airborne particles; and outside weather conditions.  The employee is frequently exposed to vibration.  The employee is occasionally exposed to toxic or caustic chemicals. The noise level in the work environment is usually very loud.

- Must be at least 18 years of age.
- Must have a high school diploma or GED.
- Ability to proficiently read, write and speak English.
- Excellent communication skills.
- Able to remain calm and efficient under pressure.
- Must have a current valid driver's license with no violations over the past 5 years.
- Competent in handling difficult situations.
- Ability to safely lift up to 70 pounds.
- Advanced computer skills.
- Must pass all pre-employment testing to include drug testing and a physical.
- Must be able to obtain and maintain all required airports and customs badges/seals.



People. Passion. Pride. Since 1833.

- Must be available and flexible to work variable shifts including weekends and holidays if required.
- Work is done primarily outdoors. Must be comfortable working in all weather conditions, work is primarily outdoors.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



People. Passion. Pride. Since 1833.



# Job Description

---

# Operations Supervisor – Ground Handling

**Reports to:** General Manager
**Location:** City, State | Airport code

---

**Overview**

This role is responsible for directing the work of all station agents as they perform all aspects of the operation to include customer service operations, baggage services, cargo, and ramp services functions. Besides supervision you will be an integrated part of the operations process and perform some of the above tasks. Position requires heavy lifting, pushing, pulling, bending, stretching and frequent kneeling. Adheres to all standards, procedures ensuring all work is performed safely and is supported by following established procedures and protocols.

**Main accountabilities include:**

- Supervise ramp and passenger service agents, allocating staffing resources as needed.
- Complete shift reports and clear all exceptions from the T&A system in a timely manner.
- Ensure that personnel adhere to established company safety regulations.
- Read and interpret aircraft weight and balance loading instructions, hazardous material identification labels, aircraft loading manifest, and baggage and cargo routing tags.
- Assist in the baggage handling area.
- May occasionally operate various pieces of ground support equipment.
- Other duties as assigned.

---

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.

---

- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be at least 18 years of age.
- Must have a high school diploma or GED.
- Ability to proficiently read, write and speak English.
- Excellent communication skills.
- Able to remain calm and efficient under pressure.
- Must have a current valid driver's license with no violations over the past 5 years.
- Competent in handling difficult situations.
- Ability to safely lift up to 70 pounds.
- Advanced computer skills.
- Must pass all pre-employment testing to include drug testing and a physical.
- Must be able to obtain and maintain all required airports and customs badges/seals.
- Must be available and flexible to work variable shifts including weekends and holidays if required.
- Work is done primarily outdoors. Must be comfortable working in all weather conditions, work is primarily outdoors.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____





**MENZIES
AVIATION**

# Job Description, Passenger Service Agent

**Job Title:**       Passenger Service Agent
**Department:**    Ramp Operations
**Reports To:**     Passenger Service Manager
**FLSA Status:**    Non-exempt

**Essential Duties and Responsibilities:**
- Checking in passengers for flights at the ticket counter and gates;
- Verifying passenger documentation;
- Assigning seats and providing gate information;
- Checking baggage;
- Hosting self-service kiosks;
- Ensure that all work areas are functional (check-in, lobby, gate, baggage);
- Be enthusiastic about offering assistance where needed in all areas of passenger services;
- Adhere to Menzies uniform guidelines and codes of conduct;
- Work in a team environment;

**Required Skills:**
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be at least 18 Year of age;
- Capable of lifting comfortably 70 lbs;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment medical;
- Must pass a drug test;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass an FBI background check and obtain a custom seal;

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**   **M**

**T: 310-414-1142**
**E:** www.menziesaviation.com



**MENZIES
AVIATION**

## Job Description Passenger Service Lead Agent

**Job Title:**      Passenger Service Lead Agent LAX
**Department:**   Ramp Operations
**Reports To:**    Passenger Service Manager
**FLSA Status:**   Non-Exempt

**Essential Duties and Responsibilities**
- Maintain and lead by example all duties of a passenger service agent.
- Mentorship / Training and development of all agents;
- Assist the Passenger Service Manager / Supervisor with administrative functions including payroll management,
- Progressive discipline process, recruitment and conflict resolution;
- Management of irregular flight operations;
- Performs new employee introduction to work area, work rules, uniform policy, time clock process, office-terminal procedures and provides overview of department operations;
- Trains employees on specifics or assigns employees to work with an experienced representative;
- Ensures that employees are fully trained on company policies and procedures.
- Interfaces with other departments to ensure that service issues are addressed and corrected to ensure quality of service;
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all customer service complaints with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.
- Proficiency in above the wing handling duties to include but not limited to ticketing counter, gate, baggage service, operations, arrivals, and turn coordinator functions.

