# TAB 30



## Job Description: Cargo Office Lead

Job Title:      Cargo Office Lead
Department:   Cargo Operations
Reports To:    Office Supervisor
FLSA Status:  Non-Exempt

**Summary:**

Consistent achievement of the above standards will be assessed through probationary and annual performance appraisals.

**Essential Duties and Responsibilities:**

- Hands-on activities in all areas of work including that which is both directly and indirectly associated with aircraft handling
- Ensure that productivity and performance criteria are met in the designated area of responsibility, which includes fulfilling regular performance assessment reports
- Be responsible for the control, supervision and training of designated staff
- Demonstrate leadership, decision making and organizational skills necessary to efficiently meet performance requirements in a changing work environment
- Make recommendations on all aspects of the operation, seeking to identify opportunities to improve performance and productivity
- Organize and co-ordinate work within the area of responsibility
- Form part of the assessment panel for probationary employees
- Resolve operational issues within a designated area or group
- Ensure Occupational Health and Safety and Security programs are adhered to
- Undertaking ETD screening as required
- Participate in projects as directed by management
- Ongoing reviews of operational processes and recommend necessary change
- Support and participate in the recruitment process
- Monitor the progress of new hires
- Report data to Customs and solve reporting issues
- Use internal and airline systems to transmit messages
- Perform various administrative duties



- Undertaking projects and additional duties as required
- Work without direct supervision
- Report to responsible Manager/Supervisor
- Accept significant operational responsibility and/or manpower control

**Required Skills:**

- Current state driver's license
- Company induction and training
- Attendance and punctuality
- Defensive driving techniques
- Dangerous Goods Acceptance
- Acceptable attitude
- Consistency and Quality of work
- Working cohesively within a team environment
- Must be able to lift at least 35 pounds on a continuous basis.
- Ability to work safely, adherence to safe work practices
- Ability to work within a pressurised team environment, processing multiple flights
- Ability to apply detailed knowledge of the company's policies and procedures
- Ability to provide detailed advice and information relating to products and services
- Ability to resolve operational issues within a designated area or group
- Knowledge of three letter port codes
- Competent operation of communication and computer aids; and
- Acceptable reading and writing skills
- Must pass pre-employment medical
- Must pass a drug test
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA)

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 



# Job Description

## Cargo Screening Agent

**Reports to:** Cargo Agent
**Location:** City, State | Airport code

### Overview

This role is responsible for carrying out Air Cargo Security Screening to the letter of the MSP and ACISP while following the MA Safety Policy inclusive of, but not limited to wearing PPE, equipment operation, safe lifting procedures and obeying speed limits when driving company vehicles and equipment.

Safety, Security, and Environmental stewardship are core values of Menzies Aviation (MA). MA has a duty of care to provide a safe workplace to our Employees. Similarly, all Menzies' employees have an obligation to assist in maintaining a safe work environment via the following principles:

- Ensure that they work safely in accordance with company policy and procedures
- Report safety incidents, risks or safety concerns using the Safety Management System (SMS) reporting system
- Recognize opportunities to contribute to the continuous improvement of safety and its management
- Stay current with information and knowledge relevant to performing their duties safely.

### Main accountabilities include:

- Carry out cargo screening functions to screen for IEDs, IED Components, or other destructive substances that may be found in air cargo
- Operate screening equipment such as X-ray and ETD machines
- Identify dangerous objects in cargo and prevent those objects from being transported onto aircraft with Explosive Trace Detection (ETD) equipment and visual and physical search
- Complete the required equipment start-up procedures and documentation for each equipment type (ETD and X-ray)
- Utilize handheld tools and power tools to assist with the opening and screening of certain cargo configurations
- Ensure the capture and completion of the cargo screening logs for each piece of cargo screened
- Continuously and effectively interact with stakeholders - Airline Customers, Transportation Security Administration (TSA) Agents, Customs/Border Protection (CBP) Agents- and respond to inquiries in a professional business tone and manner

*People. Passion. Pride.* Since 1833.

