C. JOE SAYAS, JR. (CA Bar No. 122397)
cjs@joesayaslaw.com
KARL P. EVANGELISTA (CA Bar No. 250685)
kpe@joesayaslaw.com
**LAW OFFICES OF C. JOE SAYAS, JR.**
500 N. Brand Boulevard, Suite 980
Glendale, California 91203
Telephone: (818) 291-0088
Facsimile: (818) 240-9955

DAVID P. KING (CA Bar No. 136765)
dpk@kcmlaw.net
**KING CHENG MILLER & JIN, LLP**
150 N. Santa Anita Blvd., Suite 410
Arcadia, California 91107
Telephone: (626) 304-9001
Facsimile: (626) 304-9002

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DORA PATRICIA AMAYA, an individual; and BRAYAN LOZANO GONZALEZ, an individual; on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MENZIES AVIATION (USA), INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:22-cv-05915-MCS-MARx<br><u>CLASS ACTION</u><br><br>DECLARATION OF DORA PATRICIA AMAYA IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL ARBITRATION AND TO EXCLUDE COVERED CLASS MEMBERS FROM THE CERTIFIED CLASS<br><br>Date: February 20, 2025 [vacated]<br>Time: 10:00 a.m.<br>Ctrm.: 5B, 5th Floor<br>Judge: Hon Hernán D. Vera<br><br>Complaint Filed: August 19, 2022<br>FAC Filed: August 30, 2022<br>SAC Filed: May 9, 2023 |

- 1 -

AMAYA DECLARATION

## DECLARATION OF DORA PATRICIA AMAYA

I, Dora Patricia Amaya (with my married surname now Villagra), declare as follows:

1. I have personal knowledge of the facts set forth in this Declaration, to which I could and would readily and competently testify under oath if called as a witness.

2. I have been employed as a Passenger Customer Service Agent in the Ramp Operations Department of Menzies Aviation (USA), Inc. ("Menzies Aviation") at Los Angeles International Airport ("LAX") since August 27, 2021. I am currently on medical leave because I injured my back lifting heavy luggage arriving at LAX from international flights.

**My Duties and Responsibilities at Menzies Aviation**

3. Throughout my time working at Menzies Aviation, prior to my back injury, I was assigned to the Ramp Operations Department at LAX as a Passenger Service Agent. Attached hereto as Exhibit 1 is a true and correct copy of Menzies' Job Description for a Passenger Service Agent.

4. The tasks I would perform (per my job description and in actual experience) would include checking in passengers for international and interstate flights at the ticket counter and gates; verifying passenger documentation; assigning seats and providing gate information; checking baggage; ensuring that all work areas are functional (check-in, lobby, gate, baggage); and otherwise offering assistance where needed in all areas of

passenger services. Among the job requirements are being able to lift 70 pounds, which I would often do when checking, moving, and lifting baggage.

5. In my first year working for Menzies Aviation, I was assigned to service flights by Iberia Airlines, which is based in Spain, at the Tom Bradley International Terminal. After my first year, Menzies assigned me to service two additional airlines, Copa from Panama, and Level, from Spain, also at the Tom Bradley International Terminal.

6. My working hours with Menzies Aviation have varied. During what is called the "high season," which is from November to February, I would routinely work 8-hour shifts and sometimes longer up to around 11-hour shifts.

7. When I would check-in passengers, my job duties included making sure that the documentation for the baggage matched the passenger, then I would tag the luggage for processing. I would then move, lift, and send the luggage to the back for further handling.

8. While at work, I and other Menzies Aviation Passenger Customer Service Agents would use our phones to communicate with each other through a group chat. In addition, I would use my cellphone to communicate directly with Customs, carousel staff, Agriculture, switchers, and also other airlines from which I would have to retrieve luggage.

9. When a flight would arrive, I would take the elevator down to the ramp area to retrieve special items such as strollers and wheelchairs and bring them upstairs to the jetway so that the passengers could retrieve them.

10. After I would receive the information regarding the proper baggage claim area, and while downstairs at the ramp, I would speak directly to the ramp agents so that they would understand the correct carousel for directing luggage. I would also ensure that crew luggage was properly handled by the ramp agents so the crew would receive their luggage first and at the correct carousel. Because providing services quickly was a priority at Menzies to avoid penalties, if the luggage was not quickly reaching the carousel, I would contact the ramp agents using my cellphone and determine why the luggage was not moving quickly and try to help resolve any issues.

11. After I would leave the ramp area, I would proceed to the carousel, wait for the luggage and passengers, assist passengers in locating luggage, and then conduct the passengers with their luggage to the customs border protection kiosks. Also, when passengers were denied entry for any reason, I would be called by customs border protection personnel, and I would retrieve the passenger's luggage so that it could be transported to wherever the passenger proceeded next (usually the country of origin).

