1  C. JOE SAYAS, JR. (CA Bar No. 122397)
   cjs@joesayaslaw.com
2  KARL P. EVANGELISTA (CA Bar No. 250685)
   kpe@joesayaslaw.com
3  **LAW OFFICES OF C. JOE SAYAS, JR.**
   500 N. Brand Boulevard, Suite 2000
4  Glendale, California 91203
   Telephone: (818) 291-0088
5  Facsimile: (818) 240-9955

6
   DAVID P. KING (CA Bar No. 136765)
7  dpk@kcmlaw.net
   **KING CHENG MILLER & JIN, LLP**
8  150 N. Santa Anita Ave., Ste. 410
   Arcadia, California 91006
9  Telephone: (626) 304-9001
   Facsimile:  (626) 304-9002
10

11 Class Counsel

12                **UNITED STATES DISTRICT COURT**

13               **CENTRAL DISTRICT OF CALIFORNIA**

14
15 DORA PATRICIA AMAYA, an individual;)    Case No. 2:22-cv-05915-HDV-MARx
   and ANIBAL SILVA, an individual; on   )
16 behalf of themselves and others similarly )   CLASS ACTION
   situated,                              )
17                                         )
                                           )   **PLAINTIFFS' APPENDIX OF**
18             Plaintiffs,                 )   **MENZIES' WRITTEN JOB**
                                           )   **DESCRIPTIONS**
19        vs.                              )
                                           )
20                                         )   Date:      February 20, 2025 [vacated]
   MENZIES AVIATION (USA), INC., a         )   Time:      10:00 a.m.
21 Delaware corporation; and DOES 1        )   Judge:     Hon. Hernán D. Vera
   through 10, inclusive,                  )   Ctrm:      5B, 5th Floor
22                                         )
                                           )
23             Defendants.                 )
                                           )
24                                         )
                                           )
25                                         )
                                           )
26                                         )
                                           )
27
28

---

For the Court's ease of review and reference, the following provides a compilation of relevant excerpts from the written job descriptions provided by Defendant Menzies Aviation (USA), Inc. (hereafter, "Menzies") for the sixty-five (65) job titles Menzies seeks to exclude from the certified class and compel to arbitration, along with the docket number and pages in which these were found.  For the position of "Cargo Handler Agent," for which no job description was included in Menzies' motion papers, the excerpts are from Menzies production of documents in discovery, Bates-stamped MENZIES_000652, *see infra*.

All written job descriptions for the 65 job titles are attached hereto, and each job title appearing in the following tables are hyperlinked to their corresponding job description from Menzies.

**A.   CLASS OF WORKERS WHO FACILITATE CROSS-BORDER JOURNEY OF BOTH PASSENGERS AND GOODS**

| Covered Job Classification | Evidence of Transportation-Worker Duties from Job Description | PL # |
|---|---|---|
| 1. **Passenger Service Agent Lost and Found** | Ramp Operations Department<br><br>"Work with internal and external clients to locate lost luggage"<br><br>"Receive and Assist Passenger Lost Luggage Claims"<br><br>"Checking in passengers for flights at the ticket counter and gates"<br><br>"Verifying passenger documentation"<br><br>"Assigning seats and providing gate information" | Dkt. 101-9, p. 14 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Checking baggage" | |
| | | "Hosting self-service kiosks" | |
| | | "Knowledge of World Tracer or other lost luggage management system" | |
| | | "Capable of lifting comfortably 70 lbs" | |
| | | "Must be able to stand for long periods of time at the ticket counter and gate check-in areas" | |
| 2. | **Passenger Service Agent** | Ramp Operations Department | Dkt. 101-9, p. 13 |
| | | "Checking in passengers for flights at the ticket counter and gates" | |
| | | "Verifying passenger documentation" | |
| | | "Assigning seats and providing gate information" | |
| | | "Checking baggage" | |
| | | "Hosting self-service kiosks" | |
| | | "Capable of lifting comfortably 70 lbs" | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Must be able to stand for long periods of time at the ticket counter and gate check-in areas" | |
| 3. | **Passenger Service Lead Agent** | Ramp Operations Department<br><br>"Maintain and lead by example all duties of a passenger service agent"<br><br>"Management of irregular flight operations"<br><br>"Interfaces with other departments to ensure that service issues are addressed and corrected to ensure quality of service"<br><br>"Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs"<br><br>"Promptly handles all customer service complaints with a focus on positive resolution"<br><br>"Proficiency in above the wing handling duties to include but not limited to ticketing counter, gate, baggage service, operations, arrivals, and turn coordinator functions"<br><br>"Must be able to stand for long periods of time at the ticket counter and gate check-in areas | <u>Dkt. 101-9,</u> p. 15-16 |
| 4. | **Passenger Service Supervisor** | Ramp Operations Department | <u>Dkt. 101-9,</u> p. 17-18 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Management of irregular flight operations" | |
| | | "Interfaces with other departments to ensure that service issues are addressed and corrected to ensure quality of service" | |
| | | "Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs" | |
| | | "Promptly handles all customer service complaints with a focus on positive resolution" | |
| | | "Proficiency in above the wing handling duties to include but not limited to ticketing counter, gate, baggage service, operations, arrivals, and turn coordinator functions" | |
| | | "Must be able to stand for long periods of time at the ticket counter and gate check-in areas" | |
| 5. | **Service Desk Agent** | Ramp Operations Department<br><br>"Customer Service at front airline counters"<br><br>"Attend all ticketing matters, such as ticket changes, reissues, reservation updates, rebooking's, ect." | Dkt. 101-8, p. 23-24 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Take payments for excess baggage, upgrades, unaccompanied minors, ticket changes and reissues, pets in cabin, oversize items, etc." | |
| | | "Re-scheduling flight segments for missed flights and/or oversold flights" | |
| | | "Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs" | |
| | | "Promptly handles all ticketing matters with a focus on positive resolution" | |
| | | "Must be able to stand for long periods of time at the ticket counter and gate check-in areas" | |
| 6. | **Operations Coordinator** | "Coordinates the aircraft ground handling services for the day-to-day operation in accordance with the Airport Handling Manual" | Dkt. 101-7, p. 91-93 |
| | | "Ensuring that the day-to-day operation is coordinated in accordance with MA and Airline procedures and in accordance with the Airline daily flight schedule" | |
| | | "Ensuring that any Airline flight schedule changes are adjusted and captured in RSMS system (including additional flights)" | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Ensure a prompt communication between all relevant staff involved in the ground handling operation"<br><br>"Ensure that all delay codes are used in accordance with the agreed Airline SLA"<br><br>"Ensuring that the proper communication is maintained with the relevant staff and actions are taken in due time in case of any operational disruptions"<br><br>"Ensure a prompt and clear communication between Airline-IOCC and MA"<br><br>"Collaborates with the Ramp Department and Passenger Service Department in order to perform a safe and operative service"<br><br>"Detailed knowledge of Airline procedures including Safety & Security"<br><br>"Solid knowledge of procedures IATA – Dangerous Goods"<br><br>"Solid knowledge of IGOM and handled Airlines procedures" | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | "Position requires long periods of time at the ticket counter and gate check-in areas; must be able to stand for prolonged periods of time" | |
| | | | "Must be comfortable lifting 70lbs repetitively" | |
| | | | "The employee must frequently lift and/or move up to 25 pounds and occasionally lift and/or move up to 70 pounds" | |
| 7. | **Operations Coordinator Supervisor** | | "…responsible for effectively planning and communicating aircraft parking configuration for the Airport" | Dkt. 101-8, p. 19-21 |
| | | | "…direct the remote parking of aircraft and the plan to deliver aircraft to the gate" | |
| | | | "…coordinate with ramp and maintenance personal to reposition aircraft according to operational needs; along with forecasting city gate usage while being fiscally responsible" | |
| | | | "Effectively plan and communicate gate changes in advance of conflicts, to ensure fuel savings" | |
| | | | "Examine crew connections, plan for down line weather delays, monitor compression and plan accordingly" | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | | |
|---|---|---|---|---|
| 1 | | | "Monitors international arrivals and departures" | |
| 2 | 8. | **Operations Supervisor – Ground Handling** | "…responsible for directing the work of all station agents as they perform all aspects of the operation to include customer service operations, baggage services, cargo, and ramp services functions" | Dkt. 101-10, p. 5-6 |
| 7 | | | "Besides supervision you will be an integrated part of the operations process and perform some of the above tasks" | |
| 11 | | | "Position requires heavy lifting, pushing, pulling, bending, stretching and frequent kneeling" | |
| 14 | | | "Supervise ramp and passenger service agents, allocating staffing resources as needed" | |
| 17 | | | "Read and interpret aircraft weight and balance loading instructions, hazardous material identification labels, aircraft loading manifest, and baggage and cargo routing tags" | |
| 22 | | | "Assist in the baggage handling area" | |
| 24 | | | "Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization" | |
| 28 | | | "Ability to safely lift up to 70 pounds" | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

**B.**    **CLASS OF WORKERS WHO FACILITATE CROSS-BORDER JOURNEY**
**OF PASSENGERS**

| | Covered Job Classification | Evidence of Transportation-Worker Duties from Job Description | PL # |
|---|---|---|---|
| 1. | **Lavatory Agent** | Ramp Operations Department<br><br>"Driving and operating Lavatory truck to unload waste and fill up the tank with anti-bacterial solution"<br><br>"Ensure proper lavatory maintenance to the aircrafts"<br><br>"Reach, stoop, and connect hoses to aircrafts"<br><br>"Unload the waste on to the Triturator properly" | Dkt. 101-7, p. 72 |
| 2. | **Cabin Cleaner** | "Clean interior of commercial aircraft"<br><br>"Clean all assigned commercial aircraft thoroughly and efficiently"<br><br>"Vacuum, sweep, dust, disinfect, and clean all areas of the aircraft"<br><br>"Based on individual customer requests may be required to remove blankets and pillows and replace them with clean ones" | Dkt. 101-7, p. 22 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Deposit soiled linens into laundry bin" | |
| 3. | **Lead Cabin Cleaner** | …responsible to ensure safety in the airplane cabin; clean interior of commercial aircraft…" | Dkt. 101-7, p. 73-74 |
| | | "Lead agents in cleaning all assigned commercial aircraft thoroughly and efficiently" | |
| | | "Vacuum, sweep, dust, disinfect, and clean all areas of the aircraft" | |
| | | "Based on individual customer requests may be required to remove blankets and pillows and replace them with clean ones" | |
| | | "Ensure that soiled linens are deposited into laundry bin" | |
| 4. | **Cabin Services Agent** | "…responsibility is for the safe and efficient cleaning of aircraft cabins. Some of the duties will include preparing cleaning solvents for use, vacuuming, sweeping, dusting, disinfecting of the aircraft cabin" | Dkt. 101-7, p. 23-25 |
| | | "Remove blankets and pillows and replace them with clean ones" | |
| | | "Deposit all soiled linens into laundry bins" | |
| | | "Conduct physical search of empty interiors and accessible exterior of the aircraft to detect prohibited | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | articles and unlawful interferences that may jeopardize the security of the aircraft" | |
| | | "Follow all TSA, airlines, local and/or federal security mandates regarding security and reporting any tampering and prohibited items" | |
| | | "Provide ramp guard services to ensure that only authorized personnel are servicing the aircraft" | |
| | | "Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organization" | |
| | | "Other tasks include lifting cargo up to 70 lbs which could also involve bending and stooping. The employee must frequently lift and/or move up to 25 lbs and occasionally lift and/or move up to 70 lbs" | |
| 5. | **Cabin Services Lead Agent** | "…responsibility is for leading a team of cabin Services Agents in a safe and efficient cleaning of the interior of a commercial aircraft while ensuring the safety in the airplane cabin according to Company/Carrier's standards" | Dkt. 101-7, p. 26-28 |
| | | "Lead agents in cleaning all assigned commercial aircraft thoroughly and efficiently" | |
| | | "Assist Cabin Cleaning Agents in their assigned areas to ensure Agents are performing their duties in a | |

| | | professional, safe, and efficient manner, according to Company/Carrier's standards" | |
| | | "Vacuum, sweep, dust, disinfect, and clean all areas of the aircraft" | |
| | | "Based on individual customer requests may be required to remove blankets and pillows and replace them with clean ones" | |
| | | "Ensure that soiled linens are deposited into laundry bin" | |
| | | "Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organization" | |
| | | "Other tasks include lifting cargo up to 70 lbs which could also involve bending and stooping. The employee must frequently lift and/or move up to 25 lbs and occasionally lift and/or move up to 70 lbs" | |

## C.   CLASS OF WORKERS WHO FACILITATE CROSS-BORDER JOURNEY OF BAGGAGE AND CARGO

| | Covered Job Classification | Evidence of Transportation-Worker Duties from Job Description | PL # |
|---|---|---|---|
| 1. | **Ramp Supervisor** | Ramp Operations Department | Dkt. 101-10, p. 7-8 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

"Accountable for day-to-day ramp operations. You will be responsible for coordinating, planning and ensuring proper staff allocation to fulfill our service standards for all Airline Partners."

"Responsible for day to day operational performance, safety, security and customer satisfaction of the product through effective support and management of delivery areas."

"Responsible for ensuring the airlines product is delivered consistently to demanding service level standards and on time performance targets are met."

"Comply with all Airlines Ground Handling Regulations as well as local Airport Authorities."

"Ensure investigations take place into any…non-conformity or service delivery failure, with resulting corrective actions being established and then maintained."

"Accountable for ongoing day to day ramp management."

"Ensure tasks are performed in accordance with the Company and Airlines specific procedures and policies."

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | "Must be able to lift up to 70lbs when required." | |
|---|---|---|---|
| 2. | **Operations Agent** | "Obtain inbound and outbound load plans from customers" | Dkt. 101-7, p. 88-90 |
| | | "Become direct point of contact to provide real time operational information for Ramp Teams, Airlines, and Station Manager" | |
| | | "Provide Ramp Supervisor/Leads with Load Plans for flight" | |
| | | "Record departure times of aircraft" | |
| | | "Inform Station Manager of any delays or service failure" | |
| | | "Update aircraft arrival and departure times. Communicate to ramp crews." | |
| | | "Collect walk around check sheets for each flight" | |
| | | "Monitor performance, taking action to correct any shortfalls" | |
| | | "Liases with airline station managers, airport operations staff, handling agents, customs, | |

| | | | |
|---|---|---|---|
| | | "immigration, and security officials, and other airport stakeholders" | |
| | | "Ground Handling experience at a high volume international airport" | |
| | | "Conversant with international airline ramp handling procedures, International aviation safety and security procedures" | |
| | | "Provide daily and real time plan for Los Angeles operations" | |
| | | "Manage ramp teams as demanded by changes in flight schedules" | |
| | | "Comfortably and continuously lift/move 35 lbs" | |
| 3. | **Baggage Coordinator** | "Direct the work of baggage agents and runners as they load and transport luggage" | Dkt. 101-8, p. 3-4 |
| | | "Drive and operate small specialized commercial vehicles" | |
| | | "Physical demands include heavy lifting, pushing, pulling, bending, and stretching" | |
| | | "Monitor inbound and outbound loads and distribute track sheets for flights" | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Assist in the baggage handling area"<br><br>"May occasionally operate various pieces of ground support equipment"<br><br>"Capable of lifting comfortably 70 lbs"<br><br>"Prior ramp experience a plus" | |
| 4. | **Lost and Found Bag Agent** | "The Lost and Found Bag Agent will be responsible for coordinating and handling customer baggage check-in and misplaced/lost baggage claims, providing reports to carriers and assist customers with travel information"<br><br>"…determine flight departure times and connecting carriers"<br><br>"Screens all interline passengers prior to placing bags on the interline return belts"<br><br>"Ensures baggage tagging is correct"<br><br>"Direct and assist passengers with mis-checked or short checked bags"<br><br>"Handles misplaced/lost baggage claims and provides reports to Carriers" | Dkt. 101-9, p. 19-20 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Evaluates customer's need concerning airline locations"<br><br>"Must be comfortable lifting 70 lbs"<br><br>"Must be able to stand for long periods of time at the ticket counter and Arrivals areas"<br><br>"While performing the duties of this job, the employee is regularly required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms; talk and hear"<br><br>"The employee must regularly lift and/or move up to 70 lbs" | |
| 5. | **Cargo Office Lead** | Cargo Operations Department<br><br>"Hands-on activities in all areas of work including that which is both directly and indirectly associated with aircraft handling"<br><br>"Organize and co-ordinate work within the area of responsibility"<br><br>"Resolve operational issues within a designated area or group" | Dkt. 101-9, p. 3-4 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Undertaking ETD [i.e., Explosive Trace Detection] screening as required" | |
| | | "Report data to Customs and solve reporting issues" | |
| | | "Dangerous Goods Acceptance" | |
| | | "Must be able to lift at least 35 pounds on a continuous basis" | |
| | | "Ability to work within a pressurized team environment, processing multiple flights" | |
| 6. | **Cargo Office Supervisor** | Cargo Operations Department<br><br>"Hands-on activities in all areas of work including that which is both directly and indirectly associated with aircraft handling"<br><br>"Organize and co-ordinate work within the area of responsibility"<br><br>"Resolve operational issues within a designated area or group"<br><br>"Undertaking ETD [i.e., Explosive Trace Detection] screening as required"<br><br>"Report data to Customs and solve reporting issues" | Dkt. 101-8, p. 8-9 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Dangerous Goods Acceptance"<br><br>"Must be able to lift at least 35 pounds on a continuous basis"<br><br>"Ability to work within a pressurized team environment, processing multiple flights" | |
| 7. | **Compliance Officer** | Cargo Operations Department<br><br>"Organize and co-ordinate work within the area of responsibility"<br><br>"Resolve operational issues within a designated area or group"<br><br>"Hazard Analysis and Risk Assessments"<br><br>"Completion of all required company 'sign-off's'"<br><br>"Communication with Regulatory Bodies and Airport Authority"<br><br>"Safety and Security compliance"<br><br>"Undertaking ETD [i.e., Explosive Trace Detection] screening as required" | <u>Dkt. 101-7</u>, p. 29-30 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| 8. | **Cargo Handler Agent** | "Unloading and loading of luggage, freight and cargo on and off commercial aircraft, in the outbound bag room and the baggage claim area"<br><br>"Comfortably and continuously lift/move 70 lbs. or cargo and baggage on and off aircraft and transport it between aircraft, airport terminals and air cargo facilities"<br><br>"Read and interpret aircraft weight and balance loading instructions, hazardous material identification labels, aircraft loading manifests, and baggage and cargo routing tags" | MENZIES_000652 |
| 9. | **Cargo Agent** | "…responsible for Compiling documents on import or export cargo shipments, expediting shipments of cargo from warehouse and assist customers in tracking their shipments"<br><br>"Examines manifest, bills of lading and air waybill to determine work procedures for releasing cargo"<br><br>"Notifies consignee or representative concerning arrival dates of shipment, customs clearance requirements and tonnage shipment"<br><br>"Meet passenger flights and clear general declarations thru Immigration CBP office" | Dkt. 101-8, p. 5-7 |

| | | | |
|---|---|---|---|
| | | "Authorizes final approval for cargo release" | |
| | | "Works with government agencies to clear shipments for import" | |
| | | "Ensures all local airport, TSA, CBP and FAA rules are followed" | |
| | | "Meet flights in order to exchange documents" | |
| | | "Recognizes dangerous goods upon receiving" | |
| | | "Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization" | |
| | | "Comfortable lifting 70 lbs. repetitively" | |
| | | "Certification in dangerous good awareness/acceptance" | |
| | | "Other tasks include lifting cargo up to 70 lbs which could also involve bending and stooping. The employee must frequently lift and/or move up to 25 lbs and occasionally lift and/or move up to 70 lbs" | |
| 10. | **Cargo Screening Agent** | "Carry out cargo screening functions to screen for IEDs, IED components, or other destructive substances that may be found in air cargo" | Dkt. 101-9, p. 5-7 |

"Operate screening equipment such as X-ray and ETD machines"

"Identify dangerous objects in cargo and prevent those objects from being transported onto aircraft with Explosive Trace Detection (ETD) equipment and visual and physical search"

"Utilize handheld tools and power tools to assist with the opening and screening of certain cargo configurations"

"Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization"

"Must be able to lift 70lbs"

"Prior loading and unloading of heavy products or equipment (preferred)"

"Forklift certification preferred"

"Other tasks include lifting cargo up to 70 lbs. which could also involve bending and stooping. The employee must frequently lift and/or move up to 25 lbs. and occasionally lift and/or move up to 70 lbs"

| 11. | **Cargo Screening Supervisor** | "Be a current and qualified screener for Physical Search, ETD, and X-ray screening" | Dkt. 101-7, p. 111-114 |
|---|---|---|---|
| | | "Observe and correct any incorrect or inappropriate screening procedure or failure to screen cargo detected during screening operations" | |
| | | "Ensure that all required documentation is complete and available for regulatory inspection (TSA) and Customer Airline" | |
| | | "Ensure that all alarms are resolved or addressed" | |
| | | "Serve as the primary screening contact and effectively interact with stakeholders – Airline Customers, Transportation Security Administration (TSA) Agents, Customs/Border Protection (CBP) Agents- and respond to inquiries in a reasonable tone and manner" | |
| | | "Must be able to track emails, products & deliveries" | |
| | | "Must be able to lift 70 lbs" | |
| | | "Previous cargo screening experience preferred" | |
| | | "Other tasks include lifting passenger bags up to 70lbs which could also involve bending and | |

| | | | |
|---|---|---|---|
| | | stooping. The employee must lift and/or move up to 70lbs" | |
| 12. | **Load Master** | "…Coordinate and communicate all airside activities in respect to the Arrival and Departure of aircraft, ensuring that policies and guidelines for safety are adhered to as well as punctuality and services are fulfilled" | Dkt. 101-9, p. 9-12 |
| | | "Compliance and adherence to all FAA, TSA and Airport Rules and Regulations" | |
| | | "Prepare gate for arrival (positioning of ramp equipment)" | |
| | | "Marshalling and parking aircraft into the correct parking marker and ensure that staff do not approach the aircraft until the beacon lights are turned off and engines are spooled down" | |
| | | "Obtain valid loading instruction and brief all concerned ramp staff" | |
| | | "Verify that all planned dead loads are correct according to the loading instruction" | |
| | | "Initiate and supervise the loading of the aircraft and ensure that it is loaded in accordance with the valid loading instructions" | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

"Liaise with the Baggage Coordinator to check on the baggage handling process to ensure that adequate loading space is available and check on connecting baggage"

"Sends Load Distribution Messages, Load Distribution Sheet, and necessary flight related reports as required by Air carrier"

"Identifies and handles special cargo and proper dangerous goods"

"Air cargo handling to include aircraft structures and contours; weight limitations; special cargo; buildup and breakdown"

"Ramp handling procedures to include safety, hand signals, aircraft towing, and loading/unloading methods"

"Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization"

"Demonstrate proficiency in Ramp Handling"

"Ability to safely lift up to 70 pounds"

**D.**     **CLASS OF WORKERS WHO TRANSPORT FUEL TO FINAL CONSUMER**

| Covered Job Classification | Evidence of Transportation-Worker Duties from Job Description | PL # |
|---|---|---|
| **Driver Operator** | "…responsible for the safe operation of the trailer/tanker"<br><br>"…load Jet-A Fuel at terminal and offload at Menzies Aviation Facility"<br><br>"Ability to safely operate a tractor trailer/tanker filled with liquid on a highway, obeying all traffic laws; and maintaining a valid driver's license"<br><br>"Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs"<br><br>"Able to lift and attach fuel hose to load and unload fuel from tanker into fuel facility and from fuel facility into tanker" | Dkt. 101-7, p. 32-34 |

**E.**     **CLASS OF WORKERS WITH DIRECT INVOLVEMENT IN REFUELING OF PLANES**

| Covered Job Classification | Evidence of Transportation-Worker Duties from Job Description | PL # |
|---|---|---|

---

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| 1. | **Fueling Supervisor** | "Supervises and coordinates air carrier fueling and service operations" | Dkt. 101-10, p. 3-4 |
|---|---|---|---|
| | | "Comfortably and continuously lift/move 70 lbs" | |
| | | "Ensuring the effective operation of the air carrier fueling function" | |
| | | **"Performing or assisting subordinates in performing duties"** | |
| | | Able to routinely lift, push and pull up to 70 lbs" | |
| 2. | **Dispatcher** | Fueling Department | Dkt. 101-7, p. 31 |
| | | "Communicate flight release and fuel load information to appropriate operations personnel" | |
| | | "Monitor flight activity on computer display and assign flights to be serviced" | |
| | | "Enter fueling information into system when required" | |
| | | "Support fueling operation by calling extra staff as needed and coordinating with other company dispatchers" | |
| | | "Liaison with airline regarding fueling concerns" | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | "Maintain lines of communication with line operations and air carriers through the use of two-way radios" | |
| | | "Coordinate operations with the airline" | |
| | | "Maintain flight logs and update flight schedules" | |
| 3. | **Lead Dispatcher** | "…responsible for distributing proper fuel loads, maintaining proper communication with Supervisors and customers, and compiling detailed and accurate flight information" | Dkt. 101-7, p. 75-77 |
| | | "Communicate flight release and fuel load information to appropriate operations" | |
| | | "Coordinate operations with the airline" | |
| | | "Maintain flight logs and update flight schedules" | |
| | | "Assist in the planning and control of truck assignments" | |
| | | "Recommend weight and balance preparation in accordance with airline requirements" | |
| 4. | **Quality Control Technician** | "Tests and inspects fuels and additive products" | Dkt. 101-7, pp. 100-102 |
| | | "Compiles and evaluates statistical data to evaluate and assure quality and reliability of products" | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Performs hydraulic, pneumatic, and electrical equipment maintenance of fuel farm/storage and related equipment"<br><br>"Selects and tests fuel/additive products for variety of qualities such as dimensions, performance, and or chemical characteristics"<br><br>"Evaluates data and writes reports to validate or indicate deviations from existing standards"<br><br>**"Performs the duties of Fueler or fuel farm attendant as needed"** | |
| 5. | **Lead Quality Control Technician** | "Selects and tests fuel/additive products for variety of qualities such as dimensions, performance, and or chemical characteristics"<br><br>"Evaluates data and writes reports to validate or indicate deviations from existing standards"<br><br>**"Performs the duties of a Fueler or Fuel Farm Operator as needed"**<br><br>"Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organization" | Dkt. 101-8, p. 16-18 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | "Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs" | |