**Required Skills:**
- Ability to lead up to 10-15 passenger service representatives;
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a drug test;
- Must be able to pass a ten-year background check as required by US Customs;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

**T: 310-414-1155**
**F: 310-414-1159**
**E:** www.menziesaviation.com

**880 Parkview Drive North**
**El Segundo, Ca. 90245**

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.


Signature: _____Date:_____

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF   M



**MENZIES
AVIATION**

## Job Description, Passenger Service Supervisor

**Job Title:**      Passenger Service Supervisor LAX
**Department:**    Ramp Operations
**Reports To:**     Passenger Service Assistant Manager
**FLSA Status:**   Non-Exempt

**Essential Duties and Responsibilities**
- Training and development of junior supervisors;
- Assist the Passenger Service Manager with administrative functions including payroll management.
- Progressive discipline process, recruitment and conflict resolution;
- Management of irregular flight operations;
- Attend regular airport stakeholder meetings;
- Performs new employee introduction to work area, work rules, uniform policy, time clock process, office-terminal procedures and provides overview of department operations;
- Trains employees on specifics or assigns employees to work with an experienced representative;
- Ensures that employees are fully trained on company policies and procedures.
- Interfaces with other departments to ensure that service issues are addressed and corrected to ensure quality of service;
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all customer service complaints with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.
- Proficiency in above the wing handling duties to include but not limited to ticketing counter, gate, baggage service, operations, arrivals, and turn coordinator functions.
- Perform weekly SMART audits in accordance to Menzies standards

**Required Skills:**
- Ability to supervise up to 10-15 passenger service representatives;
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a drug test;
- Must be able to pass a ten-year background check as required by US Customs;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245



**MENZIES
AVIATION**

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

Page 435



# Job Description

## Ramp Supervisor

**Job title:**     Ramp Supervisor
**Department:**  Ramp Operations
**Reports to:**   Duty Manager
**FLSA Status:**  Non – Exempt

### Overview

Accountable for day-to-day ramp operations.  You will be responsible for coordinating. planning and ensuring proper staff allocation to fulfil our service standards for all Airline Partners.

### Main accountabilities include:

- Responsible for day to day operational performance, safety, security and customer satisfaction of the product through effective support and management of delivery areas.
- To consistently deliver the highest possible level of customer service at all times.
- Responsible for ensuring the airlines product is delivered consistently to demanding service level standards and on time performance targets are met.
- Staff Allocation forward planning.
- Ensure the safe and correct control of all resources on the Ramp.
- Comply with all Airlines Ground Handling Regulations as well as local Airport Authorities.
- Ensure safety and security procedures are followed according to standards set within the Menzies Health & Safety Policy Manual, and according to international aviation standards.
- Safeguard the health, safety and welfare of staff, customers and other visitors as required in full compliance with the Company's Health & Safety Policy.
- Promote an open reporting culture.
- Ensure investigations take place into any incident/accident, non-conformity or service delivery failure, with resulting corrective actions being established and then maintained.
- Work closely with GSE responsible personnel to ensure active and effective GSE management
- Stay informed as to the relevant skills and qualification levels required by staff for effective performance.
- Accountable for ongoing day to day ramp management.
- Establish and maintain a safe working environment for employees and customers to comply with Company policy and health, safety and security regulations, while promoting a "Safety First"-culture.
- Ensure tasks are performed in accordance with the Company and Airlines specific procedures and policies.
- Required to attend the mandatory training imposed by the Company and Airlines as per job role.
- Other duties as assigned

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

## Qualifications and Experience:

- Proven leadership skills and experience.
- Must be a minimum of 18 years of age and legally able to work in Canada
- Must have valid Driver's license and hold a DA.
- Demonstrate ability to lead, coach and develop staff.
- Well organised with meticulous attention to detail and accuracy, able to work on their own initiative to specific deadlines, have the ability to recognise and deal with challenges promptly and efficiently.
- Extensive experience in Ramp Handling and good understanding of the Operational departments.
- Proficient knowledge of the IATA Standard Ground Handling Agreement.
- Familiar with GOMs, Airline procedures, Airport procedures, Airport legislations.
- Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organisation.
- SLA driven to meet customer expectations by delivering excellence.
- Ability to drive and deliver improvement plans and the relevant follow up process.
- Ability to identify productivity efficiency or inefficiency and tailor the operational demand based on the operational dynamics within the station.
- Adaptability with regards to working with a multi-national workforce, and collaborating well with local working unions.
- Work under pressure and meet tight deadlines.
- Excellent written and verbal communication skills with employees, management, customers and outside institutions.
- Must be flexible to adapt to changing demands/circumstances/weather conditions.

- Must be available and flexible to work variable shifts including weekends and holidays.
- Must be able to lift up to 70lbs when required
- Must be able to obtain and hold all required security clearances.
- Computer literate with knowledge of Microsoft Word and Excel.

## Employee Acknowledgement:

I, _____ acknowledge review and acceptance of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.
I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature:_____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**