- Work within a demanding environment, which includes noise from alarms, machinery, people, distractions, time pressure and the requirement to identify and locate potentially life-threatening devices and devices intended on creating massive destruction
- Demonstrate diligence required to maintain security under the Airport Police, Transportation Security Administration (TSA) and Customs and Border Protection (CBP) Regulations. Carry out challenge procedures of any person not displaying airport credentials
- Conduct Alarm Resolution Procedures and Cargo Rendered Unusable Procedures as per the applicable security program.
- Must follow all Airport and TSA Security procedures as required
- Follow notification procedures when required.
- Other duties as assigned

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be 18 years of age or older
- Possess and maintain valid US driver's license
- Must be able to pass all pre-employment testing to include drug testing and a physical
- Ability to proficiently read, write and speak English
- Must be able to lift 70lbs
- Must be comfortable working in all weather conditions
- Pass FBI background and obtain US Customs Seal
- Must be available and flexible to work variable shifts including weekends and holidays
- Prior loading and unloading of heavy products or equipment (preferred)
- Forklift certification preferred



People. Passion. Pride. Since 1833.

**Knowledge, Skills and Abilities**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

Work is primarily done indoors; however, the individual will be working near terminals with consistently open doors where harsh weather conditions could affect the indoor environment.

This individual will also work with disgruntled customers throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting cargo up to 70 lbs. which could also involve bending and stooping. The employee must frequently lift and/or move up to 25 lbs. and occasionally lift and/or move up to 70 lbs.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation. I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____   Date: _____



**People. Passion. Pride.** Since 1833.

People. Passion. Pride. Since 1833.



# Job Description

## Load Master

**Reports to:** Operations Manager
**Location:** City, State | Airport code

### Overview

This role is responsible to Coordinate and communicate all airside activities in respect to the Arrival and Departure of aircraft, ensuring that policies and guidelines for safety are adhered to as well as punctuality and services are fulfilled. Position requires adherence to all standards, procedures ensuring all work is performed safely and is supported by established procedures and protocols.

**Main accountabilities include:**

- Compliance and adherence to all FAA, TSA and Airport Rules and Regulations.
- Monitor ramp personnel for compliance with all Rules and Regulations.
- Ensure that all ground service equipment is used in a proper and safe manner.
- Obtain flight information and briefs of all staff concerned.
- Prepare gate for arrival (positioning of ramp equipment).
- Marshalling and parking aircraft into the correct parking marker and ensure that staff do not approach the aircraft until the beacon lights are turned off and engines are spooled down.
- Liaise with central departure control.
- Obtain valid loading instruction and brief all concerned ramp staff.
- Verify that all planned dead loads are correct according to the loading instruction.
- Initiate and supervise the loading of the aircraft and ensure that it is loaded in accordance with the valid loading instructions.
- Liaise with the Baggage Coordinator to check on the baggage handling process to ensure that adequate loading space is available and check on connecting baggage.
- Ensure that any/all deviations or incidents are reported to supervisory/Manager staff on duty.
- Reporting and handling of occurrences to ensure compliance with quality assurance activity.
- Sends Load Distribution Messages, Load Distribution Sheet, and necessary flight related reports as required by Air carrier.
- Comprehends the progress of cargo acceptance and build-up.
- Identifies and handles special cargo and proper dangerous goods.
- Prepares and maintains Load Planner log.
- Air cargo handling to include aircraft structures and contours; weight limitations; special cargo; build-up and breakdown.

*People. Passion. Pride.* Since 1833.

- Ramp handling procedures to include safety, hand signals, aircraft towing, and loading/unloading methods.
- Able to meet the Station's attendance standards.
- Other duties as assigned.

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Minimum 6 months experience ramp handling on wide body aircrafts.
- Must be at least 18 years of age.
- Understands Unit Load Device and Ground Service Equipment handling and operation procedures.
- Clean performance and attendance record
- No safety violations
- Current in all areas of training
- Must possess excellent interpersonal and presentation skills.
- Ability to communicate effectively and clearly to Flight Crew, Station Customers
- Good written communication skills; completion of forms, checklists, shift summaries
- Computer literate.
- Ability to comprehend manuals
- Demonstrate proficiency in Ramp Handling
- High school diploma or general education degree (GED); one to three months related experience and/or training; or equivalent combination of education and experience.
- Must be able to communicate and comprehend in the English language (reading, writing and speaking).
- Ability to read and comprehend instructions, short correspondence, and memos.



People. Passion. Pride. Since 1833.