12. With international flights, it is very common for some luggage to arrive on a flight different than the flight of the passenger who owns the luggage. This is because of weight requirements. If a flight has excess weight, there is no penalty for luggage arriving

- 4 -

AMAYA DECLARATION

late, but there are potentially substantial fees associated with deplaning or otherwise denying the passenger the right to travel on the flight that was booked. This was an everyday occurrence. When luggage would arrive on a flight without the passenger, I would collect the luggage from the carousel, take the luggage through Agricultral Inspection, then take the luggage to an office, from where I would contact a third-party delivery service to pick up the luggage for delivery to the passenger.

13. Flights from other airlines would also have luggage for passengers from airlines I would service, which would be located in another terminal. In those cases, which was an everyday occurrence, I would be informed of the luggage and location. I would then have to travel by foot to the other terminal, retrieve the luggage from an office of the airline at issue, load the luggage onto a cart, and then transport the luggage to our office, from where I would arrange delivery to the passengers. Because this required traveling from Tom Bradley to other terminals it would not be unusual for a single trip to recover luggage to take 30 minutes or more. And it would not be unusual for the need to retrieve luggage to take place several times during my shift.

14. I would spend about 3 to 4 hours per 8-hour shift tracking down baggage from other terminals and other flights in the manner described above. I read a portion of Menzies' motion to compel arbitration and the exhibit attaching a portion of my deposition testimony. Menzies did not include the testimony about those hours I spent tracking down baggage when arguing that my interaction with luggage was minimal.

Attached hereto as Exhibit 2 is selection of pages from my deposition testimony (which includes pages 53-60, the substantive pages attached to Menzies' motion as Tab 4 and Exhibit C).

15. Based on my observations and understanding of the job functions, other Passenger Service Agents perform the same essential functions as I describe above, including as to leads and supervisors that I had occasions to observe. We were oftentimes extremely busy, and it was a team effort to coordinate with each other and complete the foregoing tasks, such that leads and supervisors regularly stepped in to perform the same passenger-related and baggage-handling tasks performed by the basic agents.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed this 1/30/2025, 2025 at MISSION HILLS, California.

_____
Dora Patricia Amaya (Villagra)

# Exhibit 1



# MENZIES AVIATION

## Job Description, Passenger Service Agent

**Job Title:** Passenger Service Agent
**Department:** Ramp Operations
**Reports To:** Passenger Service Manager
**FLSA Status:** Non-exempt

**Essential Duties and Responsibilities:**
- Checking in passengers for flights at the ticket counter and gates;
- Verifying passenger documentation;
- Assigning seats and providing gate information;
- Checking baggage;
- Hosting self-service kiosks;
- Ensure that all work areas are functional (check-in, lobby, gate, baggage);
- Be enthusiastic about offering assistance where needed in all areas of passenger services;
- Adhere to Menzies uniform guidelines and codes of conduct;
- Work in a team environment;

**Required Skills:**
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be at least 18 Year of age;
- Capable of lifting comfortably 70 lbs;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment medical;
- Must pass a drug test;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass an FBI background check and obtain a custom seal;

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

T: 310-414-1142
E: www.menziesaviation.com

# Exhibit 2

Case 2:22-cv-05915-HDV-MAR   Document 103-2   Filed 01/30/25   Page 10 of 17   Page ID #:3374

Volume I                                                                                    Amaya vs.
Patricia Villagra                                                          Menzies Aviation (USA), Inc.

Page 1

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3
 4   DORA PATRICIA AMAYA, an       )
     individual, et al.,           )
 5                                 )
            Plaintiffs,            )
 6                                 )
       vs.                         ) CASE NO. 2:22-Ccv-
 7                                 ) 05915-MCS-MARx
     MENZIES AVIATION (USA), INC., )
 8   et. al.,                      )
                                   )
 9          Defendants.            )
     _____)
10
11
12
13             REMOTE PROCEEDINGS OF THE
14     VIDEOTAPED DEPOSITION OF PATRICIA VILLAGRA
15                    VOLUME I
16             WEDNESDAY, APRIL 26, 2023
17
18
19
20
21   Stenographically Reported by:
     LISA RICHARDSON, RMR, CRR, RPR, CSR No. 5883
22
23   Job No. 10118763
24
25   PAGES 1 - 185
```

Page 2

```
 1              UNITED STATES DISTRICT COURT
 2             CENTRAL DISTRICT OF CALIFORNIA
 3
 4   DORA PATRICIA AMAYA, an       )
     individual, et al.,           )
 5                                 )
            Plaintiffs,            )
 6                                 )
       vs.                         ) CASE NO. 2:22-Ccv-
 7                                 ) 05915-MCS-MARx
     MENZIES AVIATION (USA), INC., )
 8   et al.,                       )
                                   )
 9          Defendants.            )
     _____)
10
11
12
13
14       Remote Proceedings of the Videotaped Deposition
15   of PATRICIA VILLAGRA, Volume I, taken on behalf of
16   Defendants, commencing at 9:06 a.m. and ending at
17   2:03 p.m. on Wednesday, April 26, 2023, stenographically
18   reported by LISA RICHARDSON, RMR, CRR, RPR, Certified
19   Shorthand Reporter No. 5883.
20
21
22
23
24
25
```

Page 3