**F.    CLASS OF WORKERS WHO PROVIDE NECESSARY SUPPORT TO EMPLOYEES WHO DIRECTLY HANDLE GOODS AND PASSENGERS**

| Covered Job Classification | Evidence of Transportation-Worker Duties from Job Description | PL # |
|---|---|---|
| 1. **Quality Control Supervisor** | Fueling Department<br><br>"Selects and tests fuel/additive products for variety of qualities such as dimensions, performance, and or chemical characteristics"<br><br>"Records test data, following statistical quality control procedures"<br><br>"Evaluates data and writes reports to validate or indicate deviations from existing standards"<br><br>"Investigates customer complaints regarding quality"<br><br>"Continually lift move/push 70lbs"<br><br>"Ability to read, and interpret FAA documentation, safety rules, operating and maintenance instructions and other procedure manuals" | Dkt. 101-7, p. 97-99 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | "FAA Certification" | |
|---|---|---|---|
| 2. | **Inventory Clerk** | "Complete daily fuel inventory reports" | <u>Dkt. 101-7</u>, p. 69 |
| | | "Responsible for creating a daily fuel ticket report" | |
| | | "Responsible for accurate accounting of fuel transactions" | |
| | | "Assisting the investigation of fuel discrepancies and or LAWTFC members fuel totals reports upon demand" | |
| 3. | **Apprentice – Fuel Facility Management (*Maintenance*)** | "…responsible for assisting and supporting the facility operations team and the mechanic team with quality control testing, performing inspections, and basic maintenance and repairs on facilities, fuel equipment, fuel systems and company vehicles" | <u>Dkt. 101-7</u>, p. 18-21 |
| | | "Responsible for routine and preventative inspections, preventative maintenance, and basic repairs of equipment at fuel storage facilities/systems including related equipment" | |
| | | "Assist…to troubleshoot, diagnose, and repair on filters, pumps, valves, tanks, pressure controls, metering and gauging equipment, pipeline issues, electrical equipment, motors, switch gears, lighting, and company vehicles" | |
| | | "Assist with repairs and maintain hydraulic, pneumatic and electrical equipment on fuel hydrant systems | |

| | | | |
|---|---|---|---|
| | | facilities/systems including product related equipment on fuel vacuum vehicles" | |
| | | "Investigate and adjust customer complaints/concerns regarding fuel systems maintenance" | |
| | | "Assist with performing distribution, receipt, storage, and inventory control of petroleum products" | |
| | | "Maintain accurate and appropriate documentation on all work performed and be knowledgeable of A4A, Federal, State, and Airport regulations" | |
| | | "Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs" | |
| 4. | **Administrative Assistant – Fueling** | "Enters fuel tickets into the Menzies Aviation accounting software daily to maintain established deadlines" | Dkt. 101-7, p. 12-14 |
| | | "Inputs inventories, receipts, and transfers daily" | |
| | | "Assist managers, employees, suppliers, and customers with inquiries, resolving issues or escalating as necessary" | |
| | | "Maintains all base billing through Menzies Aviation accounting software and correspond with Accounts Payable" | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Reviews employee timecard entries for accuracy and correspond with base management to investigate and/or resolve discrepancies" | |
| | | "Conducts new-hire onboarding and orientation" | |
| | | "Finalizes payroll and submits for final approval" | |
| | | "Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organization" | |
| 5. | **Fuel Facility Electrician** | "…Responsible for performing preventative, routine and emergency maintenance repairs on a variety of mechanical, electrical, HVAC systems, pneumatic control systems, electronic systems, and generators…" | Dkt. 101-7, p. 38-40 |
| | | "Performs maintenance, alteration, repair, and installation of electrical systems, equipment, and fixtures in accordance with standard practices of the electrical trade" | |
| | | "Installs new or upgraded electrical equipment and/or systems for the purpose of construction, remodeling and completes circuits according to diagram specifications and code requirements" | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Responds to electrical service or trouble calls, troubleshoots various problems/issues, and provides problem resolution" | |
| | | "Modify, remove and replace obsolete parts with current production components as necessary" | |
| | | "Assists in the maintenance and repair work of a fuel system mechanic" | |
| | | "Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization" | |
| 6. | **Fuel Farm Mechanic** | "…responsible for performing periodic maintenance and inspections on filters, pumps, valves, tanks, pressure controls, metering and gauging equipment, and company vehicles" | Dkt. 101-7, p. 41-43 |
| | | "Troubleshoot and repair above mentioned equipment as well as pipeline issues, electrical equipment, motors, switch gears, and lighting" | |
| | | "Investigate and adjust customer complaints and concerns regarding fuel systems maintenance" | |
| | | "Troubleshoot, repair, and maintain related components such as: pumps, valves, vessels, hydrant pits, gauges, | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | switches, motors, lights, heaters, meters, hoses, hydrant vehicles, etc." | |
|---|---|---|---|
| 7. | **Fuel Farm Operator** | "…responsible for sampling and testing products for quality control, and performing inspections and basic maintenance on facilities, fuel systems and fueling vehicles"<br><br>"Other responsibilities include receiving and dispatching jet fuel, gasoline, diesel fuel, av gas and glycol via pipelines and fuel trucks"<br><br>"Transfers product and monitors storage tanks, pipelines and related equipment to ensure that they are in good working order to prevent spills, releases, overfills and product contamination"<br><br>"Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization" | Dkt. 101-7, p. 44-46 |
| 8. | **Fuel Farm Operator Lead** | "Perform operations and maintenance activities as needed and develop and maintain standard operating procedures for all aspects of the fuel facility and systems including but not limited to quality control, pipeline movements, inspections, troubleshooting, environmental compliance, and maintenance" | Dkt. 101-7, p. 79-81 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Ensures the safe and effective operation and maintenance of the fuel farm by performing and/or assisting operators and mechanics with their duties"<br><br>"Receive/transfer products and monitor tanks, pipelines, filter vessels and associated equipment to ensure they are in good working order to prevent spills, releases, overpressures, and product contamination"<br><br>"Responsible for preventative maintenance, troubleshooting and repair of all equipment at the fuel storage facility and remote load racks"<br><br>"Assist Operations Manager, in their absence, by performing basic supervisory tasks and communicate the operational status and objectives to station management" | |
| 9. | **Fuel Farm Supervisor** | "…responsible supervising an operating team sampling and testing products for quality control, and perform inspections and basic maintenance on facilities, fuel systems and fueling vehicles"<br><br>"Other responsibilities include receiving and dispatching jet fuel, gasoline, diesel fuel, av gas and glycol via pipelines and fuel trucks"<br><br>"Ensures the effective operation of the fuel farm by performing or assisting subordinates with operational duties" | Dkt. 101-7, p. 47-49 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Transfer products and monitor storage tanks, pipelines, and related equipment to ensure that they are in good working order to prevent spills, releases, overfills and product contamination"<br><br>"Supervisor Responsibility: Assist Department Manager, in his/her absence, by performing basic supervisory skills and communicate the operational status and objectives to Base Management" | |
| 10. | **General Fueling Helper** | "…supports the into-plane fueling operation by being a guide person and assisting with general duties under the direction of the Fueling Supervisor"<br><br>"Serve as a guide person to help drivers position their fuel trucks into and out of fueling positions"<br><br>"Deliver fuel slips to and from airline operations offices"<br><br>"May operate the load rack controls to fill tanker trucks with Jet-A fuel"<br><br>"Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs"<br><br>"Prior experience preferred including possession of a Commercial Driver's License or experience in the Oil and Gas Industry (preferred)" | Dkt. 101-8, p. 10-12 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| 11. | **Maintenance Technician – Fuel Storage Facility** | "…performs periodic maintenance and inspections on filters, pumps, valves, tanks, pressure controls, metering and gauging equipment, company vehicles"<br><br>"Troubleshoot and repair above mentioned equipment as well as pipeline issues, electrical equipment, motors, switch gear, and lighting"<br><br>"Must understand equipment of aviation environment, e.g., hydrant fuel systems and the mechanical functions associated with such fuel facility related equipment"<br><br>"Work in close proximity with other employees and may be in direct contact with airline management personnel"<br><br>"Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization" | Dkt. 101-7, p. 84-86 |
| 12. | **GSE Administration Assistant** | "Entering data from work orders on preventive maintenance and interim repairs into various computers systems"<br><br>"Accurately maintaining equipment history file containing ownership documentations, work orders, and financials expenditure records"<br><br>"Liaison with internal and external customers and agencies" | Dkt. 101-7, p. 51-52 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Monitoring preventive maintenance cycle and informing departure of services due" | |
| | | "Minimum five…years related experience in equipment maintenance" | |
| | | "Working knowledge of GSE [i.e., Ground Support Equipment] maintenance issues" | |
| 13. | **GSE Fueler** | "…responsible for the safe and efficient fueling and servicing of all ground support equipment for Menzies as well as airlines and other airline Tenants / and vendors" | Dkt. 101-7, p. 53-56 |
| | | "Perform fueling in a safe and efficient manner" | |
| | | "Perform daily Quality Control checks on equipment" | |
| | | "Maintain equipment in clean and functional condition" | |
| | | "Continually lifting, moving fuel carts and fuel hoses up to 70LBS" | |
| | | "Driving and operating commercial specialized vehicles" | |
| | | "Responsible for accurate accounting of fuel transactions" | |
| | | "Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs" | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| 14. | **GSE Mechanic** | "…responsible for performing preventive maintenance and repairs on airport ground support equipment, vehicles, and other related equipment" | Dkt. 101-7, p. 57-58 |
|---|---|---|---|
| | | "Transports the vehicle(s) to be repaired by driving, towing or pushing vehicle into service bay" | |
| | | "Vehicles may consist of tugs, forklifts, pay loaders, fuel trucks and other larger airport vehicles" | |
| | | "Inspects parts and/or motor vehicles to identify defective or broken parts" | |
| | | "Repairs diesel engines, hydraulic, electric, and mechanical systems" | |
| | | "Obtains replacement parts, installing and/or making repairs as required" | |
| 15. | **Lead GSE Mechanic** | "Experienced technician whose primary service depends on well-maintained vehicles, organization and tracking of the fleet and expenses within the company" | Dkt. 101-7, p. 82-83 |
| | | "Directs a preventive maintenance program to minimize cost and maximize use of equipment" | |
| | | "Administers a testing and inspection program to determine quality, suitability, and compliance with | |

| | | specifications for vehicles, parts accessories, and materials" | |
|---|---|---|---|
| | | "Directs a quantity and quality control program to maintain satisfactory levels of work performance" | |
| | | "Ensure the safe and secure operations, in accordance with the highest possible standards of health, safety, security and all government statutory requirements" | |
| 16. | **GSE Utility Agent** | "Cleaning of GSE equipment in preparation of maintenance, repairs and preservation painting"<br><br>"Under instruction, proper painting and making of GSE equipment"<br><br>"General cleaning of shop and ramp areas" | Dkt. 101-7, p. 59-60 |
| 17. | **Safety Administration Assistant** | "Assist with safety investigations and incident reporting as required"<br><br>"Accurately maintain and assist with incident documentation"<br><br>"Liaise with internal and external customers and agencies"<br><br>"Monitor & report on safety activities, performance etc. as required" | Dkt. 101-7, p. 105-106 |
| 18. | **Safety Supervisor** | "Patrolling our ramp operations identifying and addressing safety and security concerns" | Dkt. 101-7, p. 109-110 |

| | | | |
|---|---|---|---|
| | | "Carry out overt and covert inspections across all Menzies Aviation operational areas on airside (fueling, ramp and baggage areas)"<br><br>"Monitor & report on activities, performance etc as required"<br><br>"Capable of lifting comfortably 70 lbs" | |
| 19. | **Safety Security and Environmental Supervisor** | "Patrolling our ramp operations identifying and addressing safety and security concerns"<br><br>"Carry out overt and covert inspections across all Menzies Aviation operational areas on airside (fueling, ramp and baggage areas)"<br><br>"Monitor & report on activities, performance etc as required"<br><br>"Capable of lifting comfortably 70 lbs" | Dkt. 101-7, p. 107-108 |
| 20. | **Safety and Training Supervisor** | Ramp Operations Department<br><br>"Responsible for driving corporate safety and administer field station training programs for ramp and cargo operations through hands on and verbal instruction"<br><br>"Participate in Safety audits daily and provide corrective action assistance to management" | Dkt. 101-7, p. 103-104 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Provide new hire and annual recurrent training for all station personnel" | |
| | | "Maintain compliance with all government, customer and company policies/procedures" | |
| | | "…at least three years of experience in ramp, cargo and/or into-plane fueling" | |
| | | "Understanding of the wider airport operational environment" | |
| | | "Experience and understanding of the commercial issues in aviation" | |
| | | "Capable of lifting comfortably 70 lbs" | |
| 21. | **Training Supervisor** | Ramp Operations Department | Dkt. 101-7, p. 122-123 |
| | | "Responsible for driving corporate safety and administer field station training programs for ramp and cargo operations through hands on and verbal instruction" | |
| | | "Participate in training audits daily and provide corrective action assistance to management" | |
| | | "Provide new hire and annual recurrent training for all station personnel" | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Maintain compliance with all government, customer and company policies/procedures" | |
| | | "…at least three years of experience in ramp, cargo and/or into-plane fueling" | |
| | | "Understanding of the wider airport operational environment" | |
| | | "Experience and understanding of the commercial issues in aviation" | |
| | | "Capable of lifting comfortably 70 lbs" | |
| 22. | **Training Coordinator** | "Coordinate and administer all training bookings" | Dkt. 101-8, p. 25-28 |
| | | "Assists Training Officers with printing Training Manuals and hand-outs" | |
| | | "Assists with e-learning training and contacting employees to complete all initial and recurrent training" | |
| | | "This individual will also work with disgruntled customers and employees throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport" | |

| | | | |
|---|---|---|---|
| | | "Other tasks include lifting passenger bags up to 70lbs which could also involve bending and stooping. The employee must frequently lift and/or move up to 25lbs and occasionally lift and/or move up to 70lbs" | |
| 23. | **Supervisor Timekeeper** | "Updating shifts times/altering expected times prior to shift commencements to reduce missed punches including shift trades/coverage"<br><br>"Keep track of attendance records, monitor lateness/absence/manual miss punches, etc."<br><br>"Ensure Daily OT report is received, completed and signed by manager"<br><br>"Send package to Payroll dept 4/ signed payroll reports"<br><br>"Coordinate with payroll dept for any missing forms (not received or received after PT had been run), Pay discrepancies and roster changes"<br><br>"Coordinate with payroll dept on Mondays to ensure PT & reports can be run once exceptions have been cleared" | Dkt. 101-7, p. 115-116 |
| 24. | **Timekeeper** | "Responsible for updating and correcting payroll hours in Kronos for Menzies Aviation employees on a daily/weekly basis"<br><br>"Compiling and posting employee payroll data and managing hours clocked" | Dkt. 101-7, p. 119-121 |

| | | | | |
|---|---|---|---|---|
| | | | "Distributing pay checks and correcting pay role errors" | |
| | | | "Keep track of attendance records, monitor lateness/absence/manual miss punches, etc." | |
| | | | "Updating shifts times/altering expected times prior to shift commencements to reduce missed punches including shift trades/coverage" | |
| | | | "Coordinate with payroll dept. for any missing forms (not received or received after payroll has been run)" | |
| 25. | **Talent Acquisition** | | "The purpose of this role is to drive high-volume sourcing, interviewing and placements of candidates" | Dkt. 101-7, p. 117-118 |
| | | | "Ensure compliance to recruitment policies, processes and procedures" | |
| | | | "Partner with station management and hiring managers to fill open positions" | |
| | | | "Source candidates and develop local networks to ensure constant flow of qualified candidates using a variety of sources, including direct sourcing utilizing social media and network contacts, internet postings, database searches, community outreach initiatives to include schools, workforce centers and referrals to create diverse candidate pools" | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | "Pre-screen candidates, set up interview schedules, conduct interviews, co-ordinate verification checks, send job offers, new hire paperwork and trach candidates in the applicant tracking system"<br><br>"Perform recruiting tasks with a sense of urgency and aggressiveness necessary to achieve or exceed desired staffing levels on a regular and consistent basis"<br><br>"Successfully negotiate and obtain a high rate of candidate offer acceptance, whilst ensuring that candidates meet the specified requirements"<br><br>"Experience in ground handling, cargo or any aviation related field strongly preferred" | |
| 26. | **Human Resources Administrative** | "Assist with general HR administration"<br><br>"Assist with new hire badge"<br><br>"Assist with meeting and welcoming application and new hires"<br><br>"Ensure full compliance with the HR process, policy and procedure"<br><br>"Prepare new hire badge applications" | Dkt. 101-7, p. 64-65 |

| | | | |
|---|---|---|---|
| | | "Investigate and answer employees' complaints" | |
| | | "Assist with employee inquiries" | |
| 27. | **Human Resources Specialist** | "Initiates contact with possible qualified candidates for specific job openings" | Dkt. 101-7, p. 61-63 |
| | | "Reviews applications and interviews applicants to obtain work history, education, training, job skills, and salary requirements, and to provide information about the organization and position" | |
| | | "Performs reference and background checks on applicants" | |
| | | "Conducts new employee orientation and exit interviews" | |
| | | "Enrolls eligible employees in company benefits programs" | |
| | | "Maintains medical, insurance, and other personnel records and forms" | |
| | | "Assists in investigation and resolution of employee grievances and coordinates processes of responding to complaints" | |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| | | | |
|---|---|---|---|
| | | "Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organization" | |
| 28. | **General Worker** | ""…repairs or replaces broken parts [on mechanical equipment]" <br><br> "Cleans and treats water with proper chemicals on units" <br><br> "Calibrates and repairs pneumatic systems" <br><br> "Installs & repairs electrical wiring as needed" <br><br> "Repairs electrical equipment and control circuits; replaces faulty electrical switches" <br><br> "Responds to emergency maintenance requests as required" <br><br> "May obtain estimates for supplies, repair parts; order parts as needed" | Dkt. 101-7, p. 50 |
| 29. | **Accounting Clerk** | "…responsible for overseeing the station's accounting department, obtaining, and processing data pertaining to accounts payable, accounts receivable and timekeeping records" <br><br> "Monitors the purchasing of fuel as well as dispensing of fuel, determine and documents causes of excessive fuel losses and improper fuel dispensing" | Dkt. 101-7, p. 3-5 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

"Maintains accurate records of fuel inventories, check and confirms deliveries, may process supplier's credit cards and other approved credit cards for payment"

"Verifies and posts details of business transactions, such as funds received and disbursed, and totals accounts"

"Computes and records charges, refunds, cost of lost or damaged goods, freight charges, rentals and similar items"

"Responsible for updating and correcting payroll hours in Kronos for employees on a daily/weekly basis"

"Compiling and posting employee payroll data and managing hours clocked"

"Updating shifts times/altering expected times prior to shift commencements to reduce missed punches including shift trades/coverage"

"Coordinate with payroll department for any missing forms (not received or received after payroll has been run)"

"Enter fuel tickets into the application(s) daily to maintain established deadlines"

| | | "Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organization" | |
|---|---|---|---|
| 30. | **Accounts Receivable Specialist** | "…responsible for collection related activities at the field station level"<br><br>"Actively collect on delinquent accounts"<br><br>"Cash application and managing accounts receivable"<br><br>"Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organization" | Dkt. 101-7, p. 6-8 |
| 31. | **Facility Electrician** | "…Responsible for facility electrical activities to include low voltage electrical, Fiber optic systems, valve control wiring, UPS replacement and troubleshooting all systems for non-routine repair…"<br><br>"Repairs and modifies equipment, facilities, and electrical systems as required"<br><br>"Trouble shoots electrical, Class 1 as well as non-explosion proof systems Inspect and maintain fiber optic and other fuel system control systems"<br><br>"Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization" | Dkt. 101-7, p. 35-37 |

| 32. | **Inside Wireman** | "…Responsible for performing electro-mechanical duties involving machinery such as conveyors, passenger loading bridges, and other airport equipment…"<br><br>"Performs electrical and mechanical troubleshooting for all industrial machinery and conveyors"<br><br>"Performs welding and pipefitting as needed"<br><br>"Install and calibrate control systems"<br><br>"Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organization" | Dkt. 101-7, p. 66-68 |
| 33. | **Intern** | "**Essential Duties and Responsibilities** include the following. Other duties may be assigned.<br><br>Ability to learn, apply concepts and transition within the following…Departments:<br>• Administration<br>• Finance<br>• Legal<br>• Information Services<br>• Operations"<br><br>"Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization" | Dkt. 101-8, p. 13-15 |

PLAINTIFFS' APPENDIX OF MENZIES' WRITTEN JOB DESCRIPTIONS

| 34. | Janitor | "…responsibility is to maintain our facilities, take care of the cleanliness and maintenance of our building premises and perform cleaning tasks like vacuuming, mopping, cleaning vents, etc. ensuring that the building is well maintained and clean" | Dkt. 101-7, p. 70-71 |
|---|---|---|---|
| | | "Completes minor repairs, like switching lightbulbs and unclogging toilets" | |
| | | "Utilize insecticides to prevent infestation by dangerous pests" | |

DATED: January 30, 2025    **LAW OFFICES OF C. JOE SAYAS, JR. and KING CHENG MILLER & JIN LLP**

By:    _/s/ C. Joe Sayas, Jr._
C. JOE SAYAS, JR.
KARL P. EVANGELISTA
Class Counsel



**MENZIES AVIATION**

# Job Description, Passenger Service Agent Lost and Found

**Job Title:** Passenger Service Agent – Lost and Found
Department: Ramp Operations
Reports To: Passenger Service Manager
FLSA Status: Non-exempt

**Essential Duties and Responsibilities:**

- Work with internal and external clients to locate lost luggage
- Receive and Assist Passenger Lost Luggage Claims
- Checking in passengers for flights at the ticket counter and gates;
- Verifying passenger documentation;
- Assigning seats and providing gate information;
- Checking baggage;
- Hosting self-service kiosks;
- Ensure that all work areas are functional (check-in, lobby, gate, baggage);
- Be enthusiastic about offering assistance where needed in all areas of passenger services;
- Adhere to Menzies uniform guidelines and codes of conduct;
- Work in a team environment.

**Required Skills:**

- Knowledge of World Tracer or other lost luggage management system
- Maintain a valid driver's license.
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience.
- Must be at least 18 Year of age;
- Capable of lifting comfortably 70 lbs;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment medical;
- Must pass a drug test;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass an FBI background check and obtain a custom seal;

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

Page 272



**MENZIES AVIATION**

# Job Description, Passenger Service Agent

**Job Title:** Passenger Service Agent
**Department:** Ramp Operations
**Reports To:** Passenger Service Manager
**FLSA Status:** Non-exempt

**Essential Duties and Responsibilities:**
- Checking in passengers for flights at the ticket counter and gates;
- Verifying passenger documentation;
- Assigning seats and providing gate information;
- Checking baggage;
- Hosting self-service kiosks;
- Ensure that all work areas are functional (check-in, lobby, gate, baggage);
- Be enthusiastic about offering assistance where needed in all areas of passenger services;
- Adhere to Menzies uniform guidelines and codes of conduct;
- Work in a team environment;

**Required Skills:**
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be at least 18 Year of age;
- Capable of lifting comfortably 70 lbs;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment medical;
- Must pass a drug test;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass an FBI background check and obtain a custom seal;

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1142
E: www.menziesaviation.com



**MENZIES AVIATION**

## Job Description Passenger Service Lead Agent

**Job Title:** Passenger Service Lead Agent LAX
**Department:** Ramp Operations
**Reports To:** Passenger Service Manager
**FLSA Status:** Non-Exempt

**Essential Duties and Responsibilities**
- Maintain and lead by example all duties of a passenger service agent.
- Mentorship / Training and development of all agents;
- Assist the Passenger Service Manager / Supervisor with administrative functions including payroll management,
- Progressive discipline process, recruitment and conflict resolution;
- Management of irregular flight operations;
- Performs new employee introduction to work area, work rules, uniform policy, time clock process, office-terminal procedures and provides overview of department operations;
- Trains employees on specifics or assigns employees to work with an experienced representative;
- Ensures that employees are fully trained on company policies and procedures.
- Interfaces with other departments to ensure that service issues are addressed and corrected to ensure quality of service;
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all customer service complaints with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.
- Proficiency in above the wing handling duties to include but not limited to ticketing counter, gate, baggage  service, operations, arrivals, and turn coordinator functions.

**Required Skills:**
- Ability to lead up to 10-15 passenger service representatives;
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a  drug test;
- Must be able to pass a ten-year background check as required by US Customs;

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



**MENZIES AVIATION**

## Job Description, Passenger Service Supervisor

**Job Title:** Passenger Service Supervisor LAX
**Department:** Ramp Operations
**Reports To:** Passenger Service Assistant Manager
**FLSA Status:** Non-Exempt

**Essential Duties and Responsibilities**
- Training and development of junior supervisors;
- Assist the Passenger Service Manager with administrative functions including payroll management,
- Progressive discipline process, recruitment and conflict resolution;
- Management of irregular flight operations;
- Attend regular airport stakeholder meetings;
- Performs new employee introduction to work area, work rules, uniform policy, time clock process, office-terminal procedures and provides overview of department operations;
- Trains employees on specifics or assigns employees to work with an experienced representative;
- Ensures that employees are fully trained on company policies and procedures.
- Interfaces with other departments to ensure that service issues are addressed and corrected to ensure quality of service;
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all customer service complaints with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.
- Proficiency in above the wing handling duties to include but not limited to ticketing counter, gate, baggage service, operations, arrivals, and turn coordinator functions.
- Perform weekly SMART audits in accordance to Menzies standards

**Required Skills:**
- Ability to supervise up to 10-15 passenger service representatives;
- Maintain a valid driver's license;
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a drug test;
- Must be able to pass a ten-year background check as required by US Customs;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

Page 275



**MENZIES AVIATION**

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.


Signature: _____Date:_____

EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF**

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

Page 276



## MENZIES AVIATION

## Job Description, Service Desk Agent

**Job Title:** Service Desk Agent **LAX**
Department: Ramp Operations
Reports To: Passenger Service Manager
FLSA Status: Non-Exempt

**Essential Duties and Responsibilities**
- Customer Service at front airline counters.
- Attend all ticketing matters, suck as ticket changes, reissues, reservation updates, rebooking's, ect.
- Take payments for excess baggage, upgrades, unaccompanied minors, ticket changes and reissues, pets in cabin, oversize items, etc.
- Handling cash and sensitive credit card information.
- Close daily batch and prepare cashier reports for LATAM.
- Re-scheduling flight segments for missed flights and/or oversold flights.
- Comply with LATAM trainings and procedures regarding payments and computer systems.
- Comfortably and continuously move/lift customer luggage up to some pieces exceeding 70 lbs;
- Promptly handles all ticketing matters with a focus on positive resolution;
- Proficiency in both Menzies and customer airline setup and closing duties.

**Required Skills:**

- Maintain a valid driver's license.
- One year college certificate or technical school, six months related experience or equivalent combination of education and experience.
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must be able to stand for long periods of time at the ticket counter and gate check-in areas;
- Must be able to speak, read and write in English proficiently;
- Must have strong verbal and written communication skills;
- Knowledgeable of computer software programs;
- Must be able to pass all pre-employment;
- Must pass a drug test;
- Must be able to pass a ten-year background check as required by US Customs;

**EXCELLENCE** FROM TOUCHDOWN TO TAKEOFF 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

**880 Parkview Drive North
El Segundo, Ca. 90245**

Page 253

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date:_____





**Operations Coordinator**

| Job title | *Operations Coordinator* | | |
|---|---|---|---|
| **Reports to** | *Operations Manager/General Manager* | | |
| **Salary** | *Non-Exempt (hourly)* | **Location** | |

## Job Summary and Mission

Coordinates the aircraft ground handling services for the day-to-day operation in accordance with the Airport Handling Manual.