- Ability to effectively present information on one-on-one and small group situations to customers, clients, and other employees of the organization.
- Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers.
- Ability to apply common sense understanding to carry out detailed but uninvolved written or oral instructions.
- Ability to deal with problems involving a few concrete variables in standardized situations.
- Possess/maintain a valid driver's license and other FAA/Airport required identification/seals or authorizations.
- Must pass all pre-employment testing to include drug testing and a physical.
- Must be able to obtain and maintain all required airports and customs badges/seals.
- Must be available and flexible to work variable shifts including weekends and holidays if required.

**Physical Demands**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms; climb or balance; stoop, kneel, crouch, or crawl; and talk or hear. The employee must regularly lift and/or move up to 50 pounds. Specific vision abilities required by this job include distance vision.

**Work Environment**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly exposed to moving mechanical parts; high, precarious places; fumes or airborne particles; and outside weather conditions. The employee is frequently exposed to vibration. The employee is occasionally exposed to toxic or caustic chemicals. The noise level in the work environment is usually very loud.

- Must be at least 18 years of age.
- Must have a high school diploma or GED.
- Ability to proficiently read, write and speak English.
- Excellent communication skills.
- Able to remain calm and efficient under pressure.
- Must have a current valid driver's license with no violations over the past 5 years.
- Competent in handling difficult situations.
- Ability to safely lift up to 70 pounds.
- Advanced computer skills.
- Must pass all pre-employment testing to include drug testing and a physical.
- Must be able to obtain and maintain all required airports and customs badges/seals.



*People. Passion. Pride.* Since 1833.

- Must be available and flexible to work variable shifts including weekends and holidays if required.
- Work is done primarily outdoors. Must be comfortable working in all weather conditions, work is primarily outdoors.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



**People. Passion. Pride.** Since 1833.



# Job Description, Passenger Service Agent

**Job Title:** Passenger Service Agent
**Department:** Ramp Operations
**Reports To:** Passenger Service Manager
**FLSA Status:** Non-exempt

**Essential Duties and Responsibilities:**
- Checking in passengers for flights at the ticket counter and gates;
- Verifying passenger documentation;
- Assigning seats and providing gate information;
- Checking baggage;
- Hosting self-service kiosks;
- Ensure that all work areas are functional (check-in, lobby, gate, baggage);
- Be enthusiastic about offering assistance where needed in all areas of passenger services;
- Adhere to Menzies uniform guidelines and codes of conduct;
- Work in a team environment;

**Required Skills:**
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be at least 18 Year of age;
- Capable of lifting comfortably 70 lbs;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment medical;
- Must pass a drug test;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass an FBI background check and obtain a custom seal;

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1142
E: www.menziesaviation.com



**MENZIES AVIATION**

# Job Description, Passenger Service Agent Lost and Found

**Job Title:** Passenger Service Agent – Lost and Found
**Department:** Ramp Operations
**Reports To:** Passenger Service Manager
**FLSA Status:** Non-exempt

**Essential Duties and Responsibilities:**
- Work with internal and external clients to locate lost luggage
- Receive and Assist Passenger Lost Luggage Claims
- Checking in passengers for flights at the ticket counter and gates;
- Verifying passenger documentation;
- Assigning seats and providing gate information;
- Checking baggage;
- Hosting self-service kiosks;
- Ensure that all work areas are functional (check-in, lobby, gate, baggage);
- Be enthusiastic about offering assistance where needed in all areas of passenger services;
- Adhere to Menzies uniform guidelines and codes of conduct;
- Work in a team environment.

**Required Skills:**
- Knowledge of World Tracer or other lost luggage management system
- Maintain a valid driver's license.
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience.
- Must be at least 18 Year of age;
- Capable of lifting comfortably 70 lbs;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment medical;
- Must pass a drug test;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass an FBI background check and obtain a custom seal;

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

Page 599



## Job Description Passenger Service Lead Agent

**Job Title:** Passenger Service Lead Agent LAX
**Department:** Ramp Operations
**Reports To:** Passenger Service Manager
**FLSA Status:** Non-Exempt

**Essential Duties and Responsibilities**
- Maintain and lead by example all duties of a passenger service agent.
- Mentorship / Training and development of all agents;
- Assist the Passenger Service Manager / Supervisor with administrative functions including payroll management,
- Progressive discipline process, recruitment and conflict resolution;
- Management of irregular flight operations;
- Performs new employee introduction to work area, work rules, uniform policy, time clock process, office-terminal procedures and provides overview of department operations;
- Trains employees on specifics or assigns employees to work with an experienced representative;
- Ensures that employees are fully trained on company policies and procedures.
- Interfaces with other departments to ensure that service issues are addressed and corrected to ensure quality of service;
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all customer service complaints with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.
- Proficiency in above the wing handling duties to include but not limited to ticketing counter, gate, baggage service, operations, arrivals, and turn coordinator functions.