```
 1          (ALL PARTIES APPEARING REMOTELY)
 2
 3   APPEARANCES:
 4
 5   For Plaintiffs:
 6     KING CHENG MILLER & JIN, LLP
       BY:  DAVID P. KING, ESQ.
 7     3675 Huntington Drive, Suite 200
       Pasadena, California 91107
 8     626.304.9001
       dpk@kcmlaw.net
 9
     For Defendants:
10
       FOLEY & LARDNER LLP
11     BY:  CHRISTOPHER WARD, ESQ.
       555 South Flower Street, Suite 3300
12     Los Angeles, California 90071-2418
       213.972.4500
13     cward@foley.com
14   Also Present:
15     Videographer: Ralna Ramse, Aptus Court Reporting
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              I N D E X
 2   Witness:  Patricia Villagra
 3
      EXAMINATION                                      PAGE
 4
      BY MR. WARD                                         9
 5
 6
 7                    --oOo--
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 37

1  Q   Okay. So at this point we are -- let me do
2  this.
3       So you go to an airport, right, let's just --
4  some person goes to an airport and you walk inside a
5  terminal and usually all the airlines have their desks
6  there, right?
7       You agree with me so far?
8  A   Yes.
9  Q   I need a verb- -- okay.
10      And at those, at those desks in the terminal
11 there are employees who greet passengers, check them in,
12 check luggage, things like that.
13      Is that -- you understand that?
14 A   Yes.
15 Q   And is that the type of job that you understood
16 you were applying for at Menzies?
17 A   Yes.
18 Q   Okay. Now, Menzies, you know that it's not an
19 airline itself, correct?
20 A   Yes.
21 Q   Okay. So did you understand at the time that
22 airlines hire Menzies to staff those kinds of positions
23 like the one you are talking about?
24 A   I didn't know until I start working properly at
25 the counters with Menzies. And I start asking for cargo

Page 38

1  or ramp agents or everything. So I learn the
2  performance when I was actually working.
3  Q   Okay. But I guess my question is slightly
4  different. And let me ask a different one.
5       When you applied to Menzies, did you know at
6  that point that it doesn't itself fly aircraft or
7  anything like that?
8  A   Yes.
9  Q   Okay. You understood it was a company that
10 provided services to airlines?
11 A   Yes.
12 Q   And one of those services would be what you've
13 described as passenger service agent work?
14 A   Yes.
15 Q   Okay. And at the time that you applied, do I
16 understand you correctly that you didn't have any
17 awareness that the services Menzies provides are much
18 bigger than passenger service; is that true?
19 A   True.
20 Q   Okay. But that's something you learned after
21 you started working at Menzies?
22 A   Yes.
23 Q   Okay. We'll come back to that then. All
24 right.
25      MR. WARD: I'm going to put a second exhibit in

Page 39

1  the Chat here. And we will mark this one as Exhibit 2.
2       (Exhibit 2 was marked.)
3  BY MR. WARD:
4  Q   And let me know when you've had a chance to
5  look at that.
6  A   Okay. It's loading.
7       Okay. I got it.
8  Q   Okay. And do you recognize this Exhibit 2?
9  A   Yes.
10 Q   And what do you recognize this to be?
11 A   This was the employment offer that I sign up.
12 Q   And if we look at the second page there,
13 there's a signature.
14      Is that your signature?
15 A   That's my signature --
16 Q   Okay.
17 A   -- before to be a citizen.
18 Q   Sure. And are you the one who placed that
19 signature on this document?
20 A   Yes.
21 Q   And you are also the one who printed your name
22 and signed it, I presume, or dated it?
23 A   Yes. Yes.
24 Q   Okay. And before you signed this offer letter,
25 did you read it?

Page 40

1  A   Yes.
2  Q   Okay. Let's go back to the first page.
3       And at the top there it says you are being
4  offered the position of passenger service agent.
5       Do you see that?
6  A   Yes.
7  Q   And to your understanding, that was the job
8  we've just described in terms of working with customers,
9  taking baggage, checking them in, things like that?
10 A   Yes.
11 Q   Okay. Where it says "You will be based in WB-
12 LAX," do you see that?
13 A   Yes.
14 Q   Did you have an understanding of the time as to
15 what that meant?
16 A   No.
17 Q   As you sit here today, do you have an
18 understanding as to what that means?
19 A   I don't know what that means.
20 Q   Okay. Did you have a particular airline
21 customer that you worked on as a passenger service agent
22 or were there multiple airline customers that you worked
23 for?
24 A   Multiple airlines.
25 Q   Which airlines?