## Key Responsibilities

- To consistently deliver the highest possible level of customer service at all times.
- Ensures and takes immediate actions to prevent any irregularities in the operational activity.
- Ensuring that the day-to-day operation is coordinated in accordance with MA and Airline procedures and in accordance with the Airline daily flight schedule.
- Ensuring that any Airline flight schedule changes are adjusted and captured in RSMS system (including additional flights).
- Ensuring that all relevant services are reported in the RSMS system as per the agreed SLA.
- Ensuring that all relevant operational messages are sent in accordance with Airline procedures and the agreed SLA.
- Ensure a prompt communication between all relevant staff involved in the ground handling operation.
- Ensure that all delay codes are used in accordance with the agreed Airline SLA.
- No station delay is allowed to be set without prior approval of the line manager or substitute and it always has to be followed by a brief incident/irregularity report.
- Confirm billing information for each turn/arrival/departure/service – RSMS (flight – "ops committed" status) and ensures confidentiality of same.
- Ensuring that the proper communication is maintained with the relevant staff and actions are taken in due time in case of any operational disruptions.
- Coordinates with Station manager, Supervisors and Human Resources on attendance related coaching and discipline and issues same up to but not including suspensions. Maintains confidentiality of employee related information.
- Ensures employees who are not actively at work for 3 or more shifts are met with to ensure that they are "fit" for duty.
- Ensure a prompt and clear communication between Airline-IOCC and MA.
- Immediate communication with the Management team in case of any severe incident occurrence.
- Represent Menzies Aviation in a professional manner at all times.
- Mandatory to attend training courses related to their job duties as may be arranged by the Company.
- Reporting irregularities, incidents, discrepancies, and potential complaints to superiors.
- Liaise with other departments, contributing to meeting according to his level of competence and being a key player in the company.
- Ensures that the documents received or issued are kept securely and in accordance with Airline's procedures and MA procedures and is responsible according to the law and the internal confidentiality regulation for the manipulated documents.
- Ensures that the workplace is clean and tidy.
- Ensures that the Airlines SLAs are respected and maintained, and any irregularities are reported immediately to the direct line manager.
- Ensures and takes immediate actions to prevent any irregularities in the activity.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

**Operations Coordinator**



- Collaborates with the Ramp Department and Passenger Service Department in order to perform a safe and operative service.
- Gather, input, and process all data and documentation necessary for the fulfilment of the success of the operation.
- Always wear the PPE on the Apron during working hours.
- Wear the uniform in accordance with the Company Uniform & Appearance policy.
- The Ops Coordinator must be aware of the latest changes / updates / memo by checking the SLS Board on a weekly basis.

## Qualifications

- Must be at least 18 years of age and legally able to work in the USA.
- Must have high school diploma, GED, or equivalent work experience.
- Must be able to speak, read, and write in English.
- Must complete and pass initial new hire classroom and on-the-job training.
- Detailed knowledge of Airline procedures including Safety & Security
- Solid knowledge of procedures IATA – Dangerous Goods
- Solid knowledge of IGOM and handled Airlines procedures.
- Valid driver's license with good driving record.
- Must be able to hold and maintain all required airport security clearance.
- Reliability, our customer, and your fellow employees rely on you.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Must be comfortable working in an airport environment.
- Position requires long periods of time at the ticket counter and gate check-in areas; must be able to stand for prolonged periods of time.
- Pass pre-employment drug screen and all pre-employment testing.
- Must be comfortable lifting 70lbs repetitively.
- Must be comfortable working in all weather conditions.
- Pass FBI background and obtain US Customs Seal
- Excellent communication skills
- Ability to remain calm and efficient under pressure.
- Competent in handling difficult situations
- Advanced Computer Skills

### Knowledge, Skills and Abilities
- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

## Working Conditions

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee may regularly work in outside weather conditions. The employee frequently works near moving mechanical parts, high voltages, and high hydraulic/pneumatic pressures. The employee is also frequently exposed to very loud noise levels, fumes or airborne particles and hazardous substances, materials, or waste.  The employee occasionally works in high, precarious places.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

v.2021.07.13



Some work is done indoors; however, the individual may work near terminals with consistently open doors where harsh weather conditions could affect the indoor environment. The Operations Agent team is provided a Menzies Aviation uniform including a coat.

## Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employees may also engage in debris removal which involves lifting, bending, and stooping. The employee must frequently lift and/or move up to 25 pounds and occasionally lift and/or move up to 70 pounds.

## EEO Statement

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful, and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline, and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com*

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

| Candidate Signature: | |
|---|---|
| Date: | |

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.2021.07.13

**Operations Coordinator Supervisor**



| Job title | *Operations Coordinator Supervisor* | | |
|---|---|---|---|
| **Reports to** | *Operations Manager/General Manager* | | |
| **Salary** | *Non-Exempt (hourly)* | **Location** | |
| **Bonus Eligible** | *Y / N (circle)* | **Bonus Percentage** | *%* |
| **Travel** | *Y / N (circle)* | **Travel Percentage** | *%* |

## Job Summary and Mission

As a Menzies Aviation Operations Supervisor, you will be responsible for effectively planning and communicating aircraft parking configuration for the Airport. The operations supervisor will direct the remote parking of aircraft and the plan to deliver aircraft to the gate. They will also coordinate with ramp and maintenance personal to reposition aircraft according to operational needs; along with forecasting city gate usage while being fiscally responsible.

## Key Responsibilities

- Understanding of the facility to best service the customer and employees, regarding constraints that the airport may cause
- Effectively plan and communicate gate changes in advance of conflicts, to ensure fuel savings
- Examine crew connections, plan for down line weather delays, monitor compression and plan accordingly
- Quick to forecast/react to problems that may arise, causing the parking plan to change
- Monitors international arrivals and departures
- Perform as a mentor to other employees and provide training to new employees
- Some responsibilities may include interviewing, hiring, and training employees; appraising performance; rewarding and disciplining employees; addressing complaints and resolving problems as needed for violations of company policy
- Effective communication with other departments and internal customers
- Must be able to direct others and give clear directions
- Complete shift reports and sign timecards
- Assist in the preparation of performance evaluation forms
- Prepare disciplinary incident and or termination reports
- Assist in the baggage handling area
- Conduct shift briefings to ensure staff is organized and informed
- Able to organize and disseminate accurate operational information

## Qualifications

- Must be 18 years of age or older
- Possess and maintain a valid US driver's license with a clean driving record
- Pass pre-employment drug screen and all pre-employment testing
- Ability to proficiently read, write and speak English
- Must be comfortable lifting 70lbs repetitively
- Must be comfortable working in all weather conditions

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



v.2021.07.13



**Operations Coordinator Supervisor**

- Pass FBI background and obtain US Customs Seal
- Must be available and flexible to work variable shifts including weekends and holidays
- Must have high school diploma, GED or six months experience as an Operations Agent
- Excellent communication skills
- Ability to remain calm and efficient under pressure
- Competent in handling difficult situations
- Advanced Computer Skills

## Knowledge, Skills and Abilities
- Ability to learn quickly
- Ability to understand and carry out oral and written instructions and request clarification when needed
- Strong interpersonal skills
- Ability to work as part of a team
- Ability to build relationships

## Benefits

- $___/hour
- Advancement Opportunities to Lead, Supervisor and Manager
- Three Health Plans through Meritain Health that offer a variety of coverage
- Two Dental Plans through Delta Dental
- Vision Insurance Plan through Met Life Vision
- Paid Vacation
- Accident Coverage Plan
- Critical Illness Coverage Plan
- Hospital Indemnity Coverage Plan
- Company Paid Employee Basic Life and AD&D Insurance $20,000.
- Voluntary Life and AD&D Insurance
- Voluntary Short-Term and Long-Term Disability Insurance
- 401K Savings Plan
- Employee Assistance Program
- Prepaid Legal Coverage Plan
- Identity Theft Protection Plan
- Pet Discount Coverage and Pet Insurance Plan
- Uniform Provided

## Working Conditions

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee may regularly work in outside weather conditions. The employee frequently works near moving mechanical parts, high voltages and high hydraulic/pneumatic pressures. The employee is also frequently exposed to very loud noise levels, fumes or airborne particles and hazardous substances, materials or waste. The employee occasionally works in high, precarious places.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



v.2021.07.13



**Operations Coordinator Supervisor**

Some work is done indoors; however, the individual may work near terminals with consistently open doors where harsh weather conditions could affect the indoor environment. The Operations Agent team is provided a Menzies Aviation uniform including a coat.

## Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employee may also engage in debris removal which involves lifting, bending and stooping. The employee must frequently lift and/or move up to 25 pounds and occasionally lift and/or move up to 70 pounds.

## EEO Statement

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com*

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

| Candidate Signature: | |
|---|---|
| Date: | |

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**



v.2021.07.13



# Job Description

## Operations Supervisor – Ground Handling

**Reports to:** General Manager
**Location:** City, State | Airport code

_____

### Overview

This role is responsible for directing the work of all station agents as they perform all aspects of the operation to include customer service operations, baggage services, cargo, and ramp services functions. Besides supervision you will be an integrated part of the operations process and perform some of the above tasks. Position requires heavy lifting, pushing, pulling, bending, stretching and frequent kneeling. Adheres to all standards, procedures ensuring all work is performed safely and is supported by following established procedures and protocols.

### Main accountabilities include:

- Supervise ramp and passenger service agents, allocating staffing resources as needed.
- Complete shift reports and clear all exceptions from the T&A system in a timely manner.
- Ensure that personnel adhere to established company safety regulations.
- Read and interpret aircraft weight and balance loading instructions, hazardous material identification labels, aircraft loading manifest, and baggage and cargo routing tags.
- Assist in the baggage handling area.
- May occasionally operate various pieces of ground support equipment.
- Other duties as assigned.

_____

### Safety, Security and Compliance

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.

- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be at least 18 years of age.
- Must have a high school diploma or GED.
- Ability to proficiently read, write and speak English.
- Excellent communication skills.
- Able to remain calm and efficient under pressure.
- Must have a current valid driver's license with no violations over the past 5 years.
- Competent in handling difficult situations.
- Ability to safely lift up to 70 pounds.
- Advanced computer skills.
- Must pass all pre-employment testing to include drug testing and a physical.
- Must be able to obtain and maintain all required airports and customs badges/seals.
- Must be available and flexible to work variable shifts including weekends and holidays if required.
- Work is done primarily outdoors. Must be comfortable working in all weather conditions, work is primarily outdoors.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation. I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



People. Passion. Pride. Since 1833.



**MENZIES AVIATION**

# Job Description, Lavatory Agent

Job Title:       Lavatory Agent
Reports To:   Lead Ramp Agent or Supervisor, Ramp Operations
Department:  Ramp Operations
FLSA Status:  Non-Exempt

**Summary:** Driving and operating Lavatory truck to unload waste and fill up the tank with anti- bacterial solution. Ensure proper lavatory maintenance to the aircrafts.  Position requires: Lifting, pushing, pulling, stooping, bending, and stretching.

**Essential Duties and Responsibilities:**

- Reach, stoop, and connect hoses to aircrafts.
- Unload the waste on to the Triturator properly.
- Operate motorized equipment.
- Performs other duties as assigned.

**Required Skills:**

- Must be at least 18 years of age;
- Must have high school diploma or equivalent;
- Must be able to speak, read, and write in English;
- Valid driver's license with good driving record;
- Capable of lifting comfortably 70 lbs;
- Prior ramp experience a plus;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors.  Must be comfortable working in all weather conditions;
- Must pass an FBI finger print check and obtain custom seal.
- Must pass a driver's test with the department of airports and obtain a driver's seal.
- Must pass pre-employment medical.
- Must pass a drug test.

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245



**MENZIES AVIATION**

### Job Description, Cabin Cleaner

Job Title:        Cabin Cleaner
Department:       Cabin Cleaning Operations
Reports To:       Lead/Manager, Cabin Cleaning
FLSA Status:      Non-Exempt

**Summary:** Clean interior of commercial aircraft and general cleaning within the company.

**Essential Duties and Responsibilities:**

- Clean all assigned commercial aircraft thoroughly and efficiently.
- Prepare all cleaning supplies such as solvents, etc., for the cleaning of commercial aircraft.
- Ensure that all cleaning equipment is in working order and that all protective clothing is worn as instructed.
- Vacuum, sweep, dust, disinfect, and clean all areas of the aircraft.
- Based on individual customer requests may be required to remove blankets and pillows and replace them with clean ones.
- Deposit soiled linens into laundry bin.
- Put away all cleaning supplies and equipment back to designated storage area.
- Perform other duties as assigned.

**Require Skills:**

- High school diploma or GED or equivalent work experience;
- Must be at least 18 years of age;
- Ability to read, speak and understand English;
- Valid driver's license with good driving record;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Ability to read and interpret documents such as safety rules;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions;
- Strong communication skills with excellent customer service skills;
- Ability to apply common sense understanding to carry out instructions furnished in written, oral, or diagram form;
- Capable of lifting comfortably 50 lbs;
- Must pass pre-employment medical;
- Must pass a drug test;

#### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____        Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245



**MENZIES
AVIATION**

# Job Description, Lead Cabin Cleaner

Job Title:      Lead Cabin Cleaner
Department:  Cabin Cleaning Operations
Reports To:    Supervisor/Manager, Cabin Cleaning
FLSA Status:  Non-Exempt

**Summary:** The lead Cabin Cleaner is responsible to ensure safety in the airplane cabin; clean interior of commercial aircraft and general cleaning within the company.

**Essential Duties and Responsibilities:**

- Lead agents in cleaning all assigned commercial aircraft thoroughly and efficiently.
- Ensure preparation of all cleaning supplies such as solvents, etc., for the cleaning of commercial aircraft.
- Ensure that all cleaning equipment is in working order and that all protective clothing is worn as instructed.
- Vacuum, sweep, dust, disinfect, and clean all areas of the aircraft.
- Based on individual customer requests may be required to remove blankets and pillows and replace them with clean ones.
- Ensure that soiled linens are deposited into laundry bin.
- Ensure that all cleaning supplies and equipment are returned to designated storage area.
- Perform other duties as assigned.

**Required Skills:**

- High school diploma or GED or equivalent work experience;
- Must be at least 18 years of age;
- Ability to read, speak and understand English;
- Valid driver's license with good driving record;
- Must be available and flexible to work variable shifts including weekends and holidays.
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the department of airports and obtain a driver's seal;
- Ability to read and interpret documents such as safety rules;
- Work is done primarily outdoors.  Must be comfortable working in all weather conditions.
- Strong communication skills with excellent customer service skills;
- Ability to apply common sense understanding to carry out instructions furnished in written, oral, or diagram form;
- Capable of lifting comfortably 50 lbs;
- Must pass pre-employment medical;
- Must pass a drug test;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA).
- Must pass FBI background check and obtain US Customs seal.

## EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____



**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**



# Job Description

## Cabin Services Agent

**Reports to:** Cabin Services Lead/Supervisor
**Location:** City, State | Airport code

_____

**Overview**

The Cabin Services Agent responsibility is for the safe and efficient cleaning of aircraft cabins. Some of the duties will include preparing cleaning solvents for use, vacuuming, sweeping, dusting, disinfecting of the aircraft cabin.

Main accountabilities include:
**Essential Duties and Responsibilities include the following. Other duties may be assigned.**

- Remove blankets and pillows and replace them with clean ones
- Ensure all cleaning solvents are stored correctly after use
- Ensure that all cleaning equipment is in working order and that all protective clothing is worn as instructed
- Deposit all soiled linens into laundry bins
- Adhere to Menzies uniform guidelines and code of conduct
- Operate small specialized commercial vehicles
- Maintain a safe and secure work environment, in accordance with local health, safety, and security policies and procedures
- Conduct physical search of empty interiors and accessible exterior of the aircraft to detect prohibited articles and unlawful interferences that may jeopardize the security of the aircraft.
- Follow all TSA, airline, local and/or federal security mandates regarding security and reporting any tampering and prohibited items.
- Provide ramp guard services to ensure that only authorized personnel are servicing the aircraft.
- Provide catering security offsite by fully inspecting catering truck interior and exterior to include galley carts, food trays, vehicle seats, under carriage and glove compartments.
- Adhere to all safety policies, rules, and directives.
- Adheres to company uniform and code of conduct. Abiding the Menzies Attendance policy.
- Other duties as assigned

_____

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

**People. Passion. Pride.** Since 1833.

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be 18 years of age or older
- Possess and maintain valid US driver's license
- Must be able to pass all pre-employment testing to include drug testing and a physical
- Ability to proficiently read, write and speak English
- Must be comfortable lifting 70 lbs repetitively
- Must be able to obtain and maintain all required Airports and Custom badges/seals
- Must be available and flexible to work variable shifts including weekends and holidays
- The job is done both in and outdoors which will require you to work in all weather conditions
- Previous cabin cleaning experience preferred

**Knowledge, Skills, and Abilities**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Physical Demands**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting cargo up to 70 lbs which could also involve bending and stooping. The employee must frequently lift and/or move up to 25 lbs and occasionally lift and/or move up to 70 lbs.



**People. Passion. Pride.** Since 1833.

**Work Environment**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

Work is done both indoors and outdoors; the individual will be working near terminals with consistently open doors where harsh weather conditions could affect the indoor environment.

This individual will also work with customers throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description.

and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



People. Passion. Pride. Since 1833.



# Job Description

## Cabin Services Lead Agent

**Reports to:** Cabin Services Supervisor / Manager
**Location:** City, State | Airport code

_____

**Overview**
The Cabin Services Lead Agent responsibility is for leading a team of cabin Services Agents in a safe and efficient cleaning of the interior of a commercial aircraft while ensuring the safety in the airplane cabin according to Company/Carrier's standards.


Main accountabilities include:
**Essential Duties and Responsibilities include the following. Other duties may be assigned.**

- Lead agents in cleaning all assigned commercial aircraft thoroughly and efficiently
- Assist Cabin Cleaning Agents in their assigned areas to ensure Agents are performing their duties in a professional, safe, and efficient manner, according to Company/Carrier's standards
- Trains employees during on-the-job training and/or airline specific training or assigns employees to work with experienced agent
- Ensure preparation of all cleaning supplies such as solvents, etc, for the cleaning of commercial aircraft
- Ensure that all cleaning equipment is in working order and that all protective clothing is worn as instructed
- Vacuum, sweep, dust, disinfect, and clean all areas of the aircraft
- Based on individual customer requests may be required to remove blankets and pillows and replace them with clean ones
- Ensure that soiled linens are deposited into laundry bin
- Ensure that all cleaning supplies and equipment are returned to designated storage area
- Perform other duties as assigned

_____

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.

**People. Passion. Pride.** Since 1833.

- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be 18 years of age or older
- Possess and maintain valid US driver's license
- Must be able to pass all pre-employment testing to include drug testing and a physical
- Ability to proficiently read, write and speak English
- Ability to apply common sense understanding to carry out instructions furnished in written, oral, or diagram form
- Must be comfortable lifting 70 lbs repetitively
- Must be able to obtain and maintain all required Airports and Custom badges/seals
- Must be available and flexible to work variable shifts including weekends and holidays
- The job is done both in and outdoors which will require you to work in all weather conditions
- Previous cabin cleaning experience

**Knowledge, Skills, and Abilities**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Physical Demands**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting cargo up to 70 lbs. which could also involve bending and stooping. The employee must frequently lift and/or move up to 70 lbs.



**Work Environment**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

Work is done both indoors and outdoors; the individual will be working near terminals with consistently open doors where harsh weather conditions could affect the indoor environment.

This individual will also work with customers throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description.

and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



People. Passion. Pride. Since 1833.



# Job Description

## Ramp Supervisor

**Job title:** Ramp Supervisor
**Department:** Ramp Operations
**Reports to:** Duty Manager
**FLSA Status:** Non – Exempt

### Overview

Accountable for day-to-day ramp operations.  You will be responsible for coordinating. planning and ensuring proper staff allocation to fulfil our service standards for all Airline Partners.

### Main accountabilities include:

- Responsible for day to day operational performance, safety, security and customer satisfaction of the product through effective support and management of delivery areas.
- To consistently deliver the highest possible level of customer service at all times.
- Responsible for ensuring the airlines product is delivered consistently to demanding service level standards and on time performance targets are met.
- Staff Allocation forward planning.
- Ensure the safe and correct control of all resources on the Ramp.
- Comply with all Airlines Ground Handling Regulations as well as local Airport Authorities.
- Ensure safety and security procedures are followed according to standards set within the Menzies Health & Safety Policy Manual, and according to international aviation standards.
- Safeguard the health, safety and welfare of staff, customers and other visitors as required in full compliance with the Company's Health & Safety Policy.
- Promote an open reporting culture.
- Ensure investigations take place into any incident/accident, non-conformity or service delivery failure, with resulting corrective actions being established and then maintained.
- Work closely with GSE responsible personnel to ensure active and effective GSE management
- Stay informed as to the relevant skills and qualification levels required by staff for effective performance.
- Accountable for ongoing day to day ramp management.
- Establish and maintain a safe working environment for employees and customers to comply with Company policy and health, safety and security regulations, while promoting a "Safety First"-culture.
- Ensure tasks are performed in accordance with the Company and Airlines specific procedures and policies.
- Required to attend the mandatory training imposed by the Company and Airlines as per job role.
- Other duties as assigned

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

## Qualifications and Experience:

- Proven leadership skills and experience.
- Must be a minimum of 18 years of age and legally able to work in Canada
- Must have valid Driver's license and hold a DA.
- Demonstrate ability to lead, coach and develop staff.
- Well organised with meticulous attention to detail and accuracy, able to work on their own initiative to specific deadlines, have the ability to recognise and deal with challenges promptly and efficiently.
- Extensive experience in Ramp Handling and good understanding of the Operational departments.
- Proficient knowledge of the IATA Standard Ground Handling Agreement.
- Familiar with GOMs, Airline procedures, Airport procedures, Airport legislations.
- Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organisation.
- SLA driven to meet customer expectations by delivering excellence.
- Ability to drive and deliver improvement plans and the relevant follow up process.
- Ability to identify productivity efficiency or inefficiency and tailor the operational demand based on the operational dynamics within the station.
- Adaptability with regards to working with a multi-national workforce, and collaborating well with local working unions.
- Work under pressure and meet tight deadlines.
- Excellent written and verbal communication skills with employees, management, customers and outside institutions.
- Must be flexible to adapt to changing demands/circumstances/weather conditions.

- Must be available and flexible to work variable shifts including weekends and holidays.
- Must be able to lift up to 70lbs when required
- Must be able to obtain and hold all required security clearances.
- Computer literate with knowledge of Microsoft Word and Excel.

## Employee Acknowledgement:

I, _____ acknowledge review and acceptance of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.
I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature:_____Date:_____



**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**



**MENZIES
AVIATION**

# JOB Description, Operations Agent

Location:      Los Angeles
Reporting To: Account Manager
FLSA Status: Non-Exempt (Hourly)

## Primary Accountabilities and Duties:

- Allocate manning GSE to meet the needs to customer and Menzies aviation.
- Obtain inbound and outbound load plans from customers.
- Become direct point of contact to provide real time operational information for Ramp Teams, Airlines and Station Manager.
- Create live shift report.
- Provide Ramp Supervisor/Leads with Load Plans for flight.
- Record arrival times of ramp teams at assigned gate.
- Record departure times of aircraft.
- Inform Station Manager of any delays or service failure.
- Update aircraft arrival and departure times. Communicate to ramp crews.
- Record and GSE defects and report to GSE maintenance.
- Collect walk around check sheets for each flight.
- Record staff absences, or late personnel, make changes to ramp team to cover and shortfall in manning.
- Allocate set GSE to ramp teams; ensure GSE check sheets have been completed by each team before shift commences.
- Ensure safety and security procedures are being performed according to the Menzies Health & Safety regulations, and according to international aviation standards.
- Monitor performance, taking action to correct any shortfalls.
- Liaises with airline station managers, airport operations staff, handling agents, customs, immigration, and security officials, and other airport stakeholders.
- Work shifts as required by the business.
- To report any significant deficiency in our operations directly to Duty Manager.
- Has the duty to suggest any improvements to working practice especially those relating to safety and security.
- Prepare disciplinary incident and or termination reports as needed for violations of company policy.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

- Clearing of all exceptions on a daily basis by 4:00 pm, which includes the following:
  - Clearing Personal Time Off (PTO) based on available balances.
  - Clearing all excused (i.e. FMLA, LOA) and unexcused absences, and
  - Clearing of meal break exceptions.
  - These exceptions have to be cleared before the overtime (OT) report is generated for the management team. OT exceptions will be completed after the management team has submitted their OT report.
- Updating shifts times/altering expected times prior to shift commencements to reduce missed punches including shift trades/coverage.
- Keep track of attendance records, monitor lateness/absence/manual miss punches, etc.
- Ensuring Miss Punch Forms (MPF) are completed when required and filled out completely including. Signatures from both the employee and the Duty Manager.
- Ensure Daily OT report is received, completed and signed by manager.
- Report to Planning Manager any unauthorized time discrepancies.
- Send package to Payroll dept. 4/ signed payroll reports.
- Send package of MPFs, Absence Request Forms (ARF), and Payroll Discrepancies to Payroll.
- Coordinate with payroll dept. for any missing forms (not received or received after PT had been run), Pay discrepancies and roster changes.
- Coordinate with payroll dept. on Mondays to ensure PT & reports can be run once exceptions have been cleared.
- Other duties as assigned.

### Requirements

- Ground Handling experience at a high volume international airport;
- Able to communicate effectively;
- Conversant with international airline ramp handling procedures, International aviation safety and security procedures, and Menzies ramp, safety and security procedures;
- Excellent knowledge of ramp GSE;
- Provide daily and real time plan for Los Angeles operations;
- Manage ramp teams as demanded by changes in flight schedules;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass FBI background check and obtain US Customs seal;
- Prior Ramp experience preferable;
- Provide real time information to Duty Manger, customers and ramp teams;
- Must pass a pre-employment medical;
- Must pass a drug test;
- Comfortably and continuously lift/move 35 lbs;
- Must be at least 18 years of age.
- Must be able to speak, read and write in English proficiently.
- High school diploma or general education degree (GED); or one to three months related experience and/or training; or equivalent combination of education and experience.
- Excellent verbal and interpersonal skills.
- Previous experience preferred.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description
and understand that it is not contractual and is intended as a guideline only.  Furthermore, I
realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to
perform other related duties as directed by my supervisor and management.


Signature: _____Date:_____



**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**



**MENZIES
AVIATION**

## Job Description, Baggage Coordinator

Job Title:        Baggage Coordinator
Location:        Los Angeles
Reports To:      Passenger Service Supervisor
FLSA Status:     Non-Exempt

**Summary:** Direct the work of baggage agents and runners as they load and transport luggage. Drive and operate small specialized commercial vehicles. Physical demands include heavy lifting, pushing, pulling, bending, and stretching. Monitor inbound and outbound loads and distribute track sheets for flights.

**Essential Duties and Responsibilities:**
- Supervise lead agents; allocating baggage agents as needed.
- Complete shift reports and sign timecards.
- Ensure baggage personnel adhere to established company safety regulations.
- Prepare disciplinary incident and or termination reports as needed for violations of company
- policy.
- Assist in the preparation of performance evaluation forms.
- Assist in the baggage handling area.
- May occasionally operate various pieces of ground support equipment.
- Other duties as assigned.

**Required Skills:**
- Must be at least 18 years of age;
- Must have high school diploma or equivalent;
- Must be able to speak, read, and write in English;
- Valid driver's license with good driving record;
- Capable of lifting comfortably 70 lbs;
- Prior ramp experience a plus;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions;
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass a drug test;
- Must pass pre-employment medical;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**   

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

**880 Parkview Drive North
El Segundo, Ca. 90245**

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____





**Lost and Found Bag Agent**

| Job title | *Lost and Found Bag Agent (BSO)* | | |
|---|---|---|---|
| **Reports to** | *Passenger Services Manager* | | |
| **Salary** | *Non-Exempt (hourly)* | **Location** | |

### Job Summary and Mission

The Lost and Found Bag Agent  will be responsible for coordinating and handling customer baggage check-in and misplaced/lost baggage claims, providing reports to carriers and assist customers with travel information.

### Key Responsibilities

- Ability to read IATA tickets to determine flight departure times and connecting carriers.
- Screens all interline passengers prior to placing bags on the interline return belts.
- Ensures baggage tagging is correct.
- Direct and assist passengers with mis-checked or short checked bags.
- Handles misplaced/lost baggage claims and provides reports to Carriers.
- Evaluates customer's need concerning airline locations.
- Is able to meet the Station's attendance standards.
- Other duties as assigned.