**Required Skills:**
- Ability to lead up to 10-15 passenger service representatives;
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a drug test;
- Must be able to pass a ten-year background check as required by US Customs;

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

Page 600

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



## Job Description, Passenger Service Supervisor

**Job Title:** Passenger Service Supervisor LAX
**Department:** Ramp Operations
**Reports To:** Passenger Service Assistant Manager
**FLSA Status:** Non-Exempt

**Essential Duties and Responsibilities**
- Training and development of junior supervisors;
- Assist the Passenger Service Manager with administrative functions including payroll management.
- Progressive discipline process, recruitment and conflict resolution;
- Management of irregular flight operations;
- Attend regular airport stakeholder meetings;
- Performs new employee introduction to work area, work rules, uniform policy, time clock process, office-terminal procedures and provides overview of department operations;
- Trains employees on specifics or assigns employees to work with an experienced representative;
- Ensures that employees are fully trained on company policies and procedures.
- Interfaces with other departments to ensure that service issues are addressed and corrected to ensure quality of service;
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all customer service complaints with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.
- Proficiency in above the wing handling duties to include but not limited to ticketing counter, gate, baggage service, operations, arrivals, and turn coordinator functions.
- Perform weekly SMART audits in accordance to Menzies standards

**Required Skills:**
- Ability to supervise up to 10-15 passenger service representatives;
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a drug test;
- Must be able to pass a ten-year background check as required by US Customs;

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245



**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245



**Lost and Found Bag Agent**

| Job title | *Lost and Found Bag Agent (BSO)* | | |
|---|---|---|---|
| Reports to | *Passenger Services Manager* | | |
| Salary | *Non-Exempt (hourly)* | **Location** | |

### Job Summary and Mission

The Lost and Found Bag Agent will be responsible for coordinating and handling customer baggage check-in and misplaced/lost baggage claims, providing reports to carriers and assist customers with travel information.

### Key Responsibilities

- Ability to read IATA tickets to determine flight departure times and connecting carriers.
- Screens all interline passengers prior to placing bags on the interline return belts.
- Ensures baggage tagging is correct.
- Direct and assist passengers with mis-checked or short checked bags.
- Handles misplaced/lost baggage claims and provides reports to Carriers.
- Evaluates customer's need concerning airline locations.
- Is able to meet the Station's attendance standards.
- Other duties as assigned.

### Qualifications

- Must be at least 18 years of age.
- Must pass pre-employment drug screen.
- Ability to proficiently read, write and speak English.
- Must be comfortable lifting 70lbs.
- Must be able to stand for long periods of time at the ticket counter and Arrivals areas.
- Must pass FBI background check and obtain US Customs seal.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Prior Customer Service Experience Strongly Preferred
- Intermediate Computer Skills Required
- ***Please note: a valid state driver's license may vary by location, as not all Menzies Aviation Station's may require a driver's license for baggage coordinator duties

### Knowledge, Skills and Abilities
- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

### Benefits

- $_____/hour
- Advancement Opportunities
- Health, Dental, Vision, 401K

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

v.YYYY.MM.DD

**Lost and Found Bag Agent**



- Life and Short-Term Disability Insurance
- Paid Vacation
- Paid Training
- Uniform Provided

## Working Conditions

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly exposed to moving mechanical parts. The noise level in the work environment is usually loud.

## Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms; talk and hear. The employee must regularly lift and/or move up to 70 lbs.

**EEO Statement**

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful, and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline, and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com*

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

| **Approved by:** | *Leadership approval* |
|---|---|
| **Date approved:** | *Date upon which the job description was approved* |
| **Reviewed:** | *Date when the job description was last reviewed* |

*Ideally, a job description should be reviewed annually and updated as often as necessary.*

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.YYYY.MM.DD