Page 45

1  Q   Got it.
2      At any point during your employment with
3  Menzies, have you ever reached out to the union for
4  support or questions or anything like that?
5  A   Yes.
6  Q   Okay.  When did you do that?
7  A   I cannot recall the exact date, but I believe
8  it was in 2022 when I got the injure.
9  Q   And who specifically did you speak to?
10 A   I do not recall his name.  But I was trying to
11 find out support, because I was -- when I got injure, my
12 restrictions were not respected.  So I was trying to
13 find out how I could be -- get support, because I was --
14 when I got injure, I was working the shift.  Even though
15 I got restrictions, I was working as without
16 restrictions.
17 Q   Okay.  And was it your understanding that the
18 union was available to support you with respect to your
19 employment with Menzies?
20 A   Yes.
21 Q   Okay.  And other than this one conversation
22 that you've just described, have you ever had any other
23 communications with the union relating to your
24 employment with Menzies?
25 A   No.

Page 46

1  Q   Got it.  Okay.
2      MR. WARD:  Let's do Exhibit 3 here.  You can
3  put that number 2 -- well, we used to say "put it aside"
4  when we did this in person and we had paper.  But you
5  can close the window if you want with that.
6      Hold on a second.
7      All right.  This will be Exhibit 3.
8          (Exhibit 3 was marked.)
9  BY MR. WARD:
10 Q   Let me know when you've had a chance to take a
11 look at that.
12 A   It's loading.
13     Okay.  Okay.  The job description.
14 Q   Okay.  You recognize this Exhibit 3?
15 A   Yes.
16 Q   And do you recognize it as the job description
17 for the passenger service agent job that you held -- or
18 still hold?
19 A   Yes.
20 Q   You are still, you are still in that position,
21 correct?
22 A   Correct.
23 Q   Just not actively working, as we've
24 established, right?
25 A   Correct.

Page 47

1  Q   Okay.  And there's a signature at the bottom.
2      Is that your signature?
3  A   That's my signature.
4  Q   You are the one who placed it there?
5  A   Yes.
6  Q   And you were the one who dated it August 25th,
7  2021?
8  A   Yes.
9  Q   Okay.  Did you review this job description
10 before you signed it?
11 A   Yes.
12 Q   Okay.  Having now worked in that job, is there
13 anything -- do you think this job description accurately
14 describes the position that you performed?
15 A   It's not accurate.
16 Q   Okay.  What is not accurate, to your view,
17 about this job description?
18 A   The job description -- description, that's say
19 that you have to lift more than 70 pounds.  That could
20 be between 70 pounds to more than 1,000 pounds daily.
21     The job description -- description doesn't say
22 that I have to be standing for more than four or five,
23 six hours without any -- not even ten-minutes break.
24     The job description don't say that if a flight
25 is cancelled and I'm leaving and I'm driving home, I

Page 48

1  have to return to the airport to support the team.
2      The job description doesn't say that if we have
3  an issue in international passengers, we have to be
4  sometimes interpreter for them.
5      And the job description doesn't say that we
6  have to have direct contact with consumer protection.
7  And if a consumer protection officer don't want your
8  performance, they are able to take your badge away.
9      The job descrip- -- description don't say that
10 you are -- that you need to collect the previous
11 flight's luggages that they were sent without
12 passengers.  And you have to go through agriculture.
13     Job description doesn't say that you need to
14 sign up forms for a municipal passengers and you need
15 to go directly talk to the passengers, and the facility
16 is -- the consumer protection officer is calling you to
17 bring the luggages for the customers, for the
18 passengers.  And also consumer protection, it's -- it
19 requires you to sign up all the paper -- the federal
20 paperworks.
21     Job description doesn't also say that you need
22 to use your cell phone 100 percent to be able to perform
23 this kind of position, so you have to get in contact
24 directly with custom border protections, carousel,
25 agriculture, switcher, also other airlines that you have

Case 2:22-cv-05915-HDV-MAR   Document 103-2   Filed 01/30/25   Page 13 of 17   Page ID #:3377

Volume I — Patricia Villagra                                   Amaya vs. Menzies Aviation (USA), Inc.

Page 49

1  to call and retrieve luggages from them.
2      Doesn't say that you need to -- job description
3  doesn't say also that you need to pay for your own
4  parking to be able to perform and work for this type of
5  company.
6      Job description -- description doesn't say that
7  you might not have a lunchroom that actually you can get
8  your meal break and then you have to take your meal
9  breaks at the office.
10     Job description doesn't say that you have to go
11 to the ramp, make sure if any luggage was not properly
12 directed to the carousel and you need to go and try to
13 find out, at the warehouse, the luggage is.
14     The job description doesn't say that you need
15 to directly talk to the passengers and -- with your
16 personal cell phone, and doesn't say that you were
17 required to have personal information on your phone for
18 passengers.
19     What else.  College.  That's the most that I
20 can recall for the job description -- description.
21  Q  Okay.  So it sounds like you, you think there
22 are a lot of things that are missing from this job
23 description.
24     Is that a fair summary, to your view?
25  A  Yes.