### Qualifications

- Must be at least 18 years of age.
- Must pass pre-employment drug screen.
- Ability to proficiently read, write and speak English.
- Must be comfortable lifting 70lbs.
- Must be able to stand for long periods of time at the ticket counter and Arrivals areas.
- Must pass FBI background check and obtain US Customs seal.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Prior Customer Service Experience Strongly Preferred
- Intermediate Computer Skills Required
- ***Please note: a valid state driver's license may vary by location, as not all Menzies Aviation Station's may require a driver's license for baggage coordinator duties

### Knowledge, Skills and Abilities
- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

### Benefits

- $_____/hour
- Advancement Opportunities
- Health, Dental, Vision, 401K

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.YYYY.MM.DD



**Lost and Found Bag Agent**

- Life and Short-Term Disability Insurance
- Paid Vacation
- Paid Training
- Uniform Provided

## Working Conditions

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly exposed to moving mechanical parts. The noise level in the work environment is usually loud.

## Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms; talk and hear. The employee must regularly lift and/or move up to 70 lbs.

### EEO Statement

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful, and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline, and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com*

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

| Approved by: | *Leadership approval* |
|---|---|
| Date approved: | *Date upon which the job description was approved* |
| Reviewed: | *Date when the job description was last reviewed* |

*Ideally, a job description should be reviewed annually and updated as often as necessary.*

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 



**MENZIES AVIATION**

# Job Description: Cargo Office Lead

Job Title:      Cargo Office Lead
Department:  Cargo Operations
Reports To:   Office Supervisor
FLSA Status: Non-Exempt

**Summary:**

Consistent achievement of the above standards will be assessed through probationary and annual performance appraisals.

**Essential Duties and Responsibilities:**

- Hands-on activities in all areas of work including that which is both directly and indirectly associated with aircraft handling
- Ensure that productivity and performance criteria are met in the designated area of responsibility, which includes fulfilling regular performance assessment reports
- Be responsible for the control, supervision and training of designated staff
- Demonstrate leadership, decision making and organizational skills necessary to efficiently meet performance requirements in a changing work environment
- Make recommendations on all aspects of the operation, seeking to identify opportunities to improve performance and productivity
- Organize and co-ordinate work within the area of responsibility
- Form part of the assessment panel for probationary employees
- Resolve operational issues within a designated area or group
- Ensure Occupational Health and Safety and Security programs are adhered to
- Undertaking ETD screening as required
- Participate in projects as directed by management
- Ongoing reviews of operational processes and recommend necessary change
- Support and participate in the recruitment process
- Monitor the progress of new hires
- Report data to Customs and solve reporting issues
- Use internal and airline systems to transmit messages
- Perform various administrative duties



- Undertaking projects and additional duties as required
- Work without direct supervision
- Report to responsible Manager/Supervisor
- Accept significant operational responsibility and/or manpower control

**Required Skills:**

- Current state driver's license
- Company induction and training
- Attendance and punctuality
- Defensive driving techniques
- Dangerous Goods Acceptance
- Acceptable attitude
- Consistency and Quality of work
- Working cohesively within a team environment
- Must be able to lift at least 35 pounds on a continuous basis.
- Ability to work safely, adherence to safe work practices
- Ability to work within a pressurised team environment, processing multiple flights
- Ability to apply detailed knowledge of the company's policies and procedures
- Ability to provide detailed advice and information relating to products and services
- Ability to resolve operational issues within a designated area or group
- Knowledge of three letter port codes
- Competent operation of communication and computer aids; and
- Acceptable reading and writing skills
- Must pass pre-employment medical
- Must pass a drug test
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA)

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  **M**



**MENZIES
AVIATION**

# Job Description: Cargo Office Supervisor

Job Title:      Cargo Office Supervisor
Department:   Cargo Operations
Reports To:    Duty Manager
FLSA Status:  Non-Exempt

**Summary:**

Consistent achievement of the above standards will be assessed through probationary and annual performance appraisals.

**Essential Duties and Responsibilities:**

- Hands-on activities in all areas of work including that which is both directly and indirectly associated with aircraft handling
- Ensure that productivity and performance criteria are met in the designated area of responsibility, which includes fulfilling regular performance assessment reports
- Be responsible for the control, supervision and training of designated staff
- Demonstrate leadership, decision making and organizational skills necessary to efficiently meet performance requirements in a changing work environment
- Make recommendations on all aspects of the operation, seeking to identify opportunities to improve performance and productivity
- Organize and co-ordinate work within the area of responsibility
- Form part of the assessment panel for probationary employees
- Resolve operational issues within a designated area or group
- Ensure Occupational Health and Safety and Security programs are adhered to
- Undertaking ETD screening as required
- Participate in projects as directed by management
- Ongoing reviews of operational processes and recommend necessary change
- Support and participate in the recruitment process
- Monitor the progress of new hires
- Report data to Customs and solve reporting issues
- Use internal and airline systems to transmit messages
- Perform various administrative duties



- Undertaking projects and additional duties as required
- Work without direct supervision
- Report to responsible Manager/Supervisor
- Accept significant operational responsibility and/or manpower control

**Required Skills:**

- Current state driver's license
- Company induction and training
- Attendance and punctuality
- Defensive driving techniques
- Dangerous Goods Acceptance
- Acceptable attitude
- Consistency and Quality of work
- Working cohesively within a team environment
- Must be able to lift at least 35 pounds on a continuous basis.
- Ability to work safely, adherence to safe work practices
- Ability to work within a pressurised team environment, processing multiple flights
- Ability to apply detailed knowledge of the company's policies and procedures
- Ability to provide detailed advice and information relating to products and services
- Ability to resolve operational issues within a designated area or group
- Knowledge of three letter port codes
- Competent operation of communication and computer aids; and
- Acceptable reading and writing skills
- Must pass pre-employment medical
- Must pass a drug test
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA)

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



# Job Description, Compliance Officer

Job Title:      Compliance Officer
Department:     Cargo Operations
Reports To:     Terminal Manager
FLSA Status:    Non-Exempt

Summary: Consistent achievement of the above standards will be assessed through probationary and annual performance appraisals.

**Essential Duties and Responsibilities:**

- Make recommendations on all aspects of the operation, seeking to identify opportunities to improve performance and productivity.
- Audits.
- MORSE reporting and investigations.
- Organize and co-ordinate work within the area of responsibility.
- Resolve operational issues within a designated area or group.
- Ensure Occupational Health and Safety and Security programs are adhered to.
- Occupational Health and Safety meetings.
- Upkeep of all Manuals.
- SLS Board upkeep and briefings.
- Hazard Analysis and Risk Assessments.
- Completion of all required company "sign-off's."
- Communication with Regulatory Bodies and Airport Authority.
- Training and maintaining associated records.
- Emergency Response planning and training.
- Environmental planning and reporting.
- Safety and Security compliance.
- HR compliance.
- Undertaking ETD screening as required.
- Participate in projects as directed by management.
- Ongoing reviews of operational processes and recommend necessary change.

**Required Skills:**

- Current state drivers license.
- Company induction and training.
- Attendance and punctuality.
- Defensive driving techniques.
- Dangerous Goods Awareness / Acceptance.
- Acceptable attitude.

© Menzies Aviation 2009



- Consistency and Quality of work.
- Working cohesively within a team environment.
- Ability to work safely, adherence to safe work practices.
- Ability to work within a pressurised team environment.
- Ability to apply detailed knowledge of the company's policies and procedures.
- Ability to provide detailed advice and information relating to products and services.
- Ability to resolve operational issues within a designated area or group.
- Competent operation of communication and computer aids; and
  Acceptable reading and writing skills.
- Must pass pre-employment medical.
- Must pass a drug test.

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature:_____Date:_____

© Menzies Aviation 2009



**MENZIES
AVIATION**

# JOB DESCRIPTION

## UPS- Cargo Handler Agent (North America)

**Department:**          Ramp Operations-UPS
**Reports To:**          Lead Ramp Agent / Shift Supervisor
**FLSA Status:**         Non-Exempt (Hourly)
**Position:**            Part Time (Seasonal)

### Job Purpose Summary:
Unloading and loading of luggage, freight and cargo on and off commercial aircraft, in the outbound bag room and the baggage claim area. Driving and operating small specialized commercial vehicles. Position requires: heavy lifting, pushing, pulling, bending, stretching, and frequent kneeling.

### Primary Accountabilities and Duties:

- Comfortably and continuously lift/move 70 lbs. of cargo and baggage on and off aircraft and transport it between aircraft, airport terminals and air cargo facilities.
- Frequent bending, stretching push/pulling, stacking and kneeling in small confined locations.
- Operate motorized equipment.
- Read and interpret aircraft weight and balance loading instructions, hazardous material identification labels, aircraft loading manifests, and baggage and cargo routing tags.
- Ensure the safe and secure operations, in accordance with the highest possible standards of health, safety, security and all government statutory requirements.
- Perform other duties as assigned.

### Essential Skills and Qualifications:

- Must be at least 18 years of age.
- Must pass pre-employment medical.
- Must pass Drug testing.
- Must be able to speak, read and write in English proficiently.
- Valid driver's license in good standing.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Work is done primarily outdoors, must be comfortable working in all weather conditions.
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA).
- Must pass FBI background check and obtain US Customs seal.
- Prior Ramp experience preferable.
-

### Employee Acknowledgement

I, _____, acknowledge review of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____          Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



# Job Description

## Cargo Agent

**Reports to:** Cargo Agent
**Location:** City, State | Airport code

_____

**Overview**

This role is responsible for Compiling documents on import or export cargo shipments, expediting shipments of cargo from warehouse and assist customers in tracking their shipments. The Cargo Agent also deals directly with customers either by telephone or in-person and handles cash transactions.

**Main accountabilities include:**

- Examines manifest, bills of lading and air waybill to determine work procedures for releasing cargo.
- Notifies consignee or representative concerning arrival dates of shipment, customs clearance requirements and tonnage shipment.
- Meet passenger flights and clear general declarations thru Immigration CBP office.
- Makes cash transactions, collects payments from customers for freight prior to release.
- Authorizes final approval for cargo release.
- Prepares invoices for charges, airline clients and management regarding freight.
- Works with government agencies to clear shipments for import
- Ensures all local airport, TSA, CBP and FAA rules are followed.
- Meet flights in order to exchange documents.
- Recognizes dangerous goods upon receiving.
- Must follow all Security procedures as required.
- Other duties as assigned.

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.

**People. Passion. Pride.** Since 1833.

- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be 18 years of age or older.
- Posses and maintain valid US driver's license.
- Must be able to pass all pre-employment testing to include drug testing and a physical
- Highly organized with the ability to multi-task and continually prioritize responsibilities.
- Excellent communication skills and client-service orientation
- Proficiency with 10key and typing 35 wpm.
- Ability to proficiently read, write and speak English.
- Comfortable lifting 70 lbs. repetitively.
- Must be able to obtain and maintain all required Airports and Custom badges/seals.
- Must be available and flexible to work variable shifts including weekends and holidays.
- One-year college certificate or technical school, six months related experience or equivalent combination of education and experience
- Certification in dangerous good awareness/acceptance
- Previous customer service experience preferred.
- Proficient in Microsoft products

**Knowledge, Skills and Abilities**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

Work is primarily done indoors; however, the individual will be working near terminals with consistently open doors where harsh weather conditions could affect the indoor environment.



People. Passion. Pride. Since 1833.

This individual will also work with disgruntled customers throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting cargo up to 70 lbs. which could also involve bending and stooping. The employee must frequently lift and/or move up to 25 lbs. and occasionally lift and/or move up to 70 lbs.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



**People. Passion. Pride.** Since 1833.



# Job Description

## Cargo Agent

**Reports to:** Cargo Agent
**Location:** City, State | Airport code

_____

### Overview

This role is responsible for Compiling documents on import or export cargo shipments, expediting shipments of cargo from warehouse and assist customers in tracking their shipments. The Cargo Agent also deals directly with customers either by telephone or in-person and handles cash transactions.

### Main accountabilities include:

- Examines manifest, bills of lading and air waybill to determine work procedures for releasing cargo.
- Notifies consignee or representative concerning arrival dates of shipment, customs clearance requirements and tonnage shipment.
- Meet passenger flights and clear general declarations thru Immigration CBP office.
- Makes cash transactions, collects payments from customers for freight prior to release.
- Authorizes final approval for cargo release.
- Prepares invoices for charges, airline clients and management regarding freight.
- Works with government agencies to clear shipments for import
- Ensures all local airport, TSA, CBP and FAA rules are followed.
- Meet flights in order to exchange documents.
- Recognizes dangerous goods upon receiving.
- Must follow all Security procedures as required.
- Other duties as assigned.

### Safety, Security and Compliance

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.

_____

**People. Passion. Pride.** Since 1833.   Page 235

- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be 18 years of age or older.
- Posses and maintain valid US driver's license.
- Must be able to pass all pre-employment testing to include drug testing and a physical
- Highly organized with the ability to multi-task and continually prioritize responsibilities.
- Excellent communication skills and client-service orientation
- Proficiency with 10key and typing 35 wpm.
- Ability to proficiently read, write and speak English.
- Comfortable lifting 70 lbs. repetitively.
- Must be able to obtain and maintain all required Airports and Custom badges/seals.
- Must be available and flexible to work variable shifts including weekends and holidays.
- One-year college certificate or technical school, six months related experience or equivalent combination of education and experience
- Certification in dangerous good awareness/acceptance
- Previous customer service experience preferred.
- Proficient in Microsoft products

**Knowledge, Skills and Abilities**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

Work is primarily done indoors; however, the individual will be working near terminals with consistently open doors where harsh weather conditions could affect the indoor environment.



People. Passion. Pride. Since 1833.

This individual will also work with disgruntled customers throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting cargo up to 70 lbs. which could also involve bending and stooping. The employee must frequently lift and/or move up to 25 lbs. and occasionally lift and/or move up to 70 lbs.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



People. Passion. Pride. Since 1833.



# Job Description

## Cargo Screening Agent

**Reports to:** Cargo Agent
**Location:** City, State | Airport code

_____

### Overview
This role is responsible for carrying out Air Cargo Security Screening to the letter of the MSP and ACISP while following the MA Safety Policy inclusive of, but not limited to wearing PPE, equipment operation, safe lifting procedures and obeying speed limits when driving company vehicles and equipment.

Safety, Security, and Environmental stewardship are core values of Menzies Aviation (MA).  MA has a duty of care to provide a safe workplace to our Employees.  Similarly, all Menzies' employees have an obligation to assist in maintaining a safe work environment via the following principles:

• Ensure that they work safely in accordance with company policy and procedures
• Report safety incidents, risks or safety concerns using the Safety Management System (SMS) reporting system
• Recognize opportunities to contribute to the continuous improvement of safety and its management
• Stay current with information and knowledge relevant to performing their duties safely.


### Main accountabilities include:

• Carry out cargo screening functions to screen for IEDs, IED Components, or other destructive substances that may be found in air cargo
• Operate screening equipment such as X-ray and ETD machines
• Identify dangerous objects in cargo and prevent those objects from being transported onto aircraft with Explosive Trace Detection (ETD) equipment and visual and physical search
• Complete the required equipment start-up procedures and documentation for each equipment type (ETD and X-ray)
• Utilize handheld tools and power tools to assist with the opening and screening of certain cargo configurations
• Ensure the capture and completion of the cargo screening logs for each piece of cargo screened
• Continuously and effectively interact with stakeholders - Airline Customers, Transportation Security Administration (TSA) Agents, Customs/Border Protection (CBP) Agents- and respond to inquiries in a professional business tone and manner

- Work within a demanding environment, which includes noise from alarms, machinery, people, distractions, time pressure and the requirement to identify and locate potentially life-threatening devices and devices intended on creating massive destruction
- Demonstrate diligence required to maintain security under the Airport Police, Transportation Security Administration (TSA) and Customs and Border Protection (CBP) Regulations. Carry out challenge procedures of any person not displaying airport credentials
- Conduct Alarm Resolution Procedures and Cargo Rendered Unusable Procedures as per the applicable security program.
- Must follow all Airport and TSA Security procedures as required
- Follow notification procedures when required.
- Other duties as assigned

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be 18 years of age or older
- Possess and maintain valid US driver's license
- Must be able to pass all pre-employment testing to include drug testing and a physical
- Ability to proficiently read, write and speak English
- Must be able to lift 70lbs
- Must be comfortable working in all weather conditions
- Pass FBI background and obtain US Customs Seal
- Must be available and flexible to work variable shifts including weekends and holidays
- Prior loading and unloading of heavy products or equipment (preferred)
- Forklift certification preferred



**People. Passion. Pride.** Since 1833.

**Knowledge, Skills and Abilities**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

Work is primarily done indoors; however, the individual will be working near terminals with consistently open doors where harsh weather conditions could affect the indoor environment.

This individual will also work with disgruntled customers throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting cargo up to 70 lbs. which could also involve bending and stooping. The employee must frequently lift and/or move up to 25 lbs. and occasionally lift and/or move up to 70 lbs.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation. I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



**People. Passion. Pride.** Since 1833.

**Cargo Screening Supervisor**



| Job title | Cargo Screening Supervisor | | |
|---|---|---|---|
| Reports to | Cargo Manager/General Manager | | |
| Salary | Non-exempt (hourly) | Location | |
| Bonus Eligible | N | Bonus Percentage | N/A |
| Travel | N | Travel Percentage | N/A |

## Job Summary and Mission

As a Menzies Aviation Warehouse Supervisor, you will be responsible for the oversight and direct supervision of the cargo screening operation. You are also responsible for adhering to and enforcing the Menzies Aviation uniform guidelines and codes of conduct, wearing PPE, equipment operation, safe lifting procedures and obeying speed limits when driving company vehicles and equipment.

Safety, Security, and Environmental stewardship are core values of Menzies Aviation (MA).  MA has a duty of care to provide a safe workplace to our Employees.  Similarly, all Menzies' employees have an obligation to assist in maintaining a safe work environment via the following principles:

• Ensure that they work safely in accordance with company policy and procedures
• Report safety incidents, risks or safety concerns using the Safety Management System (SMS) reporting system
• Recognize opportunities to contribute to the continuous improvement of safety and its management
• Stay current with information and knowledge relevant to performing their duties safely.

## Key Responsibilities

- Be a current and qualified screener for Physical Search, ETD, and X-ray screening
- Observe and correct any incorrect or inappropriate screening procedure or failure to screen cargo detected during screening operations
- Ensure that all required documentation is complete and available for regulatory inspection (TSA) and Customer Airline
- Ensure that screening equipment is tested and calibrated as required by the TSA and the equipment manufacturer
- Ensure that all screening equipment is used in accordance with the manufacturer's operation procedures
- Ensure that all alarms are resolved or addressed
- Serve as the primary screening contact and effectively interact with stakeholders - Airline Customers, Transportation Security Administration (TSA) Agents, Customs/Border Protection (CBP) Agents- and respond to inquiries in a reasonable tone and manner
- Must be able to track emails, products & deliveries
- Review and request office supplies as needed
- Place orders for product and track deliveries from order to delivery
- Perform as a mentor to other employees
- Maintain a safe and secure work environment, in accordance with local health, safety, and security policies and procedures

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

v.2020.09.25

**Cargo Screening Supervisor**



- Adhere to Menzies uniform guidelines and code of conduct
- Has the duty to suggest any improvements to working practice especially those relating to safety and security
- Other duties as assigned

## Qualifications

- Must be 18 years of age or older
- Possess and maintain valid US driver's license
- Must be able to pass all pre-employment testing to include drug testing and a physical
- Ability to proficiently read, write and speak English
- Must have a positive, can-do, upbeat personality
- Must be able to lift 70 lbs
- Must be able to obtain and maintain all required Airports and Custom badges/seals
- Must be available and flexible to work variable shifts including weekends and holidays
- The job is done both in and outdoors which will require you to work in all weather conditions
- Previous cargo screening experience preferred
- Must pass commo van driving test & course
- Supervisory or Lead experience in the aviation industry a plus
- Forklift Certified (preferred)

## Knowledge, Skills and Abilities

- Ability to schedule accordingly (time management but for scheduling deliveries and knowing when to order more)
- Must be knowledgeable in Microsoft Applications
- Ability to learn quickly
- Ability to understand and carry out oral and written instructions and request clarification when needed
- Strong interpersonal skills
- Ability to work as part of a team
- Ability to build and maintain strong work relationships

## Benefits

- $17.00 - $19.00 hour
- Advancement Opportunities
- Health, Dental, Vision, 401K
- Life and Short-Term Disability Insurance
- Paid Vacation
- Paid Training
- Uniform Provided

## Working Conditions

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Work is done both indoors and outdoors, sometimes with no AC or Heating.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

v.2020.09.25



**Cargo Screening Supervisor**

This individual will also work with disgruntled customers throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

## Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting passenger bags up to 70lbs which could also involve bending and stooping. The employee must lift and/or move up to 70lbs.

## EEO Statement

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful, and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies Aviation is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at 303-330-5801 or via email at* [kim.odell@menziesaviation.com](mailto:kim.odell@menziesaviation.com)

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

## Employee Acknowledgement

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

v.2020.09.25



| | |
|---|---|
| **Candidate Signature:** | |
| **Offer Date:** | |



# Job Description

## Load Master

**Reports to:** Operations Manager
**Location:** City, State | Airport code

_____

**Overview**

This role is responsible to Coordinate and communicate all airside activities in respect to the Arrival and Departure of aircraft, ensuring that policies and guidelines for safety are adhered to as well as punctuality and services are fulfilled. Position requires adherence to all standards, procedures ensuring all work is performed safely and is supported by established procedures and protocols.

**Main accountabilities include:**

- Compliance and adherence to all FAA, TSA and Airport Rules and Regulations.
- Monitor ramp personnel for compliance with all Rules and Regulations.
- Ensure that all ground service equipment is used in a proper and safe manner.
- Obtain flight information and briefs of all staff concerned.
- Prepare gate for arrival (positioning of ramp equipment).
- Marshalling and parking aircraft into the correct parking marker and ensure that staff do not approach the aircraft until the beacon lights are turned off and engines are spooled down.
- Liaise with central departure control.
- Obtain valid loading instruction and brief all concerned ramp staff.
- Verify that all planned dead loads are correct according to the loading instruction.
- Initiate and supervise the loading of the aircraft and ensure that it is loaded in accordance with the valid loading instructions.
- Liaise with the Baggage Coordinator to check on the baggage handling process to ensure that adequate loading space is available and check on connecting baggage.
- Ensure that any/all deviations or incidents are reported to supervisory/Manager staff on duty.
- Reporting and handling of occurrences to ensure compliance with quality assurance activity.
- Sends Load Distribution Messages, Load Distribution Sheet, and necessary flight related reports as required by Air carrier.
- Comprehends the progress of cargo acceptance and build-up.
- Identifies and handles special cargo and proper dangerous goods.
- Prepares and maintains Load Planner log.
- Air cargo handling to include aircraft structures and contours; weight limitations; special cargo; build-up and breakdown.

---

- Ramp handling procedures to include safety, hand signals, aircraft towing, and loading/unloading methods.
- Able to meet the Station's attendance standards.
- Other duties as assigned.

_____

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Minimum 6 months experience ramp handling on wide body aircrafts.
- Must be at least 18 years of age.
- Understands Unit Load Device and Ground Service Equipment handling and operation procedures.
- Clean performance and attendance record
- No safety violations
- Current in all areas of training
- Must possess excellent interpersonal and presentation skills.
- Ability to communicate effectively and clearly to Flight Crew, Station Customers
- Good written communication skills; completion of forms, checklists, shift summaries
- Computer literate.
- Ability to comprehend manuals
- Demonstrate proficiency in Ramp Handling
- High school diploma or general education degree (GED); one to three months related experience and/or training; or equivalent combination of education and experience.
- Must be able to communicate and comprehend in the English language (reading, writing and speaking).
- Ability to read and comprehend instructions, short correspondence, and memos.



People. Passion. Pride. Since 1833.

- Ability to effectively present information on one-on-one and small group situations to customers, clients, and other employees of the organization.
- Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers.
- Ability to apply common sense understanding to carry out detailed but uninvolved written or oral instructions.
- Ability to deal with problems involving a few concrete variables in standardized situations.
- Possess/maintain a valid driver's license and other FAA/Airport required identification/seals or authorizations.
- Must pass all pre-employment testing to include drug testing and a physical.
- Must be able to obtain and maintain all required airports and customs badges/seals.
- Must be available and flexible to work variable shifts including weekends and holidays if required.

**Physical Demands**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms; climb or balance; stoop, kneel, crouch, or crawl; and talk or hear. The employee must regularly lift and/or move up to 50 pounds. Specific vision abilities required by this job include distance vision.

**Work Environment**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly exposed to moving mechanical parts; high, precarious places; fumes or airborne particles; and outside weather conditions. The employee is frequently exposed to vibration. The employee is occasionally exposed to toxic or caustic chemicals. The noise level in the work environment is usually very loud.

- Must be at least 18 years of age.
- Must have a high school diploma or GED.
- Ability to proficiently read, write and speak English.
- Excellent communication skills.
- Able to remain calm and efficient under pressure.
- Must have a current valid driver's license with no violations over the past 5 years.
- Competent in handling difficult situations.
- Ability to safely lift up to 70 pounds.
- Advanced computer skills.
- Must pass all pre-employment testing to include drug testing and a physical.
- Must be able to obtain and maintain all required airports and customs badges/seals.



People. Passion. Pride. Since 1833.

- Must be available and flexible to work variable shifts including weekends and holidays if required.
- Work is done primarily outdoors. Must be comfortable working in all weather conditions, work is primarily outdoors.


**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.


Signature: _____ Date: _____



People. Passion. Pride. Since 1833.



# Job Description

## Driver/Operator

**Reports to:** Supervisor, Manager
**Location:** City, State | Airport code

_____

**Overview**

The driver is responsible for the safe operation of the trailer/ tanker

**Main accountabilities include:**
**Essential Duties and Responsibilities include the following. Other duties may be assigned.**

- Able to load Jet-A Fuel at terminal and offload at Menzies Aviation Facility.
- Reports status of daily operations to the supervisor and/or manager;
- Complete daily truck sheets and vehicle inspections.
- Knowledge and compliance with all safety procedures.
- Comply with all safety procedures and reports incidents immediately.
- Comply with attendance standards.
- Performs other service functions as required.

_____

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.

**People. Passion. Pride.** Since 1833.

- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily.

- Must be at least 18 years of age.
- Comply with the location's attendance/tardiness standards.
- Ability to safely operate a tractor trailer/tanker filled with liquid on a highway, obeying all traffic laws; and maintaining a valid driver's license.
- Must possess a California class A Driver License with Haz-Mat endorsements.
- Must have at least 2 years of driving / over the road experience
- Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs.
- Able to lift and attach fuel hose to load and unload fuel from tanker into fuel facility and from fuel facility into tanker.
- Meet security and badging requirements at various airports/terminals.
- pass pre-employment color vision test and a drug screen.
- Meets Company and customer performance and grooming standards.
- Work is done primarily outdoors; must be comfortable working in all weather conditions.
- Must be available and flexible to work variable shifts including weekends and holidays.

**<u>Knowledge, Skills, and Abilities</u>**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Physical Demands**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear.

The individual must also be able to open and close large valve on 16" product delivery pipelines quickly. Opening and closing these valves involves twisting and pulling motion and sometimes considerable physical exertion.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employees may also engage in debris removal which involves lifting, bending, and stooping. The



**People. Passion. Pride.** Since 1833.

employee must frequently lift and/or move up to 25 pounds and occasionally lift and/or move up to 70 pounds.