Page 50

1  Q  Okay.  Well, let's go through some of the
2  things that are here.
3     So I'm at the point where it says "Essential
4  Duties and Responsibilities."
5     Do you see that?
6  A  Yes.
7  Q  And the first bullet is "Checking in passengers
8  for flights at the ticket counter and gates."
9     Is that part of the job that you performed?
10 A  Yes.
11 Q  Okay.  Do you have any -- do you have any
12 contention about the accuracy of just that bullet point?
13 A  No.
14 Q  Okay.  And how about the next one, "Verifying
15 passenger documentation," is that part of the job that
16 you performed?
17 A  Part of the job.
18 Q  Okay.  What about "Assigning seats and
19 providing gate information," was that part of the job
20 that you performed?
21 A  Yes.
22 Q  Okay.  And how about "Checking baggages," was
23 that part of the job you performed?
24 A  Yes.
25 Q  And "Hosting self-service kiosks," was that

Page 51

1  something you did?
2  A  We do not have self-service kiosk.  That is --
3  that's not accurate.
4  Q  Got it.
5  A  Passenger service agent don't work with that.
6  Q  Okay.  So hosting self-service kiosks was not a
7  responsibility that you performed in this job, right?
8  A  No.
9  Q  Got it.  Okay.
10     How about "Ensuring that all work areas are
11 functional (check-in, lobby, gate, baggage)," is that a
12 job you performed?
13 A  Yes.
14 Q  Okay.  And at least we, we hope that we are
15 enthusiastic about customer service.  Would you say
16 that's part of the job?
17 A  I was one of the best.
18 Q  Good for you.
19 A  Part of the job.
20 Q  And adhering to uniform guidelines, codes of
21 conduct, would you agree that's part of the job?
22 A  We are supposed to have uniforms.  That's
23 something that is not in the job description.  Menzies
24 Aviation supposed to provide the uniform.  But we
25 were -- all of us, we were looking different, because we

Page 52

1  didn't have uniforms.
2      But I was conducting -- I was actually one of
3  the passenger service agents that always trying to look
4  neat, clean, very well, my hair always up, and ensuring
5  the respect the guidelines, codes, even though I have to
6  buy my own uniform.
7  Q  Well -- we'll come back to that.  I want to
8  understand that.  But, okay.
9      So at an airport, and in particular at Tom
10 Bradley, you understand that there's a secure side of
11 the terminal and unsecured side?  You understand what I
12 mean by that?
13 A  Kind of.  Can you --
14 Q  Okay.
15 A  -- try to explain it better --
16 Q  Sure.  So I'm --
17 A  -- please?
18 Q  -- I'm a passenger, and I can arrive at Tom
19 Bradley, and I can walk around parts of the airport
20 without going through security.
21     Do you understand that?
22 A  Yes.
23 Q  Okay.  And I would, I would refer to that as
24 the unsecured side of the terminal.
25     Does that make sense?

Page 53

1   A   Yes.
2   Q   But there are certain parts of the terminal
3   building if I want to get to, in particular the gate
4   areas, the baggage claim areas, things like that --
5   well, not necessarily baggage claim -- but you have to
6   be on the secured side of the airport on the other side
7   of security, right?
8   A   Yes.
9   Q   Okay.  So the question, having now sort of
10  understood that, is:  Did you perform all of your work
11  on the unsecured side of Tom Bradley, on the secured
12  side of Tom Bradley, or was it a mix of both?
13  A   A mix of both.
14  Q   Okay.  And would that mean that you would
15  perform some of your duties at the ticket counters on
16  the unsecured side of the air- -- of the terminal?
17  A   Yes.
18  Q   And then you might perform some of your duties
19  at the gate desks on the secured side of the terminal?
20  A   Yes.
21  Q   Okay.  Were there other work locations that you
22  had to perform some of your duties other than those two
23  areas?
24  A   Yes.
25  Q   Can you briefly describe those other locations?

Page 54

1   A   I have to go to different terminals to recover
2   luggages from other airlines coming from international
3   flights that our passengers arrived without the
4   luggages, so airlines has -- they have connection in
5   partnership with other airlines that they can send the
6   luggages.  So I was going to different terminals to
7   recover luggages for my passengers.
8   Q   Okay.  And were you doing that -- you know,
9   would you drive around what we describe as the ramp area
10  or were you doing that through the public -- publicly-
11  accessible areas?
12  A   It was the public access.
13  Q   Okay.  So you would go, like, from Tom Bradley
14  over to one of the baggage claim buildings in another
15  terminal to try and identify passenger luggage?
16  A   Yes.
17  Q   Got it.
18      And if you were to identify it, would you then
19  bring it back through the publicly-accessible area?
20  A   Yes.
21  Q   Got it.  Okay.
22      What about in the, like, direct vicinity of the
23  aircraft itself, you know, underneath the wing of the
24  airplane down where the ramp agents are working, did you
25  ever have to work down there?