**Work Environment**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

Exposure to outdoor environments, various inclement weather conditions, aviation related fumes and various noise levels. Acutely aware of safety related procedures. Position requires wearing safety-related equipment, i.e., goggles, gloves, boots, respirator, hearing protection, and back support as necessitated by a specific task. Position requires lifting, pulling, pushing, rotating, twisting, climbing of high tanks, squatting, kneeling, and overhead arm movement. Must be able to occasionally handle weights up to and including 70 lbs. Exposure to related cleaning and chemical materials (review MSDS Reference Book) during routine and special cleaning assignments. This category, as stated, is not exclusive.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description.

and understand that it is not contractual and is intended as a guideline only. Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation. I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



**People. Passion. Pride.** Since 1833.



**MENZIES AVIATION**

# Job Description, Fueling Supervisor (North America)

**Department:** Los Angeles-Fueling
**Reports To:** Manager
**FLSA Status:** Non-Exempt (Hourly)

## Job Purpose Summary: Supervises and coordinates air carrier fueling and service operations.

## Primary Accountabilities and Duties:

- Comfortably and continuously lift/move 70 lbs.
- Duties include, but are not limited to;
- Ensuring the effective operation of the air carrier fueling function;
- Issuing written and oral instructions;
- Ensuring workforce adherence to safety procedures;
- Conduct investigations of irregular operations, such as accidents, injuries and/or delay, and prepare comprehensive reports on same;
- Recommending manpower requirements;
- Maintaining harmony among workers and resolving grievances;
- Performing or assisting subordinates in performing duties;
- Ensuring disciplinary procedures are conducted in accordance with e in a fair, timely, and consistent manner;
- Uphold the company's commitment to Equal Employment Opportunity; Carrying out supervisory responsibilities in accordance with the organization's policies and applicable laws;
- Ability to comply with attendance/tardiness standards.

## Essential Skills and Qualifications:

- Must be at least 18 years of age.
- 1 year certificate from a college or technical school 6 months to 1 year job related experience preferred
- Valid Driver's License Possess/Maintain a valid Driver's License and other government agency required identification/seals or authorizations
- Must be able to speak, read, and write in English
- Ability to perform basic math calculations
- Must pass pre-employment drug test
- Must be available and flexible to work variable shifts including weekends and holidays Work is done indoors and outdoors.
- Must be comfortable working in all weather conditions with exposure to loud noises
- Able to routinely lift, push and pull up to 70 lbs.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

## Employee Acknowledgement

I, _____, acknowledge review of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____





**MENZIES
AVIATION**

# JOB DESCRIPTION

## Dispatcher (North America)

**Department**: Fueling
**Reports To:** Shift Supervisor
**FLSA Status:** Non-Exempt (Hourly)

## Primary Accountabilities and Duties:

- Communicate flight release and fuel load information to appropriate operations personnel.
- Monitor flight activity on computer display and assign flights to be serviced.
- Enter fueling information into system when required.
- Support fueling operation by calling extra staff as needed and coordinating with other company dispatchers.
- Liaison with airline regarding fueling concerns
- Maintain lines of communication with line operations and air carriers through the use of two-way radios.
- Coordinate operations with the airline
- Maintain flight logs and update flight schedules.
- Handle phone traffic.
- Comfortably and continuously lift/move 70 lbs.
- Is able to meet the Station's attendance standards

## Essential Skills and Qualifications:

- Must be at least 18 years of age.
- Must be able to speak, read and write in English proficiently.
- High school diploma or general education degree (GED); or one to three months related experience and/or training; or equivalent combination of education and experience.
- Excellent verbal and interpersonal skills.
- Possess/maintain a valid driver's license and other government required identification/seals or authorizations.
- Previous experience preferred
- Must pass pre-employment drug test.

## Employee Acknowledgement

I, _____, acknowledge review of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____    Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

**Lead Dispatcher**



| Job title | *Lead Dispatcher* | | |
|---|---|---|---|
| **Reports to** | *Operations Manager / General Manager* | | |
| **Salary** | *Non-exempt (hourly)* | **Location** | *AUS* |
| **Bonus Eligible** | *Y / N* | **Bonus Percentage** | *XX%* |
| **Travel** | *Y / N* | **Travel Percentage** | *XX%* |

## Job Summary and Mission

The Lead Dispatcher is responsible for distributing proper fuel loads, maintaining proper communication with Supervisors and customers, and compiling detailed and accurate flight information.

## Key Responsibilities

- Comply with Location's attendance/tardiness standards.
- Communicate flight release and fuel load information to appropriate operations.
- Maintain lines of communication with line operations and air carriers through the use of two-way radios.
- Coordinate operations with the airline.
- Maintain flight logs and update flight schedules.
- Arrange for accommodations when flight delays occur.
- Handle phone traffic.
- Assist in the planning and control of truck assignments.
- Recommend weight and balance preparation in accordance with airline requirements.
- Operate motorized equipment.
- Ensure the safe and secure operations, in accordance with the highest possible standards of health, safety, security and all government statutory requirements.
- Perform other duties as assigned.

## Qualifications

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

- Excellent verbal and interpersonal skills are required. Work effectively under pressure.
- High school diploma or general education degree (GED); or one to three months related experience and/or training; or equivalent combination of education and experience. Previous Experience preferred.
- Ability to add and subtract, along with multiply and divide. Ability to perform these with regard to weight, measurement and volume.
- Ability to read and comprehend simple instructions, short correspondence, and memos. Ability to write simple correspondence.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



v.YYYY.MM.DD

**Lead Dispatcher**



- Ability to effectively present information in one-on-one and small group situations to customers, clients, and other employees of the organization. Ability to speak clearly and concisely.
- Ability to apply common sense understanding to carry out detailed but uninvolved written or oral instructions. Ability to deal with problems involving a few concrete variables in standardized situations.
- Possess/maintain a valid driver's license and other FAA Airport required identification/seals or authorizations.
- Must be at least 18 years of age.
- Must pass pre-employment medical and drug testing.
- Must be able to speak, read and write in English proficiently.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Work is done primarily outdoors, must be comfortable working in all weather conditions.

**Knowledge, Skills and Abilities**
- Ability to learn quickly
- Ability to understand and carry out oral and written instructions and request clarification when needed
- Strong interpersonal skills
- Ability to work as part of a team
- Ability to build relationships

**Benefits**

- Advancement Opportunities to Supervisor and Manager
- Opportunities for Leadership Training Programs
- Health, Dental, Vision, 401K
- Life and Short-Term Disability Insurance
- Paid Training
- Uniform Provided

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee may regularly work in outside weather conditions. The employee frequently works near moving mechanical parts, high voltages and high hydraulic/pneumatic pressures. The employee is also frequently exposed to very loud noise levels, fumes or airborne particles and hazardous substances, materials or waste. The employee occasionally works in high, precarious places.

Some work is done indoors; however, the individual may work near terminals with consistently open doors where harsh weather conditions could affect the indoor environment. The Operations Agent team is provided a Menzies Aviation uniform including a coat.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.YYYY.MM.DD



**Lead Dispatcher**

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employee may also engage in debris removal which involves lifting, bending and stooping. The employee must frequently lift and/or move up to 25 pounds and occasionally lift and/or move up to 70 pounds.

**EEO Statement**

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com*

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

**Employment Acknowledgement**

I, _____, acknowledge review of this job description.

I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.
I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.YYYY.MM.DD

**Quality Control Technician**



| Job title | *Quality Control Technician* | |
|---|---|---|
| **Reports to** | *Fuel Manager/General Manager* | |
| **Salary** | *Non-Exempt (hourly)* | **Location** | |

## Job Summary and Mission

Tests and inspects fuels and additive products. Compiles and evaluates statistical data to evaluate and assure quality and reliability of products. Performs hydraulic, pneumatic, and electrical equipment maintenance of fuel farm/storage and related equipment. The purpose of this role is to drive the Retention Initiative enterprise wide.

## Key Responsibilities

- Comply with the Location's attendance/tardiness standards.
- Consults with manufacturer or engineering staff to determine quality and reliability standards and analysis fuels/additives to ensure consistent product quality.
- Selects and tests fuel/additive products for variety of qualities such as dimensions, performance, and or chemical characteristics.
- Records test data, following statistical quality control procedures.
- Evaluates data and writes reports to validate or indicate deviations from existing standards.
- Prepares graphs or charts of data or enters data into computer for analysis.
- Performs the duties of Fueler or fuel farm attendant as needed.
- Conducts work in a safe and environmentally conscious fashion by adhering to all company, industry, local, state, and federal safety and environmental regulations and procedures.
- Able to meet the Station's attendance standards.

## Qualifications

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

- Must successfully complete Company's PST program.
- One-year certificate from college or technical school; or three to six months related experience and/or training; or equivalent combination of education and experience.
- Ability to read and interpret documents such as safety rules, operating and maintenance instructions, and procedure manuals.
- Ability to write routine reports and correspondence. Ability to speak effectively before groups of customers or employees of organization.
- Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals.
- Ability to perform mathematical skills with regard to weight, measurement and volume.
- Ability to solve practical problems and deal with a variety of concrete variables in situations where only limited standardization exists.
- Ability to interpret a variety of instructions furnished in written, oral, diagram, or schedule form.
- Must maintain a Valid Driver's License in good standing.
- Pass pre-employment drug screen and color vision test.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.YYYY.MM.DD

**Quality Control Technician**



**Knowledge, Skills, and Abilities**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Exposure to outdoor environments, various inclement weather conditions, aviation related fumes and various noise levels. Acutely aware of safety related procedures. Position requires wearing safety-related equipment, i.e. goggles, gloves, boots, respirator, hearing protection, and back support as necessitated by a specific task. Position requires lifting, pulling, pushing, rotating, twisting, climbing of high tanks, squatting, kneeling, overhead arm movement. Must be able to occasionally handle weights up to and including 70 lbs. Exposure to related cleaning and chemical materials (review MSDS Reference Book) during routine and special cleaning assignments. This category, as stated, is not exclusive.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms; climb or balance; stoop, kneel, crouch, or crawl; and talk or hear. The employee frequently is required to stand and walk.  The employee must regularly lift and/or move up to 35 pounds, frequently lift and/or move up to 70 pounds, and occasionally lift and/or move up to 100 pounds. Must pass pre-employment drug and physical test.

**Employee Acknowledgement**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

| | |
|---|---|
| **Candidate Signature:** | |
| **Offer Date:** | |

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.YYYY.MM.DD



**EEO Statement**

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful, and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com*

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

| Approved by: | *Leadership approval* |
|---|---|
| Date approved: | *Date upon which the job description was approved* |
| Reviewed: | *Date when the job description was last reviewed* |

*Ideally, a job description should be reviewed annually and updated as often as necessary.*

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.YYYY.MM.DD



# Job Description

## Lead Quality Control Technician

**Reports to:** Supervisor, Operations Manager
**Location:** |

_____

### Overview

This role is responsible for, leading, directing and coordinating the work of quality control personnel. This individual will also provide instruction, support, and training to employees by adhering to all company, industry, local, state, and federal safety and environmental regulations and procedures.
We are looking for a dedicated individual to ensure smooth operations, if you have a passion for aviation and love being part of a fast-paced environment Join our team and soar to new heights with a career at Menzies Aviation!

### Main accountabilities include:

- Consults with manufacturer or engineering staff to determine quality and reliability standards and analyses fuels/additives to ensure consistent product quality.
- Selects and tests fuel/additive products for variety of qualities such as dimensions, performance, and or chemical characteristics.
- Records test data, following statistical quality control procedures.
- Evaluates data and writes reports to validate or indicate deviations from existing standards.
- Prepares graphs or charts of data or enters data into computer for analysis.
- Performs the duties of a Fueler or Fuel Farm Operator as needed.
- Conducts work in a safe and environmentally conscious fashion by adhering to all company, industry, local, state, and federal safety and environmental regulations and procedures.
- Conducts weekly safety briefings as necessary.
- Comply with the location's attendance/tardiness standards.
- Other duties as assigned by management.
- Performs other duties as assigned.

_____

### Safety, Security and Compliance

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.

---

**People. Passion. Pride.** Since 1833.  Page 246

- Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be 18 years of age.
- Must possess a valid US driver's license.
- Must pass pre-employment color vision test and a drug screen.
- Ability to proficiently read, write and speak English.
- Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs.
- Ability to perform basic math calculations.
- Must pass background check and obtain US Custom seal as required.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Must be able to obtain and maintain all required Airports and Custom badges/seals.
- Work is done primarily outdoors; must be comfortable working in all weather conditions.
- Must be reliable, our customer, and your fellow employees rely on you.

**Knowledge, Skills and Abilities**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee may regularly work in outside weather conditions. The employee frequently works near moving mechanical parts, high voltages and high hydraulic/pneumatic pressures. The employee is also frequently exposed to very loud noise levels, fumes



People. Passion. Pride. Since 1833.

or airborne particles and hazardous substances, materials, or waste. The employee occasionally works in high, precarious places.

The Lead Quality Control performs periodic maintenance and inspections on filters, pumps, valves, tanks, pressure controls, metering and gauging equipment, and company vehicles. Ensures that all work assigned is performed in a timely fashion with quality workmanship. Ensure through definitive methods that the product meets or exceeds quality standards set forth; ensure all work is completed in a timely manner, contributing to an efficient operation, while projecting a professional image for MENZIES AVIATION.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employees may also engage in debris removal which involves lifting, bending, and stooping. The employee must frequently lift and/or move up to 70lbs and occasionally lift and/or move up to 70lbs.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation. I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



People. Passion. Pride. Since 1833.



**MENZIES AVIATION**

# Job Description, Quality Control Supervisor

Location:      Los Angeles
Department    Fueling Operations
Reports To:    Fuel Operations Manager
FLSA Status:  Non-Exempt

## Summary:

Directs workers engaged in inspection and testing activities to ensure continuous control over materials, materials consistent with established FAA standards by performing the following duties personally and/or through subordinate technicians.

## Essential Duties and Responsibilities: include the following. Other duties may be assigned.

- Develops and analyzes statistical data and specifications to determine present standards and establish proposed quality and reliability expectancy.
- Selects and tests fuel/additive products for variety of qualities such as dimensions, performance, and or chemical characteristics.
- Records test data, following statistical quality control procedures.
- Evaluates data and writes reports to validate or indicate deviations from existing standards.
- Prepares graphs or charts of data or enters data into computer for analysis.
- Plans, promotes, and organizes training activities related to product quality and reliability.
- Investigates customer complaints regarding quality.
- Upholds the Company's commitment to Equal Employment Opportunity.
- Reports all accidents and injuries and investigate ways to prevent reoccurrence
- Is able to meet the Station's attendance standards.

## Qualifications:

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

- Able to manage multiple tasks and work independently.
- Proficient in Microsoft Windows, Mail, Excel and other general computer applications.
- Strong oral and written communicator.
- Strong analysis and problem solving skills.
- Continually lift move/push 70lbs.
- Must pass pre-employment drug test
- Must be available and flexible to work variable shifts including weekends and holidays.
- Work is done primarily outdoors, must be comfortable working in all weather conditions.
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA).
- Must pass FBI background check and obtain US Customs seal.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

**Menzies Aviation (USA) Inc**
T + (1) 972 469 281 8201
W www.menziesaviation.com

**Registered office**: 4900 Diplomacy Road
Fort Worth,
Texas, 76155, USA

**Education and/or Experience:**
Associates degree (A. A.) or one to two years related experience and/or training; or equivalent combination of education and experience.


**Language Skills:**
Ability to read, and interpret FAA documentation, safety rules, operating and maintenance instructions and other procedure manuals. Ability to write reports, business correspondence, and procedure manuals. Ability to speak effectively before groups of customers or employees of organization.

**Mathematical Skills:**
Ability to calculate figures and amounts such as discounts, interest, commissions, proportions, percentages, area, circumference, and volume. Ability to apply concepts of basic algebra and geometry.

**Reasoning Ability:**
Ability to solve practical problems and deal with a variety of concrete variables in situations where only limited standardization exists. Ability to interpret a variety of instructions furnished in written, oral, diagram, or schedule form. **Certificates, Licenses, Registrations:**
FAA Certification. Possess/maintain a valid driver's license and other FAA/Airport required identification/seals or authorizations.

**Physical Demands:**
The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.
While performing the duties of this job, the employee is frequently required to stand; walk; sit; use hands to finger, handle, or feel objects, tools, or controls; reach with hands and arms; climb or balance; stoop, kneel, crouch, or crawl; and talk or hear.

**Work Environment:**
The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently exposed to vibration. The employee occasionally works near moving mechanical parts; in high, precarious places; and in outside weather conditions and is occasionally exposed to fumes or airborne particles, extreme cold, extreme heat, and risk of electrical shock. The noise level in the work environment is usually quiet.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

# Employee Acknowledgement

I, _____, acknowledge review of this job description.  I realize that
it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related
duties as directed by my supervisor and management.


Signature: _____        Date: _____



**MENZIES
AVIATION**

# Job Description, Inventory Clerk

**Department:**     Menzies / LAWFTC Division
**Reports To:**     General Manager
**FLSA Status:**    Non-Exempt (Hourly)

**Job Purpose Summary:**
Complete daily fuel inventory reports

**Primary Accountabilities and Duties:**

- Responsible for creating a daily fuel ticket report
- Driving and operating Company vehicles (occasional)
- Answering massive phone calls and directing calls to office personnel, Management.
- Responsible for accurate accounting of fuel transactions.
- Assisting the investigation of fuel discrepancies and or LAWTFC members fuel totals reports upon demand
- Perform other office duties as assigned.

**Essential Skills and Qualifications:**

- Must be at least 18 years of age;
- Must pass pre-employment medical;
- Must pass Drug testing;
- Must be able to speak, read and write in English proficiently.
- Valid driver's license in good standing.
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily indoors, so expected to office environment
- Must be WORD, EXCELL, Microsoft Proficient
- Previous office work experience

**Employee Acknowledgement**

I, _____, acknowledge review of this job description.
I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____     Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  

Apprentice - Fuel Facility Maintenance



| Job title | *Apprentice - Fuel Facility Maintenance* | | |
|-----------|------------------------------------------|--|--|
| **Reports to** | *Fuel Facility Supervisor/General Manager* | | |
| **Salary** | *Non-exempt (hourly)* | **Location** | |

## Job Summary and Mission

The Apprentice is responsible for assisting and supporting the facility operations team and the mechanic team with quality control testing, performing inspections, and basic maintenance and repairs on facilities, fuel equipment, fuel systems and company vehicles.

## Key Responsibilities

- Responsible for routine and preventative inspections, preventative maintenance, and basic repairs of equipment at fuel storage facilities/systems including related equipment.
- Assist the Lead Maintenance Technician and the other Maintenance Technicians to troubleshoot, diagnose, and repair on filters, pumps, valves, tanks, pressure controls, metering and gauging equipment, pipeline issues, electrical equipment, motors, switch gears, lighting, and company vehicles
- Assist with repairs and maintain hydraulic, pneumatic and electrical equipment on fuel hydrant systems facilities/systems including product related equipment on fuel vacuum vehicles
- Investigate and adjust customer complaints/concerns regarding fuel systems maintenance
- Follow company and departmental safety policies and procedures
- Maintain records relating to operations and maintenance
- Support Quality Control, Fuel System Operators, and Fuel Farm Mechanics
- Assist with performing distribution, receipt, storage, and inventory control of petroleum products.
- Complies with A4A specifications on fuel quality and facility maintenance.
- Other assigned duties
- Maintain accurate and appropriate documentation on all work performed and be knowledgeable of A4A, Federal, State, and Airport regulations.
- Conduct all work in a safe fashion by adhering to all company, customer, industry, local, state, and federal safe work policies/procedures

## Qualifications

- Must be 18 years of age
- Must possess a valid US driver's license

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.2020.04.16

**Apprentice - Fuel Facility Maintenance**



- Must pass pre-employment color vision test and a drug screen
- Ability to proficiently read, write and speak English
- Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs
- Ability to perform basic math calculations
- Must pass background check and obtain US Custom seal as required
- Must be available and flexible to work variable shifts including weekends and holidays
- Must be able to obtain and maintain all required Airports and badges/seals
- Work is done primarily outdoors; must be comfortable working in all weather conditions

**Knowledge, Skills and Abilities**
- Ability to learn quickly
- Ability to understand and carry out oral and written instructions and request clarification when needed
- Strong interpersonal skills
- Ability to work as part of a team
- Ability to build relationships

**Benefits**

- $__/hour (Guaranteed raises each year)
- Advancement Opportunities
- Health, Dental, Vision, 401K
- Life and Short-Term Disability insurance
- Paid Vacation
- Paid Training
- Uniform Provided

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee may regularly work in outside-weather conditions. The employee frequently works near moving mechanical parts, high voltages and high hydraulic/pneumatic pressures. The employee is also frequently exposed to very loud noise levels, fumes or airborne particles and hazardous substances, materials or waste. The employee occasionally works in high, precarious places.

The Operator performs periodic maintenance and inspections on filters, pumps, valves, tanks, pressure controls, metering and gauging equipment, company vehicles. Ensures that all work assigned is performed in a timely fashion with quality workmanship. Ensure through definitive methods that product meets or exceeds

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

v.2020.04.16

**Apprentice - Fuel Facility Maintenance**



quality standards set forth; ensure all work is completed in a timely manner, contributing to an efficient operation, while projecting a professional image for MENZIES AVIATION.

## Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employee may also engage in debris removal which involves lifting, bending and stooping. The employee must frequently lift and/or move up to up to 70lbs.

**EEO Statement**

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful, and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com*

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

## Employee Acknowledgment

I, _____, acknowledge review of this job description and

understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date: _____ _____

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

v.2020.04.16







# Job Description

## Administrative Assistant – Fueling

**Reports to:** General Manager
**Location:** City, State | Airport code

_____

**Overview**

This role overseas and administers the station accounting, assisting the managers, employees, suppliers, and customers with day-to-day inquiries. Other responsibilities include organizing and arranging documents and data, updating, and correcting timecards, finalizing payroll, assisting new employees with hiring paperwork and all other general office duties.

**Main accountabilities include:**

- Enters fuel tickets into the Menzies Aviation accounting software daily to maintain established deadlines
- Inputs inventories, receipts, and transfers daily
- Performs analysis of (loss/gain) in the system daily
- Responsible for ensuring that data is entered correctly, appropriately documented and reconciled to source documents
- Assist managers, employees, suppliers, and customers with inquiries, resolving issues or escalating as necessary
- Responsible for reconciling daily book inventories by individual supplier
- Validates monthly closing reports to ensure that monthly summaries add up to daily totals
- Maintains all base billing through Menzies Aviation accounting software and correspond with Accounts Payable
- Organizes, arranges, and enters document data in accordance with established procedures
- Performs general office duties inclusive of, but not limited to filing, answering telephone(s), mail distribution and composing correspondence
- Reviews employee timecard entries for accuracy and correspond with base management to investigate and/or resolve discrepancies
- Assists with preparing new employee hiring paperwork
- Creates and maintain employee files
- Conducts new-hire onboarding and orientation
- Maintains and updates the Time and Attendance program
- Finalizes payroll and submits for final approval

**People. Passion. Pride.** Since 1833.

- Compiles and submits orders for base supplies and maintains Purchase Order records
- Ensures safe and secure operation, in accordance with the highest possible standards of health, safety, security and all government statutory requirements
- Performs other duties as assigned

---

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- High School diploma or equivalent
- Ability to read, write and speak fluent English
- Ability to type 30 to 40 WPM and proficient with 10-key
- Must be computer literate with strong knowledge of Microsoft Word and Excel
- Ability to read, analyze and interpret documents
- Excellent organizational skills, ability to prioritize and multi-tasked orientated
- Ability to work independently, self-starter
- Able to lift, move/push 30 lbs.
- Pass pre-employment drug test.

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. Work is primarily done indoors.



**People. Passion. Pride.** Since 1833.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to look at a computer, stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear.

Employees may also engage in moving office supplies which involves lifting, bending, and stooping. The employee may occasionally lift and/or move up to 35lbs.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



**People. Passion. Pride.** Since 1833.



# Job Description

## Fuel Facility Electrician

**Reports to:** Maintenance Manager | General Manager
**Location:** City, State | Airport Code

_____

### Overview
This role is Responsible for performing preventative, routine and emergency maintenance repairs on a variety of mechanical, electrical, HVAC systems, pneumatic control systems, electronic systems, and generators, ensuring all work is performed safely and is supported by following established procedures and protocols.

### Main accountabilities include:
- Performs maintenance, alteration, repair, and installation of electrical systems, equipment, and fixtures in accordance with standard practices of the electrical trade.
- Installs new or upgraded electrical equipment and/or systems for the purpose of construction, remodeling and completes circuits according to diagram specifications and code requirements.
- Responds to electrical service or trouble calls, troubleshoots various problems/issues, and provides problem resolution.
- Prepares working sketches and works from blueprints, schematics, and written or verbal instructions.
- Estimates materials, labor, and equipment costs.
- Complete required documentation in accordance with company standards.
- Demonstrate understanding of high and low voltage systems.
- Ability to install electrical, hydraulic and pneumatic mechanical components.
- Ability to check and test amperage and resistance on electrical systems.
- Diagnose and repair of AC/DC motors and related electrical, mechanical repairs.
- Ability to rebuild electrical motors and related gear boxes and hydraulic systems
- Ability to read ladder diagrams and electrical, and construction schematics and blueprints.
- Modify, remove and replace obsolete parts with current production components as necessary.
- Ability to troubleshoot and diagnose and repair HVAC systems and mechanical equipment.
- Maintains records of inspections/repairs and prepares daily activity reports.
- Assists in the maintenance and repair work of a fuel system mechanic.
- Maintain current knowledge in technological advances.
- Adhere to company safety policies and procedures.
- Meet the base's attendance/tardiness standards.
- May perform other duties as assigned.
- Is able to meet Station's attendance standards.
- Other duties and tasks as required.

**People. Passion. Pride.** Since 1833.

_____

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must have basic beginner's hand tools to perform the job. (This basic beginner's tool list is available from your supervisor). However, may be required to obtain additional tooling
- Must be available to work any shift and/or overtime.
- High school diploma or general education degree (GED); or three years related experience and/or training; or equivalent combination of education and experience.
- Journey Electricians must fill an experience requirement of 2 to 4 years of fieldwork performing all phases and tasks of a Journey Electrician, industrial electrical repair.
- Ability to read, write correspondence, comprehends instructions, and memos in English.
- Ability to effectively present information on a one-on-one and small group situations to customers, clients, and other employees of the organization.
- Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals.
- Ability to compute rate, ratio, and percent.
- Ability to apply common sense understanding to carry out detailed but uninvolved written or oral instructions.
- Ability to deal with problems involving a few concrete variables in standardized situations.
- Colorado Journey Electrician's License and valid driver's license.
- Possess/maintain a valid driver's license and other FAA Airport required identification/seals or authorizations.
- The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job.
- Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.



**People. Passion. Pride.** Since 1833.

- Must be 18 years of age.
- Possess valid driver's license.
- Pass pre-employment Physical and a drug screen.
- Must pass background check and obtain Custom seal.
- Comfortable lifting/moving up to 70lbs.
- Available and flexible to work variable shifts including weekends and holidays.
- Comfortable working in all weather conditions.

**Physical Demands**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms; climb or balance; stoop, kneel, crouch, or crawl; and talk or hear. The employee is occasionally required to sit. The employee must frequently lift and/or move up to 100 pounds occasionally above the head.