Page 55

1   A   Yes.
2   Q   What did you do down there?
3   A   I was walking through the ramp going down, make
4   sure that the plane -- the catering employees, they were
5   cleaning on time, the flight; talking with the ramp
6   agents, telling them what the carousel was assigned.
7   And then -- so I was able to go through the ramp.
8   Q   Okay.  What percentage of your total working
9   time would you say you spent working on that ramp area
10  like that?
11  A   Each flight.  So if I had two flights, Iberia
12  and Level, I have to go for the two flights.  So it's
13  about like 45 minutes, one hour, probably more.
14  Q   Per shift?
15  A   Per shift.
16  Q   Okay.  Did you ever -- were you ever
17  responsible for putting passenger baggage directly onto
18  an aircraft?
19      MR. KING:  I don't think she heard that.  Ask
20  the question, Chris.
21  BY MR. WARD:
22  Q   Did you here the ques- -- sorry.
23      The question was:  Were you ever responsible
24  for putting passenger baggage directly onto an aircraft?
25  A   Yes.

Page 56

1   Q   How many times would you say you did that?
2   A   How many times did you refer the each passenger
3   or the each shift or flight?
4   Q   Well, let me ask a different question.
5       So you are down --
6   A   Yes.
7   Q   Let's take a situation where you are down on
8   the ramp --
9   A   Yes.
10  Q   -- right?
11      And there are ramp agents there who are loading
12  and unloading the aircraft, correct?
13  A   Yes.  Correct.
14  Q   Okay.  Did you also, when you were down on the
15  ramp, participate in putting passenger baggage into the
16  baggage holds like the ramp agents do or anything like
17  that?
18  A   Not directly to the airplane, but we have -- I
19  have to bring luggages to the passengers -- to the ramp
20  agents, agents.  If their flight was to -- if the flight
21  was full so we have to get luggages from the cabin to,
22  to the, to the ramp agents so they can place it, upload
23  it to, to the plane.
24  Q   Let me see if I understand you.  So if, you
25  know, the overheads in an airplane are full and the

Case 2:22-cv-05915-HDV-MAR   Document 103-2   Filed 01/30/25   Page 15 of 17   Page
ID #:3379

Volume I | Amaya vs.
Patricia Villagra | Menzies Aviation (USA), Inc.

Page 57

1  cabin crew decides we need to check some, some extra
2  baggage, is that the situation you are describing where
3  you would get the baggage from the cabin crew down to
4  the ramp agents?
5      A    Yes.
6      Q    And then the ramp agents themselves would be
7  the ones who would actually put the, the baggage into
8  the aircraft hold?
9      A    Yes.
10     Q    Okay.  Other than that situation, would you say
11 you were responsible for loading passenger aircraft onto
12 an aircraft -- or passenger baggage onto an aircraft?
13     A    If the person is myself loading the, the
14 luggage to the airplane, it's not.
15     Q    Got it.  Okay.
16          Okay.  How you doing?  You want to take a quick
17 five-, ten-minutes break?  We've been going for a little
18 over an hour.
19     A    Yes, please.
20          MR. WARD:  Why don't we do that.  And we'll
21 start back up again at 10:20?
22          Does that work?
23          THE WITNESS:  Work.
24          MR. WARD:  Okay.  Great.  Thank you.
25          Go off record.

Page 58

1           THE VIDEOGRAPHER:  Off the record at 10:11 a.m.
2           (A break was taken.)
3           THE VIDEOGRAPHER:  This is media 2.
4           We are back on the record at 10:23 a.m.
5  BY MR. WARD:
6       Q    Couple clarifying questions for you, Ms. Amaya.
7            You mentioned that occasionally -- or maybe not
8  occasionally -- but you would have to go over to other
9  terminals to try and locate passenger baggage.
10           Am I understanding that that was what you were
11 saying?
12      A    Yes.
13      Q    Okay.  If Menzies had passenger service jobs in
14 those other terminals, am I understanding correctly that
15 you wouldn't work at the ticket counter in those other
16 terminals, correct?
17      A    No.  I was working only for Tom Bradley.
18      Q    Okay.  So just so the record's clear, you never
19 worked at the ticket counter itself at a terminal other
20 than at Tom Bradley, right?
21      A    I don't understand your question.  Can you say
22 it again?  I'm sorry.
23      Q    Sure.  Well, let me ask you:  Did Menzies have
24 passenger service agent positions at terminals other
25 than Tom Bradley, to your knowledge?