**Work Environment**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently exposed to wet and/or humid conditions; moving mechanical parts; high, precarious places; fumes or airborne particles; toxic or caustic chemicals; outside weather conditions; extreme cold; extreme heat; risk of electrical shock; and vibration. The noise level in the work environment is usually very loud.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation. I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



**People. Passion. Pride.** Since 1833.

**Fuel Farm Mechanic**



| Job title | Fuel Farm Mechanic | | |
|---|---|---|---|
| **Reports to** | Fuel Farm Supervisor/Duty Manager/Operations Manager | | |
| **Salary** | Non-exempt (hourly) | **Location** | |
| **Bonus Eligible** | Y* (currently deferred) | **Bonus Percentage** | XX% |
| **Travel** | Y* | **Travel Percentage** | XX% |
| **Other Titles** | | | |

### Job Summary and Mission

As a member of the Menzies Aviation Fuel Farm Team, you will be responsible for performing periodic maintenance and inspections on filters, pumps, valves, tanks, pressure controls, metering and gauging equipment, and company vehicles. You will be required to maintain a safe and secure work environment, in accordance with local health, safety, and security policies and procedures.

- **Watch Our Company Video Here:** https://www.youtube.com/watch?v=O-EYcIUrOks&t=1s

### Key Responsibilities

- Troubleshoot and repair above mentioned equipment as well as pipeline issues, electrical equipment, motors, switch gears, and lighting
- Investigate and adjust customer complaints and concerns regarding fuel systems maintenance.
- Diagnose problems using test equipment, statistical, equipment history, manufactures specifications, industry related standards and blueprints.
- Troubleshoot, repair, and maintain related components such as: pumps, valves, vessels, hydrant pits, gauges, switches, motors, lights, heaters, meters, hoses, hydrant vehicles, etc.
- Follow Company and departmental safety policies and procedures.
  Maintain records relating to maintenance.
- Support Quality Control Technician and Fuel Farm Operators.
- Follow company and departmental safety policies and procedures
- Maintain records relating to maintenance
- Able to meet the Station's attendance standards

### Qualifications

- Associate degree or equivalent from a two-year college or technical school in hydraulics, industrial electricity, and pneumatics; or five years related experience and/or training; or equivalent combination of education and experience.
- Must have knowledge of all aspects of equipment used in the operation.
- Ability to read and interpret documents such as safety rules, operating and maintenance instructions, procedure manuals, blueprints and hydraulic, and pneumatic and electrical schematics.
- Write routine reports and correspondence.
- Effectively speak before a diverse group of people.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.2020.04.16

**Fuel Farm Mechanic**



- Continuously lift, pull, and move up to 75lbs.
- Must possess and maintain a valid driver's license and required FAA, airport, and/or Customs identification, seals, and authorizations.
- Must be 18 years of age
- Must pass pre-employment color vision test, physical test, and drug screen.
- Ability to proficiently read, write and speak English.
- Ability to calculate figures and amounts such as discounts, loss/gains, inventories, inches/feet to gallons/barrels conversions, proportions, percentages, areas, weights, lengths, diameters, radius, circumferences, flow rates, pressures, voltage, amperes, watts, resistance and volumes in standard and volumes in standard and metric
- Work is done primarily outdoors; must be comfortable working in all weather conditions
- PLC and computer experience preferred

**Knowledge, Skills and Abilities**
- Ability to learn quickly
- Ability to understand and carry out oral and written instructions and request clarification when needed
- Strong interpersonal skills
- Ability to work as part of a team
- Ability to build relationships

**Benefits**

- $___/hour (Guaranteed raises each year)
- Health, Dental, Vision, 401K
- Life and Short-Term Disability insurance
- Paid Vacation
- Paid Training
- Uniform Provided
- Advancement Opportunities

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee may regularly work in outside weather conditions. The employee frequently works near moving mechanical parts, high voltages and high hydraulic/pneumatic pressures. The employee is also frequently exposed to very loud noise levels, fumes or airborne particles and hazardous substances, materials or waste. The employee occasionally works in high, precarious places.

Must have Electrical, Maintenance, Experience with the Fuel Farm SCADA System and PLC, and computer knowledge. Under the daily supervision of the Maintenance Manager with assistance as needed from the Station Manager. Performs periodic maintenance and inspections on filters, pumps, valves, tanks, pressure controls, metering and gauging equipment, company vehicles. Troubleshoot and repair above mentioned equipment as well as pipeline issues, electrical equipment, motors, switch gear, and lighting. Ensures that all work assigned is performed in a timely fashion with quality workmanship. Ensure through definitive methods that product meets or exceeds quality standards set

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.2020.04.16



**Fuel Farm Mechanic**



forth; ensure all work is completed in a timely manner, contributing to an efficient operation, while projecting a professional image for MENZIES AVIATION. and LAXFUEL Corporation.

## Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

The individual must also be able to open and close large valve on 16" product delivery pipelines quickly. Opening and closing these valves involves twisting and pulling motion and sometimes considerable physical exertion.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employee may also engage in debris removal which involves lifting, bending and stooping. The employee must frequently lift and/or move up to 25lbs and occasionally lift and/or move up to 70lbs.

## Employee Acknowledgment

I, _____, acknowledge review of this job description and

understand that it is not contractual and is intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.
I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



v.2020.04.16



# Job Description

## Fuel Farm Operator

**Reports to:** Operations Manager
**Location:** City, State | Airport code

_____

**Overview**

As a member of the Menzies Aviation Fuel Farm Operating Team, you will be responsible for sampling and testing products for quality control, and performing inspections and basic maintenance on facilities, fuel systems and fueling vehicles. Other responsibilities include receiving and dispatching jet fuel, gasoline, diesel fuel, av gas and glycol via pipelines and fuel trucks.
.

**Main accountabilities include:**

- Receives/dispatches jet fuel, gasoline, diesel fuel, avgas and glycol via pipelines and trucks.
- Samples and tests products for quality control and perform inspections and basic maintenance on facilities, fuel systems and fueling vehicles.
- Supports Quality Control Technicians with hydraulic, pneumatic and electrical reports and preventative maintenance of equipment at fuel storage facilities/systems including related equipment on fueling vehicles.
- Performs routine and periodic inspections in compliance with company, customer, government and industry standards
- Transfers product and monitors storage tanks, pipelines and related equipment to ensure that they are in good working order to prevent spills, releases, overfills and product contamination
- Conducts all work in a safe fashion by adhering to all company, customer, industry, local, state and federal safe work policies/procedures
- Makes required log entries of fuel transactions, quality control, and maintenance
- Assures adherence to safety policies and procedures.
- Can meet Company's Attendance and code of conduct standards.
- Other duties as assigned.

_____

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

**People. Passion. Pride.** Since 1833.

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions. Able to lift and push heavy objects. Successfully complete Company's PST program.

- High school diploma or general education degree (GED); or one to three months related experience and/or training; or equivalent combination of education and experience.
- Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers.
- Ability to apply common sense understanding to carry out detailed but uninvolved written or oral instructions.
- Ability to deal with problems involving a few concrete variables in standardized situations.
- Valid Driver's License. Possess/maintain a valid driver's license and other FFA Airport required identification/seals or authorizations. Must be at least 18 years of age.
- Ability to safely lift up to 70 pounds.
- Must pass all pre-employment testing to include drug testing and a physical.
- Must be able to obtain and maintain all required airports and customs badges/seals.
- Must be available and flexible to work variable shifts including weekends and holidays if required.
- Work is done primarily outdoors. Must be comfortable working in all weather conditions, work is primarily outdoors.

**Physical Demands**

- The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.
- While performing the duties of this job, the employee is regularly required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms; climb or balance; stoop, kneel, crouch, or crawl; and talk or hear. The employee must regularly lift and/or move up to 50 pounds. Specific vision abilities required by this job include distance vision.



People. Passion. Pride. Since 1833.

**Work Environment**

- The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.
- While performing the duties of this job, the employee is regularly exposed to moving mechanical parts; high, precarious places; fumes or airborne particles; and outside weather conditions. The employee is frequently exposed to vibration. The employee is occasionally exposed to toxic or caustic chemicals. The noise level in the work environment is usually very loud.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation. I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



**People. Passion. Pride.** Since 1833.

**Fuel Farm Operator Lead**



| Job title | *Fuel Farm Operator Lead* | | |
|-----------|---------------------------|---|---|
| **Reports to** | *Fueling Supervisor/Operations Manager / General Manager* | | |
| **Salary** | *Non-Exempt (hourly)* | **Location** | *PBI* |

## Job Summary and Mission

As the Menzies Aviation Lead Fuel Farm Operator, you will be the subject matter expert for all operations and maintenance duties and provide leadership, guidance, and training. Perform operations and maintenance activities as needed and develop and maintain standard operating procedures for all aspects of the fuel facility and systems including but not limited to quality control, pipeline movements, inspections, troubleshooting, environmental compliance, and maintenance.

- **Watch Our Company Video Here:** https://www.youtube.com/watch?v=duw-5pIXIkk&t=3s

## Key Responsibilities

- Ensures the safe and effective operation and maintenance of the fuel farm by performing and/or assisting operators and mechanics with their duties.
- Develop operating and maintenance procedures for routine activities and train personnel on their proper use and application.
- Assist in job duty training of new operations and maintenance personnel.
- Conduct all work in a safe, reliable, and environmentally friendly manner to maintain adherence to all company, customer, industry, local, state, and federal policies and procedures.
- Perform routine and periodic inspections in compliance with company, customer, government, and industry standards.
- Complies with A4A fuel quality specifications and standards for Jet fuel.
- Make required daily, weekly, and monthly petroleum product entries for fuel transactions, quality control and maintenance.
- Receive/transfer products and monitor tanks, pipelines, filter vessels and associated equipment to ensure they are in good working order to prevent spills, releases, overpressures, and product contamination.
- Responsible for preventative maintenance, troubleshooting and repair of all equipment at the fuel storage facility and remote load racks.
- Assist Operations Manager, in their absence, by performing basic supervisory tasks and communicate the operational status and objectives to station management.
- Conduct all work in a safe fashion by adhering to all company, customer, industry, local, state and federal safe work policies/procedures.

## Qualifications

- 10+ years relevant operations and maintenance experience in a hydrocarbon processing/storage facility.
- Must be 18 years of age.
- Must possess and maintain valid US driver's license.
- Must pass all pre-employment testing including a physical, color vision test, audio test, and drug test.
- Ability to proficiently read, write and speak English.
- Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs.
- Ability to perform basic math calculations.
- Must pass background check and obtain US Custom seal as required.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Must be able to obtain and maintain all required Airports and Custom badges/seals.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.2021.07.13

**Fuel Farm Operator Lead**



- Work is done primarily outdoors; must be comfortable working in all weather conditions.
- Must have High School Diploma or general education degree (GED), or one to three months related experience and/or training, or equivalent combination of education.

**Knowledge, Skills, and Abilities**
- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Benefits**

- Advancement Opportunities to Lead, Supervisor and Manager
- Three Health Plans that offer a variety of coverage.
- Two Dental Plans through Delta Dental
- Vision Insurance Plan through Met Life Vision
- Paid Vacation
- Accident Coverage Plan
- Critical Illness Coverage Plan
- Hospital Indemnity Coverage Plan
- Company Paid Employee Basic Life and AD&D Insurance $20,000.
- Voluntary Life and AD&D Insurance
- Voluntary Short-Term and Long-Term Disability Insurance
- 401K Savings Plan
- Employee Assistance Program
- Prepaid Legal Coverage Plan
- Identity Theft Protection Plan
- Pet Discount Coverage and Pet Insurance Plan
- Uniform Provided

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee may regularly work in outside weather conditions. The employee frequently works near moving mechanical parts, high voltages, and high hydraulic/pneumatic pressures. The employee is also frequently exposed to very loud noise levels, fumes or airborne particles and hazardous substances, materials, or waste. The employee occasionally works in high, precarious places.

The Operator performs periodic maintenance and inspections on filters, pumps, valves, tanks, pressure controls, metering and gauging equipment, company vehicles. Ensures that all work assigned is performed in a timely fashion with quality workmanship. Ensure through definitive methods that product meets or exceeds quality standards set forth; ensure all work is completed in a timely manner, contributing to an efficient operation, while projecting a professional image for MENZIES AVIATION.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

v.2021.07.13



**Fuel Farm Operator Lead**

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employee may also engage in debris removal which involves lifting, bending, and stooping. The employee must frequently lift and/or move up to 25lbs and occasionally lift and/or move up to 70lbs.

**EEO Statement**

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful, and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline, and termination of employment decisions without regard to any characteristic protected by federal, state, or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at 650-266-6991or via email at tracy.aguilera@johnmenzies.aero*

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

---

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it

is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.2021.07.13



**Fuel Farm Supervisor**

| Job title | *Fuel Farm Supervisor* | | |
|---|---|---|---|
| **Reports to** | *Fuel Farm Manager/Operation Manager/General Manager* | | |
| **Salary** | *Non-Exempt (hourly)* | **Location** | |

## Job Summary and Mission

As the Menzies Aviation Fuel Farm Supervisor, you will be responsible supervising an operating team sampling and testing products for quality control, and perform maintenance on facilities, fuel systems and fueling vehicles. Other responsibilities include receiving and dispatching jet fuel, gasoline, diesel fuel, av gas and glycol via pipelines and fuel trucks.

- **Watch Our Company Video Here:** https://www.youtube.com/watch?v=duw-5pIXIkk&t=3s

## Key Responsibilities

- Ensures the effective operation of the fuel farm by performing or assisting subordinates with operational duties.
- Hydraulic, pneumatic, and electrical reports and preventative maintenance of equipment at fuel storage facilities/systems
- Make required daily, weekly, and monthly petroleum product log entries of fuel transactions, quality control, and maintenance.
- Responsible for preventative maintenance of equipment at fuel storage facilities/systems including related equipment on fueling vehicles.
- Perform routine and periodic inspections in compliance with company, customer, government, and industry standards.
- Complies with A4A specifications on fuel quality.
- Transfer products and monitor storage tanks, pipelines, and related equipment to ensure that they are in good working order to prevent spills, releases, overfills and product contamination.
- Must be able to clean up and keep the Fuel Farm looking presentable at all times.
- Conduct all work in a safe fashion by adhering to all company, customer, industry, local, state, and federal safe work policies/procedures.
- Maintains harmony among workers and consults with the HR Representative in resolving employee issues.
- Supervisor Responsibility: Assist Department Manager, in his/her absence, by performing basic supervisory skills and communicate the operational status and objectives to Base Management

## Qualifications

- Must be 18 years of age
- Must possess and maintain valid US driver's license.
- Must pass all pre-employment testing including a physical, color vision test, audio test, and drug test.
- Ability to proficiently read, write and speak English.
- Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs.
- Ability to perform basic math calculations.
- Must pass background check and obtain US Custom seal as required.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Must be able to obtain and maintain all required Airports and Custom badges/seals.
- Work is done primarily outdoors; must be comfortable working in all weather conditions.
- Must have High School Diploma or general education degree (GED), or one to three months related experience and/or training, or equivalent combination of education.

## Knowledge, Skills and Abilities
- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.2021.07.13



**Fuel Farm Supervisor**

- Ability to work as part of a team.
- Ability to build relationships.

## Benefits

- $___/hour (Guaranteed raises each year)
- Advancement Opportunities to Lead, Supervisor and Manager
- Three Health Plans through Meritain Health that offer a variety of coverage.
- Two Dental Plans through Delta Dental
- Vision Insurance Plan through Met Life Vision
- Paid Vacation
- Accident Coverage Plan
- Critical Illness Coverage Plan
- Hospital Indemnity Coverage Plan
- Company Paid Employee Basic Life and AD&D Insurance $20,000.
- Voluntary Life and AD&D Insurance
- Voluntary Short-Term and Long-Term Disability Insurance
- 401K Savings Plan
- Employee Assistance Program
- Uniform Provided

## Working Conditions

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee may regularly work in outside weather conditions. The employee frequently works near moving mechanical parts, high voltages, and high hydraulic/pneumatic pressures. The employee is also frequently exposed to very loud noise levels, fumes or airborne particles and hazardous substances, materials, or waste. The employee occasionally works in high, precarious places.

The Operator performs periodic maintenance and inspections on filters, pumps, valves, tanks, pressure controls, metering and gauging equipment, company vehicles. Ensures that all work assigned is performed in a timely fashion with quality workmanship. Ensure through definitive methods that product meets or exceeds quality standards set forth; ensure all work is completed in a timely manner, contributing to an efficient operation, while projecting a professional image for MENZIES AVIATION.

## Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employee may also engage in debris removal which involves lifting, bending and stooping. The employee must frequently lift and/or move up to 25lbs and occasionally lift and/or move up to 70lbs.

**EEO Statement**

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other*

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF



**Fuel Farm Supervisor**



*category protected by federal, state, or local law. All such discrimination is unlawful and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at 650-266-6991or via email at tracy.aguilera@johnmenzies.aero*

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

**Employee Acknowledgment**

I, _____, acknowledge review of this job description and

understand that it is not contractual and is intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.
I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

| | |
|---|---|
| **Candidate Signature:** | |
| **Date Signed:** | |



EXCELLENCE FROM TOUCHDOWN TO TAKEOFF

v.2021.07.13



# Job Description

## General Fueling Helper

| Job title | General Fueling Helper | | |
|-----------|------------------------|---|---|
| Reports to | Fueling Supervisor | | |
| Salary | Non-Exempt (hourly) | **Location** | |
| Bonus Eligible | Y / N | **Bonus Percentage** | XX% |
| Travel | Y / N | **Travel Percentage** | XX% |

### Job Summary and Mission

The Menzies Aviation General Fueling Helper supports the into-plane fueling operation by being a guide person and assisting with general duties under the direction of the Fueling Supervisor.

### Key Responsibilities

- Serve as a guide person to help drivers position their fuel trucks into and out of fueling positions.
- Deliver fuel slips to and from airline operations offices.
- Cleans cabs of trucks and removes FOD, trash.
- Uses pressure washer to wash tanker trucks as needed.
- May operate the load rack controls to fill tanker trucks with Jet-A fuel
- Responds to emergency fuel spill clean-up incidents as required.
- Performs custodial duties such as cleaning, sweeping break room floors as required.
- Take out trash from the employee break room.
- Follow all safety, security and environmental rules and policies.
- Other duties as assigned.

### Qualifications

- Must be at least 18 years of age.
- Must possess and maintain a valid US driver's license.
- Must pass pre-employment color vision test.
- Pass pre-employment drug screen and all pre-employment testing.
- Ability to proficiently read, write and speak English.
- Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs.
- Ability to perform basic math calculations.
- Work is done primarily outdoors; must be comfortable working in all weather conditions.
- Must pass background check and obtain US Customs seal
- Must be available and flexible to work variable shifts including weekends and holidays.
- Prior experience preferred including possession of a Commercial Driver's License or experience in the Oil and Gas Industry (preferred)

**People. Passion. Pride.** Since 1833.

## Knowledge, Skills and Abilities
- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

## Benefits

- $_____/hour
- Advancement Opportunities to Lead and Supervisor
- Health, Dental, Vision, 401k
- Life and Short-Term Disability Insurance
- Paid Vacation
- Paid Training
- Uniform Provided

## Working Conditions

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Exposure to outdoor environments, various inclement weather conditions, aviation related fumes and various noise levels. Acutely aware of safety related procedures. Position requires wearing safety related equipment, i.e. goggles, gloves, boots, respirator, hearing protection, and back support as necessitated by a specific task. Position requires lifting, pulling, pushing, rotating, twisting, climbing of high tanks, squatting, kneeling, overhead arm movement. Must be able to occasionally handle weights up to and including 70 lbs. Exposure to related cleaning and chemical materials (review MSDS Reference Book) during routine and special cleaning assignments. This category as stated, is not exclusive.

## Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

The individual must also be able to open and close large value on 16" product delivery pipelines quickly. Opening and closing these values involves twisting and pulling motion and sometimes considerable physical exertion.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employee may also engage in debris removal which involves lifting, bending and stooping. The employee must frequently lift and/or move up to 25 pounds and occasionally lift and/or move up to 70 pounds.

**EEO Statement**
Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.

Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com



**People. Passion. Pride.** Since 1833.

The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



**People. Passion. Pride.** Since 1833.



# Job Description

## Maintenance Technician– Fuel Storage Facility

**Reports to:** Maintenance Manager
**Location:** Los Angeles, CA | LAX

_____

#### Overview
Under the daily supervision of Maintenance Manager with assistance as needed from Facility Manager performs periodic maintenance and inspections on filters, pumps, valves, tanks, pressure controls, metering and gauging equipment, company vehicles. Troubleshoot and repair above mentioned equipment as well as pipeline issues, electrical equipment, motors, switch gear, and lighting. Ensures that all work assigned is performed in a timely fashion with quality workmanship. Ensure through definitive methods that service and material meets or exceeds quality standards set forth; ensure all work is completed in a timely manner, contributing to an efficient operation, while projecting a professional image for Menzies Aviation and LAXFUEL Corporation.

_____

#### Main accountabilities include:
- High School graduate and three years equivalent experience and training in **MECHANICAL AND ELECTRICAL TROUBLESHOOTING/REPAIR.**
- Experience and understanding of industrial process controls, communication, and automation, particularly those commonly used in the petroleum industry.
- Electrical experience required, **PLC** and computer experience a plus. Electronics experience a plus.
- It is extremely important to understand **LAXFUEL's** established guidelines and procedures to ensure that they are adhered to. Basic mechanical, planning, and trouble-shooting skills to keep the **LAXFUEL** system in good mechanical operation.
- There are considerable routine functions in this position. It will be necessary that all work assignments be done accurately to avoid fuel spills or fuel farm related events. Accurate work ethics are essential due to the nature of the assignment.
- Must understand equipment of aviation environment, e.g., hydrant fuel systems and the mechanical functions associated with such fuel facility related equipment.
- Ability to diagnose mechanical problems and to correct problems that can be resolved in-house. This category, as stated, is not exclusive.
- Work in close proximity with other employees and may be in direct contact with airline management personnel. Ability to maintain a good working relationship with all co-workers and the public and use good judgment in recognizing job responsibility and authority.
- This position represents a contact mainly with oil companies, airlines, into-plane fueling agents and the **LAXFUEL** Membership. As stated in the Statement of Position, while in the performance of their duties, employees need to project a professional image for Menzies Aviation and its customers.

**People. Passion. Pride.** Since 1833.

- Consults directly with the Maintenance Manager and Facility Manager regarding unusual situations. Management is always available and or on call. Direct supervision of others is not required. Additional skillsets and potential capabilities for coordination with external parties such as contractors, engineers and project support are sought for the desired candidate to fill this Technician position.
- Maintain an uncompromising dedication to providing high quality service to all our customers. This is achieved by accomplishing all duties in accordance with established airline governmental regulations.
- Must adhere to local, State, and Federal safety policies, and company rules and regulations.
- Must maintain a complete set of assigned hand tools to perform maintenance tasks.
- Must not be afraid of heights and be physically capable of performing tasks on above ground storage tanks.
- Position requires individuals to drive a dual-wheel rear axle truck, with a stick shift and side mirrors. Additional skillsets and potential capabilities for coordination with external parties such as contractors, engineers and project support as outlined in the Supervisor section above.
- Must be able to complete assigned tasks with minimal supervision.
- Possess working knowledge of fuel system to adequately perform trouble shooting assignments for safe and efficient completion of assigned work orders.
- Perform daily, weekly, and monthly checks as required by the Maintenance Department in accordance with the guidelines set forth in ATA Specification 103 and local instructions.
- Ensure assigned work orders are completed in detail. Manage inventory and facility maintenance records and assure these are kept accurate.
- Possess good communication skills and problem-solving abilities.
- Assist on special projects, career development and attend training seminars as required by the department manager. Coordinate with external parties such as contractors, engineers, and project support, working with Supervisor-Maintenance Programs.
- All other duties as assigned.

---

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.



**People. Passion. Pride.** Since 1833.

- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Maintain a valid California Driver's License. Failure to maintain valid Driver's License may affect your continual employment.
- Must be able to comply with local airport, FAA and/or U.S. Customs safety, security, and identification requirements and pass a thorough security background check.
- Must not be afraid of heights and be physically capable of performing tasks on above ground storage tanks.
- Must be able to complete assigned tasks with minimal supervision.
- Must be 18 years of age or older.
- All prospective employees will be subject to a pre-employment examination for color blindness, hearing capabilities and drug or alcohol usage.
- Must pass pre-employment drug screen and all pre-employment testing, we conduct random drug and alcohol testing for all employees.
- Ability to proficiently read, write and speak English.
- Must be comfortable lifting 70lbs repetitively.
- Must be comfortable working in all weather conditions.
- Must be available and flexible to work variable shifts including weekends and holidays.
- To report any significant deficiency in our products, materials, and documents
- Has the duty to suggest any improvements to working practices, especially those relating to safety and security.

**Working Conditions:**

Exposure to outdoor environments, various inclement weather conditions, aviation related fumes and various noise levels. Acutely aware of safety related procedures. Position requires wearing safety related equipment, i.e. goggles, gloves, boots, respirator, hearing protection, and back support as necessitated by a specific task. Position requires lifting, pulling, pushing, rotating, twisting, climbing of high tanks, squatting, kneeling, overhead arm movement. Must be able to routinely handle weights up to and including 75 lbs. Exposure to related cleaning and chemical materials (refer to Employee Right-To-Know documentation) during routine and special cleaning assignments. This category as stated, is not exclusive.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description.

and understand that it is not contractual and is intended as a guideline only. Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation. I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



**People. Passion. Pride.** Since 1833.



**MENZIES
AVIATION**

## JOB DESCRIPTION, GSE ADMINISTRATION ASSISTANT

**Job Title:    GSE Administration Assistant**
**Department: Operations**
**Reports To:  GSE Manager**
**FLSA Status: Non-Exempt**

**Summary:** The assistant GSE Administration Assistant must have a strong working knowledge of Microsoft office software, a basic knowledge of mechanical terminology, good communication skills, and the ability to be a self thinker.

**Essential Duties and Responsibilities:**

- Full accountability to the GSE Maintenance Manager for assigned tasking.
- Entering data from work orders on preventive maintenance and interim repairs into various computers systems.
- Accurately maintaining equipment history file containing ownership documentations, work orders, and financials expenditure records.
- Liaison with internal and external customers and agencies.
- Producing routine reports.
- Monitoring preventive maintenance cycle and informing departure of services due.

**Required Skills:**

- Minimum five (2) years related experience in equipment maintenance.
- High school graduate or evidence of equivalent education supplemented with college level.
- General PC skills, focusing on excel and word required.
- Understanding of operational planning and resource allocation.
- People management skills required.
- Ability to read and interpret management level documents.
- Must be flexible to work all hours/days including nights, weekends and holidays as dictated by operational requirements.
- Clean driving record, with DMV certified copy.
- Must be able to pass a ten-year background check as required by US customs.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

- Working knowledge of GSE maintenance issues.
- Must pass pre-employment medical.
- Must pass a drug test.
- Must be able to lift at least 50 pounds on a continuous basis.
- In charge of employee uniform orders and inventory.
- Distributing and providing uniform to employees.

## EMPLOYEE ACKNOWLEDGMENT

I _____, acknowledge review and acceptance of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature:_____Date:_____



**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**

**GSE Fueler**



| Job title | *GSE Fueler* | | |
|---|---|---|---|
| **Reports to** | *Fueling Supervisor/General Manager* | | |
| **Salary** | *Station Specific\** | **Location** | *All\** |
| **Bonus Eligible** | *N* | **Bonus Percentage** | *0%* |
| **Travel** | *N* | **Travel Percentage** | *0%* |

## Job Summary and Mission

As a member of the Menzies Aviation GSE Fueling Team you will be responsible for the safe and efficient fueling and servicing of all ground support equipment for Menzies as well as airlines and other airline Tenants / and Vendors. This role requires you to maintain a safe and secure work environment, in accordance with local health, safety, and security policies and procedures.