Page 59

1       A    Not that I'm aware.  The other terminals that
2  I'm going is different airlines.
3       Q    Okay.  But one -- it's possible that Menzies
4  might have had passenger service jobs at those terminals
5  and you wouldn't know?  Or are you saying absolutely
6  they did not have passenger service jobs at terminals
7  other than Tom Bradley?
8       A    They don't have any other passenger service at
9  the other terminals.
10      Q    Okay.  And what's your basis for knowing that
11 to be true?
12      A    Because American Airlines and Delta, they have
13 their own companies.  They hire directly their, their
14 passenger service agents, or agents.
15      Q    Okay.  Is it your testimony that every airline
16 that operates out of a terminal other than Tom Bradley
17 hires its own passenger service agents?
18      A    Not that I'm aware.  I'm not aware of that.
19      Q    Okay.  But you -- it -- you, you have personal
20 knowledge that Menzies only has passenger service agents
21 at Tom Bradley or are you speculating that to be the
22 case?
23      A    I cannot say that only have at the Tom Bradley,
24 because I have no knowledge of that.  I'm not the person
25 that hires people.  But I -- under my knowledge, I work

Page 60

1  in Tom Bradley, and I know that Menzies has all the
2  passengers right there or ramp agents working along with
3  us.
4       Q    Okay.  But, like, you never performed your
5  passenger service duties at a ticket counter in
6  Terminal 2, for example; is that true?
7       A    No.  True.
8       Q    And you never -- and you never performed
9  passenger service duties at a gate desk in Terminal 2;
10 is that true?
11      A    True.
12      Q    Okay.  But you might have to go over to those
13 terminals to go to the baggage claim area?
14      A    Yes.
15      Q    Got it.  Okay.
16           Other than Copa, Iberia and Level, did Menzies
17 provide passenger service services to other airlines at
18 Tom Bradley?
19      A    Yes.
20      Q    Okay.  And you never worked for any of those
21 airline customers, true?
22      A    True.
23      Q    Okay.  How many other airline customers at Tom
24 Bradley, to your knowledge, did Menzies provide
25 passenger services jobs for?

Case 2:22-cv-05915-HDV-MAR   Document 103-2   Filed 01/30/25   Page 16 of 17   Page ID #:3380

Volume I | Amaya vs.
Patricia Villagra | Menzies Aviation (USA), Inc.

Page 65

1  switchers, CBP.  That's from the airport, not from
2  Menzies Aviation.
3     Q   Is it your testimony that you were not
4  permitted to use any of the phones that were located at
5  the ticket counters?
6     A   The phones -- we are allowed to use the phone
7  from the counter just for the job purposes.  Personal
8  phones, we cannot use it.
9     Q   Okay.  What about at the gate desks, there are
10 phones there for use, correct?
11    A   The gates are -- yes.  The phones are from the
12 airport that you can use to call the CBPs.  But not the
13 Smartphones, it's just the regular lines from the
14 airport.
15    Q   Sure.
16        If you were to try and describe for me how much
17 of your work time you generally spent out of 100 percent
18 working at the unsecured side ticket counter locations,
19 what percentage would you ascribe to that?
20    A   If my shift is -- I would state the unsecured
21 side I spend 35 percent.
22    Q   What about at the secured side gate desks?
23    A   We have to spend more.  We have to spend
24 75 percent of the time.
25    Q   What about at -- the amount of time you would

Page 66

1  spend, as you said, kind of going to various locations
2  trying to track down passenger baggage, things like
3  that, how much time would you ascribe to that?
4     A   At the baggage I can spend about three to --
5  sometimes three to four hours.  Between three to four
6  hours.
7     Q   Per day?
8     A   Per day.
9     Q   On an eight-hour shift?
10    A   Yes.
11    Q   That's in addition to the time spent at the
12 ticket counter and the gate desk?
13    A   Yes.
14    Q   Different airlines ran different schedules as
15 well, correct?
16    A   Correct.
17    Q   So your working hours might be impacted based
18 on the airline schedules as well, right?
19    A   Right.
20    Q   And sometimes the airlines have delays,
21 correct?
22    A   Correct.
23    Q   And, you know, one airline might be delayed one
24 day and another airline might be delayed another day,
25 correct?

Page 67

1     A   Correct.
2     Q   And all of those variations would generally
3  impact how any given shift would go for you, correct?
4     A   Correct.
5     Q   And those are things that are generally outside
6  the control of Menzies, would you agree?
7     A   Agree.
8     Q   Okay.  We were talking earlier about your
9  understanding of what the Menzies business was when you
10 started.  And if I understood you correctly, it was
11 largely limited to the passenger service function,
12 right?
13    A   Right.
14    Q   And obviously you started to learn more about
15 what their business overall is, right?
16    A   Right.
17    Q   Okay.  As you sit here today, now, can you
18 describe all -- or what is your knowledge of all of the
19 different types of services Menzies provides?
20    A   So as today, I learned that Menzies Aviations
21 has ramp agents, the ones that are in charge to upload
22 and download the luggages.  They handle catering, so the
23 personnel that is in charge to clean the airplanes, they
24 handle also cargo for different airlines from China or
25 any other airlines.  I also learn that they have a