## Key Responsibilities

- Perform fueling in a safe and efficient manner
- Perform daily Quality Control checks on equipment
- Maintain equipment in clean and functional condition
- Continually lifting, moving fuel carts and fuel hoses up to 70LBS.
- Frequently lifting, bending, stretching, pushing, and pulling overhead
- Driving and operating commercial specialized vehicles
- Responsible for accurate accounting of fuel transactions
- Ensure the safe and secure operations in accordance with standards of health, safety, security and all government statutory requirements
- Maintain equipment in clean and functional condition
- Comply with attendance standards
- Other duties as assigned.

## Qualifications

- Must be at least 18 years of age
- Must possess a valid US driver's license
- Must pass a pre-employment color vision test
- Must pass a pre-employment drug screen
- Ability to proficiently read, write and speak English
- Handle fueling carts and fueling hoses which will require you to lift and move up to 70lbs
- Ability to perform basic math calculations
- Work is done primarily outdoors; must be comfortable working in all weather conditions
- Must pass a background check and obtain US Customs seal
- Must be available and flexible to work variable shifts including weekends and holidays

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

v.2020.04.16

**GSE Fueler**



**Knowledge, Skills and Abilities**
- Ability to learn quickly
- Ability to understand and carry out oral and written instructions and request clarification when needed
- Strong interpersonal skills
- Ability to work as part of a team
- Ability to build relationships

**Benefits**

- $___/hour
- Advancement Opportunities to Lead and Supervisor
- Health, Dental, Vision, 401k
- Life and Short-Term Disability Insurance
- Paid Vacation
- Paid Training
- Uniform Provided

**Working conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Exposure to outdoor environments, various inclement weather conditions, aviation related fumes and various noise levels. Acutely aware of safety related procedures. Position requires wearing safety related equipment, i.e. goggles, gloves, boots, respirator, hearing protection, and back support as necessitated by a specific task. Position requires lifting, pulling, pushing, rotating, twisting, climbing of high tanks, squatting, kneeling, overhead arm movement. Must be able to occasionally handle weights up to and including 70 lbs. Exposure to related cleaning and chemical materials (review MSDS Reference Book) during routine and special cleaning assignments. This category as stated, is not exclusive.

**Physical requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

The individual must also be able to open and close large value on 16" product delivery pipelines quickly. Opening and closing these values involves twisting and pulling motion and sometimes considerable physical exertion.

Other tasks include digging and shoveling, such as snow removal around equipment and office. Employee may also engage in debris removal which involves lifting, bending and stooping. The employee must frequently lift and/or move up to 25 pounds and occasionally lift and/or move up to 70 pounds.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**

v.2020.04.16



GSE Fueler



## Employee Acknowledgement

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

| | |
|---|---|
| **Candidate Signature:** | |
| **Offer Date:** | |

## EEO Statement

Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful, and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.

Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com

The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**

v.2020.04.16

**GSE Fueler**



| Approved by: | Leadership approval |
|---|---|
| Date approved: | *Date upon which the job description was approved* |
| Reviewed: | *Date when the job description was last reviewed* |

*Ideally, a job description should be reviewed annually and updated as often as necessary.*





**MENZIES
AVIATION**

# Job Description, GSE Mechanic

Job Title:       GSE Mechanic
Department:   Operations
Reports To:    Manager, GSE Fleet Maintenance or Supervisor, GSE Fleet
FLSA Status:  Non-Exempt

**Summary:**  Experienced mechanic responsible for performing preventive maintenance and repairs on airport ground support equipment, vehicles, and other related equipment.

**Essential Duties and Responsibilities:**
- Receives work orders and obtains the necessary tools required for the repair.
- Transports the vehicle(s) to be repaired by driving, towing or pushing vehicle into service bay.
- Vehicles may consist of tugs, forklifts, pay loaders, fuel trucks and other larger airport vehicles.
- Inspects parts and/or motor vehicles to identify defective or broken parts.
- Repairs diesel engines, hydraulic, electric, and mechanical systems.
- Obtains replacement parts, installing and/or making repairs as required.
- Repairs may require rebuilding as assemblies, systems, etc.
- Confers with Supervisor for complex repairs, which require direction or approval for ordering of parts.
- Completes work orders and provides status on any "open" work orders.
- Additional duties may include changing batteries, tires, oil, and other minor repairs.

**Required Skills:**
- Minimum three (3) years related experience.
- Must have knowledge of heavy-duty diesel/automotive equipment.
- Experience with troubleshooting and repair of complex hydraulic and electrical systems required.
- Must have own tools and be able to operate various power and hand tools safely.
- Ability to read and interpret documents such as safety rules, operating and maintenance instructions, and procedure manuals.
- Must be flexible to work all hours/days including nights, weekends and holidays as dictated by operational requirements.
- Clean driving record, with DMV certified copy.
- Must be able to pass all pre-employment testing, including drug testing.
- Capable of lifting comfortably 70 lbs.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Work is done primarily outdoors.  Must be comfortable working in all weather conditions.
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

Page 164

Employee Acknowledgement

I, _____, acknowledge review of this job description. I realize
that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other
related duties as directed by my supervisor and management.

Signature: _____ Date: _____

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 

Page 165



**MENZIES AVIATION**

## Job Description, Lead GSE Mechanic

Job Title: Lead GSE Mechanic
Department: Operations
Reports To: GSE Manager
FLSA Status: Non-exempt

**Summary:** Experienced technician whose primary service depends on well-maintained vehicles, organization and tracking of the fleet and expenses within the company. The Lead technician is able to accurately maintain and hold responsibility for an exceptional level of quality of all vehicles in the company.

**Essential Duties and Responsibilities:**
- Directs a preventive maintenance program to minimize cost and maximize use of equipment.
- Detailed record keeping of all fleet vehicles.
- Organization and tracking of fleet expenses.
- Administers a testing and inspection program to determine quality, suitability, and compliance with specifications for vehicles, parts accessories, and materials.
- Directs a quantity and quality control program to maintain satisfactory levels of work performance.
- Plans, organizes, and directs the work of the duties to meet objectives with the most efficient use of personnel, facilities and equipment.
- Other duties, email report/documents
- Ensure the safe and secure operations, in accordance with the highest possible standards of health, safety, security and all government statutory requirements.

**Required Skills:**
- Graduation from high school or evidence of equivalent educational proficiency, preferably supplemented with college-level courses in mechanical engineering, business administration, transportation management, and business management.
- Five years of experience in mechanical maintenance and repair in an industrial vehicle operation, including two years in an administrative or supervisory capacity.
- Must be able to maximize fleet utilization and ensure maximum shop productivity.
- Capable of lifting comfortably 70 lbs;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions;
- To report any significant deficiency in our products, material and documents;
- Has the duty to suggest any improvements to working practices especially those relating to safety and security;
- Must pass pre-employment medical;
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1142
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

Page 189

**Employee Acknowledgement**

I, _____ , acknowledge review and acceptance of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

**Signature:**_____**Date:**_____



EXCELLENCE **FROM TOUCHDOWN TO TAKEOFF**



**MENZIES AVIATION**

## Job Description, GSE Utility Agent

Job Title:      GSE Utility Agent
Department:   Operations
Reports To:    GSE Manager
FLSA Status:  Non-Exempt

**Summary:** The GSE utility Agent is responsible for the cleaning, painting, repairs and preservation of the GSE shop, equipment and other related equipment.

**Essential Duties and Responsibilities:**

- Full accountability to the GSE Maintenance Manager for assigned tasking.
- Cleaning of GSE equipment in preparation of maintenance, repairs and preservation painting.
- Receives work orders and obtains the necessary tools required for the repair.
- Under instruction, proper painting and making of GSE equipment.
- General cleaning of shop and ramp areas.
- Collecting and returning equipment to and from perspective areas on the AOA.

**Required Skills:**

- Ability to properly clean and paint equipment;
- Ability to lift 70 pound;
- Must be at least 18 years of age;
- Must have high school diploma or equivalent;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions;
- Minimum three (3) years related experience;
- Must be flexible to work all hours/days including nights, weekends and holidays as dictated by operational requirements;
- Clean driving record, with DMV certified copy;
- Must be able to pass all pre-employment;
- Must pass a drug test;
- Must pass and FBI background check as required by US Customs;
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

**880 Parkview Drive North**
**El Segundo, Ca. 90245**

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  M



**MENZIES
AVIATION**

## Job Description, Safety Administration Assistant

**Job Title:    Safety Administration Assistant**
**Department: Operations**
**Reports To:  Safety Manager**
**FLSA Status: Non-Exempt**

**Summary:** The Safety Administration Assistant must have a strong working knowledge of Microsoft office software, a basic knowledge of aviation terminology, good communication skills, and the ability to be a self-thinker.

**Essential Duties and Responsibilities:**

- Full accountability to the Safety Manager for assigned tasking.
- Assist with safety investigations and incident reporting as required
- Accurately maintain and assist with incident documentation
- Liaise with internal and external customers and agencies.
- Monitor & report on safety activities, performance etc. as required.

**Required Skills:**

- Minimum five (2) years administrative support experience.
- High school graduate or evidence of equivalent education supplemented with college level.
- General PC skills, focusing on excel and word required.
- Ability to read and interpret management level documents.
- Must be flexible to work all hours/days including nights, weekends and holidays as dictated by operational requirements.
- Clean driving record, with DMV certified copy.
- Must be able to pass a ten-year background check as required by US customs.
- Must pass pre-employment medical.
- Must pass a drug test.
- Must be able to lift at least 70 pounds on a continuous basis.

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

**EMPLOYEE ACKNOWLEDGMENT**

I _____, acknowledge review and acceptance of this job description. I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.


Signature:_____Date:_____

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF   M



**MENZIES
AVIATION**

# Job Description, Safety Supervisor

**Job Role:** **Safety Supervisor**
Location: Los Angeles (LAX)
Reporting to: Safety Manager
FLSA Status: Non-Exempt

**Overview and Responsibilities:**
To assist Menzies Management and the Safety, Security & Compliance Team in LAX with all safety and security matters. Ensure full compliance with LAWA Regulations and Menzies Aviation standard operating procedures and as such maintain a safe and secure working environment.

- Patrolling our ramp operations identifying and addressing safety and security concerns.
- Issuing citations in terms of LAWA Regulations and take proactive steps to address, prevent and rectify.
- Maintain and enhance a safe and secure culture within all departments.
- To ensure full regulatory compliance and liaison with various enforcement agencies.
- Assist with the investigation of incidents as and when required.
- To reduce Security and Health & Safety risk exposure and improve performance.
- Carry out overt and covert inspections across all Menzies Aviation operational areas on airside (fueling, ramp and baggage areas).
- Provide timely management reports as required.
- Monitor & report on activities, performance etc as required.
- To provide guidance to Menzies Aviation Management on how to improve safety and security standards and be instrumental in the implementation process.
- Any other reasonable duty related to the job function as may be requested.

**Essential Skills**
- High school diploma with at least three years of experience in ramp/cargo and/or into-plane fueling.
- Capable of working flexible hours and be able to time manage.
- Thorough understanding of LAWA Regulations and California State Laws and Regulations.
- Work is done primarily outdoors, must be comfortable working in all weather conditions.
- Capable of working flexible hours and be able to time manage.
- Thorough understanding of LAWA Regulations and California State Laws and Regulations.
- Excellent interpersonal skills with the ability to communicate at all levels
- Self-motivated, assertive, disciplined, passionate, reliable and proactive.
- PC Literate.
- Valid driver's license.
- Capable of lifting comfortably 70 lbs;
- Must pass a driver's test with the department of airports and obtain a driver's seal;

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass a drug test;
- Must pass pre-employment medical;

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**   M



**MENZIES
AVIATION**

# Job Description, Safety Security & Environmental Supervisor

**Job Role:**      Safety Security & Environmental Supervisor
Location:          Los Angeles (LAX)
Reporting to:      Safety Manager
FLSA Status:       Non-Exempt

**Overview and Responsibilities:**
To assist Menzies Management and the Safety, Security & Compliance Team in LAX with all safety and security matters. Ensure full compliance with LAWA Regulations and Menzies Aviation standard operating procedures and as such maintain a safe and secure working environment.

- Patrolling our ramp operations identifying and addressing safety and security concerns.
- Issuing citations in terms of LAWA Regulations and take proactive steps to address, prevent and rectify.
- Maintain and enhance a safe and secure culture within all departments.
- To ensure full regulatory compliance and liaison with various enforcement agencies.
- Assist with the investigation of incidents as and when required.
- To reduce Security and Health & Safety risk exposure and improve performance.
- Carry out overt and covert inspections across all Menzies Aviation operational areas on airside (fueling, ramp, cargo and baggage areas).
- Provide timely management reports as required.
- Monitor & report on activities, performance etc as required.
- To provide guidance to Menzies Aviation Management on how to improve safety and security standards and be instrumental in the implementation process.
- Any other reasonable duty related to the job function as may be requested.

**Essential Skills**
- Capable of working flexible hours and be able to time manage.
- Thorough understanding of LAWA Regulations and California State Laws and Regulations.

**Excellent interpersonal skills with the ability to communicate at all levels**
- Self-motivated, assertive, disciplined, passionate, reliable and proactive.
- PC Literate.
- Valid driver's license.
- Capable of lifting comfortably 70 lbs;
- Must pass an FBI finger print check and obtain custom seal;
- Must pass a drug test;
- Must pass pre-employment medical;
- Work is done primarily outdoors, must be comfortable working in all weather conditions.
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA).
- Must pass FBI background check and obtain US Customs seal.

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF    M



**MENZIES
AVIATION**

# Job Description, Safety & Training Supervisor

Job Title:       Safety & Training Supervisor
Department:      Ramp Operations
Reporting to:    Manager, Safety & Training
FLSA Status:     Non - Exempt

**Summary:** To provide support to safety/training management on matters of safety & training, to proactively promote a 'safety first' culture, through a process of hazard identification and risk control, developing policy, supporting the field operation to introduce safe working procedures and proactive audit programs. Responsible for driving corporate safety and administer field station training programs for ramp, cargo and fueling operations through hands on and verbal instruction.

**Essential Duties and Responsibilities:**
- Support corporate compliance with applicable Management of Health and Safety at Work Regulations.
- Support employees and supervisors in undertaking the proactive and preventative measures necessary to achieve compliance with health and safety legislation as it applies to them.
- Complete full investigations and reporting compliance to Sr. Management Team.
- Report any breaches of statutory requirements or company best practice to management.
- Participate in Safety audits daily and provide corrective action assistance to management.
- Conduct risk assessments, accident investigations health and safety inspections as required by the Station Safety Manager.
- Provide new hire and annual recurrent training for all station personnel.
- Maintain compliance with all government, customer and company policies/procedures.
- Perform other duties as required.

**Required Skills:**
- High school diploma with at least three years of experience in ramp, cargo and/or into-plane fueling.
- Must be able to pass all necessary employment testing; including background, drug, and certified copy of DMV record in good standing.
- Ability to effectively communicate verbally and in writing. Must be able to work extended hours on short notice during non-routine operations.
- Proficient on Microsoft office (Excel Word, PowerPoint, outlook).
- Ability to drive safety van and truck from one work site to another as needed.
- A working knowledge of GSE maintenance issues.
- Understanding of the wider airport operational environment.
- Experience and understanding of the commercial issues in aviation.
- Experience of Health and Safety management.
- Must pass pre-employment medical.
- Capable of lifting comfortably 70 lbs.
- Must pass a drug test.
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  M

T: 310-414-1155
F: 310-414-1159                    880 Parkview Drive North
E: www.menziesaviation.com          El Segundo, Ca. 90245

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** M



**MENZIES
AVIATION**

## Job Description, Training Supervisor

Job Title:        Training Supervisor
Department:   Ramp Operations
Reporting to:  Training Manager
FLSA Status:  Non - Exempt

**Summary:** To provide support to training management on matters of training, to proactively promote a 'safety first' culture, through a process of hazard identification and risk control, developing policy, supporting the field operation to introduce safe working procedures and proactive audit programs. Responsible for driving corporate safety and administer field station training programs for ramp and cargo operations through hands on and verbal instruction.

**Essential Duties and Responsibilities:**
- Support corporate compliance with applicable Management of Health and Safety at Work Regulations.
- Support employees and supervisors in undertaking the proactive and preventative measures necessary to achieve compliance with health and safety legislation as it applies to them.
- Complete full investigations and reporting compliance to Sr. Management Team, pending to training
- Report any breaches of statutory requirements or company best practice to management.
- Participate in training audits daily and provide corrective action assistance to management.
- Provide new hire and annual recurrent training for all station personnel.
- Maintain compliance with all government, customer and company policies/procedures.
- Perform other duties as required.

**Required Skills:**
- High school diploma with at least three years of experience in ramp, cargo and/or into-plane fueling.
- Must be able to pass all necessary employment testing; including background, drug, and certified copy of DMV record in good standing.
- Ability to effectively communicate verbally and in writing. Must be able to work extended hours on short notice during non-routine operations.
- Proficient on Microsoft office (Excel Word, PowerPoint, outlook).
- Ability to drive safety van and truck from one work site to another as needed.
- A working knowledge of GSE maintenance issues.
- Understanding of the wider airport operational environment.
- Experience and understanding of the commercial issues in aviation.
- Experience of Health and Safety management.
- Must pass pre-employment medical.
- Capable of lifting comfortably 70 lbs.
- Must pass a drug test.
- Must pass an FBI background check and obtain a custom seal;
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** M

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

Page 229

**EMPLOYEE ACKNOWLEDGMENT**

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only.  Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** M



| Job title | *Training Coordinator* | | |
|---|---|---|---|
| **Reports to** | *Training Manager* | | |
| **Salary** | *Non-Exempt (hourly)* | **Location** | |
| **Bonus Eligible** | *Y / N* | **Bonus Percentage** | *XX%* |
| **Travel** | *Y* | **Travel Percentage** | *XX%* |

## Job Summary and Mission

As a Menzies Aviation Training Coordinator, you will be responsible for providing administrative support to the Training Manager and Training Officers by performing a wide range of duties.

## Key Responsibilities

- Coordinate and administer all training bookings
- Prints, records and issues Training Certificates
- Assists Training Officers with printing Training Manuals and hand-outs
- Provides information regarding training dates and records same for management
- Assist with enrolling e-learners
- Assists with e-learning training and contacting employees to complete all initial and recurrent training
- Ensures all filing is up to date and that files are kept in good order following the 8 Pillar requirements
- Updates and maintains Station Matrix for MCO (Orlando)
- Assists with Matrix and Training related queries from all Menzies Aviation
- Prepares and distributes reports as requested
- Other related duties as assigned

## Qualifications

- Must be able to demonstrate previous experience within a similar role
- Must be at least 18 years of age
- Possess and maintain a valid US driver's license
- Must pass all pre-employment testing including a physical, audio, visual and drug test
- Excellent oral, written and communication skills in English
- Must be comfortable lifting 70lbs
- Must pass FBI background check and obtain US Customs seal
- Must be available and flexible to work variable shifts including weekends and holidays
- Prior Customer Service Experience preferred
- Computer literate with knowledge of Microsoft Office
- Proficiency with 10key and typing minimum 35 wpm
- Enjoys dealing with people daily
- Strong interpersonal skills with the ability to communicate with people at different levels and from different cultural/ethnic backgrounds

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 



- Position may require occasional travel

**Knowledge, Skills and Abilities**
- Ability to learn quickly
- Ability to understand and carry out oral and written instructions and request clarification when needed
- Strong interpersonal skills
- Ability to work as part of a team
- Ability to build relationships

**Benefits**

- $_____/hour
- Advancement Opportunities
- Health, Dental, Vision, 401K
- Life and Short-Term Disability Insurance
- Paid Vacation
- Paid Training
- Uniform Provided

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Work is primarily done indoors; however, the individual will be working at the station where harsh weather conditions could affect the indoor environment. The Station Administrator may also be responsible for operating company vehicles outside on the airfield.

This individual will also work with disgruntled customers and employees throughout the airport and must maintain a positive attitude when representing our company and communicating with customers within the airport.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools or controls; reach with arms, climb or balance; and talk or hear.

Other tasks include lifting passenger bags up to 70lbs which could also involve bending and stooping. The employee must frequently lift and/or move up to 25lbs and occasionally lift and/or move up to 70lbs.

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 



## Employment Acknowledgement

I, _____, acknowledge review of this job description.

I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.
I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

## EEO Statement

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*

*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com*

*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

EXCELLENCE FROM TOUCHDOWN TO TAKEOFF 



| Approved by: | *Leadership approval* |
|---|---|
| **Date approved:** | *Date upon which the job description was approved* |
| **Reviewed:** | *Date when the job description was last reviewed* |

*Ideally, a job description should be reviewed annually and updated as often as necessary.*





**MENZIES
AVIATION**

### Job Description, Supervisor Timekeeper

Job Title:       Supervisor Timekeeper
Reports To:      Operations
Department:      Terminal Managers
FLSA Status:     Non-Exempt

**Essential Duties and Responsibilities:**

- Clearing of all exceptions on a daily basis by 4:00 pm, which includes the following:
  - Clearing Personal Time Off (PTO) based on available balances.
  - Clearing all excused (i.e. FMLA, LOA) and unexcused absences, and
  - Clearing of meal break exceptions.
  - These exceptions have to be cleared before the overtime (OT) report is generated for the management team. OT exceptions will be completed after the management team has submitted their OT report.
- Updating shifts times/altering expected times prior to shift commencements to reduce missed punches including shift trades/coverage.
- Keep track of attendance records, monitor lateness/absence/manual miss punches, etc.
- Ensuring Miss Punch Forms (MPF) are completed when required and filled out completely including signatures from both the employee and the Duty Manager.
- Ensure Daily OT report is received, completed and signed by manager.
- Report to Planning Manager any unauthorized time discrepancies.
- Send package to Payroll dept 4/ signed payroll reports.
- 
- Send package of MPFs, Absence Request Forms (ARF), and Payroll Discrepancies to Payroll.
- Coordinate with payroll dept for any missing forms (not received or received after PT had been run), Pay discrepancies and roster changes.
- Coordinate with payroll dept on Mondays to ensure PT & reports can be run once exceptions have been cleared.
- Any other task as requested by OCC Manager

**Required Skills:**

- Proficient in Microsoft Office programs;
- Excellent communication and organisational skills;
- Personable and professional demeanour;
- Have the ability to multi-task and work independently;
- Must be at least 18 years of age;
- Must have high school diploma or equivalent;
- Must be able to speak, read, and write in English;
- Valid driver's license with good driving record;
- Capable of lifting comfortably 30 lbs;
- Must be available and flexible to work variable shifts including weekends and holidays;
- Work is done primarily outdoors, must be comfortable working in all weather conditions;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** M

T: 310-414-1155
F: 310-414-1159                    880 Parkview Drive North
E: www.menziesaviation.com         El Segundo, Ca. 90245

- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA);
- Must pass FBI background check and obtain US Customs seal;
- Must pass pre-employment medical;
- Must pass a drug test;

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date:_____



**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**



# Job Description

## Timekeeper

| Job title | Timekeeper | | |
|---|---|---|---|
| Reports to | Manager | | |
| Salary | Non-Exempt / Hourly | Location | |

**Job Summary and Mission**

Responsible for updating and correcting payroll hours in Kronos for Menzies Aviation employees on a daily/weekly basis. Compiling and posting employee payroll data and managing hours clocked. Requesting electronic payroll selections to eliminate paper checks, in accordance with corporate policies. Distributing pay checks and correcting pay role errors.

**Main Accountabilities Include**

- Keep track of attendance records, monitor lateness/absence/manual miss punches, etc.
- Updating shifts times/altering expected times prior to shift commencements to reduce missed punches including shift trades/coverage.
- Keep track of attendance records, monitor lateness/absence/manual miss punches, etc.
- Ensuring Exception reports are completed when required and filled out completely including signatures from both the employee and the department manager.
- Ensure weekly OT report is received, completed, and signed by manager.
- Report to General Manager any unauthorized time discrepancies.
- Coordinate with payroll dept. for any missing forms (not received or received after payroll has been run).
- You will need to be able to perform simple mathematical functions such as adding, subtracting, multiplying, and dividing as you will need to determine hourly rate calculations.
- You will be required to maintain a safe and secure work environment, in accordance with local health, safety, and security policies and procedures.
- All other tasks as requested by department managers and/or the General Manager.

**Qualifications and Experience**

- Proficient in Microsoft Office programs.
- Excellent communication and organisational skills.
- Personable and professional demeanour.
- Has the ability to multi-task and work independently.
- Must be at least 18 years of age.
- Must have high school diploma or equivalent.
- Must be able to speak, read, and write in English.
- Valid driver's license with good driving record.
- Capable of lifting comfortably 35 lbs.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Work is done primarily outdoors.  Must be comfortable working in all weather conditions.
- Must pass an FBI fingerprint check and obtain custom seal.
- Must pass a driver's test with the department of airports and obtain a driver's seal.

**People. Passion. Pride.** Since 1833.

- Must pass pre-employment medical and drug test.

**Knowledge, Skills and Abilities**
- Ability to learn quickly
- Ability to understand and carry out oral and written instructions and request clarification when needed
- Strong interpersonal skills
- Ability to work as part of a team
- Ability to build relationships

**Benefits**

- Salary
- Advancement Opportunities
- Health, Dental, Vision, 401K
- Life and Short-Term Disability Insurance
- Paid Vacation
- Paid Training

**Working Conditions**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

Work is primarily done indoors; however, the individual will be working at the station where harsh weather conditions could affect the indoor environment. The Station Administrator may also be responsible for operating company vehicles outside on the airfield.
This individual must maintain a positive attitude when representing our company and communicating with customers within the airport.

The noise level in the work in environment is usually quiet.

**Physical Requirements**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to sit, use hands to finger, handle, or feel objects, tools, or controls; reach with hands and arms; and talk or hear. The employee is occasionally required to stand and walk. The employee must occasionally lift and/or move up to 35 pounds.

**Employee Acknowledgement**

I, _____, acknowledge review of this job description and

understand that it is not contractual and is intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.
I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date: _____

**EEO Statement**
Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state, or local law. All such discrimination is unlawful, and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.

Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances.



**People. Passion. Pride.** Since 1833.

Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com

The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.



People. Passion. Pride. Since 1833.



**MENZIES AVIATION**

## Job Description, Talent Acquisition

**Job Title:** Talent Acquisition
**Department:** Human Resources
**Reports To:** Manager, Human Resources
**FLSA Status:** Non-Exempt

**Job Purpose Summary:**
The purpose of this role is to drive high-volume sourcing, interviewing and placements of candidates.