Page 68

1  maintenance personnel.  You know, passenger service
2  agents.  Fueling personnel as well.
3     Q   Any other types of services or job categories
4  that you can identify?
5     A   Not that I can recall, unless are you talking
6  about the management.
7     Q   Sure.  Got it.
8         What about -- does Menzies perform all of these
9  services at LAX, to your knowledge?
10    A   I, I know the company is a big company, so I
11 know that they have different locations.  And I believe
12 in Canada as well.
13    Q   Okay.  What about within California, do you
14 have any knowledge of what kind of operations they offer
15 at, let's say, San Diego?
16    A   They might have an Ontario.  I don't know.
17    Q   Well, that's what I'm asking.  If you are just
18 going to speculate, that's fine.  I don't want you to
19 guess.  I'm just asking what knowledge.
20        Do you have any knowledge whether Menzies has
21 operations at San Diego?
22    A   No.
23    Q   Do you have any knowledge whether Menzies has
24 operations at Ontario?
25    A   No.

**Page 181**

```
 1          MR. KING:  Does our court reporter know what
 2   that is?  I don't know if it's the same court reporter.
 3          MR. WARD:  Yeah, Lisa, I'll find that for you,
 4   and we can figure that out.
 5          MR. KING:  We'll figure, we'll figure it out.
 6   Okay.
 7          MR. WARD:  Okay.
 8          MR. KING:  Okay.  Thanks, everyone.
 9          THE VIDEOGRAPHER:  Okay.  This concludes --
10   this concludes the deposition for today.
11          The time is 2:03 p.m., and we are off the
12   record.
13          (TIME NOTED:  2:03 p.m.)
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 182**

```
 1          STENOGRAPHIC COURT REPORTER'S CERTIFICATE
 2          I, the undersigned, a Certified Shorthand
 3   Reporter of the State of California, do hereby certify:
 4          That the foregoing proceedings were taken
 5   before me at the time and place herein set forth; that
 6   any witnesses in the foregoing proceedings, prior to
 7   testifying, were duly sworn; that a record of the
 8   proceedings was made by me using stenographic machine
 9   shorthand, which was thereafter transcribed under my
10   direction; that the foregoing transcript is a true
11   record of the testimony given.
12          Further, that if the foregoing pertains to the
13   original transcript of a deposition in a federal case,
14   before completion of the proceedings, review of the
15   transcript was requested.
16          I further certify I am neither financially
17   interested in the action nor a relative or employee of
18   any attorney or party to this action.
19          IN WITNESS WHEREOF, I have this date subscribed
20   my name.
21   Dated: 5/10/2023
22                         [signature]
23
                  LISA RICHARDSON, RMR, CRR, RPR
24                      CSR No. 5883
25
```

**Page 183**

```
 1          DECLARATION UNDER PENALTY OF PERJURY
 2   Case Name: Amaya vs. Menzies Aviation (USA), Inc.
 3   Date of Deposition: 04/26/2023
 4   Job No.: 10118763
 5
 6          I, PATRICIA VILLAGRA, hereby certify
 7   under penalty of perjury under the laws of the State of
 8   _____ that the foregoing is true and correct.
 9          Executed this _____ day of
10   _____, 2023, at _____.
11
12
13                  _____
14                          PATRICIA VILLAGRA
15
16   NOTARIZATION (If Required)
17   State of _____
18   County of _____
19   Subscribed and sworn to (or affirmed) before me on
20   this _____ day of _____, 20__,
21   by_____,    proved to me on the
22   basis of satisfactory evidence to be the person
23   who appeared before me.
24   Signature: _____ (Seal)
25
```

**Page 184**

```
 1   DEPOSITION ERRATA SHEET
 2   Case Name: Amaya vs. Menzies Aviation (USA), Inc.
     Name of Witness: Patricia Villagra
 3   Date of Deposition: 04/26/2023
     Job No.: 10118763
 4   Reason Codes:  1. To clarify the record.
                    2. To conform to the facts.
 5                  3. To correct transcription errors.
 6   Page _____ Line _____ Reason _____
 7   From _____ to _____
 8   Page _____ Line _____ Reason _____
 9   From _____ to _____
10   Page _____ Line _____ Reason _____
11   From _____ to _____
12   Page _____ Line _____ Reason _____
13   From _____ to _____
14   Page _____ Line _____ Reason _____
15   From _____ to _____
16   Page _____ Line _____ Reason _____
17   From _____ to _____
18   Page _____ Line _____ Reason _____
19   From _____ to _____
20   Page _____ Line _____ Reason _____
21   From _____ to _____
22   Page _____ Line _____ Reason _____
23   From _____ to _____
24   Page _____ Line _____ Reason _____
25   From _____ to _____
```