**Primary Accountabilities and Duties:**
- Ensure compliance to recruitment policies, processes and procedures
- Manage own performance against set targets
- Partner with station management and hiring managers to fill open positions
- Develop advertisements and post vacancies
- Monitor and evaluate job posting responses and conversion rates
- Source candidates and develop local networks to ensure constant flow of qualified candidates using a variety of sources, including direct sourcing utilizing social media and network contacts, internet postings, database searches, community outreach initiatives to include schools, workforce centers and referrals to create diverse candidate pools
- Pre-screen candidates, set up interview schedules, conduct interviews, co-ordinate verification checks, send job offers, new hire paperwork and track candidates in the applicant tracking system
- Measure recruitment metrics and strategize in order to decrease attrition by a minimum of 10% from previous year
- Responsible for generating daily, weekly and monthly recruitment statistics
- Perform recruiting tasks with a sense of urgency and aggressiveness necessary to achieve or exceed desired staffing levels on a regular and consistent basis
- Establish trust and confidence by maintaining a high level of credibility, integrity, and skilled communications with managers, HR, and candidates
- Communicate effectively with candidates and hiring managers throughout the recruitment process
- Successfully negotiate and obtain a high rate of candidate offer acceptance, whilst ensuring that candidates meet the specified requirements
- Schedule new hire orientation with candidate and key staff members
- Safety and security is the responsibility of each employee
- All other assigned duties

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

**T:** 310-414-1155
**F:** 310-414-1159
**E:** www.menziesaviation.com

**880 Parkview Drive North**
**El Segundo, Ca. 90245**

**Essential Skills and Qualifications:**

- Candidate must possess 3-5 years recruitment experience with the ability to handle a high volume of open positions effectively
- Bachelors' Degree Preferred
- High level of energy, self-motivated, goal oriented and a self-starter
- Experience in ground handling, cargo or any aviation related field strongly preferred
- Must be able to obtain and maintain all required security clearances
- Experience in working on an Applicant Tracking System (UltiPro, ICIMS, Workday)
- Demonstrate a high sense of urgency, self-management, ability to establish priorities, and work in both independent/team environments
- High-level of accuracy and attention to detail with the ability to process high volumes of information and documentation with accuracy
- Ability to utilize creative sourcing techniques to include network organizations, social media, cold calling, referrals, etc
- Excellent interpersonal skills, communication skills, organizational skills and attention to detail
- Ability to work and cooperate with others to complete various tasks with established deadlines.
- Proficient in the use of MS Office Suite to include: Word, Excel, and Outlook
- Ability to occasionally travel to attend various recruiting-related events
- Ability to lift up to 35 lbs
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA)
- Must pass FBI background check and obtain US Customs seal
- Must pass pre-employment medical
- Must pass Drug testing
- Valid driver's license in good standing

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____Date: _____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** Ⓜ



**MENZIES
AVIATION**

## Job Description, Human Resource Administrative

**Job Title:**     Human Resource Administrative
Department:  Human Resources
Reports To:   Manager, Human Resources
FLSA Status: Non-Exempt

**Essential Duties and Responsibilities:**
Responsible for supporting the HR Team with clerical task and related processes. This position will be point of contact or all filling, record keeping and related functions. This position requires the ability to demonstrate strong organizational and prioritisation skills

**Primary Accountabilities and Duties: Functions and tasks will include but are not limited to:**

- Ensure that filling is up to date
- Answering phone
- Conduct file audits and ensure compliance to all statutory and Menzies standards
- Track and follow up on all outstanding file documentation
- Assist with general HR administration
- Assist with new hire badge
- Assist with meeting and welcoming application and new hires
- Must maintain a high level of confidentially
- Responsible for leaving a good first impression with all visitors and callers
- Ensure full compliance with the HR process, policy and procedure
- Prepare new hire badge applications
- Investigate and answer employees' complaints
- Assist with employee inquiries
- Filing
- Data capturing
- Ensure the safe and secure operations, in accordance with the highest possible standards of health, safety, security and all government statutory requirements
- Assist with all other duties that may be assigned
- Functions must be executed in a professional, efficient, and friendly manner
- Perform other duties as assigned.

**Essential Skills and Qualifications:**

- High School Diploma or equivalent
- Minimum of 1 year working in an office environment
- Ability to read, write and speak fluent English
- Must have strong relational and communication skills
- Typing minimum of 35 wpm
- Excellent organizational and administrative skills
- Must be able to multi task and meet tight deadlines

---

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF**  M

T: 310-414-1155
F: 310-414-1159
E: www.menziesaviation.com

880 Parkview Drive North
El Segundo, Ca. 90245

- Microsoft Word, Excel and Outlook experience essential
- Ability to read, analyse and interpret complex documents
- Must enjoy working with a diverse group of people in a dynamic environment
- Ability to lift up to 35 lbs., comfortable with bending, kneeling and pushing and pulling file boxes
- Must pass driver's test with the Department of Airports and obtain a driver's license to drive on Airport Operational Area (AOA).
- Must pass FBI background check and obtain US Customs seal.
- Must pass pre-employment medical.
- Must pass Drug testing.
- Valid driver's license in good standing.

### EMPLOYEE ACKNOWLEDGMENT

I, _____, acknowledge review of this job description and understand that it is not contractual intended as a guideline only. Furthermore, I realize that it is subject to change or amendment as deemed appropriate by Menzies Aviation.

I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my supervisor and management.

Signature: _____ Date:_____

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 



# Job Description

## Human Resources Specialist

**Reports to:** Manager of Human Resources
**Location:** City, State | Airport Code

_____

**Overview**

Coordinates activities related to a specific area in Human Resources (i.e., recruitment, employee/labor relations) or both by performing the following duties:

**Main accountabilities include:**

- Comply with the Location's attendance/tardiness standards.
- Confers with management and supervisors to identify personnel needs, job specifications, job duties, qualifications, and skills.
- Initiates contact with possible qualified candidates for specific job openings.
- Reviews applications and interviews applicants to obtain work history, education, training, job skills, and salary requirements, and to provide information about the organization and position.
- Develops and coordinates internal job posting programs and writes job postings, places job advertising in various media.
- Coordinates participation in, sets up displays, and works at job fairs.
- Performs reference and background checks on applicants.
- Conducts new employee orientation and exit interviews.
- Enrolls eligible employees in company benefits programs.
- Maintains medical, insurance, and other personnel records and forms.
- Explain to workers company the governmental rules, regulations, and procedures, and need for compliance.
- Assists in investigation and resolution of employee grievances and coordinates processes of responding to complaints.
- Represents organization at unemployment hearings.
- Research H.R. issues.
- Performs other duties as assigned.

_____

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.

**People. Passion. Pride.** Since 1833.

- Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Computer literate and proficient with word processing and spreadsheets software.
- Excellent communication and interpersonal skills.
- Ability to write and compose effective correspondence.
- Associate's degree (A.A.) or equivalent to two-year college or technical school; or three+ years related experience and/or training; or equivalent combination of education and experience.
- Ability to read and interpret documents such as safety rules, operating and maintenance instructions, and procedure manuals.  Ability to write routine reports and correspondence.
- Ability to speak effectively before groups of managers, supervisors, and employees.
- Ability to apply concepts such as fractions, percentages, ratios and proportions to practical situations.
- Ability to solve practical problems and deal with a variety of concrete variables in situations where only limited standardization exists.
- The ability to interpret a variety of instructions furnished in written, oral, diagram, or schedule form.
- Valid Driver's License.
- Must be 18 years of age
- Must pass pre-employment physical and a drug test

**Physical Demands**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

**Work Environment**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described



People. Passion. Pride. Since 1833.

above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior
Leadership.


Signature: _____ Date: _____





**MENZIES
AVIATION**

# Job Description, General Worker

Department:   Operations
Reports To:   GSE Manager
FLSA Status:   Non-Exempt

**Summary:** Performs routine and preventative maintenance and repair on buildings, mechanical equipment and utility systems.

**Essential Duties and Responsibilities:**
- Performs minor and assist on major repair of all Equipment/Building. (Major repairs are performed under the supervision of licensed maintenance workers.)
- Performs preventive maintenance procedures on mechanical equipment on a scheduled basis; inspects belts, checks fluid levels, replaces filters, greases bearings, seals, etc.; repairs or replaces broken parts.
- Cleans and treats water with proper chemicals on units.
- Calibrates and repairs pneumatic systems.
- Completes daily, weekly and monthly checklists on building equipment maintenance procedures.
- May operate a computer which controls monitors equipment maintenance systems.
- Installs & repairs electrical wiring as needed.
- Repairs electrical equipment and control circuits; replaces faulty electrical switches.
- Responds to emergency maintenance requests as required.
- Assists with the renovation/remodelling of buildings; repairs plaster and drywall; paints building structures.
- Performs outside custodial duties such as cleaning scrubbing floors as required.
- May obtain estimates for supplies, repair parts; orders parts as needed.

**Required Skills:**
- Ability to properly clean and paint equipment;
- Ability to lift 70 pound;
- Must be at least 18 years of age;
- Must have high school diploma or equivalent;
- Work is done primarily outdoors. Must be comfortable working in all weather conditions.
- Minimum three (3) years related experience;
- Must be flexible to work all hours/days including nights, weekends and holidays as dictated by operational requirements;
- Clean driving record, with DMV certified copy;
- Must be able to pass all pre-employment;
- Must pass a drug test;
- Must pass and FBI background check as required by US Customs;

**EXCELLENCE FROM TOUCHDOWN TO TAKEOFF** 

T: 310-414-1142
E: www.johnmenzies.ero

880 Parkview Drive North
El Segundo, Ca. 90245



# Job Description

## Accounting Clerk

**Reports to:**
**Location:** City, State | Airport code

_____

### Overview

The Accounting Clerk is responsible for overseeing the station's accounting department, obtaining, and processing data pertaining to accounts payable, accounts receivable and timekeeping records. The Accounting Clerk will compile and sort documents, such as invoices and checks, substantiating business transactions.

### Main accountabilities include:

- Directs the consolidation of monthly financial and operating statements by coordinating the • Works as liaison to General Manager and Accounting Clerk
- Monitors the purchasing of fuel as well as dispensing of fuel, determine and documents causes of excessive fuel losses and improper fuel dispensing.
- Maintains accurate records of fuel inventories, checks and confirms deliveries, may process supplier's credit cards and other approved credit cards for payment.
- Verifies and posts details of business transactions, such as funds received and disbursed, and totals accounts.
- Computes and records charges, refunds, cost of lost or damaged goods, freight charges, rentals, and similar items
- Types vouchers, invoices, checks, account statements, reports, and other records
- Reconciles bank statements or petty cash when applicable.
- Interfaces with external venders and customers regarding invoices issued and received.
- Interfaces with internal department managers and their supervisors to verify daily operations.
- Responsible for updating and correcting payroll hours in Kronos for employees on a daily/weekly basis
- Compiling and posting employee payroll data and managing hours clocked
- Keep track of attendance records, monitor lateness/absence/manual miss punches, etc.
- Updating shifts times/altering expected times prior to shift commencements to reduce missed punches including shift trades/coverage.
- Ensuring Exception reports are completed when required and filled out completely, including signatures from both the employee and the department manager.
- Ensure weekly OT report is received, completed, and signed by manager.

_____

**People. Passion. Pride.** Since 1833.

- Coordinate with payroll department for any missing forms (not received or received after payroll has been run)
- Enter fuel tickets into the application(s) daily to maintain established deadlines.
- Inputs inventories, receipts, and transfers daily
- Perform analysis of (loss/gain) in the system daily
- Responsible for reconciling daily book inventories by individual supplier.
- Validates monthly closing reports to ensure that monthly summaries add up to daily totals Maintain all.
- base fueling billing through Accounts Payable
- Organize, arrange, and enter document data in accordance with established procedures.
- Perform general office duties inclusive of, but not limited to filing, answering telephone(s), mail distribution and composing correspondence.
- Any and all other reasonable tasks as requested by department managers and/or the General Manager

---

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be 18 years of age or older
- Possess and maintain a valid US driver's license with a clean driving record
- Pass pre-employment drug screen and all pre-employment testing.
- Able to lift push or move up to 25 pounds.
- Ability to proficiently read, write and speak English
- Must be available and flexible to work variable shifts including weekends and holidays
- Graduation from high school or evidence of equivalent educational proficiency
- Minimum two to three years' progressive experience in a busy retail/administrative role
- Understanding of operational planning and resource allocation
- Ability to read and interpret management level documents

---



**People. Passion. Pride.** Since 1833.

**Knowledge, Skills, and Abilities**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



**People. Passion. Pride.** Since 1833.



# Job Description

## Accounts Receivable Specialist

**Reports to:** Accounts Receivable Manager
**Location:** Grapevine, TX | DFW

---

**Overview**

The Accounts Receivable Clerk is responsible for collection related activities at the field station level.

**Main accountabilities include:**

- Actively collect on delinquent accounts.
- Cash application and managing accounts receivable.
- Generate journals entries related to A/R Revenue.
- Create reports related to A/R.
- Create and update department procedures as needed.
- Communicate with customers regarding Accounts Receivable issues.
- Investigate and solve problems making sure to follow through until resolved.
- Understand overall business goals and how Accounts Receivable supports these goals.
- Perform other duties as assigned.
- Perform other duties as assigned.

---

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.

---

**People. Passion. Pride.** Since 1833.

- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

## Qualifications and Experience

- Must be 18 years of age or older.
- At least 4 years of collections experience to include general ledger, billing, and cash application.
- Ability to work well in a team-oriented environment.
- Must be proficient in Microsoft Excel and Word.
- Excellent communication, problem solving and analytical skills.
- Basic understanding of fundamental accounting skills.
- Pass pre-employment drug screen and all pre-employment testing.
- Ability to proficiently read, write and speak English.
- Ability to read and interpret management level documents.

## Knowledge, Skills, and Abilities

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.
- Must be available and flexible to work variable shifts including weekends and holidays.

## Working Conditions

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.

The noise level in the work environment is usually quiet.

## Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodation may be made to enable individuals with disabilities to perform the essential functions.



People. Passion. Pride. Since 1833.

While performing the duties of this job, the employee is frequently required to sit, use hands to finger, handle, or feel objects, tools, or controls; reach with hands and arms; and talk or hear. The employee is occasionally required to stand and walk. The employee must occasionally lift and/or move up to 10 pounds.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.


Signature: _____   Date: _____



People. Passion. Pride. Since 1833.



# Job Description

## Facility Electrician

**Reports to:** Maintenance Manager | General Manager
**Location:** City, State | Airport Code

_____

**Overview**

This role is Responsible for facility electrical activities to include low voltage electrical, Fiber optic systems, valve control wiring, UPS replacement and troubleshooting all systems for non-routine repair, ensuring all work is performed safely and is supported by following established procedures and protocols.

**Main accountabilities include:**

- Determines work procedures, prepares work schedules, expedites workflow and works alongside with facility maintenance crews.
- Defines and scheduled tasks to be performed to prevent downtime
- Repairs and modifies equipment, facilities, and electrical systems as required.
- Trouble shoots electrical, Class 1 as well as non-explosion proof systems Inspect and maintain fiber optic and other fuel system control systems.
- Maintains electrical circuitry and elements.
- Must be able to evaluate blueprints, sketches, and layouts of work to be performed.
- Maintains working relationships with based customers and contractors.
- Ensures company safety policies and procedures are followed.
- Confers with other supervisors to coordinate activities of individual departments.
- Is able to meet the Station's attendance standards.
- Assuring a clean and safe working environment
- Other duties and tasks as required.

_____

**Safety, Security and Compliance**

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.

**People. Passion. Pride.** Since 1833.

- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Eight years as a Maintenance Technician, preferably in more than one specialty.
- Associate's degree (A.A.) from two-year College; or one to two years related experience and/or training; or equivalent combination of education and experience.
- Ability to read and interpret documents such as safety rules, operating and maintenance instructions, and procedure manuals.
- Ability to write routine reports and correspondence.
- Ability to speak effectively before groups of customers or employees of organization.
- Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals.  Ability to compute rate, ratio, and percentage and to draw and interpret bar graphs.
- Ability to apply common sense understanding to carry out instructions furnished in written, oral, or diagram form.
- Ability to deal with problems involving several concrete variables in standardized situations.
- Possess/maintain a valid State driver's license and other FAA/Airport required identification/seals or authorizations.
- Must be 18 years of age.
- Possess valid driver's license.
- Pass pre-employment Physical and a drug screen.
- Must pass background check and obtain Custom seal.
- Comfortable lifting/moving up to 70lbs.
- Available and flexible to work variable shifts including weekends and holidays.
- Comfortable working in all weather conditions.

**Physical Demands**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms; climb or balance; stoop, kneel, crouch, or crawl; and talk or hear.  The employee is occasionally required to sit.  The employee must frequently lift and/or move up to 100 pounds occasionally above the head.



People. Passion. Pride. Since 1833.

**Work Environment**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is frequently exposed to wet and/or humid conditions; moving mechanical parts; high, precarious places; fumes or airborne particles; toxic or caustic chemicals; outside weather conditions; extreme cold; extreme heat; risk of electrical shock; and vibration. The noise level in the work environment is usually very loud.


**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.


Signature: _____ Date: _____



**People. Passion. Pride.** Since 1833.



# Job Description

## Inside Wireman

**Reports to:**
**Location:** City, State | Airport code

_____

### Overview

This role is Responsible for performing electro-mechanical duties involving machinery such as conveyors, passenger loading bridges, and other airport equipment, ensuring all work is performed safely and is supported by established procedures and protocols.

**Main accountabilities include:**

- Works with PLC's for automated machinery variable frequency drives, and conveyor systems.
- Performs electrical and mechanical troubleshooting for all industrial machinery and conveyors.
- Performs welding and pipefitting as needed.
- May have some exposure to hydraulic systems, this experience is a plus.
- Install and calibrate control systems.
- Must have at least 5 years of experience as an Industrial Electrician working in either a Manufacturing facility or Aviation/Airport.
- Comply with the station's attendance/tardiness standards.
- Assuring a clean and safe working environment
  Other duties and tasks as required.

_____

### Safety, Security and Compliance

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.
- Fully versed on International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.

**People. Passion. Pride.** Since 1833.

- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

**Qualifications and Experience**

- Must be open to working a rotating shift and on weekends.
- Must be able to pass a drug and background check.
- Electrical Certification, Journeyman preferred.
- Electrical Certification, or Journeyman or equivalent from two-year College or technical school.
- Ability to read, write correspondence, comprehends instructions, and memos in English.
- Ability to effectively present information on one-on-one and small group situations to customers, clients, and other employees of the organization.
- Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals.
- Ability to compute rate, ratio, and percent.
- Ability to apply common sense understanding to carry out detailed but uninvolved written or oral instructions.
- Ability to deal with problems involving a few concrete variables in standardized situations.
- Possess/maintain a valid driver's license and other FAA Airport required identification/seals or authorizations.
- Must be 18 years of age.
- Pass pre-employment physical and a drug screen.
- Comfortable lifting/moving 70lbs.
- Must be available and flexible to work variable shifts including weekends and holidays.
- Comfortable working in all weather conditions.
- Must pass background check and obtain Custom seal.

**Physical Demands**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job.
Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.
Responsible for electro-mechanical work involving moving machinery such as conveyors, passenger loading bridges, and other airport equipment. This is a high voltage environment, and we expect experience with 480 to 600 volts.

**Work Environment**

While performing the duties of this job, the employee is regularly exposed to moving mechanical parts. The employee is frequently exposed to high, precarious places; fumes or airborne particles; outside weather conditions; extreme heat; and risk of electrical shock. The employee is occasionally exposed to vibration. The noise level in the work environment is usually very constant.



**People. Passion. Pride.** Since 1833.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.


Signature: _____ Date: _____



People. Passion. Pride. Since 1833.



# Job Description

## Intern (Supervisor)

**Reports to:**
**Location:** City, State | Airport Code

_____

### Overview
Individual(s) classified as hourly Intern Supervisors that have been recognized by the Company as having skills, training, experience and or education that qualify for advance management training.

### Main accountabilities include:
Individual(s) classified as hourly Intern Supervisors that have been recognized by the Company as having skills, training, experience and or education that qualify for advance management training.

**Essential Duties and Responsibilities** include the following. Other duties may be assigned.

Ability to learn, apply concepts and transition within the following Aircraft Service International Group Departments:
- Administration
- Finance
- Legal
- Information Services
- Operations

Perform various activities or special project(s) as assigned by the Department.

Consistently and reliably reports to work.

### Supervisory Responsibilities
Depending on the circumstance Intern(s) may have supervisory responsibilities.

### Safety, Security and Compliance

All employees have a responsibility and duty whilst at work to:

- Take reasonable care for the health and safety of themselves and of others who may be affected by their actions or omissions whilst at work.

- Fully versed in International Aviation Safety and Security standards and passionate about promoting them within the organization.
- Co-operate with their manager / supervisor to allow them to perform or comply with any legal requirements imposed on the company.
- Not intentionally or recklessly interfere with or misuse anything provided by the company in the interests of health, safety, or welfare reasons.
- Inform their manager / supervisor of any work situation, equipment or activity that represents a serious or immediate danger to health and safety.
- Report any hazards, near misses, incidents, accidents, or dangerous occurrences to their manager / supervisor, who will then follow the procedures contained in this manual.
- Carry out work in accordance with information and training provided and any specific workplace health and safety rules or procedures.
- Fully understand the company health and safety policy.
- Attend training courses as may be arranged by the Company.

## Qualifications and Experience

### Qualifications

To perform this job successfully, an individual must be able to perform each essential duty satisfactorily. The requirements listed below are representative of the knowledge, skill, and/or ability required. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

- Possess professional etiquette.
- Possess strong supervisory skills.
- Good organizational skills.
- Has the ability to travel and spend periods of time at other locations.
- Is willing to eventual relocation after Intern Training is completed
- Meets Attendance standards.
- Demonstrates continued ability to grow into a manager position into one of the Company's disciplines.
- Basic computer skills.
- Associate's degree or equivalent from two-year college or technical school; or two plus years related experience and/or training; or equivalent combination of education and experience.
- Ability to read and comprehend simple instructions, short correspondence, and memos.
- Ability to write simple correspondence.
- Ability to effectively present information in one-on-one and small group situations to customers, clients, and other employees of the organization.
- Ability to add, subtract, multiply, and divide in all units of measure, using whole numbers, common fractions, and decimals.
- Ability to compute rate, ratio, and percentage and to draw and interpret bar graphs.
- Ability to apply common sense understanding to carry out instructions furnished in written, oral, or diagram form.
- Ability to deal with problems involving several concrete variables in standardized situations.
- Must have a valid state driver's license.



**People. Passion. Pride.** Since 1833.

**Physical Demands**

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee is regularly required to stand; walk; use hands to finger, handle, or feel; reach with hands and arms; climb or balance; stoop, kneel, crouch, or crawl; and talk or hear.  The employee must frequently lift and/or move $25 lbs. and occasionally up to 70 lbs. Specific vision abilities required by this job include distance vision.

**Work Environment**

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.

While performing the duties of this job, the employee may regularly work in outside-weather conditions. The employee frequently works near moving mechanical parts, high voltages and high hydraulic/pneumatic pressures.  The employee is also frequently exposed to very loud noise levels, fumes or airborne particles and hazardous substances, materials or waste.  The employee occasionally works in high, precarious places.

**Employee Acknowledgement (if required)**

I, _____, acknowledge review of this job description and understand that it is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____ Date: _____



**People. Passion. Pride.** Since 1833.



# Job Description

## Janitor

| Job title | *Janitor* | | |
|-----------|-----------|---|---|
| **Reports to** | *Supervisor, Duty Manager* | | |
| **Salary** | *Non-Exempt (hourly)* | **Location** | |

### Job Summary and Mission

The Janitor responsibility is to maintain our facilities, take care of the cleanliness and maintenance of our building premises and perform cleaning tasks like vacuuming, mopping, cleaning vents, etc. ensuring that the building is well maintained and clean.

### Key Responsibilities

- Ensure spaces are prepared for the next day by taking out trash and recycling, tidying furniture and dusting surfaces
- Washes windows and mirrors.
- Wipes down and sanitizes surfaces.
- Cleans, sanitizes, and stocks restrooms.
- Sweeps, mops, polishes, and vacuums carpets.
- Maintain outer premises by watering plants, mowing lawn, cleaning entrances
- Uses common cleaning tools and outdoor power equipment.
- Organizes the janitor closet and stores all supplies and tools.
- Completes minor repairs, like switching lightbulbs and unclogging toilets.
- Utilize insecticides to prevent infestation by dangerous pests
- Report major damages and oversee repairs
- Fills out janitorial checklists at the end of every shift.
- Locks the doors at the end of night shifts.
- Secure facilities after operating hours by locking doors, closing windows, and setting up the alarm
- Undertake occasional custodial and janitorial tasks (lifting heavy items, moving chairs etc.)
- Collaborate with other staff members.
- Follow health and safety regulations.
- Adheres to company policies and procedures.
- Follows Management instructions
- All other duties as assigned.

### Qualifications

- Must be at least 18 years of age.
- Must possess and maintain a valid US driver's license.
- Proven experience as custodian, janitor or in a similar role
- Knowledge of use and maintenance of industrial cleaning equipment and appliances
- Knowledge of safe disposal of chemical liquids and other hazardous components
- Familiarity with basic handyman practices
- Attention to detail and conscientiousness
- Ability to read and interpret written information; ability to write clear statements; ability to communicate orally
- Must be able to do physical work and operate power equipment normally found in janitorial operations
- Knowledge of cleaning chemicals and supplies
- Familiarity with Material Safety Data Sheets

**People. Passion. Pride.** Since 1833.

- Ability to follow schedules and keep commitments
- Ability to follow directions from a supervisor
- Ability to demonstrate professionalism
- comply with policies
- Must be able to manage time efficiently and to work individually as well as within a team
- Integrity and ability to work independently
- Very good physical condition and strength
- Must be able to move, push and/or lift 70Lbs.
- Must pass re-employment background and a drug screen.

**Knowledge, Skills and Abilities**

- Ability to learn quickly.
- Ability to understand and carry out oral and written instructions and request clarification when needed.
- Strong interpersonal skills
- Ability to work as part of a team.
- Ability to build relationships.

## Working Conditions

The work environment characteristics described here are representative of those an employee encounters while performing the essential functions of this job.  Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.
Exposure to outdoor environments, various inclement weather conditions, aviation related fumes and various noise levels. Acutely aware of safety related procedures. Position requires wearing safety related equipment, i.e., goggles, gloves, boots, respirator, hearing protection, and back support as necessitated by a specific task. Position requires lifting, pulling, pushing, rotating, twisting, climbing of high tanks, squatting, kneeling, overhead arm movement. Must be able to occasionally handle weights up to and including 70 lbs. Exposure to related cleaning and chemical materials (review MSDS Reference Book) during routine and special cleaning assignments. This category as stated, is not exclusive.

## Physical Requirements

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this job. Reasonable accommodations may be made to enable individuals with disabilities to perform the essential functions.
While performing the duties of this job, the employee is frequently required to stand, walk, sit, use hands to finger, handle or feel objects, tools, or controls; reach with arms, climb or balance; and talk or hear, lifting, bending, and stooping. The employee must frequently lift and/or move up to 25 pounds and occasionally lift and/or move up to 70 pounds.

**EEO Statement**

*Menzies is an equal opportunity employer and makes employment decisions exclusively on the basis of merit. The Company prohibits unlawful discrimination based on race, color, creed, sex, religion, age, national origin or ancestry, citizenship, physical or mental disability, military or veteran status, marital status, medical condition, genetic information, sexual orientation, gender, gender expression or identity, or any other category protected by federal, state or local law. All such discrimination is unlawful, and all individuals employed by Menzies Aviation are prohibited from engaging in this type of conduct. The Company further will make all employment decisions, including but not limited to, recruitment, hiring, promotion, retention, compensation, training, discipline and termination of employment decisions without regard to any characteristic protected by federal, state or local law.*
*Qualified applicants with criminal histories will be considered for employment in a manner consistent with all federal state and local ordinances. Menzies XXXXX is committed to offering reasonable accommodations to job applicants with disabilities. If you need assistance or an accommodation due to a disability, please contact us at XXX-XXX-XXXX or via email at XXXX@email.com*
*The contractor will not discharge or in any other manner discriminate against employees or applicants because they have inquired about, discussed, or disclosed their own pay or the pay of another employee or applicant. However, employees who have access to the compensation information of other employees or applicants as a part of their essential job functions cannot disclose the pay of other employees or applicants to individuals who do not otherwise have access to compensation information, unless the disclosure is (a) in response to a formal complaint or charge, (b) in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or (c) consistent with the contractor's legal duty to furnish information.*

## Employee Acknowledgement (if required)

I, _____, acknowledge review of this job description and understand that it

is not contractual and is intended as a guideline only.  Furthermore, I realise that it is subject to change or amendment as deemed appropriate by Menzies Aviation.  I also understand that all job duties are not described above and that I will be expected to perform other related duties as directed by my direct Manager and/or Senior Leadership.

Signature: _____  Date: _____



**People. Passion. Pride.** Since 1833.